UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent to minors A.S. and W.S.; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, JOHN DOES MANUFACTURERES, JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**MOTION TO DISMISS** |

Defendant, Essentia Health ("Essentia") moves this Court for an order dismissing Plaintiffs' Complaint for lack of standing, failure to comply with the federal pleading standards, and failure to state a claim upon which relief can be granted. The Motion is brought pursuant to Article III of the United States Constitution and Rules 12(b)(1), 9, and 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is based on the accompanying Memorandum of Law in Support of Essentia's Motion to Dismiss and all of the files and records in this case. Essentia respectfully requests the Court to grant its Motion to Dismiss, dismissing Plaintiffs' Complaint in its entirety.

Dated this 11th day of September, 2020.

**VOGEL LAW FIRM**

*s/ Angela E. Lord*

BY:   Angela E. Lord (#05351)
      Robert B. Stock (#05919)
      Briana L. Rummel (#08399)
      218 NP Avenue
      PO Box 1389
      Fargo, ND  58107-1389
      Telephone:  701.237.6983
      Email:    alord@vogellaw.com
                rstock@vogellaw.com
                brummel@vogellaw.com
      ATTORNEYS FOR ESSENTIA HEALTH

4143565.1

2