UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent to minors A.S. and W.S.; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, JOHN DOES MANUFACTURERES, JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Essentia Health does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated this 11th day of September, 2020.

**VOGEL LAW FIRM**

*s/ Angela E. Lord*

BY:  Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
Email:    alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
ATTORNEYS FOR ESSENTIA HEALTH

4164149.1