**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, individually and as parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S and W.S.; individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | No. 3:20-cv-00121-PDW-ARS  Chief Judge Peter D. Welte |
| Plaintiffs, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| ESSENTIA HEALTH, JOHN DOE MANUFACTURERS, JOHN DOE DISTRIBUTOR, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Greg Kinskey of Fegan Scott LLC hereby enters his

Appearance as counsel for Plaintiffs Jessica Kraft, individually and as parent of minors L.K., S.K.,

and O.K, and Shelli Schneider, individually and as parent of minors A.S. and W.S., in this matter.

Dated: September 11, 2020          Respectfully submitted,

FEGAN SCOTT LLC

By:  /s/ Greg T. Kinskey_____
Greg T. Kinskey
100 Congress Avenue, Suite 2000
Austin, TX 78703
Ph: 512.229.0655
Fax: 312.264.0100
greg@feganscott.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

FEGAN SCOTT LLC

By: /s/ Greg Kinskey
FEGAN SCOTT LLC
100 Congress Ave.
Suite 2000
Austin, TX 78701
Telephone: (512) 229.0655
greg@feganscott.com

2