**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, individually and as parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S and W.S.; individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | No. 3:20-cv-00121-PDW-ARS<br><br>Chief Judge Peter D. Welte |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ESSENTIA HEALTH, JOHN DOE MANUFACTURERS, JOHN DOE DISTRIBUTOR, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Elizabeth Fegan of Fegan Scott LLC hereby enters her

Appearance as counsel for Plaintiffs Jessica Kraft, individually and as parent of minors L.K., S.K.,

and O.K, and Shelli Schneider, individually and as parent of minors A.S. and W.S., in this matter.


Dated: September 21, 2020                    Respectfully submitted,

                                            FEGAN SCOTT LLC



                            By:  /s/ Elizabeth A. Fegan_____
                                 Elizabeth A. Fegan
                                 FEGAN SCOTT LLC
                                 150 S. Wacker Dr., 24th Floor
                                 Chicago, IL 60606
                                 Ph: 312.741.1019
                                 Fax: 312.264.0100
                                 beth@feganscott.com


1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

By: /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com