# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| JESSICA KRAFT, individually and as parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S and W.S.; individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:20-cv-00121-PDW-ARS |
| v. | ) ) | |
| ESSENTIA HEALTH, JOHN DOE MANUFACTURERS, JOHN DOE DISTRIBUTOR, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically filed Plaintiffs' Opposition to Defendant's Motion to Dismiss using the Court's electronic filing system, which notified all counsel of record authorized to receive such filings.

Dated: October 2, 2020

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiffs*

1