# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, individually and as )
parent to minors L.K., S.K., and O.K.; )
SHELLI SCHNEIDER, individually and )     No. 3:20-cv-00121-PDW-ARS
as parent of minors A.S and W.S.; )
individually and on behalf of all others )     Chief Judge Peter D. Welte
similarly situated, )
                   )
         Plaintiffs, )
                   )
     v. )
                   )
ESSENTIA HEALTH, )
JOHN DOE MANUFACTURERS, )
JOHN DOE DISTRIBUTOR, )
                   )
         Defendants. )

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Plaintiffs respectfully move this Court for an order withdrawing the appearance of Greg T. Kinskey as counsel on behalf of Plaintiffs Jessica Kraft, individually and as parent to minors L.K., S.K., and O.K.; Shelli Schneider, individually and as parent of minors A.S and W.S.; individually and on behalf of all others similarly situated, in the above captioned matter. Elizabeth A. Fegan of Fegan Scott LLC and her co-counsel of record will continue to represent Plaintiffs in this matter.

Dated: December 4, 2020          Respectfully submitted,

                                  FEGAN SCOTT LLC

                                  By:/s/ Elizabeth A. Fegan____
                                  Elizabeth A. Fegan
                                  FEGAN SCOTT LLC
                                  150 S. Wacker Dr., 24th Floor
                                  Chicago, IL 60606
                                  Phone: 312.741.1019
                                  Fax:    312.264.0100

beth@feganscott.com

Mac Schneider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

J. Barton Goplerud
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: December 4, 2020

By:/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax:    312.264.0100
beth@feganscott.com