**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

JESSICA KRAFT, individually and as ) 
parent to minors L.K., S.K., and O.K.; ) 
SHELLI SCHNEIDER, individually and ) 
as parent of minors A.S and W.S.; ) 
individually and on behalf of all others ) 
similarly situated, ) 

              Plaintiffs, ) 

      v. ) 

ESSENTIA HEALTH, ) 
JOHN DOE MANUFACTURERS, ) 
JOHN DOE DISTRIBUTOR, ) 
                         )

No. 3:20-cv-00121-PDW-ARS

Chief Judge Peter D. Welte

**ORDER GRANTING**
**MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

On this _____ day of _____, it is hereby ORDERED that the

Motion to Withdraw Appearance of Greg T. Kinksey on behalf of Plaintiffs is GRANTED. The

appearance of Greg T. Kinskey on behalf of Plaintiffs Jessica Kraft and Shelli Schneider is hereby

terminated.

                                    _____

                                    Chief Judge Peter D. Welte