**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, Individually and as parent to minors L.K., S.K., and O.K.; Shelli Schneider, individually and as parent of minors A.S. and W.S.; individually and on behalf of all others similarly situated, | ) ) ) ) ) | **MOTION TO APPEAR PRO HAC VICE** |
| v. | ) ) ) | **Case No.**  3:20-cv-00121 |
| Essentia Health, John Doe Manufacturers, and John Doe Distributor, | ) ) ) ) | |

J. Barton Goplerud, an attorney for Shindler, Anderson, Goplerud & Weese, P.C.

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| State of Residence: | Iowa |
| Office/Firm Address: | Shindler, Anderson, Goplerud & Weese, P.C. 5015 Grand Ridge Dr., Suite 100 West Des Moines, IA 50265 |
| Telephone Number (office): | 515-223-4567 |
| E-mail Address (office): | goplerud@sagwlaw.net |
| Legal Training: | Drake University Law School in 1990 |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Iowa State Court, AT0002983 US District Court Northern District of Iowa US District Court Southern District of Iowa US District of Nebraska |
| Trial Experience: | Mr. Goplerud  tried ten or more matters to a verdict including Bench Injury trial |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |
| --- | --- |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this _____ day of _____ .

J. Barton Goplerud

Shindler, Anderson, Goplerud & Weese, P.C.
5015 Grand Ridge Dr., Suite 100
West Des Moines, IA 50265

515-223-4567
goplerud@sagwlaw.com