UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.

v.                                                                    Case No:  3:20-CV-121

Essentia Health, et al.


**CLERK'S MINUTES**
Proceeding:  Scheduling Conference
(via telephone)

Presiding Judge:  U.S. Magistrate Judge Alice Senechal        Date:  Tuesday, January 19, 2021
Deputy Clerk:  Lisa Clark                                                       Time:  9:35am
Law Clerk:  Amy Strankowski                                              Recess:  10:20am
Digital Recorder:  210119-000.mp3 (JS Chambers Recorder)

---

Counsel for Plaintiffs:  Elizabeth Fegan, J. Barton, Goplerud, and Brooke Achua *(not yet admitted)*
Counsel for Defendant Essentia Health:  Angela Lord, Briana Rummel, and Robert Stock

---

Court calls case and counsel enter appearances.
Attorney Fegan provides summary of case.
Discussion held regarding the question of bifurcation of discovery.

Attorney Fegan discusses plans to file amended complaint to add parties.
Attorney Fegan states plaintiffs will be ready to serve discovery by Monday.

Court does not feel the parties have enough information to fully discuss the scheduling plan today.
Court reviews some portions of the proposed plan.  Discovery deadlines will be scheduled at a later date.

Attorney Lord requests 30 days to prepare ESI stipulation and protective order.  Discussion held.
Court sets deadline of February 10, 2021 for parties to work out issues on protective order and ESI protocol.

Court schedules status conference via phone for February 16, 2021 at 10am.
Court will wait to set discovery deadlines until more issues are resolved.  Court will try to establish deadlines at the next status conference.

Court requests Attorney Fegan to email discovery to chambers when it is served.
Discussion held regarding medical records and release forms.
Court states scope of medical records to be produced will be discussed at the next status conference.

Court reviews portions of the proposed scheduling plan and adopts some deadlines.

Settlement conference set for August 17, 2021. Counsel should contact chambers immediately if parties have any conflict with the conference date.

Counsel should submit written statements of the remaining issues to be resolved. Counsel should email written statements to chambers by 12:00pm on February 12, 2021.

Recess.