IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jessica Kraft, individually, as parent to minors L.K., S.K., and O.K., and on behalf of all others similarly situated; and Shelli Schneider, individually, as parent of minors A.S and W.S., and on behalf of all others similarly situated;<br><br>        Plaintiffs,<br><br>vs.<br><br>Essentia Health, John Doe Manufacturers, and John Doe Distributor,<br><br>        Defendants. | Case No. 3:20-cv-121<br><br>**SCHEDULING ORDER** |

Per discussion at the January 19, 2021 Scheduling Conference,

(1) the parties shall make initial disclosures by February 10, 2021;

(2) each <u>party</u> may serve up to 25 interrogatories, 25 requests for admissions, and 25 requests for production of documents (Jessica Kraft and the minors L.K., S.K., and O.K are considered collectively to be one party; Shelli Schneider and the minors A.S. and W.S. are considered collectively to be one party);

(3) each <u>side</u> make take up to 10 depositions, excluding those of expert witnesses, and any depositions taken only for presentation at trial must be completed at least 30 days prior to trial;

(4) the parties shall have until June 1, 2021, to move to join additional parties or to move to amend the pleadings;

(5)  the parties shall have until September 30, 2021, to move to amend the pleadings to add punitive damages claims;

(6)  the parties shall file stipulations regarding discovery of electronically stored information and a proposed protective order by February 10, 2021;

(7)  plaintiffs shall email discovery requests to chambers at [ndd_J-Senechal@ndd.uscourts.gov](mailto:ndd_J-Senechal@ndd.uscourts.gov) when they serve discovery on defendant Essentia Health;

(8)  the parties shall submit summaries of their positions on matters not resolved during the January 19, 2021 scheduling conference to chambers at [ndd_J-Senechal@ndd.uscourts.gov](mailto:ndd_J-Senechal@ndd.uscourts.gov) by noon on Friday, February 12, 2021; and

(9)  a status conference is set for February 16, 2021, at 10:00 a.m., with the call to be initiated by plaintiffs.

**IT IS SO ORDERED**.

Dated this 20th day of January, 2021.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge