**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| JESSICA KRAFT, individually and as parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 3:20-cv-121 |
| vs. | |
| Essentia Health, John Doe Manufacturers, and John Doe Distributor, | |
| Defendants. | |

**UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED CLASS ACTION COMPLAINT AND TO ADD PARTIES**

Plaintiffs respectfully move this Court for an order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, granting Plaintiffs leave to file the attached First Amended Class Action Complaint ("FAC"). A copy of the FAC is attached as Ex. A and a redline is attached as Ex. B for the Court's convenience. Plaintiffs conferred with Defendant Essentia Health, which does not oppose this motion.

WHEREFORE, for the reasons more fully set forth in the accompanying brief, Plaintiffs respectfully request that their Motion be granted.

January 22, 2021

Respectfully submitted,

By: /s/ *Elizabeth A. Fegan*
Elizabeth A. Fegan
Brooke Achua
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com
brooke@feganscott.com

Mac Schneider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: January 22, 2021
By:/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax:    312.264.0100
beth@feganscott.com