**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

JESSICA KRAFT, individually and as parent to
minors L.K., S.K., and O.K.;
SHELLI SCHNEIDER, individually and as
parent of minors A.S. and W.S.;
individually and on behalf of all others
similarly situated,

          Plaintiffs,

      vs.

Essentia Health, John Doe Manufacturers, and
John Doe Distributor,

          Defendants.

Case No. 3:20-cv-121

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE
AMENDED CLASS ACTION COMPLAINT AND TO ADD PARTIES**

Plaintiffs respectfully request leave to add additional Plaintiffs and Defendants, and to file the attached First Amended Class Action Complaint. In support thereof, Plaintiffs state as follows:

1.      On July 10, 2020, Plaintiffs filed their original Class Action Complaint in this matter, alleging that Essentia Health sold and administered more than 100 time- and temperature-sensitive pharmaceutical products ("TTSPPs") manufactured by the John Doe Manufacturers and stored and distributed by the John Doe Distributor (the "Affected Medications") to Plaintiffs, their children and putative class members. Compl. (ECF 1), ¶ 3. Plaintiffs further alleged that the Affected Medications were handled and stored outside the proper temperature range and thus subject to one or more temperature excursions.  *Id.*

2.      This Court denied Essentia Health's motion to dismiss the Complaint on December 3, 2020. (ECF 13).

3.      On December 17, 2020, Essentia Health filed its Answer to the Complaint. (ECF 17). In its Answer, Essentia Health disclosed that (1) "Employees of Innovis Health, LLC, generally, rendered care and services to patients, including the administration of" the Affected Medications, Answer, ¶ 14; and (2) "Innovis Health, LLC contracted with Dakota Clinic Pharmacy, for pharmaceutical management services," and the Affected Medications "were stored and maintained by Dakota Clinic Pharmacy, LLC," Answer, ¶ 15.

4.      Since this disclosure, Plaintiffs have investigated the roles of Innovis Health, LLC and Dakota Clinic Pharmacy, and now seek to add both as Defendants to this litigation.

5.      Of note, Essentia Health has not yet identified the identities of the John Doe Manufacturers of the Affected Medications, and thus Plaintiffs do not yet seek to add Defendant Manufacturers but may seek to do so in the future upon disclosure and an opportunity to investigate.

6.      Plaintiffs also seek to add several additional Plaintiffs who received notice that their medications, including vaccines and chemotherapy treatments, were affected by the Temperature Excursion.

7.      Essentia Health will not suffer any prejudice with the addition of these parties given the fact that it has not yet disclosed the full list of Affected Medications or potential defendants. Moreover, discovery has just started and no deadlines have yet been set for the close of discovery.

8.      A copy of the proposed First Amended Complaint is attached as Ex. A, and a redlined version is attached as Ex. B for the Court's convenience.

WHEREFORE, Plaintiffs respectfully request leave to file the attached First Amended Class Action Complaint, and such other and further relief as this Court deems appropriate.

Dated: January 22, 2021

By: /s/ *Elizabeth A. Fegan*
Elizabeth A. Fegan
Brooke Achua
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com
brooke@feganscott.com

Mac Schneider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2021, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: January 22, 2021

By:/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax:    312.264.0100
beth@feganscott.com