**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, individually and as parent to minors L.K., S.K. and O.K.; et al. | ) ) ) ) | **MOTION TO APPEAR PRO HAC VICE** |
| v. | ) ) | |
| Essentia Health, et al. | ) ) ) ) ) | **Case No.** 3:20-cv-00121-PDW-ARS |

Brooke Achua , an attorney for   Plaintiffs

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of New York, 5816632 State of Minnesota, 0399142 |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 22  day of  January                 .

/s/                    *Brooke Achua*

Brooke Achua
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Phone: 646.502.7910
brooke@feganscott.com