**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| JESSICA KRAFT, individually and as a parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent to minors, A.S. and W.S.; individually and on behalf of others similarly situated,<br><br><br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br><br>Defendants. | **Court File No. 3:20-CV-00121**<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Peter W. Zuger, Ian R. McLean, and Morgan L. Croaker of the Serkland Law Firm, 10 Roberts Street, P.O. Box 6017, Fargo, North Dakota 58108-6017, (701) 232-8957, hereby appear on behalf of the above-named Defendant Dakota Clinic Pharmacy, LLC.

Please serve all further documents, pleadings, and correspondence filed with the Court on the undersigned.

Dated this 9th day of February, 2021.

/s/ Peter W. Zuger
Peter W. Zuger (ID# 06282)
Ian R. McLean (ID #07320)
Morgan L. Croaker (ID# 08380)
SERKLAND LAW FIRM
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
Telephone: (701) 232-8957
pzuger@serklandlaw.com
imclean@serklandlaw.com
mcroaker@serklandlaw.com
*ATTORNEYS FOR DEFENDANT*
*Dakota Clinic Pharmacy, LLC*