UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; SHELLI SCHNEIDER, INDIVIDUALLY AND AS PARENT OF MINORS A.S. and W.S.; ANNE BAILEY, INDIVIDUALLY AND AS PARENT OF MINOR D.B.; AMY LAVELLE, INDIVIDUALLY AND AS PARENT OF MINORS Em.L. and El.L; ELIZABETH BEATON, INDIVIDUALLY AND AS PARENT OF MINOR M.B.; AMANDA AND TYRELL FAUSKE, INDIVIDUALLY AND AS PARENTS OF MINORS C.R.F. and C.J.F.; JENNIFER REIN, INDIVIDUALLY; and JESSICA BERG, INDIVIDUALLY AND AS PARENT OF MINORS A.B. and S.B., individually and on behalf of all others similarly situated,

Plaintiff(s)

Court No.:    3:20-cv-00121-PDW-ARS

VS.

ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,

Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, _John Clark_, being first duly sworn on oath depose and state as follows:
I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve summons in the above captioned case:

Type of Process:    Summons in a Civil Action and First Amended Class Action Complaint

Defendant to be served:    Dakota Clinic Pharmacy, LLC

I **SERVED**/NON-SERVED the within named defendant on: Feb 3, 2021 @ 10:15 **AM**/PM

ADDRESS WHERE ATTEMPTED OR SERVED:    Registered Agent: Laura Morris
1702 University Drive South, Fargo, ND, 58103

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age _33_    Gender M/**F**    Race _Caucasian_    Height _5'10"_    Weight _175_    Hair _brn_    Glasses Y/**N**

_X_ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

_____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a family member or person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

_____ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _____, (Title)
_____, a person authorized to accept service and informed that person of the contents thereof.

_____ **POSTED**

_____ **NON-SERVICE** for the reason that after diligent investigation found

_____

**MILITARY** _____

Additional Comments _____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.



Subscribed and sworn before me on _2/9/21_

Notary Public

KURT KNOFF
Notary Public
State of North Dakota
My Commission Expires July 19, 2022

Signature of Process Server

_John Clark_
Printed Name of Process Server

Page 1 of 1

File Number: 1FS071420
Reference Number: 3947823
Case Number: 3:20-cv-00121-PDW-ARS
Client: Fegan Scott LLC
Doc Generated: 01/28/2021 01:04:51:106 PM

808709_3947823_0_26_V3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; SHELLI SCHNEIDER, INDIVIDUALLY AND AS PARENT OF MINORS A.S. and W.S.; ANNE BAILEY, INDIVIDUALLY AND AS PARENT OF MINOR D.B.; AMY LAVELLE, INDIVIDUALLY AND AS PARENT OF MINORS Em.L. and El.L.; ELIZABETH BEATON, INDIVIDUALLY AND AS PARENT OF MINOR M.B.; AMANDA AND TYRELL FAUSKE, INDIVIDUALLY AND AS PARENTS OF MINORS C.R.F. and C.J.F.; JENNIFER REIN, INDIVIDUALLY; and JESSICA BERG, INDIVIDUALLY AND AS PARENT OF MINORS A.B. and S.B., individually and on behalf of all others similarly situated,

Plaintiff(s)

Court No.:    3:20-cv-00121-PDW-ARS

VS.

ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,

Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, _John Clark_, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve summons in the above captioned case:

Type of Process:    Summons in a Civil Action and First Amended Class Action Complaint

Defendant to be served:    Dakota Clinic Pharmacy, LLC

I (SERVED)/NON-SERVED the within named defendant on: _Feb 3, 2021 @ 10:15_ (AM)/PM

ADDRESS WHERE ATTEMPTED OR SERVED:    Registered Agent: Laura Morris
1702 University Drive South, Fargo, ND, 58103

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

Age _33_ Gender M/(F) Race _Caucasian_ Height _5'10"_ Weight _175_ Hair _brown_ Glasses Y/(N)

_X_ INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

_____ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a family member or person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

_____ CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with _____, (Title)
_____, a person authorized to accept service and informed that person of the contents thereof.

_____ POSTED

_____ NON-SERVICE for the reason that after diligent investigation found _____

MILITARY _____

Additional Comments _____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.



Signature of Process Server

Subscribed and sworn before me on _2/8/21_

Notary Public

KURT KNOFF
Notary Public
State of North Dakota
My Commission Expires July 19, 2022

_John Clark_
Printed Name of Process Server

Page 1 of 1    File Number: 1FS071420
Reference Number: 3947823
Case Number: 3:20-cv-00121-PDW-ARS
Client: Fegan Scott LLC
Doc Generated: 01/28/2021 01:04:51:106 PM

808709_3947823_0_26_V3