**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, individually and as parent to minors L.K., S.K. and O.K.; et al. | ) ) ) ) | **MOTION TO APPEAR PRO HAC VICE** |
| v. | ) ) | |
| Essentia Health, et al. | ) ) ) ) ) | **Case No.** 3:20-cv-00121-PDW-ARS |

Melissa Ryan Clark , an attorney for   Plaintiffs

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | - The New York Court of Appeals, Bar No. 4560538 <br> - United States District Court for the Eastern District of New York, Bar No. MC0726 <br> - United States District Court for the Western District of New York, Bar No. MC0726 <br> - United States District Court for the Southern District of New York, Bar No. MC0726 <br> - United States Court of Appeals for the First Circuit, Bar No. 1170027 |
|---|---|
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 16 day of February, 2021    .

/s/        *Melissa Ryan Clark*

FEGAN SCOTT LLC
140 Broadway 46th Floor
New York, NY 10005
Phone: 347.353.1150
Fax: 312.264.0100
melissa@feganscott.com