UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as a parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent to minors, A.S. and W.S.; individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br> vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>        Defendant. | Court File No. 3:20-CV-00121<br><br><br><br>**DEFENDANT DAKOTA CLINIC PHARMACY, LLC'S MOTION TO DISMISS** |

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of North Dakota and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Dakota Clinic Pharmacy, LLC ("Dakota"), moves for an order from the Court granting its motion to dismiss Plaintiffs' claim against Dakota for failure to state a claim upon which relief can be granted. This Motion is based on the record and pleadings herein, including the Memorandum submitted in support of Dakota's motion.

Dated this 17th day of February, 2021.

          */s/ Peter W. Zuger*
          Peter W. Zuger (ID# 06282)
          Ian R. McLean (ID#07320)
          SERKLAND LAW FIRM
          10 Roberts Street
          P.O. Box 6017
          Fargo, ND 58108-6017
          Telephone: (701) 232-8957
          pzuger@serklandlaw.com
          *imclean@serklandlaw.com*
          ***ATTORNEYS FOR DEFENDANT***
          ***Dakota Clinic Pharmacy, LLC***