UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as a parent to minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent to minors, A.S. and W.S.; individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendant. | Court File No. 3:20-CV-00121<br><br><br><br>**DEFENDANT DAKOTA CLINIC PHARMACY, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Dakota Clinic Pharmacy, LLC does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated this 17th day of February, 2021.

 */s/ Peter W. Zuger*                         ___
Peter W. Zuger (ID# 06282)
Ian R. McLean (ID#07320)
SERKLAND LAW FIRM
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
Telephone: (701) 232-8957
pzuger@serklandlaw.com
*imclean@serklandlaw.com*
***ATTORNEYS FOR DEFENDANT***
***Dakota Clinic Pharmacy, LLC***