UNITED STATES OF AMERICA
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Jessica Kraft, individually, as parent to
minors L.K., S.K., and O.K., and on behalf
of all others similarly situated; and Shelli
Schneider, individually, as parent of                Case No: 3:20-cv-121
minors A.S and W.S., and on behalf of all
others similarly situated,

v.

Essentia Health, John Doe Manufacturers,
and John Doe Distributor.

**CLERK'S MINUTES**
Proceeding: Status Conference
*(via telephone)*

Presiding Judge: Magistrate Judge Alice R. Senechal       Date:  February 17, 2021
Deputy Clerk: Jacqueline Stewart                          Time: 8:59 a.m.
Law Clerk: Anu Sandhu                                     Recess: 9:59 a.m.
Digital Recorder: 210217-000.mp3 (JS Chambers Recorder)

---

Counsel for Plaintiffs: Brooke Achua, J. Barton Goplerud, and Melissa Clark (PHV Motion pending)
Counsel for Defendants Essentia Health: Angela Lord, Briana Rummel, and Rob Stock
Counsel for Defendants Dakota Clinic Pharmacy, LLC: Peter Zuger and Ian McLean

---

Court calls case and counsel enter appearances.

Court questions newly added defendant, Dakota Clinic Pharmacy, LLC, about scheduling issues, protective order, and ESI protocol.
Defendant Dakota Clinic Pharmacy discusses motion to dismiss to be filed.  Dakota Clinic Pharmacy requests stay of all discovery until motion is decided.  Court denies request at this time.

Court reviews newly added Plaintiffs.  Discussions held regarding scheduling order, (Doc. # 22), and if plaintiffs are considered collectively to be one party for purposes of discovery limits.  Order to be filed.

Discussions held regarding ESI protocol.
Discussions held regarding protective order.  Order to be filed.
Discussions held regarding bifurcation of discovery.
If motion to dismiss is denied, Dakota Clinic Pharmacy to serve initial disclosures within (14) days of service of its answer.

Status conference via telephone set for February 25, 2021, at 2:30 p.m.
Parties to confer again as to proposed discovery schedule.

Recess.