**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

Jessica Kraft, individually and as parent to ) 
Minors L.K., S.K., and O.K., et al., )
                                      )
        Plaintiffs, )
                                        )       Case No. 3:20-cv-121
                                        )
  vs. )         **ORDER**
                                        )
Essentia Health, et al., )
                                        )
        Defendants. )

Per discussion during a February 17, 2021 status conference, the January 20, 2021 Scheduling Order is amended in the following respects:

    (1)     if a motion to dismiss by Dakota Clinic Pharmacy, LLC, is denied, it shall make its initial disclosures within fourteen days of filing its answer;

    (2)     plaintiffs as a group may serve up to 75 interrogatories, 75 requests for admissions, and 75 requests for production of documents:

    (3)     each defendant may serve up to 75 interrogatories, 75 requests for admissions, and 75 requests for production of documents.

All other provisions of the January 20, 2021 scheduling order remain in effect.

**IT IS SO ORDERED**.

Dated this 18th day of February, 2021.

                                     */s/ Alice R. Senechal*
                                     Alice R. Senechal
                                     United States Magistrate Judge