UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and
O.K.; SHELLI SCHNEIDER,
INDIVIDUALLY AND AS PARENT OF MINORS A.S and W.S.; ANNE BAILEY,
INDIVIDUALLY AND AS PARENT OF MINOR D.B.; AMY LAVELLE,
INDIVIDUALLY AND AS PARENT OF MINORS Em.L. and El.L; ELIZABETH
BEATON, INDIVIDUALLY AND AS PARENT OF MINOR M.B.; AMANDA AND
TYRELL FAUSKE, INDIVIDUALLY
AND AS PARENTS OF MINORS C.R.F and C.J.F.; JENNIFER REIN,
INDIVIDUALLY; and JESSICA BERG,
INDIVIDUALLY AND AS PARENT OF MINORS A.B. and S.B., individually and on
behalf of all others similarly situated,

Plaintiff(s)

Court No.:    3:20-cv-00121-PDW-ARS

VS.

ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH,
DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN
DOE DISTRIBUTOR,

Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, _John Clark_, being first duly sworn on oath depose and state as follows:
I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve summons in the above captioned case:

Type of Process:    Summons in a Civil Action and First Amended Class Action Complaint

Defendant to be served:    Innovis Health, LLC d/b/a Essentia Health

(SERVED)/NON-SERVED the within named defendant on: 02/16/2021 @ 11:25 AM/(PM)

ADDRESS WHERE ATTEMPTED OR SERVED:    Registered Agent: Jessica Fetzer
3000 32nd Avenue, Fargo, ND, 58103

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age _28_    Gender M/(F)    Race _Cauca_    Height _5'10"_    Weight _125_    Hair _blonde_    Glasses Y (N)

_____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

_____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a family member or person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

✓ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _Jessica Fetzer_, (Title)
_Registered Agent_, a person authorized to accept service and informed that person of the contents thereof.

_____ **POSTED**

_____ **NON-SERVICE** for the reason that after diligent investigation found
_____
_____

**MILITARY** _____

Additional Comments
_____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 2/16/2021

_____
Notary Public

_____
Signature of Process Server

_John Clark_
Printed Name of Process Server

KURT KNOFF
Notary Public
State of North Dakota
My Commission Expires July 19, 2022

Page 1 of
2

File Number: 1FS071420
Reference Number: 3951078
Case Number: 3:20-cv-00121-PDW-ARS
Client: Fegan Scott LLC
Doc Generated: 02/15/2021 01:38:40.821 PM

808709_3951078_0_26_V3