UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA


Jessica Kraft, et al.

v.                                                                      Case No: 3:20-cv-121

Essentia Health, et al.


**CLERK'S MINUTES**
Proceeding: Status Conference (via phone)

| | | | |
|---|---|---|---|
| Presiding Judge: | Magistrate Judge Alice R. Senechal | Date: | February 25, 2021 |
| Deputy Clerk: | Lori Haberer | Time: | 2:30 PM |
| Law Clerk: | Anu Sandhu | Recess: | 2:55 PM |
| Court Reporter: | DR 210225-000kraft | | |

Counsel for Plaintiffs: McLain Schneider, Brooke Achua, Barton Goplerud, Melissa Clark, Brian Marty
Counsel for Defendant Essentia Health: Angela Lord, Briana Rummel, Rob Stock
Counsel for Defendant Dakota Clinic Pharmacy, LLC: Peter Zuger, Ian McLean

-------------------------------------------------------------------------------------------------------------

Court calls case and counsel note appearances.
Court reviews proposed ESI document.
Court discusses provision in Confidentiality Order.
Ms. Lord will be representing Innovis.
Discussion regarding proposed scheduling order.
The Court intends to have a status conference approximately every 4 weeks.
Next conference to be set for 3/23/21 at 3:00 PM. Each party shall submit a brief written statement 24 hours prior outlining any matters needing to be discussed.
Court in recess.