**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, individually and as parent of minors L.K., S.K., and O.K., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  3:20-cv-121 |
| vs. | ) ) | **AMENDED SCHEDULING ORDER** |
| Essentia Health, et al., | ) ) | |
| Defendants. | ) | |

As discussed during a February 25, 2021 status conference, the January 20, 2021 Scheduling Order is amended in the following respects:

1.    The parties shall have until December 31, 2021, to complete fact discovery and until January 15, 2022, to file discovery motions.

2.    Plaintiffs shall have until January 15, 2022, and defendants shall have until February 15, 2022, to provide class certification expert disclosures and reports. Plaintiffs shall until March 30, 2022, to provide class certification expert rebuttal reports.

3.    Plaintiffs' motion for class certification is due by January 31, 2022, and defendants' response is due by March 15, 2022. Plaintiffs' reply, if any, is due by April 15, 2022.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2021.

 /s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge