# IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jessica Kraft, Individually and as parent to minors L.K., S.K., and O.K.; Shelli Schneider, individually and as parent of minors A.S. and W.S.; individually and on behalf of all others similarly situated, <br><br> v. <br><br> Essentia Health, John Doe Manufacturers, and John Doe Distributor, | **MOTION TO APPEAR PRO HAC VICE** <br><br> **Case No.** 3:20-cv-00121 |

)
)
)
)
)
)
)
)
)
)
)

Brian O. Marty, an attorney for Shindler, Anderson, Goplerud & Weese, P.C.

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| State of Residence: | Iowa |
| Office/Firm Address: | Shindler, Anderson, Goplerud & Weese, P.C. <br> 5015 Grand Ridge Dr., Suite 100 <br> West Des Moines, IA 50265 |
| Telephone Number (office): | 515-223-4567 |
| E-mail Address (office): | marty@sagwlaw.com |
| Legal Training: | University of St. Thomas School of Law (2010) |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Iowa, AT001622 <br> Montana (Inactive), 11562 <br> US Southern District of Iowa <br> US Northern District of Iowa <br> US District of Nebraska |
| Trial Experience: | First-chaired eight jury trials since 2015 |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |
|---|---|

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 25 day of February, 2021 .

*/s/ Brian O. Marty*

Brian O. Marty

Shindler, Anderson, Goplerud & Weese, P.C.
5015 Grand Ridge Dr., Suite 100
West Des Moines, IA 50265

515-223-4567
marty@sagwlaw.com