UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA


Jessica Kraft, et al.

v.                                                                 Case No:  3:20-CV-121

Essentia Health, et al.

**CLERK'S MINUTES**
Proceeding:  Status Conference re: Discovery Dispute
(via telephone)

Presiding Judge:  U.S. Magistrate Judge Alice Senechal        Date:  Wednesday, May 19, 2021
Deputy Clerk:  Lisa Clark                                     Time:  3:30pm
Law Clerk:  Amy Strankowski                                   Recess:  4:23pm
Digital Recorder:  210519-000.mp3 (JS Chambers Recorder)

---

Counsel for Plaintiffs:  McLain Schneider, Brooke Achua, Barton Goplerud, and Melissa Clark
Counsel for Defendants:  Angela Lord and Robert Stock

---

Court calls case and counsel enter appearances.
Court has reviewed the May 17, 2021 letters submitted by counsel.  Court outlines the issues:

•        medical authorizations
•        ESI search terms
•        defendants' objections to written discovery
•        adequacy of defendants' privilege log
•        questions as to application of peer review privilege

Medical Authorizations
Discussion held on this issue.  Counsel does not think the parties can reach a compromise on the medical authorization issues.  Counsel agree additional briefing on the issue would be helpful.

Court sets briefing schedule on the medical authorization issue.  Defendants' brief is due by June 1, 2021.  Plaintiffs' response is due by June 8, 2021.  Court does not think a reply brief is necessary.  No objections by counsel.  Written order will be filed on this issue.


ESI Search Terms
Attorney Clark states parties have not yet met and conferred on this issue.  Plaintiffs feel the list is deficient and feels defendants need to revisit the search terms and improve the list.  Attorney Stock comments the items provided to plaintiffs so far are in compliance with the Court's order. Discussion held on this issue.


Court suggests setting a deadline for counsel to meet and confer on the search term issue.  Court sets a deadline of May 26, 2021.  No objections by counsel.

Privilege Logs
Discussion held regarding the adequacy of the privilege logs.  Attorney Clark feels more detail needs to be provided on the privilege logs.  Attorney Lord comments and requests additional briefing on this topic.

Attorney Clark requests in camera review on the peer review privilege.  Court would allow limited in camera review so the court can get a better understanding of the issues dealing with the peer review.  Court explains in camera review items should be emailed to chambers.

Court sets briefing schedule on the privilege log issue.  The briefing should focus on the peer review privilege log.  Defendants' brief is due by June 1, 2021.  Plaintiffs' response brief is due by June 8, 2021.  Reply brief is due by June 14, 2021.


Objections to Written Discovery
Discussion held regarding defendants' objections to written discovery. Attorney Clark wants defendants to supplement their objections with more details.  Attorney Lord states defendants' objections are appropriate.

Court asks counsel to discuss the objections with each other by May 26, 2021.  If issues remain, counsel should request another conference and submit positions papers.

Court will allow counsel to discuss remaining issues as to objections at the next status conference which is currently set for June 1, 2021.


Discussion held regarding the possibility of holding regular status conferences in this case.  Court will discuss this option at the next status conference.

Attorney Lord requests extending the motion to amend all pleadings deadline to August 1, 2021.
If counsel can agree on the deadline, a stipulation to extend deadline should be filed.


Recess.