UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

The parties, by and through their attorneys of record, jointly stipulate and request that the Court's current deadline of June 1, 2021, in the Court's Scheduling Order, dated January 20, 2021 [ECF #22], for the parties to move to join additional parties or to move to amend the pleadings be extended to August 1, 2021.

Dated: May 26, 2021

By: *s/ Melissa Ryan Clark*
Elizabeth A. Fegan
Brooke Achua
Melissa Ryan Clark
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com
brooke@feganscott.com
melissa@feganscott.com

Mac Schneider (#06476)
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

*Attorneys for Plaintiffs*
4428891.1

Dated: May 26, 2021

By: *s/ Angela E. Lord*
Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com

*Attorneys for Essentia Health and Innovis Health, LLC*

2