UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.,


v.                                                              Case No:  3:20-cv-121


Essentia Health, et al.


**CLERK'S MINUTES**
Proceeding: Status Conference
*(via Telephone)*

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal       Date:  Tuesday, June 1, 2021
Deputy Clerk:  Jacqueline Stewart                              Time:  3:00 p.m.
Law Clerk: Anu Sandhu                                          Recess:  3:26 p.m.
Digital Recorder: 210601-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs:  Melissa Clark, Bart Goplerud, Brooke Achua, Brian Marty, Mac Schneider
Counsel for Defendants:  Angela Lord, Briana Rummel, and Rob Stock

------------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.
Court has received and reviewed parties' position papers.

Discussion held regarding Essentia's proposed search terms.  Plaintiff request that Essentia run the proposed search terms while parties continue to meet and confer.  Defendants respond.  Plaintiffs will prepare a list of proposed search terms to be provided to Defendants by June 9, 2021.

Discussion held regarding Essentia's responses and objections to requests for production.  Parties advised the Court that they have had a meet and confer and some of the issues have been resolved. Prior to the Court allowing a formal motion on the matter, the Court directs the parties to address the issue with a status conference.  Parties will continue to meet and confer on the topic.

Discussion held regarding Essentia's employee organization charts.  Attorney Lord advises the Court that they have requested this information from Essentia and anticipate a response by the end of this week.

Discussion held regarding spreadsheets produced by Essentia.  Essentia has produced Excel spreadsheets in pdf and tiff format.  Plaintiffs would like these spreadsheets produced in their native format.  Defendants respond.

Discussion held regarding the timeframe about which data is being collected by Essentia. Defendants are limiting the timeframe to August 1, 2017 to February 2020.  Plaintiff would like

that timeframe to begin on January 1, 2017.  Attorney Stock will discuss the topic with Essentia and will have a response for Plaintiffs by the end of the week.

Next Status Conference will be set for June 29, 2021 at 3:30 p.m.

Recess.