**Angie E. Lord**

Direct Dial: 701.356.6321 | alord@vogellaw.com

May 28, 2021

VIA EMAIL ONLY
ndd_j-senechal@ndd.uscourts.gov

Magistrate Judge Alice R. Senechal
655 1st Avenue North, Suite 440
Fargo, North Dakota 58102-4952

Re:    Jessica Kraft et al. v. Essentia Health, et al.  Case No. 3:20-cv-121

Dear Magistrate Judge Senechal:

Defendant Essentia Health ("Essentia") provides this position statement pursuant to the Court's direction on May 19, 2021, and in advance of the status conference on June 1, 2021.

### Status of Objections

Following the May 19, 2021, status conference with the Court, counsel met and conferred on May 24th, regarding the Plaintiffs' challenges to Essentia's objections. Following the conference, Essentia served supplemental discovery responses consistent with the cooperative nature of the discovery process and in further effort to address the concerns Plaintiffs raised. Counsel again met on May 27, 2021. At that time, there was additional discussion regarding specific responses. In an effort to guide the discussion in a concrete way and to promote clarity of the parties' respective positions, Plaintiffs' counsel agreed upon request to set forth any remaining issues from their perspective in writing, so that they can be addressed through the discovery and meet-and-confer process.

### ESI Search Terms

Following the May 19, 2021 status conference, ESI search terms have also been addressed through the meet and confer process. Following the meet-and-confer conference on May 24th, Essentia provided a revised list of search terms for Plaintiffs' consideration, comment, and proposed modification. Plaintiffs generally contend that the search terms are not sufficient, asserting that the current search terms would not capture conjugations, plurals, and possible misspellings, without providing any specific modifications. Essentia clarified that these items can be captured by use of wild cards and fuzzy searches. To date, Plaintiffs have not provided any specific modifications to the proposed search terms but have indicated they will propose substantive modifications. In the meantime, Plaintiffs have requested that Essentia's search terms be run at this time, before Plaintiffs' proposed modifications are submitted. We are following up on this request and hope to have a response by the June 1, 2021 status conference. Essentia anticipates that there will be additional discussion as to the ESI search terms in the coming days and weeks.

### Other Issues In Process

Since the last status conference on May 19th, Plaintiffs have raised additional requests and issues that are being considered. Plaintiffs request that the de-identified data that was produced by Essentia in



Magistrate Judge Alice R. Senechal
May 28, 2021
Page 2

discovery be provided in Excel format. This request is being considered and reviewed, including from a technology perspective to ensure that patient privacy and confidentiality are protected and would not be breached or compromised. In addition, Plaintiffs are seeking employee organizational charts, if not inclusive in the current document requests then as a professional courtesy. This is also being addressed with Essentia. Finally, at the meet and confer on May 27th, an issue came to light regarding the appropriate start date for ESI searches. This is also being considered.

Thank you for your consideration.

Very truly yours,

*s/ Angie E. Lord*

Angie E. Lord

4432461.2