**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-121 |
| | ) | |
| vs. | ) | **ORDER DIRECTING IN CAMERA** |
| | ) | **SUBMISSION** |
| Essentia Health, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties dispute the adequacy of defendant Essentia Health's privilege log. Essentia asserts it need not specifically describe documents over which it claims peer review/quality assurance privilege. Following a May 19, 2021 status conference which included discussion of that dispute, Essentia filed a memorandum asserting its position on the issue. (Doc. 63).

Having reviewed Essentia's memorandum, the court finds in camera review would assist the court in resolving the issue. The court therefore directs that Essentia submit a representative sample, consisting of ten percent of the documents over which it claims peer review/quality assurance privilege, for in camera review, along with a detailed privilege log of those documents. The documents should be submitted only to ndd_J-Senechal@ndd.uscourts.gov by **June 9, 2021**. The submitted documents will be added to the docket, with access limited to court personnel.

**IT IS SO ORDERED**.

Dated this 3rd day of June, 2021.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge