# EXHIBIT A

**FIRST SUPPLEMENTAL PRIVILEGE LOG**
Case Name:  Kraft, et. al v Essentia Health, et. al
Case No.: 3:20-cv-00121

| Date | Document Type | Subject Matter | Privilege Asserted | Author | Recipient |
|---|---|---|---|---|---|
| Various | Communications with the Vogel Law Firm and documentation prepared at the request and/or direction of the Vogel Law Firm | Lawsuit | Attorney-client privilege; work product privilege; physician-patient privilege; peer review/quality assurance privilege | | |
| Various; February 2020-Present | Communication and documentation within and with, or at the direction of, Essentia's Legal Department | Investigation; lawsuit | Attorney-client privilege; work product privilege; peer review/quality assurance privilege; physician-patient privilege | | |
| Various; February 2020-Present | Documentation within Essentia's Pharmacy Department | Investigation | Attorney-client privilege; work product privilege; peer review/quality assurance privilege; physician-patient privilege | | |
| 7/29/2020 | Communication and documentation within and with, or at the direction of, Essentia's Legal Department | Litigation Hold | Attorney-client privilege; work product privilege | Frank M. Modich | Potential Evidence and Records Custodians |
| 3/8/2021 | Documentation prepared at the request and/or direction of the Vogel Law Firm; Documentation within and with, or at the direction of Essentia's Legal Department | Patient specific data | Attorney-client privilege; work product privilege; physician-patient privilege | Anthony J. Kaufenberg; Melissa C. Little | Vogel Law Firm |
| 2/24/2021 | Documentation prepared at the request and/or direction of the Vogel Law Firm; Documentation within and with, or at the direction of Essentia's Legal Department | Patient specific data | Attorney-client privilege; work product privilege; physician-patient privilege | Anthony J. Kaufenberg; Jennifer Schlauderaff | Vogel Law Firm |