# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>              Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**DEFENDANT ESSENTIA HEALTH'S REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS** |

TO:  PLAINTIFFS AND THEIR ATTORNEYS, ELIZABETH A. FEGAN AND BROOKE ACHUA, FEGAN SCOTT LLC, 150 S. WACKER DRIVE, 24TH FLOOR, CHICAGO, IL 60606; MAC SCHNEIDER, SCHNEIDER LAW FIRM, 815 3RD AVENUE SOUTH, FARGO, ND 58103; AND J. BARTON GOPLERUD AND BRIAN MARTY, SHINDLER, ANDERSON, GOPLERUD & WEESE, PC, 5015 GRAND RIDGE DRIVE, SUITE 100, WEST DES MOINES, IA 50265.

PLEASE TAKE NOTICE that Defendant Essentia Health, pursuant to Rules 26 and 34

of the Federal Rules of Civil Procedure, requests responses to the following Requests for

Production within thirty (30) days after service.  Please note that the Requests are continuing and that they obligate the Plaintiffs to further answer such Requests in the event information is obtained in the future relevant to these Requests.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**   Copies of any and all documents referred to in your Rule 26(a)(1) Initial Disclosures and in your answers to the interrogatories served by Essentia Health.

**REQUEST NO. 2:**   Any statements made by any person while being interviewed or questioned by you, your attorneys, agents, or representatives on your behalf about the events described in the First Amended Class Action Complaint.

**REQUEST NO. 3:**   Copies of all photographs, videotapes, or digital pictures which were taken in connection with the occurrences described in the First Amended Class Action Complaint, including, but not limited to, any and all photographs, videotapes, or digital pictures taken of any Plaintiff.

**REQUEST NO. 4:**   As to expert witnesses, please provide a copy of their curriculum vitae.

**REQUEST NO. 5:**   Any written reports prepared by any of your experts relating to this case.

**REQUEST NO. 6:**   With respect to the medical providers listed in your Rule 26(a)(1) Initial Disclosures and/or your interrogatory answers, please provide executed authorizations. Attached are authorizations to be used.

**REQUEST NO. 7:**   With respect to the pharmacies listed in your interrogatory answers, please provide executed authorizations. Attached are authorizations to be used.

2

**REQUEST NO. 8:**   If a subrogation right exists or has been asserted, provide all documents that evidence that subrogation right.

**REQUEST NO. 9:**   All documents that support your figures and claims for damages, including bills and receipts.

**REQUEST NO. 10:** All documents, notes, memoranda, journals, or writings of any kind, including electronically stored information, authored by any Plaintiff that pertains to the occurrences described in the First Amended Class Action Complaint.

**REQUEST NO. 11:** Please complete, sign, and return the attached Model Claim Form from the Centers for Medicare and Medicaid Services (CMS).

**REQUEST NO. 12:** All documents that support your claim that you received Temperature Sensitive Pharmaceutical Products that were adulterated or misbranded as to safety because they allegedly did not have the strength, quality and/or purity characteristics, which they were purported or represented to possess as alleged in your First Amended Class Action Complaint.

**REQUEST NO. 13:** All labels, publications, package inserts, and other written materials in which you allege Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West expressly represented and warranted that Temperature Sensitive Pharmaceutical Products received by you were effective, fit, and proper for their intended use as alleged in your First Amended Class Action Complaint.

Dated this ___11___ day of March, 2021.

VOGEL LAW FIRM

BY: _____
Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
Email:   alord@vogellaw.com
         rstock@vogellaw.com
         brummel@vogellaw.com
ATTORNEYS FOR ESSENTIA HEALTH
AND INNOVIS HEALTH, LLC

4338438.2

4

## PATIENT AUTHORIZATION FOR RELEASE OF INFORMATION

TO:    Essentia Health


RE:

DOB: _____    SS# _____
(Date of Birth and/or Soc. Sec. No.)

This is your full and sufficient authorization form to release to: Vogel Law Firm, 218 NP Avenue, Fargo, North Dakota 58102,  its authorized agents, representatives or employees, any and all medical information (including but not limited to that which involves treatment for alcohol or drug abuse, sickle cell anemia, or psychiatric/psychological problems), charts, doctors' and nurses' notes, handwritten notes by doctors, nurses, secretaries, attorney's letters, phone messages, correspondence, memoranda, patient's histories, patient interview forms, applications, records and reports, x-ray readings, x-rays, tests, pathology slides and/or specimens, reports, committee reports, therapy records, psychological evaluations, list of prescriptions, out-patient records, discharge summaries, statements of charges, billing statements, and any and all other records pertaining to the hospitalization, history condition, treatment, diagnosis, prognosis, etiology of the undersigned while a patient at your facility on any date. This authorization specifically includes the re-disclosure of patient health information received from a separate entity. I understand that disclosure of the information in this medical record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome, or human immunodeficiency virus and genetics. I further authorize said persons to physically examine and copy any such items indicated above which you may have regarding me.

