# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**DEFENDANT ESSENTIA HEALTH'S INTERROGATORIES DIRECTED TO PLAINTIFFS** |

TO:   PLAINTIFFS AND THEIR ATTORNEYS, ELIZABETH A. FEGAN AND BROOKE ACHUA, FEGAN SCOTT LLC, 150 S. WACKER DRIVE, 24TH FLOOR, CHICAGO, IL 60606; MAC SCHNEIDER, SCHNEIDER LAW FIRM, 815 3RD AVENUE SOUTH, FARGO, ND 58103; AND J. BARTON GOPLERUD AND BRIAN MARTY, SHINDLER, ANDERSON, GOPLERUD & WEESE, PC, 5015 GRAND RIDGE DRIVE, SUITE 100, WEST DES MOINES, IA 50265.

PLEASE TAKE NOTICE that Defendant Essentia Health, pursuant to Rules 26 and 33

of the Federal Rules of Civil Procedure, requests that Plaintiffs answer the following

Interrogatories under oath, within thirty (30) days after service. Please note that the Interrogatories are continuing and that they obligate the Plaintiffs to further answer such Interrogatories in the event information is obtained in the future relevant to these Interrogatories.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** Please state your full names, including any other names by which you have been known, dates of birth, marital statuses, and social security numbers.

**INTERROGATORY NO. 2:** Please state your present addresses and the addresses of each place you have lived in the last 10 years. As part of your answer, state the dates you lived at each address.

**INTERROGATORY NO. 3:** Describe your educational backgrounds. As part of your answer, state the names and addresses of each school attended and any degrees obtained.

**INTERROGATORY NO. 4:** State all marriages you have been in, if any, and state the dates and places of your marriages, the names and addresses of your spouses, and the dates and places of your divorces, if any.

**INTERROGATORY NO. 5:** State the names, dates of birth and current addresses of your children and identify which are dependent upon you for support, if any.

**INTERROGATORY NO. 6:** Please describe your employment histories in chronological order, including present employments, addresses of the employers, dates of employment, types of work, job titles, supervisors, numbers of hours worked per week, wages or salaries received and reasons for terminating the positions.

2

**INTERROGATORY NO. 7:** Give the name and current address of each person you believe has knowledge of any discoverable matter pertaining to this lawsuit. State what relationship each such person has to you.

**INTERROGATORY NO. 8:** Do you know of any examinations, inspections, tests, or other studies made by any person to reach a conclusion or an opinion on any question involved in this lawsuit, either in preparation for trial or for any other purpose? If so, state the nature of the study, the date it was made, the name and present address of the person making it, and the results.

**INTERROGATORY NO. 9:** Do you know of any photographs, digital photos, or videos which were taken as a result of the incident described in the First Amended Class Action Complaint? If so, state when the photograph, digital photo, or video was taken; the subject depicted in the photograph, digital photo, or video; who took the photograph, digital photo, or video; and who presently has custody of the photograph, digital photo or video.

**INTERROGATORY NO. 10:** Have any persons made any statements, written, oral or otherwise, while being interviewed or questioned by you, your attorneys, or your agents on your behalf about the events described in the First Amended Class Action Complaint? If so, state who made the statement, when and where the statement was made, to whom the statement was made, the substance of the statement, and the name and address of each person who was present at the time the statement was made.

**INTERROGATORY NO. 11:** Please state the name and address of each person you plan to call as an expert witness at the trial and state the subject matter upon which each expert is expected to testify, the facts and opinions to which each expert is expected to testify, and a summary of the grounds for each opinion.

**INTERROGATORY NO. 12:** Please state if you or your attorneys intend to use or rely upon any text or treatise in examination of the experts. If so, please state your answers to the following questions:

  a. The exact title of each text or treatise, upon which you intend to rely or which you intend to use;

  b. The name and address of the publishers of each such text or treatise;

  c. The date upon which such text or treatise was published and the Library of Congress catalog number;

  d. The name and author of each such text or treatise; and

  e. The particular pages from each medical text or treatise upon which you intend to rely.

**INTERROGATORY NO. 13:** If you claim that any representative, agent, or employee of Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West made any statement or admission concerning the occurrences described in the First Amended Class Action Complaint, state the substance of the statement, the time and place the statement was made, to whom the statement was made, and the names of all persons present at the time the statement was made.

**INTERROGATORY NO. 14:** If you claim that any representative, agent, or employee of Dakota Clinic Pharmacy, LLC, John Doe Manufacturers or John Doe Distributor, made any statement or admission concerning the occurrences described in the First Amended Class Action Complaint, state the substance of the statement, the time and place the statement was made, to whom the statement was made, and the names of all persons present at the time the statement was made.

