UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.,

v.                                                                Case No:  3:20-cv-121

Essentia Health, et al.

**CLERK'S MINUTES**
Proceeding: Status Conference
*(via Telephone)*

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal     Date:  Tuesday, June 29, 2021
Deputy Clerk:  Jacqueline Stewart                                        Time:  3:29 p.m.
Law Clerk: Anu Sandhu                                                       Recess:  3:44 p.m.
Digital Recorder: 210629-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs: Melissa Clark, Bart Goplerud, Brooke Achua, Brian Marty
Counsel for Defendants: Angela Lord and Rob Stock
-------------------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.
Court has received and reviewed the letter received from Attorney Clark.

Attorney Stock provides update on status of search terms.  Attorney Stock advises the Court that the process is ongoing and agrees to provide plaintiffs' counsel with a hit list of search terms by the Tuesday or Wednesday of next week.

Attorney Stock anticipates production of documents to be completed by the end of July.
Attorney Clark would like production to be provided sooner and on a rolling basis.

Court directs defendants to begin their production of documents on a rolling basis by July 13, 2021.

Discussion held regarding Essentia's responses and objections to written discovery.

Court sets next Status Conference for July 27, 2021 at 3:30 p.m.

Recess.