UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.


v.                                                          Case No:  3:20-cv-121


Essentia Health, et al.


**CLERK'S MINUTES**
Proceeding:  Status Conference
*(via Telephone)*

| | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Alice R. Senechal | Date:  Tuesday, July 27, 2021 |
| Deputy Clerk:  Jacqueline Stewart | Time:  3:30 p.m. |
| Law Clerk: Amy Strankowski | Recess:  4:09 p.m. |
| Digital Recorder: 210727-000.mp3 (JS Chambers Recorder) | |

Counsel for Plaintiffs: McLain Schneider, Brian Marty, Brooke Achua, Barton Goplerud, and Melissa Clark
Counsel for Defendants: Angela Lord, Robert Stock and Briana Rummel.

-----------------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.
Court has received and reviewed position statement received from Attorney Clark.

Plaintiffs' counsel advises the Court that they are ready to proceed with the Settlement Conference scheduled for August 17, 2021.  Defendants are requesting a continuance.

Issues discussed at today's status conference:
- ESI search terms and production of documents
- Defendants' response to supplemental search terms
- Organizational charts
- Insurance policies
- Dakota Clinic Pharmacy (DCP) documents
- Custodians

ESI Search Terms
Discussion held regarding production of document involving first set of search terms.
Attorney Stock advises the Court that a vast majority of documents being reviewed are considered privileged, but the document review is ongoing.  Defendants are requesting an extension until September 30th to complete the review and production of documents.  Defendants would provide non-privileged documents on a rolling production starting on August 15th.

<u>Defendants' response to proposed supplemental search terms</u>
Defendants advise the Court that a hit list has been provided to Plaintiffs' counsel.  Attorney Stock would like to wait for a final list of custodians and then provide a final hit list once they have a final number on the complete data set.  Attorney Stock would like until August 15, 2021 to finalize the final data set due to the number of added custodians.

<u>Organizational charts</u>
Attorney Lord advises the Court that four organizational charts have been produced.  Attorney Lord advises the Court that she will be following up with Plaintiffs' counsel after she discusses additional charts with her client.
Court requests that Attorney Lord have additional information to Plaintiffs' counsel by Wednesday, August 4, 2021.  Attorney Lord agrees.

<u>Insurance policies</u>
Discussion held regarding the production of insurance policies.  Defendants are meeting with their clients regarding the insurance policies. Attorney Lord agrees to provide additional information to Plaintiffs' counsel by August 4, 2021.

<u>DCP documents</u>
Attorney Stock advises the Court that Essentia holds the position that DCP documents are outside of Essentia's possession, custody, and control.
Attorney Clark advises the Court of status of subpoena of DCP.  Attorney Clark seeks guidance of the Court on whether a motion to compel should be filed to obtain documents.

Defendants advise the Court that discussions have been held regarding Plaintiffs' counsel seeking leave to file a second amended complaint naming DCP as a defendant. Court inquires with plaintiffs on anticipated time for filing motion seeking leave.  Plaintiffs anticipate a motion for leave to file a second amended complaint to be filed within the next week, though likely later if settlement conference is continued. Attorney Lord advises she does not yet know whether her clients will oppose the motion.

<u>Custodians</u>
Parties will meet and confer regarding this issue.

Discussion held regarding deadlines for production of documents.  Court asks Defendants to complete the production of documents by August 31, 2021, with a rolling production beginning August 6th and weekly after that.  Attorney Stock agrees.

Attorney Stock agrees to resolve the hit list questions by August 6, 2021.

Court will continue the Settlement Conference scheduled for August 17, 2021 for a later date and time.

Court advises parties to meet and confer with their clients to discuss rescheduling the Settlement Conference.  The Court is available September 15 or 16 the week of September 21st through the 24th.

Court sets next Status Conference for August 17, 2021 at 3:30 p.m.

Recess.