**Robert B. Stock**

Direct Dial: 701.356.6316 | rstock@vogellaw.com

August 4, 2021

Magistrate Judge Alice R. Senechal                    ***Via Odyssey Only***
655 1st Avenue North, Suite 440
Fargo, ND 58102-4952

Re:    **Kraft, et al. v. Essentia Health**
       **Case No.: 3:20-cv-121**
       **Our File No.: 036304.20127**

Dear Magistrate Judge Senechal:

Defendants seek clarification with respect to a portion of the recent Order Regarding Discovery Dispute (Doc. 79) as it relates to the production of a privilege log at the time of Essentia's rolling document production. Specifically, the Court stated as follows: "The court is aware that Essentia's document production is not yet complete and that it will be completed on a rolling basis. With each production, Essentia must provide plaintiffs a privilege log as described above."

The above-quoted directive from the Court is inconsistent with the Court's Order governing discovery of electronically stored information (Doc. 46) which provides at Section VII, Paragraph 3: "A producing party will produce a separate privilege log for each production within 60 days after the production of documents for which a privilege is asserted, with a final log produced at least 60 days prior to the close of fact discovery, or within 20 days after the production, should a production occur within 60 days of the close of fact discovery." Defendants' position is that the previous Order governing discovery of electronically stored information should control in this situation and therefore Defendants would be required to produce a separate privilege log for each production within 60 days after the production of documents for which a privilege is asserted.

The matter is of some urgency, as the first rolling production is scheduled to start this this coming Friday, August 6, 2021. Defendants request clarification from the Court or a status conference with the Court to discuss further if the Court so desires.



218 NP Avenue | PO Box 1389 | Fargo, ND 58107-1389
Phone: 701.237.6983 | Fax: 701.237.0847 | Toll Free: 800.677.5024

**Fargo • Bismarck • Moorhead •Minneapolis • Grand Forks**                    **www.vogellaw.com**

*4493107.1*

August 4, 2021
Page 2

Thank you for your time and attention to this matter.

Sincerely,

Robert B. Stock

RBS:djk

cc:     All Counsel of Record

4493107.1