## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jessica Kraft, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 3:20-cv-121 |
| vs. | ) | |
| | ) | **ORDER AMENDING THE** |
| Essentia Health, et al., | ) | **AUGUST 2, 2021 ORDER** |
| | ) | |
| Defendants. | ) | |

In an August 2, 2021 order addressing a discovery dispute, the court stated that defendant Essentia Health must provide privilege logs with its document production, which will be completed on a rolling basis. Essentia sought clarification of that portion of the order, identifying a conflict with an earlier order regarding electronically stored information. The August 2, 2021 order is amended to require that Essentia produce a privilege log, consistent with the requirements of the August 2nd order, for each production within sixty days the production of documents for which a privilege is asserted.

**IT IS SO ORDERED**.

Dated this 4th day of August, 2021.

/s/ Alice R. Senechal

Alice R. Senechal
United States Magistrate Judge