THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B.; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, <br><br> Defendants. | Case No. 3:20-CV-00121 <br><br><br> **ESSENTIA HEALTH'S EMERGENCY MOTION TO STAY COURT'S ORDER REGARDING DISCOVERY DISPUTE (DOC. ID NO. 79)** |

Defendant, Essentia Health ("Essentia") moves this Court for an Order staying its Order Regarding Discovery Dispute (Doc. ID No. 79) pending its forthcoming Objection/Appeal and the District Court's review pursuant to Rule 72 of the Federal Rules of Civil Procedure and Rule 72.1 of the Local Rules of the United States District Court for the District of North Dakota. This Motion is based on the accompanying Memorandum of Law in Support of

4492877.1

Essentia's Emergency Motion to Stay Court's Order Regarding Discovery Dispute (Doc. ID

No. 79) and all of the files and matters of record in this case.  Essentia respectfully requests

this Court grant its present Motion.  Given the timing of the matters at issue, Essentia further

requests either an accelerated briefing schedule or a status conference with the Court should

the Court require additional analysis in considering Essentia's Motion.

Dated this 10th day of August, 2021.

**VOGEL LAW FIRM**


*/s/ Robert B. Stock*
BY:  Angela E. Lord (#05351)
       Robert B. Stock (#05919)
       Briana L. Rummel (#08399)
       218 NP Avenue
       PO Box 1389
       Fargo, ND  58107-1389
       701.237.6983
       Email:   alord@vogellaw.com
                 rstock@vogellaw.com
                 brummel@vogellaw.com
       ATTORNEYS FOR ESSENTIA HEALTH
       AND INNOVIS HEALTH, LLC

4492877.1