**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-121 |
| | ) | |
| vs. | ) | **ORDER EXTENDING** |
| | ) | **DEADLINE** |
| Essentia Health, et al., | ) | |
| | ) | |
| Defendants. | ) | |

An order of August 2, 2021, required defendant Essentia Health to provide plaintiffs a more detailed privilege log within fourteen days.[1] On August 10, 2021, Essentia moved for a stay of the order pending an appeal to the presiding district judge, and on August 11, 2021, Essentia filed its appeal. In its motion for a stay, Essentia requested either an accelerated briefing schedule or a status conference with the court. (Doc. 83). In its brief in support of the motion for a stay, Essentia requested either an accelerated briefing schedule or a delay in the deadline for its compliance with the August 2, 2021 order. (Doc. 84, p. 8).

Under Local Rule 7.1(B), plaintiffs' response to the motion to stay is due August 24, 2021. The court will extend the deadline for Essentia to provide a more detailed privilege log until the court issues a decision on Essentia's motion to stay the August 2, 2021 order.

---

[1] More than thirty years ago, Congress changed the title "United States Magistrate" to "United States Magistrate Judge." Judicial Improvements Act of 1990, 104 Stat. 5089, Pub. L. No. 101-650, §321 (1990) ("After the enactment of this Act, each United States Magistrate . . . shall be known as a United States Magistrate Judge."). Essentia's counsel is reminded to use the correct title in the future.

**IT IS SO ORDERED**.

Dated this 13th day of August, 2021.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge