UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.

v.                                                      Case No:  3:20-cv-121

Essentia Health, et al.

**CLERK'S MINUTES**
Proceeding:  Status Conference
*(via Telephone)*

Presiding Judge:  U.S. Magistrate Judge Alice R. Senechal        Date:  Tuesday, August 17, 2021
Deputy Clerk:  Jacqueline Stewart        Time:  3:30 p.m.
Law Clerk:  Amy Strankowski and Kevin Thomson        Recess:  4:01 p.m.
Digital Recorder:  210817-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs: McLain Schneider, Brian Marty, Brooke Achua, Barton Goplerud, and Melissa Clark
Counsel for Defendants: Angela Lord, Robert Stock and Briana Rummel

-------------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.
Court has received and reviewed position statements.

Court addresses pending motion to stay and pending appeal.

Issues discussed at today's status conference:
- ESI search terms and production of documents
- Dakota Clinic Pharmacy (DCP) documents
- Status updates re Second Amended Complaint
- Organizational charts
- Proposed additional custodians
- Transcript redactions

ESI Search Terms
Discussion held regarding the designation of supplemental search terms.  Defendants state that the first searches have been run and defendants are reviewing results of those searches.  Defendants anticipate having the results of those search terms to plaintiffs' counsel within a week from today.  Court asks the parties to continue to meet and confer.  If parties are unable to resolve issues, they are directed to bring it to the Court's attention for resolution.

DCP documents
Discussion held regarding Plaintiffs' position regarding DCP documents being outside of Essentia's possession, custody, and control. Attorney Clark advises the Court that with DCP being re-added to the case, they may be able to obtain documents directly from DCP, but will continue to pursue obtaining the DCP documents from Essentia.
Attorney Stock advises the Court that they will continue to work on resolving this issue.
Court asks the parties to continue to meet and confer. If parties are unable to resolve issues, they are directed to bring it to the Court's attention for resolution.

Status Update
Discussion held regarding status updates as to the second amended complaint naming DCP. The Court anticipates asking Essentia to explain the need for redactions and the sealing of the complaint. The complaint remains under seal with a publicly filed redacted version. The Court will address this issue at a later date.

Organizational Charts
Attorney Clark advises the Court that they have received the additional organizational charts and insurance policies. Attorney Clark anticipates the review of those charts to be completed no later than next week.

Proposed Additional Custodians
Plaintiffs have provided defendants with proposed additional custodians. Defendants have responded and accepted some. Plaintiffs now owe defendants a response and anticipate that to be completed within one week after receiving Essentia's response as to disputed search terms.

Transcript Redactions
Discussion held regarding portions of the May 19, 2021 Status Conference transcript being redacted. Defendants are requesting portions of the transcripts to be redacted. Plaintiffs object to this request.
The Court will review the transcript and issue an Order regarding the request to redact.

Attorney Stock provides the Court with a status update regarding ESI search terms. Defendants are requesting an additional 30 days. Plaintiffs object.
The Court will address this issue after a ruling is made regarding the appeal concerning the privilege log.

Court sets next Status Conference for September 14, 2021 at 3:30 p.m.

Recess.