**Angie E. Lord**

Direct Dial: 701.356.6321 | alord@vogellaw.com

August 16, 2021

**VIA EMAIL ONLY**
ndd_j-senechal@ndd.uscourts.gov

Magistrate Judge Alice R. Senechal
655 1st Avenue North, Suite 440
Fargo, North Dakota 58102-4952

**Re:    Jessica Kraft et al. v. Essentia Health, et al.  Case No. 3:20-cv-121**

Dear Magistrate Judge Senechal:

Defendants, Essentia Health and Innovis Health, LLC d/b/a Essentia Health West (collectively, "Essentia"), provide this position statement in advance of the status conference on August 17, 2021.

During the Telephonic Status Conference on May 19, 2021, several discovery issues were addressed. As part of that discussion, counsel for Essentia generally referred to information that was produced in discovery and designated as "Highly Confidential" pursuant to the Confidentiality Order, entered in this action on March 1, 2021. *See* Doc. ID No. 45, *Confidentiality Order*. Following the status conference, Plaintiffs' counsel sought the preparation of a transcript of the status conference. Essentia seeks redaction of Page 6, lines 15-25 through Page 7, lines 1-7 of the transcript of the May 19th status conference, which generally references discovery produced in the case that is subject to the Confidentiality Order.

In issuing its Confidentiality Order, the Court recognized that this case

> may involve the production of information containing trade secrets, proprietary commercial or business information, financial information, personal identifying or personal health related information, information subject to one or more U.S. or foreign data privacy laws or regulations, and/or other sensitive and confidential information for which special protection from public disclosure and from use for any purpose other than this proceeding is warranted.

(Doc. ID No. 45, *Confidentiality Order*, at A(2)). Consistent with this conclusion, the Confidentiality Order outlines the procedure for a producing party to identify information as either "Confidential Information" or "Highly Confidential Information." *Id.* at ¶ C(1)-(6). In addition to documents produced in discovery, these labels "can apply to information contained within a document, revealed during a deposition or other testimony, revealed in a written discovery response, or otherwise revealed." *Id.* at ¶ B(7).

As part of the discussion about the status of discovery during the status conference, counsel described the scope of discovery production. *Transcript of Telephonic Status Conference,* at 6:9-17. In addition, counsel also addressed, with greater specificity, certain discovery that was produced in this action and labeled Highly Confidential Information pursuant to the Court's Confidentiality Order. *Id.* at 6:15-7:1-7. As the Court's Confidentiality Order expressly "encompasses not only those items or things that are

218 NP Avenue | PO Box 1389 | Fargo, ND 58107-1389
Phone: 701.237.6983 | Fax: 701.237.0847 | Toll Free: 800.677.5024



Fargo • Bismarck • Moorhead • Minneapolis • Grand Forks          www.vogellaw.com

Magistrate Judge Alice R. Senechal
August 16, 2021
Page 2


expressly designated as Confidential, but also Confidential Information" included in summaries, testimony, and/or oral communications, among other things, the portions of the Transcript that includes discussion of Highly Confidential Information should be redacted, including Page 6, lines 15-25 through Page 7, lines 1-7 of the Transcript.  (Doc. ID No. 45, *Confidentiality Order,* at B(7)).

Very truly yours,

*s/ Angie E. Lord*

Angie E. Lord

4502078.2