# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.,     )
           )
   Plaintiffs,    )   Case No. 3:20-cv-121
           )
vs.         )  **ORDER REGARDING**
           )   **SEALING OF THE**
Essentia Health, et al.,   ) **SECOND AMENDED COMPLAINT**
           )
   Defendants.   )

Plaintiffs filed a Second Amended Complaint on August 13, 2021, and moved for leave to file that complaint under seal, with a redacted version filed publicly. In support of that motion, plaintiffs assert the Second Amended Complaint includes information produced by defendant Essentia Health in discovery, which information Essentia has designated as "confidential" or "highly confidential" pursuant to the court's March 1, 2021 Protective Order.

Though Plaintiffs brought the motion to seal, they contend the proposed redacted information does not in fact meet criteria for denial of public access. Plaintiffs state they moved for filing under seal only because of Essentia's confidentiality designations. (Doc. 89-1, p. 5).

The court granted the motion to seal provisionally so that service of the Second Amended Complaint could proceed. The court now orders that Essentia file a memorandum explaining its position that public access to the proposed redacted information should be denied. **Essentia** must file that memorandum **within ten days of today's date**.

**IT IS SO ORDERED**.

Dated this 19th day of August, 2021.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge