**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Jessica Kraft, et al.,     ) | |
|     ) | Case No. 3:20-cv-121 |
|     Plaintiffs,     ) | |
|     ) | **ORDER REGARDING TRANSCRIPT** |
|     vs.     ) | **OF MAY 19, 2021** |
|     ) | **STATUS CONFERENCE** |
| Essentia Health, et al.,     ) | |
|     ) | |
|     Defendants.     ) | |

At the request of plaintiffs, on May 27, 2021, the court reporter filed a transcript of a May 19, 2021 status conference. Notices of intent to request redaction were due June 3, 2021, and redaction requests were due June 17, 2021. (Doc. 61).

Prior to an August 17, 2021 status conference, counsel for Essentia Health filed a position statement which included a request for redaction of portions of the May 19, 2021 transcript. (Doc. 94-1). Essentia asserts the transcript portions it seeks to have redacted reveal discussion about information Essentia has designated as highly confidential under the governing protective order.

Having reviewed the transcript in its entirety, Essentia's request for redaction is **DENIED**. Even if the request were timely, Essentia has not demonstrated that the public should be denied access to the information it seeks to have redacted. Designation as confidential under the protective order is not itself sufficient reason for denial of public access.

    **IT IS SO ORDERED**.

Dated this 19th day of August, 2021.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge
