UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Essentia Health and Innovis Health, LLC d/b/a Essentia Health (collectively, "Essentia"), in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Court's September 7, 2021 Order, denying Essentia's Appeal of Magistrate Judge Senechal's Order Regarding Discovery Dispute and Order Denying Motion to Stay (Doc. 109).

Dated this 10th day of September, 2021.

**VOGEL LAW FIRM**

*s/ Robert B. Stock*

BY: Angela E. Lord (#05351)
   Robert B. Stock (#05919)
   Briana L. Rummel (#08399)
   218 NP Avenue
   PO Box 1389
   Fargo, ND  58107-1389
   701.237.6983
   Email: alord@vogellaw.com
      rstock@vogellaw.com
      brummel@vogellaw.com
   ATTORNEYS FOR ESSENTIA HEALTH
   AND INNOVIS HEALTH, LLC

4526149.1