Rev. 5/2017

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
**NOA SUPPLEMENT**

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  3:20-cv-00121-PDW-ARS

Kraft et al v. Essentia Health et al

Length of trial:  N/A

Financial Status:          Fee Paid?                                       ☑ Yes          ☐ No
                           If **NO**, has IFP been granted?               ☐ Yes          ☐ No
                           Is there a pending motion for IFP?             ☐ Yes          ☑ No

Are there any other pending post-judgment motions?        ☐ Yes          ☑ No

Please identify the court reporter:        ☐ No hearings held

    Name:                                                  NOTE: Interlocutory appeal;
                                                           hearings at current point in case
    Address:                                               digitally recorded

    Telephone Number:

Criminal cases only:
    Is the defendant incarcerated?        ☐ Yes (include address below)        No ☐

    Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**