# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  21-3043

_____

Jessica Kraft, individually and as parent of minors L.K, S.K. and O.K.; Shelli Schneider, individually and as parent of minors A.S. and W.S.; Anne Bailey, individually and as parent of minor D.B.; Amy Lavelle, individually and as parent of minors Em.L. and El.L.; Elizabeth Beaton, individually and as parent of minor M.B.; Amanda Fauske, individually and as parent of minors C.R.F. and C.J.F.; Tyrell Fauske, individually and as parent of minors C.R.F. and C.J.F.; Jennifer Rein, individually; Jessica Berg, individually and as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated

Plaintiffs - Appellees

v.

Essentia Health; Innovis Health, LLC, doing business as Essentia Health

Defendants - Appellants

Dakota Clinic Pharmacy, LLC; John Doe Manufacturers; John Doe Distributor

Defendants

_____

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:20-cv-00121-PDW)

_____

## JUDGMENT

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in

accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

September 13, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

            /s/ Michael E. Gans