# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3043

Jessica Kraft, individually and as parent of minors L.K, S.K. and O.K., et al.

Appellees

v.

Essentia Health and Innovis Health, LLC, doing business as Essentia Health

Appellants

Dakota Clinic Pharmacy, LLC, et al.

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:20-cv-00121-PDW)

---

## MANDATE

In accordance with the judgment of 09/13/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 13, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit