**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

Jessica Kraft, et al.,         )
                        )
        Plaintiffs,       )       Case No. 3:20-cv-121
                        )
    vs.                  )      **ORDER FOLLOWING**
                        )      **SEPTEMBER 14, 2021**
Essentia Health, et al.,      )      **STATUS CONFERENCE**
                        )
        Defendants.      )

This order summarizes the court's orders on various matters discussed during a September 14, 2021 status conference.

By **September 21, 2021**, counsel shall confer regarding sufficiency of Essentia's privilege logs, insofar as Essentia claims a privilege other than peer review privilege. If the dispute is not resolved through those discussions, plaintiffs may file a motion addressing the issue.

By **September 21, 2021**, counsel shall confer in good faith regarding the named plaintiffs being provided information Essentia has designated as highly confidential. If the dispute is not resolved through those discussions, plaintiffs may file a motion addressing the issue.

By **September 24, 2021**, counsel for Essentia shall confer with their client to confirm that chart-by-chart review would be required to identify the information plaintiffs request regarding members of the putative class. Counsel shall advise plaintiffs' counsel of that matter in writing, with a copy to the court at ndd_J-Senechal@ndd.uscourts.gov. The court acknowledges its receipt of that confirmation on September 20, 2021.

By **September 30, 2021,** counsel shall confer regarding plaintiffs' search term proposals and the custodians whose records plaintiffs' request be searched. If the issues are not resolved through those discussions, plaintiffs may file a motion addressing the issue.

The court will conduct a settlement conference on **October 5, 2021**, beginning at 10:00 a.m. The court will not require that all of the named parties attend in person or that representatives of Essentia's insurer(s) attend in person. Counsel for plaintiffs and counsel for Essentia shall separately make arrangement necessary for remote participation of those not attending in person. The court advises counsel that public WiFi access is not currently available in the courthouse.

The court will hold a status conference via telephone on **October 13, 2021**.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2021.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge