## SETTLEMENT CONFERENCE CLERK'S MINUTES

CASE TITLE:     Kraft et al. v Essentia Health et al.

CASE NO.:       3:20-cv-121

BEFORE:         Magistrate Judge Alice R. Senechal

LOCATION:       Chambers

DATE/TIME:      October 5, 2021 @ 10:00 AM

RECESS:     *12:35 p.m.*

_____ CASE SETTLED

✓ CASE DID NOT SETTLE

✓ FOLLOW UP?

*Judge will follow-up with counsel.*