## SETTLEMENT CONFERENCE ATTENDANCE SHEET

CASE TITLE:       Kraft et al. v. Essentia Health et al.

CASE NO.:         3:20-cv-121

BEFORE:           Magistrate Judge Alice R. Senechal

LOCATION:         Chambers

DATE/TIME:        October 5, 2021 @ 10:00 AM

Please Print.

| Beth Fegan | Plaintiffs Counsel |
| (Name) | (Party Affiliation / Title) |
| J Barton Goplerud | Plaintiffs counsel |
| (Name) | (Party Affiliation / Title) |
| Peter Zuger | DCP Attorney |
| (Name) | (Party Affiliation / Title) |
| Robert Stach | Essentia Attorney |
| (Name) | (Party Affiliation / Title) |
| Megin E. Lang | Essentia Attorney |
| (Name) | (Party Affiliation / Title) |
| MacKenzie Hertz | Essentia attorney |
| (Name) | (Party Affiliation / Title) |
| Frank Modich | Essentia Assoc. Gen. Counsel |
| (Name) | (Party Affiliation / Title) |
| Jessica Jennifer Berg | Named Plaintiff |
| (Name) | (Party Affiliation / Title) |
| MAC SCHNEIDER | Plaintiff's Counsel |
| (Name) | (Party Affiliation / Title) |
| Jennifer Rein | Named TT |
| (Name) | (Party Affiliation / Title) |
| Elizabeth Beaton | " |

Melissa Clark
_____
(Name)

Plantiffs counsel (remote)
_____
(Party Affiliation / Title)

Brooke Achua
_____
(Name)

" " (remote)
_____
(Party Affiliation / Title)

Michael Joyce
_____
(Name)

Chubb - claims (remote)
_____
(Party Affiliation / Title)

Clayton Melton
_____
(Name)

Sedgwick Claim administrator (remote)
_____
(Party Affiliation / Title)

Teri Miller
_____
(Name)

Pharmacists Mutual (remote)
_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)

_____
(Name)

_____
(Party Affiliation / Title)