UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated, | Case No. 3:20-CV-00121 |
| Plaintiffs, | |
| vs. | **STIPULATED MOTION TO EXTEND DEADLINES** |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, | |
| Defendants. | |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court amend the February 26, 2021, Amended Scheduling Order (Docket No. 44), as follows:

1.     The parties shall have until **January 28, 2022** to move to join additional parties or to move to amend the pleadings.

4545783.2

2.      The parties shall have until **March 15, 2022** to move to amend the pleadings to add a claim for punitive damages.

3.      The parties shall have until **March 31, 2022**, to complete fact discovery and until **April 15, 2022**, to file discovery motions.

4.      Plaintiffs shall have until **April 29, 2022**, and Defendants shall have until **May 13, 2022**, to provide class certification expert disclosures and reports. Plaintiffs shall have until **June 30, 2022**, to provide class certification expert rebuttal reports.

5.      Plaintiffs' motion for class certification is due **April 29, 2022**, and Defendants' response is due by **June 17, 2022**. Plaintiffs' reply, if any, is due **July 15, 2022**.

This stipulated motion is brought in good faith and not for purposes of delay.


Dated: October 7, 2021

BY: *&#47;s&#47; Elizabeth A. Fegan*

Elizabeth A. Fegan
Brooke Achua
Melissa Ryan Clark
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com
brooke@feganscott.com
melissa@feganscott.com

Mac Schneider (#06476)
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

2

4545783.2

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS


**VOGEL LAW FIRM**


Dated: October 7, 2021

BY:

*/s/ Robert B. Stock*

Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
MacKenzie L. Hertz (#09392)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
Email:    alord@vogellaw.com
          rstock@vogellaw.com
          brummel@vogellaw.com
          mhertz@vogellaw.com
ATTORNEYS FOR DEFENDANTS
ESSENTIA HEALTH AND INNOVIS
HEALTH, LLC

3

**SERKLAND LAW FIRM**

Dated: October 7, 2021

*/s/ Peter W. Zuger*

BY:  Peter W. Zuger (#06282)
Ian R. McLean (#07320)
10 Roberts Street
PO Box 6017
Fargo, ND  58108-6017
701.232.8957
Email:    pzuger@serklandlaw.com
            imclean@serklandlaw.com
ATTORNEYS FOR DEFENDANT DAKOTA
CLINIC PHARMACY, LLC

4

4545783.2