UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.,


v.                                                              Case No: 3:20-cv-121


Essentia Health, et al.



**CLERK'S MINUTES**
Proceeding: Status Conference
*(via Telephone)*


| | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Alice R. Senechal | Date: Tuesday, November 16, 2021 |
| Deputy Clerk: Jacqueline Stewart | Time: 2:30 p.m. |
| Law Clerk: Amy Strankowski | Recess: 2:53 p.m. |
| Digital Recorder: 211116-000.mp3 (JS Chambers Recorder) | |

---

Counsel for Plaintiffs: McLain Schneider, Brooke Achua, Barton Goplerud, and Melissa Clark
Counsel for Defendants Essentia Health & Innovis Health: Angie Lord, MacKenzie Hertz, and Rob Stock
Counsel for Defendant Dakota Clinic Pharmacy: Peter Zuger

---------------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.
Court has reviewed Plaintiffs' position letter dated November 15, 2021.

Attorney Clark advises the Court she does not have any additional information to add regarding issue of Essentia Health's production of relevant financial information.
Attorney Lord responds regarding plaintiffs' request for additional financial information.
Court orders briefing on the matter. Plaintiffs are directed to file their brief by December 3, 2021.
Defendants are directed to respond by December 17, 2021.

Discussion held regarding issues surrounding search and reporting capabilities of Epic and/or MyChart.
Attorney Lord responds.
Court orders parties to meet and confer within a weeks' time. In the event the parties cannot reach a resolution, Plaintiffs are directed to schedule a Rule 30(b)(6) deposition.

Plaintiffs advise the Court that they are in the process of reviewing search terms and privilege assertions defendants provided last week.

Court sets next status conference for December 14, 2021 at 2:30pm.


Recess.