## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, INDIVIDUALLY AND )
AS PARENT OF MINORS L.K., S.K., and )
O.K.; SHELLI SCHNEIDER, )
INDIVIDUALLY AND AS PARENT OF )
MINORS A.S and W.S.; ANNE BAILEY, )
AS PARENT OF MINOR D.B.; AMY )
LAVELLE, AS PARENT OF MINORS )
Em.L. and El.L; ELIZABETH BEATON, )
INDIVIDUALLY AND AS PARENT OF )         No. 3:20-CV-121
MINOR M.B.; AMANDA AND TYRELL )
FAUSKE, INDIVIDUALLY AND AS )
PARENTS OF MINORS C.R.F  and C.J.F.; )   Hon. Peter D. Welte
JENNIFER REIN, INDIVIDUALLY; and )
JESSICA BERG, AS PARENT OF MINORS )
A.B. and S.B., individually and on behalf of )
all others similarly situated, )
                )
       Plaintiffs, )
                )
    v. )
                )
ESSENTIA HEALTH, INNOVIS )
HEALTH, LLC d/b/a ESSENTIA )
HEALTH, DAKOTA CLINIC )
PHARMACY, LLC, JOHN DOE )
MANUFACTURERS, and )
JOHN DOE DISTRIBUTOR, )
                )
       Defendants. )

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT ESSENTIA HEALTH AND INNOVIS HEALTH, LLC'S PRODUCTION OF FINANCIAL INFORMATION**

Plaintiffs, by their undersigned counsel of record, and for the reasons set forth in the accompanying memorandum, respectfully move this Court pursuant to Rule 37(a)(3)(B)(iv) of the Federal Rules of Civil Procedure for an order compelling Defendants Essentia Health and Innovis Health, LLC to produce financial data and documents responsive to Plaintiffs' First Set of Requests for Production and per its ongoing disclosure obligations pursuant to Federal Rule of Civil

1

Procedure 26(a)(1)(A)(ii) and (iii).

As required by Civil Local Rule 37.1, attorneys for Plaintiffs have conferred in good faith with attorneys for the Defendants regarding the nature of this motion and its legal basis and attempted to resolve the dispute without involving this Court. Plaintiffs have also participated in telephonic conferences with Magistrate Judge Senechal and Defendants in an attempt to resolve the dispute. At the November 16, 2021 status conference, Magistrate Judge Senechal ordered briefing on the matter and directed Plaintiffs to file their brief by December 3, 2021. Minute Entry, ECF No. 133.

WHEREFORE, for the reasons more fully set forth in the accompanying brief, Plaintiffs respectfully request that their Motion to Compel be granted.

Dated: December 3, 2021            /s/ Melissa Ryan Clark

Melissa Ryan Clark
Brooke A. Achua
FEGAN SCOTT LLC
140 Broadway, 46th Fl.
New York, NY 10005
Ph: 646.502.7910
Fax: 312.264.0100
melissa@feganscott.com
brooke@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Mac Schneider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103

2

Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Counsel for Plaintiffs

3