UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B.; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>        Defendants. | Case No. 3:20-CV-00121<br><br><br>**AFFIDAVIT OF BRANDON DOCKENDORF** |

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) | SS |
| COUNTY OF SAINT LOUIS | ) | |

Brandon Dockendorf, being first duly sworn, testifies and states as follows:

1. I am a Senior Business Intelligence Analyst at Essentia Health ("Essentia").

2. As a Senior Business Intelligence Analyst at Essentia, I am familiar with Essentia's databases for storing, transferring, and analyzing data.

3.      Electronic Medical Records ("EMR") are widely used in healthcare.

4.      Data entered into the EMR is stored in databases. That data can be accessed via tools like Structured Query Language ("SQL"), which is a coding language used to query databases. A query is a way to ask a database a specific question to return data responsive to the question posed.

5.      It is a standard and recognized business practice across healthcare systems to access databases using SQL or other tools. This process is not unique to Essentia.

6.      Essentia utilizes EPIC integrated electronic databases for storing, transferring, and analyzing data, including, as relevant here, Chronicles and Clarity.

7.      Chronicles is an electronic database that houses a patient's entire record, including both medical and financial information. Chronicles is utilized by healthcare providers and other staff to enter and access individual patient data in real-time on a daily basis.

8.      Certain data from Chronicles is transferred nightly to Clarity by way of the extract, transform, and load ("ETL") process.

9.      Clarity is an electronic relational database that is designed for reporting on large amounts of data over long periods of time. The data stored in Clarity is accessed using SQL.

10.     In this case, I was asked to provide data responsive to Plaintiffs' Request for Production of Documents No. 15.

11.     Broadly, I accessed this data from Clarity using SQL, de-identified the data, and then extracted the data to Excel spreadsheets.

12.     First, the pertinent patient population was defined as those receiving specific types of immunizations or medications, administered for a selected date range, at specific Essentia facilities.

13.     Second, I queried the Clarity database, using SQL, for the charge transactions that were generated by the immunizations or medications administered to the pertinent patient population. This query returned financial information regarding the allegedly impacted immunizations and/or medications.

14.     Third, I queried the Clarity database, using SQL, for CPT Codes used to bill the pertinent patient population for administration and office visits.

15.     Notably, administration charges create a unique challenge when a patient received more than one immunization and/or medication that were both stored by Dakota Clinic Pharmacy and stored by other facilities. The administration

charges identified in the data include administration activity for dates of service, including administration of immunizations and/or medications not stored by Dakota Clinic Pharmacy.

16.    When a patient receives more than one immunization and/or medication, we are unable to determine the administration charge that corresponds to each individual immunization and/or medication.

17.    The office visit charges reflect that the patient saw a provider on the date the immunization and/or medication was administered.  In addition, if the office visit only involved the immunization and/or medication administration it would not have resulted in an office visit charge.

18.    Fourth, I further queried the Clarity database, using SQL, for professional billing payment transactions and payments made to the patient's billing account balance in the hospital billing system.  The query for the hospital billing system returned the total payments on a patient's billing account for hospital charges.  The Clarity database was able to distinguish between third-party payor payments and patient payments for the hospital billing system.  However, unlike professional billing, payments are not apportioned to specific charges in the hospital billing system.

19.    Fifth, I de-identified the data, using SQL, within the Clarity database.

20.    Sixth, the data was aggregated using standard mathematical functions.

21.    Lastly, the data responsive to the queries was exported to Excel spreadsheets.

22.    To summarize, I queried the Clarity database, using SQL, to pull existing data to directly respond to Plaintiffs' discovery requests.  I did not modify or otherwise change the data in any way.  The data provided *is* data, obtained directly from the Clarity database.  No underlying documents exist from which the Clarity data was derived.

23.    The Total Account Charges on Day of Service include the total account charges on a particular day of service not limited to the vaccine charges, administration charges, and office visit charges.

3

Dated this 21st day of December, 2021.

_____
Brandon Dockendorf

Subscribed and sworn to before me this __21st__ day of December, 2021.

_____
Notary Public

TAMMY L LAMIRANDE
Notary Public - Minnesota
Commission # 20047500
My Commission Expires
Jan 31, 2025

4