Jessica Kraft, et al

      v.                                             Case No. 3:20-cv-121

Essentia Health, et al

## Clerk's Minutes
Proceedings: Telephone status conference

| | |
|---|---|
| Honorable Alice R. Senechal | Date: 1/11/22 |
| Todd Dudgeon, Deputy Clerk | Time: 2:30 pm |
| Law Clerk: Amy Strankowski | Recess: 2:40 pm |

Digital Recorder: 220111-000 Kraft (JS Chambers Recorder)
*****************************************************************************

Appearances:
Attorney for plaintiff: McLain Schneider, Brooke Achua, Barton Gopland, Melissa Clark
Attorney for defendants: Essential Hospital & Innovis Health: Angie Lord, MacKenzie Hertz, Rob Stock, Briana Rummel
Attorney for defendant Dakota Clinic: Peter Zuger
*****************************************************************************

Court opens the conference, counsel identify themselves for the record, court informs counsel the conference is being recorded.

Court addresses the letter from plaintiffs counsel which outlines a number of issues, court also notes there are pending motions, on of which is a motion to compel.

Ms. Clark requests additional pages on a discovery brief, Ms. Lord defers to the court on this matter, and Mr. Zuger has no comment.  Court will allow plaintiff up to 30 pages for their brief.

The court indicates a decision regarding the financial data is forthcoming.

Plaintiff has nothing further to add regarding the search terms...but indicates a motion will be filed relating to the search terms this week.

Nothing further to add re: privilege log for the defendants assertions or  the My Chart/Epic issues.

Ms Lord asks for an additional page extension over and above that contemplated in the local rules - court allows up to 30 pages.

Ms. Clark indicated there may be a scheduling issue since the deadline to join parties and amend pleadings is approaching - these deadlines may need to be extended.  Plaintiffs will reach out to defendants to discuss.
Court sets next status conference for February 23rd at 2:00 pm (by telephone).