# Exhibit A

| # | Search String | Total Hits | Unique Hits | Relevance |
|---|---|---|---|---|
| 22b | temp!<br><br>w/ 10<br><br>(31 OR 32 OR 33 OR 34 OR 35 OR "below 36") | 8,344 | 887[1] | The numbers in this string refer to the improper temperatures at which the Affected Medications were kept, and the temperature standards for safekeeping. ¶¶ 97, 129(a), 142, 164, 171, 178, 181, 183, 186, 187.<br><br>Essentia contended the use of numbers returns irrelevant documents. Plaintiffs thus narrowed the proximity connector from w/30, as originally proposed, to w/10 to avoid false hits (on page numbers, for example). Essentia ran its own search that replaced the proximity connector as "AND." Even as broadened by Essentia, the term does not return an unreasonably large number of documents given the relevance of the string.<br><br>It relates to, e.g., RFP Nos. 6-10, 13, 14. |
| 23 | temp!<br><br>w/ 30<br><br>(calib! OR stabiliz! OR stabaliz! OR adjust! OR shift! OR trend! OR high! OR low! OR max! OR min! OR below OR above OR exceed! OR warm! OR cold! OR ultra-cold! OR rang! OR set! OR control! OR specific! OR effectiv! OR ineffectiv! OR harmful! OR potent OR potenc!) | 11,583 | 566 | This string seeks documents relating to, e.g., temperature monitoring and safety, the temperature excursion, and how temperatures impact affected pharmaceuticals.<br><br>It relates to, e.g., RFP Nos. 6-10, 12, 13, and 14, which seek, *inter alia*, documents relating to the Disclosed Temperature Excursion and TTSPP storage practices, policies, and quality control.<br><br>The string is narrowly tailored to the subject matter of this action, which centers on TTSPPs that Defendants stored outside of acceptable temperature ranges, potentially affecting the TTSPPs' efficacy. |

---

[1] Essentia ran this term with the proximity connector "AND" rather than w/10. These hit counts stem from Essentia's broader search.

1

| 24 | temp!<br><br>w/ 30<br><br>(log! OR track! OR report! OR document! OR read! OR data! OR record! OR audit! OR maint! OR monitor! OR responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR report! OR parameter! OR indicat!) | 11,308 | 335 | This search string is narrowly tailored to capture relevant temperature log documents, including temperature logs and data, and documents discussing temperature tracking procedures, practices, and responsibilities.<br><br>This search string is relevant to at least RFP Nos. 6-10, 12, 13, and 14, which seek, *inter alia*, policies, practices, reports, and guidance relating to the quality and safety of TTSPPs and/or relevant to the Disclosed Temperature Excursion. |
| --- | --- | --- | --- | --- |
| 25 | (fridg! OR refridg! OR frig! OR refrig! OR therm! OR freez!)<br><br>w/ 30<br><br>(excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR emergen! OR out! OR wrong OR deviat! OR improper! OR uncertain! OR var! OR invalid! OR alarm! OR warn! OR freez! OR froz! OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77)[2] | 938 | 455 | This search string seeks documents about refrigerators or freezers affected by the temperature excursion or otherwise not maintaining safe temperatures; thermostat readings and issues; and issues with medications freezing.<br><br>Essentia has revealed that the excursion was discovered when a refrigerator was discovered with readings below 36 degrees. ¶ 164. Defendants produced temperature logs reflecting temperature deviations that resulted in recordings at or below freezing temperatures. ¶¶ 172, 178, 181.<br><br>It relates to, e.g., RFP Nos. 6-10, 13, 14. |

---

[2] The parties both provided proposed modifications to this term, but Plaintiffs revert to their original proposal as it is reasonable, unburdensome, relevant.

| 45a | (Med! OR Inject! OR Vaccin! OR Immun! OR Inocul!)<br><br>w/ 30<br><br>(excurs! OR prob! OR fail! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR efficacy OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | 19,010 | 694[3] | The terms used in 45a are references to the categories of pharmaceuticals that Essentia has identified as comprising the Affected Medications (medications, injectables, vaccines/vaccinations, immunizations, and inoculations). The string then uses highly relevant modifiers to limit documents referencing to those likely be case-related (e.g., regarding the excursion, problems, temperature issues, and impacts to the medications' efficacy or potency).<br><br>It relates to, e.g., RFP Nos. 6-14. |
|---|---|---|---|---|
| 46 | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diphtheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab)<br><br>w/ 30 | 4,625 | 541 | This string contains specific pharmaceutical names—as identified by Essentia as Affected Medications—in combination with terms related to temperature safekeeping, deviations, and the impact of same (e.g., compromised medications; reduced potency).<br><br>It relates to, e.g., RFP Nos. 9, 11, 12, 13, 14. |

---

[3] Essentia ran this term with the proximity connector "AND" rather than w/30. These hit counts resulted from Essentia's broader search.

| | | | | |
|---|---|---|---|---|
| | (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR warm! OR cold! OR ultra-cold! OR freez! OR froz! OR rang! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR potent OR potenc!) | | | |
| 48 | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio! OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD! OR Tdap! OR Tetanus)<br><br>w/ 30<br><br>(excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR warm! OR cold! OR ultra-cold! OR freez! OR froz! OR rang! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR potent OR potenc!) | 6,695 | 622 | Similar to String 46, this search string contains additional pharmaceutical names with the same modifiers as above. They are in multiple strings to make them more manageable.<br><br>It relates to, e.g., RFP Nos. 9, 11, 12, 13, 14. |

