## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; SHELLI SCHNEIDER, INDIVIDUALLY AND AS PARENT OF MINORS A.S and W.S.; ANNE BAILEY, AS PARENT OF MINOR D.B.; AMY LAVELLE, AS PARENT OF MINORS Em.L. and El.L; ELIZABETH BEATON, INDIVIDUALLY AND AS PARENT OF MINOR M.B.; AMANDA AND TYRELL FAUSKE, INDIVIDUALLY AND AS PARENTS OF MINORS C.R.F and C.J.F.; JENNIFER REIN, INDIVIDUALLY; and JESSICA BERG, AS PARENT OF MINORS A.B. and S.B., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:20-CV-121  Hon. Peter D. Welte  Mag. Alice R. Senechal |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION TO COMPEL ESSENTIA HEALTH'S AND INNOVIS HEALTH, LLC'S PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED

Plaintiffs, by their undersigned counsel of record, and for the reasons set forth in the accompanying memorandum, respectfully move this Court pursuant to Rule 37(a)(3)(B)(iv) of the Federal Rules of Civil Procedure for an order compelling Defendants Essentia Health and Innovis Health, LLC (collectively, "Essentia") to produce documents they have withheld on the basis of unsupported and unfounded privilege assertions. Plaintiffs also respectfully move pursuant to

Rules 26(g) and 37(a) of the Federal Rules of Civil Procedure for an order awarding Plaintiffs' their fees and costs incurred in responding to Essentia's privilege assertions and bringing this motion.

Since this putative class action involving nearly 50,000 patients began a year and a half ago, Essentia—a health system comprising 14 hospitals, 71 clinics, six long-term care facilities, three assisted living facilities, three independent living facilities, six ambulance services, 20 retail pharmacies, one research institute, and over 14,000 employees serving patients across at least three different states—has produced only 130 documents. Essentia now attempts to withhold 8,147 documents based on unwarranted and unsupported privilege assertions. After Essentia's multiple opportunities to provide a good faith basis for its assertions, numerous court orders directing the same, and disproportionate attorney and court hours and resources spent litigating the issue, Plaintiffs substantively challenge Essentia's assertions. Plaintiffs respectfully request that the Court order Essentia to produce the documents it has withheld as privileged, or alternatively undertake an in-camera review of the documents. Plaintiffs also request their fees and costs incurred in responding to Essentia's privilege assertions and bringing this motion.

As required by Civil Local Rule 37.1 and Federal Rule of Civil Procedure 37(a)(1), attorneys for Plaintiffs have conferred in good faith with attorneys for the Defendants regarding the nature of this motion and its legal basis and attempted to resolve the dispute without involving this Court. Nevertheless, the Court has had to intervene.[1] Plaintiffs have also participated in telephonic conferences with Magistrate Judge Senechal and Defendants in an attempt to resolve

---

[1] On August 2, 2021, after briefing by the parties, the Court ordered Essentia to produce a detailed, document-by-document privilege log. ECF No. 79 (the "Privilege Log Order").

the dispute. Most recently, this Court ordered Essentia (for the second time) to provide more detailed privilege log descriptions in its October 14, 2021 Order, noting that "[i]n the absence of additional detail, plaintiffs might be forced to challenge the privilege claim as to every document." ECF No. 129, p. 2. Because Essentia's privilege log deficiencies persist, Plaintiffs now move to compel Essentia to produce documents it has withheld on the basis of privilege.

WHEREFORE, for the reasons more fully set forth in the accompanying brief, Plaintiffs respectfully request that their Motion to Compel be granted along with their request for fees and costs incurred in responding to Essentia's privilege assertions.

Dated: January 24, 2022                         /s/ Melissa Ryan Clark

Melissa Ryan Clark
Brooke A. Achua
FEGAN SCOTT LLC
140 Broadway, 46th Fl.
New York, NY 10005
Ph: 646.502.7910
Fax: 312.264.0100
melissa@feganscott.com
brooke@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Mac Schneider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

3

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Counsel for Plaintiffs