I authorize the use and disclosure of my individually identifiable health information for purposes of litigation. I understand the information to be released may include record related to behavior/and or mental health care, alcohol and drug abuse treatment, HIV/AIDS, and genetics. I understand that this authorization is voluntary. I understand that I have the right to revoke this consent in writing at any time, but that such revocation may adversely affect the course of the proceeding requiring these records.   The revocation will not apply to the extent that the provider or facility has already released health information based on this authorization.  I understand that if the person or organization I authorize to receive the information is not a health plan or health care provider, the released information may no longer be protected by Federal Privacy Regulations and could be re-disclosed. Upon the fulfillment of the above stated purpose, this consent will automatically expire without my express revocation

The provision of treatment may not be conditioned upon the execution of this Authorization unless treatment is provided in conjunction with research or if the purpose of the treatment is solely for disclosing information to a third party (i.e., fitness for work, payment of medical bills or life insurance examination).

This authorization specifically includes records prepared prior to the date of this authorization and all future records prepared after the date of this authorization during the pendency of this proceeding (Not to exceed one year from the date of this authorization). I understand the recipient may be charged for copies in accordance with state law.

A photocopy of this fax or authorization will be treated in the same manner as the original.

_____                    _____
Date                                                                      Signature of Patient/Guardian/Representative

                                                                          _____
                                                                          (If not patient, state authority/relationship)

## PATIENT AUTHORIZATION FOR RELEASE OF INFORMATION

TO:


RE:

DOB:_____ SS#_____
(Date of Birth and/or Soc. Sec. No.)

This is your full and sufficient authorization form to release to: Vogel Law Firm, 218 NP Avenue, Fargo, North Dakota 58102, its authorized agents, representatives or employees, any and all medical information (including but not limited to that which involves treatment for alcohol or drug abuse, sickle cell anemia, or psychiatric/psychological problems), charts, doctors' and nurses' notes, handwritten notes by doctors, nurses, secretaries, attorney's letters, phone messages, correspondence, memoranda, patient's histories, patient interview forms, applications, records and reports, x-ray readings, x-rays, tests, pathology slides and/or specimens, reports, committee reports, therapy records, psychological evaluations, list of prescriptions, out-patient records, discharge summaries, statements of charges, billing statements, and any and all other records pertaining to the hospitalization, history condition, treatment, diagnosis, prognosis, etiology of the undersigned while a patient at your facility on any date. This authorization specifically includes the re-disclosure of patient health information received from a separate entity. I understand that disclosure of the information in this medical record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome, or human immunodeficiency virus and genetics. I further authorize said persons to physically examine and copy any such items indicated above which you may have regarding me.

I authorize the use and disclosure of my individually identifiable health information for purposes of litigation. I understand the information to be released may include record related to behavior/and or mental health care, alcohol and drug abuse treatment, HIV/AIDS, and genetics. I understand that this authorization is voluntary. I understand that I have the right to revoke this consent in writing at any time, but that such revocation may adversely affect the course of the proceeding requiring these records. The revocation will not apply to the extent that the provider or facility has already released health information based on this authorization. I understand that if the person or organization I authorize to receive the information is not a health plan or health care provider, the released information may no longer be protected by Federal Privacy Regulations and could be re-disclosed. Upon the fulfillment of the above stated purpose, this consent will automatically expire without my express revocation

The provision of treatment may not be conditioned upon the execution of this Authorization unless treatment is provided in conjunction with research or if the purpose of the treatment is solely for disclosing information to a third party (i.e., fitness for work, payment of medical bills or life insurance examination).

This authorization specifically includes records prepared prior to the date of this authorization and all future records prepared after the date of this authorization during the pendency of this proceeding (Not to exceed one year from the date of this authorization). I understand the recipient may be charged for copies in accordance with state law.

A photocopy of this fax or authorization will be treated in the same manner as the original.

_____          _____
Date                                                      Signature of Patient/Guardian/Representative

                                                          _____
                                                          (If not patient, state authority/relationship)

## AUTHORIZATION FOR RELEASE OF PHARMACY RECORDS

TO:

RE:

DOB:_____  SS#_____
(Date of Birth and/or Soc. Sec. No.)

This is your full and sufficient authorization form to release to: Vogel Law Firm, 218 NP Avenue, Fargo, North Dakota 58102, its authorized agents, representatives or employees, any and all prescriptions that I have purchased from your pharmacy. This should include, but is not limited to, medical reports and records of any type, correspondence, handwritten notes, memoranda, prescription labels, prescription requests and billing records. I further authorize said persons to physically examine and copy any such items indicated above which you may have regarding me.