**INTERROGATORY NO. 15:** If you claim that any health care provider made any statement or admission concerning the occurrences described in the First Amended Class

4

Action Complaint, state the substance of the statement, the time and place the statement was made, to whom the statement was made, and the names of all persons present at the time the statement was made.

**INTERROGATORY NO. 16:** If any individual told you or your representatives that Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West, or their employees or agents gave you improper care, state the name and address of the person who made the statement, the substance of the statement, the time and place the statement was made, to whom the statement was made, and the names of all persons present at the time the statement was made.

**INTERROGATORY NO. 17:** Were any of the people listed in your answer to Interrogatory 16 medically trained? If so, identify the person and describe his/her training.

**INTERROGATORY NO. 18:** State the name and address of each health care facility, hospital or healthcare professional who examined or treated each Plaintiff from January 2017 to the present. State the dates of treatment and the reasons for treatment.

**INTERROGATORY NO. 19:** State the name and address of each pharmacy where medications have been purchased by or for each Plaintiff from January 2017 to the present.

**INTERROGATORY NO. 20:** Describe any and all conversations each Plaintiff had with anyone at Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West, at any time concerning the occurrences described in the First Amended Class Action Complaint. State the date and time of each conversation, substance of the conversation and persons present.

**INTERROGATORY NO. 21:** Identify the Temperature Sensitive Pharmaceutical Products you were administered that you contend were subjected to a temperature excursion and the date and location of administration.

5

**INTERROGATORY NO. 22:**  Describe any affirmation of fact or promise you allege Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West made to you that relates to Temperature Sensitive Pharmaceutical Products you were administered as described in the First Amended Class Action Complaint that you claim became a basis of the bargain and created an express warranty, if any.  For each such affirmation of fact or promise state:

a.   The date such affirmation of fact or promise was made;

b.   The manner in which such affirmation of fact or promise was made;

c.   The contents of the affirmation of fact or promise;

d.   By whom the affirmation of fact or promise was made; and

e.   The names and addresses of all individuals with knowledge of the affirmation of fact or promise and the basis of said knowledge.

**INTERROGATORY NO. 23:**  Describe any description of Temperature Sensitive Pharmaceutical Products you were administered that you allege was part of the basis of the bargain and created an express warranty.

**INTERROGATORY NO. 24:**  State the amount that you assert Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West has been unjustly enriched.  Provide the process by which you calculated the alleged unjust enrichment.

**INTERROGATORY NO. 25:**  Describe the actions you claim Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West had an obligation to take to protect the efficacy and potency of Temperature Sensitive Pharmaceutical Products as alleged in the First Amended Class Action Complaint.

**INTERROGATORY NO. 26:**  Describe the way(s) in which Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West breached its alleged duty to provide proper

6

storage, shipping, and temperature specifications as alleged in the First Amended Class Action Complaint.

**INTERROGATORY NO. 27:**  Describe all acts of fraudulent concealment regarding any alleged defects associated with Temperature Sensitive Pharmaceutical Products, including the safety, potency or efficacy of the products you allege Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West engaged in as alleged in the First Amended Class Action Complaint.

**INTERROGATORY NO. 28:**  Describe Essentia Health's and/or Innovis Health, LLC d/b/a/ Essentia Health West's actions that you contend constitute unfair competition or unfair, unconscionable deceptive or fraudulent acts or trade practices in violation of the Minnesota Consumer Fraud Act and North Dakota Consumer Protection Law.

**INTERROGATORY NO. 29:**  Describe the basis of your allegation that Essentia Health and/or Innovis Health, LLC d/b/a Essentia Health West had actual knowledge of the alleged defective condition of Temperature Sensitive Pharmaceutical Products and failed to take any action to cure the alleged defective and dangerous conditions.

**INTERROGATORY NO. 30:**  Did you contract the disease for which the Temperature Sensitive Pharmaceutical Products you were administered were designed to prevent?  If so, state the date of diagnosis and the name of the provider who diagnosed you.

**INTERROGATORY NO. 31:**  Did you receive revaccinations for any of the Temperature Sensitive Pharmaceutical Products you were administered that you contend were subject to a temperature excursion?  If so, state the vaccine you received, the date of revaccination, and the name of the provider who administered the vaccine.

7

**INTERROGATORY NO. 32:** Have you ever been involved in any other legal action as a party or witness? If so, state the names of the parties, the date and place of the action, a description of the action, and the disposition made.

**INTERROGATORY NO. 33:** If you have been charged, pled guilty, or have been convicted of any crime, state the date; the nature of the offense; and the court involved.