4

| 56 | (Tocilizumab OR Tuberc! OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK)<br><br>w/ 30<br><br>(log! OR track! OR report! OR read! OR data! OR record! OR document! OR audit! OR maint! OR monitor! OR responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 9,465 | 387 | This string seeks reporting and/or monitoring documents related to the storage and handling of specific pharmaceuticals that Essentia has identified as affected by the excursion.<br><br>It relates to, e.g., RFP Nos. 6, 7, 9, 11, 12-14. |
| 63 | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!)<br><br>AND | 22,790 | 547 | This search string seeks documents related to the relocations of the Affected Medications. Essentia disclosed the excursion was discovered when refrigerators, and the medications within them, were moved from pharmacy space to basement space.<br><br>It returns very few unique documents, particularly relative to the overall document hits. |

| | | | | |
|---|---|---|---|---|
| | (mov! OR relocat! OR transfer! OR transport!) | | | It relates to, e.g., RFP Nos. 7, 9, 10, 11, 13, and 14. |
| 78 | out* w/5 norm* AND (temp* OR read* OR fridg* OR refridg* OR frig* OR refrig* OR log* OR therm* OR med* Or pharm* OR vacc* OR immun* OR chemo* OR inject* OR vial*) | 87 | 0[4] | This search string seeks information about temperatures that were out of the norm or outside of the normal range. The CDC defines a "temperature excursion" as "[a]ny temperature reading outside ranges recommended in the manufacturers' package inserts . . . ." ¶ 99. This string is crafted to locate documents related to medications, temperatures, fridges, and freezers that may have been outside of those recommended ranges.

It relates to, e.g., RFP Nos. 6, 7, 9, 10, 11-14. |
| 101 | (safe! OR effect! OR efficac! OR recommend! OR requ! OR prevent! OR potent! OR treat!)

w/p

(Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) | 22,030 | 516 | Plaintiffs allege that Defendants made representations, express and implied warranties, and engaged in deceptive conduct related to the Affected Medications and that, as a result of the excursion, those medications did not have the safety, efficacy, or potency for the diseases they were intended to treat and prevent. This search string contains keywords related to those allegations.

It would gather documents responsive to, e.g., RFP Nos. 6, 9, 11, 12, 14, 15.

This search string is further limited to the specific pharmaceuticals Essentia has identified as being subject to the temperature excursion. |

[4] String 78 does not return any unique hits and thus does not affect the document pool. As a result, Essentia does not explicitly oppose it. However, if other search strings are modified or eliminated, hit counts could change, i.e., some of the non-unique hits could become unique hits. Plaintiffs thus include the string here to ensure that documents responsive to this search string are not inadvertently eliminated from the pool by changes to another search string.

| 115 | (keep OR kept OR maintain!) /s (degree! OR temp!) | 8,918 | 923 | This narrow string targets documents related to keeping or maintaining a temperature. This bears on Plaintiffs' allegations that Essentia failed to keep its refrigerator and medication temperatures within acceptable range. *See, e.g.*, SAC, § E.<br><br>It relates to, e.g., RFP Nos. 6, 7, 8, 9, 13, 14. |
| 118 | CGMP OR GMP | 1,292 | 599 | Under federal law, a manufacturer must manufacture, store, warehouse, and distribute pharmaceutical drugs in accordance with "Current Good Manufacturing Practices," commonly referred to as CGMPs or GMPs. *See* ¶¶ 205-08. Entities at all phases of the distribution chain are bound by those requirements. ¶ 206. These search terms are relevant to Plaintiffs' allegations that Defendants did not follow CGMPs.<br><br>It relates to, e.g., RFP Nos. 8, 13, 14. |
| 123 | (Illegitim! OR return! OR nonsaleable! OR saleable! OR suspect! OR misbrand! OR merchantable OR unmerchantable) /s (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) | 29,706 | 715 | The Complaint alleges that Defendants unlawfully sold and administered misbranded and adulterated medications because they did not have the strength, quality and/or purity characteristics which they were purported or represented possess. Plaintiffs further allege that these Affected Medications were not merchantable or safe for their intended use.<br><br>This search string, therefore, seeks information about the relevant categories of pharmaceuticals that were unmerchantable per these guidelines, as well as related policies and procedures. *See also* RFP Nos. 8, 9, 11, 12, 14, 15. |

7

| 140 | (Insert! OR packag! OR label! OR publication!)<br><br>w/10<br><br>(Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) | 26,934 | 733 | The Complaint alleges that Defendants unlawfully sold and administered misbranded and adulterated medications because they did not have the strength, quality and/or purity characteristics which they were purported or represented possess. A drug is misbranded if its label is false or misleading. Plaintiffs further allege that Defendants made false, misleading, and deceptive statements and warranties through, e.g., labeling.<br><br>Thus, this search seeks information about package labeling, inserts, or publications for the relevant categories of pharmaceuticals. *See also* RFP Nos. 8, 9. |

8