I authorize the use and disclosure of my individually identifiable health information for purposes of litigation. . I understand the information to be released may include record related to behavior/and or mental health care, alcohol and drug abuse treatment, HIV/AIDS, and genetics. I understand that this authorization is voluntary. I understand that I have the right to revoke this consent in writing at any time, but that such revocation may adversely affect the course of the proceeding requiring these records. The revocation will not apply to the extent that the provider or facility has already released health information based on this authorization. I understand that if the person or organization I authorize to receive the information is not a health plan or health care provider, the released information may no longer be protected by Federal Privacy Regulations and could be re-disclosed. Upon the fulfillment of the above stated purpose, this consent will automatically expire without my express revocation

The provision of treatment may not be conditioned upon the execution of this Authorization unless treatment is provided in conjunction with research or if the purpose of the treatment is solely for disclosing information to a third party (i.e., fitness for work, payment of medical bills or life insurance examination).

This authorization specifically includes records prepared prior to the date of this authorization and all future records prepared after the date of this authorization during the pendency of this proceeding (Not to exceed one year from the date of this authorization). I understand the recipient may be charged for copies in accordance with state law.

A photocopy of this fax or authorization will be treated in the same manner as the original.

_____           _____
Date                                                                    Signature of Patient/Guardian/Representative

                                                                            _____
                                                                            (If not patient, state authority/relationship)

The Centers for Medicare & Medicaid Services (CMS) is the federal agency that oversees the Medicare program. Many Medicare beneficiaries have other insurance in addition to their Medicare benefits. Sometimes, Medicare is supposed to pay after the other insurance. However, if certain other insurance delays payment, Medicare may make a "conditional payment" so as not to inconvenience the beneficiary, and recover after the other insurance pays.

Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 (MMSEA), a new federal law that became effective January 1, 2009, requires that liability insurers (including self-insurers), no-fault insurers, and workers' compensation plans report specific information about Medicare beneficiaries who have other insurance coverage. This reporting is to assist CMS and other insurance plans to properly coordinate payment of benefits among plans so that your claims are paid promptly and correctly.

We are asking you to the answer the questions below so that we may comply with this law.

**Please review this picture of the Medicare card to determine if you have, or have ever had, a similar Medicare card.**



Section I

| Are you presently, or have you ever been, enrolled in Medicare Part A or Part B? | ☐Yes | ☐No |
|---|---|---|
| If yes, please complete the following. If no, proceed to Section II. | | |
| Full Name: (Please print the name exactly as it appears on your SSN or Medicare card if available.) | | |

| Medicare Claim Number: | | | Date of Birth (Mo/Day/Year) | | - | | - | |
|---|---|---|---|---|---|---|---|---|
| Social Security Number: (If Medicare Claim Number is Unavailable) | | - | - | Sex | ☐Female | ☐Male |

Section II
I understand that the information requested is to assist the requesting insurance arrangement to accurately coordinate benefits with Medicare and to meet its mandatory reporting obligations under Medicare law.

_____               _____
Claimant Name (Please Print)                          Claim Number


_____
Name of Person Completing This Form If Claimant is Unable (Please Print)


_____               _____
Signature of Person Completing This Form            Date

If you have completed Sections I and II above, stop here. If you are refusing to provide the information requested in Sections I and II, proceed to Section III.

Section III

_____     _____
**Claimant Name (Please Print)**              **Claim Number**

For the reason(s) listed below, I have not provided the information requested. I understand that if I am a Medicare beneficiary and I do not provide the requested information, I may be violating obligations as a beneficiary to assist Medicare in coordinating benefits to pay my claims correctly and promptly.

**Reason(s) for Refusal to Provide Requested Information**:

_____

_____

_____

_____

_____     _____
**Signature of Person Completing This Form**     **Date**

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>           Defendants. | Case No. 3:20-CV-00121<br><br><br><br><br><br><br><br>**AFFIDAVIT OF ELECTRONIC SERVICE** |

| | |
|---|---|
| STATE OF NORTH DAKOTA | ) |
| | ) ss. |
| COUNTY OF CASS | ) |

      I hereby certify that on March 11, 2021, the following document(s) were served via e-mail:

    **1.**      **Defendant Essentia Health's Interrogatories Directed to Plaintiffs; and**
    **2.**      **Defendant Essentia Health's Requests for Production of Documents Directed to Plaintiffs.**

A copy of the foregoing were e-mailed to the addresses as follows:

Elizabeth A. Fegan
beth@feganscott.com

Brian O. Marty
marty@sagwlaw.com

Brooke Achua
brooke@feganscott.com

Peter W. Zuger
pzuger@serklandlaw.com

Melissa Ryan Clark
melissa@feganscott.com

Ian R. McLean
imclean@serklandlaw.com

Mac Schneider
mac@schneiderlawfirm.com

Morgan L. Croaker
mcroaker@serklandlaw.com

J. Barton Goplerud
goplerud@sagwlaw.com

_____
Dawne Mogck

Subscribed and sworn to before me this 11th day of March, 2021.

_____
Notary Public

[SEAL]

DEBRA J. KRUEGER
Notary Public
State of North Dakota
My Commission Expires Nov. 3, 2021

4348884.1

2