**INTERROGATORY NO. 34:** Has there been any other legal action taken as it relates to the occurrences described in the First Amended Class Action Complaint? If so, state the names of the parties, the date and place of the action, a description of the action, and the disposition made.

**INTERROGATORY NO. 35:** List by source, amount, and date all collateral source payments as defined by N.D.C.C. § 32-03.2-06 which you have received or expect to receive as a result of the occurrences described in the First Amended Class Action Complaint.

**INTERROGATORY NO. 36:** In connection with your claims in this lawsuit, identify and itemize all sums paid or payable to any Plaintiff, or anyone on their behalf by or pursuant to the following, and identify by name and address the governmental entity, insurance company, person, group, and/or organization responsible for any such payments, and identify the policy holder, named insured, or beneficiary with respect to any such payments:

    a.    A federal, state, or local income disability act; or other public programs providing medical expenses, disability payments or similar benefits;

    b.    Health, accident and sickness, automobile accident insurance or liability insurance that provides health benefits or income disability coverage whether purchased by or provided by others; payments made pursuant to the United States Social Security Act or pension payments;

    c.    A contract or agreement of a group, organization, partnership, or corporation to provide payment for, or reimbursement of the costs of hospital, medical, dental or other health care services; and

d.    Any other source of funds not specifically covered by the preceding requests.

**INTERROGATORY NO. 37:**  With regard to any of the payments referred to in your answer to the preceding interrogatory, identify all such payments for which a subrogation right, lien or other interest exists and/or has been asserted.  If the subrogation right has been asserted, set forth the facts which establish that it has been asserted and the name and address of all persons with information concerning those facts.  If a subrogation right exists or has been asserted, identify all documents which evidence that subrogation right.

**INTERROGATORY NO. 38:**  If you have received any benefits or payments from any source in connection with the damages referred to in the First Amended Class Action Complaint, for each such benefit or payment state the name and address of the party from whom it was received; the total amount received; the date it was received; and the reason for its receipt.

**INTERROGATORY NO. 39:**  Provide a detailed computation of all damages claimed in the First Amended Class Action Complaint.  For special damages, list each item by description, amount, which have been paid and by whom.  Attach copies of all bills and receipts supporting these figures and state the total amount of each category of special damages claimed.

**INTERROGATORY NO. 40:**  Identify and state the web address for all blogs, online forums, information/photograph sharing websites and social media accounts and/or profiles including, but not limited to, Facebook, Twitter, Myspace, Caringbridge, to which you belong or have belonged, or to which you contribute or have contributed from January 1, 2020 to the present. For each account, please provide the name and/or username associated with the profile

9

and/or social media account, the type of social media account (e.g. – Facebook, Twitter, etc.), the email address associated with the social media account, the dates you've maintained the account and/or whether the account is still active, and a detailed description of any and all information, including writings and photographs by you or others, that have been removed from the website(s) by you or with your knowledge, and the date that the information was removed.

**INTERROGATORY NO. 41:** Are you a Medicare beneficiary? If so, identify your full name (as it appears on your Social Security card or Medicare card); all other names by which you have been known, Social Security Number (SSN); Health Insurance Claim Number (HICN); and your gender.

Dated this __11__ day of March, 2021.

**VOGEL LAW FIRM**

BY: Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
Email:   alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
ATTORNEYS FOR ESSENTIA HEALTH
AND INNOVIS HEALTH, LLC

4338196.6

10

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121<br><br><br><br><br><br><br><br>**AFFIDAVIT OF ELECTRONIC SERVICE** |

STATE OF NORTH DAKOTA    )
                                                    ) ss.
COUNTY OF CASS              )

I hereby certify that on March 11, 2021, the following document(s) were served via e-mail:

1. **Defendant Essentia Health's Interrogatories Directed to Plaintiffs; and**
2. **Defendant Essentia Health's Requests for Production of Documents Directed to Plaintiffs.**

A copy of the foregoing were e-mailed to the addresses as follows:

Elizabeth A. Fegan
beth@feganscott.com

Brooke Achua
brooke@feganscott.com

Melissa Ryan Clark
melissa@feganscott.com

Mac Schneider
mac@schneiderlawfirm.com

J. Barton Goplerud
goplerud@sagwlaw.com

Brian O. Marty
marty@sagwlaw.com

Peter W. Zuger
pzuger@serklandlaw.com

Ian R. McLean
imclean@serklandlaw.com

Morgan L. Croaker
mcroaker@serklandlaw.com

_____
Dawne Mogck


Subscribed and sworn to before me this 11th day of March, 2021.

_____
Notary Public

[SEAL]

DEBRA J. KRUEGER
Notary Public
State of North Dakota
My Commission Expires Nov. 3, 2021

4348884.1

2