# Exhibit 2

**Exhibit A Recipient Supplement**

**InnovisPartners@EssentiaHealth.org Listserv as of May 5, 2021**

**Row 1868 of Supplemental Privilege Log Served November 17, 2021**

**Bates # EHPRIV004346**

Peichel, Elizabeth; Kritzberger, Stephanie (Nursing Professional Development Practitioner, Innovis Health, LLC); Kritzberger, Stephanie; Triller, Judy; Schroeder, Annette; Radke, Leah; Lewis, Kari; Breiland, John; Domm, Bruce; Mitterling, Deborah; Bednar, Jennifer; Johnson, Brietta K. (Clinical Assistant-LPN, Innovis Health, LLC); Shae, Kristi (Pharmacy Technician Supervisor, Innovis Health, LLC); Hammer, Kimberly; Lang, Michelle; Leadbetter, Larry; Martsching, Sandra; Korinek, Jane (Clinical Assistant-LPN, Innovis Health, LLC); Doll; RaNae; Kaster, Carl; Knutson, Crystal; Norby, Brenda; Ragan, John; Christians, Donna; Johnson, Rhonda; Boerboom, Sarah; Gabeheart, Cynthia; Kalin, Marianne; Johnson, Darla; Seaberg, Tonia; Vijayalakshmi, Bangalore; Berger, Kevin; Fossen, Jennifer; Sheeley, Kelli (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Jenks, Christy; Deiss, Kim (Senior Director Marketing and Communications, Essentia Health); Johnson, Amber; Weum, Karla; Krueger, Amber; Miller, Stephanie; McKee, Marlena; Pierzinski, Michelle; Chopskie, Erica (Program Manager-Sepsis, Essentia Health); Lachowitzer, Charlotte; Solberg, Andrea; McDonald, Sean; Hilber, Natalie; Vohnoutka, Holly; Wagner, Susan; Belland, Melyssa; Thoreson, Nicole; Beauchamp, Kayla (RN-Acute Care Supervisor, Innovis Health, LLC); Odegard, Barbara; Jensen, Ruth; Erickson, Amanda; Hess, Glenda R. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Dahlen, Jodi; Serio, Becky; Eidenschink, Vonda; Smith, Jessica; Haroldson, Rose; Anderson, Lisa (RN-Acute Care Supervisor, Innovis Health, LLC); Officer, Todd; Spanier, Latisha; Pfeifer, Julie; Johnson, Roxanne; Bakewell, April; Boyle, Brad; Shafer, Sara; Gross, Amanda; Ahonen, Robin; Pietsch, Erin; Holter, Shawn; Maneval, Lindsey (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Olson, Patricia (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Biranowski, Lorraine; Wey, David; Kitzmann, Paula; Berg, Elisha K. (RN-Ambulatory Care, Innovis Health, LLC); Adams, Hope; Nice, Kellie; Sander, Katelyn M. (RN-Ambulatory Care, Essentia Health-Fosston); Laux, Lindsey; Sampson, Stacy; Winings, Amanda; Grant, Cory (Compensation Director, Essentia Health); Rheault, Toni; Anderson, Christopher (Physician-Section Chair, Innovis Health, LLC); Blauert, Sheila; Hagen, Krista; Larson, Tara; Pritchett, Laura; Horner, Bradley; Olson, Yvonne; Fingalson, Jeanne; Kofal, Kailee (Quality Director, Essentia Health); Wilson, Darla; Jenson, Tina J. (Nurse Manager, St. Mary's Regional Health Center); Lisdahl, Debbie; Beecher, Tracy; Moore, Corin; Hansen, Erika; Bokelmann, Deborah; Reihe, David; Beugh, Jason; Johnson, Sonja; Gupta, Parul; Ree, Anica; Ishaug, Candace; Peterson, Elizabeth; Zaeske, Sherri; Nies, Bethany; Sather, Sarah; Grover, Illa; King, Mary; Paul, Nadja; Behm, Bernadette (Pharmacist-Acute Care, Innovis Health, LLC); Stende, Amanda; Kuhlmann, Craig; Erdmann, Toni; Kjellerson, Mykke (Laboratory Operations Director, Essentia Health); Bluel, Tammy; Paschke, Lynn; McCoppin, Eric (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Johnson, Wendy J.; Arntson, Janine; VonRuden, Jane E. (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Demarais, Alexandra; Fadness, Bridgett; Olsen, LouAnn; Christensen, Nicole (Chief Nursing Officer, Innovis Health, LLC); Nilson, Heidi; Miller, Stephanie; Lawrence, Kelli; Mausolf, Jennifer; Schwengler, Jason; Peterson, Katelyn; Niemi, Renee; Hanson, Kayla (Radiation Oncology Supervisor, Innovis

Health, LLC); Chaput, Nick A. (Business Partnering Manager, Innovis Health, LLC); Ofstedal, Wesley; Shellack, Leslie; Beyers, Julie; Jacobson, Jenna (RN-Acute Care-PACU, St. Mary's Regional Health Center); McDonald, Jesse; Lambrecht, Brian; Olafson, Amanda; Feldt, Vicky; Leonard, Ann; Ryberg, Denise; Roiko, Seth; Powell, Denise (Midwife, Innovis Health, LLC); McGuinty, Paula; Amato, Jeanne (Health Information Services Manager, Essentia Health); Englund, Marilyn; Kinslow, Debra; Topley, Stuart; Borgen, Melissa; Jackson, Lori; Cooper, Mark; Retz, Bruce; Brenneise, Melissa; Piersol, Nathaniel; Malheim-Klemetson, Waynett (Clinical Assistant-LPN, Innovis Health, LLC); Johnson, Walter (Physician, Innovis Health, LLC); Bulson, Jaime; Libner, Janice; Westhoff, Jill; Kautzman, Brian (Respiratory Care Supervisor, Innovis Health, LLC); Saylee, Joyce; Nyberg, Carrie; Jacobson, Lori; Fadness, Julie; Fraase, Susanne; Menz, Brenda; Mahoo, Linda; Thomson, Cheri; Knutson, Andrew; Loeffen, Sara; Thilquist, Eric; Marchus, Amy (Pharmacy Operations Senior Manager, Essentia Health); Krack, Melody; Davis, Melinda; Manson, Bobbie Jo; Nayes, Bradley; Dorscher, Charlotte M. (Clinical Applications Analyst III, Essentia Health); Quanrud, Myra; Erbes, Sherry; Moran, Carol; Romine, Lindsay; Roforth, Tracy; Schwartz, Blair (Sterile Processing Supervisor, Innovis Health, LLC); Jensen, Rache; Wadholm, Mindy; Friesen, Debra; Grant, Crystal; Puchalla, Terry; Jonason, Neil; Mitchell, Melanie; Moser, Melinda; Holte, Nancy; Shilling, John; Drews, Lynn; Hill, Ryan L; Hegseth, Brianne (RN-Ambulatory Care, Innovis Health, LLC); Olson, Andrea; Treichler, Ann Marie; Heller, Tia; Woodard, Christy (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Beil, Gretchen; Ross, Vicky; Lundstrom, Denise; Leeser, Sally; Ford, Brandon; Jepson, Dana; Quast, Renee; Unterseher; Rabadi, Khaled; Kinzler, Gina; Roerick, Jeannie (Diagnostic Imaging Supervisor, Innovis Health, LLC); Schleske, Heather; Emmeck, Angela (Community Care Associate, St. Mary's Regional Health Center); Tjon, Melissa;   Skochenski, Allen; Poore, Julie; Glennon, John; McDougall, Erica; Halvorson, Melissa; Nyhus, Jill; Frost, Colleen (RN-Acute Care Supervisor, Innovis Health, LLC); Thorsvig, Luanne; Jelinek, Daryl; Grott, Michael; Jadaan, Atef; Woods, Lindsey; Heald, Lance M. (Nurse Manager, Innovis Health, LLC); Salo, Joan; Wagner, Sally; Zacharias, Casseopia; Arel, Shelly; Ekre, Pamela; Snelgrove, Kim; Booth, Jill; Haman; Glenn; Homan, Zena (Physician-Section, Chair, Innovis Health, LLC); Kulasingham, Shivan; Zacher, Leah; Olson, Danielle M.; Klapp, Linda; Kraus, Allie; Johnson, Lynnsie (Registered Nurse - Nurse Care Line Supervisor, Essentia Health); Earley, Linda; Ziegler, Rebecca; Lukkason, Dawn; Melgard, Margaret; Micklos, Rachel; Rabideaux, Phyllis; Olson, Paula; Toczek, Kay (RN-Home Health Supervisor, St. Mary's Regional Health Center); Withnell, James; Wald, Rachel; Miller, Emily; Gilbertson, Brian; Ferguson, Kathryn; Leerssen, Rachel (Clinical Applications Analyst III, Essentia Health); Hegseth, Mary (Registered Nurse-Clinical Coordinator, Innovis Health, LLC); Bladow, Betsy; Christl, Lorri (End User Platforms Supervisor, Essentia Health); Schenck, Barbara (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Cormier, Francis; Korsgarden, Deborah; Cook, Alison; Pearson, Susan; Nimlos, Bergen; Desautel, Becky (Coding Manager, Essentia Health); England, Michelle; Geist, Belinda; Drewlow, Vickie (Former Clinical Assistant-LPN, Innovis Health, LLC); Tessman, Leilani; Johnson, Brittney; Lien, Debra; Dibley, Julie; Anderson, Kerri (Volunteer Supervisor, Innovis Health, LLC); Grobe, Nicole; Friesen, Brittany; Thorp, Jennifer; Clem, Tonya (Assisted Living Manager, St. Mary's Regional Health Center); Plante, Karla; Leonard, Christina; Wampler, Melinda; Klinnert, Jody; Krogen, Brenda; Abel, Susan; Niehaus, Tammy; Swiers, Nicole; Rue, Haley-Jo; Boucher, Nicole; Kambeitz, Samatha; Linn, Rebecca (Clinical Assistant-LPN, Innovis Health, LLC);  Walrath, James; Wegner, Paige (Nurse Manager, Innovis Health, LLC); Block, Judy, Lettenmaier, Ashley; Navarro, Maria; King, Heather (RN-Acute Care Supervisor, Innovis Health, LLC; Lien, Susan (RN-Employee Health Supervisor, Innovis Health, LLC); Strubbe, Carie; Kohler,

Exhibit A Recipient Supplement

Sharon; Clemens, Lisa (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Jensen, Sherry (Patient Relations Associate, Essentia Health); Busch, Tania; Lien, Nicole (RN-Ambulatory Care, Innovis Health, LLC); Lague, Sandra; Friese, Roxanne; Baker, Brett (Biomedical Engineering Manager-Essentia Health); Buehler, Dawn (RN-Ambulatory Care, Essentia Health-Fosston); Dahlen, Kirsten (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Moen, Cynthia; McDougal, Allison; Husby, David; Knecht, Pam; Baumgartner, Carrie; Knain, Kimberly (Pharmacist-Acute Care, Innovis Health, LLC); Fett, Trevor (Security Supervisor, St. Mary's Regional Health Center); Brinkman, Christy (Operations Administrator, St. Mary's Regional Health Center); Schons, Jessica; Benedict, Susan (RN-Ambulatory Care, Innovis Health, LLC); Johnson, Jamie; Steeke, Amy; Lambert, Matthew; Thomas, Natasha; Hammer, Kelsey; Starbeck, Katherine; Nelson, Matthew; Nelson, Renee; Anderson, Britta; Newling, Teresa; Bergman, Kenneth; Monroe, Tina; Miller, Tamara; Johnson, Terryl; Golden, Greta; Swanson, Rhonda; Martin, Claire; Thompson, Karen; Woodard, Tamara; Myer, Leslie; Yousefi, Faysal; Nelson, Tara; Misemer, Kelsey; Olson, Connie; McKinnon, Dawn; Scheel, Lori; Fretheim, Bonita L. (Former Clinical Assistant-LPN, Innovis Health, LLC); Fetzer, Jessica (Risk Manager, Essentia Health); Luger, Patrick; Peterson, Ryan; Dorow, Kyle (Vice President, Finance, Essentia Health); Nicholls, Shelly; Christlieb, Ann; Teske, Adeline (Laboratory Manager, Innovis Health, LLC); Bjoralt, Marilyn (Former Diagnostic Imaging Director, Innovis Health, LLC); Bjelde, Carol; Tamm, Allison; Carlblom, Chad; Starkey, Heather; Anderson, Kristi; Zahnow, Lisa; Schossow, Kimberly; Rice, Tess (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Olson, Kayla (Diagnostic Imaging Manager, St. Mary's Regional Health Center); Swenson, Jodi; Brekke, Michael; Villnow, Joan; Fischer, Nicole; Curfman, Scott (Chaplaincy Supervisor, Innovis Health, LLC); Lewis, Mike; Black, Victoria (RN-Program Manager, Innovis Health, LLC);  Pavlacky, Chelsey (Operations Manager II, St. Mary's Regional Health Center); Ivasiecko, Donna; Sunde, Lizette; Olson, Barbara (Operations Manager II, Innovis Health, LLC); Beilke, Kelly; Bontjes, Lindsay; Weatherman, Lacey M. (Senior Quality Partner, Essentia Health); Christensen, Anne; Erickson, Erin; Jaster, Nicollette; Anderson, Lynnette; Wixo, Lisa; Ashmore, Marilyn; Smolen, Brandon; Nirschl, Allison (RN-Acute Care Supervisor, Innovis Health, LLC); Boldenow, Marjorie;  Hermanson, Sheila (Senior Quality Partner, Essentia Health); Thieman, Michele (Physician-Division Chair, St. Mary's Regional Health Center); Odle, Grant; Jansen, Brent; LeKatz, Mindi; Kleindl, Jessica; Hovland, Mindy (Patient Access Representative, Essentia Health); Carlson, Andrea; Brown, Joan; Heitman, Leoniza; Wagner, Holly (Patient Access Supervisor, Essentia Health-Fosston); Tollefson, Mandy; Kiefer, Megan (Rehabilitation Services Manager, Innovis Health, LLC); Frost, Robin; Vangsness, Janyne; Thorson, Bradley; Miller, Kathryn; Thiel, Barbara; Heegard, Janice; Schultz, Christine; Kunkel, Renelle; Johannsen, Jeffrey; Gebur, Joshua (Physician-Division Chair, Innovis Health, LLC); Jenzen, Bonita; VanGuilder, April; Coyle, Michelle; Dukart, Katie; Peterson, Mary; Aas, Emily; Bruinsma, Amanda (RN-Home Health Supervisor, St. Mary's Regional Health Center); Dumpprope, Mary; Hoffart, Carrie; Carlblom, Kristen; Norton, Angela; Jacobson, April; Hamilson, Tony; Leishman, Kaitlin; Flores, Maria; Rohlik, Aubrey; Hodgson, John M.; Kent, John; Henry, Jennifer; Peterson, Jennifer; Haglund, Bret; Hillyer, Yvonne; Hines, Bethany; Orvik, Ruth; Seleen; Aho, Amanda; Mahnke, Sheryl; Strom, Jeanine; Skalin, Sara; Olson, Marcia; Belknap, Burton; Rolstad, Andrea; Mathias, Jann; Hall, Elizabeth; Rainsberry, Denise; Sarbaum, Katie; Weston, Penni; Veralrud, Kimberly (Nurse Manager, St. Mary's Regional Health Center); Nagel, Laura; Ailie, Jessica; Hoseck, Sarah; Bergquist, Jane (Former Environmental Services Supervisor, St. Mary's Regional Health Center); Hoefs, Benjamin; Pollock, Leila; Swenson, Joanne;  Morris, Laura (Pharmacy Manager, Innovis

Health, LLC); Jasch, Mary; Sykes, Aaron (Laboratory Manager, Innovis Health, LLC); Ward, Holly; Satterlund, Diane; Zaffke, Jenna R.; Rollie, Charlotte; Bjorhus, Jordan (Rehabilitation Services Manager, St. Mary's Regional Health Center); Sundeen, Jana; Lingwall, Sara (Operations Manager III, Innovis Health, LLC); McGowan, Laura; Nelson, Anthony; Shuster, Sara; Micklos, Dexter; Erlendson, Gail; Massmann, Matthew; Rohrich, Karen; Kjos, Janell; Thompson, Jan; Lichtenberger, Kayla; Dickey, Jeanette; Sixberry, Keitha; Schmitz, Troy; Rosenberg, Julie (Administrator, Graceville Health Center); Aasland, Brent (Maintenance Manager, Innovis Health, LLC); Nguyen, Tilly; Winter, Mary; Richardson, Shoshone; Larrabee, Samantha; Schmidt, Kristi M.; Wittmayer, Cora; Vigesaa-Disse, Casandra; Skogen, Sheri (Nurse Manager, Innovis Health, LLC); Stewart, Michael; Harvey, Lynda; Neuschwander, Charissa (Site Supply Chain Supervisor, Essentia Health); Schmit, Megan; Olson, Laurie (Respiratory Care Supervisor, St. Mary's Regional Health Center); Olson, Laurie; Holten, Benjamin; Parks, Paige; Shipman, Theresa; Steinwand, Chad; Forbes, Ashley; Hulke, Andria; McKinnon, Alisha M. (Nurse Manager, Innovis Health, LLC); Chase, Charlene (Clinical Assistant-LPN, St. Mary's Regional Health Center); Heitkamp, Leslie A. (Nurse Manager, Innovis Health, LLC); Gordon, Sarah; Wittkopp, Micheal (Buyer-Essentia Health); Johnson, Nancy; Anderson, Kally; Schoot, Melvin; Schock, Rose; Anderson, Elisha; Nedrebo, Stephanie; Tofibam, Naomi; Mante, Saakwa; Vosberg, Mary; Hansen, Katherine (Physical Therapist, Polinsky Medical Rehab Center); Severson, Kyrie; Kluting, Jane; Lee, Vickie; Quittschreiber, Jenifer; Rux, Susan; Guler, Amanda M. (Licensed Practical Nurse, Essentia Health); Entzminger, Jayel; Schiltz, Chad; Rankin, Christine; Gribbin, Samantha; Mulske, Jennifer; Lingen, Jenny; Caspers, Marcia; Skatvold, Sara; Olson, Agata; Swanson, Darren; Jager, Katie; Reski, Carol; Larson, Dena (Diagnostic Imaging Director-West, Innovis Health, LLC); Strand, Duane (Physician, Innovis Health, LLC); Larson, Megan E.; Ross, Joy; Kiehl, Rose; Biesiot-Akers, Jessica; Buhr, Danise; Gray, Melissa;, Wahlin-Quinlan, Shelley; Vanderscheuren, Amy (Quality Partner II, Essentia Health); Marquette, Renate; Kremens, Karol; Perrine, Paige; Bozovsky, Jeffrey; Norby, Michelle; Telford, Ryan; Kramer, Patsy; Knain, Barb; Heiser, Nancy; Warren, Cristine (Clinical Assistant-LPH, St. Mary's Regional Health Center); Gist, Delayne (Transcription Supervisor, Essentia Health); Olson, Bradley; Kuss, LeRoy; Kading, Shelly; Perdue, Shannon; Williams, Lillie (Telecare Services Supervisor, Essentia Health); Johnson, Mary; Kostrzewski, LaVonne; Myhre, Veronica; Nemec, Connie; Costin, Tammy; Volesky, Emily; Kolbinger, Karen; Holmstrom, Jill; Holland, Pamela; Beebe, Tamara; Yoe, Norbert H. (Physician, Innovis Health, LLC); Rau, Joshua; Haarsager, Shannon; Hanson, Sara (Director of Nursing for Ambulatory Clinics); McNutt, Melanie; Carrisalez, Brittany (Pharmacy Technician-Automation, Innovis Health, LLC); Erickson, Traci; Skoog, Rachel (Diagnostic Imaging Supervisor, St. Mary's Regional Health Center); Baumler, Sharon; Mayer, Corey (Procurement Supervisor, Essentia Health); Brown, Camille; Hendricksen, Patricia; Burnside, Stephanie; Blazer, Suzanne; Severson, Lynn M. (VP, Management Accounting, Essentia Health); Moore, Sheena (RN-Acute Care Supervisor, Innovis Health, LLC); Lundy, Carrie; Hovland, Laura (Operations Director, Innovis Health, LLC); Hukriede, Jessi; Koll, Stacy (Nutrition Services Supervisor/Dietician, St. Mary's Regional Health Center); Palluck, Vicky (RN-Acute Care Supervisor, Innovis Health, LLC); Bitz, Heidi; Lantz, Leo; Thornby, Myra; Kramer, Marilyn; Becker, Kara; Wiltse, Cayla; Puttbrese, Kathy; Klotz, Judy; Hanson, Sarah; Jendro, Diane; Gustafson, Ryan; Haugen, Tiffany (RN-Acute Care II-OB/NICU, Innovis Health, LLC); Kemmer, Shirley; Thomas, Andrew (Nurse Manager, Essentia Health-Fosston); Wallace, Jean; Stoltman, Brittany; Ring, Abigail; Kimball, Tiffany; Sauer, Cynthia; Stine, Jennifer; Huseth, Ericka; Colby, LeAnn; Barlow, Elisabeth; Nelson, Janine; Goetz, David; Eslinger, Tiffany; Sheldon, Michael; Doscher-Klukken, Heidi; Morgan, Sarah; Anderson, Stephanie;

4

Exhibit A Recipient Supplement

Semmler, Christie; Nagel, Wade (Pharmacist-Acute Care, Innovis Health, LLC); Mattson, Jocelyn; Wallace, Sarah; Pantzke, Deanna; Collins, Trisha; Christianson, Amanda M. (RN-Ambulatory Care, Innovis Health, LLC); Christianson, Amanda; Thurman, James; Lammers, Lindsey (Polysomnographic Technologist Supervisor, Innovis Health, LLC); Kneip, Julie; Pearson, Lois; Jenson, Tara; Didier, Mara; Birkeland, Paula; McKenzie, Nancy P. (RN-Acute Care-PACU, St. Mary's Regional Health Center); Marquardt, Gail; Jasperson, Rhonda; Grettum, Kristi; Rokusek, Elaine; Bye, Aftin; Sternberg, Traci; Peck, Alexei; Spring, Margo; Buckley, Kristi; Enockson, Michelle (Rehabilitation Services Director, Innovis Health, LLC); Hetzler, Janelle; Fiedler, Adrienne; Reishus, Kimberly; Nelles, Rachel; Kauffman, Russell; Knuth, Anne (Accounts Payable Supervisor, Essentia Health); Christianson, Shawn (Quality Director, Essentia Health); Hartke, Julie; Gebeke, Alexandra; Zenker, Mary; Rugroden, Sally; Pokharel, Monika; Sherman, Corianne; Carlson, Julie; Schultz, Rebecca; Callahan, Kevin; Krieger, Florence; Paju, Chelsey; Olson, Kevin; May, Angela; Wallace, Tressa; Pokhrel, Sashank; Zuel, Melissa; Garrahy, Shauna; Wasemiller, Paul; Bjertness, Joan M (Registered Nurse-Clinical Coordinator, Innovis Health, LLC); Manickavasagam, Saraswathy; Freeman, Loretha; Patel, Sneh; Wiederholt, Shannon; Erb, Katie; Ell, Amy; Hewitt, Austin; Cordell, Tiffany A. (Nurse Manager, Innovis Health, LLC); Winjum, Denise; Rueckert, Carmel; Hoss, Melissa (Coding Supervisor, Essentia Health); Larson, Brittni; Miranowski, Carol; Ramage, Allen; Marinetti, Leah; Iverson, Janet; Howden, Richard; Tschakert, Casey; Mohs, Thomas; Aberle, Tiffany; Crowe, Cheryl; Lampl, Shila; Halls, Ruth; Cole, Shari; Holmer, Jennifer; Hand, Tessa; Sauter, Brian; Qarni, Ahmer; Jungwirth, Greta; Jerger, Stephanie; Syrquin, Mickey; Maneval, Allison; Conant, Tamara; Olauson, Christy (Clinical Assistant-LPN, Innovis Health, LLC); Kremer, David; Wold, Kevin; Eisenbeisz, Shelley; Mickelson, Ann M. (RN-Ambulatory Care, St. Mary's Regional Health Center); Bergan, Deann; Briol, Christopher; Lee, Jenny; Miller, Sarah; Lauinger, David; Weickert, Christopher; Johnson, Natalie; Hintzman, Karen; Skaaland, Cara; Danielson, Carrie; Keashly, Rae; Teiken, Erin; Mehus, Elizabeth; Lindberg, Erin; McDonough, Kristin; Lageson, John; Hagen, Tiffany (Social Worker Supervisor, St. Mary's Regional Health Center); Hruby, Nathan; Hoffmann, Melanie; Rugg, Jennifer; Huether, Mallory; Mienert, Kristi (Home Health Manager, St. Mary's Regional Health Center); Dickerman, Lorraine; Geerdes, Amy; Olson, Brenda; Gurskis, Katie; Schmidt, Nicole; Kaiser, Sonya (Clinical Assistant-LPN, Innovis Health, LLC); Christopher, Arlene; Rohrer, Aril; Johnson, Brandell; Fahey, Patrick; Satrom, Beth (Telecare Services Director, Essentia Health); Muscha, Kari; Hulne, Jennifer; Huddleston, Mallory; Holtan, Vicki; Hockett, Misty; Johnson, Amanda; Buboltz, Ludovissie, Jenna; Fischer, Linda; Kielb, Amber; Aeilts, Amy (Pharmacist-Acute Care, Innovis Health, LLC); Dees, Brian (Physician, Innovis Health, LLC); Oberg, Kasey J. (Nurse Manager, Innovis Health, LLC); Oberg, Kasey; Graham, Jessica; Solum, Sharon A; Vetter, Sarah (Clinical Assistant-LPN, Innovis Health, LLC); Moses, Alexander; Crow Kamath, Susan; Thomas, Anna R. (Nurse Practitioner, Innovis Health, LLC); Hinkley, Sheri; Olander, Kari; Akkerman, Dave (Physician, Innovis Health, LLC); Nammour, Fadel; Gunkelman, Ashley; Souder, Paula; Skunes, Doris; Hoerner, Christina; Schaefer, Carol; Brazier, Carrie; Bratvold, Marion; Graham, Kathy; Wilberg, Denise; Klein, Steve; Randklev, Lana; Johnson, Julie; Gerdes, Mark; Downs, Janet; Swanberg, Amy; Steinke, Emil; Mickelson, John; Huschka, Ashley (Operations Manager III, Innovis Health, LLC); Beach, Bret (Diagnostic Imaging Manager, Innovis Health, LLC); Philpot, Megan (Technical Laboratory Supervisor, Innovis Health, LLC); Justin, Lynn; Schauff, Matthew; Wroblewski, Robert; Bailey, Cindy; Johnson, Robyn; Gaughan, Brittany; Bakken, Diane; Ranum, Darcie; Bubach, Julie (Pharmacy Manager-Clinical, Innovis Health, LLC); Mattson, Vanessa; Such, Tami; Thompson, Shannon; Benson, David; Punton, Matthew; Mansek, Donna;

Cleveland, Connie; Taylor, Jean; Tretbar, Danielle; Gunderson, Debra K. (Senior Business Analyst, St. Mary's Regional Health Center); Meyer, Wanda; Ziesch, Marshell; Staffne, Tanye; Gilsdorf; Woroniecki, Judi (Health Information Services Support Supervisor, Essentia Health); Moenkedick, Abbey; Jellison, Debra; Smith, Tricia; Lomen, Kari (Clinical Assistant-LPN, Essentia Health-Fosston); Hogan, Kristen; Evanger, Christie; Smith, Benjamin; Sikkink, Kari; English, Steven; Helbling, Nicholas J. (Pharmacy Operations Senior Manager, St. Mary's Regional Health Center); Romanoski, Marian; Bolar, Randall; Bevins, Vikki (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Wentz, Rache; Juberian, Lois; Kiesow, Nicole; Mason, Jacquelyn; Hagen, Naomi (Registered Nurse - Ambulatory Care Supervisor II, Essentia Health - Fosston); Grunewald, Julie (Billing Manager, Essentia Health); Marthe, Karla; Erickson, Amanda; Erholtz, Teresa; Moen, Andrew (Physician-Division Chair, St. Mary's Regional Health Center); Erickson, Perry; Johnson, Sarah; Haugen, Joel; Retz, Carol; Young, Kayla; Paul, Cathleen; Matos, Manuel; Eckman, Nikki; Schultz, Katherine; Krile, Leah; Muhonen, Emalee (Operations Manager III, Innovis Health, LLC); Mayfield, Kristen L.; Verworn, Lisa; Wolf, Darby; Sollom, Dennis; Shockley, Sharon; Goehring, Gayle; Rogne, Keri (Program Manager-Microbiology/Molecular, Essentia Health); Larson, Nichole A; Zieman, Kinsey; Parks, Cathleen; Skalsky, Adam; Quade, Tammy; Vaagen, Deborah; Lyon, Jeanette, Whited, Christopher; Stetson, Julie; Reishus, Jessica; Visness, Lorie; Thompson, Cassandra; Willette, Cheri; Ulrich, Chuck (Operations Manager I, Innovis Health, LLC); Poole, Cheslyn; Januszewski, Jake; Bartels, Kathleen; Anderson, Tory; Bergquist, Casey (Maintenance Supervisor, St. Mary's Regional Health Center); Hiedeman, Amy (RN-Acute Care Supervisor, Innovis Health, LLC); Leibel, Zachary; Ayers, Kari; Thorson, Heidi; Resler, Marla; Grueneich, Josalyn; Grueneich, Josalyn; Thielbar, Lori; Bohmer, Teresa; Alonto, Augusto; Olson, JoAnn; Evenson, Renee; Storbeck, Dawn (Patient Access Supervisor, Essentia Health); Scheel, Teresa (RN-Ambulatory Care, Innovis Health, LLC); Schroeder, Maridee; Wolden-Bookey, Evelyn; Allan, Sharon; Grumbles, Shanna; Howell, Christa (Midwife, Innovis Health, LLC); Reuss, Elizabeth M. (Telecare Services Manager, Essentia Health); VanSickle, Carrie; Wills, Jenna; Hager, Allen; Steen, Renee; Beaulieu, Carly M. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Liebenow, Mary; Husted, Karen (RN-Acute Care, St. Mary's Regional Health Center); Copple, Tom; Omodt, Wanda; Johnson, Nicole (HR Operations Director, Essentia Health); Wientjes, Stacey; Erie, John; Aceituna, Rachelle; Lalim-Schatteles, Denise; Hyduke, Marie; Bjerke, Amy; Wothe, Donald; Kibler, Megan (Program Manager-Transfusion Services, Essentia Health); MacLeod, Melissa (Office Supervisor, Innovis Health, LLC); Dolsay, Monica; Alinder, Thomas G. (Nurse Manager, St. Mary's Regional Health Center); Kippen, Tanya; Mitzel, Wyatt; Zeltinger, Suzanne (Operations Administrator, Innovis Health, LLC); Jansen, Matthew; Kunecka, Paulina; Shamdas, Ann (Cancer Registry Supervisor, Innovis Health, LLC); Johnson, Rebecca; Palavra, Suvad; Baguas, Robert; Larsen, Jessica; Vetter, Richard, Dr. (Chief Medical Officer, Innovis Health, LLC);Landsverk, Nicole; Larson, Jason; Doyle, Leah; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Maaninga, Andrew; Splettstaszer, Brittany; Miller, Jenna; Anderson, Laurie; Finseth, Lynae (Operations Manager II, Essentia Health - Fosston); Leinen, Penny; Walker, Theresa; Dockter, Dianne; Hall, Leann; Mitzel, Rebecca (Former Nurse Manager, Innovis Health, LLC); Alwin, Debra; Mouw, LeAnn R. (Foundation Operations Director, Essentia Health Foundation); Elijah, Holly; Cannon, Shari; Brunken, Nathan; Larson, Stacey; Shipman, Melissa; Thon, Virginia; Koland, Heather; Christianson, Christine; Evensen, Toni (Pharmacist-Acute Care, Innovis Health, LLC); Zietz, Jennifer; Pajari, Linnea; Klug, Abby; Johnson, Sally; Kautz, Sarah; Larson, Trey; Beitz, Traey; Thompson, Kayla; Larson, Ashley; Day, Verla; Swenson, Leah; Tappe, Karen; Rostvedt, Ashlee C.

Exhibit A Recipient Supplement

(Nurse Informaticist, Essentia Health); Savageau, Pauline; Ludowese, Mandi; Wing, Valerie; Hespe, Linda (Home Health Director, St. Mary's Regional Health Center); Malone, Jody (RN-Home Health Supervisor, St. Mary's Regional Health Center); Smith, Jodi; McNamara, Joseph; Singh, Ritesh; Dahl, Jason; Ohnstad, Teresa; Robinson, Karen; Thompson, Kristen; Rank, Michael; Janke, Jennifer (Midwife, Innovis Health, LLC); Olson, Gale; Christoffers, Collette; Stowers, Marietta; Biffert, Kimberly; Clutter, David (Former Physician-Section Chair, Innovis Health, LLC); Metzger, Todd; Fulton, Lana; Barnier, Dennie; Mueller, Amy; Stetz-Desmarais; Sandra; Schrupp, Danielle; Safranski, Mary; Lohnes, Linda; Hauf, Tami (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Ferguson, Marlene (Accounting Services Manager, Essentia Health); Peters, Camette; Haugen, Tyler (Pharmacist, Acute Care- Innovis Health, LLC); Busko, Joshua R. (RN-Acute Care Supervisor, Innovis Health, LLC); Mertens, Lauren; Harrington, Sharon; Jackson, Jessica; Penney, Curtis; Neyens, Terri; Nudell, Jill; Paulson, Sandra; French-Baker, Karla (Nurse Practitioner, Innovis Health, LLC); Fischer, Tenille; Keller, Jenny; Dunker, Jennifer; Nordick, Kathryn; Johannes, Lynae; Mason, Audra (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hoffman, Tanya; Brown, Julene (Former Chief Compliance Officer, Essentia Health); Irish, Laura; Pocrnich, Amy (Business Services Director, Essentia Health); Forderer, Cynthia; Broneske, Melissa; Stremick; Knox, Colton (Technical Laboratory Supervisor, Innovis Health, LLC); Nordmark, Michelle S. (Pharmacist-Acute Care, St. Mary's Regional Health Center); Schleske, Daron; Kelly, Krysta; Boe, Nick; Harju, Margaret; Moos, Penelope (Penny); Veflin, Tiffany; Melbye, Tricia; Simenson, Kaye; Jepperson, Jane; Boege, Kristin; Jarshaw, Nichole; Orthman, Nancy; Tenderholt, Kimberly; Olson, Linda; Swartz, Travis (Pharmacist-Acute Care, Innovis Health, LLC); Lucht, Christopher; Amiot, Amy; Lingen, Nicolle; Schaan, Sarah; Carlson, Terrie (Senior Budget & Planning Analyst, Essentia Health); Djerne, Brittany; Christensen, James; Kraft, Erika; Aelony, Jared; Sieling, Jennifer; Dosch, Helen; Anderson, James; Charles, Anna; Schmitz, Angela; Krupich, Brendan (Program Manager-Community Paramedic, St. Mary's Innovis Health EMS dba Essentia Health); Eriksson, Kelli; Ziegler, Brian R. (RN-Acute Care II-Emergency Room, Innovis Health, LLC); Trom, Jackie; Huseth, Karen; Bates, Tamara; Carmichael, Melissa; Pettit, Leah; Horning, Andrea; Nielsen, Renee; Leedahl, Dawn; McCaffrey, Lauto; Nelson, Kimberly; Hanson, Cheryl; Malakowsky, Susan; Husted, Eugene; Hillukka, Molly; Christofferson, Melissa; Troftgruben, Cindy (Nursing Director-West, Innovis Health, LLC); Meland, Rachel; Baumgartner, Kyle; Henderson, Theresa; Zieman, Jessica; Jezzard, Toby (Nursing Director-West, Innovis Health, LLC); Reardon, Scott; Connelly, Rochelle; Roggenkamp, Emily; Erickson, Sally; Walters, Kaitlin; Letzring, Joell; Fordyce, Brett; Redig, Marilynn; Stokke, Sandra (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Boyle, Laura; Buhr, Rena; Blilie, Ruth; Dauner, Monica; Meyer, Amy; Baugh, John; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Tangen, Chelsy; Baskerville, Patrick (Clinical Applications Analyst II, Essentia Health); Jacobson, Tara (Clinical Applications Supervisor, Essentia Health); Olson, Chris; Horsager, Amy; Cummings, Elizabeth; Moe, Rosemary; Tsen, David; Dalos, Karen; Anderson, Joan; Kortie, Michael (Environmental Services Manager, Innovis Health, LLC); Pearson, Aimee; Wallgren, Lora; Mace, Rebecca; Harthun, Heidi; Schmit, Mikki; Flatau, Heidi; Simonson, Wanda; Stich, Jordan; Bye, Carly; Grubb, Hannah; Bement, Sarah; Myhra, Tracy; Hayes, Angela; Diegel, Tanya (Physician-Division Chair, Innovis Health, LLC); Barnhardt, Scott; Goser, Mark, Davis, Alexa; Fewless, Theresa; Hofsommer, Lee; Hook, Breeanna (Nurse Manager, Innovis Health, LLC); Murach, Amanda M. (Clinical Assistant-LPN, Innovis Health, LLC); Cline, Beth (Clinical Assistant-LPN, Innovis Health, LLC); Haecherl, Alison (Operations Manager II, Innovis Health, LLC); Schauer, Laura; Quenette, Renollet; Hensel, Sheila; Heier, Timothy; Maloney, Colleen; Pageler, Ashley; Lund, Aaron; Busker, Katie; Koppes, Trista;

Exhibit A Recipient Supplement

Coplin, Jordan; Steiner, Traci (RN-Acute Care Supervisor, Innovis Health, LLC); Frank, Jennifer; Gerde, Matthew; Mutchler, Scott (Former Physician, Innovis Health, LLC); Schenck, Jason; Quittschreiber, Jeremy; Dierks, Connie; Nelson, Carmen; Goodman, Kathy; Israelson, Allison; Mayfield, Karen; Oien, Barbara; Holter, Amy; Gunderson, Chad (Clinical Applications Supervisor, Essentia Health); Mewhinney, Lynn; Gildersleeve, Yvonne; Watson, Melissa; Nimlos, David; Roberts, Samantha; Mitchell, Donna (Telecare Services Supervisor, Essentia Health); Johnson, Martha; Crandall, Lori (Pharmacy Technician Supervisor, Innovis Health, LLC); Visette, Paulette; Elizondo, Kimberly (Pharmacist-Acute Care, Innovis Health, LLC); Yeske, Jonathan; Johnston, Anne (Patient Access Manager, Essentia Health); Brainerd, Nancy; Ryan, Marie; Jahnke, Melody; Koolmo, Wendy; Wysuph, Kalee I. (Nurse Manager, Innovis Health, LLC); Kiecker, Kevin; Gauss, Jennifer (Pharmacist-Acute Care, Innovis Health, LLC); Ouellette, Amanda; Heisler, Stacia; Alton, Kia; French, Melissa; Haas, Marie; Strand, Crystal (Billing Supervisor, Essentia Health); Nelson, Kay; Burgau, Jordan L. (Nurse Manager, Innovis Health, LLC); Christenson, Shaun (Physician-Section Chair, Innovis Health, LLC); Crockett, Melissa; Zieman, Alecia; Johnson, Lynn; Francis, Mary; Thom, Travis; Johnson, Daniel; Reitmeyer, Julie; Dahring, Joyce; Wright, Aaron; Abraham, Blair (Senior Project Manager-Facilities, Innovis Health, LLC); Lien, Robby; Olson, Denise E.; Walter, Cheryl; Dozak, Tracy; Schwandt, Tara; Peterson, Brent; Evin, Wanda; Rajender, Setthalli; Duray, Brenda; Buechler-Price, Joni (Physician, Innovis Health, LLC); Pazdernik, Julie (Physician, St. Mary's Regional Health Center); Jacobson, Joan; Kub, Janet; Williams, Lola; Sonnenberg, Kayla; Hall, Jessica; Wendt, Joseph (Operations Administrator, Innovis Health, LLC); Bruns, Alan; Bauer, Jordan; Fritz, Travis; Larson, Bruce; Holzbauer, Berdine; Schiefelbein, Hannah; Linn, Stephen (Physician, Innovis Health, LLC); Schultz, Brianna; Kirchner, Joel; Hieb, Amy; Zacharias, Joshua (Maintenance Manager, St. Mary's Regional Health Center); Erickson, Tina; Radtke, Connie; Ronning, Nathaniel; Oswald, Marlys; Larson, Brittany; Johnson, Desiree; Ortmeier, Thomas; Mjelde, Eric; Schmitz, Jay; Marchus, Damon; Relford, Eileen; Adelman, Renea; Medenwald, Jill; Moomjian, Jennifer; Sternhagen; Harthun, Melissa; Twogood, Pamela; Koski, April; Robberstad, Tanner; Parks, Mikieala S. (RN-Acute Care II-Medical/Surgical, St. Mary's Regional Health Center); Reinke, Roberta; Obrigewitch, Mindy; Mack, Kelli; Snyder, Gregory; Wirth, Deanna; Knight, Jessica; Fischer, Ian (Social Worker Supervisor, Innovis Health, LLC); Young, Yvette; Sauvageau, Seth; Miranowski, Jeanne; Daniels, Teri (Coding Associate Analyst I, Essentia Health); Glass, Melissa; Hanson, Katherine; McGregor, Michael; Vinton, Paula; Collmann, Vanessa; Torrance, James; Anders, Brandon; Kuznia, Josh; Frederick, Kate; Stangeland, Tracy; Dufault, Lori; Anderson, Emily (RN-Acute Care Supervisor, Innovis Health, LLC); Burner, Gail; Hildebrant, Tara; Livdahl, Tanya (Billing Manager, Essentia Health); Spanswick, Kelsey; Haugeberg, Cristy; Sorenson, Marsha; Kessel, Ryan; Brunette, Jayson; Peeters, Truedson, Thomas; Swartz, Megan (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hocking, Jolynn; Schlauderaff, Jennifer (Senior Clinical Applications Analyst, Essentia Health); Isaak, Christine; Olson, Deborah; Olson, Angela (Operations Director, St. Mary's Regional Health Center); Kappes, Stephanie; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Bakken, Alyssa; Christianson, Alice; Frisk, Cari; Berry, Gina; Ward, Peggy; McCormack, Diane; Gilbert, Trudy; Sampson, Jerome; Sawardeker, Prasad (Physician-Section Chair, Innovis Health, LLC); Timm, Anthony; Sliper, Jeffrey; Kleespies, Nancy; Floyd, Donald; Dion, Arlene; McLaughlin, Jennifer (Marketing Director, Essentia Health); Pufall, Mary; Wright, Kathryn (Quality Partner II, Essentia Health); Brend, Kristi; Irvin, Sheila; Zutter, Jodi M. (Clinical Assistant, St. Mary's Regional Health Center); Allard, Vickie; Johnson, Lisa; Brumwell, Melanie (Physician, Innovis Health, LLC); Paulson, Nicole; McArthur, Chelsey; Bonn, Janet

Exhibit A Recipient Supplement

(Pharmacist-Acute Care, Innovis Health, LLC); Klein, Jennifer; Oriental, Legonne; Holmgren, Micah; Vetsch, Janna; Byrne, Kelly;  Simon, Shelby (Registered Nurse – Ambulatory Care Supervisor, Innovis Health, LLC); Oswald, Tiffany; Cortese, Barbara; Glasner, Gregory; Blazek, Alicia; Kent, Ashley; Leake, Yovondi; Bopp, Lucas; Frederiksen, Nicholas; Gunderson, Tanya; Roberts, Emily; Strong, Theresa L. (Nurse Practitioner, Innovis Health, LLC); Kilber, Michelle; Knudsen, Kristin; Knight, Cathy; Dresow, Meagan; Pitts, Chloe (Pharmacy Optimization Specialist, Duluth Clinic); Solermritter, Megan; Baltagi, Nour (Physician- Innovis Health, LLC); Loining, Nick; Nelson, Lindsey; Masog, Douglas; Nix, Kenneth; Bullis, Kimberly; Boergerwilder, Jodi; Buth, Rebecca; Bloom, Kristin (Pharmacist-Acute Care, Innovis Health, LLC); Engst, Veronica; Hanson, Amy; Rohrich, Lacey; Messerschmidt, Ariana; Johnson, Andrea; Konneh, Hawa; Vetsch, Lou; Oothoudt, Matthew (Logistics and Warehouse Senior Manager, Essentia Health); Dally, Kristie; Bezell-Gierke, Jan;  Francis, Ellie (Elinor) (Clinical Assistant-LPN, St. Mary's Regional Health Center); GefrohEllison, Stefanie; Frost, Donald; Gilbertson, Ivy; Gunkel, Angela; Handegard, Tami; Halvorson, Joseph (Nurse Practitioner, Innovis Health, LLC); Haider, Christopher; Halvorson, Joseph; Manecke, Michael (Environmental Services Supervisor, Essentia Health-Fosston); May, Kimberley (Operations Director, St. Mary's Regional Health Center); Kraemer, Michele; Almeropp, Marin; Anderson, Susan; Atkinson, Megan; Hirt, Elizabeth; Herold, Douglas; Huesman, Elizabeth; Althoff, Catherine; Honeyman, Ronald; Anderson, Anna; Holtz, Pamela; Just, Kathleen; Judd, Kaycee (Diabetes Educator, Innovis Health, LLC); Germolus, Alessa; Braseth, Annette; Bailey, Ashley; Velasco, Stephanie; Smithers, Carly M. (Pharmacist-Ambulatory Care, Innovis Health, LLC); Nelson, Alicia; Wald, Whitney L. (Clinical Assistant-LPN, Innovis Health, LLC); Christensen, Shellie; Dolo, Cephas; Haugrud, Mary; Smart, Ryan; Conduah, Erin; Astrup, Jamie (Nurse Manager, Innovis Health, LLC); Knudson, Kristen; Beyer, Rebecca; Franke, Aaron; Johnson, Alicen; Hedlund, Deborah; Tollefson, Karin; Severson, Stephanie; Webber, Jessica; Thomas, BillieJo; VanHoecke, Ryan; Benda, Mary; Haskell, Robert (Pharmacy Manager, Innovis Health, LLC); Barros, Dusty; Byers, Bonnie; Spina, Morgan; Gravalin, Alison; Larson, Brady; Belschner, Jesse; Khatri, Jessica; Kemp, Robyn; Domier, Sarah; Barnett, Rayna; Smith, Daniel; Kieffer, Teresa; Haug, Carrie E.; Puttbrese, Cassondra; Strand, Nicole; Garcia, Kristen; Costello, Kelly; King, Jessica; Villnow, Brittany; Corfman, Randle; Flach, Kayla; Haus, Kara; Schmitz, Morgan; Stueve, Erika; Finn, Sandra; Omdalen, Susan (Foundation Director, Essentia Health Foundation); Johnk, Shayla (Registered Nurse, Essentia Health); Webb, Veronica; Christner, Elizabeth; Zarling, Maggie; Johnson, Danielle; Briard, Mariah; Alstead, Amber; Olson, Donald; Jensen, Melody; Butcher, Ruth; Hanson, Amber; Boschee, Charles; Anderson, Donna; Wilson, Sharon; Cumber, Michael; Sayler, Christine; Johnson, Kyle; Sell, Shannon; Hoge, Cynthia; Wright, Ashley; Erickson, Brenda; Neubauer, Katherine L.; Riewer, Molly; Jinnur, Praveen; Mertz, Taylor E. (Midwife, Innovis Health, LLC); Becker, Jenae; Martodam, Gregory; Martin, Tessa; Ihle, Katherine; Wood, Laura (Quality Partner II, Essentia Health); Knudsen, Alyssa (Technical Laboratory Supervisor, St. Mary's Regional Health Center); Bartunek, Lori; Stover, David; Cantone, Chad (Buyer-Pharmacy, Innovis Health, LLC); Dondoneau, Marnie (RN-Acute Care-PACU Innovis Health, LLC); Antoniuk, pamela; Enget, Shannan; Odegaard, James; Holst, David; Tretter, Becky; Winter, Sarah; Zeis, Marlena; Ek, Charlene; Hallgren, Tiffany; Erickson, Jessica; Vigen-Iverson, Jennifer; Korhonen, Ashley; Van, Kristie; Haen, Andrew; Chelmo, Tammy; Jonason, Anitat; Goeller-Johnson, Stephanie; Best, Shelby; Marks, Kimberly (Former Physician Compensation Supervisor, Essentia Health); Whiteman, William (Senior Quality Partner, Essentia Health); Hentges, Zachary; Morrow, David; Ottmar, Jeffrey; Loberg, Natalie; Crull, Constance; Bachman, Kathleen; Huber, Laura; Dennison, Shannon; Nelson, Samantha; Hayes,

9

Exhibit A Recipient Supplement

Kathleen; McDonald, Teresa; Heilman, Carla; Erickson, Alexis; Murrary, Grace; Sorenson, Becky; Conway, Kelsie K.; Shand, Kelly; Doppah, Felecia; Kline, Patricia; Richardson, Michelle; Kasel, Abby; Jacklitch, Reyna; Anderson, Lisa; Wendt, Kristin; Noel, Holly; Mirous, Danielle; Pollock, Brian (Emergency Medical Services Supervisor, St. Mary's Innovis Health EMS dba Essentia Health EMS); Karsky, Kristin; Barta, Wendy; Lyonshanson, Chelle; Zuniga, Patricia; Boeddeker, Spring; Peluso, Christopher; Hongess, Jacilyn; Wallace, Brandi; Envik, Bryan (RN-Ambulatory Care Supervisor, Innovis Health, LLC); Wieler, Lisa; Peterson, Heidi; Wahala, Angela; Fitzpatrick, Kathleen; Haugen, Abbey (Registered Nurse - Ambulatory Care, Innovis Health, LLC); Anderson, Tiffany; Johnson-Hoehne, Anita; Jorgenson, Stephanie; Devireddy, Abhi (Infrastructure Architecture Manager, Essentia Health);Burgeson, Annmarie; Tovson, Jessica; Nordquist, Susan; McKenzie, Jacqueline; Olson, Letitia; Berger, Karla; Taplin, Ernest; Engel, Janna (Pharmacy Site Supervisor, Bridges Medical Center); Ronning, Kayla; Reardon, Kristen; Carlson, Connie; Mittleider, Carmen; Nowak, Mindie;  Holzworth, Nicole; Arvidson, Roberta; Anderson, Caitlyn; Kezar, Tina; Vold, Denise; Dady, Megan; Koehler, Stephanie; Broadway, Steven; Martin, Patricia; Masten, Marjorie; McNamara, Jacqueline; Mendez, Patricia; Olson, Taryn; Miller, Jeffrey; Mickelson, Patricia; Motschenbacher, Kurtis; Sather, Mei-Wen; Vinyh, John V.; Walker, Deborah; Carson Sandness, Amanda; Anderson, Sarah; Adkins, Kandice; Cavett, Val (Clinical Assistant-LPN, Innovis Health, LLC); Christl, Jerrold; Hendrickson, Shanna; Wayne, Tamela; Yeager, Kimberly; Whirley, Jaclyn; Alder, Vicki; McDermott, Tabitha; Behr, Amanda (Diagnostic Imaging Manager, Innovis Health, LLC); Ziegler, Jennifer; Boehlke-Fiecke,Brittani; Johnson, Shannon; Figuerres, Harchie; Nelson, Elizabeth; Hockett, Stephanie; Zink, Jamie; Nash, Anne; Schadler, Melinda; Thompson, Tamara; Linn, Zachary (Rehabilitation Services Manager, Innovis Health, LLC); Scribner, Brady (Security Manager, Innovis Health, LLC); Morken, Kristen; Hansen, Amanda; Tumberg, Kelly; Solem, Nicole; Bernu, Matthew;  Maag, Jenna; Hall, Thomas; Johnson, Susan; Hopkins, Heather; Michaelson, Elizabeth; Hillukka, Kyah; Trautman, Jennifer; Rindahl, Stephanie; Craigmile, Donna L. (RN-Educator, St. Mary's Regional Health Center); Scheer, Michael (Pharmacist-Acute Care, Innovis Health, LLC); Alinder, Sandra (RN-Acute Care Supervisor-St. Mary's Regional Health Center); Olson, Emily; Liddell, Amy; Berger, Dalene; Crandall, Peggy; Bernhardt, Aaron; Rund-Rieppel, Natalie; Sorensen, Christian; Flaten, Karen; Schmitz, Sydney; Lee, Carol; Brand, Deborah; McDermott, Heather; Anderson, Deann; Gingerich, Carla; Gunderson, Esther; Shervey, Gretchen; Ingvalson, Jolie; Haven, Patricia; Kortie, Dana (Nutrition Services Supervisor II, Innovis Health, LLC); Opgrand, Heather; Kappes, Kelly; Asket, Kendra; Softing, Amy; Hoffman, Nicole M.; Buboltz, Jacquelyn; Morin, Christina; Jaenisch, Richard; Alleckson, Delores; Kapaun, Kassidy; Markuson, Melanie; Norton, Christina; Wing, Autumn; Mortenson, Bruce; Markeson, Marita; Wheeler, Amanda; Fossen, Kailie; Scilley, Lorelei; Rambousek, Brent; Bjornson, Lindi; Elmer, Amanda; Olson, Kristine (Physician & Professional Services Senior Director, Essentia Health); Koesterman, Michael; Ames, David; Albrecht, Jamison; Ackland, Jill; Perleberg, Pamela; Podoll, Alicia; Ostlie, Daniel; Boyer, Alexa; Soyring, Sarah; Walsh, Kristina; Enger, Krystal; Ferden, Karen; Sjostrand, Kirsten; Jacobson, Kurt;  Beauchamp, Danny (Facilities Senior Director-West, Innovis Health, LLC); Boatman, James; Hamilton, Hailey; Tweet, Lynn; Makela, Jason; Lorenzen, Tricia; Simmons, Sandra; Belk, John; Twells, Pamela;  Haaland, Kathleen (Coding Manager, Essentia Health); Evitt, Vernielou; Evenson, Benjamin; Neary, Lorelie; Schuette, Tamara; Greisen-Agather, April; Gray, Cynthia; Samuelson, Marcene; Schwandt, Robert (Pharmacist-Acute Care, Innovis Health, LLC); Roberg, Robert (Pharmacist-Acute Care, Innovis Health, LLC); Dillabough, Charles (Pharmacist-Acute Care, Innovis Health, LLC);  Ditch, Pamela (Laboratory Supervisor, Innovis

Exhibit A Recipient Supplement

Health, LLC); Stewart, William; Koppelman, Barbara; Sands, Jennifer; Schlaht, Jan (Patient Relations Associate, Essentia Health); Sanders, Steven (Cardiac Rehabilitation Supervisor, Innovis Health, LLC); Stalboerger, Patricia; Hestbeck, Charlene; Athmann, Randal; Rasmussen, Barbara; Elliott, Victoria; Kreme, Randall; Brawders, Patricia; Shaffer, Kristie (Telecare Services Supervisor, Essentia Health); Plambeck, Lori; Kram-Paskey, Pamela; Badinger, Barbara; Czichotzki, Rebecca; Lucht, Theresa; Bitz, James; Johnson, Tarah; Freeman, Michelle; Olson, Roberta; Greminger, Liza; Schill, Rebecca; Hoque, Mdrisalatul; Walter, Candace; Beaudine; Kelly, Kimberly; Motschenbacher, Kristine; Crider, Mitchell (Physician-Section Chair, Innovis Health, LLC); Habrat, Amanda; Naumann, Sheila; Honeyman, Josh; Lawrence, Katie; Opoien, Barbara; Rayl, Kimberly; Quiggle, Eliza (Clinical Assistant-LPN, Innovis Health, LLC); Prince, Robin; McDonald, Cynthia; Schumacher, Mary; Davidson, Nancy; Skarphol, Angela; Prochniak, Susan; Ernster, Dale J.; Zentz, Tanja; Roemmichwey, Jerine; Stinson, Kristin; Steffl, Deborah (RN-Acute Care-Specialty, St. Mary's Regional Health Center); Curry, Judith; Sunram, Cathrine; Gustafson Martineau, Kristina; Rott, Gerald; Thornton, Kimberly S.; Soper, Constance; Nitschke, Patricia; Beehler-Denny, Terrie; Safar, Barbara; Naplin, Kimberly; Dekarske-Riewer, Kiara; Hendrickx, Lori; Hart, Jessica; Thompson, Joie; Scheurer, Erika; Busching, Julie; Rohrbeck, Nicole (Pharmacy Manager, Innovis Health, LLC); Recine, Vincenzo N. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Thomas, Kiron; Swenson, Sarah B. (Clinical Assistant-LPN, Innovis Health, LLC); Ziegler, Lindsay; Knopp, Diana; Lund, Kecia E. (Nursing Director, Innovis Health, LLC); Brockpahler, Melanie; Qadeer, Farhan; Sayon, Estella; Svaleson, Rebecca (Nursing Director-West, Innovis Health, LLC); Strand, Michelle; Rott, Megan; Berghorst, Kelly; Wyum, Evan; Anderson, Austin; Astrup, Abigail; Lacher, Adam; Mortenson, Karin; Vogeler, Jessica; Wainright, Linda; Beaton, Vickie; Ngwe, Dorin; Nokelby, Michael; Zach, Shannon; Lyseng, Alli; Jones, Anya; Jelinek, Diane; Laddusaw, Jessica; Adkins, Nicole; Woldmorrow, Sondra; Perkins, Rachael; Roush, Elizabeth; Childress, Kristina; Robberstad, Taryn; Jeffery, Jonathan; Steffl, Natalie; Abuminshar, Marwan; Green, Storm; Figueroa, Glen; Longworth, Julia; Iles, Nanette; Sayler, Stacey; Stoops, Sarah P. (Nurse Manager, Innovis Health, LLC); Overbeck, Lara; Lineburg, Cody; Murphy, Cassie; Anderson, Debra; Schaefbauer, Macey; Hansen, Carla; Hess, Aubrey L.; Kolkhorst, Kimberly; Sonnenberg, Julie; Johnston, Joni; Rasmusson, Allison; Caldwell, Jaana; Rosing, Cailey; Tucker, Shelly; Luttio, Kristin (Operations Manager III, Innovis Health, LLC); Bergerson, Bonnie; Kraft, Cassandra; Anderson, Danielle; Schafer, McKenzie; Karjalainen, Neil; Ashley-Villebrun, Talia; Keene, Roxanne; Reile, Kirsten; Marroquingalvez, Guillermo; Blom, Melissa B.; Ambros, Tadeu; McDonough, Alysha C.; Monson, Chelsey; Liem, Agnes F. (Nurse Practitioner, Innovis Health, LLC); Fosness, Sydney; Gilbertson, Sierra; Jacobson, Shelby; Larsen, Shayna; Jibril, Noureldin; Wielandt, Nicole; Ste. Marie, Michaela; Opheim, Lexi; Rosenkranz, Jana; Ancona, Brent; Gerlach, Ashleigh; Sherlock, Andrea; Kimball, Allie; Jones, Aaron; Ockert, Zachary; Cook, Janelle; Karlstad, Kelsey; Coauette, Grant; Remple, Cassandra; Cyrus, Annette; Kessler, Kate; Jackson, Jared; Murphy, Luke; Jung, Chasity; Mofyasandt, Martha; Weigand, Serena; Carlson, Kerry (Operations Administrator, Innovis Health, LLC); Eisinger, Jodell; Vijayappa, Madhu; Lind Wheatley, Kristi; Horseman, Heather; Harmon, Christina (Former Physician, Innovis Health, LLC); Stibbe, Adam; Strang, Angela M. (Physician, Innovis Health, LLC); Trickey, Nancy; Wanzek, Philip; Bachmann, Taylor; Zick, Desirae; Krautkremer, Crystal; Bellin, Amy (RN-Patient Navigator, Innovis Health, LLC); Jorud, Cynthia R. (Nursing Director, Innovis Health, LLC); Auka, Sarah; Middelkamp, Matthew; Baden, Jack; Swanson, Colleen; Callahan, Mike; Bolin, Kim; Hays, Michael; Ellison, jo; Himle, Kaitlin; McGough, Shana; Iverson, Sarah; Volin, Andrew; Durrani, Qasim; Krump, Karralyn; HMMoyers@EssentiaHealth.mail.onmicrosoft.com; Leary, Amy; Sharma,

11

Exhibit A Recipient Supplement

Omprakash; Redick; Brenda; Hoffman, Casey; Korth, Krista; Martin, Linda; McWalter, Grant; Summerer, Rebecca; Brissett, Miranda; Achterling, Kelly;  Strong, Kayla M.; Marsh, Bridget; Adamek, Melissa (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Duval, Lisa; Smith, Shawn (Sterile Processing Supervisor, Innovis Health, LLC); Wheeler, Kayla; Larson, Megan E.; Hansen, Christian; Holmer, Sarah; Jacobson, Kelly; Sunram, Jenna; Pirozhkov, Nina; Sabby, Michele; Wehner, Carly L. (Pharmacist-Acute Care, Innovis Health, LLC); Anderson, Chelsea R. (RN-Acute Care Supervisor- Innovis Health, LLC); Shimell, Erin; Steffan, Stephanie; Johnson, Teresa (Operations Manager II, Innovis Health, LLC); White, Cheryl (Physician-Section Chair, Essentia Health-Fosston); Beach, Nancy (Executive Assistant, Innovis Health, LLC); Schweitzer, Renee (Operations Manager III, Innovis Health, LLC); Larsen, Elizabeth; Berg, Olivia; Elliott, Kimberly; Cook, Julie; Davis, Lisa; Moncada, Nichole; Harwood, Stacie; Hough, Andrea (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Dulka, Jackie; Bartholomay, Sheila K. (Clinical Assistant-LPN, Innovis Health, LLC); Hammargren, Jessica; Johnson, Candice; Mattern, Kyra; Morgan, Mena; Wleh, Vera; Welle, Emily; Morast, Connie; Gopi, Sreejith (Physician-Section Chair, Bridges Medical Center); Brambrink, Teagan; Williams, Paul; Carlblom, Megan; Blood, Sara J. (Quality Partner II, Essentia Health); Balfanz, John; Stall, Shaina; Arfaie, Sahand; Linman, Jill; Frisbie, Audrey; Camp, Crystal; Kritzberger, Jennifer; Ust, Lori; Surles, Valerie; Anderson, Jody; Tuper, Audrey; Raasch, Nicole; Gebur, Rachel; Clauson, Allison; Gjestvang, Jennifer (Executive Assistant, Innovis Health, LLC); Gladen, Karissa; Rosenau, Karla; Kent, Rebecca; Larson, Calli; Smith, Heather; Svare, Kathleen; Morlock, Nicole; Johanns, Tylor P. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Kemper, Karyn (Diagnostic Imaging Supervisor, Innovis Health, LLC); Erdrich, Aaron; Grinde, Judy; Foster, Kristina; Branden, Sarah (Sterile Processing Supervisor, St. Mary's Regional Health Center); Gregerson, Gail; Kaseman, Kristi; Donahue; Macleod, Jessica; Volden, Dawn; Johnson, Melissa; Fuchs, Tammi; Fleming, Heidi; Eagen, Marylyn (Clinical Assistant-LPN, Innovis Health, LLC); Cleary, Holly; Gritz, Tina; Kennell, Cassandra (Executive Assistant, Innovis Health, LLC); Gulbrandson, Sara; Kvale, Jennifer (RN-Acute Care Supervisor, Innovis Health, LLC); Sorenson, Amber; Kjenstad, Kristine; Bergren, Carla; Kvale, Jennifer; Scholler, Justine; Clark, Tamara; Craigmile, Donna L. (RN-Educator, St. Mary's Regional Health Center); Winkler, Erin; Mcinnes, Karen; Ehrmantraut, Ryan; Dandamudi, Venkata; Nelson, Cathy; Berry, Carmen; Weishaar, Angie; Martin, Reed; Dorff, Elizabeth; Kuehl, McKenzie; Kalberer, Tess; Dittmer-Anderson, Laura; Gordon, Phebe; Borgen, Joan; Peterson, Melissa (Regional Nursing Director, St. Mary's Regional Health Center); Wold, Kimberly; Henning, Stasha; McGough, Zachary; Farah, Anab; Tetrick, Betsy; Lunde, Leanna; Boisjolie, Ann; Pagel, Dena; Thumma, Carol; Weatherford, Erica; Ratajczak, Amy; Lopez, Debbi;  Johnson, Kristen L.; Smith, Renae; Shelquist, Rebecca; Rotar, Heather; Raftevold, Austyn; Heimark, Tami; Allard, Amy; Burnham, Carrie; Stelzer, Alexa; Moen, Michael; Mehus, Lanette M.; Turnow, Angela; Bjellum, Hans; Solberg, Roberta; Nefzger, Kelsey (Registered Nurse-Program Manager, Innovis Health, LLC); Bjorgaard, Barry; Rogstad, Jessica; Strobel, Kourtney; Hoppe, Tony; Johnson, Gayle; Flemmer, Diane; Klaypenh, Christian; Allen, Joshua; Maher, Tiffany M. (RN-Acute Care Supervisor, Innovis Health, LLC); Sargent, Denise M. (Marketing Manager, Essentia Health); Lizakowski, Jason; Ledeoux, Laura; Pomeranz, Bryan; Leet, Angela; Borash, Amy; Griffis, Jennifer; Lordeman, Ashley; Davison, Kurt; Allen, Tiffany; Swenson, Aaron; Blaney, Sheri; Bodle, Rhonda K. (Clinical Assistant-LPN, Innovis Health, LLC); Anderson, Deann; Kraft, Sherry L.; Strege, Andrew; Francis, Julie; Ihry, Victoria; Forrest, Barbara; Enga, Kathryn; Misialek, Erin (Former Intern-Pharmacy, Innovis Health, LLC); Hewson, Adam; Levin, Daniel J.; Wiemer, Misty; Palubicki, Kaitlyn; Milbeck, Kierstynn;

Exhibit A Recipient Supplement

Neuschwander, Lauren; Hayes, Summer; Bunn, Courtney G. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Fitterer, Kelsey; Haugrud, Emily (Prior Authorization Associate, Essentia Health); Matthys, Gary; Holm, Morgan; Christensen, Nathaniel; Bullock, Rebecca; Robley, Connor; Larson, Stacey; Arnhalt, Ashton L.; Garza, Aleida; Allen, Drew; Braun, Haley; Ladouceur, Patrick; Forsman, Michele; Mosley, Sarnaria; Kinney, Lisa; Klinkhammer, Amber; Stutz, Rebecca; Stark, Sarah B.; Downs, Jill; Kollie, Seanei; Wriht, Nyenpue; Shaffer, Charles; Johnson, Cherish; Helgeson, Jodee; Woodard, Megan; Bucholz, Carissa; Bradley, David; Leier, Eryn; Grant, McKenzie A. (Former Clinical Assistant-LPN, Innovis Health, LLC); Bradley, Michelle; Footitt, Taylor; Griffiths, Nicolette; Lusso, Louann; Knudtson, Erin; Romsdal, Jordyn; Biffert, Rebecca; Lundmarktheisen, Tanja; Gottwalt, Alison (Budget & Planning Manager, Essentia Health); Wikman, Nicole; Achter, Natasha; Anderson, Aspen A. (Former Clinical Assistant-St. Mary's Regional Health Center); Blair, Tanya; Swanson, Nathanial; Brandner, Drew; Lundstrom, Anna; Ambuehl, Kathryn; McCullough, Darcie; Agnew, Jennifer; Erickson, Samantha R. (RN-Acute Care II-Specialty, Innovis Health, LLC); Rude, Jaclyn; Briolo, Mallory; Garry, Shannon; Softing, Sherri (Nutrition Services Manager, St. Mary's Regional Health Center); Dyrdahl, Jodi; Maii, Dylan; Brown, Michelle; Reed, Shane; Sefcik, Dorcas; Erickson, Elizabeth; Hystead, Aaron; Cooper, Brian; Oleary, Keith; Alexander, Sarah; Olson, Cynthia; Delorme, Gina; Vanhal, Jenna; Linstad, Lynette; Edens, Abigail; Grabow, Whitney; Sheikh, Israr; Brodsho, Melissa; Welch, Molly; Dorow, Amber; Buller, Amber; Seaberg, Rebecca; Berglund, Jacqueline L.; Pandolfo, Caitlin (Physician, Innovis Health, LLC); Nevins, Kathryn; Hensel-Kalla, Gail; Pokrzywinski, Heather L.; Yesenko, Michelle (Case Management Manager, Innovis Health, LLC); Bruhn, Jolene; Lundeen, Tina; Holmstrom, Cassidy; Yesenko, Michelle; Baril, Mackenzie (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Afonja, Burton; Harthun, Theresa; Weigel, Emily; Wold, Ashley; Veranochavez, Jaime; Renschler, Robert; Peterson, Jonathon; Walker, Sarah; Perkins, Michelle; Chase, John; Benson, Terry; Kost, Ashleigh; Buller, Brianna; Gullingrud, Shannon; Radke, Kendra; Trosen, Tyler; Czapiewski, Cynthia; Schultz-Garnas, Cynthia; Norgaard, Paige; Henning, Emily; Lauwers, Sadie; Marquart, Holli; Lindley, Lindsey; Lutgen, Lottie; Rusch, Marleen; Amsbaugh, Nicole; Upton, James T. (Nurse Practitioner, Innovis Health, LLC); Lorsung, Jacob; Schlotfeldt, Ashley; Gonitzke, Paula; Berglund, Rick; Seidel, Jennifer; Rajdl, Heather; Morse, Sarah (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Greenshields, Patricia; Benson, Diane; Davy, Ashley; Emerson, Laura; Schrupp-Jorgenson, Bobbie; Farnlof, Sarah A. (Quality Partner II, Essentia Health); Holaday, David; Rudolph, Chase; Gerdes, Christopher; Hanney, Susan; Steffan, Joshua; Davis, Creeonna; Vadehra, Vivek; Taylor, Jessie; Kleinschmidt, Diane; Devries, Julie; Williams, Elisa; Mattson, Candace; Penton, Garrett; Jenkins, Brandon; Dorholt, Taylor; Rudnick, Melanie (Clinical Applications Supervisor, Essentia Health); Sherman, Jane; Sitzer, Kimberly; Hovet, Courtney; Nemec, Grace; Smith, Aaron; Jensen, Elijah J. (Website Content Administrator, Essentia Health); Moran, Shauna; Ritchie, Alyssa; Mohs, Toni; Lessard, Debra; Ladouceur, Marquise; Praska, Jensen; Chelmo, Danielle; McKinnon, Marissa; Vinje, Ellen; Hinkel, Kimberly; Ganje, Jonna; Fevig, Mariah; Christen, John; Larson, Kelly; Lindblom, Jessica; Hansen, Jordan; Sullinger, Nicole; Miller, Jordyne; Olson, Tammy; Kuehn, Jodi (Senior HR Business Partner, Innovis Health, LLC); Gorder, Tammy K. (Clinical Assistant, St. Mary's Regional Health Center); Dopiriak, Kimberly; Gagnon, Delaney; Rockwell, Angela; Lehmann, Heather; Degerman, Preston; Miller, Cammie; Gibbs, Dana; Sherritt, Brianna; Boehm, Ashli; Bergmann, Marie; Scheibe, Meghan; Theesfeld, Jeremy T. (Nurse Manager, St. Mary's Regional Health Center); Mathias, Alexandra; Olcott, Jaquelyn; Hagerty-Branden, Breah; Gigstead, Emily; Tuma, Jolene; Woodbury, Kristina; Kelly, Jason; Drocic, Ana; Holmquist, Shawna; Thingvold, Nicole; Carlson,

Exhibit A Recipient Supplement

Karen; Koterba, Vicki; Rick, Brenda; Olson, Dustin; Ernst, Zachary; Leininger, Rileigh; Gullingsrud, Kimberly; Vangerud, Megan; Selzler, Paula (Nutrition Services Manager, Innovis Health, LLC); Kunz, Kristin; Loepp, Renae; Hudec, Megan; Bergquist, Christopher; Wahl, Lynda; Roth, Stacey; Bergstrom, Lora; Adler, Grit; Wutzke, Rebecca; Ina Amii, Sarah; Berg, Trevor; Grunewald, Doreen; Englund, Jessica; Fredrickson, Ingrid; Keller, Alexandria; Held, Ashley; Bleyle, Donald; Dockter, Bonita; Stompro, Kristine; Barton, Lisa; Harren, Laura; Biel, Meridith L.; Dunham, Mark; Skare, Elizabeth; Rivera, Joanne; Stras, Amanda; Miller, Wayne; Larson, Alyson (Pharmacy Site Supervisor, St. Mary's Innovis Health); McCarthy, Kylie; Zimmel, Adelaida; Schultz, Kristen (Operations Manager III, Innovis Health, LLC); Wiederhold, Ashley; Danielson, Danielle; Scholtz, Emily; Wentz, Nina; Krumme, Thomas; Saewert, Sonia; Disher, Kayla; Degroat, Darlene; Pesek, Stacey; Linden, Ryan; Kiesow, Sarah; McDonald, Peter; Hoffart, Lisa; Smith, Danielle; JGWIRTH@EssentiaHealth.mail.onmicrosoft.com; Moore, Crystal; Kautz, Maisie; Lyon, Kirsten (Registered Nurse - Clinical Coordinator, Innovis Health, LLC); Landford, Agnes; Rhodes, David; Gilster, Debra; McDougall, Courtney; Wright, James; Lelm, Kaylah; Bitz, Trent; Walker, Samantha (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Kirwin, Rebecca; Hines, Randi (Billing Supervisor, Essentia Health); Meyer, Yvonne; Renowski, Ciarra; Herman, Mason; Brandt, Amber; Pocha, Christine; Motis, Destany; Mulholland, Donna; Soyring, Tracy; Brainerd, Cynthia; Rusch, Tanya; Phillips, Chasity; Ward, Jesse; Ethier, Alyssa; McGowan, Jacob; Hoover, Aaron; Kabbah, Saydia; Kalk, Kristina; Leichter, Eric; Langerud, Danica; Gillespie, Rose; Carlson, Gina; Scheving, Grace; Defoe, Adam; Szczur, Alison; Redenius, Kaeley; Kline, Brady (Environmental Services Supervisor, Innovis Health, LLC); Jorgenson, Hailey; Olson, Tanassa; Sloan, Martha; Ekren, Tara (Former Media Relations Specialist, Essentia Health); Bexell, Sydney; Jordan, Righsher; Koltes, Angela; Lutman, Allison; Stone, Danielle; Kusler, Katie; Spacek, Caroline; Koval, Fredric; Wambui, Nancy; Drinkwine, Wanda; Dufrane, Michael; Stearns, Alexis; Hall, Leah; Sergot, Danielle; Mitzel, Fredrick; Knudsvig, Tricia; Lehman, Sarah; Shaw, Amber L. (Clinical Assistant, St. Mary's Regional Health Center); Hoyer, Starla; Otto, Marisa; Johnson, Gregory; Johnson, Ethan; Schanilec, Samantha; Erb, Angela; Schneidermann, Allison; Smude, Richard; Sandoval, Sarah; Conklin, Kelly; Remer, Stephanie (Clinical Assistant-LPN, Innovis Health, LLC); Stickler, Kathryn; Larson, Trista; Saurav, Alok; Longtin, Morgan; Nowotny, Allison (Senior Human Resources Business Partner, Innovis Health, LLC); Johnson, Connor; Jackson, Lori; Ragland, Eric; Domm, Haley; Lien, Cory; Berte, Assibi; Wilhelm, Megan; Johnson, Brooke; Carrier, Luann; Grossman, Corey; Auck, Alyssa; Geffre, Carly; Adkins, Nicholas; Schroeder, Courtnay; Sang, Katelyn; Ellis, Kena; Vetter, James; Radermacher, Anita; Erickson, Madison; Shcherbinina, Natalia; Wendel, Maia; Klemisch, Robert; Buller, Debra; Haas, Corbett; Shamdas, Glenn; Kringlen, Rachel; Baxter, Cody; Oxton, Kira; Punj, Meenakshi; Sequeira, Herman; Nelson, Taylor; Kallis, Scott (Site Supply Chain Supervisor, Essentia Health); Wynes, Stephanie; Fahnbulleh, Jenneh; Kangas, Megan; Vivatson, Koree; Kiernan, Hannah; Wilson, Kaitlyn; Fuglestad, Paul; Grangroth, Jeanette; Forrester, Karen; Missling, Amy; Mattis, Elizabeth; Miller, Benjamin; Nicolescu, Razvan; Haggart, John; Mortenson, Darcy; Lien, Jack; Scholz, Jamie; Grenier, Lauren; Rice, Vanessah; Bauck, Zachery; Harmon, Lisa; Albin, Matthias; Oluleye, Oludamilola; Waynick, Daniel; Mcleod, Cary; Pikalek, Holly; Lin, Lydia; Borsheim, Hannah; Burke, Wesley; Hecker, Brandon; Sohail, Ifrah; Hextail, Mamie; Larson, Jenna; Robbins, Charles (Business Systems Director, Essentia Health); Haslop, Brooklynn; Olson, Elizabeth (Telecare Services Supervisor, Essentia Health); Myrant, Daniel; Walker, Kari; Schaan, Payton; Monson, Elizabeth; Janson, Neil; Tuttle, Nicholas; Morken, Abby; Schwandt, Austin; Snedaker, Julia; Eronmosele, Gabriel; Mathur, Nitin; Brandt, Melinda (Revenue Services Associate I, Essentia

14

Exhibit A Recipient Supplement

Health); Marama, Natasha; Mjoness, Pamela; Thompson, Kaitlyn; Mcalister, Aimee; Marsten, Nicole; Nelson, Laura; Kelly, Katie; Sheelakumari, Chippy; Hager, Kathleen; St. Claire, Jelissa; Eissinger, Rebecca; Williams, Kirsten; Skjonsberg, Allie; Morris, Destiny; Chandler, Tracy; Van Dyke, Tonya (RN-Ambulatory Care, Innovis Health, LLC); Clark, Nathan; Jones, Mercedes; Herman, Shelly; Dahnke, Shannon (Communications Director, Essentia Health); Holland, Britta; Trader, Joann; Renner, Rachel; Carlascio, Krystal; Benson, Brittney; Kjos, Vicki; Speer, Crystal; Kyllo, Janelle; Moan, Maureen; Williams, Julio; Decock, Christopher; Morken, Lucas; Turnow, Craig; Schadler, Carson; Neu, Anna; Olson, Lauren; Habrat, Susan; Obrien, Lisa (RN-Ambulatory Care, Innovis Health, LLC); Rodriguez, Courtney; Sandahl, Taylor; Dykema, Tracy; Jupic, Aida; McManus, Molly; Rustad, Kathleen; Zeman, Kelly; Gibson, Kelsey; Pifher, Karen (Program Manager-Community Health, Innovis Health, LLC); Vasquez, Julia; Locke, Amber; Frank, Cara; Wedde, Adam; Wurst, Kaitlyn; Schultz, Marilyn; Narog, Megan; Lynnes, Jessa; Tohm, Debra; England, Kristina; Ham, Markeeta; Vanhee, Alexandra; Pepin, Ashley; Edmond, Janice; Easley, Kalvin; Bauer, Abby; Geigle, Joann; Burgard, Brenda (Former Clinical Assistant-LPN, Innovis Health, LLC) (Current Student-Nursing, Essentia Health); Esterby, Kristen; Gravning, Stephanie; Schoon, Kaylea; Thiele, Carla; Holmgren, Andrea; Eronmosele, Trisha; Newland, Amber; Geiger, Marisa; Kontz, Douglas; Gabel, Erin; Bachmeier, Candice; Dubs, Roberta; Marlen, Jeannette; Wentworth, Kevin; Kludt, Josephine; West, Maiya; Gahr, Pamala; May, Ashley; Moe, Cathleen; Langerud, Tammy; Wright, Laurel; Donley, Mason; Hurley, Al (Chief Operating Officer, Innovis Health, LLC); Usher, Christy; Muhumed, Fartun; Humphrey, Brittney; Varady, Loralee; Jalarue, Alfred; Ward, Laura; Pringnitz, Ashley; Schumacher, Audri; Black, Charlie; Jerger, Brooke; Bergquist, Elizabeth; Westra, Madelyn; Browne, Cecelia; Holien, Kathy; Wicker, Betty; Erickson, Margo; Vandeberg, Becky; Phillips, Brian (RN-Ambulatory Care, Innovis Health, LLC); Stenger, Rachel; Janes, Tanya; Christenson, Marti; Ackerson, Jennifer; Ingle, Hailey; Vickers, Jennifer; Hansen, Amber; Pinoniemi, Jennifer; Zimmerman, Cassandra; Gana, Madeleine; Hanson, Diana; Askegard, Courtney; Gana, Rafeliii; Carlson, Travis; Roth, Oliver; Johnsrud-Taffe, Shelby; Hursman, Allison; Alin, Sadia; Johnson, Roxane; Merkens, Holly; Hunter, Sara; Schumacher, Nicole; Cusey, Brittany; Crissinger, Michelle; Faleide, Rachel; Zetocha, Andrew; Lizakowski, Joshua; Thingelstad, Kaitlyn; Larue, Tyrell; Muller, Aaron (Pharmacist-Acute Care, Innovis Health, LLC); Christianson, Derek; Trenda, Taylor; Morton, Abigail; Dehoogh, Rachel; Swanson, Amanda C. (Midwife, Innovis Health, LLC); Soderquist, Sally; Dauner, Denelle; Meier, Jayme; Nordman, Chelsey; Schwartz, Galina; Velgersdyk, Jared; Weber, Hunter; Bozovsky, Kayla; Sneeden, Paul (Laboratory Supervisor, St. Mary's Regional Health Center); Hoenicke, Eric; Schoenefeld, Lexy; Khazrabakht, Seyedehniloofarniloo; Schmitt, Sharon; Zieba, Pawel (Former Physician, Innovis Health, LLC); Schultz, Kendra; Weber, Samuel; Sharma, Nita; Engbrecht, Ashley; Eaton, Sara; Pedersen, Mara; Scherfenberg, Cindy; Slaikeu, Amanda; Wood, Charles; Rodriguez, Natisha; Peltier, Stefanie; Johnson, Leslie; Torres, Melissa (Radiologic Technologist, St. Mary's Regional Health Center); Senyon, Massa; Heinzen, Maddison (Clinical Assistant-LPN, Innovis Health, LLC); Wicker, Martee; Erickson, Christian; Schettle, Maranda; Tuttle, Alyssa; Duffey, Karinna; Boutain, Alex; Axness, Barbara; Cisco, Edwina; Rudolf, Sheryl; Ugofsky, Alleysia; Mireles, Teylor; Kelleher, Jennifer; Berry, Samantha; Mach, Morgan; Ahmed, Mohamed; Cameron, Ashley; Uselman, Dana; Magill, Thomas; McCullough, Sarah; Martin, Cole; Kanten, Mollie; Vierheilig, Jacqueline; Farber, Melanie; Hillman, Kyra; Eggert, Darrel; Agarwal, Saloni (Physician, Innovis Health, LLC); Adam, Mariam; Chwialkowski, Trisha; Fithen, Jessica; Emo, Lindsey; Kolle, Lynn; Kroeplin, April; Werness, Lynell; Wagner, Dean (Supply Chain Logistics Manager, Essentia Health); Huschka, Rusty; Christmann,

Emily; Garness, Renea; Bader, Wyatt (Intern-Pharmacist, Innovis Health, LLC); Cooper, Richelle; Jimenez, Enrique; Holm, Terri; Markeson, Randall; Walker, Rainey; Guerrero, Victoria; Saba, Grace; Lynch, Brian; Reich, Chelsea; McCann, Cathleen; Anderson, Moriah; Dasilva, Jamie; Walker, Vanessa; Root, Jerian; Nord, Julie; Jonson, Katie; Noonan, Kristin; Anderson, Keven; Kobrinsky, Nathan; Ellefson, Chelsea; Trenda, Nicolle; Tweten, Sarah; Dehaven, Bria; Iverson, Sara; Gordon, Blake; Kram, Roger; Froslie, Nicole S.; Nyhus, Mark; Mecklenburg, Candace; Scheving, Grace; Martinson, Amanda; Khawand, Nabil; Klose, Sierra; Zikmund, Emily; Thimjon, Olivia; Randt, Stephanie; Binde, Carla; Engelmeyer, Elisha; Mohamud, Kaha; Lamitare, Srijana; Jama, Farhiyo; Cole, Kaytlenn; Hedlund, Melissa; Buhr, Molly; Frost, Matthew; Azaria, Maria; Ali, Sumaya; Russell, Christine; Eisenzimmer, Kasi; Bence, Kayla; Schnitzler, Carrie (RN-Ambulatory Care, Innovis Health, LLC); Daugherty, Kelsey; Aakre, Candace; Horvath-Dori, Sandra; Retz, Jacob; Moen, Tara; Litts, Madeline; Mbata, Eric; Jenson, Syris; Tucker, Cynthia; Cervantes, Mikayla (RN-Ambulatory Care, Essentia Health-Fosston); Tarvestad, Sarah; Berry, Kailey; Hommerding, Adrienne; Kovarik, Erin; Taylor, Noah; Nelson, Shelby; Lofgren, Benjamin; Mehta, Gaurav; Swenson, Chelsey; Kortee, Kebbeh; Ackerland, Dawn; Thoennes-Rost, Ginger; Williss, Jennifer; Williams, Nathaniel; Starleaf, Robyn; Hutchins, Stephanie; Hudson, William; Smith, Trevor; Snyder, Kaddie; Larson, Pamela; Hagel, Lisa; Zafra, Thelma; Ludwig, Rande; Jasken, Jade; Finneman, Michelle; Hines, Margaret; Melvin, Makayla; Moug, Becky; Russ, Kayla; Ovitt, Tammy; Letvin, Rachel; Honl, Ciara; Cossette, Morgan; Christensen, Kori; Wynn, Dustin; Caulfield, Brittany; Asindua, Makkah; Rushlow, William; Genz, Jeremy; Rortvedt, Carley; Baas, Victoria; Tolkachev, Nikolai; Nowacki, Carrolee; Ostoj, Connie; Bladow, Amy (Clinical Assistant-LPN, Innovis Health, LLC); Ashraf, Sohi; Cossette, Leighann; Patterson, Patrick; Nguyen, Dat; Lund, Adam; Jurva, Cynthia; Abongningong, Louis (Intern-Pharmacy, Innovis Health, LLC); Kreft, Sierra (Pharmacist-Acute Care, Innovis Health, LLC); Hoernemann, Jordann (Pharmacist-Acute Care, Innovis Health, LLC); Mois, Dyson; Robinson, Katelyn; Schmidt, Hannah; Rohrbeck, Raeann; Kirnus, Mikhail; Mehlhaf, Troy; Hotchkiss, Jessica; Ferreira, Shelby; Rudolph, Tailor; Fischer, Scott; Ahmed, Yusuf; Connole, Patricia; Miller, Mathew; Mullin, Danielle; Rasmussen, Charlene; Holand, Kelly; Klein, Mackenzie; Loy, Maari (Pharmacy Operations Senior Manager, Innovis Health, LLC); Rasmussen, Brittany; Brethorst, Jill; Hansen, Shanna; Aho, Kayse; Rauser-Foltz, Kristina; Nguyen, Brooklyn; Custer, Keisha; Fenske, Shelby; Olson, Darby; Cobb, Mariaha; Murphy, Juliette; Meyer, Hope; Held, Jaclyn (Physician, Innovis Health, LLC); Hall, Clifford; Rogers, Tyler; Otto, Zachary; Francis, Kristen; Windler, JoAnn; Langner, Amanda; Borchardt, Karla; Ghafour, Zhalya; Dorn, Amber; Anwar Ul Haq, Malik Muhammad (Physician, Innovis Health, LLC); Wade, Deidre; Skiple, Kara; Heide, Gabrielle; Bauer, Susan; Bungert, Spring; Buchholz, Sarah; Amundson, Cassandra; Frank, Stacy; Anderson, Pamela; Heltunen, Beth; Mertz, Taylor E. (Midwife, Innovis Health, LLC); Brown, Regan; Heiden, Philip; Frey, Morgan; Kisirani, Shukuru; Davidson, Kayla; Eskola, Rhonda; Chica, Chelsea; Stern, Jessica; Priddy, Zachary; Roen, Marci; Vareberg, Crystal; Walters, Austin; Anderson, Laurie; Gruebele, Brandi; Rall, Joshua; Kolling, Lindsay; Hillukka, Jennifer; Helm, Laura; Boehm, Katelyn; Larson, Krystal; Caillier, Deena; Glinski, Renee; Brooks, Craig; Buettner, Amanda (Laboratory Manager, Innovis Health, LLC); Nadkarni, Nivedita; Monpleh, Augostino; Dauer, Darcie; Camrud, Connor; Wolbeck, Sarah; Audette, Kaylee; Klemetson, Chelsea; Kurtz, Cassie; Muth, Samantha; Meduna, Lillie; Martinson, Michael; Walker, Carlton; Bjorklund, Tricia; St. George, Louie; Coulter, Vanessa; Anderson, Michelle; Dunham, Sharon; Borslien, Sadie; Dixson, Austin; Rask, Alicia (Nursing Director-Long Term Care II, St. Mary's Regional Health Center); Garvlen, Lucy; McMahon, Brandi; Skaggs, Angela; Johnson, Jenny; Feltman, Brooke; Thompson, Gwen;

Exhibit A Recipient Supplement

Kveton, Magaen; Raphael, Roseanne; Wolf, Tammy; Mueller, Ariel; Lund, Brenna; Jones, Laura; Worthing, Brandi; Reimann, Rachelle; Semenko, Shannon (Intern-Pharmacist, Innovis Health, LLC); Warren, Eloise; Rathcke, Alan; Cote, Melissa; Mclean, Kylee M.; Cannon, Theresa; Krueger, Sheila; Skajewski, Kristin; Price, Kylee; Ehlert, Kerri; Dullea, Adam; Hanson, Shaylee; Sanneh, Wandifa (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Raoof-Rasti, Shiva (Former Pharmacist-Acute Care, Innovis Health, LLC); Nustad, Sarah; Huebner, Ashley; Cross, Kaylen (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Brown, Alexa (Intern-Pharmacist, Innovis Health, LLC); English, Samantha (Clinical Assistant-LPN, Innovis Health, LLC); Sorenson, Jodi; Novak, James (Pharmacy Operations Senior Manager, Essentia Health); Brasel, Audrey; Borgen, Tina; Smith, Kaylee; Smith, Hailey; Eischens, Sophia; Wendt, Jimmie; Craughron, Terri; Anderson, Margrette (Former Nutrition Services Supervisor II, Essentia Health-Fosston); Lake, Rachel; Cole-Johnson, Lacey; Watchorn, Skylar; Ketelhut, April; Yantes, Benjamin; Hocker, James R. (Physician, Innovis Health, LLC); Scherrer, Patricia (Physician, Innovis Health, LLC); Schroeder, Lydia; Roberts, Tamara; Gamache, Jolee; Buseth, Theresa; Linn, Sarah; Hiltner, Isabella; rmknutsosn@essentiahealth.onmicrosoft.com; Amundson, Kelsy; Oelfke, Sarah; Banish, Melisa; Duffy, Douglas; mehintz@essentiahealth.onmicrosoft.com; Schaefer, Andrea; Wood, Donna; Levesque, Caroline; Greer, Danica; Knoke, Cooper; Hodge, John; Davis, Rachael; Hahn, Megan; Massmann, Haley; Malinowski, Jess; Owens, Sydney; Halgrimson, John; Boe, Alex; Sheriff, Mabana; Eissa, Hussein; Krenz, Tamara; Eberle, Sheri (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Mosher, Jennifer; Resler, Julie (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hermanson, Stefani; Mckagan, Hannah; Jansen, Randy; Lynnes, Jayme; Limer, Bobbi; Todd, Sarah; Stinton, Aaron; Hanson, Kassandra; Pederson, Jamie; Heffron, Ken (Former Operations Administrator, Innovis Health, LLC); Houle, Kassandra; Uphoff, Jeremy; Voge, Erin; Wenschlag, Rhea; Kpelapauee, Adline; Zetocha, Rylee; Sheriff, Felecia; Catlin, Jennifer (Pharmacist-Acute Care, Innovis Health, LLC); Gaye, Patience; Nord, Tiffany; Trostad, Leah; Baumler, Autumn; England, Ronda; Wanner-Perry, Dena; Horning, Torie; Flach, Joran; Faasavalu, Taili; Decoteau, Alissa; Anderson, Hannah; Yu, Ricky; Heller, Michaela; Sander, Jared; Amatuegwu, Jordan; Hamidi, Saeed; Neumann, James; Kovatch, Jennifer; Failing, Christopher; Johnson, Colin; Phillipps, Aaron; Rivera-Bernuy, Mario Carlos; Dobis, Jennifer; Brein, Tricia; Wentz, Kayla; Sterneman, Annelise (Former Nurse Practitioner, Innovis Health, LLC); Suhr, Alexis; Kollman, Natalie; Wright, Sebastian; McCormack, Catherine; Bueling, Zachary; Hildebrandt, Shannyn; Kuznia, Chelsey; Greer, Makaila; Duff, Ashlee; Bueno, Destiny; Wiedrich, Leah; Khandheria, Manoj; Prashek, Bethany; Kirsch, Alyssa; Traynor, Jamie; Wells, Kaila; Schick, David; Dunbar, Carolynn; Kummer, Madison; Brown, Shannon; Paniagua, Perla; Yelegoiyee, Saye; Roseler, Staisha; Jones, Samara; Brandenburger, Melissa (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Lambert, Amanda; Bakken, Rhoda; Kasowski, Brandon; Spellerberg, Cindy; Striegel, Sheyenne; Enget, Alexis; Dunham, Allison; Vogt, Michelle Shelley; Prazak, Paige; Dittmann, Payton; Drake, Clarisse; Ferrian, Daniel; Hollands, Mary; Zempel, Angelinalina; Clark, Tina; Askew, Katherine; Wrona, Leonard; Griffin, Abigail; Duoa, Mathaline; Swails, Haley; Johnson, April; Lockrem, Brigette; Tanner, Kaye; Brown, Christina; Wallevand, Berit R. (Physician Assistant, Innovis Health, LLC); Tiedemann, Cherish; Kowalski, Kelsey; Steiner, Colton; Fosse, Kimberly; Al-Kaabi, Maryam; Ott, Robert; Keena, Taylor; Gedrose, Kelsey; Gottwalt, Amy; Schuh, Jordan; Seaberg, Ruth; Schauff, Monica; Kopec, Ariana; Johnson, Kelly; Wright, Leah; Fourberg, John; Sukut, Brenda; Baer, Jodi; Trefethren, Lisa; Jacobson, Eric; Mitchell, Karen; La-Kaborlo, Bariziga; Mitchell, Lesley; Bynum, Suzanne; Schroeder, Shannon; Smith, Princess; Tate, John; Jukka, Marissa (Former Physician Assistant, Innovis Health, LLC);

17
Exhibit A Recipient Supplement

Walser, Brandi; Gulseth, Amy; Kahler, Sierra; Nagahama, Yasunori; Toay, Corey; Simpson, William; Klein, Brynn; Young, Roger; Shams, Seyed; Hollingsworth, Brooklyn (Former Telecare Services Supervisor, Innovis Health, LLC); Eiter, Kristina; Lambert, Mya; Koller, Amy (Quality Partner II, Essentia Health); Bertram, Elizabeth; Astrup, Anna; Miller, Jordana; Jungels, Dominique; Mettermiller, Ashley; Walvatne, Justine; Spiel Vogel, Alison; Hughes, Tracy; Feir, Lynda F.; Swenson, Valerie; Schmidt, JoDell; Janssen, Tammy; Weckerly, Christia; Holmberg, Taiya; Sweet, April; Locnikar, Rachel; Hastings, Alexandra; McAndrew, Susan; Kroke, Jacob;  Alpha, Hannah; Marjama, Emily; Spenst, Tayler; Branden, Jason; Christensen, Tracie; Duffy, Krista; Johnson, Nyah; Miller, Paige; Gilson, Alexis; Caron, Juli; Muhumed, Amran; Gajjar, Ashish; Loerzel, Brian; Ariye, Zenab; Rindy, Roxanne; Brend, Taylor; Sortland, Katie; Monticello, Eric; Meek, Charles; Prestegaard, Spencer; Felix, Leeann; Piirainen, Stephanie; Riskey, Megan; Engst, Vanessa; Soliman, Mahmoud; Dahl, Nicholas; Gornall, Kristen; Iverson, Tanner; Benedict, Briana; Suleiman, Parry; Yeager, Karlee; Bachmann-Campbell, Heather; Schuler, Marc; Stingley, Caitlin; Nitschke, Nancy; Cedillo, Amelia; Christianson, Laura; Ali, Syedharis; Balintona, Maria; Halland, Jill; Kruize, Kayla; dboyle@medcampus.org; Erbob, Mohamoud; Siverson, Lindsey; Andrews, Amburg; Carlson, Kevin; Barwig, Sheri; Degreeff, Lisa; Gerdes, Morgan; Stinson, Sarah; Tell, Miriam; Hagen, Georgia; Lofstrom, Macyn (RN-Ambulatory Care, Innovis Health, LLC); Mizzell, Samantha; Krause, Julia; Ranisate; Samantha; McDonald, Ashley; Nelson, Ramsey; Larson, Rachel; Ouradnik; Pam; Maatz, Patty; Hilde, Patricia; Lindahl, Rachel; Eaton, Chandra (Operations Manager II, Innovis Health, LLC); Schroeder, Valerie; Rajender, Archana; Mohn, Rhonda; Hassan, Sadiyo; Johnson, Joshua; Smith, Caden; Essig, Kaylee; Thole-Judovsky, Precious; Fischer, Alexander; Heegaard, William Dr. (President, Innovis Health, LLC); Lien, Julie; Romans, Erin (Patient Access Supervisor, Essentia Health); Rios, Imelda; Benson, Maggie; Kressin-Lagerquist, Sara; Willie, Marya; Tangedal, Ashley (Operations Manager II, Innovis Health, LLC); Gray, Rachel; Kjar, Sonja; Downs, Jodee; Brummund, Clare; Mohs, Alica; Briones, Winckle; Weiss, Phillip; Docter, Collin; Saye, Princess; Olander, Chelsey; Griess, Michael; Hastings, Lexy; Mkpozi, Celestine; Abdulhusein, Mustafa; Forsgren, Tyler; Simpson, Justin; Teiken, Sheila; Wheeler, Ryan; Smith, Shelby; Bjerken, Christopher; Snyder, Jezebel; Brown, Kirk; Harris, Toni; Mathurin, Joanna; Lahr, Carrie; Williams, Dean; Schiltz, Payton; Brenden, Rachel; Besette, Nicky; Hernandez, Gregorio; Castellon, Anthony; Frenning, Sarah; Carlblom, Jackson; Hoff, Alison; Hill, McKenzie; Sorensen, Christian; Santoyovolk, Sonia; Knutson, Rachel; McDonald, Kala; Jesser, Virginia; Hare, Rachel; Olerud, Chelsea; Ganser, Taylor; Smeby, Linda; Mehta, Sonya; Hintz, Meghan; Schefbauer, Nathan; Foss, Andrea; Reiten, Morgan; Skuza, Kassidy; Ward, Hunter; Winans, Marie; Bellware, Emily; Groth, Jenna; Quittschreiber, Jessica; Kunz, Christopher; Nustad, Martha; Munro, Jessica; Scherreiks, Karl; Jones, Lejuane; Schons, Alyssa; Knutson, Samuel; Sprung, Rachel; Haug, Jackson; Georgeson, Megan; Vaagene, Emily; Henderson, Cadee; Ervin-Tupper, Ashlee; Myhre, Madison; Kristjanson, Jaycee; Bring, Makenzie; Houser, Brianna Dawn; Schultz, Christi; Blankenship, Sara; Lee, Jessica; Winters, Megan; Otto, Natalie; Gibson, Payton; Pfannenstein (Carlstad), Megan (Program Manager – Process Excellence, Essentia Health); Westphal, Jennifer; Schueller, Kristin; Huhnerkoch, Kayla; Breyer, Siena (Clinical Assistant-LPN, Innovis Health, LLC); Martin, Thomas; Miranda, Emily; Mohamed, Ayub; Fletcher, Ashley; Edvall, Isabella; Hanson, Carin; VandeVoort, Tyler; Ellefson, Mira; Yellow Wolf, Zaasha; Dallmann, Cheyenne; Stearns, Brittany; Leen, Shelly; Nelson, Parker; Brucker, Coleton; Otto, Angela; Peshev, Tracey; Kumpula, Caitlin; Carlson, Theresa; VanCleve, Erik; Ellingson, Vickie; Nowak, Alysa; Bullocks, Lamart; Topp, Samantha; Peterson, Melanie; Skinner, Nicol; Brown, Jean; Wasness, Jenna; Bode, Hannah; Hillklabunde, Sarah; Erdmann, Rachel; Kloos, Kaitlyn; Lafave, Christine; Gleason,

Jessyca; Newton, D'Christopher; Lommen, Delany; Saint Gilles, Micheline; nadams1@essentiahealth.org; Jerue, Pleasure; Dresow, Kendra; Olson, Abigail; Burcham, Bailee; Rasmus, Marie; Anderson, Kristopher; Smith, Dustin; Makela, Cassy; Thiele, McKenna; Shepersky, Crystal; Houser, Brian; Tessier, Shannon; Faiman, Aaron; Tiffany, Hallie; Otto, Brenda; Koska, Emily; Rentfrow, Michael; Formo, Teresa; Menard, Marissa; Frank, Tristin; Donner, Kayla; Bryson, Tysen; Lee, Seonmyeong; Erbe, Madelyn; Elijah, Alea; Neameyer, Jann; Ulmer, Erin; Petersen, Alyssa; Buckingham, Danielle; Schornack, Sarah; Casavan, Becky; Kostelecky, Tamie; Wangler, Camee; Huelsbeck, Barbara; Reed, Shaodi; Rivera, Naomi; Brackett, Barbara; Ballard, Angelica; Triplett, Alyssa; Gjerde, Jade; Verworn, Mark; Austad, Kali; Lamm, Jared; Amegbletor; Cornelius; Davison, Skye; Kaczander, Kurt; Tupper, Allison; Beckerleg, Jessica; altodd@essentiahealth.org; Beyl, Gary; Baker, Roxanne; Dettler, Whitney; Oliphant, Jill; Piechowski, Rhonda; Adkins, Victoria; Fawbush, Sean; Soko, Burline; Martin, Casey; Wagner, Lisa; Hunt, Randy; Papadopoulos, Xenofon; Hjelden, Jane; Pelto, Beate; Snyder, Alyssa; Stuttgen, Katie; Perala, Evan; Anderson, Annikka; Sawyer, Thomas; Schumacher, Kirsten; Hida, Masami; Wilson, Mercy; Tian, Qiyu; Ayi, Bertha; Miller, Nekie; Jensen, Haley; Lindbery; Hayleeh; Gress, Laurie; Ofili, Nikiyah; Sanjel, Kalpana; Sharif-Hobib; Hashim; Rath, Alexis; Larson, Hannah; Kastl, Jennifer (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Peterson, Nannie; Alderman, Taryn; Gullickson, Melanie; Kromah, Musu; Meyer, Judy; Ajayi, Olayinka; Howard, Morgan; Schlenvogt, Sarah; Unruh, Danielle; Flemmer, Jennifer (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Hollaar, Deandra; Mcelroy, Cindy; Odenbach, Olivia; Lavin, Kenneth; Waters, Nancy Elizabeth; Luebke, Jessica; Dusterhoft, Lyndsey; Tufte, Kayla; Olsen, Danielle E. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Reinholz, Anna; McCray, Erica; Potter, Arijana; McCullum, Kerwin; Haugen, Dana; Achman, Carina; Ostrowski, Marybeth; McCreary, Andrew; Swanson, Abigail; Francis, Jennifer; Dulmus, Cody; Thompson, Renee; Clemens, Alexa; Oriental, Jobson; Farnan, Rory; Wallace, Alan; Jossund, Kayla; Lemke, Jill; Sander, Suzanne; Johnson, Kelyn; Klaypenh, Christian; Massaquoi, Haja; Timmerman, Kiara; Abdala, Sabrina; Eberhard, Brett; Martin, Ginny; Sauer, Kelly; Steffel, Alexis; Mohr, Amanda; Kiland, Rhaegan; Hanson, Sharon; Cardoso, Mario; Herbaugh, Zana; Bialorucki, Erica; Derosier, Alexa; Schmitz, Cari; Corbid, Olivia; Starr, Tiana; ladean@essentiahealth.org; Reed, Laurance; Faul, Madeline; Lundstrom, Felicia; Mathison, Michelle; Shaske, Skyler; Moore, Megan; Kim, Dongjoo; Ford, Emily; grmyatt@essentiahealth.org; tlblasier@essentiahealth.org; Fetsch (Pierce), Katelyn (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Polecheck; Tamara; Kinslow, Tera; Wilson, Mark; Smith, Abby; Pyle, Madilyn; Kinzler, Sheila; Agyeiwaa, Josephine; Schimke, Danielle; Anderson, Rachel; Trautman, Casey; staylor2@essentiahealth.org; krist6712@essentiahealth.org; ben6537@essentiahealth.org; sara4453@essentiahealth.org; sandy2812@essentiahealth.org; Reda, Meghan; Kasuboski, Tekah; Daigle, Erin; Jones, Moses; Amb, Hayley; Friedrich, Jennifer; Walker, Charteena; Preisler, Marisa; De Los Reyes, Laura; Buskness, Savanna; Wicklund, Emily; Mulbah, Veronica; Francis, Mary; Cotiere, Miloude; Chasna, Jonathan; Zagirre, Rosemarie; Lardy, Krista; Workman, Ashley; Zaguirre, Rosemarie; Moawad, Amen; Seifert, Tamera; Nordin, Christine; Elhilali, Osama; Hoffheimer, Marcia; Sarles, Stephanie; Mayfield, Kyler; Nimley, Dorcas; Walking Elk, Serenity; Steffl, Isabella; Yaratha, Gokul; Mayes, Amy; Bedell, Stephen; Vargas, Alexia; Del Valle, Emily; Purrier, Emma; Thom, Stephanie; Hanson, Courtney; Chrissis, Sierra; Vaughn, Amber; Freeman, Blaize; Lauer, Theresa; Palmer, Susan; Edinger, Ryan; Kutuacquoi, Kebeh; Lewis, LeAnn; Monson, Michael; Morrissey, Susan; Longtin, Breanna; Swanson, Shannon; Groves, Tameeka; Schneider, Hayley; Okonkwo, Gloria; Jensen, Saylor; Payne, Cody; Miller, Carolyn; Olson, Anna; Sepe, Kenneth;

Exhibit A Recipient Supplement

Hendrickson, Jessica; McMahon, Jade; Yaeger, Jaime; Adebayo, Olaide; Konneh, Satta; Segrest, Donna; Brown, Barbara; Paulson, Kaitlyn; Muzychka, Daria; Kraft, Talice (Clinical Assistant-LPN, Innovis Health, LLC); Bird, Stephanie; Munyer, Allison; Beto, Mark; Stanley, Guerline; Worwee. Patience; Letexier, Noelle; Noel, Megan; Williams, Lori; Murphy, Patrick; Dhaliwal, Ramnik; Mund, Mikaela; Bennett-Bendewald, Lynn; Leritz, Jasmine; Dougherty, Rhian; Banda, Gilbert; Stephens, Vicki; Claude, Tesha; Brand, Tamera; McKenney, Sherry; Johnstun, McKenzie; Barrieau, Teresa; Cutamora III, Juanito; Waite, Charles; Reynolds, Lisa; Fields, Casie; Garcia Zurita, Karen; Sandberg, Kristin; Schlafmann, April; David, Ifechukwu; Kildea, Katherine; Beer, Amanda; Perdue, Skylyn; Pinke, Megan; Hargraves, Candice; Deloache, Gregory; Hardy, April; Gravel, Brenda; German, Grant; Reat, Nyaruach; Augustin, Julien; Shade, Jessica; Murch, Mariah; Adams, Zachary; Didier, Stephanie; Samuels, Damian; Wise, Gene; Fralick, Jennifer; Lawhorn, Robert; Robinson, Jenna; Rall, Andrea; Ruggles, Lexus; Stevens, Sena; Derisma, Guilene; Neath, Patrice; Zlatkin, Erik; Marks, Sarah; Bedenfield, Isha; Perini, Daniel; Ward, Sarah; Behel, Kathy; Davis, Luke; Benoit, Kendella; Boyle, Betsy; Eggers, Chelsie; Andres, Trina; Pratt, Annette; Bah, April; Larue, Ann; Abigide, Barbara; Parrill, Colleen; Fadahunsi, Medinat; Jones, Delilah; Dahl, Lisa; Jamieson, Jacqueline; Payne, Jody; Fuentes, Melissa; Morris, Dawn; Harty, Ashely; Lomax, Michelle; Bynoe, Yvette; Bacon, Monica; Lewis, Susan; Christopher, Victoria; Eichie, Bolanle; Hamid, Dwanetta; Hart, Ruth; Tajelleh, Patience; Mejia, Wendy; Anthony, Jesseca; Colvin, Nancy; Behel, Mildred; Flegle, Katherine; Ndansi, Rodrigue; Faatz, Shelby; Johnk, Kellee; Jensrud, Jessica; Bugge, Lindsay; Nunez, Maria; Sanders, Brad; Bigby, Britta; Herdegen, Tara; Knapik, Celeste; Ali, Kari; Jensen, Ruth; Kicker, Rachael; Childs, Tynia; Pruneda, Crystal; Thompson, Taylor; Fischer, Cassandra; Schaefer, Josie; Landon, Linda; Radcliff, Jaime; Duke, Nathaniel; Hassan, Syedfahim; Fick, Bailee; Porter, Deanna; Hurajt, Tamra; Freeh, Christianna; Kummer, Randi; Holmes, Caitlin; Bamba, Massani; Cossette, Shirley; Huhner, Mayson; Guerrero, Leslie; Hazemann-Dang, Jenna; Priyampolskiy, Garri; Elsheikh, Eltayeb; Kramer, Casey; Jules, Tamara; Enns, Amanda; Willson, Conner; Evans, Amy; Herrin, Laurie; Skarison, Brianne; Morin, Rachel; Loewe, Andrew; Herbaugh, Brady; Sannes-Venhuizen, Jason; Joseph, Faskalina; Despiegler, Molly; Aukes, Ashley; Nolan, Brittany; kamish@essentiahealth.org; Brown, Paul; Black, Brittney; Ekstrom, Mandie; Benson, Kristy; Sager, Madison; Kelly, Gabrielle; Amiot, Syrie; Ejidike, Maryanne; Neree, Roudy; Wuo, Burnice; Lang, Alexandra; Selisker, Elizabeth; Biewer, Laura; Flaten, Lindsey; Kokett, Danielle (Pharmacist, Acute Care, Innovis Health, LLC); Kaylor, Tiffany; Wagner, Kae; Baldwin, Colton; Gichana, Dennis; Jorgenson, Jayde; Nelson, Kourtney; Scott, Tammy; Benson, Jean; Kouloumberis, Pelagia; Slager, Marnie; Baker, Timothy; Goff, Austen; Huang, Christine; Milbeck, Lisa; Lacky, Praise; Watson, Hannah; Bailey, Skylar; Martell, Anna; Haven, Richard; Sondrol, Elizabeth; Hagerty, Denise; Bassett, John; Otto, Tanner; Kaprosy, Karryn; Christian, Anna; Kosovac, Mirza; Peterson, Hollie; Dicks, Jessica; Benedict, Isaac; Graalum, Justine; Mjoness, Dane; travis1854@essentiahealth.org; Bashford, Jurnee; Jeppesen, Amy; Mankie, Wendy; Larghe, Kiana; khaining@essentiahealth.org; Mooney, Ashley; Rayamajhi, Manoj; ssophus@essentiahealth.org; Thompson, Denise; Schippel, Andrew; Aho, Tamar; Lease, Julie; Hantho, Inga-Liese; Anderson, Jennifer; Luthi, Allyson; Fallah, Patience; Krieger, Jenna; Miller, Olivia; Ruppert, Kayla; Keeney, Sara; Dassenko, Lois; Santur, Amina; Wendler, Dominick; Dupont, Sydney; Glatt, Melissa; Pizzuti, Summer; Hardt, Gary; Currie, Michael; Hermes, Connie; Hoye, Tiffany; Von Bank, Maria; Kaczor, Lucas; Holm, Ashley; Van Camp, Seth; Hustad, Chandra; Estenson, Kayla; Dworak, PJ; Holman, Amy; Zempel, Diane; Haugen, Karissa; mtcain@essentiahealth.org; Snetter, Musu; Lee, Carrie; Peterson, Jenna; Burlage, Lisa; Vargas, Luis; Hamilton, Terry; Wheeler, Timothy; Schmidt, Amy; Lehman, Heather; Rosteck, Michael; Harris,

20

Exhibit A Recipient Supplement

Shay; Johnson, Jennifer; Gunderson, Stephanie; Foley, Wanda; Lawrence, Tiffany; Karbedeh, Natasha; Vareberg, Samantha; Schmeets, Dennis; Holzer-Voss, Tonya; Harris, Brittany; Holm, Karly (RN-Acute Care-PACU, St. Mary's Regional Health Center); Giese, Taylor; Rooney, Holly; Noreen, Crystal; dmontecuol@essentiahealth.org; Harris, Sydney; Schaefer, Ronda; Erickson, Briana; Moe, Nolan; Smith, Makenzie; Kako, Treasa; Breslin, Stacy; Arends, Mitchell; Pederson, Kiley; Mosher, Carter; Johnson, Melanie; Vogel, Ashleigh; Azure, Breanna; Heupel, Mikayla; Stock, Christopher; Costelloball, Brandi; Nelmark, Tate; Iverson, Annalise; Lewis, Jenelle; Kerr, Abigail; Sauvageau, Tayler; Hutchison, Mari; Buchholz, Maxwell; Champagne, Valentina; Moody, Haley; Hrdlicka, Maggie; Travers, Stefany; Leckner, Shelby; Elliott, Alexus; Zeck, Paula; Peterson, Meghan; Lajeunesse, Tyler; Perez, Ramon; Lovgren, Kali; Hankel, Marysol Q.; Jinkins, Christine; Johnson, Quantia; Grosz, Cody; Zeiszler, Lacey; Kibler, Kathy; Monson, Emma; Jerger, Jacob; Odman, Kayse; Breiland, Madeline; Richter, Shelby; Morley, Destiny; McDonnell, Natasha; Austin, Dylan; Sprinkle, Ben; Mendoza, Esmeralda; Peterson, Martha; Miranowski, Colleen; Tuttle, Kristina; White, Cassandra; Steele, Nathan; Bell, Cassandra; Abrahamson, Nicole; Schwehr, Shana; Leidholm, Theta; Brown, Raina; Frame, Kayla; Colby, Clint; Sundvall, Cassandra; Bruns, Laura; Love, Sophia; thaop@essentiahealth.onmicrosoft.com; Sirleaf, Maabendu; tiffa8335@essentiahealth.org; tiffa7288@essentiahealth.org; Matt, Anthony; Anderson, Kristin; Vestergaard, Nerissa; Perales, Savanna; Selix, Tracey; Kern, Michelle; Schmidt, Eric; Vonada, Janelle; Windley, Ashley; Skogen, Brooke; Anderson, Sarah; Vigen, Chelsea; Fayiah, Jodelh; Vincent, Jamison; Kehson, Marie; Zak, Joel; Kreidelcamp, Rachel; Kankelfritz, Ashley; Barningham, Anna; Ramirez, Jessica; Christensen, Pamela; Maliske, Kayla; Goodrich, Tanner; Bludau, Gina; Diederich, Arianna; Bettels, Emily; Hogstad, Allison; Mullis, Nicole; Mantilla, Richard; Romundstad, Carrie; Makor, Gormah; Backman, Madison; Moore, Koneisha; Kryszak, Aaron; Berg, Madison; Cota, Ashley; Rueda, Joaquin; Boehler, Bailey; Warnsholz, Samuel; Solum, Nathan; Marty, Sydney; Cruz, Victor; Body, Kayla; Sperrazza, John; Balow, Kelsey; Hughs, Christopher; Wills, Sarah; Sailer, Emma; Weinmann, Erica; Fasnacht, Abigail; Stay, Kelsey; Wallgen, Kristi; Parker, Robert; Sukut, Maya; Salus, Rae; Anderson, Veronica; Bergstrom, Jacob; Martin, Janice; Fuglseth, Sarah; Statema, Jazzlyn; Black, Johanna; Esala, Mindi; Strom, Cortney; Lucier, Richard; Lyon, Sarah; Jones, Katherine; Silvernail, Kimberly; Swailes, Molly; Olsen, Constance; Gordon, Cassandra; ntacobemera, Josephine; Bauer, Jocelyn; Schultz, Morgan; Woodbury, Megan; Myhra, Bobbi; Schumacher, Denise; Nelson, Nancy; Gearey, Laurie; Hughes, Dallas; Giudici, Michael; Gobah, Marie; Kees, Elizabeth; Kollie, Recemeia; Markatia, Mohammed; Wenzel, Elisa; Green, Karen; Stine, Dee; Osei-Kumi, Emmanuel; McCullough, Nicole; Ratke, Vanessa; Rust, Janelle; Domines-Gooselaw, Ashley; Reno, Sofia; Bell, Brianna; Liimatta, Sarah; Waldren, Alexis; Finch, Bailee; Sparks, Robert; Haas, Kylie; Kohlmeier, Gabrielle; Krieger, Jordan; Treichler, Emma; Maves, Hannah; Schaar, Cristhian; Parmer, Meredith; Sip, Leah; Odegard, Alexis; Stowers, Elizabeth; Penske, Kendra; Lemley, Roxanne; Sayler, Evan; Orwick, Carly; Stultz, Kaylee; Sysoev, Dimitrii; Grubb, Brittan; Holdvogt, Lisa; Mosher, Brandi; Lupacchino, Gabriela; Maanum, Grace; Williams, Jodi; Kowalski, Mariah; Forsgren, Grace; Deters, Brooke; Johnson, Makayla; Serfass, Sheila; Cosby, Keosha; Nelson-Harthun, Autumn; Madson, Kayla; Brooks, Chantal; Bartron, Jacalyn; khummel@essentiahealth.org; Prim, Haley; Bullock, Kimber; Watson, Samantha; Allmaras, Rebecca; Aarness, Bjorn; Slama, Darian; Frank, Joel; Dauback, Hannah; Hobbs, Evan; Preston, Marie; Mojia, Veronica; Olson, Joshua; Wojihowski, Madison

Exhibit A Recipient Supplement

**Exhibit B Recipient Supplement**

**InnovisPartners@EssentiaHealth.org Listserv as of March 10, 2021**

**Rows 2904 and 3107 of Supplemental Privilege Log Served November 17, 2021**

**Bates # EHPRIV001855 and EHPRIV003430**

Peichel, Elizabeth; Kritzberger, Stephanie (Nursing Professional Development Practitioner, Innovis Health, LLC); Kritzberger, Stephanie; Triller, Judy; Schroeder, Annette; Radke, Leah; Lewis, Kari; Breiland, John; Domm, Bruce; Mitterling, Deborah; Bednar, Jennifer; Johnson, Brietta K. (Clinical Assistant-LPN, Innovis Health, LLC); Shae, Kristi (Pharmacy Technician Supervisor, Innovis Health, LLC); Hammer, Kimberly; Lang, Michelle; Leadbetter, Larry; Martsching, Sandra; Korinek, Jane (Clinical Assistant-LPN, Innovis Health, LLC); Doll; RaNae; Kaster, Carl; Knutson, Crystal; Norby, Brenda; Ragan, John; Christians, Donna; Johnson, Rhonda; Boerboom, Sarah; Gabeheart, Cynthia; Kalin, Marianne; Johnson, Darla; Seaberg, Tonia; Vijayalakshmi, Bangalore; Berger, Kevin; Fossen, Jennifer; Sheeley, Kelli (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Jenks, Christy; Deiss, Kim (Senior Director Marketing and Communications, Essentia Health); Johnson, Amber; Weum, Karla; Krueger, Amber; Miller, Stephanie; Erickson, Jennifer;  McKee, Marlena; Pierzinski, Michelle; Chopskie, Erica (Program Manager-Sepsis, Essentia Health); Lachowitzer, Charlotte; Solberg, Andrea; McDonald, Sean; Hilber, Natalie; Vohnoutka, Holly; Wagner, Susan; Belland, Melyssa; Thoreson, Nicole; Beauchamp, Kayla (RN-Acute Care Supervisor, Innovis Health, LLC); Odegard, Barbara; Jensen, Ruth; Erickson, Amanda; Hess, Glenda R. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Dahlen, Jodi; Serio, Becky; Eidenschink, Vonda; Smith, Jessica; Haroldson, Rose; Anderson, Lisa (RN-Acute Care Supervisor, Innovis Health, LLC); Officer, Todd; Spanier, Latisha; Pfeifer, Julie; Johnson, Roxanne; Bakewell, April; Boyle, Brad; Shafer, Sara; Gross, Amanda; Ahonen, Robin; Pietsch, Erin; Holter, Shawn; Maneval, Lindsey (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Olson, Patricia (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Biranowski, Lorraine; Wey, David; Kitzmann, Paula; Berg, Elisha K. (RN-Ambulatory Care, Innovis Health, LLC); Adams, Hope; Nice, Kellie; Sander, Katelyn M. (RN-Ambulatory Care, Essentia Health-Fosston); Laux, Lindsey; Sampson, Stacy; Grant, Cory (Compensation Director, Essentia Health); Rheault, Toni; Anderson, Christopher (Physician-Section Chair, Innovis Health, LLC); Blauert, Sheila; Hagen, Krista; Larson, Tara; Pritchett, Laura; Horner, Bradley; Olson, Yvonne; Fingalson, Jeanne; Kofal, Kailee (Quality Director, Essentia Health); Wilson, Darla; Jenson, Tina J. (Nurse Manager, St. Mary's Regional Health Center); Lisdahl, Debbie; Beecher, Tracy; Moore, Corin; Hansen, Erika; Bokelmann, Deborah; Reihe, David; Beugh, Jason; Johnson, Sonja; Gupta, Parul; Ree, Anica; Ishaug, Candace; Peterson, Elizabeth; Zaeske, Sherri; Nies, Bethany; Sather, Sarah; Grover, Illa; King, Mary; Paul, Nadja; Behm, Bernadette (Pharmacist-Acute Care, Innovis Health, LLC); Stende, Amanda; Kuhlmann, Craig; Erdmann, Toni; Kjellerson, Mykke (Laboratory Operations Director, Essentia Health); Bluel, Tammy; Paschke, Lynn; McCoppin, Eric (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Johnson, Wendy J.; Arntson, Janine; VonRuden, Jane E. (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Demarais, Alexandra; Fadness, Bridgett; Olsen, LouAnn; Christensen, Nicole (Chief Nursing Officer, Innovis Health, LLC); Nilson, Heidi; Miller, Stephanie; Lawrence, Kelli; Mausolf, Jennifer; Schwengler, Jason; Peterson, Katelyn; Niemi, Renee; Hanson, Kayla (Radiation Oncology Supervisor, Innovis

Health, LLC); Chaput, Nick A. (Business Partnering Manager, Innovis Health, LLC); Ofstedal, Wesley; Shellack, Leslie; Beyers, Julie; Jacobson, Jenna (RN-Acute Care-PACU, St. Mary's Regional Health Center); McDonald, Jesse; Lambrecht, Brian; Olafson, Amanda; Feldt, Vicky; Leonard, Ann; Ryberg, Denise; Roiko, Seth; Powell, Denise (Midwife, Innovis Health, LLC); McGuinty, Paula; Amato, Jeanne (Health Information Services Manager, Essentia Health); Englund, Marilyn; Kinslow, Debra; Topley, Stuart; Borgen, Melissa; Jackson, Lori; Gillespie, Mary; Cooper, Mark; Retz, Bruce; Brenneise, Melissa; Piersol, Nathaniel; Malheim-Klemetson, Waynett (Clinical Assistant-LPN, Innovis Health, LLC); Johnson, Walter (Physician, Innovis Health, LLC); Bulson, Jaime; Libner, Janice; Westhoff, Jill; Kautzman, Brian (Respiratory Care Supervisor, Innovis Health, LLC); Saylee, Joyce; Nyberg, Carrie; Jacobson, Lori; Fadness, Julie; Fraase, Susanne; Menz, Brenda; Mahoo, Linda; Thomson, Cheri; Knutson, Andrew; Loeffen, Sara; Thilquist, Eric; Marchus, Amy (Pharmacy Operations Senior Manager, Essentia Health); Krack, Melody; Davis, Melinda; Manson, Bobbie Jo; Nayes, Bradley; Dorscher, Charlotte M. (Clinical Applications Analyst III, Essentia Health); Quanrud, Myra; Erbes, Sherry; Moran, Carol; Romine, Lindsay; Roforth, Tracy; Schwartz, Blair (Sterile Processing Supervisor, Innovis Health, LLC); Wadholm, Mindy; Friesen, Debra; Grant, Crystal; Puchalla, Terry; Jonason, Neil; Mitchell, Melanie; Moser, Melinda; Holte, Nancy; Shilling, John; Drews, Lynn; Hill, Ryan L; Hegseth, Brianne (RN-Ambulatory Care, Innovis Health, LLC); Olson, Andrea; Treichler, Ann Marie; Heller, Tia; Woodard, Christy (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Beil, Gretchen; Ross, Vicky; Lundstrom, Denise; Leeser, Sally; Ford, Brandon; Jepson, Dana; Quast, Renee; Unterseher; Rabadi, Khaled; Kinzler, Gina; Roerick, Jeannie (Diagnostic Imaging Supervisor, Innovis Health, LLC); Schleske, Heather; Emmeck, Angela (Community Care Associate, St. Mary's Regional Health Center); Tjon, Melissa;  Skochenski, Allen; Poore, Julie; Glennon, John; McDougall, Erica; Halvorson, Melissa; Nyhus, Jill; Frost, Colleen (RN-Acute Care Supervisor, Innovis Health, LLC); Thorsvig, Luanne; Jelinek, Daryl; Grott, Michael; Jadaan, Atef; Woods, Lindsey; Heald, Lance M. (Nurse Manager, Innovis Health, LLC); Salo, Joan; Wagner, Sally; Zacharias, Casseopia; Arel, Shelly; Ekre, Pamela; Snelgrove, Kim; Booth, Jill; Haman; Glenn; Homan, Zena (Physician-Section, Chair, Innovis Health, LLC); Kulasingham, Shivan; Zacher, Leah; Olson, Danielle M.; Klapp, Linda; Kraus, Allie; Johnson, Lynnsie (Registered Nurse - Nurse Care Line Supervisor, Essentia Health); Earley, Linda; Ziegler, Rebecca; Melgard, Margaret; Micklos, Rachel; Rabideaux, Phyllis; Olson, Paula; Toczek, Kay (RN-Home Health Supervisor, St. Mary's Regional Health Center); Withnell, James; Wald, Rachel; Miller, Emily; Gilbertson, Brian; Ferguson, Kathryn; Leerssen, Rachel (Clinical Applications Analyst III, Essentia Health); Hegseth, Mary (Registered Nurse-Clinical Coordinator, Innovis Health, LLC); Bladow, Betsy; Christl, Lorri (End User Platforms Supervisor, Essentia Health); Schenck, Barbara (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Cormier, Francis; Korsgarden, Deborah; Cook, Alison; Pearson, Susan; Nimlos, Bergen; Desautel, Becky (Coding Manager, Essentia Health); England, Michelle; Geist, Belinda; Drewlow, Vickie (Former Clinical Assistant-LPN, Innovis Health, LLC); Tessman, Leilani; Johnson, Brittney; Lien, Debra; Dibley, Julie; Anderson, Kerri (Volunteer Supervisor, Innovis Health, LLC); Grobe, Nicole; Friesen, Brittany; Thorp, Jennifer; Clem, Tonya (Assisted Living Manager, St. Mary's Regional Health Center); Plante, Karla; Leonard, Christina; Wampler, Melinda; Klinnert, Jody; Krogen, Brenda; Abel, Susan; Niehaus, Tammy; Swiers, Nicole; Rue, Haley-Jo; Boucher, Nicole; Kambeitz, Samatha; Linn, Rebecca (Clinical Assistant-LPN, Innovis Health, LLC);  Walrath, James; Wegner, Paige (Nurse Manager, Innovis Health, LLC); Block, Judy, Lettenmaier, Ashley; Navarro, Maria; King, Heather (RN-Acute Care Supervisor, Innovis Health, LLC; Lien, Susan (RN-Employee Health Supervisor, Innovis Health, LLC); Strubbe, Carie; Kohler, Sharon; Clemens, Lisa

(RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Jensen, Sherry (Patient Relations Associate, Essentia Health); Busch, Tania; Lien, Nicole (RN-Ambulatory Care, Innovis Health, LLC); Lague, Sandra; Friese, Roxanne; Baker, Brett (Biomedical Engineering Manager-Essentia Health); Buehler, Dawn (RN-Ambulatory Care, Essentia Health-Fosston); Dahlen, Kirsten (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Moen, Cynthia; McDougal, Allison; Husby, David; Knecht, Pam; Baumgartner, Carrie; Knain, Kimberly (Pharmacist-Acute Care, Innovis Health, LLC); Fett, Trevor (Security Supervisor, St. Mary's Regional Health Center); Brinkman, Christy (Operations Administrator, St. Mary's Regional Health Center); Schons, Jessica; Benedict, Susan (RN-Ambulatory Care, Innovis Health, LLC); Johnson, Jamie; Steeke, Amy; Lambert, Matthew; Thomas, Natasha; Hammer, Kelsey; Starbeck, Katherine; Nelson, Matthew; Nelson, Renee; Anderson, Britta; Newling, Teresa; Monroe, Tina; Miller, Tamara; Johnson, Terryl; Golden, Greta; Swanson, Rhonda; Martin, Claire; Thompson, Karen; Woodard, Tamara; Myer, Leslie; Yousefi, Faysal; Nelson, Tara; Misemer, Kelsey; Olson, Connie; McKinnon, Dawn; Scheel, Lori; Fretheim, Bonita L. (Former Clinical Assistant-LPN, Innovis Health, LLC); Fetzer, Jessica (Risk Manager, Essentia Health); Luger, Patrick; Peterson, Ryan; Dorow, Kyle (Vice President, Finance, Essentia Health); Nicholls, Shelly; Christlieb, Ann; Teske, Adeline (Laboratory Manager, Innovis Health, LLC); Bjoralt, Marilyn (Former Diagnostic Imaging Director, Innovis Health, LLC); Bjelde, Carol; Tamm, Allison; Carlblom, Chad; Starkey, Heather; Anderson, Kristi; Zahnow, Lisa; Schossow, Kimberly; Rice, Tess (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Olson, Kayla (Diagnostic Imaging Manager, St. Mary's Regional Health Center); Swenson, Jodi; Brekke, Michael; Villnow, Joan; Fischer, Nicole; Curfman, Scott (Chaplaincy Supervisor, Innovis Health, LLC); Lewis, Mike; Black, Victoria (RN-Program Manager, Innovis Health, LLC); Pavlacky, Chelsey (Operations Manager II, St. Mary's Regional Health Center); Ivasiecko, Donna; Sunde, Lizette; Olson, Barbara (Operations Manager II, Innovis Health, LLC); Beilke, Kelly; Bontjes, Lindsay; Weatherman, Lacey M. (Senior Quality Partner, Essentia Health); Christensen, Anne; Erickson, Erin; Jaster, Nicollette; Anderson, Lynnette; Wixo, Lisa; Ashmore, Marilyn; Smolen, Brandon; Nirschl, Allison (RN-Acute Care Supervisor, Innovis Health, LLC); Boldenow, Marjorie; Hermanson, Sheila (Senior Quality Partner, Essentia Health); Thieman, Michele (Physician-Division Chair, St. Mary's Regional Health Center); Odle, Grant; Jansen, Brent; LeKatz, Mindi; Braukmann, Brandi; Kleindl, Jessica; Hovland, Mindy (Patient Access Representative, Essentia Health); Carlson, Andrea; Brown, Joan; Heitman, Leoniza; Wagner, Holly (Patient Access Supervisor, Essentia Health-Fosston); Sundet, Morgan; Tollefson, Mandy; Kiefer, Megan (Rehabilitation Services Manager, Innovis Health, LLC); Frost, Robin; Vangsness, Janyne; Thorson, Bradley; Thiel, Barbara; Heegard, Janice; Schultz, Christine; Kunkel, Renelle; Johannsen, Jeffrey; Gebur, Joshua (Physician-Division Chair, Innovis Health, LLC); Jenzen, Bonita; VanGuilder, April; Coyle, Michelle; Dukart, Katie; Peterson, Mary; Johnson, Elizabeth; Aas, Emily; Bruinsma, Amanda (RN-Home Health Supervisor, St. Mary's Regional Health Center); Dumpprope, Mary; Hoffart, Carrie; Carlblom, Kristen; Norton, Angela; Jacobson, April; Hamilson, Tony; Leishman, Kaitlin; Flores, Maria; Rohlik, Aubrey; Hodgson, John M.; Kent, John; Henry, Jennifer; Peterson, Jennifer; Haglund, Bret; Hillyer, Yvonne; Hines, Bethany; Orvik, Ruth; Seleen; Aho, Amanda; Mahnke, Sheryl; Strom, Jeanine; Skalin, Sara; Olson, Marcia; Belknap, Burton; Rolstad, Andrea; Mathias, Jann; Hall, Elizabeth; Rainsberry, Denise; Sarbaum, Katie; Weston, Penni; Veralrud, Kimberly (Nurse Manager, St. Mary's Regional Health Center); Nagel, Laura; Ailie, Jessica; Hoseck, Sarah; Bergquist, Jane (Former Environmental Services Supervisor, St. Mary's Regional Health Center); Hoefs, Benjamin; Pollock, Leila; Swenson, Joanne; Morris, Laura (Pharmacy Manager, Innovis Health, LLC); Jasch, Mary; Sykes, Aaron (Laboratory Manager, Innovis

Health, LLC); Ward, Holly; Satterlund, Diane; Zaffke, Jenna R.; Rollie, Charlotte; Bjorhus, Jordan (Rehabilitation Services Manager, St. Mary's Regional Health Center); Sundeen, Jana; Lingwall, Sara (Operations Manager III, Innovis Health, LLC); McGowan, Laura; Nelson, Anthony; Shuster, Sara; Micklos, Dexter; Erlendson, Gail; Massmann, Matthew; Kjos, Janell; Thompson, Jan; Lichtenberger, Kayla; Dickey, Jeanette; Sixberry, Keitha; Schmitz, Troy; Rosenberg, Julie (Administrator, Graceville Health Center); Aasland, Brent (Maintenance Manager, Innovis Health, LLC); Nguyen, Tilly; Winter, Mary; Richardson, Shoshone; Larrabee, Samantha; Schmidt, Kristi M.; Wittmayer, Cora; Vigesaa-Disse, Casandra; Skogen, Sheri (Nurse Manager, Innovis Health, LLC); Stewart, Michael; Harvey, Lynda; Neuschwander, Charissa (Site Supply Chain Supervisor, Essentia Health); Schmit, Megan; Olson, Laurie (Respiratory Care Supervisor, St. Mary's Regional Health Center); Olson, Laurie; Holten, Benjamin; Parks, Paige; Shipman, Theresa; Steinwand, Chad; Hulke, Andria; McKinnon, Alisha M. (Nurse Manager, Innovis Health, LLC);  Chase, Charlene (Clinical Assistant-LPN, St. Mary's Regional Health Center); Heitkamp, Leslie A. (Nurse Manager, Innovis Health, LLC); Gordon, Sarah; Wittkopp, Micheal (Buyer-Essentia Health); Johnson, Nancy; Anderson, Kally; Schoot, Melvin; Schock, Rose; Anderson, Elisha; Nedrebo, Stephanie; Tofibam, Naomi; Mante, Saakwa; Vosberg, Mary; Hansen, Katherine (Physical Therapist, Polinsky Medical Rehab Center); Severson, Kyrie; Kluting, Jane; Lee, Vickie; Quittschreiber, Jenifer; Rux, Susan; Guler, Amanda M. (Licensed Practical Nurse, Essentia Health); Entzminger, Jayel; Schiltz, Chad; Rankin, Christine; Gribbin, Samantha; Mulske, Jennifer; Lingen, Jenny; Caspers, Marcia; Skatvold, Sara; Olson, Agata; Swanson, Darren; Jager, Katie; Reski, Carol;  Larson, Dena (Diagnostic Imaging Director-West, Innovis Health, LLC); Strand, Duane (Physician, Innovis Health, LLC); Larson, Megan E.; Ross, Joy; Kiehl, Rose; Biesiot-Akers, Jessica; Buhr, Danise; Gray, Melissa;, Wahlin-Quinlan, Shelley; Vanderscheuren, Amy (Quality Partner II, Essentia Health); Marquette, Renate; Kremens, Karol; Perrine, Paige; Bozovsky, Jeffrey; Norby, Michelle; Telford, Ryan; Kramer, Patsy; Knain, Barb; Heiser, Nancy; Warren, Cristine (Clinical Assistant-LPH, St. Mary's Regional Health Center); Gist, Delayne (Transcription Supervisor, Essentia Health); Olson, Bradley; Kuss, LeRoy; Kading, Shelly; Perdue, Shannon; Williams, Lillie (Telecare Services Supervisor, Essentia Health); Johnson, Mary; Kostrzewski, LaVonne; Myhre, Veronica; Nemec, Connie; Costin, Tammy; Volesky, Emily; Kolbinger, Karen; Holmstrom, Jill; Holland, Pamela; Beebe, Tamara; Yoe, Norbert H. (Physician, Innovis Health, LLC); Haarsager, Shannon; Hanson, Sara (Director of Nursing for Ambulatory Clinics); McNutt, Melanie; Carrisalez, Brittany (Pharmacy Technician-Automation, Innovis Health, LLC); Erickson, Traci;  Skoog, Rachel (Diagnostic Imaging Supervisor, St. Mary's Regional Health Center); Baumler, Sharon; Mayer, Corey (Procurement Supervisor, Essentia Health); Brown, Camille; Hendricksen, Patricia; Burnside, Stephanie; Blazer, Suzanne; Severson, Lynn M. (VP, Management Accounting, Essentia Health); Moore, Sheena (RN-Acute Care Supervisor, Innovis Health, LLC); Lundy, Carrie; Hovland, Laura (Operations Director, Innovis Health, LLC); Hukriede, Jessi; Koll, Stacy (Nutrition Services Supervisor/Dietician, St. Mary's Regional Health Center); Palluck, Vicky (RN-Acute Care Supervisor, Innovis Health, LLC); Bitz, Heidi; Lantz, Leo; Thornby, Myra; Kramer, Marilyn; Becker, Kara; Wiltse, Cayla; Puttbrese, Kathy;  Klotz, Judy; Hanson, Sarah; Jendro, Diane; Gustafson, Ryan; Haugen, Tiffany (RN-Acute Care II-OB/NICU, Innovis Health, LLC); Kemmer, Shirley; Thomas, Andrew (Nurse Manager, Essentia Health-Fosston); Wallace, Jean; Stoltman, Brittany; Ring, Abigail; Kimball, Tiffany; Sauer, Cynthia; Stine, Jennifer; Huseth, Ericka; Colby, LeAnn; Barlow, Elisabeth; Nelson, Janine; Goetz, David; Eslinger, Tiffany; Sheldon, Michael; Doscher-Klukken, Heidi; Morgan, Sarah; Anderson, Stephanie; Semmler, Christie; Nagel, Wade (Pharmacist-Acute Care, Innovis Health, LLC); Mattson, Jocelyn; Wallace, Sarah; Pantzke, Deanna;

4

Exhibit B Recipient Supplement

Collins, Trisha; Christianson, Amanda M. (RN-Ambulatory Care, Innovis Health, LLC); Christianson, Amanda; Thurman, James; Lammers, Lindsey (Polysomnographic Technologist Supervisor, Innovis Health, LLC); Kneip, Julie; Pearson, Lois; Jenson, Tara; Didier, Mara; Birkeland, Paula; McKenzie, Nancy P. (RN-Acute Care-PACU, St. Mary's Regional Health Center); Marquardt, Gail; Jasperson, Rhonda; Grettum, Kristi; Rokusek, Elaine; Bye, Aftin; Sternberg, Traci; Spring, Margo; Buckley, Kristi; Enockson, Michelle (Rehabilitation Services Director, Innovis Health, LLC); Hetzler, Janelle; Fiedler, Adrienne; Reishus, Kimberly; Nelles, Rachel; Kauffman, Russell; Knuth, Anne (Accounts Payable Supervisor, Essentia Health); Christianson, Shawn (Quality Director, Essentia Health); Hartke, Julie; Gebeke, Alexandra; Zenker, Mary; Rugroden, Sally; Pokharel, Monika; Sherman, Corianne; Carlson, Julie; Schultz, Rebecca; Callahan, Kevin; Krieger, Florence; Paju, Chelsey; Olson, Kevin; May, Angela; Wallace, Tressa; Pokhrel, Sashank; Zuel, Melissa; Garrahy, Shauna; Wasemiller, Paul; Bjertness, Joan M (Registered Nurse-Clinical Coordinator, Innovis Health, LLC); Manickavasagam, Saraswathy; Freeman, Loretha; Patel, Sneh; Wiederholt, Shannon; Erb, Katie; Ell, Amy; Hewitt, Austin; Cordell, Tiffany A. (Nurse Manager, Innovis Health, LLC); Winjum, Denise; Rueckert, Carmel; Hoss, Melissa (Coding Supervisor, Essentia Health); Larson, Brittni; Miranowski, Carol; Ramage, Allen; Marinetti, Leah; Iverson, Janet; Howden, Richard; Tschakert, Casey; Mohs, Thomas; Aberle, Tiffany; Crowe, Cheryl; Lampl, Shila; Halls, Ruth; Cole, Shari; Holmer, Jennifer; Hand, Tessa; Sauter, Brian; Qarni, Ahmer; Jungwirth, Greta; Jerger, Stephanie; Syrquin, Mickey; Maneval, Allison; Conant, Tamara; Olauson, Christy (Clinical Assistant-LPN, Innovis Health, LLC); Kremer, David; Wold, Kevin; Eisenbeisz, Shelley; Mickelson, Ann M. (RN-Ambulatory Care, St. Mary's Regional Health Center); Bergan, Deann; Briol, Christopher; Lee, Jenny; Miller, Sarah; Lauinger, David; Weickert, Christopher; Johnson, Natalie; Hintzman, Karen; Skaaland, Cara; Danielson, Carrie; Keashly, Rae; Teiken, Erin; Mehus, Elizabeth; Lindberg, Erin; McDonough, Kristin; Lageson, John; Hagen, Tiffany (Social Worker Supervisor, St. Mary's Regional Health Center); Hruby, Nathan; Hoffmann, Melanie; Rugg, Jennifer; Huether, Mallory; Mienert, Kristi (Home Health Manager, St. Mary's Regional Health Center); Dickerman, Lorraine; Geerdes, Amy; Olson, Brenda; Gurskis, Katie; Schmidt, Nicole; Kaiser, Sonya (Clinical Assistant-LPN, Innovis Health, LLC); Christopher, Arlene; Rohrer, Aril; Johnson, Brandell; Fahey, Patrick; Satrom, Beth (Telecare Services Director, Essentia Health); Muscha, Kari; Hulne, Jennifer; Huddleston, Mallory; Holtan, Vicki; Hockett, Misty; Johnson, Amanda; Buboltz, Ludovissie, Jenna; Fischer, Linda; Kielb, Amber; Aeilts, Amy (Pharmacist-Acute Care, Innovis Health, LLC); Dees, Brian (Physician, Innovis Health, LLC); Oberg, Kasey J. (Nurse Manager, Innovis Health, LLC); Oberg, Kasey; Graham, Jessica; Solum, Sharon A; Vetter, Sarah (Clinical Assistant-LPN, Innovis Health, LLC); Moses, Alexander; Crow Kamath, Susan; Thomas, Anna R. (Nurse Practitioner, Innovis Health, LLC); Hinkley, Sheri; Olander, Kari; Akkerman, Dave (Physician, Innovis Health, LLC); Nammour, Fadel; Gunkelman, Ashley; Souder, Paula; Skunes, Doris; Hoerner, Christina; Schaefer, Carol; Brazier, Carrie; Bratvold, Marion; Graham, Kathy; Wilberg, Denise; Klein, Steve; Randklev, Lana; Johnson, Julie; Gerdes, Mark; Downs, Janet; Swanberg, Amy; Steinke, Emil; Mickelson, John; Huschka, Ashley (Operations Manager III, Innovis Health, LLC); Beach, Bret (Diagnostic Imaging Manager, Innovis Health, LLC); Philpot, Megan (Technical Laboratory Supervisor, Innovis Health, LLC); Justin, Lynn; Schauff, Matthew; Wroblewski, Robert; Nelson, Autumn; Bailey, Cindy; Johnson, Robyn; Gaughan, Brittany; Bakken, Diane; Ranum, Darcie; Bubach, Julie (Pharmacy Manager-Clinical, Innovis Health, LLC); Mattson, Vanessa; Such, Tami; Thompson, Shannon; Benson, David; Punton, Matthew; Mansek, Donna; Cleveland, Connie; Taylor, Jean; Tretbar, Danielle; Gunderson, Debra K. (Senior Business Analyst, St. Mary's Regional Health

Exhibit B Recipient Supplement

Center); Meyer, Wanda; Ziesch, Marshell; Johnson, Tara; Staffne, Tanye; Gilsdorf; Woroniecki, Judi (Health Information Services Support Supervisor, Essentia Health); Moenkedick, Abbey; Jellison, Debra; Smith, Tricia; Lomen, Kari (Clinical Assistant-LPN, Essentia Health-Fosston); Hogan, Kristen; Evanger, Christie; Smith, Benjamin; Sikkink, Kari; English, Steven; Helbling, Nicholas J. (Pharmacy Operations Senior Manager, St. Mary's Regional Health Center); Romanoski, Marian; Bolar, Randall; Bevins, Vikki (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Wentz, Rache; Juberian, Lois; Kiesow, Nicole; Mason, Jacquelyn; Hagen, Naomi (Registered Nurse - Ambulatory Care Supervisor II, Essentia Health - Fosston); Grunewald, Julie (Billing Manager, Essentia Health); Marthe, Karla; Erickson, Amanda; Erholtz, Teresa; Moen, Andrew (Physician-Division Chair, St. Mary's Regional Health Center); Erickson, Perry; Johnson, Sarah; Haugen, Joel; Retz, Carol; Young, Kayla; Paul, Cathleen; Matos, Manuel; Eckman, Nikki; Schultz, Katherine; Krile, Leah; Muhonen, Emalee (Operations Manager III, Innovis Health, LLC); Mayfield, Kristen L.; Verworn, Lisa; Wolf, Darby; Sollom, Dennis; Shockley, Sharon; Goehring, Gayle; Rogne, Keri (Program Manager-Microbiology/Molecular, Essentia Health); Larson, Nichole A; Zieman, Kinsey; Parks, Cathleen; Skalsky, Adam; Quade, Tammy; Vaagen, Deborah; Lyon, Jeanette, Whited, Christopher; Stetson, Julie; Visness, Lorie; Thompson, Cassandra; Willette, Cheri; Ulrich, Chuck (Operations Manager I, Innovis Health, LLC); Poole, Cheslyn; Januszewski, Jake; Bartels, Kathleen; Anderson, Tory; Bergquist, Casey (Maintenance Supervisor, St. Mary's Regional Health Center); Hiedeman, Amy (RN-Acute Care Supervisor, Innovis Health, LLC); Leibel, Zachary; Ayers, Kari; Thorson, Heidi; Resler, Marla; Grueneich, Josalyn; Grueneich, Josalyn; Thielbar, Lori; Bohmer, Teresa; Alonto, Augusto; Olson, JoAnn; Evenson, Renee; Storbeck, Dawn (Patient Access Supervisor, Essentia Health); Scheel, Teresa (RN-Ambulatory Care, Innovis Health, LLC); Schroeder, Maridee; Wolden-Bookey, Evelyn; Allan, Sharon; Grumbles, Shanna;  Howell, Christa (Midwife, Innovis Health, LLC); Reuss, Elizabeth M. (Telecare Services Manager, Essentia Health); VanSickle, Carrie; Wills, Jenna; Hager, Allen; Steen, Renee; Beaulieu, Carly M. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Liebenow, Mary; Husted, Karen (RN-Acute Care, St. Mary's Regional Health Center); Copple, Tom; Omodt, Wanda; Johnson, Nicole (HR Operations Director, Essentia Health); Wientjes, Stacey; Erie, John; Aceituna, Rachelle; Lalim-Schatteles, Denise; Hyduke, Marie; Bjerke, Amy; Wothe, Donald; Kibler, Megan (Program Manager-Transfusion Services, Essentia Health); MacLeod, Melissa (Office Supervisor, Innovis Health, LLC); Dolsay, Monica; Alinder, Thomas G. (Nurse Manager, St. Mary's Regional Health Center); Kippen, Tanya; Mitzel, Wyatt; Zeltinger, Suzanne (Operations Administrator, Innovis Health, LLC); Jansen, Matthew; Kunecka, Paulina; Shamdas, Ann (Cancer Registry Supervisor, Innovis Health, LLC); Johnson, Rebecca; Palavra, Suvad; Baguas, Robert; Larsen, Jessica; Vetter, Richard, Dr. (Chief Medical Officer, Innovis Health, LLC);Landsverk, Nicole; Larson, Jason; Doyle, Leah; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Maaninga, Andrew; Splettstaszer, Brittany; Miller, Jenna; Anderson, Laurie; Finseth, Lynae (Operations Manager II, Essentia Health - Fosston); Leinen, Penny; Walker, Theresa; Dockter, Dianne; Hall, Leann; Mitzel, Rebecca (Former Nurse Manager, Innovis Health, LLC); Alwin, Debra; Mouw, LeAnn R. (Foundation Operations Director, Essentia Health Foundation); Elijah, Holly; Cannon, Shari; Brunken, Nathan; Larson, Stacey; Shipman, Melissa; Thon, Virginia; Koland, Heather;  Christianson, Christine; Evensen, Toni (Pharmacist-Acute Care, Innovis Health, LLC); Zietz, Jennifer; Pajari, Linnea; Klug, Abby; Johnson, Sally; Kautz, Sarah; Larson, Trey; Beitz, Traey; Thompson, Kayla; Larson, Ashley; Day, Verla; Swenson, Leah; Tappe, Karen; Rostvedt, Ashlee C. (Nurse Informaticist, Essentia Health); Savageau, Pauline; Ludowese, Mandi; Wing, Valerie; Hespe, Linda (Home Health Director, St. Mary's Regional

Exhibit B Recipient Supplement

Health Center); Malone, Jody (RN-Home Health Supervisor, St. Mary's Regional Health Center); Smith, Jodi; McNamara, Joseph; Singh, Ritesh; Dahl, Jason; Robinson, Karen; Thompson, Kristen; Rank, Michael; Janke, Jennifer (Midwife, Innovis Health, LLC); Olson, Gale; Christoffers, Collette; Stowers, Marietta; Biffert, Kimberly; Clutter, David (Former Physician-Section Chair, Innovis Health, LLC); Metzger, Todd; Fulton, Lana; Barnier, Dennie; Mueller, Amy; Stetz-Desmarais; Sandra; Schrupp, Danielle; Safranski, Mary; Lohnes, Linda; Hauf, Tami (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Ferguson, Marlene (Accounting Services Manager, Essentia Health); Peters, Camette; Haugen, Tyler (Pharmacist, Acute Care- Innovis Health, LLC); Busko, Joshua R. (RN-Acute Care Supervisor, Innovis Health, LLC); Mertens, Lauren; Harrington, Sharon; Jackson, Jessica; Penney, Curtis; Neyens, Terri; Nudell, Jill; Paulson, Sandra;  French-Baker, Karla (Nurse Practitioner, Innovis Health, LLC); Fischer, Tenille; Keller, Jenny; Dunker, Jennifer; Nordick, Kathryn; Johannes, Lynae; Mason, Audra (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hoffman, Tanya; Brown, Julene (Former Chief Compliance Officer, Essentia Health); Irish, Laura; Pocrnich, Amy (Business Services Director, Essentia Health); Forderer, Cynthia; Broneske, Melissa; Stremick; Knox, Colton (Technical Laboratory Supervisor, Innovis Health, LLC); Nordmark, Michelle S. (Pharmacist-Acute Care, St. Mary's Regional Health Center); Schleske, Daron; Kelly, Krysta; Boe, Nick; Harju, Margaret; Moos, Penelope (Penny); Veflin, Tiffany; Melbye, Tricia; Simenson, Kaye; Jepperson, Jane; Boege, Kristin; Jarshaw, Nichole; Orthman, Nancy; Tenderholt, Kimberly; Olson, Linda; Swartz, Travis (Pharmacist-Acute Care, Innovis Health, LLC); Lucht, Christopher; Amiot, Amy; Lingen, Nicolle; Schaan, Sarah; Carlson, Terrie (Senior Budget & Planning Analyst, Essentia Health); Djerne, Brittany; Christensen, James; Kraft, Erika; Aelony, Jared; Sieling, Jennifer; Dosch, Helen; Anderson, James; Charles, Anna; Schmitz, Angela; Krupich, Brendan (Program Manager-Community Paramedic, St. Mary's Innovis Health EMS dba Essentia Health); Eriksson, Kelli; Ziegler, Brian R. (RN-Acute Care II-Emergency Room, Innovis Health, LLC); Trom, Jackie; Huseth, Karen; Bates, Tamara; Carmichael, Melissa; Pettit, Leah; Horning, Andrea; Nielsen, Renee; Leedahl, Dawn; McCaffrey, Lauto; Nelson, Kimberly; Hanson, Cheryl; Malakowsky, Susan; Husted, Eugene; Hillukka, Molly; Christofferson, Melissa; Troftgruben, Cindy (Nursing Director-West, Innovis Health, LLC); Meland, Rachel; Baumgartner, Kyle; Henderson, Theresa; Zieman, Jessica; Jezzard, Toby (Nursing Director-West, Innovis Health, LLC); Reardon, Scott; Connelly, Rochelle; Roggenkamp, Emily; Erickson, Sally; Walters, Kaitlin; Letzring, Joell; Fordyce, Brett; Redig, Marilynn; Stokke, Sandra (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Boyle, Laura; Buhr, Rena; Blilie, Ruth; Dauner, Monica; Meyer, Amy; Baugh, John; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Tangen, Chelsy; Baskerville, Patrick (Clinical Applications Analyst II, Essentia Health); Jacobson, Tara (Clinical Applications Supervisor, Essentia Health); Olson, Chris; Horsager, Amy; Cummings, Elizabeth; Moe, Rosemary; Tsen, David; Dalos, Karen; Anderson, Joan; Kortie, Michael (Environmental Services Manager, Innovis Health, LLC); Pearson, Aimee; Wallgren, Lora; Mace, Rebecca; Harthun, Heidi; Schmit, Mikki; Flatau, Heidi; Simonson, Wanda; Stich, Jordan; Bye, Carly; Grubb, Hannah; Bement, Sarah; Myhra, Tracy; Hayes, Angela; Diegel, Tanya (Physician-Division Chair, Innovis Health, LLC); Barnhardt, Scott; Goser, Mark, Davis, Alexa; Fewless, Theresa; Hofsommer, Lee; Hook, Breeanna (Nurse Manager, Innovis Health, LLC); Murach, Amanda M. (Clinical Assistant-LPN, Innovis Health, LLC); Cline, Beth (Clinical Assistant-LPN, Innovis Health, LLC); Haecherl, Alison (Operations Manager II, Innovis Health, LLC); Schauer, Laura; Quenette, Renollet; Hensel, Sheila; Heier, Timothy; Maloney, Colleen; Pageler, Ashley; Lund, Aaron; Busker, Katie; Koppes, Trista; Coplin, Jordan; Steiner, Traci (RN-Acute Care Supervisor, Innovis Health, LLC); Frank, Jennifer; Gerde, Matthew; Mutchler, Scott

7

Exhibit B Recipient Supplement

(Former Physician, Innovis Health, LLC); Schenck, Jason; Quittschreiber, Jeremy; Dierks, Connie; Nelson, Carmen; Goodman, Kathy; Israelson, Allison; Mayfield, Karen; Oien, Barbara; Holter, Amy; Gunderson, Chad (Clinical Applications Supervisor, Essentia Health); Mewhinney, Lynn; Gildersleeve, Yvonne; Watson, Melissa; Nimlos, David; Roberts, Samantha; Mitchell, Donna (Telecare Services Supervisor, Essentia Health); Johnson, Martha; Crandall, Lori (Pharmacy Technician Supervisor, Innovis Health, LLC); Visette, Paulette; Elizondo, Kimberly (Pharmacist-Acute Care, Innovis Health, LLC); Yeske, Jonathan; Johnston, Anne (Patient Access Manager, Essentia Health); Brainerd, Nancy; Ryan, Marie; Jahnke, Melody; Koolmo, Wendy; Wysuph, Kalee I. (Nurse Manager, Innovis Health, LLC); Kiecker, Kevin; Gauss, Jennifer (Pharmacist-Acute Care, Innovis Health, LLC); Ouellette, Amanda; Heisler, Stacia; Alton, Kia; French, Melissa; Haas, Marie; Strand, Crystal (Billing Supervisor, Essentia Health); Nelson, Kay; Burgau, Jordan L. (Nurse Manager, Innovis Health, LLC); Christenson, Shaun (Physician-Section Chair, Innovis Health, LLC); Crockett, Melissa; Zieman, Alecia; Johnson, Lynn; Francis, Mary; Thom, Travis; Johnson, Daniel; Reitmeyer, Julie; Dahring, Joyce; Wright, Aaron; Abraham, Blair (Senior Project Manager-Facilities, Innovis Health, LLC); Lien, Robby; Olson, Denise E.; Walter, Cheryl; Dozak, Tracy; Schwandt, Tara; Peterson, Brent; Evin, Wanda; Rajender, Setthalli; Duray, Brenda; Buechler-Price, Joni (Physician, Innovis Health, LLC); Pazdernik, Julie (Physician, St. Mary's Regional Health Center); Jacobson, Joan; Kub, Janet; Williams, Lola; Sonnenberg, Kayla; Hall, Jessica; Wendt, Joseph (Operations Administrator, Innovis Health, LLC); Bruns, Alan; Bauer, Jordan; Fritz, Travis; Larson, Bruce; Holzbauer, Berdine; Schiefelbein, Hannah; Linn, Stephen (Physician, Innovis Health, LLC); Schultz, Brianna; Kirchner, Joel; Hieb, Amy; Zacharias, Joshua (Maintenance Manager, St. Mary's Regional Health Center); Erickson, Tina; Radtke, Connie; Ronning, Nathaniel; Oswald, Marlys; Larson, Brittany; Johnson, Desiree; Ortmeier, Thomas; Schmitz, Jay; Marchus, Damon; Relford, Eileen; Adelman, Renea; Medenwald, Jill; Moomjian, Jennifer; Sternhagen; Harthun, Melissa; Twogood, Pamela; Koski, April; Robberstad, Tanner; Parks, Mikieala S. (RN-Acute Care II-Medical/Surgical, St. Mary's Regional Health Center); Reinke, Roberta; Obrigewitch, Mindy; Mack, Kelli; Snyder, Gregory; Wirth, Deanna; Knight, Jessica; Fischer, Ian (Social Worker Supervisor, Innovis Health, LLC); Young, Yvette; Sauvageau, Seth; Miranowski, Jeanne; Daniels, Teri (Coding Associate Analyst I, Essentia Health); Glass, Melissa; Hanson, Katherine; McGregor, Michael; Vinton, Paula; Collmann, Vanessa; Torrance, James; Anders, Brandon; Kuznia, Josh; Frederick, Kate; Stangeland, Tracy; Dufault, Lori; Anderson, Emily (RN-Acute Care Supervisor, Innovis Health, LLC); Burner, Gail; Hildebrant, Tara; Livdahl, Tanya (Billing Manager, Essentia Health); Spanswick, Kelsey; Haugeberg, Cristy; Sorenson, Marsha; Kessel, Ryan; Brunette, Jayson; Eggen, Bryan; Peeters, Truedson, Thomas; Swartz, Megan (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hocking, Jolynn; Schlauderaff, Jennifer (Senior Clinical Applications Analyst, Essentia Health); Isaak, Christine; Olson, Deborah;  Olson, Angela (Operations Director, St. Mary's Regional Health Center); Kappes, Stephanie; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Bakken, Alyssa; Christianson, Alice; Frisk, Cari; Berry, Gina; Ward, Peggy; McCormack, Diane; Gilbert, Trudy; Sampson, Jerome; Sawardeker, Prasad (Physician-Section Chair, Innovis Health, LLC); Timm, Anthony; Sliper, Jeffrey; Kleespies, Nancy; Floyd, Donald; Dion, Arlene;  McLaughlin, Jennifer (Marketing Director, Essentia Health); Pufall, Mary; Wright, Kathryn (Quality Partner II, Essentia Health); Brend, Kristi; Irvin, Sheila; Zutter, Jodi M. (Clinical Assistant, St. Mary's Regional Health Center); Allard, Vickie; Johnson, Lisa; Brumwell, Melanie (Physician, Innovis Health, LLC); Paulson, Nicole; McArthur, Chelsey; Bonn, Janet (Pharmacist-Acute Care, Innovis Health, LLC); Klein, Jennifer; Oriental, Legonne; Holmgren, Micah; Vetsch, Janna; Byrne, Kelly;  Simon, Shelby

Exhibit B Recipient Supplement

(Registered Nurse – Ambulatory Care Supervisor, Innovis Health, LLC); O'Leary, Trisha; Oswald, Tiffany; Cortese, Barbara; Glasner, Gregory; Blazek, Alicia; Kent, Ashley; Leake, Yovondi; Bopp, Lucas; Frederiksen, Nicholas; Gunderson, Tanya; Roberts, Emily; Strong, Theresa L. (Nurse Practitioner, Innovis Health, LLC); Kilber, Michelle; Knudsen, Kristin; Knight, Cathy; Dresow, Meagan; Pitts, Chloe (Pharmacy Optimization Specialist, Duluth Clinic); Solermritter, Megan; Baltagi, Nour (Physician- Innovis Health, LLC); Loining, Nick; Nelson, Lindsey; Masog, Douglas; Nix, Kenneth; Bullis, Kimberly; Boergerwilder, Jodi; Buth, Rebecca; Bloom, Kristin (Pharmacist-Acute Care, Innovis Health, LLC); Engst, Veronica; Hanson, Amy; Rohrich, Lacey; Messerschmidt, Ariana; Johnson, Andrea; Wiertzema, Jodi; Konneh, Hawa; Vetsch, Lou; Oothoudt, Matthew (Logistics and Warehouse Senior Manager, Essentia Health); Dally, Kristie; Bezell-Gierke, Jan; Francis, Ellie (Elinor) (Clinical Assistant-LPN, St. Mary's Regional Health Center); GefrohEllison, Stefanie; Frost, Donald; Gilbertson, Ivy; Gunkel, Angela; Handegard, Tami; Halvorson, Joseph (Nurse Practitioner, Innovis Health, LLC); Haider, Christopher; Halvorson, Joseph; Manecke, Michael (Environmental Services Supervisor, Essentia Health-Fosston); May, Kimberley (Operations Director, St. Mary's Regional Health Center); Kraemer, Michele; VanKeulen, Haley; Almeropp, Marin; Anderson, Susan; Atkinson, Megan; Hirt, Elizabeth; Herold, Douglas; Huesman, Elizabeth; Althoff, Catherine; Honeyman, Ronald; Anderson, Anna; Holtz, Pamela; Just, Kathleen; Judd, Kaycee (Diabetes Educator, Innovis Health, LLC); Germolus, Alessa; Braseth, Annette; Bailey, Ashley; Velasco, Stephanie; Smithers, Carly M. (Pharmacist-Ambulatory Care, Innovis Health, LLC); Nelson, Alicia; Wald, Whitney L. (Clinical Assistant-LPN, Innovis Health, LLC); Christensen, Shellie; Dolo, Cephas; Haugrud, Mary; Smart, Ryan; Conduah, Erin; Astrup, Jamie (Nurse Manager, Innovis Health, LLC); Knudson, Kristen; Beyer, Rebecca; Franke, Aaron; Johnson, Alicen; Hedlund, Deborah; Tollefson, Karin; Severson, Stephanie; Webber, Jessica; Thomas, BillieJo; VanHoecke, Ryan; Benda, Mary; Haskell, Robert (Pharmacy Manager, Innovis Health, LLC); Barros, Dusty; Byers, Bonnie; Spina, Morgan; Gravalin, Alison; Larson, Brady; Belschner, Jesse; Khatri, Jessica; Kemp, Robyn; Domier, Sarah; Barnett, Rayna; Smith, Daniel; Kieffer, Teresa; Haug, Carrie E.; Puttbrese, Cassondra; Strand, Nicole; Gutierrez, Lucas; Garcia, Kristen; Costello, Kelly; King, Jessica; Villnow, Brittany; Corfman, Randle; Flach, Kayla; Haus, Kara; Schmitz, Morgan; Stueve, Erika; Finn, Sandra; Omdalen, Susan (Foundation Director, Essentia Health Foundation); Johnk, Shayla (Registered Nurse, Essentia Health); Webb, Veronica; Christner, Elizabeth; Zarling, Maggie; Johnson, Danielle; Briard, Mariah; Alstead, Amber; Olson, Donald; Jensen, Melody; Butcher, Ruth; Hanson, Amber; Boschee, Charles; Anderson, Donna; Wilson, Sharon; Cumber, Michael; Sayler, Christine; Johnson, Kyle; Sell, Shannon; Hoge, Cynthia; Wright, Ashley; Erickson, Brenda; Neubauer, Katherine L.; Riewer, Molly; Jinnur, Praveen; Mertz, Taylor E. (Midwife, Innovis Health, LLC); Becker, Jenae; Martodam, Gregory; Martin, Tessa; Ihle, Katherine; Wood, Laura (Quality Partner II, Essentia Health); Knudsen, Alyssa (Technical Laboratory Supervisor, St. Mary's Regional Health Center); Bartunek, Lori; Stover, David; Cantone, Chad (Buyer-Pharmacy, Innovis Health, LLC); Dondoneau, Marnie (RN-Acute Care-PACU Innovis Health, LLC); Antoniuk, Pamela; Enget, Shannan; Odegaard, James; Holst, David; Tretter, Becky; Winter, Sarah; Zeis, Marlena; Ek, Charlene; Hallgren, Tiffany; Erickson, Jessica; Vigen-Iverson, Jennifer; Korhonen, Ashley; Van, Kristie; Haen, Andrew; Chelmo, Tammy; Jonason, Anitat; Goeller-Johnson, Stephanie; Best, Shelby; Marks, Kimberly (Former Physician Compensation Supervisor, Essentia Health); Whiteman, William (Senior Quality Partner, Essentia Health); Hentges, Zachary; Morrow, David; Ottmar, Jeffrey; Loberg, Natalie; Crull, Constance; Bachman, Kathleen; Huber, Laura; Dennison, Shannon; Nelson, Samantha; Hayes, Kathleen; McDonald, Teresa; Heilman, Carla; Erickson, Alexis; Murrary, Grace; Sorenson,

Becky; Conway, Kelsie K.; Shand, Kelly; Doppah, Felecia; Kline, Patricia; Richardson, Michelle; Kasel, Abby; Jacklitch, Reyna; Wendt, Kristin; Noel, Holly; Mirous, Danielle; Pollock, Brian (Emergency Medical Services Supervisor, St. Mary's Innovis Health EMS dba Essentia Health EMS); Karsky, Kristin; Barta, Wendy; Lyonshanson, Chelle; Zuniga, Patricia; Boeddeker, Spring; Peluso, Christopher; Hongess, Jacilyn; Wallace, Brandi; Envik, Bryan (RN-Ambulatory Care Supervisor, Innovis Health, LLC); Wieler, Lisa; Peterson, Heidi; Wahala, Angela; Fitzpatrick, Kathleen; Haugen, Abbey (Registered Nurse - Ambulatory Care, Innovis Health, LLC); Anderson, Tiffany; Johnson-Hoehne, Anita; Jorgenson, Stephanie; Devireddy, Abhi (Infrastructure Architecture Manager, Essentia Health);Burgeson, Annmarie; Tovson, Jessica; Nordquist, Susan; McKenzie, Jacqueline; Olson, Letitia; Berger, Karla; Taplin, Ernest; Engel, Janna (Pharmacy Site Supervisor, Bridges Medical Center); Ronning, Kayla; Reardon, Kristen; Carlson, Connie; Mittleider, Carmen; Nowak, Mindie; Holzworth, Nicole; Arvidson, Roberta; Anderson, Caitlyn; Kezar, Tina; Vold, Denise; Dady, Megan; Koehler, Stephanie; Broadway, Steven; Martin, Patricia; Masten, Marjorie; McNamara, Jacqueline; Mendez, Patricia; Olson, Taryn; Miller, Jeffrey; Mickelson, Patricia; Motschenbacher, Kurtis; Sather, Mei-Wen; Vinyh, John V.; Walker, Deborah; Carson Sandness, Amanda; Anderson, Sarah; Adkins, Kandice; Cavett, Val (Clinical Assistant-LPN, Innovis Health, LLC); Christl, Jerrold; Hendrickson, Shanna; Wayne, Tamela; Yeager, Kimberly; Whirley, Jaclyn; Alder, Vicki; McDermott, Tabitha; Behr, Amanda (Diagnostic Imaging Manager, Innovis Health, LLC); Ziegler, Jennifer; Boehlke-Fiecke,Brittani; Johnson, Shannon; Figuerres, Harchie; Nelson, Elizabeth; Hockett, Stephanie; Zink, Jamie; Nash, Anne; Schadler, Melinda; Thompson, Tamara; Linn, Zachary (Rehabilitation Services Manager, Innovis Health, LLC); Scribner, Brady (Security Manager, Innovis Health, LLC); Morken, Kristen; Tumberg, Kelly; Solem, Nicole; Maag, Jenna; Hall, Thomas; Johnson, Susan; Michaelson, Elizabeth; Hillukka, Kyah; Trautman, Jennifer; Rindahl, Stephanie; Craigmile, Donna L. (RN-Educator, St. Mary's Regional Health Center); Scheer, Michael (Pharmacist-Acute Care, Innovis Health, LLC); Alinder, Sandra (RN-Acute Care Supervisor-St. Mary's Regional Health Center); Olson, Emily; Liddell, Amy; Berger, Dalene; Crandall, Peggy; Bernhardt, Aaron; Rund-Rieppel, Natalie; Sorensen, Christian; Flaten, Karen; Schmitz, Sydney; Lee, Carol; Brand, Deborah; McDermott, Heather; Anderson, Deann; Gingerich, Carla; Gunderson, Esther; Shervey, Gretchen; Ingvalson, Jolie; Haven, Patricia; Kortie, Dana (Nutrition Services Supervisor II, Innovis Health, LLC); Opgrand, Heather; Kappes, Kelly; Asket, Kendra; Softing, Amy; Dickmeyer, Megan; Hoffman, Nicole M.; Buboltz, Jacquelyn; Morin, Christina; Jaenisch, Richard; Alleckson, Delores; Kapaun, Kassidy; Markuson, Melanie; Norton, Christina; Wing, Autumn; Mortenson, Bruce; Markeson, Marita; Wheeler, Amanda; Fossen, Kailie; Scilley, Lorelei; Rambousek, Brent; Bjornson, Lindi; Elmer, Amanda; Olson, Kristine (Physician & Professional Services Senior Director, Essentia Health); Koesterman, Michael; Ames, David; Albrecht, Jamison; Ackland, Jill; Perleberg, Pamela; Podoll, Alicia; Ostlie, Daniel; Boyer, Alexa; Soyring, Sarah; Walsh, Kristina; Enger, Krystal; Ferden, Karen; Sjostrand, Kirsten; Jacobson, Kurt; Beauchamp, Danny (Facilities Senior Director-West, Innovis Health, LLC); Boatman, James; Hamilton, Hailey; Tweet, Lynn; Makela, Jason; Lorenzen, Tricia; Simmons, Sandra; Belk, John; Twells, Pamela; Haaland, Kathleen (Coding Manager, Essentia Health); Evitt, Vernielou; Evenson, Benjamin; Neary, Lorelie; Schuette, Tamara; Greisen-Agather, April; Gray, Cynthia; Samuelson, Marcene; Schwandt, Robert (Pharmacist-Acute Care, Innovis Health, LLC); Roberg, Robert (Pharmacist-Acute Care, Innovis Health, LLC); Dillabough, Charles (Pharmacist-Acute Care, Innovis Health, LLC); Ditch, Pamela (Laboratory Supervisor, Innovis Health, LLC); Stewart, William; Koppelman, Barbara; Sands, Jennifer; Schlaht, Jan (Patient Relations Associate, Essentia Health); Sanders, Steven (Cardiac

Exhibit B Recipient Supplement

Rehabilitation Supervisor, Innovis Health, LLC); Stalboerger, Patricia; Hestbeck, Charlene; Athmann, Randal; Rasmussen, Barbara; Elliott, Victoria; Kreme, Randall; Brawders, Patricia; Shaffer, Kristie (Telecare Services Supervisor, Essentia Health); Plambeck, Lori; Kram-Paskey, Pamela; Badinger, Barbara; Czichotzki, Rebecca; Lucht, Theresa; Bitz, James; Johnson, Tarah; Freeman, Michelle; Olson, Roberta; Greminger, Liza; Schill, Rebecca; Hoque, Mdrisalatul; Walter, Candace; Beaudine; Kelly, Kimberly; Motschenbacher, Kristine; Crider, Mitchell (Physician-Section Chair, Innovis Health, LLC); Habrat, Amanda; Naumann, Sheila; Honeyman, Josh; Lawrence, Katie; Opoien, Barbara; Rayl, Kimberly; Quiggle, Eliza (Clinical Assistant-LPN, Innovis Health, LLC); Prince, Robin; McDonald, Cynthia; Schumacher, Mary; Davidson, Nancy; Skarphol, Angela; Prochniak, Susan; Ernster, Dale J.; Zentz, Tanja; Roemmichwey, Jerine; Stinson, Kristin; Steffl, Deborah (RN-Acute Care-Specialty, St. Mary's Regional Health Center); Curry, Judith; Sunram, Cathrine; Gustafson Martineau, Kristina; Rott, Gerald; Thornton, Kimberly S.; Soper, Constance; Nitschke, Patricia; Safar, Barbara; Naplin, Kimberly; Dekarske-Riewer, Kiara; Hendrickx, Lori; Hart, Jessica; Thompson, Joie; Scheurer, Erika; Busching, Julie; Rohrbeck, Nicole (Pharmacy Manager, Innovis Health, LLC); Myhre, Bobbi; Recine, Vincenzo N. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Thomas, Kiron; Swenson, Sarah B. (Clinical Assistant-LPN, Innovis Health, LLC); Ziegler, Lindsay; Knopp, Diana;  Lund, Kecia E. (Nursing Director, Innovis Health, LLC); Brockpahler, Melanie; Qadeer, Farhan; Sayon, Estella; Svaleson, Rebecca (Nursing Director-West, Innovis Health, LLC); Strand, Michelle; Rott, Megan; Berghorst, Kelly; Wyum, Evan; Anderson, Austin; Astrup, Abigail; Lacher, Adam; Mortenson, Karin; Vogeler, Jessica; Wainright, Linda; Beaton, Vickie; Ngwe, Dorin; Nokelby, Michael; Zach, Shannon; Lyseng, Alli; Jones, Anya; Jelinek, Diane; Laddusaw, Jessica; Adkins, Nicole; Woldmorrow, Sondra; Perkins, Rachael; Roush, Elizabeth; Childress, Kristina; Robberstad, Taryn; Jeffery, Jonathan; Steffl, Natalie; Abuminshar, Marwan; Green, Storm; Figueroa, Glen; Longworth, Julia; Iles, Nanette; Sayler, Stacey; Stoops, Sarah P. (Nurse Manager, Innovis Health, LLC); Overbeck, Lara; Lineburg, Cody; Murphy, Cassie; Anderson, Debra; Schaefbauer, Macey; Hansen, Carla; Hess, Aubrey L.; Kolkhorst, Kimberly; Sonnenberg, Julie; Johnston, Joni; Rasmusson, Allison; Caldwell, Jaana; Rosing, Cailey; Tucker, Shelly; Luttio, Kristin (Operations Manager III, Innovis Health, LLC); Bergerson, Bonnie; Kraft, Cassandra; Anderson, Danielle; Schafer, McKenzie; Karjalainen, Neil; Ashley-Villebrun, Talia; Keene, Roxanne; Reile, Kirsten; Marroquingalvez, Guillermo; Blom, Melissa B.; Ambros, Tadeu; McDonough, Alysha C.; Monson, Chelsey; Liem, Agnes F. (Nurse Practitioner, Innovis Health, LLC); Fosness, Sydney; Gilbertson, Sierra; Jacobson, Shelby; Larsen, Shayna; Jibril, Noureldin; Wielandt, Nicole; Ste. Marie, Michaela; Opheim, Lexi; Rosenkranz, Jana; Ancona, Brent; Gerlach, Ashleigh; Sherlock, Andrea; Kimball, Allie; Jones, Aaron; Ockert, Zachary; Cook, Janelle; Karlstad, Kelsey; Coauette, Grant; Remple, Cassandra; Cyrus, Annette; Kessler, Kate; Jackson, Jared; Murphy, Luke; Jung, Chasity; Mofyasandt, Martha; Weigand, Serena; Carlson, Kerry (Operations Administrator, Innovis Health, LLC); Eisinger, Jodell; Vijayappa, Madhu; Lind Wheatley, Kristi; Horseman, Heather; Harmon, Christina (Former Physician, Innovis Health, LLC); Stibbe, Adam; Strang, Angela M. (Physician, Innovis Health, LLC); Trickey, Nancy;  Wanzek, Philip; Bachmann, Taylor; Zick, Desirae; Krautkremer, Crystal; Bellin, Amy (RN-Patient Navigator, Innovis Health, LLC); Jorud, Cynthia R. (Nursing Director, Innovis Health, LLC); Auka, Sarah; Middelkamp, Matthew; Baden, Jack; Swanson, Colleen; Callahan, Mike; Bolin, Kim; Hays, Michael; Ellison, jo; Himle, Kaitlin; McGough, Shana; Iverson, Sarah; Volin, Andrew; Durrani, Qasim; Krump, Karralyn; HMMoyers@EssentiaHealth.mail.onmicrosoft.com; Leary, Amy; Sharma, Omprakash; Redick; Brenda; Hoffman, Casey; Korth, Krista; Martin, Linda; McWalter, Grant; Summerer, Rebecca;

Achterling, Kelly;   Strong, Kayla M.; Marsh, Bridget; Adamek, Melissa (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Duval, Lisa; Smith, Shawn (Sterile Processing Supervisor, Innovis Health, LLC); Wheeler, Kayla; Larson, Megan E.; Hansen, Christian; Holmer, Sarah; Jacobson, Kelly; Sunram, Jenna; Pirozhkov, Nina; Sabby, Michele; Wehner, Carly L. (Pharmacist-Acute Care, Innovis Health, LLC); Anderson, Chelsea R. (RN-Acute Care Supervisor- Innovis Health, LLC); Shimell, Erin; Steffan, Stephanie; Johnson, Teresa (Operations Manager II, Innovis Health, LLC); White, Cheryl (Physician-Section Chair, Essentia Health-Fosston); Beach, Nancy (Executive Assistant, Innovis Health, LLC); Schweitzer, Renee (Operations Manager III, Innovis Health, LLC); Larsen, Elizabeth; Berg, Olivia; Elliott, Kimberly; Cook, Julie; Davis, Lisa; Moncada, Nichole; Harwood, Stacie; Hough, Andrea (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Bartholomay, Sheila K. (Clinical Assistant-LPN, Innovis Health, LLC); Hammargren, Jessica; Johnson, Candice; Mattern, Kyra; Morgan, Mena; Wleh, Vera; Welle, Emily; Morast, Connie; Gopi, Sreejith (Physician-Section Chair, Bridges Medical Center); Brambrink, Teagan; Williams, Paul; Carlblom, Megan; Blood, Sara J. (Quality Partner II, Essentia Health); Balfanz, John; Stall, Shaina; Arfaie, Sahand; Linman, Jill; Frisbie, Audrey; Camp, Crystal; Kritzberger, Jennifer; Ust, Lori; Surles, Valerie; Anderson, Jody; Tuper, Audrey; Raasch, Nicole; Gebur, Rachel; Clauson, Allison; Gjestvang, Jennifer (Executive Assistant, Innovis Health, LLC); Gladen, Karissa; Rosenau, Karla; Kent, Rebecca; Larson, Calli; Smith, Heather; Svare, Kathleen; Morlock, Nicole; Myers, Jordan; Johanns, Tylor P. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Kemper, Karyn (Diagnostic Imaging Supervisor, Innovis Health, LLC); Erdrich, Aaron; Grinde, Judy; Bier, Dennis; Foster, Kristina; Branden, Sarah (Sterile Processing Supervisor, St. Mary's Regional Health Center); Gregerson, Gail; Kaseman, Kristi; Donahue; Macleod, Jessica; Volden, Dawn; Johnson, Melissa; Fuchs, Tammi; Fleming, Heidi; Eagen, Marylyn (Clinical Assistant-LPN, Innovis Health, LLC); Cleary, Holly; Gritz, Tina; Kennell, Cassandra (Executive Assistant, Innovis Health, LLC); Gulbrandson, Sara; Kvale, Jennifer (RN-Acute Care Supervisor, Innovis Health, LLC); Sorenson, Amber; Kjenstad, Kristine; Bergren, Carla; Kvale, Jennifer; Scholler, Justine; Clark, Tamara; Craigmile, Donna L. (RN-Educator, St. Mary's Regional Health Center); Winkler, Erin; Mcinnes, Karen; Ehrmantraut, Ryan; Dandamudi, Venkata; Nelson, Cathy; Berry, Carmen; Weishaar, Angie; Martin, Reed; Dorff, Elizabeth; Kuehl, McKenzie; Kalberer, Tess; Dittmer-Anderson, Laura; Gordon, Phebe; Borgen, Joan; Peterson, Melissa (Regional Nursing Director, St. Mary's Regional Health Center); Wold, Kimberly; Ford@epic.com; Henning, Stasha; McGough, Zachary; Farah, Anab; Tetrick, Betsy; Lunde, Leanna; Boisjolie, Ann; Pagel, Dena; Thumma, Carol; Weatherford, Erica; Ratajczak, Amy; Lopez, Debbi;   Johnson, Kristen L.; Smith, Renae; Shelquist, Rebecca; Rotar, Heather; Raftevold, Austyn; Heimark, Tami; Allard, Amy; Burnham, Carrie; Stelzer, Alexa; Moen, Michael; Mehus, Lanette M.; Turnow, Angela; Bjellum, Hans; Solberg, Roberta; Nefzger, Kelsey (Registered Nurse-Program Manager, Innovis Health, LLC); Bjorgaard, Barry; Rogstad, Jessica; Strobel, Kourtney; Hoppe, Tony; Johnson, Gayle; Flemmer, Diane; Klaypenh, Christian; Allen, Joshua; Maher, Tiffany M. (RN-Acute Care Supervisor, Innovis Health, LLC); Sargent, Denise M. (Marketing Manager, Essentia Health); Lizakowski, Jason; Ledeoux, Laura;  Pomeranz, Bryan; Leet, Angela; Borash, Amy; Griffis, Jennifer; Lordeman, Ashley; Davison, Kurt; Allen, Tiffany; Swenson, Aaron; Blaney, Sheri; Bodle, Rhonda K. (Clinical Assistant-LPN, Innovis Health, LLC); Anderson, Deann; Kraft, Sherry L.; Strege, Andrew; Francis, Julie; Ihry, Victoria; Forrest, Barbara; Enga, Kathryn; Misialek, Erin (Former Intern-Pharmacy, Innovis Health, LLC); Hewson, Adam; Levin, Daniel J.; Wiemer, Misty; Palubicki, Kaitlyn; Milbeck, Kierstynn; Neuschwander, Lauren; Hayes, Summer; Bunn, Courtney G. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Fitterer,

12
Exhibit B Recipient Supplement

Kelsey; Haugrud, Emily (Prior Authorization Associate, Essentia Health); Matthys, Gary; Holm, Morgan; Christensen, Nathaniel; Bullock, Rebecca; Robley, Connor; Larson, Stacey; Arnhalt, Ashton L.; Garza, Aleida; Allen, Drew; Braun, Haley; Ladouceur, Patrick; Forsman, Michele; Mosley, Sarnaria; Kinney, Lisa; Klinkhammer, Amber; Stutz, Rebecca; Stark, Sarah B.; Downs, Jill; Kollie, Seanei; Wriht, Nyenpue; McCollough, Misty; Shaffer, Charles; Johnson, Cherish; Helgeson, Jodee; Woodard, Megan; Bucholz, Carissa; Bradley, David; Leier, Eryn; Grant, McKenzie A. (Former Clinical Assistant-LPN, Innovis Health, LLC); Bradley, Michelle; Footitt, Taylor; Griffiths, Nicolette; Lusso, Louann; Knudtson, Erin; Romsdal, Jordyn; Biffert, Rebecca; Lundmarktheisen, Tanja; Gottwalt, Alison (Budget & Planning Manager, Essentia Health); Wikman, Nicole; Achter, Natasha; Anderson, Aspen A. (Former Clinical Assistant-St. Mary's Regional Health Center); Blair, Tanya; Swanson, Nathanial; Brandner, Drew; Williams, Dana; Lundstrom, Anna; Ambuehl, Kathryn; McCullough, Darcie; Agnew, Jennifer; Erickson, Samantha R. (RN-Acute Care II-Specialty, Innovis Health, LLC); Rude, Jaclyn; Briolo, Mallory; Garry, Shannon; Softing, Sherri (Nutrition Services Manager, St. Mary's Regional Health Center); Dyrdahl, Jodi; Maii, Dylan; Brown, Michelle; Pogreba, Emma; Reed, Shane; Sefcik, Dorcas; Erickson, Elizabeth; Hystead, Aaron; Cooper, Brian; Oleary, Keith; Alexander, Sarah; Olson, Cynthia; Delorme, Gina; Vanhal, Jenna; Linstad, Lynette; Edens, Abigail; Grabow, Whitney; Sheikh, Israr; Brodsho, Melissa; Welch, Molly; Dorow, Amber; Buller, Amber; Seaberg, Rebecca; Berglund, Jacqueline L.; Pandolfo, Caitlin (Physician, Innovis Health, LLC); Nevins, Kathryn; Pokrzywinski, Heather L.; Yesenko, Michelle (Case Management Manager, Innovis Health, LLC); Bruhn, Jolene; Lundeen, Tina; Holmstrom, Cassidy; Yesenko, Michelle; Baril, Mackenzie (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Afonja, Burton; Harthun, Theresa; Weigel, Emily; Obenauer, Melissa; Wold, Ashley; Veranochavez, Jaime; Renschler, Robert; Peterson, Jonathon; Walker, Sarah; Perkins, Michelle; Chase, John; Benson, Terry; Kost, Ashleigh; Buller, Brianna; Gullingrud, Shannon; Radke, Kendra; Trosen, Tyler; Czapiewski, Cynthia; Schultz-Garnas, Cynthia; Norgaard, Paige; Henning, Emily; Lauwers, Sadie; Marquart, Holli; Lindley, Lindsey; Lutgen, Lottie; Rusch, Marleen; Amsbaugh, Nicole; Upton, James T. (Nurse Practitioner, Innovis Health, LLC); Lorsung, Jacob; Schlotfeldt, Ashley; Gonitzke, Paula; Berglund, Rick; Seidel, Jennifer; Rajdl, Heather; Morse, Sarah (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Greenshields, Patricia; Benson, Diane; Davy, Ashley; Emerson, Laura; Farnlof, Sarah A. (Quality Partner II, Essentia Health); Holaday, David; Rudolph, Chase; Gerdes, Christopher; Hanney, Susan; Steffan, Joshua; Davis, Creeonna; Vadehra, Vivek; Taylor, Jessie; Kleinschmidt, Diane; Devries, Julie; Williams, Elisa; Mattson, Candace; Penton, Garrett; Jenkins, Brandon; Dorholt, Taylor; Rudnick, Melanie (Clinical Applications Supervisor, Essentia Health); Sherman, Jane; Sitzer, Kimberly; Hovet, Courtney; Nemec, Grace; Smith, Aaron; Jensen, Elijah J. (Website Content Administrator, Essentia Health); Moran, Shauna; Ritchie, Alyssa; Mohs, Toni; Lessard, Debra; Ladouceur, Marquise; Praska, Jensen; Chelmo, Danielle; McKinnon, Marissa; Vinje, Ellen; Hinkel, Kimberly; Ganje, Jonna; Fevig, Mariah; Christen, John; Larson, Kelly; Lindblom, Jessica; Hansen, Jordan; Sullinger, Nicole; Miller, Jordyne; Olson, Tammy; Kuehn, Jodi (Senior HR Business Partner, Innovis Health, LLC); Gorder, Tammy K. (Clinical Assistant, St. Mary's Regional Health Center); Dopiriak, Kimberly; Gagnon, Delaney; Rockwell, Angela; Lehmann, Heather; Degerman, Preston; Miller, Cammie; Gibbs, Dana; Sherritt, Brianna; Boehm, Ashli; Bergmann, Marie; Scheibe, Meghan; Theesfeld, Jeremy T. (Nurse Manager, St. Mary's Regional Health Center); Mathias, Alexandra; Olcott, Jaquelyn; Hagerty-Branden, Breah; Gigstead, Emily; Tuma, Jolene; Woodbury, Kristina; Kelly, Jason; Drocic, Ana; Holmquist, Shawna; Thingvold, Nicole; Carlson, Karen; Koterba, Vicki; Rick, Brenda; Olson, Dustin; Ernst, Zachary; Leininger, Rileigh; Gullingsrud,

Exhibit B Recipient Supplement

Kimberly; Vangerud, Megan; Selzler, Paula (Nutrition Services Manager, Innovis Health, LLC); Kunz, Kristin; Loepp, Renae; Kelly, Robert; Hudec, Megan; Bergquist, Christopher; Wahl, Lynda; Roth, Stacey; Bergstrom, Lora; Wutzke, Rebecca; Berg, Trevor; Grunewald, Doreen; Englund, Jessica; Fredrickson, Ingrid; Keller, Alexandria; Held, Ashley; Bleyle, Donald; Dockter, Bonita; Stompro, Kristine; Barton, Lisa; Harren, Laura; Biel, Meridith L.; Dunham, Mark; Skare, Elizabeth; Rivera, Joanne; Stras, Amanda; Miller, Wayne; Larson, Alyson (Pharmacy Site Supervisor, St. Mary's Innovis Health); McCarthy, Kylie; Zimmel, Adelaida; Schultz, Kristen (Operations Manager III, Innovis Health, LLC); Wiederhold, Ashley; Danielson, Danielle; Scholtz, Emily; Wentz, Nina; Krumme, Thomas; Saewert, Sonia; Disher, Kayla; Bacon, Keimiah; Degroat, Darlene; Pesek, Stacey; Linden, Ryan; Kiesow, Sarah; McDonald, Peter; Hoffart, Lisa; Smith, Danielle; JGWIRTH@EssentiaHealth.mail.onmicrosoft.com; Moore, Crystal; Kautz, Maisie; Lyon, Kirsten (Registered Nurse - Clinical Coordinator, Innovis Health, LLC); Landford, Agnes; Rhodes, David; Gilster, Debra; McDougall, Courtney; Wright, James; Lelm, Kaylah; Bitz, Trent; Walker, Samantha (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Kirwin, Rebecca; Hines, Randi (Billing Supervisor, Essentia Health); Meyer, Yvonne; Renowski, Ciarra; Herman, Mason; Brandt, Amber; Pocha, Christine; Motis, Destany; Mulholland, Donna; Soyring, Tracy; Brainerd, Cynthia; Rusch, Tanya; Phillips, Chasity; Ward, Jesse; Ethier, Alyssa; McGowan, Jacob; Hoover, Aaron; Kabbah, Saydia; Kalk, Kristina; Leichter, Eric; Langerud, Danica; Gillespie, Rose; Carlson, Gina; Scheving, Grace; Defoe, Adam; Szczur, Alison; Redenius, Kaeley; Kline, Brady (Environmental Services Supervisor, Innovis Health, LLC); Jorgenson, Hailey; Olson, Tanassa; Sloan, Martha; Ekren, Tara (Former Media Relations Specialist, Essentia Health); Bexell, Sydney; Jordan, Righsher; Koltes, Angela; Lutman, Allison; Stone, Danielle; Kusler, Katie; Spacek, Caroline; Koval, Fredric; Wambui, Nancy; Drinkwine, Wanda; Dufrane, Michael; Stearns, Alexis; Hall, Leah; Sergot, Danielle; Mitzel, Fredrick; Walz, Danielle; Knudsvig, Tricia; Lehman, Sarah; Shaw, Amber L. (Clinical Assistant, St. Mary's Regional Health Center); Hoyer, Starla; Otto, Marisa; Johnson, Gregory; Johnson, Ethan; Schanilec, Samantha; Erb, Angela; Schneidermann, Allison; Smude, Richard; Sandoval, Sarah; Conklin, Kelly; Remer, Stephanie (Clinical Assistant-LPN, Innovis Health, LLC); Stickler, Kathryn; Larson, Trista; Saurav, Alok; Longtin, Morgan; Nowotny, Allison (Senior Human Resources Business Partner, Innovis Health, LLC); Johnson, Connor; Jackson, Mary; Ragland, Eric; Domm, Haley; Lien, Cory; Berte, Assibi; Wilhelm, Megan; Johnson, Brooke; Carrier, Luann; Grossman, Corey; Auck, Alyssa; Geffre, Carly; Adkins, Nicholas; Schroeder, Courtnay; Sang, Katelyn; Ellis, Kena; Vetter, James; Radermacher, Anita; Shcherbinina, Natalia; Wendel, Maia; Klemisch, Robert; Buller, Debra; Haas, Corbett; Shamdas, Glenn; Kringlen, Rachel; Baxter, Cody; Oxton, Kira; Punj, Meenakshi; Sequeira, Herman; Nelson, Taylor; Kallis, Scott (Site Supply Chain Supervisor, Essentia Health); Wynes, Stephanie; Fahnbulleh, Jenneh; Kangas, Megan; Vivatson, Koree; Kiernan, Hannah; Wilson, Kaitlyn; Fuglestad, Paul; Grangroth, Jeanette; Forrester, Karen; Missling, Amy; Mattis, Elizabeth; Miller, Benjamin; Nicolescu, Razvan; Haggart, John; Mortenson, Darcy; Lien, Jack; Scholz, Jamie; Grenier, Lauren; Rice, Vanessah; Bauck, Zachery; Harmon, Lisa; Albin, Matthias; Oluleye, Oludamilola; Waynick, Daniel; Mcleod, Cary; Pikalek, Holly; Borsheim, Hannah; Burke, Wesley; Hecker, Brandon; Sohail, Ifrah; Hextail, Mamie; Larson, Jenna; Robbins, Charles (Business Systems Director, Essentia Health); Haslop, Brooklynn; Olson, Elizabeth (Telecare Services Supervisor, Essentia Health); Myrant, Daniel; Walker, Kari; Schaan, Payton; Monson, Elizabeth; Janson, Neil; Tuttle, Nicholas; Morken, Abby; Schwandt, Austin; Snedaker, Julia; Eronmosele, Gabriel; Mathur, Nitin; Brandt, Melinda (Revenue Services Associate I, Essentia Health); Marama, Natasha; Rondeau, Denise; Mjoness, Pamela; Thompson, Kaitlyn; Mcalister, Aimee; Marsten,

Nicole; Nelson, Laura; Kelly, Katie; Sheelakumari, Chippy; Hager, Kathleen; St. Claire, Jelissa; Eissinger, Rebecca; Williams, Kirsten; Skjonsberg, Allie; Morris, Destiny; Chandler, Tracy; Van Dyke, Tonya (RN-Ambulatory Care, Innovis Health, LLC); Clark, Nathan; Jones, Mercedes; Herman, Shelly; Dahnke, Shannon (Communications Director, Essentia Health); Holland, Britta; Trader, Joann; Renner, Rachel; Delatorre, Jessica; Carlascio, Krystal; Benson, Brittney; Kjos, Vicki; Speer, Crystal; Kyllo, Janelle; Moan, Maureen; Williams, Julio; Decock, Christopher; Morken, Lucas; Turnow, Craig; Schadler, Carson; Neu, Anna; Olson, Lauren; Habrat, Susan; Obrien, Lisa (RN-Ambulatory Care, Innovis Health, LLC); Rodriguez, Courtney; Sandahl, Taylor; Dykema, Tracy; Jupic, Aida; McManus, Molly; Rustad, Kathleen; Zeman, Kelly; Gibson, Kelsey; Pifher, Karen (Program Manager-Community Health, Innovis Health, LLC); Vasquez, Julia; Locke, Amber; Wedde, Adam; Wurst, Kaitlyn; Schultz, Marilyn; Narog, Megan; Lynnes, Jessa; Tohm, Debra; England, Kristina; Ham, Markeeta; Vanhee, Alexandra; Pepin, Ashley; Edmond, Janice; Easley, Kalvin; Bauer, Abby; Geigle, Joann; Burgard, Brenda (Former Clinical Assistant-LPN, Innovis Health, LLC) (Current Student-Nursing, Essentia Health); Esterby, Kristen; Gravning, Stephanie; Schoon, Kaylea; Thiele, Carla; Holmgren, Andrea; Eronmosele, Trisha; Newland, Amber; Geiger, Marisa; Kontz, Douglas; Gabel, Erin; Bachmeier, Candice; Dubs, Roberta; Marlen, Jeannette; Wentworth, Kevin; Kludt, Josephine; West, Maiya; Gahr, Pamala; May, Ashley; Moe, Cathleen; Langerud, Tammy; Donley, Mason; Hurley, Al (Chief Operating Officer, Innovis Health, LLC); Usher, Christy; Muhumed, Fartun; Humphrey, Brittney; Varady, Loralee; Jalarue, Alfred; Ward, Laura; Pringnitz, Ashley; Schumacher, Audri; Black, Charlie; Jerger, Brooke; Bergquist, Elizabeth; Westra, Madelyn; Browne, Cecelia; Holien, Kathy; Wicker, Betty; Erickson, Margo; Vandeberg, Becky; Phillips, Brian (RN-Ambulatory Care, Innovis Health, LLC); Stenger, Rachel; Janes, Tanya; Christenson, Marti; Ackerson, Jennifer; Ingle, Hailey; Vickers, Jennifer; Hansen, Amber; Pinoniemi, Jennifer; Zimmerman, Cassandra; Castle-Haven, Erica; Gana, Madeleine; Hanson, Diana; Askegard, Courtney; Gana, Rafeliii; Carlson, Travis; Roth, Oliver; Johnsrud-Taffe, Shelby; Hursman, Allison; Alin, Sadia; Johnson, Roxane; Merkens, Holly; Hunter, Sara; Schumacher, Nicole; Lanoue, Veronika (Dietician, Essentia Health); Cusey, Brittany; Crissinger, Michelle; Faleide, Rachel; Zetocha, Andrew; Lizakowski, Joshua; Thingelstad, Kaitlyn; Larue, Tyrell; Muller, Aaron (Pharmacist-Acute Care, Innovis Health, LLC); Christianson, Derek; Trenda, Taylor; Morton, Abigail; Dehoogh, Rachel; Swanson, Amanda C. (Midwife, Innovis Health, LLC); Soderquist, Sally; Dauner, Denelle; Meier, Jayme; Nordman, Chelsey; Schwartz, Galina; Velgersdyk, Jared; Weber, Hunter; Bozovsky, Kayla; Sneeden, Paul (Laboratory Supervisor, St. Mary's Regional Health Center); Hoenicke, Eric; Schoenefeld, Lexy; Khazrabakht, Seyedehniloofarniloo; Schmitt, Sharon; Zieba, Pawel (Former Physician, Innovis Health, LLC); Schultz, Kendra; Weber, Samuel; Sharma, Nita; Engbrecht, Ashley; Eaton, Sara; Pedersen, Mara; Scherfenberg, Cindy; Slaikeu, Amanda; Wood, Charles; Rodriguez, Natisha; Peltier, Stefanie; Johnson, Leslie; Torres, Melissa (Radiologic Technologist, St. Mary's Regional Health Center); Senyon, Massa; Heinzen, Maddison (Clinical Assistant-LPN, Innovis Health, LLC); Wicker, Martee; Erickson, Christian; Schettle, Maranda; Tuttle, Alyssa; Boutain, Alex; Axness, Barbara; Cisco, Edwina; Rudolf, Sheryl; Ugofsky, Alleysia; Mireles, Teylor; Feigum, Kayla; Kelleher, Jennifer; Berry, Samantha; Mach, Morgan; Ahmed, Mohamed; Cameron, Ashley; Uselman, Dana; Magill, Thomas; McCullough, Sarah; Kanten, Mollie; Vierheilig, Jacqueline; Farber, Melanie; Hillman, Kyra; Eggert, Darrel; Agarwal, Saloni (Physician, Innovis Health, LLC); Adam, Mariam; Chwialkowski, Trisha; Fithen, Jessica; Emo, Lindsey; Kolle, Lynn; Kroeplin, April; Werness, Lynell; Schrupp, Amanda; Lewis, Andrea; Wagner, Dean (Supply Chain Logistics Manager, Essentia Health); Huschka, Rusty; Christmann, Emily; Garness, Renea; Bader, Wyatt (Intern-Pharmacist,

Innovis Health, LLC); Cooper, Richelle; Jimenez, Enrique; Holm, Terri; Markeson, Randall; Walker, Rainey; Guerrero, Victoria; Saba, Grace; Lynch, Brian; Reich, Chelsea; McCann, Cathleen; Anderson, Moriah; Dasilva, Jamie; Walker, Vanessa; Root, Jerian; Nord, Julie; Jonson, Katie; Noonan, Kristin; Anderson, Keven; Kobrinsky, Nathan; Ellefson, Chelsea; Trenda, Nicolle; Tweten, Sarah; Dehaven, Bria; Iverson, Sara; Gordon, Blake; Kram, Roger; Froslie, Nicole S.; Nyhus, Mark; Mecklenburg, Candace; Scheving, Grace; Martinson, Amanda; Khawand, Nabil; Klose, Sierra; Zikmund, Emily; Thimjon, Olivia; Randt, Stephanie; Binde, Carla; Engelmeyer, Elisha; Mohamud, Kaha; Lamitare, Srijana; Jama, Farhiyo; Cole, Kaytlenn; Hedlund, Melissa; Buhr, Molly; Frost, Matthew; Azaria, Maria; Ali, Sumaya; Russell, Christine; Eisenzimmer, Kasi; Bence, Kayla; Schnitzler, Carrie (RN-Ambulatory Care, Innovis Health, LLC); Daugherty, Kelsey; Aakre, Candace; Horvath-Dori, Sandra; Retz, Jacob; Moen, Tara; Litts, Madeline; Mbata, Eric; Jenson, Syris; Tucker, Cynthia; Cervantes, Mikayla (RN-Ambulatory Care, Essentia Health-Fosston); Tarvestad, Sarah; Berry, Kailey; Hommerding, Adrienne; Kovarik, Erin; Taylor, Noah; Nelson, Shelby; Lofgren, Benjamin; Mehta, Gaurav; Swenson, Chelsey; Kortee, Kebbeh; Ackerland, Dawn; Thomas, Famatta; Thoennes-Rost, Ginger; Williss, Jennifer; Williams, Nathaniel; Starleaf, Robyn; Hutchins, Stephanie; Erholtz, Taylor; Hudson, William; Smith, Trevor; Snyder, Kaddie; Larson, Pamela; Hagel, Lisa; Zafra, Thelma; Ludwig, Rande; Jasken, Jade; Finneman, Michelle; Hines, Margaret; Melvin, Makayla; Moug, Becky; Russ, Kayla; Ovitt, Tammy; Letvin, Rachel; Honl, Ciara; Christensen, Kori; Wynn, Dustin; Caulfield, Brittany; Asindua, Makkah; Rushlow, William; Genz, Jeremy; Rortvedt, Carley; Baas, Victoria; Tolkachev, Nikolai; Nowacki, Carrolee; Ostoj, Connie; Bladow, Amy (Clinical Assistant-LPN, Innovis Health, LLC); Ashraf, Sohi; Cossette, Leighann; Patterson, Patrick; Nguyen, Dat; Lund, Adam; Jurva, Cynthia; Abongningong, Louis (Intern-Pharmacy, Innovis Health, LLC); Kreft, Sierra (Pharmacist-Acute Care, Innovis Health, LLC); Hoernemann, Jordann (Pharmacist-Acute Care, Innovis Health, LLC); Mois, Dyson; Robinson, Katelyn; Schmidt, Hannah; Rohrbeck, Raeann; Kirnus, Mikhail; Mehlhaf, Troy; Hotchkiss, Jessica; Ferreira, Shelby; Rudolph, Tailor; Fischer, Scott; Ahmed, Yusuf; Connole, Patricia; Miller, Mathew; Mullin, Danielle; Rasmussen, Charlene; Holand, Kelly; Klein, Mackenzie; Loy, Maari (Pharmacy Operations Senior Manager, Innovis Health, LLC); Rasmussen, Brittany; Brethorst, Jill; Hansen, Shanna; Aho, Kayse; Rauser-Foltz, Kristina; Nguyen, Brooklyn; Custer, Keisha; Olson, Darby; Cobb, Mariaha; Murphy, Juliette; Meyer, Hope; Held, Jaclyn (Physician, Innovis Health, LLC); Hall, Clifford; Rogers, Tyler; Otto, Zachary; Francis, Kristen; Windler, JoAnn; Langner, Amanda; Borchardt, Karla; Ghafour, Zhalya; Dorn, Amber; Anwar Ul Haq, Malik Muhammad (Physician, Innovis Health, LLC); Wade, Deidre; Skiple, Kara; Heide, Gabrielle; Bauer, Susan; Bungert, Spring; Buchholz, Sarah; Amundson, Cassandra; Frank, Stacy; Anderson, Pamela; Heltunen, Beth; Mertz, Taylor E. (Midwife, Innovis Health, LLC); Brown, Regan; Heiden, Philip; Frey, Morgan; Kisirani, Shukuru; Davidson, Kayla; Eskola, Rhonda; Chica, Chelsea; Stern, Jessica; Priddy, Zachary; Roen, Marci; Vareberg, Crystal; Walters, Austin; Anderson, Laurie; Gruebele, Brandi; Rall, Joshua; Zeidler, Alyssa; Kolling, Lindsay; Hillukka, Jennifer; Helm, Laura; Boehm, Katelyn; Larson, Krystal; Caillier, Deena; Glinski, Renee; Brooks, Craig; Buettner, Amanda (Laboratory Manager, Innovis Health, LLC); Nadkarni, Nivedita; Monpleh, Augostino; Dauer, Darcie; Camrud, Connor; Wolbeck, Sarah; Audette, Kaylee; Snow, Taylor; Kurtz, Cassie; Muth, Samantha; Meduna, Lillie; Martinson, Michael; Sullivan, Daniel; Walker, Carlton; Bjorklund, Tricia; St. George, Louie; Coulter, Vanessa; Anderson, Michelle; Dunham, Sharon; Borslien, Sadie; Dixson, Austin; Rask, Alicia (Nursing Director-Long Term Care II, St. Mary's Regional Health Center); Garvlen, Lucy; McMahon, Brandi; Skaggs, Angela; Johnson, Jenny; Feltman, Brooke; Thompson, Gwen; Kveton, Magaen; Raphael, Roseanne; Wolf, Tammy;

Mueller, Ariel; Lund, Brenna; Jones, Laura; Worthing, Brandi; Reimann, Rachelle; Semenko, Shannon (Intern-Pharmacist, Innovis Health, LLC); Warren, Eloise; Rathcke, Alan; Cote, Melissa; Mclean, Kylee M.; Cannon, Theresa; Krueger, Sheila; Skajewski, Kristin; Price, Kylee; Ehlert, Kerri; Dullea, Adam; Hanson, Shaylee; Sanneh, Wandifa (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Raoof-Rasti, Shiva (Former Pharmacist-Acute Care, Innovis Health, LLC); Nustad, Sarah; Huebner, Ashley; Cross, Kaylen (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Brown, Alexa (Intern-Pharmacist, Innovis Health, LLC); English, Samantha (Clinical Assistant-LPN, Innovis Health, LLC); Sorenson, Jodi; Novak, James (Pharmacy Operations Senior Manager, Essentia Health); Brasel, Audrey; Borgen, Tina; Smith, Kaylee; Smith, Hailey; Eischens, Sophia; Wendt, Jimmie; Craughron, Terri; Anderson, Margrette (Former Nutrition Services Supervisor II, Essentia Health-Fosston); Lake, Rachel; Cole-Johnson, Lacey; Watchorn, Skylar; Ketelhut, April; Yantes, Benjamin; Hocker, James R. (Physician, Innovis Health, LLC); Scherrer, Patricia (Physician, Innovis Health, LLC); Schroeder, Lydia; Roberts, Tamara; Gamache, Jolee; Buseth, Theresa; Linn, Sarah; Hiltner, Isabella; rmknutsosn@essentiahealth.onmicrosoft.com; Amundson, Kelsy; Oelfke, Sarah; Banish, Melisa; Duffy, Douglas; mehintz@essentiahealth.onmicrosoft.com; Schaefer, Andrea; Wood, Donna; Levesque, Caroline; Greer, Danica; Knoke, Cooper; Hodge, John; Davis, Rachael; Hahn, Megan; Massmann, Haley; Malinowski, Jess; Owens, Sydney; Halgrimson, John; Boe, Alex; Sheriff, Mabana; Eissa, Hussein; Krenz, Tamara; Eberle, Sheri (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Mosher, Jennifer; Resler, Julie (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hermanson, Stefani; Mckagan, Hannah; Jansen, Randy; Lynnes, Jayme; Limer, Bobbi; Todd, Sarah; Stinton, Aaron; Hanson, Kassandra; Pederson, Jamie; Heffron, Ken (Former Operations Administrator, Innovis Health, LLC); Houle, Kassandra; Uphoff, Jeremy; Voge, Erin; Wenschlag, Rhea; Kpelapauee, Adline; Zetocha, Rylee; Sheriff, Felecia; Catlin, Jennifer (Pharmacist-Acute Care, Innovis Health, LLC); Gaye, Patience; Nord, Tiffany; Trostad, Leah; Baumler, Autumn; England, Ronda; Wanner-Perry, Dena; Horning, Torie; Flach, Joran; Faasavalu, Taili; Decoteau, Alissa; Anderson, Hannah; Yu, Ricky; Heller, Michaela; Sander, Jared; Amatuegwu, Jordan; Hamidi, Saeed; Neumann, James; Kovatch, Jennifer; Failing, Christopher; Johnson, Colin; Phillipps, Aaron; Rivera-Bernuy, Mario Carlos; Dobis, Jennifer; Brein, Tricia; Wentz, Kayla; Sterneman, Annelise (Former Nurse Practitioner, Innovis Health, LLC); Suhr, Alexis; Kollman, Natalie; Wright, Sebastian; McCormack, Catherine; Bueling, Zachary; Hildebrandt, Shannyn; Kuznia, Chelsey; Greer, Makaila; Duff, Ashlee; Wiedrich, Leah; Khandheria, Manoj; Prashek, Bethany; Kirsch, Alyssa; Akkus, Nuri; Traynor, Jamie; Wells, Kaila; Schick, David; Dunbar, Carolynn; Brown, Shannon; Paniagua, Perla; Yelegoiyee, Saye; Roseler, Staisha; Jones, Samara; Brandenburger, Melissa (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Lambert, Amanda; Bakken, Rhoda; Kasowski, Brandon; Spellerberg, Cindy; Striegel, Sheyenne; Enget, Alexis; Dunham, Allison; Vogt, Michelle Shelley; Prazak, Paige; Dittmann, Payton; Drake, Clarisse; Ferrian, Daniel; Hollands, Mary; Zempel, Angelinalina; Clark, Tina; Askew, Katherine; Wrona, Leonard; Rosen, Leonbesthoff; Griffin, Abigail; Duoa, Mathaline; Swails, Haley; Johnson, April; Lockrem, Brigette; Tanner, Kaye; Wallevand, Berit R. (Physician Assistant, Innovis Health, LLC); Tiedemann, Cherish; Kowalski, Kelsey; Steiner, Colton; Fosse, Kimberly; Al-Kaabi, Maryam; Ott, Robert; Keena, Taylor; Gedrose, Kelsey; Gottwalt, Amy; Schuh, Jordan; Seaberg, Ruth; Schauff, Monica; Kopec, Ariana; Johnson, Kelly; Wright, Leah; Fourberg, John; Sukut, Brenda; Baer, Jodi; Trefethren, Lisa; Jacobson, Eric; Mitchell, Karen; La-Kaborlo, Bariziga; Bynum, Suzanne; Thorson, Jocelyn; Schroeder, Shannon; Smith, Princess; Tate, John; Jukka, Marissa (Former Physician Assistant, Innovis Health, LLC); Gulseth, Amy; Kahler, Sierra; Nagahama, Yasunori; Toay, Corey; Simpson, William; Klein, Brynn;

Young, Roger; Shams, Seyed; Sun, Andrew; Hollingsworth, Brooklyn (Former Telecare Services Supervisor, Innovis Health, LLC); Eiter, Kristina; Lambert, Mya; Koller, Amy (Quality Partner II, Essentia Health); Bertram, Elizabeth; Astrup, Anna; Miller, Jordana; Mettermiller, Ashley; Walvatne, Justine; Spiel Vogel, Alison; Hughes, Tracy; Feir, Lynda F.; Swenson, Valerie; Schmidt, JoDell; Janssen, Tammy; Weckerly, Christia; Holmberg, Taiya; Sweet, April; Locnikar, Rachel; Hastings, Alexandra; McAndrew, Susan; Kroke, Jacob;  Alpha, Hannah; Marjama, Emily; Spenst, Tayler; Branden, Jason; Christensen, Tracie; Duffy, Krista; Johnson, Nyah; Miller, Paige; Gilson, Alexis; Caron, Juli; Muhumed, Amran; Gajjar, Ashish; Loerzel, Brian; Ariye, Zenab; Rindy, Roxanne; Brend, Taylor; Sortland, Katie; Monticello, Eric; Meek, Charles; Prestegaard, Spencer; Felix, Leeann; Piirainen, Stephanie; Riskey, Megan; Engst, Vanessa; Soliman, Mahmoud; Dahl, Nicholas; Gornall, Kristen; Iverson, Tanner; Benedict, Briana; Suleiman, Parry; Yeager, Karlee; Bachmann-Campbell, Heather; Schuler, Marc; Stingley, Caitlin; Nitschke, Nancy; Cedillo, Amelia; Christianson, Laura; Ali, Syedharis; Balintona, Maria; Halland, Jill; Kruize, Kayla; dboyle@medcampus.org; Erbob, Mohamoud; Siverson, Lindsey; Andrews, Amburg; Carlson, Kevin; Barwig, Sheri; Degreeff, Lisa; Gerdes, Morgan; Stinson, Sarah; Tell, Miriam; Hagen, Georgia; Lofstrom, Macyn (RN-Ambulatory Care, Innovis Health, LLC); Mizzell, Samantha; Krause, Julia; Ranisate; Samantha; McDonald, Ashley; Larson, Rachel; Ouradnik; Pam; Maatz, Patty; Hilde, Patricia; Lindahl, Rachel; Eaton, Chandra (Operations Manager II, Innovis Health, LLC); Schroeder, Valerie; Rajender, Archana; Mohn, Rhonda; Hassan, Sadiyo; Johnson, Joshua; Smith, Caden; Essig, Kaylee; Thole-Judovsky, Precious; Fischer, Alexander; Heegaard, William Dr. (President, Innovis Health, LLC); Lien, Julie; Romans, Erin (Patient Access Supervisor, Essentia Health); Rios, Imelda; Benson, Maggie; Kressin-Lagerquist, Sara; Willie, Marya; Tangedal, Ashley (Operations Manager II, Innovis Health, LLC); Gray, Rachel; Kjar, Sonja; Downs, Jodee; Brummund, Clare; Mohs, Alica; Briones, Winckle; Weiss, Phillip; Docter, Collin; Saye, Princess; Olander, Chelsey; Griess, Michael; Hastings, Lexy; Mkpozi, Celestine; Abdulhusein, Mustafa; Forsgren, Tyler; Simpson, Justin; Teiken, Sheila; Wheeler, Ryan; Smith, Shelby; Bjerken, Christopher; Snyder, Jezebel; Brown, Kirk; Harris, Toni; Mathurin, Joanna; Lahr, Carrie; Williams, Dean; Schiltz, Payton; Brenden, Rachel; Besette, Nicky; Hernandez, Gregorio; Castellon, Anthony; Frenning, Sarah; Carlblom, Jackson; Hoff, Alison; Hill, McKenzie; Sorensen, Christian; Santoyovolk, Sonia; Knutson, Rachel; McDonald, Kala; Jesser, Virginia; Hare, Rachel; Olerud, Chelsea; Ganser, Taylor; Smeby, Linda; Mehta, Sonya; Hintz, Meghan; Schefbauer, Nathan; Foss, Andrea; Reiten, Morgan; Skuza, Kassidy; Ward, Hunter; Winans, Marie; Bellware, Emily; Groth, Jenna; Quittschreiber, Jessica; Kunz, Christopher; Nustad, Martha; Munro, Jessica; Scherreiks, Karl; Jones, Lejuane; Schons, Alyssa; Knutson, Samuel; Sprung, Rachel; Haug, Jackson; Georgeson, Megan; Vaagene, Emily; Henderson, Cadee; Goltz, Patricia; Ervin-Tupper, Ashlee; Myhre, Madison; Kristjanson, Jaycee; Bring, Makenzie; Houser, Brianna Dawn; Schultz, Christi; Lee, Jessica; Winters, Megan; Otto, Natalie; Gibson, Payton; Pfannenstein (Carlstad), Megan (Program Manager – Process Excellence, Essentia Health); Westphal, Jennifer; Schueller, Kristin; Huhnerkoch, Kayla; Breyer, Siena (Clinical Assistant-LPN, Innovis Health, LLC); Martin, Thomas; Freyberg, Ford; Miranda, Emily; Mohamed, Ayub; Fletcher, Ashley; Edvall, Isabella; Hanson, Carin; VandeVoort, Tyler; Ellefson, Mira; Yellow Wolf, Zaasha; Dallmann, Cheyenne; Stearns, Brittany; Leen, Shelly; Nelson, Parker; Brucker, Coleton; Otto, Angela; Peshev, Tracey; Kumpula, Caitlin; Carlson, Theresa; VanCleve, Erik; Ellingson, Vickie; Nowak, Alysa; Bullocks, Lamart; Topp, Samantha; Peterson, Melanie; Skinner, Nicol; Brown, Jean; Wasness, Jenna; Bode, Hannah; Hillklabunde, Sarah; Erdmann, Rachel; Kloos, Kaitlyn; Lafave, Christine; Gleason, Jessyca; Newton, D'Christopher; Lommen, Delany; Saint Gilles, Micheline; nadams1@essentiahealth.org; Jerue,

Exhibit B Recipient Supplement

Pleasure; Dresow, Kendra; Olson, Abigail; Burcham, Bailee; Rasmus, Marie; Anderson, Kristopher; Smith, Dustin; Makela, Cassy; Thiele, McKenna; Shepersky, Crystal; Houser, Brian; Mears, Nicole; Tessier, Shannon; Faiman, Aaron; Tiffany, Hallie; Otto, Brenda;  Koska, Emily; Rentfrow, Michael; Formo, Teresa; Menard, Marissa; Svaleson, Cooper; Frank, Tristin; Donner, Kayla; Bryson, Tysen; Lee, Seonmyeong; Erbe, Madelyn; Elijah, Alea; Neameyer, Jann; Ulmer, Erin; Petersen, Alyssa; Buckingham, Danielle; Schornack, Sarah; Casavan, Becky; Kostelecky, Tamie; Wangler, Camee; Huelsbeck, Barbara; Reed, Shaodi; Rivera, Naomi; Brackett, Barbara; Ballard, Angelica; Triplett, Alyssa; Gjerde, Jade; Austad, Kali; Lamm, Jared; Amegbletor; Cornelius; Davison, Skye; Kaczander, Kurt; Tupper, Allison; Beckerleg, Jessica; altodd@essentiahealth.org; Beyl, Gary; Baker, Roxanne; Dettler, Whitney; Oliphant, Jill; Piechowski, Rhonda; Adkins, Victoria; Fawbush, Sean; Soko, Burline; Martin, Casey; Wagner, Lisa; Hunt, Randy; Littel, Elizabeth; Papadopoulos, Xenofon; Hjelden, Jane; Pelto, Beate; Snyder, Alyssa; Stuttgen, Katie; Perala, Evan; Anderson, Annikka; Sawyer, Thomas; Schumacher, Kirsten; Hida, Masami; Wilson, Mercy; Tian, Qiyu; Ayi, Bertha; Miller, Nekie; Jensen, Haley; Lindbery; Hayleeh; Gress, Laurie; Ofili, Nikiyah; Sanjel, Kalpana; Sharif-Hobib; Hashim; Rath, Alexis; Larson, Hannah; Kastl, Jennifer (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Peterson, Nannie; Alderman, Taryn; Gullickson, Melanie; Kromah, Musu; Meyer, Judy; Ajayi, Olayinka; Howard, Morgan; Schlenvogt, Sarah; Unruh, Danielle; Flemmer, Jennifer (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Hollaar, Deandra; Mcelroy, Cindy; Odenbach, Olivia; Lavin, Kenneth; Waters, Nancy Elizabeth; Luebke, Jessica; Dusterhoft, Lyndsey; Tufte, Kayla; Olsen, Danielle E. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Reinholz, Anna; McCray, Erica; Potter, Arijana; McCullum, Kerwin; Haugen, Dana; Achman, Carina; Ostrowski, Marybeth; McCreary, Andrew; Swanson, Abigail; Francis, Jennifer; Fischer, Danika; Dulmus, Cody; Thompson, Renee; Clemens, Alexa; Oriental, Jobson; Farnan, Rory; Wallace, Alan; Jossund, Kayla; Lemke, Jill; Sander, Suzanne; Johnson, Kelyn; Klaypenh, Christian; Massaquoi, Haja; Timmerman, Kiara; Abdala, Sabrina; Eberhard, Brett; Martin, Ginny; Sauer, Kelly; Steffel, Alexis; Mohr, Amanda; Kiland, Rhaegan; Hanson, Sharon; Cardoso, Mario; Herbaugh, Zana; Bialorucki, Erica; Derosier, Alexa; Schmitz, Cari; Corbid, Olivia; Starr, Tiana; ladean@essentiahealth.org;  Reed, Laurance;  Faul, Madeline;  Lundstrom, Felicia;  Mathison, Michelle; Shaske, Skyler; Moore, Megan; Kim, Dongjoo; Ford, Emily; grmyatt@essentiahealth.org; tlblasier@essentiahealth.org; Fetsch (Pierce), Katelyn (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Polecheck; Tamara; Kinslow, Tera; Wilson, Mark; Smith, Abby; Pyle, Madilyn; Kinzler, Sheila; Agyeiwaa, Josephine; Schimke, Danielle; Gaddie, Erin; Anderson, Rachel; Trautman, Casey;  staylor2@essentiahealth.org;  krist6712@essentiahealth.org;  ben6537@essentiahealth.org; sara4453@essentiahealth.org; sandy2812@essentiahealth.org; Reda, Meghan; Kasuboski, Tekah; Daigle, Erin; Jones, Moses; Amb, Hayley; Friedrich, Jennifer; Walker, Charteena; Preisler, Marisa; De Los Reyes, Laura; Buskness, Savanna; Wicklund, Emily; Mulbah, Veronica; Francis, Mary; Cotiere, Miloude; Chasna, Jonathan; Zagirre, Rosemarie; Lardy, Krista; Workman, Ashley; Zaguirre, Rosemarie; Moawad, Amen; Seifert, Tamera; Nordin, Christine; Elhilali, Osama; Hoffheimer, Marcia; Barrows, Shiloh; Sarles, Stephanie; Mayfield, Kyler; Nimley, Dorcas; Walking Elk, Serenity; Steffl, Isabella; Yaratha, Gokul; Mayes, Amy; Bedell, Stephen; Vargas, Alexia; Del Valle, Emily; Purrier, Emma; Thom, Stephanie; Hanson, Courtney; Chrissis, Sierra; Vaughn, Amber; Freeman, Blaize; Lauer, Theresa; Palmer, Susan; Edinger, Ryan; Kutuacquoi, Kebeh; Lewis, LeAnn; Monson, Michael; Morrissey, Susan; Longtin, Breanna; Swanson, Shannon; Groves, Tameeka; Schneider, Hayley; Okonkwo, Gloria; Jensen, Saylor; Payne, Cody; Miller, Carolyn; Olson, Anna; Sepe, Kenneth; Hendrickson, Jessica; McMahon, Jade; Yaeger, Jaime; Adebayo, Olaide; Konneh, Satta;

19
Exhibit B Recipient Supplement

Segrest, Donna; Brown, Barbara; Paulson, Kaitlyn; Muzychka, Daria; Kraft, Talice (Clinical Assistant-LPN, Innovis Health, LLC); Bird, Stephanie; Munyer, Allison; Beto, Mark; Stanley, Guerline; Worwee. Patience; Letexier, Noelle; Noel, Megan; Williams, Lori; Murphy, Patrick; Dhaliwal, Ramnik; Mund, Mikaela; Bennett-Bendewald, Lynn; Leritz, Jasmine; Dougherty, Rhian; Banda, Gilbert; Stephens, Vicki; Claude, Tesha; Brand, Tamera; McKenney, Sherry; Johnstun, McKenzie; Barrieau, Teresa; Cutamora III, Juanito; Waite, Charles; Reynolds, Lisa; Ogunje, Rita; Fields, Casie; Garcia Zurita, Karen; Sandberg, Kristin; Schlafmann, April; David, Ifechukwu; Kildea, Katherine; Beer, Amanda; Perdue, Skylyn; Ortiz, Liliana; Pinke, Megan; Hargraves, Candice; Deloache, Gregory; Hardy, April; Gravel, Brenda; German, Grant; Reat, Nyaruach; Augustin, Julien; Rodriguez, Eve; Shade, Jessica; Murch, Mariah; Adams, Zachary; Cassell, Asatu; Didier, Stephanie; Samuels, Damian; Wise, Gene; Fralick, Jennifer; Lawhorn, Robert; Robinson, Jenna; Rall, Andrea; Ruggles, Lexus; Wagner, Erica; Stevens, Sena; Derisma, Guilene; Neath, Patrice; Zlatkin, Erik; Marks, Sarah; Bedenfield, Isha; Perini, Daniel; Ward, Sarah; Behel, Kathy; Davis, Luke; Benoit, Kendella; Boyle, Betsy; Eggers, Chelsie; Andres, Trina; Pratt, Annette; Bah, April; Larue, Ann; Abigide, Barbara; Parrill, Colleen; Fadahunsi, Medinat; Jones, Delilah; Dahl, Lisa; Jamieson, Jacqueline; Payne, Jody; Fuentes, Melissa; Morris, Dawn; Harty, Ashely; Lomax, Michelle; Bynoe, Yvette; Bacon, Monica; Lewis, Susan; Christopher, Victoria; Eichie, Bolanle; Hamid, Dwanetta; Hart, Ruth; Tajelleh, Patience; Mejia, Wendy; Anthony, Jesseca; Colvin, Nancy; Behel, Mildred; Flegle, Katherine; Ndansi, Rodrigue; Faatz, Shelby; Johnk, Kellee; Jensrud, Jessica; Bugge, Lindsay; Nunez, Maria; Sanders, Brad; Bigby, Britta; Herdegen, Tara; Knapik, Celeste; Ali, Kari; Jensen, Ruth; Kicker, Rachael; Childs, Tynia; Pruneda, Crystal; Thompson, Taylor; Fischer, Cassandra; Schaefer, Josie; Landon, Linda; Radcliff, Jaime; Duke, Nathaniel; Hassan, Syedfahim; Fick, Bailee; Porter, Deanna; Hurajt, Tamra; Freeh, Christianna; Kummer, Randi; Holmes, Caitlin; Bamba, Massani; Cossette, Shirley; Huhner, Mayson; Guerrero, Leslie; Hazemann-Dang, Jenna; Priyampolskiy, Garri; Elsheikh, Eltayeb; Kramer, Casey; Jules, Tamara; Enns, Amanda; Willson, Conner; Evans, Amy; Herrin, Laurie; Skarison, Brianne; Morin, Rachel; Loewe, Andrew; Herbaugh, Brady; Sannes-Venhuizen, Jason; Joseph, Faskalina; Despiegler, Molly; Aukes, Ashley; Nolan, Brittany; kamish@essentiahealth.org; Brown, Paul; Black, Brittney; Ekstrom, Mandie; Benson, Kristy; Sager, Madison; Kelly, Gabrielle; Amiot, Syrie; Ejidike, Maryanne; Neree, Roudy; Wuo, Burnice; Lang, Alexandra; Selisker, Elizabeth; Biewer, Laura; Flaten, Lindsey; Kokett, Danielle (Pharmacist, Acute Care, Innovis Health, LLC); Kaylor, Tiffany; Wagner, Kae; Baldwin, Colton; Gichana, Dennis; Jorgenson, Jayde; Nelson, Kourtney; Scott, Tammy; Benson, Jean; Kouloumberis, Pelagia; Slager, Marnie; Baker, Timothy; Goff, Austen; Huang, Christine; Milbeck, Lisa; Lacky, Praise; Watson, Hannah; Bailey, Skylar; Martell, Anna; Corcoran, Bethany; Haven, Richard; Sondrol, Elizabeth; Hagerty, Denise; Bassett, John; Otto, Tanner; Kaprosy, Karryn; Christian, Anna; Gruber, Kristin; Kosovac, Mirza; Peterson, Hollie; Dicks, Jessica; Benedict, Isaac; Graalum, Justine; Mjoness, Dane; travis1854@essentiahealth.org; Bashford, Jurnee; Jeppesen, Amy; Mankie, Wendy; Larghe, Kiana; khaining@essentiahealth.org; Chase, Laura; Mooney, Ashley; Rayamajhi, Manoj; ssophus@essentiahealth.org; Thompson, Denise; Schippel, Andrew; Aho, Tamar; Lease, Julie; Hantho, Inga-Liese; Anderson, Jennifer; Luthi, Allyson; Fallah, Patience; Krieger, Jenna; Miller, Olivia; Ruppert, Kayla; Keeney, Sara; Dassenko, Lois; Santur, Amina; Wendler, Dominick; Dupont, Sydney; Glatt, Melissa; Pizzuti, Summer; Hardt, Gary; Currie, Michael; Hermes, Connie; Hoye, Tiffany; Von Bank, Maria; Kaczor, Lucas; Holm, Ashley; Van Camp, Seth; Hustad, Chandra; Estenson, Kayla; sarah5554@essentiahealth.org; Dworak, PJ; Holman, Amy; Zempel, Diane; Haugen, Karissa; mtcain@essentiahealth.org; Jahnig, Katie; Snetter, Musu; Lee, Carrie; Peterson,

20

Exhibit B Recipient Supplement

Jenna; Burlage, Lisa; Vargas, Luis; Hamilton, Terry; Wheeler, Timothy; Schmidt, Amy; Rosteck, Michael; Harris, Shay; Johnson, Jennifer; Gunderson, Stephanie; Foley, Wanda; Lawrence, Tiffany; Karbedeh, Natasha; Vareberg, Samantha; Schmeets, Dennis; Holzer-Voss, Tonya; Harris, Brittany; Holm, Karly (RN-Acute Care-PACU, St. Mary's Regional Health Center); Giese, Taylor; Rooney, Holly; Noreen, Crystal; dmontecuol@essentiahealth.org; Harris, Sydney; Schaefer, Ronda; Erickson, Briana; Moe, Nolan; Smith, Makenzie; Kako, Treasa; Breslin, Stacy; Arends, Mitchell; Pederson, Kiley; Vogel, Ashleigh; Azure, Breanna; Heupel, Mikayla; Stock, Christopher; Iverson, Annalise; Lewis, Jenelle; Kerr, Abigail; Sauvageau, Tayler; Hutchison, Mari; Buchholz, Maxwell; Champagne, Valentina; Moody, Haley; Hrdlicka, Maggie; Travers, Stefany; Leckner, Shelby; Elliott, Alexus; Pierre, Genesis; Zeck, Paula; Peterson, Meghan; Lajeunesse, Tyler; Perez, Ramon; Blashack, Ashlee; Ntacobemera, Josephine; Lovgren, Kali; Hankel, Marysol Q.; Jinkins, Christine; Johnson, Quantia; Grosz, Cody; Zeiszler, Lacey; Kibler, Kathy; Monson, Emma; Jerger, Jacob; Odman, Kayse; Breiland, Madeline; Richter, Shelby; Morley, Destiny; McDonnell, Natasha; Austin, Dylan; Sprinkle, Ben; Mendoza, Esmeralda; Peterson, Martha; Miranowski, Colleen; Tuttle, Kristina; White, Cassandra; Steele, Nathan; Bell, Cassandra; Schwehr, Shana; Leidholm, Theta; Brown, Raina; Frame, Kayla; Colby, Clint; Sundvall, Cassandra; Bruns, Laura; Love, Sophia; thaop@essentiahealth.onmicrosoft.com; Sirleaf, Maabendu; tiffa8335@essentiahealth.org; tiffa7288@essentiahealth.org; Matt, Anthony; Anderson, Kristin; Vestergaard, Nerissa; Perales, Savanna; Kern, Michelle; Schmidt, Eric; Vonada, Janelle; Windley, Ashley; Skogen, Brooke; Anderson, Sarah; Vigen, Chelsea; Vincent, Jamison; Kehson, Marie; Zak, Joel; Kreidelcamp, Rachel; Ramirez, Jessica; Christensen, Pamela; Goodrich, Tanner; Bludau, Gina; Diederich, Arianna; Bettels, Emily; Bennett, Shannon; Hogstad, Allison; Mantilla, Richard; Makor, Gormah; Backman, Madison; Moore, Koneisha; Kryszak, Aaron; Berg, Madison; Cota, Ashley

Exhibit B Recipient Supplement

**Exhibit C Recipient Supplement**

**InnovisPartners@EssentiaHealth.org Listserv as of March 10, 2021**

**Rows 6895, 7176, and 7234 of Supplemental Privilege Log Served November 30, 2021**

**Bates # [forthcoming]**

Peichel, Elizabeth; Kritzberger, Stephanie (Nursing Professional Development Practitioner, Innovis Health, LLC); Kritzberger, Stephanie; Triller, Judy; Schroeder, Annette; Radke, Leah; Lewis, Kari; Breiland, John; Domm, Bruce; Mitterling, Deborah; Bednar, Jennifer; Johnson, Brietta K. (Clinical Assistant-LPN, Innovis Health, LLC); Shae, Kristi (Pharmacy Technician Supervisor, Innovis Health, LLC); Hammer, Kimberly; Lang, Michelle; Leadbetter, Larry; Martsching, Sandra; Korinek, Jane (Clinical Assistant-LPN, Innovis Health, LLC); Doll; RaNae; Kaster, Carl; Knutson, Crystal; Norby, Brenda; Ragan, John; Christians, Donna; Johnson, Rhonda; Boerboom, Sarah; Gabeheart, Cynthia; Kalin, Marianne; Johnson, Darla; Seaberg, Tonia; Vijayalakshmi, Bangalore; Berger, Kevin; Fossen, Jennifer; Sheeley, Kelli (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Jenks, Christy; Deiss, Kim (Senior Director Marketing and Communications, Essentia Health); Johnson, Amber; Weum, Karla; Krueger, Amber; Miller, Stephanie; Erickson, Jennifer;  McKee, Marlena; Pierzinski, Michelle; Chopskie, Erica (Program Manager-Sepsis, Essentia Health); Lachowitzer, Charlotte; Solberg, Andrea; McDonald, Sean; Hilber, Natalie; Vohnoutka, Holly; Wagner, Susan; Belland, Melyssa; Thoreson, Nicole; Beauchamp, Kayla (RN-Acute Care Supervisor, Innovis Health, LLC); Odegard, Barbara; Jensen, Ruth; Erickson, Amanda; Hess, Glenda R. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Dahlen, Jodi; Serio, Becky; Eidenschink, Vonda; Smith, Jessica; Haroldson, Rose; Anderson, Lisa (RN-Acute Care Supervisor, Innovis Health, LLC); Officer, Todd; Spanier, Latisha; Pfeifer, Julie; Johnson, Roxanne; Bakewell, April; Boyle, Brad; Shafer, Sara; Gross, Amanda; Ahonen, Robin; Pietsch, Erin; Holter, Shawn; Maneval, Lindsey (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Olson, Patricia (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Biranowski, Lorraine; Wey, David; Kitzmann, Paula; Berg, Elisha K. (RN-Ambulatory Care, Innovis Health, LLC); Adams, Hope; Nice, Kellie; Sander, Katelyn M. (RN-Ambulatory Care, Essentia Health-Fosston); Laux, Lindsey; Sampson, Stacy; Grant, Cory (Compensation Director, Essentia Health); Rheault, Toni; Anderson, Christopher (Physician-Section Chair, Innovis Health, LLC); Blauert, Sheila; Hagen, Krista; Larson, Tara; Pritchett, Laura; Horner, Bradley; Olson, Yvonne; Fingalson, Jeanne; Kofal, Kailee (Quality Director, Essentia Health); Wilson, Darla; Jenson, Tina J. (Nurse Manager, St. Mary's Regional Health Center); Lisdahl, Debbie; Beecher, Tracy; Moore, Corin; Hansen, Erika; Bokelmann, Deborah; Reihe, David; Beugh, Jason; Johnson, Sonja; Gupta, Parul; Ree, Anica; Ishaug, Candace; Peterson, Elizabeth; Zaeske, Sherri; Nies, Bethany; Sather, Sarah; Grover, Illa; King, Mary; Paul, Nadja; Behm, Bernadette (Pharmacist-Acute Care, Innovis Health, LLC); Stende, Amanda; Kuhlmann, Craig; Erdmann, Toni; Kjellerson, Mykke (Laboratory Operations Director, Essentia Health); Bluel, Tammy; Paschke, Lynn; McCoppin, Eric (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Johnson, Wendy J.; Arntson, Janine; VonRuden, Jane E. (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Demarais, Alexandra; Fadness, Bridgett; Olsen, LouAnn; Christensen, Nicole (Chief Nursing Officer, Innovis Health, LLC); Nilson, Heidi; Miller, Stephanie; Lawrence, Kelli; Mausolf, Jennifer; Schwengler, Jason; Peterson, Katelyn; Niemi, Renee; Hanson, Kayla (Radiation Oncology Supervisor, Innovis

Health, LLC); Chaput, Nick A. (Business Partnering Manager, Innovis Health, LLC); Ofstedal, Wesley; Shellack, Leslie; Beyers, Julie; Jacobson, Jenna (RN-Acute Care-PACU, St. Mary's Regional Health Center); McDonald, Jesse; Lambrecht, Brian; Olafson, Amanda; Feldt, Vicky; Leonard, Ann; Ryberg, Denise; Roiko, Seth; Powell, Denise (Midwife, Innovis Health, LLC); McGuinty, Paula; Amato, Jeanne (Health Information Services Manager, Essentia Health); Englund, Marilyn; Kinslow, Debra; Topley, Stuart; Borgen, Melissa; Jackson, Lori; Gillespie, Mary; Cooper, Mark; Retz, Bruce; Brenneise, Melissa; Piersol, Nathaniel; Malheim-Klemetson, Waynett (Clinical Assistant-LPN, Innovis Health, LLC); Johnson, Walter (Physician, Innovis Health, LLC); Bulson, Jaime; Libner, Janice; Westhoff, Jill; Kautzman, Brian (Respiratory Care Supervisor, Innovis Health, LLC); Saylee, Joyce; Nyberg, Carrie; Jacobson, Lori; Fadness, Julie; Fraase, Susanne; Menz, Brenda; Mahoo, Linda; Thomson, Cheri; Knutson, Andrew; Loeffen, Sara; Thilquist, Eric; Marchus, Amy (Pharmacy Operations Senior Manager, Essentia Health); Krack, Melody; Davis, Melinda; Manson, Bobbie Jo; Nayes, Bradley; Dorscher, Charlotte M. (Clinical Applications Analyst III, Essentia Health); Quanrud, Myra; Erbes, Sherry; Moran, Carol; Romine, Lindsay; Roforth, Tracy; Schwartz, Blair (Sterile Processing Supervisor, Innovis Health, LLC); Wadholm, Mindy; Friesen, Debra; Grant, Crystal; Puchalla, Terry; Jonason, Neil; Mitchell, Melanie; Moser, Melinda; Holte, Nancy; Shilling, John; Drews, Lynn; Hill, Ryan L; Hegseth, Brianne (RN-Ambulatory Care, Innovis Health, LLC); Olson, Andrea; Treichler, Ann Marie; Heller, Tia; Woodard, Christy (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Beil, Gretchen; Ross, Vicky; Lundstrom, Denise; Leeser, Sally; Ford, Brandon; Jepson, Dana; Quast, Renee; Unterseher; Rabadi, Khaled; Kinzler, Gina; Roerick, Jeannie (Diagnostic Imaging Supervisor, Innovis Health, LLC); Schleske, Heather; Emmeck, Angela (Community Care Associate, St. Mary's Regional Health Center); Tjon, Melissa;  Skochenski, Allen; Poore, Julie; Glennon, John; McDougall, Erica; Halvorson, Melissa; Nyhus, Jill; Frost, Colleen (RN-Acute Care Supervisor, Innovis Health, LLC); Thorsvig, Luanne; Jelinek, Daryl; Grott, Michael; Jadaan, Atef; Woods, Lindsey; Heald, Lance M. (Nurse Manager, Innovis Health, LLC); Salo, Joan; Wagner, Sally; Zacharias, Casseopia; Arel, Shelly; Ekre, Pamela; Snelgrove, Kim; Booth, Jill; Haman; Glenn; Homan, Zena (Physician-Section, Chair, Innovis Health, LLC); Kulasingham, Shivan; Zacher, Leah; Olson, Danielle M.; Klapp, Linda; Kraus, Allie; Johnson, Lynnsie (Registered Nurse - Nurse Care Line Supervisor, Essentia Health); Earley, Linda; Ziegler, Rebecca; Melgard, Margaret; Micklos, Rachel; Rabideaux, Phyllis; Olson, Paula; Toczek, Kay (RN-Home Health Supervisor, St. Mary's Regional Health Center); Withnell, James; Wald, Rachel; Miller, Emily; Gilbertson, Brian; Ferguson, Kathryn; Leerssen, Rachel (Clinical Applications Analyst III, Essentia Health); Hegseth, Mary (Registered Nurse-Clinical Coordinator, Innovis Health, LLC); Bladow, Betsy; Christl, Lorri (End User Platforms Supervisor, Essentia Health); Schenck, Barbara (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Cormier, Francis; Korsgarden, Deborah; Cook, Alison; Pearson, Susan; Nimlos, Bergen; Desautel, Becky (Coding Manager, Essentia Health); England, Michelle; Geist, Belinda; Drewlow, Vickie (Former Clinical Assistant-LPN, Innovis Health, LLC); Tessman, Leilani; Johnson, Brittney; Lien, Debra; Dibley, Julie; Anderson, Kerri (Volunteer Supervisor, Innovis Health, LLC); Grobe, Nicole; Friesen, Brittany; Thorp, Jennifer; Clem, Tonya (Assisted Living Manager, St. Mary's Regional Health Center); Plante, Karla; Leonard, Christina; Wampler, Melinda; Klinnert, Jody; Krogen, Brenda; Abel, Susan; Niehaus, Tammy; Swiers, Nicole; Rue, Haley-Jo; Boucher, Nicole; Kambeitz, Samatha; Linn, Rebecca (Clinical Assistant-LPN, Innovis Health, LLC);  Walrath, James; Wegner, Paige (Nurse Manager, Innovis Health, LLC); Block, Judy, Lettenmaier, Ashley; Navarro, Maria; King, Heather (RN-Acute Care Supervisor, Innovis Health, LLC; Lien, Susan (RN-Employee Health Supervisor, Innovis Health, LLC); Strubbe, Carie; Kohler, Sharon; Clemens, Lisa

2

Exhibit C Recipient Supplement

(RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Jensen, Sherry (Patient Relations Associate, Essentia Health); Busch, Tania; Lien, Nicole (RN-Ambulatory Care, Innovis Health, LLC); Lague, Sandra; Friese, Roxanne; Baker, Brett (Biomedical Engineering Manager-Essentia Health); Buehler, Dawn (RN-Ambulatory Care, Essentia Health-Fosston); Dahlen, Kirsten (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Moen, Cynthia; McDougal, Allison; Husby, David; Knecht, Pam; Baumgartner, Carrie; Knain, Kimberly (Pharmacist-Acute Care, Innovis Health, LLC); Fett, Trevor (Security Supervisor, St. Mary's Regional Health Center); Brinkman, Christy (Operations Administrator, St. Mary's Regional Health Center); Schons, Jessica; Benedict, Susan (RN-Ambulatory Care, Innovis Health, LLC); Johnson, Jamie; Steeke, Amy; Lambert, Matthew; Thomas, Natasha; Hammer, Kelsey; Starbeck, Katherine; Nelson, Matthew; Nelson, Renee; Anderson, Britta; Newling, Teresa; Monroe, Tina; Miller, Tamara; Johnson, Terryl; Golden, Greta; Swanson, Rhonda; Martin, Claire; Thompson, Karen; Woodard, Tamara; Myer, Leslie; Yousefi, Faysal; Nelson, Tara; Misemer, Kelsey; Olson, Connie; McKinnon, Dawn; Scheel, Lori; Fretheim, Bonita L. (Former Clinical Assistant-LPN, Innovis Health, LLC); Fetzer, Jessica (Risk Manager, Essentia Health); Luger, Patrick; Peterson, Ryan; Dorow, Kyle (Vice President, Finance, Essentia Health); Nicholls, Shelly; Christlieb, Ann; Teske, Adeline (Laboratory Manager, Innovis Health, LLC); Bjoralt, Marilyn (Former Diagnostic Imaging Director, Innovis Health, LLC); Bjelde, Carol; Tamm, Allison; Carlblom, Chad; Starkey, Heather; Anderson, Kristi; Zahnow, Lisa; Schossow, Kimberly; Rice, Tess (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Olson, Kayla (Diagnostic Imaging Manager, St. Mary's Regional Health Center); Swenson, Jodi; Brekke, Michael; Villnow, Joan; Fischer, Nicole; Curfman, Scott (Chaplaincy Supervisor, Innovis Health, LLC); Lewis, Mike; Black, Victoria (RN-Program Manager, Innovis Health, LLC);  Pavlacky, Chelsey (Operations Manager II, St. Mary's Regional Health Center); Ivasiecko, Donna; Sunde, Lizette; Olson, Barbara (Operations Manager II, Innovis Health, LLC); Beilke, Kelly; Bontjes, Lindsay; Weatherman, Lacey M. (Senior Quality Partner, Essentia Health); Christensen, Anne; Erickson, Erin; Jaster, Nicollette; Anderson, Lynnette; Wixo, Lisa; Ashmore, Marilyn; Smolen, Brandon; Nirschl, Allison (RN-Acute Care Supervisor, Innovis Health, LLC); Boldenow, Marjorie;  Hermanson, Sheila (Senior Quality Partner, Essentia Health); Thieman, Michele (Physician-Division Chair, St. Mary's Regional Health Center); Odle, Grant; Jansen, Brent; LeKatz, Mindi; Braukmann, Brandi; Kleindl, Jessica; Hovland, Mindy (Patient Access Representative, Essentia Health); Carlson, Andrea; Brown, Joan; Heitman, Leoniza; Wagner, Holly (Patient Access Supervisor, Essentia Health-Fosston); Sundet, Morgan; Tollefson, Mandy; Kiefer, Megan (Rehabilitation Services Manager, Innovis Health, LLC); Frost, Robin; Vangsness, Janyne; Thorson, Bradley; Thiel, Barbara; Heegard, Janice; Schultz, Christine; Kunkel, Renelle; Johannsen, Jeffrey; Gebur, Joshua (Physician-Division Chair, Innovis Health, LLC); Jenzen, Bonita; VanGuilder, April; Coyle, Michelle; Dukart, Katie; Peterson, Mary; Johnson, Elizabeth; Aas, Emily; Bruinsma, Amanda (RN-Home Health Supervisor, St. Mary's Regional Health Center); Dumpprope, Mary; Hoffart, Carrie; Carlblom, Kristen; Norton, Angela; Jacobson, April; Hamilson, Tony; Leishman, Kaitlin; Flores, Maria; Rohlik, Aubrey; Hodgson, John M.; Kent, John; Henry, Jennifer; Peterson, Jennifer; Haglund, Bret; Hillyer, Yvonne; Hines, Bethany; Orvik, Ruth; Seleen; Aho, Amanda; Mahnke, Sheryl; Strom, Jeanine; Skalin, Sara; Olson, Marcia; Belknap, Burton; Rolstad, Andrea; Mathias, Jann; Hall, Elizabeth; Rainsberry, Denise; Sarbaum, Katie; Weston, Penni; Veralrud, Kimberly (Nurse Manager, St. Mary's Regional Health Center); Nagel, Laura; Ailie, Jessica; Hoseck, Sarah; Bergquist, Jane (Former Environmental Services Supervisor, St. Mary's Regional Health Center); Hoefs, Benjamin; Pollock, Leila; Swenson, Joanne;  Morris, Laura (Pharmacy Manager, Innovis Health, LLC); Jasch, Mary; Sykes, Aaron (Laboratory Manager, Innovis

3

Exhibit C Recipient Supplement

Health, LLC); Ward, Holly; Satterlund, Diane; Zaffke, Jenna R.; Rollie, Charlotte; Bjorhus, Jordan (Rehabilitation Services Manager, St. Mary's Regional Health Center); Sundeen, Jana; Lingwall, Sara (Operations Manager III, Innovis Health, LLC); McGowan, Laura; Nelson, Anthony; Shuster, Sara; Micklos, Dexter; Erlendson, Gail; Massmann, Matthew; Kjos, Janell; Thompson, Jan; Lichtenberger, Kayla; Dickey, Jeanette; Sixberry, Keitha; Schmitz, Troy; Rosenberg, Julie (Administrator, Graceville Health Center); Aasland, Brent (Maintenance Manager, Innovis Health, LLC); Nguyen, Tilly; Winter, Mary; Richardson, Shoshone; Larrabee, Samantha; Schmidt, Kristi M.; Wittmayer, Cora; Vigesaa-Disse, Casandra; Skogen, Sheri (Nurse Manager, Innovis Health, LLC); Stewart, Michael; Harvey, Lynda; Neuschwander, Charissa (Site Supply Chain Supervisor, Essentia Health); Schmit, Megan; Olson, Laurie (Respiratory Care Supervisor, St. Mary's Regional Health Center); Olson, Laurie; Holten, Benjamin; Parks, Paige; Shipman, Theresa; Steinwand, Chad; Hulke, Andria; McKinnon, Alisha M. (Nurse Manager, Innovis Health, LLC);  Chase, Charlene (Clinical Assistant-LPN, St. Mary's Regional Health Center); Heitkamp, Leslie A. (Nurse Manager, Innovis Health, LLC); Gordon, Sarah; Wittkopp, Micheal (Buyer-Essentia Health); Johnson, Nancy; Anderson, Kally; Schoot, Melvin; Schock, Rose; Anderson, Elisha; Nedrebo, Stephanie; Tofibam, Naomi; Mante, Saakwa; Vosberg, Mary; Hansen, Katherine (Physical Therapist, Polinsky Medical Rehab Center); Severson, Kyrie; Kluting, Jane; Lee, Vickie; Quittschreiber, Jenifer; Rux, Susan; Guler, Amanda M. (Licensed Practical Nurse, Essentia Health); Entzminger, Jayel; Schiltz, Chad; Rankin, Christine; Gribbin, Samantha; Mulske, Jennifer; Lingen, Jenny; Caspers, Marcia; Skatvold, Sara; Olson, Agata; Swanson, Darren; Jager, Katie; Reski, Carol;  Larson, Dena (Diagnostic Imaging Director-West, Innovis Health, LLC); Strand, Duane (Physician, Innovis Health, LLC); Larson, Megan E.; Ross, Joy; Kiehl, Rose; Biesiot-Akers, Jessica; Buhr, Danise; Gray, Melissa;, Wahlin-Quinlan, Shelley; Vanderscheuren, Amy (Quality Partner II, Essentia Health); Marquette, Renate; Kremens, Karol; Perrine, Paige; Bozovsky, Jeffrey; Norby, Michelle; Telford, Ryan; Kramer, Patsy; Knain, Barb; Heiser, Nancy; Warren, Cristine (Clinical Assistant-LPH, St. Mary's Regional Health Center); Gist, Delayne (Transcription Supervisor, Essentia Health); Olson, Bradley; Kuss, LeRoy; Kading, Shelly; Perdue, Shannon; Williams, Lillie (Telecare Services Supervisor, Essentia Health); Johnson, Mary; Kostrzewski, LaVonne; Myhre, Veronica; Nemec, Connie; Costin, Tammy; Volesky, Emily; Kolbinger, Karen; Holmstrom, Jill; Holland, Pamela; Beebe, Tamara; Yoe, Norbert H. (Physician, Innovis Health, LLC); Haarsager, Shannon; Hanson, Sara (Director of Nursing for Ambulatory Clinics); McNutt, Melanie; Carrisalez, Brittany (Pharmacy Technician-Automation, Innovis Health, LLC); Erickson, Traci;  Skoog, Rachel (Diagnostic Imaging Supervisor, St. Mary's Regional Health Center); Baumler, Sharon; Mayer, Corey (Procurement Supervisor, Essentia Health); Brown, Camille; Hendricksen, Patricia; Burnside, Stephanie; Blazer, Suzanne; Severson, Lynn M. (VP, Management Accounting, Essentia Health); Moore, Sheena (RN-Acute Care Supervisor, Innovis Health, LLC); Lundy, Carrie; Hovland, Laura (Operations Director, Innovis Health, LLC); Hukriede, Jessi; Koll, Stacy (Nutrition Services Supervisor/Dietician, St. Mary's Regional Health Center); Palluck, Vicky (RN-Acute Care Supervisor, Innovis Health, LLC); Bitz, Heidi; Lantz, Leo; Thornby, Myra; Kramer, Marilyn; Becker, Kara; Wiltse, Cayla; Puttbrese, Kathy;  Klotz, Judy; Hanson, Sarah; Jendro, Diane; Gustafson, Ryan; Haugen, Tiffany (RN-Acute Care II-OB/NICU, Innovis Health, LLC); Kemmer, Shirley; Thomas, Andrew (Nurse Manager, Essentia Health-Fosston); Wallace, Jean; Stoltman, Brittany; Ring, Abigail; Kimball, Tiffany; Sauer, Cynthia; Stine, Jennifer; Huseth, Ericka; Colby, LeAnn; Barlow, Elisabeth; Nelson, Janine; Goetz, David; Eslinger, Tiffany; Sheldon, Michael; Doscher-Klukken, Heidi; Morgan, Sarah; Anderson, Stephanie; Semmler, Christie; Nagel, Wade (Pharmacist-Acute Care, Innovis Health, LLC); Mattson, Jocelyn; Wallace, Sarah; Pantzke, Deanna;

4

Exhibit C Recipient Supplement

Collins, Trisha; Christianson, Amanda M. (RN-Ambulatory Care, Innovis Health, LLC); Christianson, Amanda; Thurman, James; Lammers, Lindsey (Polysomnographic Technologist Supervisor, Innovis Health, LLC); Kneip, Julie; Pearson, Lois; Jenson, Tara; Didier, Mara; Birkeland, Paula; McKenzie, Nancy P. (RN-Acute Care-PACU, St. Mary's Regional Health Center); Marquardt, Gail; Jasperson, Rhonda; Grettum, Kristi; Rokusek, Elaine; Bye, Aftin; Sternberg, Traci; Spring, Margo; Buckley, Kristi; Enockson, Michelle (Rehabilitation Services Director, Innovis Health, LLC); Hetzler, Janelle; Fiedler, Adrienne; Reishus, Kimberly; Nelles, Rachel; Kauffman, Russell; Knuth, Anne (Accounts Payable Supervisor, Essentia Health); Christianson, Shawn (Quality Director, Essentia Health); Hartke, Julie; Gebeke, Alexandra; Zenker, Mary; Rugroden, Sally; Pokharel, Monika; Sherman, Corianne; Carlson, Julie; Schultz, Rebecca; Callahan, Kevin; Krieger, Florence; Paju, Chelsey; Olson, Kevin; May, Angela; Wallace, Tressa; Pokhrel, Sashank; Zuel, Melissa; Garrahy, Shauna; Wasemiller, Paul; Bjertness, Joan M (Registered Nurse-Clinical Coordinator, Innovis Health, LLC); Manickavasagam, Saraswathy; Freeman, Loretha; Patel, Sneh; Wiederholt, Shannon; Erb, Katie; Ell, Amy; Hewitt, Austin; Cordell, Tiffany A. (Nurse Manager, Innovis Health, LLC); Winjum, Denise; Rueckert, Carmel; Hoss, Melissa (Coding Supervisor, Essentia Health); Larson, Brittni; Miranowski, Carol; Ramage, Allen; Marinetti, Leah; Iverson, Janet; Howden, Richard; Tschakert, Casey; Mohs, Thomas; Aberle, Tiffany; Crowe, Cheryl; Lampl, Shila; Halls, Ruth; Cole, Shari; Holmer, Jennifer; Hand, Tessa; Sauter, Brian; Qarni, Ahmer; Jungwirth, Greta; Jerger, Stephanie; Syrquin, Mickey; Maneval, Allison; Conant, Tamara; Olauson, Christy (Clinical Assistant-LPN, Innovis Health, LLC); Kremer, David; Wold, Kevin; Eisenbeisz, Shelley; Mickelson, Ann M. (RN-Ambulatory Care, St. Mary's Regional Health Center); Bergan, Deann; Briol, Christopher; Lee, Jenny; Miller, Sarah; Lauinger, David; Weickert, Christopher; Johnson, Natalie; Hintzman, Karen; Skaaland, Cara; Danielson, Carrie; Keashly, Rae; Teiken, Erin; Mehus, Elizabeth; Lindberg, Erin; McDonough, Kristin; Lageson, John; Hagen, Tiffany (Social Worker Supervisor, St. Mary's Regional Health Center); Hruby, Nathan; Hoffmann, Melanie; Rugg, Jennifer; Huether, Mallory; Mienert, Kristi (Home Health Manager, St. Mary's Regional Health Center); Dickerman, Lorraine; Geerdes, Amy; Olson, Brenda; Gurskis, Katie; Schmidt, Nicole; Kaiser, Sonya (Clinical Assistant-LPN, Innovis Health, LLC); Christopher, Arlene; Rohrer, Aril; Johnson, Brandell; Fahey, Patrick; Satrom, Beth (Telecare Services Director, Essentia Health); Muscha, Kari; Hulne, Jennifer; Huddleston, Mallory; Holtan, Vicki; Hockett, Misty; Johnson, Amanda; Buboltz, Ludovissie, Jenna; Fischer, Linda; Kielb, Amber; Aeilts, Amy (Pharmacist-Acute Care, Innovis Health, LLC); Dees, Brian (Physician, Innovis Health, LLC); Oberg, Kasey J. (Nurse Manager, Innovis Health, LLC); Oberg, Kasey; Graham, Jessica; Solum, Sharon A; Vetter, Sarah (Clinical Assistant-LPN, Innovis Health, LLC); Moses, Alexander; Crow Kamath, Susan; Thomas, Anna R. (Nurse Practitioner, Innovis Health, LLC); Hinkley, Sheri; Olander, Kari; Akkerman, Dave (Physician, Innovis Health, LLC); Nammour, Fadel; Gunkelman, Ashley; Souder, Paula; Skunes, Doris; Hoerner, Christina; Schaefer, Carol; Brazier, Carrie; Bratvold, Marion; Graham, Kathy; Wilberg, Denise; Klein, Steve; Randklev, Lana; Johnson, Julie; Gerdes, Mark; Downs, Janet; Swanberg, Amy; Steinke, Emil; Mickelson, John; Huschka, Ashley (Operations Manager III, Innovis Health, LLC); Beach, Bret (Diagnostic Imaging Manager, Innovis Health, LLC); Philpot, Megan (Technical Laboratory Supervisor, Innovis Health, LLC); Justin, Lynn; Schauff, Matthew; Wroblewski, Robert; Nelson, Autumn; Bailey, Cindy; Johnson, Robyn; Gaughan, Brittany; Bakken, Diane; Ranum, Darcie; Bubach, Julie (Pharmacy Manager-Clinical, Innovis Health, LLC); Mattson, Vanessa; Such, Tami; Thompson, Shannon; Benson, David; Punton, Matthew; Mansek, Donna; Cleveland, Connie; Taylor, Jean; Tretbar, Danielle; Gunderson, Debra K. (Senior Business Analyst, St. Mary's Regional Health

Exhibit C Recipient Supplement

Center); Meyer, Wanda; Ziesch, Marshell; Johnson, Tara; Staffne, Tanye; Gilsdorf; Woroniecki, Judi (Health Information Services Support Supervisor, Essentia Health); Moenkedick, Abbey; Jellison, Debra; Smith, Tricia; Lomen, Kari (Clinical Assistant-LPN, Essentia Health-Fosston); Hogan, Kristen; Evanger, Christie; Smith, Benjamin; Sikkink, Kari; English, Steven; Helbling, Nicholas J. (Pharmacy Operations Senior Manager, St. Mary's Regional Health Center); Romanoski, Marian; Bolar, Randall; Bevins, Vikki (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Wentz, Rache; Juberian, Lois; Kiesow, Nicole; Mason, Jacquelyn; Hagen, Naomi (Registered Nurse - Ambulatory Care Supervisor II, Essentia Health - Fosston); Grunewald, Julie (Billing Manager, Essentia Health); Marthe, Karla; Erickson, Amanda; Erholtz, Teresa; Moen, Andrew (Physician-Division Chair, St. Mary's Regional Health Center); Erickson, Perry; Johnson, Sarah; Haugen, Joel; Retz, Carol; Young, Kayla; Paul, Cathleen; Matos, Manuel; Eckman, Nikki; Schultz, Katherine; Krile, Leah; Muhonen, Emalee (Operations Manager III, Innovis Health, LLC); Mayfield, Kristen L.; Verworn, Lisa; Wolf, Darby; Sollom, Dennis; Shockley, Sharon; Goehring, Gayle; Rogne, Keri (Program Manager-Microbiology/Molecular, Essentia Health); Larson, Nichole A; Zieman, Kinsey; Parks, Cathleen; Skalsky, Adam; Quade, Tammy; Vaagen, Deborah; Lyon, Jeanette, Whited, Christopher; Stetson, Julie; Visness, Lorie; Thompson, Cassandra; Willette, Cheri; Ulrich, Chuck (Operations Manager I, Innovis Health, LLC); Poole, Cheslyn; Januszewski, Jake; Bartels, Kathleen; Anderson, Tory; Bergquist, Casey (Maintenance Supervisor, St. Mary's Regional Health Center); Hiedeman, Amy (RN-Acute Care Supervisor, Innovis Health, LLC); Leibel, Zachary; Ayers, Kari; Thorson, Heidi; Resler, Marla; Grueneich, Josalyn; Grueneich, Josalyn; Thielbar, Lori; Bohmer, Teresa; Alonto, Augusto; Olson, JoAnn; Evenson, Renee; Storbeck, Dawn (Patient Access Supervisor, Essentia Health); Scheel, Teresa (RN-Ambulatory Care, Innovis Health, LLC); Schroeder, Maridee; Wolden-Bookey, Evelyn; Allan, Sharon; Grumbles, Shanna; Howell, Christa (Midwife, Innovis Health, LLC); Reuss, Elizabeth M. (Telecare Services Manager, Essentia Health); VanSickle, Carrie; Wills, Jenna; Hager, Allen; Steen, Renee; Beaulieu, Carly M. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Liebenow, Mary; Husted, Karen (RN-Acute Care, St. Mary's Regional Health Center); Copple, Tom; Omodt, Wanda; Johnson, Nicole (HR Operations Director, Essentia Health); Wientjes, Stacey; Erie, John; Aceituna, Rachelle; Lalim-Schatteles, Denise; Hyduke, Marie; Bjerke, Amy; Wothe, Donald; Kibler, Megan (Program Manager-Transfusion Services, Essentia Health); MacLeod, Melissa (Office Supervisor, Innovis Health, LLC); Dolsay, Monica; Alinder, Thomas G. (Nurse Manager, St. Mary's Regional Health Center); Kippen, Tanya; Mitzel, Wyatt; Zeltinger, Suzanne (Operations Administrator, Innovis Health, LLC); Jansen, Matthew; Kunecka, Paulina; Shamdas, Ann (Cancer Registry Supervisor, Innovis Health, LLC); Johnson, Rebecca; Palavra, Suvad; Baguas, Robert; Larsen, Jessica; Vetter, Richard, Dr. (Chief Medical Officer, Innovis Health, LLC);Landsverk, Nicole; Larson, Jason; Doyle, Leah; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Maaninga, Andrew; Splettstaszer, Brittany; Miller, Jenna; Anderson, Laurie; Finseth, Lynae (Operations Manager II, Essentia Health - Fosston); Leinen, Penny; Walker, Theresa; Dockter, Dianne; Hall, Leann; Mitzel, Rebecca (Former Nurse Manager, Innovis Health, LLC); Alwin, Debra; Mouw, LeAnn R. (Foundation Operations Director, Essentia Health Foundation); Elijah, Holly; Cannon, Shari; Brunken, Nathan; Larson, Stacey; Shipman, Melissa; Thon, Virginia; Koland, Heather;  Christianson, Christine; Evensen, Toni (Pharmacist-Acute Care, Innovis Health, LLC); Zietz, Jennifer; Pajari, Linnea; Klug, Abby; Johnson, Sally; Kautz, Sarah; Larson, Trey; Beitz, Traey; Thompson, Kayla; Larson, Ashley; Day, Verla; Swenson, Leah; Tappe, Karen; Rostvedt, Ashlee C. (Nurse Informaticist, Essentia Health); Savageau, Pauline; Ludowese, Mandi; Wing, Valerie; Hespe, Linda (Home Health Director, St. Mary's Regional

Exhibit C Recipient Supplement

Health Center); Malone, Jody (RN-Home Health Supervisor, St. Mary's Regional Health Center); Smith, Jodi; McNamara, Joseph; Singh, Ritesh; Dahl, Jason; Robinson, Karen; Thompson, Kristen; Rank, Michael; Janke, Jennifer (Midwife, Innovis Health, LLC); Olson, Gale; Christoffers, Collette; Stowers, Marietta; Biffert, Kimberly; Clutter, David (Former Physician-Section Chair, Innovis Health, LLC); Metzger, Todd; Fulton, Lana; Barnier, Dennie; Mueller, Amy; Stetz-Desmarais; Sandra; Schrupp, Danielle; Safranski, Mary; Lohnes, Linda; Hauf, Tami (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Ferguson, Marlene (Accounting Services Manager, Essentia Health); Peters, Camette; Haugen, Tyler (Pharmacist, Acute Care- Innovis Health, LLC); Busko, Joshua R. (RN-Acute Care Supervisor, Innovis Health, LLC); Mertens, Lauren; Harrington, Sharon; Jackson, Jessica; Penney, Curtis; Neyens, Terri; Nudell, Jill; Paulson, Sandra;  French-Baker, Karla (Nurse Practitioner, Innovis Health, LLC); Fischer, Tenille; Keller, Jenny; Dunker, Jennifer; Nordick, Kathryn; Johannes, Lynae; Mason, Audra (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hoffman, Tanya; Brown, Julene (Former Chief Compliance Officer, Essentia Health); Irish, Laura; Pocrnich, Amy (Business Services Director, Essentia Health); Forderer, Cynthia; Broneske, Melissa; Stremick; Knox, Colton (Technical Laboratory Supervisor, Innovis Health, LLC); Nordmark, Michelle S. (Pharmacist-Acute Care, St. Mary's Regional Health Center); Schleske, Daron; Kelly, Krysta; Boe, Nick; Harju, Margaret; Moos, Penelope (Penny); Veflin, Tiffany; Melbye, Tricia; Simenson, Kaye; Jepperson, Jane; Boege, Kristin; Jarshaw, Nichole; Orthman, Nancy; Tenderholt, Kimberly; Olson, Linda; Swartz, Travis (Pharmacist-Acute Care, Innovis Health, LLC); Lucht, Christopher; Amiot, Amy; Lingen, Nicolle; Schaan, Sarah; Carlson, Terrie (Senior Budget & Planning Analyst, Essentia Health); Djerne, Brittany; Christensen, James; Kraft, Erika; Aelony, Jared; Sieling, Jennifer; Dosch, Helen; Anderson, James; Charles, Anna; Schmitz, Angela; Krupich, Brendan (Program Manager-Community Paramedic, St. Mary's Innovis Health EMS dba Essentia Health); Eriksson, Kelli; Ziegler, Brian R. (RN-Acute Care II-Emergency Room, Innovis Health, LLC); Trom, Jackie; Huseth, Karen; Bates, Tamara; Carmichael, Melissa; Pettit, Leah; Horning, Andrea; Nielsen, Renee; Leedahl, Dawn; McCaffrey, Lauto; Nelson, Kimberly; Hanson, Cheryl; Malakowsky, Susan; Husted, Eugene; Hillukka, Molly; Christofferson, Melissa; Troftgruben, Cindy (Nursing Director-West, Innovis Health, LLC); Meland, Rachel; Baumgartner, Kyle; Henderson, Theresa; Zieman, Jessica; Jezzard, Toby (Nursing Director-West, Innovis Health, LLC); Reardon, Scott; Connelly, Rochelle; Roggenkamp, Emily; Erickson, Sally; Walters, Kaitlin; Letzring, Joell; Fordyce, Brett; Redig, Marilynn; Stokke, Sandra (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Boyle, Laura; Buhr, Rena; Blilie, Ruth; Dauner, Monica; Meyer, Amy; Baugh, John; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Tangen, Chelsy; Baskerville, Patrick (Clinical Applications Analyst II, Essentia Health); Jacobson, Tara (Clinical Applications Supervisor, Essentia Health); Olson, Chris; Horsager, Amy; Cummings, Elizabeth; Moe, Rosemary; Tsen, David; Dalos, Karen; Anderson, Joan; Kortie, Michael (Environmental Services Manager, Innovis Health, LLC); Pearson, Aimee; Wallgren, Lora; Mace, Rebecca; Harthun, Heidi; Schmit, Mikki; Flatau, Heidi; Simonson, Wanda; Stich, Jordan; Bye, Carly; Grubb, Hannah; Bement, Sarah; Myhra, Tracy; Hayes, Angela; Diegel, Tanya (Physician-Division Chair, Innovis Health, LLC); Barnhardt, Scott; Goser, Mark, Davis, Alexa; Fewless, Theresa; Hofsommer, Lee; Hook, Breeanna (Nurse Manager, Innovis Health, LLC); Murach, Amanda M. (Clinical Assistant-LPN, Innovis Health, LLC); Cline, Beth (Clinical Assistant-LPN, Innovis Health, LLC); Haecherl, Alison (Operations Manager II, Innovis Health, LLC); Schauer, Laura; Quenette, Renollet; Hensel, Sheila; Heier, Timothy; Maloney, Colleen; Pageler, Ashley; Lund, Aaron; Busker, Katie; Koppes, Trista; Coplin, Jordan; Steiner, Traci (RN-Acute Care Supervisor, Innovis Health, LLC); Frank, Jennifer; Gerde, Matthew; Mutchler, Scott

Exhibit C Recipient Supplement

(Former Physician, Innovis Health, LLC); Schenck, Jason; Quittschreiber, Jeremy; Dierks, Connie; Nelson, Carmen; Goodman, Kathy; Israelson, Allison; Mayfield, Karen; Oien, Barbara; Holter, Amy; Gunderson, Chad (Clinical Applications Supervisor, Essentia Health); Mewhinney, Lynn; Gildersleeve, Yvonne; Watson, Melissa; Nimlos, David; Roberts, Samantha; Mitchell, Donna (Telecare Services Supervisor, Essentia Health); Johnson, Martha; Crandall, Lori (Pharmacy Technician Supervisor, Innovis Health, LLC); Visette, Paulette; Elizondo, Kimberly (Pharmacist-Acute Care, Innovis Health, LLC); Yeske, Jonathan; Johnston, Anne (Patient Access Manager, Essentia Health); Brainerd, Nancy; Ryan, Marie; Jahnke, Melody; Koolmo, Wendy; Wysuph, Kalee I. (Nurse Manager, Innovis Health, LLC); Kiecker, Kevin; Gauss, Jennifer (Pharmacist-Acute Care, Innovis Health, LLC); Ouellette, Amanda; Heisler, Stacia; Alton, Kia; French, Melissa; Haas, Marie; Strand, Crystal (Billing Supervisor, Essentia Health); Nelson, Kay; Burgau, Jordan L. (Nurse Manager, Innovis Health, LLC); Christenson, Shaun (Physician-Section Chair, Innovis Health, LLC); Crockett, Melissa; Zieman, Alecia; Johnson, Lynn; Francis, Mary; Thom, Travis; Johnson, Daniel; Reitmeyer, Julie; Dahring, Joyce; Wright, Aaron; Abraham, Blair (Senior Project Manager-Facilities, Innovis Health, LLC); Lien, Robby; Olson, Denise E.; Walter, Cheryl; Dozak, Tracy; Schwandt, Tara; Peterson, Brent; Evin, Wanda; Rajender, Setthalli; Duray, Brenda; Buechler-Price, Joni (Physician, Innovis Health, LLC); Pazdernik, Julie (Physician, St. Mary's Regional Health Center); Jacobson, Joan; Kub, Janet; Williams, Lola; Sonnenberg, Kayla; Hall, Jessica; Wendt, Joseph (Operations Administrator, Innovis Health, LLC); Bruns, Alan; Bauer, Jordan; Fritz, Travis; Larson, Bruce; Holzbauer, Berdine; Schiefelbein, Hannah; Linn, Stephen (Physician, Innovis Health, LLC); Schultz, Brianna; Kirchner, Joel; Hieb, Amy; Zacharias, Joshua (Maintenance Manager, St. Mary's Regional Health Center); Erickson, Tina; Radtke, Connie; Ronning, Nathaniel; Oswald, Marlys; Larson, Brittany; Johnson, Desiree; Ortmeier, Thomas; Schmitz, Jay; Marchus, Damon; Relford, Eileen; Adelman, Renea; Medenwald, Jill; Moomjian, Jennifer; Sternhagen; Harthun, Melissa; Twogood, Pamela; Koski, April; Robberstad, Tanner; Parks, Mikieala S. (RN-Acute Care II-Medical/Surgical, St. Mary's Regional Health Center); Reinke, Roberta; Obrigewitch, Mindy; Mack, Kelli; Snyder, Gregory; Wirth, Deanna; Knight, Jessica; Fischer, Ian (Social Worker Supervisor, Innovis Health, LLC); Young, Yvette; Sauvageau, Seth; Miranowski, Jeanne; Daniels, Teri (Coding Associate Analyst I, Essentia Health); Glass, Melissa; Hanson, Katherine; McGregor, Michael; Vinton, Paula; Collmann, Vanessa; Torrance, James; Anders, Brandon; Kuznia, Josh; Frederick, Kate; Stangeland, Tracy; Dufault, Lori; Anderson, Emily (RN-Acute Care Supervisor, Innovis Health, LLC); Burner, Gail; Hildebrant, Tara; Livdahl, Tanya (Billing Manager, Essentia Health); Spanswick, Kelsey; Haugeberg, Cristy; Sorenson, Marsha; Kessel, Ryan; Brunette, Jayson; Eggen, Bryan; Peeters, Truedson, Thomas; Swartz, Megan (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hocking, Jolynn; Schlauderaff, Jennifer (Senior Clinical Applications Analyst, Essentia Health); Isaak, Christine; Olson, Deborah;  Olson, Angela (Operations Director, St. Mary's Regional Health Center); Kappes, Stephanie; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Bakken, Alyssa; Christianson, Alice; Frisk, Cari; Berry, Gina; Ward, Peggy; McCormack, Diane; Gilbert, Trudy; Sampson, Jerome; Sawardeker, Prasad (Physician-Section Chair, Innovis Health, LLC); Timm, Anthony; Sliper, Jeffrey; Kleespies, Nancy; Floyd, Donald; Dion, Arlene;  McLaughlin, Jennifer (Marketing Director, Essentia Health); Pufall, Mary; Wright, Kathryn (Quality Partner II, Essentia Health); Brend, Kristi; Irvin, Sheila; Zutter, Jodi M. (Clinical Assistant, St. Mary's Regional Health Center); Allard, Vickie; Johnson, Lisa; Brumwell, Melanie (Physician, Innovis Health, LLC); Paulson, Nicole; McArthur, Chelsey; Bonn, Janet (Pharmacist-Acute Care, Innovis Health, LLC); Klein, Jennifer; Oriental, Legonne; Holmgren, Micah; Vetsch, Janna; Byrne, Kelly;  Simon, Shelby

8

Exhibit C Recipient Supplement

(Registered Nurse – Ambulatory Care Supervisor, Innovis Health, LLC); O'Leary, Trisha; Oswald, Tiffany; Cortese, Barbara; Glasner, Gregory; Blazek, Alicia; Kent, Ashley; Leake, Yovondi; Bopp, Lucas; Frederiksen, Nicholas; Gunderson, Tanya; Roberts, Emily; Strong, Theresa L. (Nurse Practitioner, Innovis Health, LLC); Kilber, Michelle; Knudsen, Kristin; Knight, Cathy; Dresow, Meagan; Pitts, Chloe (Pharmacy Optimization Specialist, Duluth Clinic); Solermritter, Megan; Baltagi, Nour (Physician- Innovis Health, LLC); Loining, Nick; Nelson, Lindsey; Masog, Douglas; Nix, Kenneth; Bullis, Kimberly; Boergerwilder, Jodi; Buth, Rebecca; Bloom, Kristin (Pharmacist-Acute Care, Innovis Health, LLC); Engst, Veronica; Hanson, Amy; Rohrich, Lacey; Messerschmidt, Ariana; Johnson, Andrea; Wiertzema, Jodi; Konneh, Hawa; Vetsch, Lou; Oothoudt, Matthew (Logistics and Warehouse Senior Manager, Essentia Health); Dally, Kristie; Bezell-Gierke, Jan; Francis, Ellie (Elinor) (Clinical Assistant-LPN, St. Mary's Regional Health Center); GefrohEllison, Stefanie; Frost, Donald; Gilbertson, Ivy; Gunkel, Angela; Handegard, Tami; Halvorson, Joseph (Nurse Practitioner, Innovis Health, LLC); Haider, Christopher; Halvorson, Joseph; Manecke, Michael (Environmental Services Supervisor, Essentia Health-Fosston); May, Kimberley (Operations Director, St. Mary's Regional Health Center); Kraemer, Michele; VanKeulen, Haley; Almeropp, Marin; Anderson, Susan; Atkinson, Megan; Hirt, Elizabeth; Herold, Douglas; Huesman, Elizabeth; Althoff, Catherine; Honeyman, Ronald; Anderson, Anna; Holtz, Pamela; Just, Kathleen; Judd, Kaycee (Diabetes Educator, Innovis Health, LLC); Germolus, Alessa; Braseth, Annette; Bailey, Ashley; Velasco, Stephanie; Smithers, Carly M. (Pharmacist-Ambulatory Care, Innovis Health, LLC); Nelson, Alicia; Wald, Whitney L. (Clinical Assistant-LPN, Innovis Health, LLC); Christensen, Shellie; Dolo, Cephas; Haugrud, Mary; Smart, Ryan; Conduah, Erin; Astrup, Jamie (Nurse Manager, Innovis Health, LLC); Knudson, Kristen; Beyer, Rebecca; Franke, Aaron; Johnson, Alicen; Hedlund, Deborah; Tollefson, Karin; Severson, Stephanie; Webber, Jessica; Thomas, BillieJo; VanHoecke, Ryan; Benda, Mary; Haskell, Robert (Pharmacy Manager, Innovis Health, LLC); Barros, Dusty; Byers, Bonnie; Spina, Morgan; Gravalin, Alison; Larson, Brady; Belschner, Jesse; Khatri, Jessica; Kemp, Robyn; Domier, Sarah; Barnett, Rayna; Smith, Daniel; Kieffer, Teresa; Haug, Carrie E.; Puttbrese, Cassondra; Strand, Nicole; Gutierrez, Lucas; Garcia, Kristen; Costello, Kelly; King, Jessica; Villnow, Brittany; Corfman, Randle; Flach, Kayla; Haus, Kara; Schmitz, Morgan; Stueve, Erika; Finn, Sandra; Omdalen, Susan (Foundation Director, Essentia Health Foundation); Johnk, Shayla (Registered Nurse, Essentia Health); Webb, Veronica; Christner, Elizabeth; Zarling, Maggie; Johnson, Danielle; Briard, Mariah; Alstead, Amber; Olson, Donald; Jensen, Melody; Butcher, Ruth; Hanson, Amber; Boschee, Charles; Anderson, Donna; Wilson, Sharon; Cumber, Michael; Sayler, Christine; Johnson, Kyle; Sell, Shannon; Hoge, Cynthia; Wright, Ashley; Erickson, Brenda; Neubauer, Katherine L.; Riewer, Molly; Jinnur, Praveen; Mertz, Taylor E. (Midwife, Innovis Health, LLC); Becker, Jenae; Martodam, Gregory; Martin, Tessa; Ihle, Katherine; Wood, Laura (Quality Partner II, Essentia Health); Knudsen, Alyssa (Technical Laboratory Supervisor, St. Mary's Regional Health Center); Bartunek, Lori; Stover, David; Cantone, Chad (Buyer-Pharmacy, Innovis Health, LLC); Dondoneau, Marnie (RN-Acute Care-PACU Innovis Health, LLC); Antoniuk, Pamela; Enget, Shannan; Odegaard, James; Holst, David; Tretter, Becky; Winter, Sarah; Zeis, Marlena; Ek, Charlene; Hallgren, Tiffany; Erickson, Jessica; Vigen-Iverson, Jennifer; Korhonen, Ashley; Van, Kristie; Haen, Andrew; Chelmo, Tammy; Jonason, Anitat; Goeller-Johnson, Stephanie; Best, Shelby; Marks, Kimberly (Former Physician Compensation Supervisor, Essentia Health); Whiteman, William (Senior Quality Partner, Essentia Health); Hentges, Zachary; Morrow, David; Ottmar, Jeffrey; Loberg, Natalie; Crull, Constance; Bachman, Kathleen; Huber, Laura; Dennison, Shannon; Nelson, Samantha; Hayes, Kathleen; McDonald, Teresa; Heilman, Carla; Erickson, Alexis; Murrary, Grace; Sorenson,

Exhibit C Recipient Supplement

Becky; Conway, Kelsie K.; Shand, Kelly; Doppah, Felecia; Kline, Patricia; Richardson, Michelle; Kasel, Abby; Jacklitch, Reyna; Wendt, Kristin; Noel, Holly; Mirous, Danielle; Pollock, Brian (Emergency Medical Services Supervisor, St. Mary's Innovis Health EMS dba Essentia Health EMS); Karsky, Kristin; Barta, Wendy; Lyonshanson, Chelle; Zuniga, Patricia; Boeddeker, Spring; Peluso, Christopher; Hongess, Jacilyn; Wallace, Brandi; Envik, Bryan (RN-Ambulatory Care Supervisor, Innovis Health, LLC); Wieler, Lisa; Peterson, Heidi; Wahala, Angela; Fitzpatrick, Kathleen; Haugen, Abbey (Registered Nurse - Ambulatory Care, Innovis Health, LLC); Anderson, Tiffany; Johnson-Hoehne, Anita; Jorgenson, Stephanie; Devireddy, Abhi (Infrastructure Architecture Manager, Essentia Health);Burgeson, Annmarie; Tovson, Jessica; Nordquist, Susan; McKenzie, Jacqueline; Olson, Letitia; Berger, Karla; Taplin, Ernest; Engel, Janna (Pharmacy Site Supervisor, Bridges Medical Center); Ronning, Kayla; Reardon, Kristen; Carlson, Connie; Mittleider, Carmen; Nowak, Mindie; Holzworth, Nicole; Arvidson, Roberta; Anderson, Caitlyn; Kezar, Tina; Vold, Denise; Dady, Megan; Koehler, Stephanie; Broadway, Steven; Martin, Patricia; Masten, Marjorie; McNamara, Jacqueline; Mendez, Patricia; Olson, Taryn; Miller, Jeffrey; Mickelson, Patricia; Motschenbacher, Kurtis; Sather, Mei-Wen; Vinyh, John V.; Walker, Deborah; Carson Sandness, Amanda; Anderson, Sarah; Adkins, Kandice; Cavett, Val (Clinical Assistant-LPN, Innovis Health, LLC); Christl, Jerrold; Hendrickson, Shanna; Wayne, Tamela; Yeager, Kimberly; Whirley, Jaclyn; Alder, Vicki; McDermott, Tabitha; Behr, Amanda (Diagnostic Imaging Manager, Innovis Health, LLC); Ziegler, Jennifer; Boehlke-Fiecke,Brittani; Johnson, Shannon; Figuerres, Harchie; Nelson, Elizabeth; Hockett, Stephanie; Zink, Jamie; Nash, Anne; Schadler, Melinda; Thompson, Tamara; Linn, Zachary (Rehabilitation Services Manager, Innovis Health, LLC); Scribner, Brady (Security Manager, Innovis Health, LLC); Morken, Kristen; Tumberg, Kelly; Solem, Nicole; Maag, Jenna; Hall, Thomas; Johnson, Susan; Michaelson, Elizabeth; Hillukka, Kyah; Trautman, Jennifer; Rindahl, Stephanie; Craigmile, Donna L. (RN-Educator, St. Mary's Regional Health Center); Scheer, Michael (Pharmacist-Acute Care, Innovis Health, LLC); Alinder, Sandra (RN-Acute Care Supervisor-St. Mary's Regional Health Center); Olson, Emily; Liddell, Amy; Berger, Dalene; Crandall, Peggy; Bernhardt, Aaron; Rund-Rieppel, Natalie; Sorensen, Christian; Flaten, Karen; Schmitz, Sydney; Lee, Carol; Brand, Deborah; McDermott, Heather; Anderson, Deann; Gingerich, Carla; Gunderson, Esther; Shervey, Gretchen; Ingvalson, Jolie; Haven, Patricia; Kortie, Dana (Nutrition Services Supervisor II, Innovis Health, LLC); Opgrand, Heather; Kappes, Kelly; Asket, Kendra; Softing, Amy; Dickmeyer, Megan; Hoffman, Nicole M.; Buboltz, Jacquelyn; Morin, Christina; Jaenisch, Richard; Alleckson, Delores; Kapaun, Kassidy; Markuson, Melanie; Norton, Christina; Wing, Autumn; Mortenson, Bruce; Markeson, Marita; Wheeler, Amanda; Fossen, Kailie; Scilley, Lorelei; Rambousek, Brent; Bjornson, Lindi; Elmer, Amanda; Olson, Kristine (Physician & Professional Services Senior Director, Essentia Health); Koesterman, Michael; Ames, David; Albrecht, Jamison; Ackland, Jill; Perleberg, Pamela; Podoll, Alicia; Ostlie, Daniel; Boyer, Alexa; Soyring, Sarah; Walsh, Kristina; Enger, Krystal; Ferden, Karen; Sjostrand, Kirsten; Jacobson, Kurt; Beauchamp, Danny (Facilities Senior Director-West, Innovis Health, LLC); Boatman, James; Hamilton, Hailey; Tweet, Lynn; Makela, Jason; Lorenzen, Tricia; Simmons, Sandra; Belk, John; Twells, Pamela; Haaland, Kathleen (Coding Manager, Essentia Health); Evitt, Vernielou; Evenson, Benjamin; Neary, Lorelie; Schuette, Tamara; Greisen-Agather, April; Gray, Cynthia; Samuelson, Marcene; Schwandt, Robert (Pharmacist-Acute Care, Innovis Health, LLC); Roberg, Robert (Pharmacist-Acute Care, Innovis Health, LLC); Dillabough, Charles (Pharmacist-Acute Care, Innovis Health, LLC); Ditch, Pamela (Laboratory Supervisor, Innovis Health, LLC); Stewart, William; Koppelman, Barbara; Sands, Jennifer; Schlaht, Jan (Patient Relations Associate, Essentia Health); Sanders, Steven (Cardiac

10
Exhibit C Recipient Supplement

Rehabilitation Supervisor, Innovis Health, LLC); Stalboerger, Patricia; Hestbeck, Charlene; Athmann, Randal; Rasmussen, Barbara; Elliott, Victoria; Kreme, Randall; Brawders, Patricia; Shaffer, Kristie (Telecare Services Supervisor, Essentia Health); Plambeck, Lori; Kram-Paskey, Pamela; Badinger, Barbara; Czichotzki, Rebecca; Lucht, Theresa; Bitz, James; Johnson, Tarah; Freeman, Michelle; Olson, Roberta; Greminger, Liza; Schill, Rebecca; Hoque, Mdrisalatul; Walter, Candace; Beaudine; Kelly, Kimberly; Motschenbacher, Kristine; Crider, Mitchell (Physician-Section Chair, Innovis Health, LLC); Habrat, Amanda; Naumann, Sheila; Honeyman, Josh; Lawrence, Katie; Opoien, Barbara; Rayl, Kimberly; Quiggle, Eliza (Clinical Assistant-LPN, Innovis Health, LLC); Prince, Robin; McDonald, Cynthia; Schumacher, Mary; Davidson, Nancy; Skarphol, Angela; Prochniak, Susan; Ernster, Dale J.; Zentz, Tanja; Roemmichwey, Jerine; Stinson, Kristin; Steffl, Deborah (RN-Acute Care-Specialty, St. Mary's Regional Health Center); Curry, Judith; Sunram, Cathrine; Gustafson Martineau, Kristina; Rott, Gerald; Thornton, Kimberly S.; Soper, Constance; Nitschke, Patricia; Safar, Barbara; Naplin, Kimberly; Dekarske-Riewer, Kiara; Hendrickx, Lori; Hart, Jessica; Thompson, Joie; Scheurer, Erika; Busching, Julie; Rohrbeck, Nicole (Pharmacy Manager, Innovis Health, LLC); Myhre, Bobbi; Recine, Vincenzo N. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Thomas, Kiron; Swenson, Sarah B. (Clinical Assistant-LPN, Innovis Health, LLC); Ziegler, Lindsay; Knopp, Diana;  Lund, Kecia E. (Nursing Director, Innovis Health, LLC); Brockpahler, Melanie; Qadeer, Farhan; Sayon, Estella; Svaleson, Rebecca (Nursing Director-West, Innovis Health, LLC); Strand, Michelle; Rott, Megan; Berghorst, Kelly; Wyum, Evan; Anderson, Austin; Astrup, Abigail; Lacher, Adam; Mortenson, Karin; Vogeler, Jessica; Wainright, Linda; Beaton, Vickie; Ngwe, Dorin; Nokelby, Michael; Zach, Shannon; Lyseng, Alli; Jones, Anya; Jelinek, Diane; Laddusaw, Jessica; Adkins, Nicole; Woldmorrow, Sondra; Perkins, Rachael; Roush, Elizabeth; Childress, Kristina; Robberstad, Taryn; Jeffery, Jonathan; Steffl, Natalie; Abuminshar, Marwan; Green, Storm; Figueroa, Glen; Longworth, Julia; Iles, Nanette; Sayler, Stacey; Stoops, Sarah P. (Nurse Manager, Innovis Health, LLC); Overbeck, Lara; Lineburg, Cody; Murphy, Cassie; Anderson, Debra; Schaefbauer, Macey; Hansen, Carla; Hess, Aubrey L.; Kolkhorst, Kimberly; Sonnenberg, Julie; Johnston, Joni; Rasmusson, Allison; Caldwell, Jaana; Rosing, Cailey; Tucker, Shelly; Luttio, Kristin (Operations Manager III, Innovis Health, LLC); Bergerson, Bonnie; Kraft, Cassandra; Anderson, Danielle; Schafer, McKenzie; Karjalainen, Neil; Ashley-Villebrun, Talia; Keene, Roxanne; Reile, Kirsten; Marroquingalvez, Guillermo; Blom, Melissa B.; Ambros, Tadeu; McDonough, Alysha C.; Monson, Chelsey; Liem, Agnes F. (Nurse Practitioner, Innovis Health, LLC); Fosness, Sydney; Gilbertson, Sierra; Jacobson, Shelby; Larsen, Shayna; Jibril, Noureldin; Wielandt, Nicole; Ste. Marie, Michaela; Opheim, Lexi; Rosenkranz, Jana; Ancona, Brent; Gerlach, Ashleigh; Sherlock, Andrea; Kimball, Allie; Jones, Aaron; Ockert, Zachary; Cook, Janelle; Karlstad, Kelsey; Coauette, Grant; Remple, Cassandra; Cyrus, Annette; Kessler, Kate; Jackson, Jared; Murphy, Luke; Jung, Chasity; Mofyasandt, Martha; Weigand, Serena; Carlson, Kerry (Operations Administrator, Innovis Health, LLC); Eisinger, Jodell; Vijayappa, Madhu; Lind Wheatley, Kristi; Horseman, Heather; Harmon, Christina (Former Physician, Innovis Health, LLC); Stibbe, Adam; Strang, Angela M. (Physician, Innovis Health, LLC); Trickey, Nancy;  Wanzek, Philip; Bachmann, Taylor; Zick, Desirae; Krautkremer, Crystal; Bellin, Amy (RN-Patient Navigator, Innovis Health, LLC); Jorud, Cynthia R. (Nursing Director, Innovis Health, LLC); Auka, Sarah; Middelkamp, Matthew; Baden, Jack; Swanson, Colleen; Callahan, Mike; Bolin, Kim; Hays, Michael; Ellison, jo; Himle, Kaitlin; McGough, Shana; Iverson, Sarah; Volin, Andrew; Durrani, Qasim; Krump, Karralyn; HMMoyers@EssentiaHealth.mail.onmicrosoft.com; Leary, Amy; Sharma, Omprakash; Redick; Brenda; Hoffman, Casey; Korth, Krista; Martin, Linda; McWalter, Grant; Summerer, Rebecca;

11

Exhibit C Recipient Supplement

Achterling, Kelly;   Strong, Kayla M.; Marsh, Bridget; Adamek, Melissa (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Duval, Lisa; Smith, Shawn (Sterile Processing Supervisor, Innovis Health, LLC); Wheeler, Kayla; Larson, Megan E.; Hansen, Christian; Holmer, Sarah; Jacobson, Kelly; Sunram, Jenna; Pirozhkov, Nina; Sabby, Michele; Wehner, Carly L. (Pharmacist-Acute Care, Innovis Health, LLC); Anderson, Chelsea R. (RN-Acute Care Supervisor- Innovis Health, LLC); Shimell, Erin; Steffan, Stephanie; Johnson, Teresa (Operations Manager II, Innovis Health, LLC); White, Cheryl (Physician-Section Chair, Essentia Health-Fosston); Beach, Nancy (Executive Assistant, Innovis Health, LLC); Schweitzer, Renee (Operations Manager III, Innovis Health, LLC); Larsen, Elizabeth; Berg, Olivia; Elliott, Kimberly; Cook, Julie; Davis, Lisa; Moncada, Nichole; Harwood, Stacie; Hough, Andrea (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Bartholomay, Sheila K. (Clinical Assistant-LPN, Innovis Health, LLC); Hammargren, Jessica; Johnson, Candice; Mattern, Kyra; Morgan, Mena; Wleh, Vera; Welle, Emily; Morast, Connie; Gopi, Sreejith (Physician-Section Chair, Bridges Medical Center); Brambrink, Teagan; Williams, Paul; Carlblom, Megan; Blood, Sara J. (Quality Partner II, Essentia Health); Balfanz, John; Stall, Shaina; Arfaie, Sahand; Linman, Jill; Frisbie, Audrey; Camp, Crystal; Kritzberger, Jennifer; Ust, Lori; Surles, Valerie; Anderson, Jody; Tuper, Audrey; Raasch, Nicole; Gebur, Rachel; Clauson, Allison; Gjestvang, Jennifer (Executive Assistant, Innovis Health, LLC); Gladen, Karissa; Rosenau, Karla; Kent, Rebecca; Larson, Calli; Smith, Heather; Svare, Kathleen; Morlock, Nicole; Myers, Jordan; Johanns, Tylor P. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Kemper, Karyn (Diagnostic Imaging Supervisor, Innovis Health, LLC); Erdrich, Aaron; Grinde, Judy; Bier, Dennis; Foster, Kristina; Branden, Sarah (Sterile Processing Supervisor, St. Mary's Regional Health Center); Gregerson, Gail; Kaseman, Kristi; Donahue; Macleod, Jessica; Volden, Dawn; Johnson, Melissa; Fuchs, Tammi; Fleming, Heidi; Eagen, Marylyn (Clinical Assistant-LPN, Innovis Health, LLC); Cleary, Holly; Gritz, Tina; Kennell, Cassandra (Executive Assistant, Innovis Health, LLC); Gulbrandson, Sara; Kvale, Jennifer (RN-Acute Care Supervisor, Innovis Health, LLC); Sorenson, Amber; Kjenstad, Kristine; Bergren, Carla; Kvale, Jennifer; Scholler, Justine; Clark, Tamara; Craigmile, Donna L. (RN-Educator, St. Mary's Regional Health Center); Winkler, Erin; Mcinnes, Karen; Ehrmantraut, Ryan; Dandamudi, Venkata; Nelson, Cathy; Berry, Carmen; Weishaar, Angie; Martin, Reed; Dorff, Elizabeth; Kuehl, McKenzie; Kalberer, Tess; Dittmer-Anderson, Laura; Gordon, Phebe; Borgen, Joan; Peterson, Melissa (Regional Nursing Director, St. Mary's Regional Health Center); Wold, Kimberly; Ford@epic.com; Henning, Stasha; McGough, Zachary; Farah, Anab; Tetrick, Betsy; Lunde, Leanna; Boisjolie, Ann; Pagel, Dena; Thumma, Carol; Weatherford, Erica; Ratajczak, Amy; Lopez, Debbi;  Johnson, Kristen L.; Smith, Renae; Shelquist, Rebecca; Rotar, Heather; Raftevold, Austyn; Heimark, Tami; Allard, Amy; Burnham, Carrie; Stelzer, Alexa; Moen, Michael; Mehus, Lanette M.; Turnow, Angela; Bjellum, Hans; Solberg, Roberta; Nefzger, Kelsey (Registered Nurse-Program Manager, Innovis Health, LLC); Bjorgaard, Barry; Rogstad, Jessica; Strobel, Kourtney; Hoppe, Tony; Johnson, Gayle; Flemmer, Diane; Klaypenh, Christian; Allen, Joshua; Maher, Tiffany M. (RN-Acute Care Supervisor, Innovis Health, LLC); Sargent, Denise M. (Marketing Manager, Essentia Health); Lizakowski, Jason; Ledeoux, Laura;  Pomeranz, Bryan; Leet, Angela; Borash, Amy; Griffis, Jennifer; Lordeman, Ashley; Davison, Kurt; Allen, Tiffany; Swenson, Aaron; Blaney, Sheri; Bodle, Rhonda K. (Clinical Assistant-LPN, Innovis Health, LLC); Anderson, Deann; Kraft, Sherry L.; Strege, Andrew; Francis, Julie; Ihry, Victoria; Forrest, Barbara; Enga, Kathryn; Misialek, Erin (Former Intern-Pharmacy, Innovis Health, LLC); Hewson, Adam; Levin, Daniel J.; Wiemer, Misty; Palubicki, Kaitlyn; Milbeck, Kierstynn; Neuschwander, Lauren; Hayes, Summer; Bunn, Courtney G. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Fitterer,

12

Exhibit C Recipient Supplement

Kelsey; Haugrud, Emily (Prior Authorization Associate, Essentia Health); Matthys, Gary; Holm, Morgan; Christensen, Nathaniel; Bullock, Rebecca; Robley, Connor; Larson, Stacey; Arnhalt, Ashton L.; Garza, Aleida; Allen, Drew; Braun, Haley; Ladouceur, Patrick; Forsman, Michele; Mosley, Sarnaria; Kinney, Lisa; Klinkhammer, Amber; Stutz, Rebecca; Stark, Sarah B.; Downs, Jill; Kollie, Seanei; Wriht, Nyenpue; McCollough, Misty; Shaffer, Charles; Johnson, Cherish; Helgeson, Jodee; Woodard, Megan; Bucholz, Carissa; Bradley, David; Leier, Eryn; Grant, McKenzie A. (Former Clinical Assistant-LPN, Innovis Health, LLC); Bradley, Michelle; Footitt, Taylor; Griffiths, Nicolette; Lusso, Louann; Knudtson, Erin; Romsdal, Jordyn; Biffert, Rebecca; Lundmarktheisen, Tanja; Gottwalt, Alison (Budget & Planning Manager, Essentia Health); Wikman, Nicole; Achter, Natasha; Anderson, Aspen A. (Former Clinical Assistant-St. Mary's Regional Health Center); Blair, Tanya; Swanson, Nathanial; Brandner, Drew; Williams, Dana; Lundstrom, Anna; Ambuehl, Kathryn; McCullough, Darcie; Agnew, Jennifer; Erickson, Samantha R. (RN-Acute Care II-Specialty, Innovis Health, LLC); Rude, Jaclyn; Briolo, Mallory; Garry, Shannon; Softing, Sherri (Nutrition Services Manager, St. Mary's Regional Health Center); Dyrdahl, Jodi; Maii, Dylan; Brown, Michelle; Pogreba, Emma; Reed, Shane; Sefcik, Dorcas; Erickson, Elizabeth; Hystead, Aaron; Cooper, Brian; Oleary, Keith; Alexander, Sarah; Olson, Cynthia; Delorme, Gina; Vanhal, Jenna; Linstad, Lynette; Edens, Abigail; Grabow, Whitney; Sheikh, Israr; Brodsho, Melissa; Welch, Molly; Dorow, Amber; Buller, Amber; Seaberg, Rebecca; Berglund, Jacqueline L.; Pandolfo, Caitlin (Physician, Innovis Health, LLC); Nevins, Kathryn; Pokrzywinski, Heather L.; Yesenko, Michelle (Case Management Manager, Innovis Health, LLC); Bruhn, Jolene; Lundeen, Tina; Holmstrom, Cassidy; Yesenko, Michelle; Baril, Mackenzie (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Afonja, Burton; Harthun, Theresa; Weigel, Emily; Obenauer, Melissa; Wold, Ashley; Veranochavez, Jaime; Renschler, Robert; Peterson, Jonathon; Walker, Sarah; Perkins, Michelle; Chase, John; Benson, Terry; Kost, Ashleigh; Buller, Brianna; Gullingrud, Shannon; Radke, Kendra; Trosen, Tyler; Czapiewski, Cynthia; Schultz-Garnas, Cynthia; Norgaard, Paige; Henning, Emily; Lauwers, Sadie; Marquart, Holli; Lindley, Lindsey; Lutgen, Lottie; Rusch, Marleen; Amsbaugh, Nicole; Upton, James T. (Nurse Practitioner, Innovis Health, LLC); Lorsung, Jacob; Schlotfeldt, Ashley; Gonitzke, Paula; Berglund, Rick; Seidel, Jennifer; Rajdl, Heather; Morse, Sarah (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Greenshields, Patricia; Benson, Diane; Davy, Ashley; Emerson, Laura; Farnlof, Sarah A. (Quality Partner II, Essentia Health); Holaday, David; Rudolph, Chase; Gerdes, Christopher; Hanney, Susan; Steffan, Joshua; Davis, Creeonna; Vadehra, Vivek; Taylor, Jessie; Kleinschmidt, Diane; Devries, Julie; Williams, Elisa; Mattson, Candace; Penton, Garrett; Jenkins, Brandon; Dorholt, Taylor; Rudnick, Melanie (Clinical Applications Supervisor, Essentia Health); Sherman, Jane; Sitzer, Kimberly; Hovet, Courtney; Nemec, Grace; Smith, Aaron; Jensen, Elijah J. (Website Content Administrator, Essentia Health); Moran, Shauna; Ritchie, Alyssa; Mohs, Toni; Lessard, Debra; Ladouceur, Marquise; Praska, Jensen; Chelmo, Danielle; McKinnon, Marissa; Vinje, Ellen; Hinkel, Kimberly; Ganje, Jonna; Fevig, Mariah; Christen, John; Larson, Kelly; Lindblom, Jessica; Hansen, Jordan; Sullinger, Nicole; Miller, Jordyne; Olson, Tammy; Kuehn, Jodi (Senior HR Business Partner, Innovis Health, LLC); Gorder, Tammy K. (Clinical Assistant, St. Mary's Regional Health Center); Dopiriak, Kimberly; Gagnon, Delaney; Rockwell, Angela; Lehmann, Heather; Degerman, Preston; Miller, Cammie; Gibbs, Dana; Sherritt, Brianna; Boehm, Ashli; Bergmann, Marie; Scheibe, Meghan; Theesfeld, Jeremy T. (Nurse Manager, St. Mary's Regional Health Center); Mathias, Alexandra; Olcott, Jaquelyn; Hagerty-Branden, Breah; Gigstead, Emily; Tuma, Jolene; Woodbury, Kristina; Kelly, Jason; Drocic, Ana; Holmquist, Shawna; Thingvold, Nicole; Carlson, Karen; Koterba, Vicki; Rick, Brenda; Olson, Dustin; Ernst, Zachary; Leininger, Rileigh; Gullingsrud,

Kimberly; Vangerud, Megan; Selzler, Paula (Nutrition Services Manager, Innovis Health, LLC); Kunz, Kristin; Loepp, Renae; Kelly, Robert; Hudec, Megan; Bergquist, Christopher; Wahl, Lynda; Roth, Stacey; Bergstrom, Lora; Wutzke, Rebecca; Berg, Trevor; Grunewald, Doreen; Englund, Jessica; Fredrickson, Ingrid; Keller, Alexandria; Held, Ashley; Bleyle, Donald; Dockter, Bonita; Stompro, Kristine; Barton, Lisa; Harren, Laura; Biel, Meridith L.; Dunham, Mark; Skare, Elizabeth; Rivera, Joanne; Stras, Amanda; Miller, Wayne; Larson, Alyson (Pharmacy Site Supervisor, St. Mary's Innovis Health); McCarthy, Kylie; Zimmel, Adelaida; Schultz, Kristen (Operations Manager III, Innovis Health, LLC); Wiederhold, Ashley; Danielson, Danielle; Scholtz, Emily; Wentz, Nina; Krumme, Thomas; Saewert, Sonia; Disher, Kayla; Bacon, Keimiah; Degroat, Darlene; Pesek, Stacey; Linden, Ryan; Kiesow, Sarah; McDonald, Peter; Hoffart, Lisa; Smith, Danielle; JGWIRTH@EssentiaHealth.mail.onmicrosoft.com; Moore, Crystal; Kautz, Maisie; Lyon, Kirsten (Registered Nurse - Clinical Coordinator, Innovis Health, LLC); Landford, Agnes; Rhodes, David; Gilster, Debra; McDougall, Courtney; Wright, James; Lelm, Kaylah; Bitz, Trent; Walker, Samantha (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Kirwin, Rebecca; Hines, Randi (Billing Supervisor, Essentia Health); Meyer, Yvonne; Renowski, Ciarra; Herman, Mason; Brandt, Amber; Pocha, Christine; Motis, Destany; Mulholland, Donna; Soyring, Tracy; Brainerd, Cynthia; Rusch, Tanya; Phillips, Chasity; Ward, Jesse; Ethier, Alyssa; McGowan, Jacob; Hoover, Aaron; Kabbah, Saydia; Kalk, Kristina; Leichter, Eric; Langerud, Danica; Gillespie, Rose; Carlson, Gina; Scheving, Grace; Defoe, Adam; Szczur, Alison; Redenius, Kaeley; Kline, Brady (Environmental Services Supervisor, Innovis Health, LLC); Jorgenson, Hailey; Olson, Tanassa; Sloan, Martha; Ekren, Tara (Former Media Relations Specialist, Essentia Health); Bexell, Sydney; Jordan, Righsher; Koltes, Angela; Lutman, Allison; Stone, Danielle; Kusler, Katie; Spacek, Caroline; Koval, Fredric; Wambui, Nancy; Drinkwine, Wanda; Dufrane, Michael; Stearns, Alexis; Hall, Leah; Sergot, Danielle; Mitzel, Fredrick; Walz, Danielle; Knudsvig, Tricia; Lehman, Sarah; Shaw, Amber L. (Clinical Assistant, St. Mary's Regional Health Center); Hoyer, Starla; Otto, Marisa; Johnson, Gregory; Johnson, Ethan; Schanilec, Samantha; Erb, Angela; Schneidermann, Allison; Smude, Richard; Sandoval, Sarah; Conklin, Kelly; Remer, Stephanie (Clinical Assistant-LPN, Innovis Health, LLC); Stickler, Kathryn; Larson, Trista; Saurav, Alok; Longtin, Morgan; Nowotny, Allison (Senior Human Resources Business Partner, Innovis Health, LLC); Johnson, Connor; Jackson, Mary; Ragland, Eric; Domm, Haley; Lien, Cory; Berte, Assibi; Wilhelm, Megan; Johnson, Brooke; Carrier, Luann; Grossman, Corey; Auck, Alyssa; Geffre, Carly; Adkins, Nicholas; Schroeder, Courtnay; Sang, Katelyn; Ellis, Kena; Vetter, James; Radermacher, Anita; Shcherbinina, Natalia; Wendel, Maia; Klemisch, Robert; Buller, Debra; Haas, Corbett; Shamdas, Glenn; Kringlen, Rachel; Baxter, Cody; Oxton, Kira; Punj, Meenakshi; Sequeira, Herman; Nelson, Taylor; Kallis, Scott (Site Supply Chain Supervisor, Essentia Health); Wynes, Stephanie; Fahnbulleh, Jenneh; Kangas, Megan; Vivatson, Koree; Kiernan, Hannah; Wilson, Kaitlyn; Fuglestad, Paul; Grangroth, Jeanette; Forrester, Karen; Missling, Amy; Mattis, Elizabeth; Miller, Benjamin; Nicolescu, Razvan; Haggart, John; Mortenson, Darcy; Lien, Jack; Scholz, Jamie; Grenier, Lauren; Rice, Vanessah; Bauck, Zachery; Harmon, Lisa; Albin, Matthias; Oluleye, Oludamilola; Waynick, Daniel; Mcleod, Cary; Pikalek, Holly; Borsheim, Hannah; Burke, Wesley; Hecker, Brandon; Sohail, Ifrah; Hextail, Mamie; Larson, Jenna; Robbins, Charles (Business Systems Director, Essentia Health); Haslop, Brooklynn; Olson, Elizabeth (Telecare Services Supervisor, Essentia Health); Myrant, Daniel; Walker, Kari; Schaan, Payton; Monson, Elizabeth; Janson, Neil; Tuttle, Nicholas; Morken, Abby; Schwandt, Austin; Snedaker, Julia; Eronmosele, Gabriel; Mathur, Nitin; Brandt, Melinda (Revenue Services Associate I, Essentia Health); Marama, Natasha; Rondeau, Denise; Mjoness, Pamela; Thompson, Kaitlyn; Mcalister, Aimee; Marsten,

Nicole; Nelson, Laura; Kelly, Katie; Sheelakumari, Chippy; Hager, Kathleen; St. Claire, Jelissa; Eissinger, Rebecca; Williams, Kirsten; Skjonsberg, Allie; Morris, Destiny; Chandler, Tracy; Van Dyke, Tonya (RN-Ambulatory Care, Innovis Health, LLC); Clark, Nathan; Jones, Mercedes; Herman, Shelly; Dahnke, Shannon (Communications Director, Essentia Health); Holland, Britta; Trader, Joann; Renner, Rachel; Delatorre, Jessica; Carlascio, Krystal; Benson, Brittney; Kjos, Vicki; Speer, Crystal; Kyllo, Janelle; Moan, Maureen; Williams, Julio; Decock, Christopher; Morken, Lucas; Turnow, Craig; Schadler, Carson; Neu, Anna; Olson, Lauren; Habrat, Susan; Obrien, Lisa (RN-Ambulatory Care, Innovis Health, LLC); Rodriguez, Courtney; Sandahl, Taylor; Dykema, Tracy; Jupic, Aida; McManus, Molly; Rustad, Kathleen; Zeman, Kelly; Gibson, Kelsey; Pifher, Karen (Program Manager-Community Health, Innovis Health, LLC); Vasquez, Julia; Locke, Amber; Wedde, Adam; Wurst, Kaitlyn; Schultz, Marilyn; Narog, Megan; Lynnes, Jessa; Tohm, Debra; England, Kristina; Ham, Markeeta; Vanhee, Alexandra; Pepin, Ashley; Edmond, Janice; Easley, Kalvin; Bauer, Abby; Geigle, Joann; Burgard, Brenda (Former Clinical Assistant-LPN, Innovis Health, LLC) (Current Student-Nursing, Essentia Health); Esterby, Kristen; Gravning, Stephanie; Schoon, Kaylea; Thiele, Carla; Holmgren, Andrea; Eronmosele, Trisha; Newland, Amber; Geiger, Marisa; Kontz, Douglas; Gabel, Erin; Bachmeier, Candice; Dubs, Roberta; Marlen, Jeannette; Wentworth, Kevin; Kludt, Josephine; West, Maiya; Gahr, Pamala; May, Ashley; Moe, Cathleen; Langerud, Tammy; Donley, Mason; Hurley, Al (Chief Operating Officer, Innovis Health, LLC); Usher, Christy; Muhumed, Fartun; Humphrey, Brittney; Varady, Loralee; Jalarue, Alfred; Ward, Laura; Pringnitz, Ashley; Schumacher, Audri; Black, Charlie; Jerger, Brooke; Bergquist, Elizabeth; Westra, Madelyn; Browne, Cecelia; Holien, Kathy; Wicker, Betty; Erickson, Margo; Vandeberg, Becky; Phillips, Brian (RN-Ambulatory Care, Innovis Health, LLC); Stenger, Rachel; Janes, Tanya; Christenson, Marti; Ackerson, Jennifer; Ingle, Hailey; Vickers, Jennifer; Hansen, Amber; Pinoniemi, Jennifer; Zimmerman, Cassandra; Castle-Haven, Erica; Gana, Madeleine; Hanson, Diana; Askegard, Courtney; Gana, Rafeliii; Carlson, Travis; Roth, Oliver; Johnsrud-Taffe, Shelby; Hursman, Allison; Alin, Sadia; Johnson, Roxane; Merkens, Holly; Hunter, Sara; Schumacher, Nicole; Lanoue, Veronika (Dietician, Essentia Health); Cusey, Brittany; Crissinger, Michelle; Faleide, Rachel; Zetocha, Andrew; Lizakowski, Joshua; Thingelstad, Kaitlyn; Larue, Tyrell; Muller, Aaron (Pharmacist-Acute Care, Innovis Health, LLC); Christianson, Derek; Trenda, Taylor; Morton, Abigail; Dehoogh, Rachel; Swanson, Amanda C. (Midwife, Innovis Health, LLC); Soderquist, Sally; Dauner, Denelle; Meier, Jayme; Nordman, Chelsey; Schwartz, Galina; Velgersdyk, Jared; Weber, Hunter; Bozovsky, Kayla; Sneeden, Paul (Laboratory Supervisor, St. Mary's Regional Health Center); Hoenicke, Eric; Schoenefeld, Lexy; Khazrabakht, Seyedehniloofarniloo; Schmitt, Sharon; Zieba, Pawel (Former Physician, Innovis Health, LLC); Schultz, Kendra; Weber, Samuel; Sharma, Nita; Engbrecht, Ashley; Eaton, Sara; Pedersen, Mara; Scherfenberg, Cindy; Slaikeu, Amanda; Wood, Charles; Rodriguez, Natisha; Peltier, Stefanie; Johnson, Leslie; Torres, Melissa (Radiologic Technologist, St. Mary's Regional Health Center); Senyon, Massa; Heinzen, Maddison (Clinical Assistant-LPN, Innovis Health, LLC); Wicker, Martee; Erickson, Christian; Schettle, Maranda; Tuttle, Alyssa; Boutain, Alex; Axness, Barbara; Cisco, Edwina; Rudolf, Sheryl; Ugofsky, Alleysia; Mireles, Teylor; Feigum, Kayla; Kelleher, Jennifer; Berry, Samantha; Mach, Morgan; Ahmed, Mohamed; Cameron, Ashley; Uselman, Dana; Magill, Thomas; McCullough, Sarah; Kanten, Mollie; Vierheilig, Jacqueline; Farber, Melanie; Hillman, Kyra; Eggert, Darrel; Agarwal, Saloni (Physician, Innovis Health, LLC); Adam, Mariam; Chwialkowski, Trisha; Fithen, Jessica; Emo, Lindsey; Kolle, Lynn; Kroeplin, April; Werness, Lynell; Schrupp, Amanda; Lewis, Andrea; Wagner, Dean (Supply Chain Logistics Manager, Essentia Health); Huschka, Rusty; Christmann, Emily; Garness, Renea; Bader, Wyatt (Intern-Pharmacist,

Exhibit C Recipient Supplement

Innovis Health, LLC); Cooper, Richelle; Jimenez, Enrique; Holm, Terri; Markeson, Randall; Walker, Rainey; Guerrero, Victoria; Saba, Grace; Lynch, Brian; Reich, Chelsea; McCann, Cathleen; Anderson, Moriah; Dasilva, Jamie; Walker, Vanessa; Root, Jerian; Nord, Julie; Jonson, Katie; Noonan, Kristin; Anderson, Keven; Kobrinsky, Nathan; Ellefson, Chelsea; Trenda, Nicolle; Tweten, Sarah; Dehaven, Bria; Iverson, Sara; Gordon, Blake; Kram, Roger; Froslie, Nicole S.; Nyhus, Mark; Mecklenburg, Candace; Scheving, Grace; Martinson, Amanda; Khawand, Nabil; Klose, Sierra; Zikmund, Emily; Thimjon, Olivia; Randt, Stephanie; Binde, Carla; Engelmeyer, Elisha; Mohamud, Kaha; Lamitare, Srijana; Jama, Farhiyo; Cole, Kaytlenn; Hedlund, Melissa; Buhr, Molly; Frost, Matthew; Azaria, Maria; Ali, Sumaya; Russell, Christine; Eisenzimmer, Kasi; Bence, Kayla; Schnitzler, Carrie (RN-Ambulatory Care, Innovis Health, LLC); Daugherty, Kelsey; Aakre, Candace; Horvath-Dori, Sandra; Retz, Jacob; Moen, Tara; Litts, Madeline; Mbata, Eric; Jenson, Syris; Tucker, Cynthia; Cervantes, Mikayla (RN-Ambulatory Care, Essentia Health-Fosston); Tarvestad, Sarah; Berry, Kailey; Hommerding, Adrienne; Kovarik, Erin; Taylor, Noah; Nelson, Shelby; Lofgren, Benjamin; Mehta, Gaurav; Swenson, Chelsey; Kortee, Kebbeh; Ackerland, Dawn; Thomas, Famatta; Thoennes-Rost, Ginger; Williss, Jennifer; Williams, Nathaniel; Starleaf, Robyn; Hutchins, Stephanie; Erholtz, Taylor; Hudson, William; Smith, Trevor; Snyder, Kaddie; Larson, Pamela; Hagel, Lisa; Zafra, Thelma; Ludwig, Rande; Jasken, Jade; Finneman, Michelle; Hines, Margaret; Melvin, Makayla; Moug, Becky; Russ, Kayla; Ovitt, Tammy; Letvin, Rachel; Honl, Ciara; Christensen, Kori; Wynn, Dustin; Caulfield, Brittany; Asindua, Makkah; Rushlow, William; Genz, Jeremy; Rortvedt, Carley; Baas, Victoria; Tolkachev, Nikolai; Nowacki, Carrolee; Ostoj, Connie; Bladow, Amy (Clinical Assistant-LPN, Innovis Health, LLC); Ashraf, Sohi; Cossette, Leighann; Patterson, Patrick; Nguyen, Dat; Lund, Adam; Jurva, Cynthia; Abongningong, Louis (Intern-Pharmacy, Innovis Health, LLC); Kreft, Sierra (Pharmacist-Acute Care, Innovis Health, LLC); Hoernemann, Jordann (Pharmacist-Acute Care, Innovis Health, LLC); Mois, Dyson; Robinson, Katelyn; Schmidt, Hannah; Rohrbeck, Raeann; Kirnus, Mikhail; Mehlhaf, Troy; Hotchkiss, Jessica; Ferreira, Shelby; Rudolph, Tailor; Fischer, Scott; Ahmed, Yusuf; Connole, Patricia; Miller, Mathew; Mullin, Danielle; Rasmussen, Charlene; Holand, Kelly; Klein, Mackenzie; Loy, Maari (Pharmacy Operations Senior Manager, Innovis Health, LLC); Rasmussen, Brittany; Brethorst, Jill; Hansen, Shanna; Aho, Kayse; Rauser-Foltz, Kristina; Nguyen, Brooklyn; Custer, Keisha; Olson, Darby; Cobb, Mariaha; Murphy, Juliette; Meyer, Hope; Held, Jaclyn (Physician, Innovis Health, LLC); Hall, Clifford; Rogers, Tyler; Otto, Zachary; Francis, Kristen; Windler, JoAnn; Langner, Amanda; Borchardt, Karla; Ghafour, Zhalya; Dorn, Amber; Anwar Ul Haq, Malik Muhammad (Physician, Innovis Health, LLC); Wade, Deidre; Skiple, Kara; Heide, Gabrielle; Bauer, Susan; Bungert, Spring; Buchholz, Sarah; Amundson, Cassandra; Frank, Stacy; Anderson, Pamela; Heltunen, Beth; Mertz, Taylor E. (Midwife, Innovis Health, LLC); Brown, Regan; Heiden, Philip; Frey, Morgan; Kisirani, Shukuru; Davidson, Kayla; Eskola, Rhonda; Chica, Chelsea; Stern, Jessica; Priddy, Zachary; Roen, Marci; Vareberg, Crystal; Walters, Austin; Anderson, Laurie; Gruebele, Brandi; Rall, Joshua; Zeidler, Alyssa; Kolling, Lindsay; Hillukka, Jennifer; Helm, Laura; Boehm, Katelyn; Larson, Krystal; Caillier, Deena; Glinski, Renee; Brooks, Craig; Buettner, Amanda (Laboratory Manager, Innovis Health, LLC); Nadkarni, Nivedita; Monpleh, Augostino; Dauer, Darcie; Camrud, Connor; Wolbeck, Sarah; Audette, Kaylee; Snow, Taylor; Kurtz, Cassie; Muth, Samantha; Meduna, Lillie; Martinson, Michael; Sullivan, Daniel; Walker, Carlton; Bjorklund, Tricia; St. George, Louie; Coulter, Vanessa; Anderson, Michelle; Dunham, Sharon; Borslien, Sadie; Dixson, Austin; Rask, Alicia (Nursing Director-Long Term Care II, St. Mary's Regional Health Center); Garvlen, Lucy; McMahon, Brandi; Skaggs, Angela; Johnson, Jenny; Feltman, Brooke; Thompson, Gwen; Kveton, Magaen; Raphael, Roseanne; Wolf, Tammy;

16

Exhibit C Recipient Supplement

Mueller, Ariel; Lund, Brenna; Jones, Laura; Worthing, Brandi; Reimann, Rachelle; Semenko, Shannon (Intern-Pharmacist, Innovis Health, LLC); Warren, Eloise; Rathcke, Alan; Cote, Melissa; Mclean, Kylee M.; Cannon, Theresa; Krueger, Sheila; Skajewski, Kristin; Price, Kylee; Ehlert, Kerri; Dullea, Adam; Hanson, Shaylee; Sanneh, Wandifa (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Raoof-Rasti, Shiva (Former Pharmacist-Acute Care, Innovis Health, LLC); Nustad, Sarah; Huebner, Ashley; Cross, Kaylen (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Brown, Alexa (Intern-Pharmacist, Innovis Health, LLC); English, Samantha (Clinical Assistant-LPN, Innovis Health, LLC); Sorenson, Jodi; Novak, James (Pharmacy Operations Senior Manager, Essentia Health); Brasel, Audrey; Borgen, Tina; Smith, Kaylee; Smith, Hailey; Eischens, Sophia; Wendt, Jimmie; Craughron, Terri; Anderson, Margrette (Former Nutrition Services Supervisor II, Essentia Health-Fosston); Lake, Rachel; Cole-Johnson, Lacey; Watchorn, Skylar; Ketelhut, April; Yantes, Benjamin; Hocker, James R. (Physician, Innovis Health, LLC); Scherrer, Patricia (Physician, Innovis Health, LLC); Schroeder, Lydia; Roberts, Tamara; Gamache, Jolee; Buseth, Theresa; Linn, Sarah; Hiltner, Isabella; rmknutsosn@essentiahealth.onmicrosoft.com; Amundson, Kelsy; Oelfke, Sarah; Banish, Melisa; Duffy, Douglas; mehintz@essentiahealth.onmicrosoft.com; Schaefer, Andrea; Wood, Donna; Levesque, Caroline; Greer, Danica; Knoke, Cooper; Hodge, John; Davis, Rachael; Hahn, Megan; Massmann, Haley; Malinowski, Jess; Owens, Sydney; Halgrimson, John; Boe, Alex; Sheriff, Mabana; Eissa, Hussein; Krenz, Tamara; Eberle, Sheri (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Mosher, Jennifer; Resler, Julie (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hermanson, Stefani; Mckagan, Hannah; Jansen, Randy; Lynnes, Jayme; Limer, Bobbi; Todd, Sarah; Stinton, Aaron; Hanson, Kassandra; Pederson, Jamie; Heffron, Ken (Former Operations Administrator, Innovis Health, LLC); Houle, Kassandra; Uphoff, Jeremy; Voge, Erin; Wenschlag, Rhea; Kpelapauee, Adline; Zetocha, Rylee; Sheriff, Felecia; Catlin, Jennifer (Pharmacist-Acute Care, Innovis Health, LLC); Gaye, Patience; Nord, Tiffany; Trostad, Leah; Baumler, Autumn; England, Ronda; Wanner-Perry, Dena; Horning, Torie; Flach, Joran; Faasavalu, Taili; Decoteau, Alissa; Anderson, Hannah; Yu, Ricky; Heller, Michaela; Sander, Jared; Amatuegwu, Jordan; Hamidi, Saeed; Neumann, James; Kovatch, Jennifer; Failing, Christopher; Johnson, Colin; Phillipps, Aaron; Rivera-Bernuy, Mario Carlos; Dobis, Jennifer; Brein, Tricia; Wentz, Kayla; Sterneman, Annelise (Former Nurse Practitioner, Innovis Health, LLC); Suhr, Alexis; Kollman, Natalie; Wright, Sebastian; McCormack, Catherine; Bueling, Zachary; Hildebrandt, Shannyn; Kuznia, Chelsey; Greer, Makaila; Duff, Ashlee; Wiedrich, Leah; Khandheria, Manoj; Prashek, Bethany; Kirsch, Alyssa; Akkus, Nuri; Traynor, Jamie; Wells, Kaila; Schick, David; Dunbar, Carolynn; Brown, Shannon; Paniagua, Perla; Yelegoiyee, Saye; Roseler, Staisha; Jones, Samara; Brandenburger, Melissa (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Lambert, Amanda; Bakken, Rhoda; Kasowski, Brandon; Spellerberg, Cindy; Striegel, Sheyenne; Enget, Alexis; Dunham, Allison; Vogt, Michelle Shelley; Prazak, Paige; Dittmann, Payton; Drake, Clarisse; Ferrian, Daniel; Hollands, Mary; Zempel, Angelinalina; Clark, Tina; Askew, Katherine; Wrona, Leonard; Rosen, Leonbesthoff; Griffin, Abigail; Duoa, Mathaline; Swails, Haley; Johnson, April; Lockrem, Brigette; Tanner, Kaye; Wallevand, Berit R. (Physician Assistant, Innovis Health, LLC); Tiedemann, Cherish; Kowalski, Kelsey; Steiner, Colton; Fosse, Kimberly; Al-Kaabi, Maryam; Ott, Robert; Keena, Taylor; Gedrose, Kelsey; Gottwalt, Amy; Schuh, Jordan; Seaberg, Ruth; Schauff, Monica; Kopec, Ariana; Johnson, Kelly; Wright, Leah; Fourberg, John; Sukut, Brenda; Baer, Jodi; Trefethren, Lisa; Jacobson, Eric; Mitchell, Karen; La-Kaborlo, Bariziga; Bynum, Suzanne; Thorson, Jocelyn; Schroeder, Shannon; Smith, Princess; Tate, John; Jukka, Marissa (Former Physician Assistant, Innovis Health, LLC); Gulseth, Amy; Kahler, Sierra; Nagahama, Yasunori; Toay, Corey; Simpson, William; Klein, Brynn;

Young, Roger; Shams, Seyed; Sun, Andrew; Hollingsworth, Brooklyn (Former Telecare Services Supervisor, Innovis Health, LLC); Eiter, Kristina; Lambert, Mya; Koller, Amy (Quality Partner II, Essentia Health); Bertram, Elizabeth; Astrup, Anna; Miller, Jordana; Mettermiller, Ashley; Walvatne, Justine; Spiel Vogel, Alison; Hughes, Tracy; Feir, Lynda F.; Swenson, Valerie; Schmidt, JoDell; Janssen, Tammy; Weckerly, Christia; Holmberg, Taiya; Sweet, April; Locnikar, Rachel; Hastings, Alexandra; McAndrew, Susan; Kroke, Jacob;  Alpha, Hannah; Marjama, Emily; Spenst, Tayler; Branden, Jason; Christensen, Tracie; Duffy, Krista; Johnson, Nyah; Miller, Paige; Gilson, Alexis; Caron, Juli; Muhumed, Amran; Gajjar, Ashish; Loerzel, Brian; Ariye, Zenab; Rindy, Roxanne; Brend, Taylor; Sortland, Katie; Monticello, Eric; Meek, Charles; Prestegaard, Spencer; Felix, Leeann; Piirainen, Stephanie; Riskey, Megan; Engst, Vanessa; Soliman, Mahmoud; Dahl, Nicholas; Gornall, Kristen; Iverson, Tanner; Benedict, Briana; Suleiman, Parry; Yeager, Karlee; Bachmann-Campbell, Heather; Schuler, Marc; Stingley, Caitlin; Nitschke, Nancy; Cedillo, Amelia; Christianson, Laura; Ali, Syedharis; Balintona, Maria; Halland, Jill; Kruize, Kayla; dboyle@medcampus.org; Erbob, Mohamoud; Siverson, Lindsey; Andrews, Amburg; Carlson, Kevin; Barwig, Sheri; Degreeff, Lisa; Gerdes, Morgan; Stinson, Sarah; Tell, Miriam; Hagen, Georgia; Lofstrom, Macyn (RN-Ambulatory Care, Innovis Health, LLC); Mizzell, Samantha; Krause, Julia; Ranisate; Samantha; McDonald, Ashley; Larson, Rachel; Ouradnik; Pam; Maatz, Patty; Hilde, Patricia; Lindahl, Rachel; Eaton, Chandra (Operations Manager II, Innovis Health, LLC); Schroeder, Valerie; Rajender, Archana; Mohn, Rhonda; Hassan, Sadiyo; Johnson, Joshua; Smith, Caden; Essig, Kaylee; Thole-Judovsky, Precious; Fischer, Alexander; Heegaard, William Dr. (President, Innovis Health, LLC); Lien, Julie; Romans, Erin (Patient Access Supervisor, Essentia Health); Rios, Imelda; Benson, Maggie; Kressin-Lagerquist, Sara; Willie, Marya; Tangedal, Ashley (Operations Manager II, Innovis Health, LLC); Gray, Rachel; Kjar, Sonja; Downs, Jodee; Brummund, Clare; Mohs, Alica; Briones, Winckle; Weiss, Phillip; Docter, Collin; Saye, Princess; Olander, Chelsey; Griess, Michael; Hastings, Lexy; Mkpozi, Celestine; Abdulhusein, Mustafa; Forsgren, Tyler; Simpson, Justin; Teiken, Sheila; Wheeler, Ryan; Smith, Shelby; Bjerken, Christopher; Snyder, Jezebel; Brown, Kirk; Harris, Toni; Mathurin, Joanna; Lahr, Carrie; Williams, Dean; Schiltz, Payton; Brenden, Rachel; Besette, Nicky; Hernandez, Gregorio; Castellon, Anthony; Frenning, Sarah; Carlblom, Jackson; Hoff, Alison; Hill, McKenzie; Sorensen, Christian; Santoyovolk, Sonia; Knutson, Rachel; McDonald, Kala; Jesser, Virginia; Hare, Rachel; Olerud, Chelsea; Ganser, Taylor; Smeby, Linda; Mehta, Sonya; Hintz, Meghan; Schefbauer, Nathan; Foss, Andrea; Reiten, Morgan; Skuza, Kassidy; Ward, Hunter; Winans, Marie; Bellware, Emily; Groth, Jenna; Quittschreiber, Jessica; Kunz, Christopher; Nustad, Martha; Munro, Jessica; Scherreiks, Karl; Jones, Lejuane; Schons, Alyssa; Knutson, Samuel; Sprung, Rachel; Haug, Jackson; Georgeson, Megan; Vaagene, Emily; Henderson, Cadee; Goltz, Patricia; Ervin-Tupper, Ashlee; Myhre, Madison; Kristjanson, Jaycee; Bring, Makenzie; Houser, Brianna Dawn; Schultz, Christi; Lee, Jessica; Winters, Megan; Otto, Natalie; Gibson, Payton; Pfannenstein (Carlstad), Megan (Program Manager – Process Excellence, Essentia Health); Westphal, Jennifer; Schueller, Kristin; Huhnerkoch, Kayla; Breyer, Siena (Clinical Assistant-LPN, Innovis Health, LLC); Martin, Thomas; Freyberg, Ford; Miranda, Emily; Mohamed, Ayub; Fletcher, Ashley; Edvall, Isabella; Hanson, Carin; VandeVoort, Tyler; Ellefson, Mira; Yellow Wolf, Zaasha; Dallmann, Cheyenne; Stearns, Brittany; Leen, Shelly; Nelson, Parker; Brucker, Coleton; Otto, Angela; Peshev, Tracey; Kumpula, Caitlin; Carlson, Theresa; VanCleve, Erik; Ellingson, Vickie; Nowak, Alysa; Bullocks, Lamart; Topp, Samantha; Peterson, Melanie; Skinner, Nicol; Brown, Jean; Wasness, Jenna; Bode, Hannah; Hillklabunde, Sarah; Erdmann, Rachel; Kloos, Kaitlyn; Lafave, Christine; Gleason, Jessyca; Newton, D'Christopher; Lommen, Delany; Saint Gilles, Micheline; nadams1@essentiahealth.org; Jerue,

Pleasure; Dresow, Kendra; Olson, Abigail; Burcham, Bailee; Rasmus, Marie; Anderson, Kristopher; Smith, Dustin; Makela, Cassy; Thiele, McKenna; Shepersky, Crystal; Houser, Brian; Mears, Nicole; Tessier, Shannon; Faiman, Aaron; Tiffany, Hallie; Otto, Brenda;  Koska, Emily; Rentfrow, Michael; Formo, Teresa; Menard, Marissa; Svaleson, Cooper; Frank, Tristin; Donner, Kayla; Bryson, Tysen; Lee, Seonmyeong; Erbe, Madelyn; Elijah, Alea; Neameyer, Jann; Ulmer, Erin; Petersen, Alyssa; Buckingham, Danielle; Schornack, Sarah; Casavan, Becky; Kostelecky, Tamie; Wangler, Camee; Huelsbeck, Barbara; Reed, Shaodi; Rivera, Naomi; Brackett, Barbara; Ballard, Angelica; Triplett, Alyssa; Gjerde, Jade; Austad, Kali; Lamm, Jared; Amegbletor; Cornelius; Davison, Skye; Kaczander, Kurt; Tupper, Allison; Beckerleg, Jessica; altodd@essentiahealth.org; Beyl, Gary; Baker, Roxanne; Dettler, Whitney; Oliphant, Jill; Piechowski, Rhonda; Adkins, Victoria; Fawbush, Sean; Soko, Burline; Martin, Casey; Wagner, Lisa; Hunt, Randy; Littel, Elizabeth; Papadopoulos, Xenofon; Hjelden, Jane; Pelto, Beate; Snyder, Alyssa; Stuttgen, Katie; Perala, Evan; Anderson, Annikka; Sawyer, Thomas; Schumacher, Kirsten; Hida, Masami; Wilson, Mercy; Tian, Qiyu; Ayi, Bertha; Miller, Nekie; Jensen, Haley; Lindbery; Hayleeh; Gress, Laurie; Ofili, Nikiyah; Sanjel, Kalpana; Sharif-Hobib; Hashim; Rath, Alexis; Larson, Hannah; Kastl, Jennifer (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Peterson, Nannie; Alderman, Taryn; Gullickson, Melanie; Kromah, Musu; Meyer, Judy; Ajayi, Olayinka; Howard, Morgan; Schlenvogt, Sarah; Unruh, Danielle; Flemmer, Jennifer (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Hollaar, Deandra; Mcelroy, Cindy; Odenbach, Olivia; Lavin, Kenneth; Waters, Nancy Elizabeth; Luebke, Jessica; Dusterhoft, Lyndsey; Tufte, Kayla; Olsen, Danielle E. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Reinholz, Anna; McCray, Erica; Potter, Arijana; McCullum, Kerwin; Haugen, Dana; Achman, Carina; Ostrowski, Marybeth; McCreary, Andrew; Swanson, Abigail; Francis, Jennifer; Fischer, Danika; Dulmus, Cody; Thompson, Renee; Clemens, Alexa; Oriental, Jobson; Farnan, Rory; Wallace, Alan; Jossund, Kayla; Lemke, Jill; Sander, Suzanne; Johnson, Kelyn; Klaypenh, Christian; Massaquoi, Haja; Timmerman, Kiara; Abdala, Sabrina; Eberhard, Brett; Martin, Ginny; Sauer, Kelly; Steffel, Alexis; Mohr, Amanda; Kiland, Rhaegan; Hanson, Sharon; Cardoso, Mario; Herbaugh, Zana; Bialorucki, Erica; Derosier, Alexa; Schmitz, Cari; Corbid, Olivia; Starr, Tiana; ladean@essentiahealth.org;  Reed, Laurance;  Faul, Madeline; Lundstrom, Felicia; Mathison, Michelle; Shaske, Skyler; Moore, Megan; Kim, Dongjoo; Ford, Emily; grmyatt@essentiahealth.org; tlblasier@essentiahealth.org; Fetsch (Pierce), Katelyn (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Polecheck; Tamara; Kinslow, Tera; Wilson, Mark; Smith, Abby; Pyle, Madilyn; Kinzler, Sheila; Agyeiwaa, Josephine; Schimke, Danielle; Gaddie, Erin; Anderson, Rachel; Trautman, Casey;  staylor2@essentiahealth.org;  krist6712@essentiahealth.org;  ben6537@essentiahealth.org; sara4453@essentiahealth.org;  sandy2812@essentiahealth.org;  Reda, Meghan; Kasuboski, Tekah; Daigle, Erin; Jones, Moses; Amb, Hayley; Friedrich, Jennifer; Walker, Charteena; Preisler, Marisa; De Los Reyes, Laura; Buskness, Savanna; Wicklund, Emily; Mulbah, Veronica; Francis, Mary; Cotiere, Miloude; Chasna, Jonathan; Zagirre, Rosemarie; Lardy, Krista; Workman, Ashley; Zaguirre, Rosemarie; Moawad, Amen; Seifert, Tamera; Nordin, Christine; Elhilali, Osama; Hoffheimer, Marcia; Barrows, Shiloh; Sarles, Stephanie; Mayfield, Kyler; Nimley, Dorcas; Walking Elk, Serenity; Steffl, Isabella; Yaratha, Gokul; Mayes, Amy; Bedell, Stephen; Vargas, Alexia; Del Valle, Emily; Purrier, Emma; Thom, Stephanie; Hanson, Courtney; Chrissis, Sierra; Vaughn, Amber; Freeman, Blaize; Lauer, Theresa; Palmer, Susan; Edinger, Ryan; Kutuacquoi, Kebeh; Lewis, LeAnn; Monson, Michael; Morrissey, Susan; Longtin, Breanna; Swanson, Shannon; Groves, Tameeka; Schneider, Hayley; Okonkwo, Gloria; Jensen, Saylor; Payne, Cody; Miller, Carolyn; Olson, Anna; Sepe, Kenneth; Hendrickson, Jessica; McMahon, Jade; Yaeger, Jaime; Adebayo, Olaide; Konneh, Satta;

19

Exhibit C Recipient Supplement

Segrest, Donna; Brown, Barbara; Paulson, Kaitlyn; Muzychka, Daria; Kraft, Talice (Clinical Assistant-LPN, Innovis Health, LLC); Bird, Stephanie; Munyer, Allison; Beto, Mark; Stanley, Guerline; Worwee. Patience; Letexier, Noelle; Noel, Megan; Williams, Lori; Murphy, Patrick; Dhaliwal, Ramnik; Mund, Mikaela; Bennett-Bendewald, Lynn; Leritz, Jasmine; Dougherty, Rhian; Banda, Gilbert; Stephens, Vicki; Claude, Tesha; Brand, Tamera; McKenney, Sherry; Johnstun, McKenzie; Barrieau, Teresa; Cutamora III, Juanito; Waite, Charles; Reynolds, Lisa; Ogunje, Rita; Fields, Casie; Garcia Zurita, Karen; Sandberg, Kristin; Schlafmann, April; David, Ifechukwu; Kildea, Katherine; Beer, Amanda; Perdue, Skylyn; Ortiz, Liliana; Pinke, Megan; Hargraves, Candice; Deloache, Gregory; Hardy, April; Gravel, Brenda; German, Grant; Reat, Nyaruach; Augustin, Julien; Rodriguez, Eve; Shade, Jessica; Murch, Mariah; Adams, Zachary; Cassell, Asatu; Didier, Stephanie; Samuels, Damian; Wise, Gene; Fralick, Jennifer; Lawhorn, Robert; Robinson, Jenna; Rall, Andrea; Ruggles, Lexus; Wagner, Erica; Stevens, Sena; Derisma, Guilene; Neath, Patrice; Zlatkin, Erik; Marks, Sarah; Bedenfield, Isha; Perini, Daniel; Ward, Sarah; Behel, Kathy; Davis, Luke; Benoit, Kendella; Boyle, Betsy; Eggers, Chelsie; Andres, Trina; Pratt, Annette; Bah, April; Larue, Ann; Abigide, Barbara; Parrill, Colleen; Fadahunsi, Medinat; Jones, Delilah; Dahl, Lisa; Jamieson, Jacqueline; Payne, Jody; Fuentes, Melissa; Morris, Dawn; Harty, Ashely; Lomax, Michelle; Bynoe, Yvette; Bacon, Monica; Lewis, Susan; Christopher, Victoria; Eichie, Bolanle; Hamid, Dwanetta; Hart, Ruth; Tajelleh, Patience; Mejia, Wendy; Anthony, Jesseca; Colvin, Nancy; Behel, Mildred; Flegle, Katherine; Ndansi, Rodrigue; Faatz, Shelby; Johnk, Kellee; Jensrud, Jessica; Bugge, Lindsay; Nunez, Maria; Sanders, Brad; Bigby, Britta; Herdegen, Tara; Knapik, Celeste; Ali, Kari; Jensen, Ruth; Kicker, Rachael; Childs, Tynia; Pruneda, Crystal; Thompson, Taylor; Fischer, Cassandra; Schaefer, Josie; Landon, Linda; Radcliff, Jaime; Duke, Nathaniel; Hassan, Syedfahim; Fick, Bailee; Porter, Deanna; Hurajt, Tamra; Freeh, Christianna; Kummer, Randi; Holmes, Caitlin; Bamba, Massani; Cossette, Shirley; Huhner, Mayson; Guerrero, Leslie; Hazemann-Dang, Jenna; Priyampolskiy, Garri; Elsheikh, Eltayeb; Kramer, Casey; Jules, Tamara; Enns, Amanda; Willson, Conner; Evans, Amy; Herrin, Laurie; Skarison, Brianne; Morin, Rachel; Loewe, Andrew; Herbaugh, Brady; Sannes-Venhuizen, Jason; Joseph, Faskalina; Despiegler, Molly; Aukes, Ashley; Nolan, Brittany; kamish@essentiahealth.org; Brown, Paul; Black, Brittney; Ekstrom, Mandie; Benson, Kristy; Sager, Madison; Kelly, Gabrielle; Amiot, Syrie; Ejidike, Maryanne; Neree, Roudy; Wuo, Burnice; Lang, Alexandra; Selisker, Elizabeth; Biewer, Laura; Flaten, Lindsey; Kokett, Danielle (Pharmacist, Acute Care, Innovis Health, LLC); Kaylor, Tiffany; Wagner, Kae; Baldwin, Colton; Gichana, Dennis; Jorgenson, Jayde; Nelson, Kourtney; Scott, Tammy; Benson, Jean; Kouloumberis, Pelagia; Slager, Marnie; Baker, Timothy; Goff, Austen; Huang, Christine; Milbeck, Lisa; Lacky, Praise; Watson, Hannah; Bailey, Skylar; Martell, Anna; Corcoran, Bethany; Haven, Richard; Sondrol, Elizabeth; Hagerty, Denise; Bassett, John; Otto, Tanner; Kaprosy, Karryn; Christian, Anna; Gruber, Kristin; Kosovac, Mirza; Peterson, Hollie; Dicks, Jessica; Benedict, Isaac; Graalum, Justine; Mjoness, Dane; travis1854@essentiahealth.org; Bashford, Jurnee; Jeppesen, Amy; Mankie, Wendy; Larghe, Kiana; khaining@essentiahealth.org; Chase, Laura; Mooney, Ashley; Rayamajhi, Manoj; ssophus@essentiahealth.org; Thompson, Denise; Schippel, Andrew; Aho, Tamar; Lease, Julie; Hantho, Inga-Liese; Anderson, Jennifer; Luthi, Allyson; Fallah, Patience; Krieger, Jenna; Miller, Olivia; Ruppert, Kayla; Keeney, Sara; Dassenko, Lois; Santur, Amina; Wendler, Dominick; Dupont, Sydney; Glatt, Melissa; Pizzuti, Summer; Hardt, Gary; Currie, Michael; Hermes, Connie; Hoye, Tiffany; Von Bank, Maria; Kaczor, Lucas; Holm, Ashley; Van Camp, Seth; Hustad, Chandra; Estenson, Kayla; sarah5554@essentiahealth.org; Dworak, PJ; Holman, Amy; Zempel, Diane; Haugen, Karissa; mtcain@essentiahealth.org; Jahnig, Katie; Snetter, Musu; Lee, Carrie; Peterson,

Exhibit C Recipient Supplement

Jenna; Burlage, Lisa; Vargas, Luis; Hamilton, Terry; Wheeler, Timothy; Schmidt, Amy; Rosteck, Michael; Harris, Shay; Johnson, Jennifer; Gunderson, Stephanie; Foley, Wanda; Lawrence, Tiffany; Karbedeh, Natasha; Vareberg, Samantha; Schmeets, Dennis; Holzer-Voss, Tonya; Harris, Brittany; Holm, Karly (RN-Acute Care-PACU, St. Mary's Regional Health Center); Giese, Taylor; Rooney, Holly; Noreen, Crystal; dmontecuol@essentiahealth.org; Harris, Sydney; Schaefer, Ronda; Erickson, Briana; Moe, Nolan; Smith, Makenzie; Kako, Treasa; Breslin, Stacy; Arends, Mitchell; Pederson, Kiley; Vogel, Ashleigh; Azure, Breanna; Heupel, Mikayla; Stock, Christopher; Iverson, Annalise; Lewis, Jenelle; Kerr, Abigail; Sauvageau, Tayler; Hutchison, Mari; Buchholz, Maxwell; Champagne, Valentina; Moody, Haley; Hrdlicka, Maggie; Travers, Stefany; Leckner, Shelby; Elliott, Alexus; Pierre, Genesis; Zeck, Paula; Peterson, Meghan; Lajeunesse, Tyler; Perez, Ramon; Blashack, Ashlee; Ntacobemera, Josephine; Lovgren, Kali; Hankel, Marysol Q.; Jinkins, Christine; Johnson, Quantia; Grosz, Cody; Zeiszler, Lacey; Kibler, Kathy; Monson, Emma; Jerger, Jacob; Odman, Kayse; Breiland, Madeline; Richter, Shelby; Morley, Destiny; McDonnell, Natasha; Austin, Dylan; Sprinkle, Ben; Mendoza, Esmeralda; Peterson, Martha; Miranowski, Colleen; Tuttle, Kristina; White, Cassandra; Steele, Nathan; Bell, Cassandra; Schwehr, Shana; Leidholm, Theta; Brown, Raina; Frame, Kayla; Colby, Clint; Sundvall, Cassandra; Bruns, Laura; Love, Sophia; thaop@essentiahealth.onmicrosoft.com; Sirleaf, Maabendu; tiffa8335@essentiahealth.org; tiffa7288@essentiahealth.org; Matt, Anthony; Anderson, Kristin; Vestergaard, Nerissa; Perales, Savanna; Kern, Michelle; Schmidt, Eric; Vonada, Janelle; Windley, Ashley; Skogen, Brooke; Anderson, Sarah; Vigen, Chelsea; Vincent, Jamison; Kehson, Marie; Zak, Joel; Kreidelcamp, Rachel; Ramirez, Jessica; Christensen, Pamela; Goodrich, Tanner; Bludau, Gina; Diederich, Arianna; Bettels, Emily; Bennett, Shannon; Hogstad, Allison; Mantilla, Richard; Makor, Gormah; Backman, Madison; Moore, Koneisha; Kryszak, Aaron; Berg, Madison; Cota, Ashley

Exhibit C Recipient Supplement

**Exhibit D Recipient Supplement**

**InnovisPartners@EssentiaHealth.org Listserv as of May 5, 2021**

**Row 7208 of Supplemental Privilege Log Served November 30, 2021**

**Bates # [forthcoming]**

Peichel, Elizabeth; Kritzberger, Stephanie (Nursing Professional Development Practitioner, Innovis Health, LLC); Kritzberger, Stephanie; Triller, Judy; Schroeder, Annette; Radke, Leah; Lewis, Kari; Breiland, John; Domm, Bruce; Mitterling, Deborah; Bednar, Jennifer; Johnson, Brietta K. (Clinical Assistant-LPN, Innovis Health, LLC); Shae, Kristi (Pharmacy Technician Supervisor, Innovis Health, LLC); Hammer, Kimberly; Lang, Michelle; Leadbetter, Larry; Martsching, Sandra; Korinek, Jane (Clinical Assistant-LPN, Innovis Health, LLC); Doll; RaNae; Kaster, Carl; Knutson, Crystal; Norby, Brenda; Ragan, John; Christians, Donna; Johnson, Rhonda; Boerboom, Sarah; Gabeheart, Cynthia; Kalin, Marianne; Johnson, Darla; Seaberg, Tonia; Vijayalakshmi, Bangalore; Berger, Kevin; Fossen, Jennifer; Sheeley, Kelli (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Jenks, Christy; Deiss, Kim (Senior Director Marketing and Communications, Essentia Health); Johnson, Amber; Weum, Karla; Krueger, Amber; Miller, Stephanie; McKee, Marlena; Pierzinski, Michelle; Chopskie, Erica (Program Manager-Sepsis, Essentia Health); Lachowitzer, Charlotte; Solberg, Andrea; McDonald, Sean; Hilber, Natalie; Vohnoutka, Holly; Wagner, Susan; Belland, Melyssa; Thoreson, Nicole; Beauchamp, Kayla (RN-Acute Care Supervisor, Innovis Health, LLC); Odegard, Barbara; Jensen, Ruth; Erickson, Amanda; Hess, Glenda R. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Dahlen, Jodi; Serio, Becky; Eidenschink, Vonda; Smith, Jessica; Haroldson, Rose; Anderson, Lisa (RN-Acute Care Supervisor, Innovis Health, LLC); Officer, Todd; Spanier, Latisha; Pfeifer, Julie; Johnson, Roxanne; Bakewell, April; Boyle, Brad; Shafer, Sara; Gross, Amanda; Ahonen, Robin; Pietsch, Erin; Holter, Shawn; Maneval, Lindsey (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Olson, Patricia (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Biranowski, Lorraine; Wey, David; Kitzmann, Paula; Berg, Elisha K. (RN-Ambulatory Care, Innovis Health, LLC); Adams, Hope; Nice, Kellie; Sander, Katelyn M. (RN-Ambulatory Care, Essentia Health-Fosston); Laux, Lindsey; Sampson, Stacy; Winings, Amanda; Grant, Cory (Compensation Director, Essentia Health); Rheault, Toni; Anderson, Christopher (Physician-Section Chair, Innovis Health, LLC); Blauert, Sheila; Hagen, Krista; Larson, Tara; Pritchett, Laura; Horner, Bradley; Olson, Yvonne; Fingalson, Jeanne; Kofal, Kailee (Quality Director, Essentia Health); Wilson, Darla; Jenson, Tina J. (Nurse Manager, St. Mary's Regional Health Center); Lisdahl, Debbie; Beecher, Tracy; Moore, Corin; Hansen, Erika; Bokelmann, Deborah; Reihe, David; Beugh, Jason; Johnson, Sonja; Gupta, Parul; Ree, Anica; Ishaug, Candace; Peterson, Elizabeth; Zaeske, Sherri; Nies, Bethany; Sather, Sarah; Grover, Illa; King, Mary; Paul, Nadja; Behm, Bernadette (Pharmacist-Acute Care, Innovis Health, LLC); Stende, Amanda; Kuhlmann, Craig; Erdmann, Toni; Kjellerson, Mykke (Laboratory Operations Director, Essentia Health); Bluel, Tammy; Paschke, Lynn; McCoppin, Eric (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Johnson, Wendy J.; Arntson, Janine; VonRuden, Jane E. (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Demarais, Alexandra; Fadness, Bridgett; Olsen, LouAnn; Christensen, Nicole (Chief Nursing Officer, Innovis Health, LLC); Nilson, Heidi; Miller, Stephanie; Lawrence, Kelli; Mausolf, Jennifer; Schwengler, Jason; Peterson, Katelyn; Niemi, Renee; Hanson, Kayla (Radiation Oncology Supervisor, Innovis

Health, LLC); Chaput, Nick A. (Business Partnering Manager, Innovis Health, LLC); Ofstedal, Wesley; Shellack, Leslie; Beyers, Julie; Jacobson, Jenna (RN-Acute Care-PACU, St. Mary's Regional Health Center); McDonald, Jesse; Lambrecht, Brian; Olafson, Amanda; Feldt, Vicky; Leonard, Ann; Ryberg, Denise; Roiko, Seth; Powell, Denise (Midwife, Innovis Health, LLC); McGuinty, Paula; Amato, Jeanne (Health Information Services Manager, Essentia Health); Englund, Marilyn; Kinslow, Debra; Topley, Stuart; Borgen, Melissa; Jackson, Lori; Cooper, Mark; Retz, Bruce; Brenneise, Melissa; Piersol, Nathaniel; Malheim-Klemetson, Waynett (Clinical Assistant-LPN, Innovis Health, LLC); Johnson, Walter (Physician, Innovis Health, LLC); Bulson, Jaime; Libner, Janice; Westhoff, Jill; Kautzman, Brian (Respiratory Care Supervisor, Innovis Health, LLC); Saylee, Joyce; Nyberg, Carrie; Jacobson, Lori; Fadness, Julie; Fraase, Susanne; Menz, Brenda; Mahoo, Linda; Thomson, Cheri; Knutson, Andrew; Loeffen, Sara; Thilquist, Eric; Marchus, Amy (Pharmacy Operations Senior Manager, Essentia Health); Krack, Melody; Davis, Melinda; Manson, Bobbie Jo; Nayes, Bradley; Dorscher, Charlotte M. (Clinical Applications Analyst III, Essentia Health); Quanrud, Myra; Erbes, Sherry; Moran, Carol; Romine, Lindsay; Roforth, Tracy; Schwartz, Blair (Sterile Processing Supervisor, Innovis Health, LLC); Jensen, Rache; Wadholm, Mindy; Friesen, Debra; Grant, Crystal; Puchalla, Terry; Jonason, Neil; Mitchell, Melanie; Moser, Melinda; Holte, Nancy; Shilling, John; Drews, Lynn; Hill, Ryan L; Hegseth, Brianne (RN-Ambulatory Care, Innovis Health, LLC); Olson, Andrea; Treichler, Ann Marie; Heller, Tia; Woodard, Christy (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Beil, Gretchen; Ross, Vicky; Lundstrom, Denise; Leeser, Sally; Ford, Brandon; Jepson, Dana; Quast, Renee; Unterseher; Rabadi, Khaled; Kinzler, Gina; Roerick, Jeannie (Diagnostic Imaging Supervisor, Innovis Health, LLC); Schleske, Heather; Emmeck, Angela (Community Care Associate, St. Mary's Regional Health Center); Tjon, Melissa;  Skochenski, Allen; Poore, Julie; Glennon, John; McDougall, Erica; Halvorson, Melissa; Nyhus, Jill; Frost, Colleen (RN-Acute Care Supervisor, Innovis Health, LLC); Thorsvig, Luanne; Jelinek, Daryl; Grott, Michael; Jadaan, Atef; Woods, Lindsey; Heald, Lance M. (Nurse Manager, Innovis Health, LLC); Salo, Joan; Wagner, Sally; Zacharias, Casseopia; Arel, Shelly; Ekre, Pamela; Snelgrove, Kim; Booth, Jill; Haman; Glenn; Homan, Zena (Physician-Section, Chair, Innovis Health, LLC); Kulasingham, Shivan; Zacher, Leah; Olson, Danielle M.; Klapp, Linda; Kraus, Allie; Johnson, Lynnsie (Registered Nurse - Nurse Care Line Supervisor, Essentia Health); Earley, Linda; Ziegler, Rebecca; Lukkason, Dawn; Melgard, Margaret; Micklos, Rachel; Rabideaux, Phyllis; Olson, Paula; Toczek, Kay (RN-Home Health Supervisor, St. Mary's Regional Health Center); Withnell, James; Wald, Rachel; Miller, Emily; Gilbertson, Brian; Ferguson, Kathryn; Leerssen, Rachel (Clinical Applications Analyst III, Essentia Health); Hegseth, Mary (Registered Nurse-Clinical Coordinator, Innovis Health, LLC); Bladow, Betsy; Christl, Lorri (End User Platforms Supervisor, Essentia Health); Schenck, Barbara (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Cormier, Francis; Korsgarden, Deborah; Cook, Alison; Pearson, Susan; Nimlos, Bergen; Desautel, Becky (Coding Manager, Essentia Health); England, Michelle; Geist, Belinda; Drewlow, Vickie (Former Clinical Assistant-LPN, Innovis Health, LLC); Tessman, Leilani; Johnson, Brittney; Lien, Debra; Dibley, Julie; Anderson, Kerri (Volunteer Supervisor, Innovis Health, LLC); Grobe, Nicole; Friesen, Brittany; Thorp, Jennifer; Clem, Tonya (Assisted Living Manager, St. Mary's Regional Health Center); Plante, Karla; Leonard, Christina; Wampler, Melinda; Klinnert, Jody; Krogen, Brenda; Abel, Susan; Niehaus, Tammy; Swiers, Nicole; Rue, Haley-Jo; Boucher, Nicole; Kambeitz, Samatha; Linn, Rebecca (Clinical Assistant-LPN, Innovis Health, LLC);  Walrath, James; Wegner, Paige (Nurse Manager, Innovis Health, LLC); Block, Judy, Lettenmaier, Ashley; Navarro, Maria; King, Heather (RN-Acute Care Supervisor, Innovis Health, LLC; Lien, Susan (RN-Employee Health Supervisor, Innovis Health, LLC); Strubbe, Carie; Kohler,

Exhibit D Recipient Supplement

Sharon; Clemens, Lisa (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Jensen, Sherry (Patient Relations Associate, Essentia Health); Busch, Tania; Lien, Nicole (RN-Ambulatory Care, Innovis Health, LLC); Lague, Sandra; Friese, Roxanne; Baker, Brett (Biomedical Engineering Manager-Essentia Health); Buehler, Dawn (RN-Ambulatory Care, Essentia Health-Fosston); Dahlen, Kirsten (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Moen, Cynthia; McDougal, Allison; Husby, David; Knecht, Pam; Baumgartner, Carrie; Knain, Kimberly (Pharmacist-Acute Care, Innovis Health, LLC); Fett, Trevor (Security Supervisor, St. Mary's Regional Health Center); Brinkman, Christy (Operations Administrator, St. Mary's Regional Health Center); Schons, Jessica; Benedict, Susan (RN-Ambulatory Care, Innovis Health, LLC); Johnson, Jamie; Steeke, Amy; Lambert, Matthew; Thomas, Natasha; Hammer, Kelsey; Starbeck, Katherine; Nelson, Matthew; Nelson, Renee; Anderson, Britta; Newling, Teresa; Bergman, Kenneth; Monroe, Tina; Miller, Tamara; Johnson, Terryl; Golden, Greta; Swanson, Rhonda; Martin, Claire; Thompson, Karen; Woodard, Tamara; Myer, Leslie; Yousefi, Faysal; Nelson, Tara; Misemer, Kelsey; Olson, Connie; McKinnon, Dawn; Scheel, Lori; Fretheim, Bonita L. (Former Clinical Assistant-LPN, Innovis Health, LLC); Fetzer, Jessica (Risk Manager, Essentia Health); Luger, Patrick; Peterson, Ryan; Dorow, Kyle (Vice President, Finance, Essentia Health); Nicholls, Shelly; Christlieb, Ann; Teske, Adeline (Laboratory Manager, Innovis Health, LLC); Bjoralt, Marilyn (Former Diagnostic Imaging Director, Innovis Health, LLC); Bjelde, Carol; Tamm, Allison; Carlblom, Chad; Starkey, Heather; Anderson, Kristi; Zahnow, Lisa; Schossow, Kimberly; Rice, Tess (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Olson, Kayla (Diagnostic Imaging Manager, St. Mary's Regional Health Center); Swenson, Jodi; Brekke, Michael; Villnow, Joan; Fischer, Nicole; Curfman, Scott (Chaplaincy Supervisor, Innovis Health, LLC); Lewis, Mike; Black, Victoria (RN-Program Manager, Innovis Health, LLC); Pavlacky, Chelsey (Operations Manager II, St. Mary's Regional Health Center); Ivasiecko, Donna; Sunde, Lizette; Olson, Barbara (Operations Manager II, Innovis Health, LLC); Beilke, Kelly; Bontjes, Lindsay; Weatherman, Lacey M. (Senior Quality Partner, Essentia Health); Christensen, Anne; Erickson, Erin; Jaster, Nicollette; Anderson, Lynnette; Wixo, Lisa; Ashmore, Marilyn; Smolen, Brandon; Nirschl, Allison (RN-Acute Care Supervisor, Innovis Health, LLC); Boldenow, Marjorie; Hermanson, Sheila (Senior Quality Partner, Essentia Health); Thieman, Michele (Physician-Division Chair, St. Mary's Regional Health Center); Odle, Grant; Jansen, Brent; LeKatz, Mindi; Kleindl, Jessica; Hovland, Mindy (Patient Access Representative, Essentia Health); Carlson, Andrea; Brown, Joan; Heitman, Leoniza; Wagner, Holly (Patient Access Supervisor, Essentia Health-Fosston); Tollefson, Mandy; Kiefer, Megan (Rehabilitation Services Manager, Innovis Health, LLC); Frost, Robin; Vangsness, Janyne; Thorson, Bradley; Miller, Kathryn; Thiel, Barbara; Heegard, Janice; Schultz, Christine; Kunkel, Renelle; Johannsen, Jeffrey; Gebur, Joshua (Physician-Division Chair, Innovis Health, LLC); Jenzen, Bonita; VanGuilder, April; Coyle, Michelle; Dukart, Katie; Peterson, Mary; Aas, Emily; Bruinsma, Amanda (RN-Home Health Supervisor, St. Mary's Regional Health Center); Dumpprope, Mary; Hoffart, Carrie; Carlblom, Kristen; Norton, Angela; Jacobson, April; Hamilson, Tony; Leishman, Kaitlin; Flores, Maria; Rohlik, Aubrey; Hodgson, John M.; Kent, John; Henry, Jennifer; Peterson, Jennifer; Haglund, Bret; Hillyer, Yvonne; Hines, Bethany; Orvik, Ruth; Seleen; Aho, Amanda; Mahnke, Sheryl; Strom, Jeanine; Skalin, Sara; Olson, Marcia; Belknap, Burton; Rolstad, Andrea; Mathias, Jann; Hall, Elizabeth; Rainsberry, Denise; Sarbaum, Katie; Weston, Penni; Veralrud, Kimberly (Nurse Manager, St. Mary's Regional Health Center); Nagel, Laura; Ailie, Jessica; Hoseck, Sarah; Bergquist, Jane (Former Environmental Services Supervisor, St. Mary's Regional Health Center); Hoefs, Benjamin; Pollock, Leila; Swenson, Joanne; Morris, Laura (Pharmacy Manager, Innovis

Health, LLC); Jasch, Mary; Sykes, Aaron (Laboratory Manager, Innovis Health, LLC); Ward, Holly; Satterlund, Diane; Zaffke, Jenna R.; Rollie, Charlotte; Bjorhus, Jordan (Rehabilitation Services Manager, St. Mary's Regional Health Center); Sundeen, Jana; Lingwall, Sara (Operations Manager III, Innovis Health, LLC); McGowan, Laura; Nelson, Anthony; Shuster, Sara; Micklos, Dexter; Erlendson, Gail; Massmann, Matthew; Rohrich, Karen; Kjos, Janell; Thompson, Jan; Lichtenberger, Kayla; Dickey, Jeanette; Sixberry, Keitha; Schmitz, Troy; Rosenberg, Julie (Administrator, Graceville Health Center); Aasland, Brent (Maintenance Manager, Innovis Health, LLC); Nguyen, Tilly; Winter, Mary; Richardson, Shoshone; Larrabee, Samantha; Schmidt, Kristi M.; Wittmayer, Cora; Vigesaa-Disse, Casandra; Skogen, Sheri (Nurse Manager, Innovis Health, LLC); Stewart, Michael; Harvey, Lynda; Neuschwander, Charissa (Site Supply Chain Supervisor, Essentia Health); Schmit, Megan; Olson, Laurie (Respiratory Care Supervisor, St. Mary's Regional Health Center); Olson, Laurie; Holten, Benjamin; Parks, Paige; Shipman, Theresa; Steinwand, Chad; Forbes, Ashley; Hulke, Andria; McKinnon, Alisha M. (Nurse Manager, Innovis Health, LLC);  Chase, Charlene (Clinical Assistant-LPN, St. Mary's Regional Health Center); Heitkamp, Leslie A. (Nurse Manager, Innovis Health, LLC); Gordon, Sarah; Wittkopp, Micheal (Buyer-Essentia Health); Johnson, Nancy; Anderson, Kally; Schoot, Melvin; Schock, Rose; Anderson, Elisha; Nedrebo, Stephanie; Tofibam, Naomi; Mante, Saakwa; Vosberg, Mary; Hansen, Katherine (Physical Therapist, Polinsky Medical Rehab Center); Severson, Kyrie; Kluting, Jane; Lee, Vickie; Quittschreiber, Jenifer; Rux, Susan; Guler, Amanda M. (Licensed Practical Nurse, Essentia Health); Entzminger, Jayel; Schiltz, Chad; Rankin, Christine; Gribbin, Samantha; Mulske, Jennifer; Lingen, Jenny; Caspers, Marcia; Skatvold, Sara; Olson, Agata; Swanson, Darren; Jager, Katie; Reski, Carol;  Larson, Dena (Diagnostic Imaging Director-West, Innovis Health, LLC); Strand, Duane (Physician, Innovis Health, LLC); Larson, Megan E.; Ross, Joy; Kiehl, Rose; Biesiot-Akers, Jessica; Buhr, Danise; Gray, Melissa;, Wahlin-Quinlan, Shelley; Vanderscheuren, Amy (Quality Partner II, Essentia Health); Marquette, Renate; Kremens, Karol; Perrine, Paige; Bozovsky, Jeffrey; Norby, Michelle; Telford, Ryan; Kramer, Patsy; Knain, Barb; Heiser, Nancy; Warren, Cristine (Clinical Assistant-LPH, St. Mary's Regional Health Center); Gist, Delayne (Transcription Supervisor, Essentia Health); Olson, Bradley; Kuss, LeRoy; Kading, Shelly; Perdue, Shannon; Williams, Lillie (Telecare Services Supervisor, Essentia Health); Johnson, Mary; Kostrzewski, LaVonne; Myhre, Veronica; Nemec, Connie; Costin, Tammy; Volesky, Emily; Kolbinger, Karen; Holmstrom, Jill; Holland, Pamela; Beebe, Tamara; Yoe, Norbert H. (Physician, Innovis Health, LLC); Rau, Joshua; Haarsager, Shannon; Hanson, Sara (Director of Nursing for Ambulatory Clinics); McNutt, Melanie; Carrisalez, Brittany (Pharmacy Technician-Automation, Innovis Health, LLC); Erickson, Traci;  Skoog, Rachel (Diagnostic Imaging Supervisor, St. Mary's Regional Health Center); Baumler, Sharon; Mayer, Corey (Procurement Supervisor, Essentia Health); Brown, Camille; Hendricksen, Patricia; Burnside, Stephanie; Blazer, Suzanne; Severson, Lynn M. (VP, Management Accounting, Essentia Health); Moore, Sheena (RN-Acute Care Supervisor, Innovis Health, LLC); Lundy, Carrie; Hovland, Laura (Operations Director, Innovis Health, LLC); Hukriede, Jessi; Koll, Stacy (Nutrition Services Supervisor/Dietician, St. Mary's Regional Health Center); Palluck, Vicky (RN-Acute Care Supervisor, Innovis Health, LLC); Bitz, Heidi; Lantz, Leo; Thornby, Myra; Kramer, Marilyn; Becker, Kara; Wiltse, Cayla; Puttbrese, Kathy; Klotz, Judy; Hanson, Sarah; Jendro, Diane; Gustafson, Ryan; Haugen, Tiffany (RN-Acute Care II-OB/NICU, Innovis Health, LLC); Kemmer, Shirley; Thomas, Andrew (Nurse Manager, Essentia Health-Fosston); Wallace, Jean; Stoltman, Brittany; Ring, Abigail; Kimball, Tiffany; Sauer, Cynthia; Stine, Jennifer; Huseth, Ericka; Colby, LeAnn; Barlow, Elisabeth; Nelson, Janine; Goetz, David; Eslinger, Tiffany; Sheldon, Michael; Doscher-Klukken, Heidi; Morgan, Sarah; Anderson, Stephanie;

4

Exhibit D Recipient Supplement

Semmler, Christie; Nagel, Wade (Pharmacist-Acute Care, Innovis Health, LLC); Mattson, Jocelyn; Wallace, Sarah; Pantzke, Deanna; Collins, Trisha; Christianson, Amanda M. (RN-Ambulatory Care, Innovis Health, LLC); Christianson, Amanda; Thurman, James; Lammers, Lindsey (Polysomnographic Technologist Supervisor, Innovis Health, LLC); Kneip, Julie; Pearson, Lois; Jenson, Tara; Didier, Mara; Birkeland, Paula; McKenzie, Nancy P. (RN-Acute Care-PACU, St. Mary's Regional Health Center); Marquardt, Gail; Jasperson, Rhonda; Grettum, Kristi; Rokusek, Elaine; Bye, Aftin; Sternberg, Traci; Peck, Alexei; Spring, Margo; Buckley, Kristi; Enockson, Michelle (Rehabilitation Services Director, Innovis Health, LLC); Hetzler, Janelle; Fiedler, Adrienne; Reishus, Kimberly; Nelles, Rachel; Kauffman, Russell; Knuth, Anne (Accounts Payable Supervisor, Essentia Health); Christianson, Shawn (Quality Director, Essentia Health); Hartke, Julie; Gebeke, Alexandra; Zenker, Mary; Rugroden, Sally; Pokharel, Monika; Sherman, Corianne; Carlson, Julie; Schultz, Rebecca; Callahan, Kevin; Krieger, Florence; Paju, Chelsey; Olson, Kevin; May, Angela; Wallace, Tressa; Pokhrel, Sashank; Zuel, Melissa; Garrahy, Shauna; Wasemiller, Paul; Bjertness, Joan M (Registered Nurse-Clinical Coordinator, Innovis Health, LLC); Manickavasagam, Saraswathy; Freeman, Loretha; Patel, Sneh; Wiederholt, Shannon; Erb, Katie; Ell, Amy; Hewitt, Austin; Cordell, Tiffany A. (Nurse Manager, Innovis Health, LLC); Winjum, Denise; Rueckert, Carmel; Hoss, Melissa (Coding Supervisor, Essentia Health); Larson, Brittni; Miranowski, Carol; Ramage, Allen; Marinetti, Leah; Iverson, Janet; Howden, Richard; Tschakert, Casey; Mohs, Thomas; Aberle, Tiffany; Crowe, Cheryl; Lampl, Shila; Halls, Ruth; Cole, Shari; Holmer, Jennifer; Hand, Tessa; Sauter, Brian; Qarni, Ahmer; Jungwirth, Greta; Jerger, Stephanie; Syrquin, Mickey; Maneval, Allison; Conant, Tamara; Olauson, Christy (Clinical Assistant-LPN, Innovis Health, LLC); Kremer, David; Wold, Kevin; Eisenbeisz, Shelley; Mickelson, Ann M. (RN-Ambulatory Care, St. Mary's Regional Health Center); Bergan, Deann; Briol, Christopher; Lee, Jenny; Miller, Sarah; Lauinger, David; Weickert, Christopher; Johnson, Natalie; Hintzman, Karen; Skaaland, Cara; Danielson, Carrie; Keashly, Rae; Teiken, Erin; Mehus, Elizabeth; Lindberg, Erin; McDonough, Kristin; Lageson, John; Hagen, Tiffany (Social Worker Supervisor, St. Mary's Regional Health Center); Hruby, Nathan; Hoffmann, Melanie; Rugg, Jennifer; Huether, Mallory; Mienert, Kristi (Home Health Manager, St. Mary's Regional Health Center); Dickerman, Lorraine; Geerdes, Amy; Olson, Brenda; Gurskis, Katie; Schmidt, Nicole; Kaiser, Sonya (Clinical Assistant-LPN, Innovis Health, LLC); Christopher, Arlene; Rohrer, Aril; Johnson, Brandell; Fahey, Patrick; Satrom, Beth (Telecare Services Director, Essentia Health); Muscha, Kari; Hulne, Jennifer; Huddleston, Mallory; Holtan, Vicki; Hockett, Misty; Johnson, Amanda; Buboltz, Ludovissie, Jenna; Fischer, Linda; Kielb, Amber; Aeilts, Amy (Pharmacist-Acute Care, Innovis Health, LLC); Dees, Brian (Physician, Innovis Health, LLC); Oberg, Kasey J. (Nurse Manager, Innovis Health, LLC); Oberg, Kasey; Graham, Jessica; Solum, Sharon A; Vetter, Sarah (Clinical Assistant-LPN, Innovis Health, LLC); Moses, Alexander; Crow Kamath, Susan; Thomas, Anna R. (Nurse Practitioner, Innovis Health, LLC); Hinkley, Sheri; Olander, Kari; Akkerman, Dave (Physician, Innovis Health, LLC); Nammour, Fadel; Gunkelman, Ashley; Souder, Paula; Skunes, Doris; Hoerner, Christina; Schaefer, Carol; Brazier, Carrie; Bratvold, Marion; Graham, Kathy; Wilberg, Denise; Klein, Steve; Randklev, Lana; Johnson, Julie; Gerdes, Mark; Downs, Janet; Swanberg, Amy; Steinke, Emil; Mickelson, John; Huschka, Ashley (Operations Manager III, Innovis Health, LLC); Beach, Bret (Diagnostic Imaging Manager, Innovis Health, LLC); Philpot, Megan (Technical Laboratory Supervisor, Innovis Health, LLC); Justin, Lynn; Schauff, Matthew; Wroblewski, Robert; Bailey, Cindy; Johnson, Robyn; Gaughan, Brittany; Bakken, Diane; Ranum, Darcie; Bubach, Julie (Pharmacy Manager-Clinical, Innovis Health, LLC); Mattson, Vanessa; Such, Tami; Thompson, Shannon; Benson, David; Punton, Matthew; Mansek, Donna;

Cleveland, Connie; Taylor, Jean; Tretbar, Danielle; Gunderson, Debra K. (Senior Business Analyst, St. Mary's Regional Health Center); Meyer, Wanda; Ziesch, Marshell; Staffne, Tanye; Gilsdorf; Woroniecki, Judi (Health Information Services Support Supervisor, Essentia Health); Moenkedick, Abbey; Jellison, Debra; Smith, Tricia; Lomen, Kari (Clinical Assistant-LPN, Essentia Health-Fosston); Hogan, Kristen; Evanger, Christie; Smith, Benjamin; Sikkink, Kari; English, Steven; Helbling, Nicholas J. (Pharmacy Operations Senior Manager, St. Mary's Regional Health Center); Romanoski, Marian; Bolar, Randall; Bevins, Vikki (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Wentz, Rache; Juberian, Lois; Kiesow, Nicole; Mason, Jacquelyn; Hagen, Naomi (Registered Nurse - Ambulatory Care Supervisor II, Essentia Health - Fosston); Grunewald, Julie (Billing Manager, Essentia Health); Marthe, Karla; Erickson, Amanda; Erholtz, Teresa; Moen, Andrew (Physician-Division Chair, St. Mary's Regional Health Center); Erickson, Perry; Johnson, Sarah; Haugen, Joel; Retz, Carol; Young, Kayla; Paul, Cathleen; Matos, Manuel; Eckman, Nikki; Schultz, Katherine; Krile, Leah; Muhonen, Emalee (Operations Manager III, Innovis Health, LLC); Mayfield, Kristen L.; Verworn, Lisa; Wolf, Darby; Sollom, Dennis; Shockley, Sharon; Goehring, Gayle; Rogne, Keri (Program Manager-Microbiology/Molecular, Essentia Health); Larson, Nichole A; Zieman, Kinsey; Parks, Cathleen; Skalsky, Adam; Quade, Tammy; Vaagen, Deborah; Lyon, Jeanette, Whited, Christopher; Stetson, Julie; Reishus, Jessica; Visness, Lorie; Thompson, Cassandra; Willette, Cheri; Ulrich, Chuck (Operations Manager I, Innovis Health, LLC); Poole, Cheslyn; Januszewski, Jake; Bartels, Kathleen; Anderson, Tory; Bergquist, Casey (Maintenance Supervisor, St. Mary's Regional Health Center); Hiedeman, Amy (RN-Acute Care Supervisor, Innovis Health, LLC); Leibel, Zachary; Ayers, Kari; Thorson, Heidi; Resler, Marla; Grueneich, Josalyn; Grueneich, Josalyn; Thielbar, Lori; Bohmer, Teresa; Alonto, Augusto; Olson, JoAnn; Evenson, Renee; Storbeck, Dawn (Patient Access Supervisor, Essentia Health); Scheel, Teresa (RN-Ambulatory Care, Innovis Health, LLC); Schroeder, Maridee; Wolden-Bookey, Evelyn; Allan, Sharon; Grumbles, Shanna; Howell, Christa (Midwife, Innovis Health, LLC); Reuss, Elizabeth M. (Telecare Services Manager, Essentia Health); VanSickle, Carrie; Wills, Jenna; Hager, Allen; Steen, Renee; Beaulieu, Carly M. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Liebenow, Mary; Husted, Karen (RN-Acute Care, St. Mary's Regional Health Center); Copple, Tom; Omodt, Wanda; Johnson, Nicole (HR Operations Director, Essentia Health); Wientjes, Stacey; Erie, John; Aceituna, Rachelle; Lalim-Schatteles, Denise; Hyduke, Marie; Bjerke, Amy; Wothe, Donald; Kibler, Megan (Program Manager-Transfusion Services, Essentia Health); MacLeod, Melissa (Office Supervisor, Innovis Health, LLC); Dolsay, Monica; Alinder, Thomas G. (Nurse Manager, St. Mary's Regional Health Center); Kippen, Tanya; Mitzel, Wyatt; Zeltinger, Suzanne (Operations Administrator, Innovis Health, LLC); Jansen, Matthew; Kunecka, Paulina; Shamdas, Ann (Cancer Registry Supervisor, Innovis Health, LLC); Johnson, Rebecca; Palavra, Suvad; Baguas, Robert; Larsen, Jessica; Vetter, Richard, Dr. (Chief Medical Officer, Innovis Health, LLC);Landsverk, Nicole; Larson, Jason; Doyle, Leah; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Maaninga, Andrew; Splettstaszer, Brittany; Miller, Jenna; Anderson, Laurie; Finseth, Lynae (Operations Manager II, Essentia Health - Fosston); Leinen, Penny; Walker, Theresa; Dockter, Dianne; Hall, Leann; Mitzel, Rebecca (Former Nurse Manager, Innovis Health, LLC); Alwin, Debra; Mouw, LeAnn R. (Foundation Operations Director, Essentia Health Foundation); Elijah, Holly; Cannon, Shari; Brunken, Nathan; Larson, Stacey; Shipman, Melissa; Thon, Virginia; Koland, Heather;  Christianson, Christine; Evensen, Toni (Pharmacist-Acute Care, Innovis Health, LLC); Zietz, Jennifer; Pajari, Linnea; Klug, Abby; Johnson, Sally; Kautz, Sarah; Larson, Trey; Beitz, Traey; Thompson, Kayla; Larson, Ashley; Day, Verla; Swenson, Leah; Tappe, Karen; Rostvedt, Ashlee C.

6

Exhibit D Recipient Supplement

(Nurse Informaticist, Essentia Health); Savageau, Pauline; Ludowese, Mandi; Wing, Valerie; Hespe, Linda (Home Health Director, St. Mary's Regional Health Center); Malone, Jody (RN-Home Health Supervisor, St. Mary's Regional Health Center);  Smith, Jodi; McNamara, Joseph; Singh, Ritesh; Dahl, Jason; Ohnstad, Teresa; Robinson, Karen; Thompson, Kristen; Rank, Michael; Janke, Jennifer (Midwife, Innovis Health, LLC); Olson, Gale; Christoffers, Collette; Stowers, Marietta; Biffert, Kimberly; Clutter, David (Former Physician-Section Chair, Innovis Health, LLC); Metzger, Todd; Fulton, Lana; Barnier, Dennie; Mueller, Amy; Stetz-Desmarais; Sandra; Schrupp, Danielle; Safranski, Mary; Lohnes, Linda; Hauf, Tami (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Ferguson, Marlene (Accounting Services Manager, Essentia Health); Peters, Camette; Haugen, Tyler (Pharmacist, Acute Care- Innovis Health, LLC); Busko, Joshua R. (RN-Acute Care Supervisor, Innovis Health, LLC); Mertens, Lauren; Harrington, Sharon; Jackson, Jessica; Penney, Curtis; Neyens, Terri; Nudell, Jill; Paulson, Sandra;  French-Baker, Karla (Nurse Practitioner, Innovis Health, LLC); Fischer, Tenille; Keller, Jenny; Dunker, Jennifer; Nordick, Kathryn; Johannes, Lynae; Mason, Audra (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hoffman, Tanya; Brown, Julene (Former Chief Compliance Officer, Essentia Health); Irish, Laura; Pocrnich, Amy (Business Services Director, Essentia Health); Forderer, Cynthia; Broneske, Melissa; Stremick; Knox, Colton (Technical Laboratory Supervisor, Innovis Health, LLC); Nordmark, Michelle S. (Pharmacist-Acute Care, St. Mary's Regional Health Center); Schleske, Daron; Kelly, Krysta; Boe, Nick; Harju, Margaret; Moos, Penelope (Penny); Veflin, Tiffany; Melbye, Tricia; Simenson, Kaye; Jepperson, Jane; Boege, Kristin; Jarshaw, Nichole; Orthman, Nancy; Tenderholt, Kimberly; Olson, Linda; Swartz, Travis (Pharmacist-Acute Care, Innovis Health, LLC);  Lucht, Christopher; Amiot, Amy; Lingen, Nicolle; Schaan, Sarah; Carlson, Terrie (Senior Budget & Planning Analyst, Essentia Health); Djerne, Brittany; Christensen, James; Kraft, Erika; Aelony, Jared; Sieling, Jennifer; Dosch, Helen; Anderson, James; Charles, Anna; Schmitz, Angela; Krupich, Brendan (Program Manager-Community Paramedic, St. Mary's Innovis Health EMS dba Essentia Health); Eriksson, Kelli; Ziegler, Brian R. (RN-Acute Care II-Emergency Room, Innovis Health, LLC); Trom, Jackie; Huseth, Karen; Bates, Tamara; Carmichael, Melissa; Pettit, Leah; Horning, Andrea; Nielsen, Renee; Leedahl, Dawn; McCaffrey, Lauto; Nelson, Kimberly; Hanson, Cheryl; Malakowsky, Susan; Husted, Eugene; Hillukka, Molly; Christofferson, Melissa; Troftgruben, Cindy (Nursing Director-West, Innovis Health, LLC); Meland, Rachel; Baumgartner, Kyle; Henderson, Theresa; Zieman, Jessica; Jezzard, Toby (Nursing Director-West, Innovis Health, LLC); Reardon, Scott; Connelly, Rochelle; Roggenkamp, Emily; Erickson, Sally; Walters, Kaitlin; Letzring, Joell; Fordyce, Brett; Redig, Marilynn; Stokke, Sandra (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Boyle, Laura; Buhr, Rena; Blilie, Ruth; Dauner, Monica; Meyer, Amy; Baugh, John; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Tangen, Chelsy; Baskerville, Patrick (Clinical Applications Analyst II, Essentia Health); Jacobson, Tara (Clinical Applications Supervisor, Essentia Health); Olson, Chris; Horsager, Amy; Cummings, Elizabeth; Moe, Rosemary; Tsen, David; Dalos, Karen; Anderson, Joan; Kortie, Michael (Environmental Services Manager, Innovis Health, LLC); Pearson, Aimee; Wallgren, Lora; Mace, Rebecca; Harthun, Heidi; Schmit, Mikki; Flatau, Heidi; Simonson, Wanda; Stich, Jordan; Bye, Carly; Grubb, Hannah; Bement, Sarah; Myhra, Tracy;  Hayes, Angela; Diegel, Tanya (Physician-Division Chair, Innovis Health, LLC); Barnhardt, Scott; Goser, Mark, Davis, Alexa; Fewless, Theresa; Hofsommer, Lee; Hook, Breeanna (Nurse Manager, Innovis Health, LLC); Murach, Amanda M. (Clinical Assistant-LPN, Innovis Health, LLC); Cline, Beth (Clinical Assistant-LPN, Innovis Health, LLC); Haecherl, Alison (Operations Manager II, Innovis Health, LLC); Schauer, Laura; Quenette, Renollet; Hensel, Sheila; Heier, Timothy; Maloney, Colleen; Pageler, Ashley; Lund, Aaron; Busker, Katie; Koppes, Trista;

Exhibit D Recipient Supplement

Coplin, Jordan; Steiner, Traci (RN-Acute Care Supervisor, Innovis Health, LLC); Frank, Jennifer; Gerde, Matthew; Mutchler, Scott (Former Physician, Innovis Health, LLC); Schenck, Jason; Quittschreiber, Jeremy; Dierks, Connie; Nelson, Carmen; Goodman, Kathy; Israelson, Allison; Mayfield, Karen; Oien, Barbara; Holter, Amy;  Gunderson, Chad (Clinical Applications Supervisor, Essentia Health); Mewhinney, Lynn; Gildersleeve, Yvonne; Watson, Melissa; Nimlos, David; Roberts, Samantha; Mitchell, Donna (Telecare Services Supervisor, Essentia Health); Johnson, Martha; Crandall, Lori (Pharmacy Technician Supervisor, Innovis Health, LLC); Visette, Paulette; Elizondo, Kimberly (Pharmacist-Acute Care, Innovis Health, LLC); Yeske, Jonathan; Johnston, Anne (Patient Access Manager, Essentia Health); Brainerd, Nancy; Ryan, Marie; Jahnke, Melody; Koolmo, Wendy; Wysuph, Kalee I. (Nurse Manager, Innovis Health, LLC); Kiecker, Kevin; Gauss, Jennifer (Pharmacist-Acute Care, Innovis Health, LLC); Ouellette, Amanda; Heisler, Stacia; Alton, Kia; French, Melissa; Haas, Marie; Strand, Crystal (Billing Supervisor, Essentia Health); Nelson, Kay; Burgau, Jordan L. (Nurse Manager, Innovis Health, LLC); Christenson, Shaun (Physician-Section Chair, Innovis Health, LLC);  Crockett, Melissa; Zieman, Alecia; Johnson, Lynn; Francis, Mary; Thom, Travis; Johnson, Daniel; Reitmeyer, Julie; Dahring, Joyce; Wright, Aaron; Abraham, Blair (Senior Project Manager-Facilities, Innovis Health, LLC); Lien, Robby; Olson, Denise E.; Walter, Cheryl; Dozak, Tracy; Schwandt, Tara; Peterson, Brent; Evin, Wanda; Rajender, Setthalli; Duray, Brenda; Buechler-Price, Joni (Physician, Innovis Health, LLC); Pazdernik, Julie (Physician, St. Mary's Regional Health Center); Jacobson, Joan; Kub, Janet; Williams, Lola; Sonnenberg, Kayla; Hall, Jessica; Wendt, Joseph (Operations Administrator, Innovis Health, LLC); Bruns, Alan; Bauer, Jordan; Fritz, Travis; Larson, Bruce; Holzbauer, Berdine; Schiefelbein, Hannah; Linn, Stephen (Physician, Innovis Health, LLC); Schultz, Brianna; Kirchner, Joel; Hieb, Amy; Zacharias, Joshua (Maintenance Manager, St. Mary's Regional Health Center); Erickson, Tina; Radtke, Connie; Ronning, Nathaniel; Oswald, Marlys; Larson, Brittany; Johnson, Desiree; Ortmeier, Thomas; Mjelde, Eric; Schmitz, Jay; Marchus, Damon; Relford, Eileen; Adelman, Renea; Medenwald, Jill; Moomjian, Jennifer; Sternhagen; Harthun, Melissa; Twogood, Pamela; Koski, April; Robberstad, Tanner; Parks, Mikieala S. (RN-Acute Care II-Medical/Surgical, St. Mary's Regional Health Center); Reinke, Roberta; Obrigewitch, Mindy; Mack, Kelli; Snyder, Gregory; Wirth, Deanna; Knight, Jessica; Fischer, Ian (Social Worker Supervisor, Innovis Health, LLC); Young, Yvette; Sauvageau, Seth; Miranowski, Jeanne; Daniels, Teri (Coding Associate Analyst I, Essentia Health); Glass, Melissa; Hanson, Katherine; McGregor, Michael; Vinton, Paula; Collmann, Vanessa; Torrance, James; Anders, Brandon; Kuznia, Josh; Frederick, Kate; Stangeland, Tracy; Dufault, Lori; Anderson, Emily (RN-Acute Care Supervisor, Innovis Health, LLC); Burner, Gail; Hildebrant, Tara; Livdahl, Tanya (Billing Manager, Essentia Health); Spanswick, Kelsey; Haugeberg, Cristy; Sorenson, Marsha; Kessel, Ryan; Brunette, Jayson; Peeters, Truedson, Thomas; Swartz, Megan (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hocking, Jolynn; Schlauderaff, Jennifer (Senior Clinical Applications Analyst, Essentia Health); Isaak, Christine; Olson, Deborah;  Olson, Angela (Operations Director, St. Mary's Regional Health Center); Kappes, Stephanie; Anderson, Kimberly (Pharmacy Systems Analyst, Essentia Health); Bakken, Alyssa; Christianson, Alice; Frisk, Cari; Berry, Gina; Ward, Peggy; McCormack, Diane; Gilbert, Trudy; Sampson, Jerome; Sawardeker, Prasad (Physician-Section Chair, Innovis Health, LLC); Timm, Anthony; Sliper, Jeffrey; Kleespies, Nancy; Floyd, Donald; Dion, Arlene;  McLaughlin, Jennifer (Marketing Director, Essentia Health); Pufall, Mary; Wright, Kathryn (Quality Partner II, Essentia Health); Brend, Kristi; Irvin, Sheila; Zutter, Jodi M. (Clinical Assistant, St. Mary's Regional Health Center); Allard, Vickie; Johnson, Lisa; Brumwell, Melanie (Physician, Innovis Health, LLC); Paulson, Nicole; McArthur, Chelsey; Bonn, Janet

Exhibit D Recipient Supplement

(Pharmacist-Acute Care, Innovis Health, LLC); Klein, Jennifer; Oriental, Legonne; Holmgren, Micah; Vetsch, Janna; Byrne, Kelly;  Simon, Shelby (Registered Nurse – Ambulatory Care Supervisor, Innovis Health, LLC); Oswald, Tiffany; Cortese, Barbara; Glasner, Gregory; Blazek, Alicia; Kent, Ashley; Leake, Yovondi; Bopp, Lucas; Frederiksen, Nicholas; Gunderson, Tanya; Roberts, Emily; Strong, Theresa L. (Nurse Practitioner, Innovis Health, LLC); Kilber, Michelle; Knudsen, Kristin; Knight, Cathy; Dresow, Meagan; Pitts, Chloe (Pharmacy Optimization Specialist, Duluth Clinic); Solermritter, Megan; Baltagi, Nour (Physician- Innovis Health, LLC); Loining, Nick; Nelson, Lindsey; Masog, Douglas; Nix, Kenneth; Bullis, Kimberly; Boergerwilder, Jodi; Buth, Rebecca; Bloom, Kristin (Pharmacist-Acute Care, Innovis Health, LLC); Engst, Veronica; Hanson, Amy; Rohrich, Lacey; Messerschmidt, Ariana; Johnson, Andrea; Konneh, Hawa; Vetsch, Lou; Oothoudt, Matthew (Logistics and Warehouse Senior Manager, Essentia Health); Dally, Kristie; Bezell-Gierke, Jan;  Francis, Ellie (Elinor) (Clinical Assistant-LPN, St. Mary's Regional Health Center); GefrohEllison, Stefanie; Frost, Donald; Gilbertson, Ivy; Gunkel, Angela; Handegard, Tami; Halvorson, Joseph (Nurse Practitioner, Innovis Health, LLC); Haider, Christopher; Halvorson, Joseph; Manecke, Michael (Environmental Services Supervisor, Essentia Health-Fosston); May, Kimberley (Operations Director, St. Mary's Regional Health Center); Kraemer, Michele; Almeropp, Marin; Anderson, Susan; Atkinson, Megan; Hirt, Elizabeth; Herold, Douglas; Huesman, Elizabeth; Althoff, Catherine; Honeyman, Ronald; Anderson, Anna; Holtz, Pamela; Just, Kathleen; Judd, Kaycee (Diabetes Educator, Innovis Health, LLC); Germolus, Alessa; Braseth, Annette; Bailey, Ashley; Velasco, Stephanie; Smithers, Carly M. (Pharmacist-Ambulatory Care, Innovis Health, LLC); Nelson, Alicia; Wald, Whitney L. (Clinical Assistant-LPN, Innovis Health, LLC); Christensen, Shellie; Dolo, Cephas; Haugrud, Mary; Smart, Ryan; Conduah, Erin; Astrup, Jamie (Nurse Manager, Innovis Health, LLC); Knudson, Kristen; Beyer, Rebecca; Franke, Aaron; Johnson, Alicen; Hedlund, Deborah; Tollefson, Karin; Severson, Stephanie; Webber, Jessica; Thomas, BillieJo; VanHoecke, Ryan; Benda, Mary; Haskell, Robert (Pharmacy Manager, Innovis Health, LLC); Barros, Dusty; Byers, Bonnie; Spina, Morgan; Gravalin, Alison; Larson, Brady; Belschner, Jesse; Khatri, Jessica; Kemp, Robyn; Domier, Sarah; Barnett, Rayna; Smith, Daniel; Kieffer, Teresa; Haug, Carrie E.; Puttbrese, Cassondra; Strand, Nicole; Garcia, Kristen; Costello, Kelly; King, Jessica; Villnow, Brittany; Corfman, Randle; Flach, Kayla; Haus, Kara; Schmitz, Morgan; Stueve, Erika; Finn, Sandra; Omdalen, Susan (Foundation Director, Essentia Health Foundation); Johnk, Shayla (Registered Nurse, Essentia Health); Webb, Veronica; Christner, Elizabeth; Zarling, Maggie; Johnson, Danielle; Briard, Mariah; Alstead, Amber; Olson, Donald; Jensen, Melody; Butcher, Ruth; Hanson, Amber; Boschee, Charles; Anderson, Donna; Wilson, Sharon; Cumber, Michael; Sayler, Christine; Johnson, Kyle; Sell, Shannon; Hoge, Cynthia; Wright, Ashley; Erickson, Brenda; Neubauer, Katherine L.; Riewer, Molly; Jinnur, Praveen; Mertz, Taylor E. (Midwife, Innovis Health, LLC); Becker, Jenae; Martodam, Gregory; Martin, Tessa; Ihle, Katherine; Wood, Laura (Quality Partner II, Essentia Health); Knudsen, Alyssa (Technical Laboratory Supervisor, St. Mary's Regional Health Center); Bartunek, Lori; Stover, David; Cantone, Chad (Buyer-Pharmacy, Innovis Health, LLC); Dondoneau, Marnie (RN-Acute Care-PACU Innovis Health, LLC); Antoniuk, pamela; Enget, Shannan; Odegaard, James; Holst, David; Tretter, Becky; Winter, Sarah; Zeis, Marlena; Ek, Charlene; Hallgren, Tiffany; Erickson, Jessica; Vigen-Iverson, Jennifer; Korhonen, Ashley; Van, Kristie; Haen, Andrew; Chelmo, Tammy; Jonason, Anitat; Goeller-Johnson, Stephanie; Best, Shelby; Marks, Kimberly (Former Physician Compensation Supervisor, Essentia Health); Whiteman, William (Senior Quality Partner, Essentia Health); Hentges, Zachary; Morrow, David; Ottmar, Jeffrey; Loberg, Natalie; Crull, Constance; Bachman, Kathleen; Huber, Laura; Dennison, Shannon; Nelson, Samantha; Hayes,

Kathleen; McDonald, Teresa; Heilman, Carla; Erickson, Alexis; Murrary, Grace; Sorenson, Becky; Conway, Kelsie K.; Shand, Kelly; Doppah, Felecia; Kline, Patricia; Richardson, Michelle; Kasel, Abby; Jacklitch, Reyna; Anderson, Lisa; Wendt, Kristin; Noel, Holly; Mirous, Danielle; Pollock, Brian (Emergency Medical Services Supervisor, St. Mary's Innovis Health EMS dba Essentia Health EMS); Karsky, Kristin; Barta, Wendy; Lyonshanson, Chelle; Zuniga, Patricia; Boeddeker, Spring; Peluso, Christopher; Hongess, Jacilyn; Wallace, Brandi; Envik, Bryan (RN-Ambulatory Care Supervisor, Innovis Health, LLC); Wieler, Lisa; Peterson, Heidi; Wahala, Angela; Fitzpatrick, Kathleen; Haugen, Abbey (Registered Nurse - Ambulatory Care, Innovis Health, LLC); Anderson, Tiffany; Johnson-Hoehne, Anita; Jorgenson, Stephanie; Devireddy, Abhi (Infrastructure Architecture Manager, Essentia Health);Burgeson, Annmarie; Tovson, Jessica; Nordquist, Susan; McKenzie, Jacqueline; Olson, Letitia; Berger, Karla; Taplin, Ernest; Engel, Janna (Pharmacy Site Supervisor, Bridges Medical Center); Ronning, Kayla; Reardon, Kristen; Carlson, Connie; Mittleider, Carmen; Nowak, Mindie;  Holzworth, Nicole; Arvidson, Roberta; Anderson, Caitlyn; Kezar, Tina; Vold, Denise; Dady, Megan; Koehler, Stephanie; Broadway, Steven; Martin, Patricia; Masten, Marjorie; McNamara, Jacqueline; Mendez, Patricia; Olson, Taryn; Miller, Jeffrey; Mickelson, Patricia; Motschenbacher, Kurtis; Sather, Mei-Wen; Vinyh, John V.; Walker, Deborah; Carson Sandness, Amanda; Anderson, Sarah; Adkins, Kandice; Cavett, Val (Clinical Assistant-LPN, Innovis Health, LLC); Christl, Jerrold; Hendrickson, Shanna; Wayne, Tamela; Yeager, Kimberly; Whirley, Jaclyn; Alder, Vicki; McDermott, Tabitha; Behr, Amanda (Diagnostic Imaging Manager, Innovis Health, LLC); Ziegler, Jennifer; Boehlke-Fiecke,Brittani; Johnson, Shannon; Figuerres, Harchie; Nelson, Elizabeth; Hockett, Stephanie; Zink, Jamie; Nash, Anne; Schadler, Melinda; Thompson, Tamara; Linn, Zachary (Rehabilitation Services Manager, Innovis Health, LLC); Scribner, Brady (Security Manager, Innovis Health, LLC); Morken, Kristen; Hansen, Amanda; Tumberg, Kelly; Solem, Nicole; Bernu, Matthew;  Maag, Jenna; Hall, Thomas; Johnson, Susan; Hopkins, Heather; Michaelson, Elizabeth; Hillukka, Kyah; Trautman, Jennifer; Rindahl, Stephanie; Craigmile, Donna L. (RN-Educator, St. Mary's Regional Health Center); Scheer, Michael (Pharmacist-Acute Care, Innovis Health, LLC); Alinder, Sandra (RN-Acute Care Supervisor-St. Mary's Regional Health Center); Olson, Emily; Liddell, Amy; Berger, Dalene; Crandall, Peggy; Bernhardt, Aaron; Rund-Rieppel, Natalie; Sorensen, Christian; Flaten, Karen; Schmitz, Sydney; Lee, Carol; Brand, Deborah; McDermott, Heather; Anderson, Deann; Gingerich, Carla; Gunderson, Esther; Shervey, Gretchen; Ingvalson, Jolie; Haven, Patricia; Kortie, Dana (Nutrition Services Supervisor II, Innovis Health, LLC); Opgrand, Heather; Kappes, Kelly; Asket, Kendra; Softing, Amy; Hoffman, Nicole M.; Buboltz, Jacquelyn; Morin, Christina; Jaenisch, Richard; Alleckson, Delores; Kapaun, Kassidy; Markuson, Melanie; Norton, Christina; Wing, Autumn; Mortenson, Bruce; Markeson, Marita; Wheeler, Amanda; Fossen, Kailie; Scilley, Lorelei; Rambousek, Brent; Bjornson, Lindi; Elmer, Amanda; Olson, Kristine (Physician & Professional Services Senior Director, Essentia Health); Koesterman, Michael; Ames, David; Albrecht, Jamison; Ackland, Jill; Perleberg, Pamela; Podoll, Alicia; Ostlie, Daniel; Boyer, Alexa; Soyring, Sarah; Walsh, Kristina; Enger, Krystal; Ferden, Karen; Sjostrand, Kirsten; Jacobson, Kurt;  Beauchamp, Danny (Facilities Senior Director-West, Innovis Health, LLC); Boatman, James; Hamilton, Hailey; Tweet, Lynn; Makela, Jason; Lorenzen, Tricia; Simmons, Sandra; Belk, John; Twells, Pamela;  Haaland, Kathleen (Coding Manager, Essentia Health); Evitt, Vernielou; Evenson, Benjamin; Neary, Lorelie; Schuette, Tamara; Greisen-Agather, April; Gray, Cynthia; Samuelson, Marcene; Schwandt, Robert (Pharmacist-Acute Care, Innovis Health, LLC); Roberg, Robert (Pharmacist-Acute Care, Innovis Health, LLC); Dillabough, Charles (Pharmacist-Acute Care, Innovis Health, LLC);  Ditch, Pamela (Laboratory Supervisor, Innovis

Health, LLC); Stewart, William; Koppelman, Barbara; Sands, Jennifer; Schlaht, Jan (Patient Relations Associate, Essentia Health); Sanders, Steven (Cardiac Rehabilitation Supervisor, Innovis Health, LLC); Stalboerger, Patricia; Hestbeck, Charlene; Athmann, Randal; Rasmussen, Barbara; Elliott, Victoria; Kreme, Randall; Brawders, Patricia; Shaffer, Kristie (Telecare Services Supervisor, Essentia Health); Plambeck, Lori; Kram-Paskey, Pamela; Badinger, Barbara; Czichotzki, Rebecca; Lucht, Theresa; Bitz, James; Johnson, Tarah; Freeman, Michelle; Olson, Roberta; Greminger, Liza; Schill, Rebecca; Hoque, Mdrisalatul; Walter, Candace; Beaudine; Kelly, Kimberly; Motschenbacher, Kristine; Crider, Mitchell (Physician-Section Chair, Innovis Health, LLC); Habrat, Amanda; Naumann, Sheila; Honeyman, Josh; Lawrence, Katie; Opoien, Barbara; Rayl, Kimberly; Quiggle, Eliza (Clinical Assistant-LPN, Innovis Health, LLC); Prince, Robin; McDonald, Cynthia; Schumacher, Mary; Davidson, Nancy; Skarphol, Angela; Prochniak, Susan; Ernster, Dale J.; Zentz, Tanja; Roemmichwey, Jerine; Stinson, Kristin; Steffl, Deborah (RN-Acute Care-Specialty, St. Mary's Regional Health Center); Curry, Judith; Sunram, Cathrine; Gustafson Martineau, Kristina; Rott, Gerald; Thornton, Kimberly S.; Soper, Constance; Nitschke, Patricia; Beehler-Denny, Terrie; Safar, Barbara; Naplin, Kimberly; Dekarske-Riewer, Kiara; Hendrickx, Lori; Hart, Jessica; Thompson, Joie; Scheurer, Erika; Busching, Julie; Rohrbeck, Nicole (Pharmacy Manager, Innovis Health, LLC); Recine, Vincenzo N. (Clinical Assistant-LPN, St. Mary's Regional Health Center); Thomas, Kiron; Swenson, Sarah B. (Clinical Assistant-LPN, Innovis Health, LLC); Ziegler, Lindsay; Knopp, Diana; Lund, Kecia E. (Nursing Director, Innovis Health, LLC); Brockpahler, Melanie; Qadeer, Farhan; Sayon, Estella; Svaleson, Rebecca (Nursing Director-West, Innovis Health, LLC); Strand, Michelle; Rott, Megan; Berghorst, Kelly; Wyum, Evan; Anderson, Austin; Astrup, Abigail; Lacher, Adam; Mortenson, Karin; Vogeler, Jessica; Wainright, Linda; Beaton, Vickie; Ngwe, Dorin; Nokelby, Michael; Zach, Shannon; Lyseng, Alli; Jones, Anya; Jelinek, Diane; Laddusaw, Jessica; Adkins, Nicole; Woldmorrow, Sondra; Perkins, Rachael; Roush, Elizabeth; Childress, Kristina; Robberstad, Taryn; Jeffery, Jonathan; Steffl, Natalie; Abuminshar, Marwan; Green, Storm; Figueroa, Glen; Longworth, Julia; Iles, Nanette; Sayler, Stacey; Stoops, Sarah P. (Nurse Manager, Innovis Health, LLC); Overbeck, Lara; Lineburg, Cody; Murphy, Cassie; Anderson, Debra; Schaefbauer, Macey; Hansen, Carla; Hess, Aubrey L.; Kolkhorst, Kimberly; Sonnenberg, Julie; Johnston, Joni; Rasmusson, Allison; Caldwell, Jaana; Rosing, Cailey; Tucker, Shelly; Luttio, Kristin (Operations Manager III, Innovis Health, LLC); Bergerson, Bonnie; Kraft, Cassandra; Anderson, Danielle; Schafer, McKenzie; Karjalainen, Neil; Ashley-Villebrun, Talia; Keene, Roxanne; Reile, Kirsten; Marroquingalvez, Guillermo; Blom, Melissa B.; Ambros, Tadeu; McDonough, Alysha C.; Monson, Chelsey; Liem, Agnes F. (Nurse Practitioner, Innovis Health, LLC); Fosness, Sydney; Gilbertson, Sierra; Jacobson, Shelby; Larsen, Shayna; Jibril, Noureldin; Wielandt, Nicole; Ste. Marie, Michaela; Opheim, Lexi; Rosenkranz, Jana; Ancona, Brent; Gerlach, Ashleigh; Sherlock, Andrea; Kimball, Allie; Jones, Aaron; Ockert, Zachary; Cook, Janelle; Karlstad, Kelsey; Coauette, Grant; Remple, Cassandra; Cyrus, Annette; Kessler, Kate; Jackson, Jared; Murphy, Luke; Jung, Chasity; Mofyasandt, Martha; Weigand, Serena; Carlson, Kerry (Operations Administrator, Innovis Health, LLC); Eisinger, Jodell; Vijayappa, Madhu; Lind Wheatley, Kristi; Horseman, Heather; Harmon, Christina (Former Physician, Innovis Health, LLC); Stibbe, Adam; Strang, Angela M. (Physician, Innovis Health, LLC); Trickey, Nancy; Wanzek, Philip; Bachmann, Taylor; Zick, Desirae; Krautkremer, Crystal; Bellin, Amy (RN-Patient Navigator, Innovis Health, LLC); Jorud, Cynthia R. (Nursing Director, Innovis Health, LLC); Auka, Sarah; Middelkamp, Matthew; Baden, Jack; Swanson, Colleen; Callahan, Mike; Bolin, Kim; Hays, Michael; Ellison, jo; Himle, Kaitlin; McGough, Shana; Iverson, Sarah; Volin, Andrew; Durrani, Qasim; Krump, Karralyn; HMMoyers@EssentiaHealth.mail.onmicrosoft.com; Leary, Amy; Sharma,

11

Exhibit D Recipient Supplement

Omprakash; Redick; Brenda; Hoffman, Casey; Korth, Krista; Martin, Linda; McWalter, Grant; Summerer, Rebecca; Brissett, Miranda; Achterling, Kelly;  Strong, Kayla M.; Marsh, Bridget; Adamek, Melissa (Registered Nurse-Ambulatory Care, Innovis Health, LLC); Duval, Lisa; Smith, Shawn (Sterile Processing Supervisor, Innovis Health, LLC); Wheeler, Kayla; Larson, Megan E.; Hansen, Christian; Holmer, Sarah; Jacobson, Kelly; Sunram, Jenna; Pirozhkov, Nina; Sabby, Michele; Wehner, Carly L. (Pharmacist-Acute Care, Innovis Health, LLC); Anderson, Chelsea R. (RN-Acute Care Supervisor- Innovis Health, LLC); Shimell, Erin; Steffan, Stephanie; Johnson, Teresa (Operations Manager II, Innovis Health, LLC); White, Cheryl (Physician-Section Chair, Essentia Health-Fosston); Beach, Nancy (Executive Assistant, Innovis Health, LLC); Schweitzer, Renee (Operations Manager III, Innovis Health, LLC); Larsen, Elizabeth; Berg, Olivia; Elliott, Kimberly; Cook, Julie; Davis, Lisa; Moncada, Nichole; Harwood, Stacie; Hough, Andrea (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Dulka, Jackie; Bartholomay, Sheila K. (Clinical Assistant-LPN, Innovis Health, LLC); Hammargren, Jessica; Johnson, Candice; Mattern, Kyra; Morgan, Mena; Wleh, Vera; Welle, Emily; Morast, Connie; Gopi, Sreejith (Physician-Section Chair, Bridges Medical Center); Brambrink, Teagan; Williams, Paul; Carlblom, Megan; Blood, Sara J. (Quality Partner II, Essentia Health); Balfanz, John; Stall, Shaina; Arfaie, Sahand; Linman, Jill; Frisbie, Audrey; Camp, Crystal; Kritzberger, Jennifer; Ust, Lori; Surles, Valerie; Anderson, Jody; Tuper, Audrey; Raasch, Nicole; Gebur, Rachel; Clauson, Allison; Gjestvang, Jennifer (Executive Assistant, Innovis Health, LLC); Gladen, Karissa; Rosenau, Karla; Kent, Rebecca; Larson, Calli; Smith, Heather; Svare, Kathleen; Morlock, Nicole; Johanns, Tylor P. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Kemper, Karyn (Diagnostic Imaging Supervisor, Innovis Health, LLC); Erdrich, Aaron; Grinde, Judy; Foster, Kristina; Branden, Sarah (Sterile Processing Supervisor, St. Mary's Regional Health Center); Gregerson, Gail; Kaseman, Kristi; Donahue; Macleod, Jessica; Volden, Dawn; Johnson, Melissa; Fuchs, Tammi; Fleming, Heidi; Eagen, Marylyn (Clinical Assistant-LPN, Innovis Health, LLC); Cleary, Holly; Gritz, Tina; Kennell, Cassandra (Executive Assistant, Innovis Health, LLC); Gulbrandson, Sara; Kvale, Jennifer (RN-Acute Care Supervisor, Innovis Health, LLC); Sorenson, Amber; Kjenstad, Kristine; Bergren, Carla; Kvale, Jennifer; Scholler, Justine; Clark, Tamara; Craigmile, Donna L. (RN-Educator, St. Mary's Regional Health Center); Winkler, Erin; Mcinnes, Karen; Ehrmantraut, Ryan; Dandamudi, Venkata; Nelson, Cathy; Berry, Carmen; Weishaar, Angie; Martin, Reed; Dorff, Elizabeth; Kuehl, McKenzie; Kalberer, Tess; Dittmer-Anderson, Laura; Gordon, Phebe; Borgen, Joan; Peterson, Melissa (Regional Nursing Director, St. Mary's Regional Health Center); Wold, Kimberly; Henning, Stasha; McGough, Zachary; Farah, Anab; Tetrick, Betsy; Lunde, Leanna; Boisjolie, Ann; Pagel, Dena; Thumma, Carol; Weatherford, Erica; Ratajczak, Amy; Lopez, Debbi;  Johnson, Kristen L.; Smith, Renae; Shelquist, Rebecca; Rotar, Heather; Raftevold, Austyn; Heimark, Tami; Allard, Amy; Burnham, Carrie; Stelzer, Alexa; Moen, Michael; Mehus, Lanette M.; Turnow, Angela; Bjellum, Hans; Solberg, Roberta; Nefzger, Kelsey (Registered Nurse-Program Manager, Innovis Health, LLC); Bjorgaard, Barry; Rogstad, Jessica; Strobel, Kourtney; Hoppe, Tony; Johnson, Gayle; Flemmer, Diane; Klaypenh, Christian; Allen, Joshua; Maher, Tiffany M. (RN-Acute Care Supervisor, Innovis Health, LLC); Sargent, Denise M. (Marketing Manager, Essentia Health); Lizakowski, Jason; Ledeoux, Laura; Pomeranz, Bryan; Leet, Angela; Borash, Amy; Griffis, Jennifer; Lordeman, Ashley; Davison, Kurt; Allen, Tiffany; Swenson, Aaron; Blaney, Sheri; Bodle, Rhonda K. (Clinical Assistant-LPN, Innovis Health, LLC); Anderson, Deann; Kraft, Sherry L.; Strege, Andrew; Francis, Julie; Ihry, Victoria; Forrest, Barbara; Enga, Kathryn; Misialek, Erin (Former Intern-Pharmacy, Innovis Health, LLC); Hewson, Adam; Levin, Daniel J.; Wiemer, Misty; Palubicki, Kaitlyn; Milbeck, Kierstynn;

Neuschwander, Lauren; Hayes, Summer; Bunn, Courtney G. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Fitterer, Kelsey; Haugrud, Emily (Prior Authorization Associate, Essentia Health); Matthys, Gary; Holm, Morgan; Christensen, Nathaniel; Bullock, Rebecca; Robley, Connor; Larson, Stacey; Arnhalt, Ashton L.; Garza, Aleida; Allen, Drew; Braun, Haley; Ladouceur, Patrick; Forsman, Michele; Mosley, Sarnaria; Kinney, Lisa; Klinkhammer, Amber; Stutz, Rebecca; Stark, Sarah B.; Downs, Jill; Kollie, Seanei; Wriht, Nyenpue; Shaffer, Charles; Johnson, Cherish; Helgeson, Jodee; Woodard, Megan; Bucholz, Carissa; Bradley, David; Leier, Eryn; Grant, McKenzie A. (Former Clinical Assistant-LPN, Innovis Health, LLC); Bradley, Michelle; Footitt, Taylor; Griffiths, Nicolette; Lusso, Louann; Knudtson, Erin; Romsdal, Jordyn; Biffert, Rebecca; Lundmarktheisen, Tanja; Gottwalt, Alison (Budget & Planning Manager, Essentia Health); Wikman, Nicole; Achter, Natasha; Anderson, Aspen A. (Former Clinical Assistant-St. Mary's Regional Health Center); Blair, Tanya; Swanson, Nathanial; Brandner, Drew; Lundstrom, Anna; Ambuehl, Kathryn; McCullough, Darcie; Agnew, Jennifer; Erickson, Samantha R. (RN-Acute Care II-Specialty, Innovis Health, LLC); Rude, Jaclyn; Briolo, Mallory; Garry, Shannon; Softing, Sherri (Nutrition Services Manager, St. Mary's Regional Health Center); Dyrdahl, Jodi; Maii, Dylan; Brown, Michelle; Reed, Shane; Sefcik, Dorcas; Erickson, Elizabeth; Hystead, Aaron; Cooper, Brian; Oleary, Keith; Alexander, Sarah; Olson, Cynthia; Delorme, Gina; Vanhal, Jenna; Linstad, Lynette; Edens, Abigail; Grabow, Whitney; Sheikh, Israr; Brodsho, Melissa; Welch, Molly; Dorow, Amber; Buller, Amber; Seaberg, Rebecca; Berglund, Jacqueline L.; Pandolfo, Caitlin (Physician, Innovis Health, LLC); Nevins, Kathryn; Hensel-Kalla, Gail; Pokrzywinski, Heather L.; Yesenko, Michelle (Case Management Manager, Innovis Health, LLC); Bruhn, Jolene; Lundeen, Tina; Holmstrom, Cassidy; Yesenko, Michelle; Baril, Mackenzie (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Afonja, Burton; Harthun, Theresa; Weigel, Emily; Wold, Ashley; Veranochavez, Jaime; Renschler, Robert; Peterson, Jonathon; Walker, Sarah; Perkins, Michelle; Chase, John; Benson, Terry; Kost, Ashleigh; Buller, Brianna; Gullingrud, Shannon; Radke, Kendra; Trosen, Tyler; Czapiewski, Cynthia; Schultz-Garnas, Cynthia; Norgaard, Paige; Henning, Emily; Lauwers, Sadie; Marquart, Holli; Lindley, Lindsey; Lutgen, Lottie; Rusch, Marleen; Amsbaugh, Nicole; Upton, James T. (Nurse Practitioner, Innovis Health, LLC); Lorsung, Jacob; Schlotfeldt, Ashley; Gonitzke, Paula; Berglund, Rick; Seidel, Jennifer; Rajdl, Heather; Morse, Sarah (Registered Nurse - Ambulatory Care Supervisor II, St. Mary's Regional Health Center); Greenshields, Patricia; Benson, Diane; Davy, Ashley; Emerson, Laura; Schrupp-Jorgenson, Bobbie; Farnlof, Sarah A. (Quality Partner II, Essentia Health); Holaday, David; Rudolph, Chase; Gerdes, Christopher; Hanney, Susan; Steffan, Joshua; Davis, Creeonna; Vadehra, Vivek; Taylor, Jessie; Kleinschmidt, Diane; Devries, Julie; Williams, Elisa; Mattson, Candace; Penton, Garrett; Jenkins, Brandon; Dorholt, Taylor; Rudnick, Melanie (Clinical Applications Supervisor, Essentia Health); Sherman, Jane; Sitzer, Kimberly; Hovet, Courtney; Nemec, Grace; Smith, Aaron; Jensen, Elijah J. (Website Content Administrator, Essentia Health); Moran, Shauna; Ritchie, Alyssa; Mohs, Toni; Lessard, Debra; Ladouceur, Marquise; Praska, Jensen; Chelmo, Danielle; McKinnon, Marissa; Vinje, Ellen; Hinkel, Kimberly; Ganje, Jonna; Fevig, Mariah; Christen, John; Larson, Kelly; Lindblom, Jessica; Hansen, Jordan; Sullinger, Nicole; Miller, Jordyne; Olson, Tammy; Kuehn, Jodi (Senior HR Business Partner, Innovis Health, LLC); Gorder, Tammy K. (Clinical Assistant, St. Mary's Regional Health Center); Dopiriak, Kimberly; Gagnon, Delaney; Rockwell, Angela; Lehmann, Heather; Degerman, Preston; Miller, Cammie; Gibbs, Dana; Sherritt, Brianna; Boehm, Ashli; Bergmann, Marie; Scheibe, Meghan; Theesfeld, Jeremy T. (Nurse Manager, St. Mary's Regional Health Center); Mathias, Alexandra; Olcott, Jaquelyn; Hagerty-Branden, Breah; Gigstead, Emily; Tuma, Jolene; Woodbury, Kristina; Kelly, Jason; Drocic, Ana; Holmquist, Shawna; Thingvold, Nicole; Carlson,

Karen; Koterba, Vicki; Rick, Brenda; Olson, Dustin; Ernst, Zachary; Leininger, Rileigh; Gullingsrud, Kimberly; Vangerud, Megan; Selzler, Paula (Nutrition Services Manager, Innovis Health, LLC); Kunz, Kristin; Loepp, Renae; Hudec, Megan; Bergquist, Christopher; Wahl, Lynda; Roth, Stacey; Bergstrom, Lora; Adler, Grit; Wutzke, Rebecca; Ina Amii, Sarah; Berg, Trevor; Grunewald, Doreen; Englund, Jessica; Fredrickson, Ingrid; Keller, Alexandria; Held, Ashley; Bleyle, Donald; Dockter, Bonita; Stompro, Kristine; Barton, Lisa; Harren, Laura; Biel, Meridith L.; Dunham, Mark; Skare, Elizabeth; Rivera, Joanne; Stras, Amanda; Miller, Wayne; Larson, Alyson (Pharmacy Site Supervisor, St. Mary's Innovis Health); McCarthy, Kylie; Zimmel, Adelaida; Schultz, Kristen (Operations Manager III, Innovis Health, LLC); Wiederhold, Ashley; Danielson, Danielle; Scholtz, Emily; Wentz, Nina; Krumme, Thomas; Saewert, Sonia; Disher, Kayla; Degroat, Darlene; Pesek, Stacey; Linden, Ryan; Kiesow, Sarah; McDonald, Peter; Hoffart, Lisa; Smith, Danielle; JGWIRTH@EssentiaHealth.mail.onmicrosoft.com; Moore, Crystal; Kautz, Maisie; Lyon, Kirsten (Registered Nurse - Clinical Coordinator, Innovis Health, LLC); Landford, Agnes; Rhodes, David; Gilster, Debra; McDougall, Courtney; Wright, James; Lelm, Kaylah; Bitz, Trent; Walker, Samantha (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Kirwin, Rebecca; Hines, Randi (Billing Supervisor, Essentia Health); Meyer, Yvonne; Renowski, Ciarra; Herman, Mason; Brandt, Amber; Pocha, Christine; Motis, Destany; Mulholland, Donna; Soyring, Tracy; Brainerd, Cynthia; Rusch, Tanya; Phillips, Chasity; Ward, Jesse; Ethier, Alyssa; McGowan, Jacob; Hoover, Aaron; Kabbah, Saydia; Kalk, Kristina; Leichter, Eric; Langerud, Danica; Gillespie, Rose; Carlson, Gina; Scheving, Grace; Defoe, Adam; Szczur, Alison; Redenius, Kaeley; Kline, Brady (Environmental Services Supervisor, Innovis Health, LLC); Jorgenson, Hailey; Olson, Tanassa; Sloan, Martha; Ekren, Tara (Former Media Relations Specialist, Essentia Health); Bexell, Sydney; Jordan, Righsher; Koltes, Angela; Lutman, Allison; Stone, Danielle; Kusler, Katie; Spacek, Caroline; Koval, Fredric; Wambui, Nancy; Drinkwine, Wanda; Dufrane, Michael; Stearns, Alexis; Hall, Leah; Sergot, Danielle; Mitzel, Fredrick; Knudsvig, Tricia; Lehman, Sarah; Shaw, Amber L. (Clinical Assistant, St. Mary's Regional Health Center); Hoyer, Starla; Otto, Marisa; Johnson, Gregory; Johnson, Ethan; Schanilec, Samantha; Erb, Angela; Schneidermann, Allison; Smude, Richard; Sandoval, Sarah; Conklin, Kelly; Remer, Stephanie (Clinical Assistant-LPN, Innovis Health, LLC); Stickler, Kathryn; Larson, Trista; Saurav, Alok; Longtin, Morgan; Nowotny, Allison (Senior Human Resources Business Partner, Innovis Health, LLC); Johnson, Connor; Jackson, Lori; Ragland, Eric; Domm, Haley; Lien, Cory; Berte, Assibi; Wilhelm, Megan; Johnson, Brooke; Carrier, Luann; Grossman, Corey; Auck, Alyssa; Geffre, Carly; Adkins, Nicholas; Schroeder, Courtnay; Sang, Katelyn; Ellis, Kena; Vetter, James; Radermacher, Anita; Erickson, Madison; Shcherbinina, Natalia; Wendel, Maia; Klemisch, Robert; Buller, Debra; Haas, Corbett; Shamdas, Glenn; Kringlen, Rachel; Baxter, Cody; Oxton, Kira; Punj, Meenakshi; Sequeira, Herman; Nelson, Taylor; Kallis, Scott (Site Supply Chain Supervisor, Essentia Health); Wynes, Stephanie; Fahnbulleh, Jenneh; Kangas, Megan; Vivatson, Koree; Kiernan, Hannah; Wilson, Kaitlyn; Fuglestad, Paul; Grangroth, Jeanette; Forrester, Karen; Missling, Amy; Mattis, Elizabeth; Miller, Benjamin; Nicolescu, Razvan; Haggart, John; Mortenson, Darcy; Lien, Jack; Scholz, Jamie; Grenier, Lauren; Rice, Vanessah; Bauck, Zachery; Harmon, Lisa; Albin, Matthias; Oluleye, Oludamilola; Waynick, Daniel; Mcleod, Cary; Pikalek, Holly; Lin, Lydia; Borsheim, Hannah; Burke, Wesley; Hecker, Brandon; Sohail, Ifrah; Hextail, Mamie; Larson, Jenna; Robbins, Charles (Business Systems Director, Essentia Health); Haslop, Brooklynn; Olson, Elizabeth (Telecare Services Supervisor, Essentia Health); Myrant, Daniel; Walker, Kari; Schaan, Payton; Monson, Elizabeth; Janson, Neil; Tuttle, Nicholas; Morken, Abby; Schwandt, Austin; Snedaker, Julia; Eronmosele, Gabriel; Mathur, Nitin; Brandt, Melinda (Revenue Services Associate I, Essentia

Exhibit D Recipient Supplement

Health); Marama, Natasha; Mjoness, Pamela; Thompson, Kaitlyn; Mcalister, Aimee; Marsten, Nicole; Nelson, Laura; Kelly, Katie; Sheelakumari, Chippy; Hager, Kathleen; St. Claire, Jelissa; Eissinger, Rebecca; Williams, Kirsten; Skjonsberg, Allie; Morris, Destiny; Chandler, Tracy; Van Dyke, Tonya (RN-Ambulatory Care, Innovis Health, LLC); Clark, Nathan; Jones, Mercedes; Herman, Shelly; Dahnke, Shannon (Communications Director, Essentia Health); Holland, Britta; Trader, Joann; Renner, Rachel; Carlascio, Krystal; Benson, Brittney; Kjos, Vicki; Speer, Crystal; Kyllo, Janelle; Moan, Maureen; Williams, Julio; Decock, Christopher; Morken, Lucas; Turnow, Craig; Schadler, Carson; Neu, Anna; Olson, Lauren; Habrat, Susan; Obrien, Lisa (RN-Ambulatory Care, Innovis Health, LLC); Rodriguez, Courtney; Sandahl, Taylor; Dykema, Tracy; Jupic, Aida; McManus, Molly; Rustad, Kathleen; Zeman, Kelly; Gibson, Kelsey; Pifher, Karen (Program Manager-Community Health, Innovis Health, LLC); Vasquez, Julia; Locke, Amber; Frank, Cara; Wedde, Adam; Wurst, Kaitlyn; Schultz, Marilyn; Narog, Megan; Lynnes, Jessa; Tohm, Debra; England, Kristina; Ham, Markeeta; Vanhee, Alexandra; Pepin, Ashley; Edmond, Janice; Easley, Kalvin; Bauer, Abby; Geigle, Joann; Burgard, Brenda (Former Clinical Assistant-LPN, Innovis Health, LLC) (Current Student-Nursing, Essentia Health); Esterby, Kristen; Gravning, Stephanie; Schoon, Kaylea; Thiele, Carla; Holmgren, Andrea; Eronmosele, Trisha; Newland, Amber; Geiger, Marisa; Kontz, Douglas; Gabel, Erin; Bachmeier, Candice; Dubs, Roberta; Marlen, Jeannette; Wentworth, Kevin; Kludt, Josephine; West, Maiya; Gahr, Pamala; May, Ashley; Moe, Cathleen; Langerud, Tammy; Wright, Laurel; Donley, Mason; Hurley, Al (Chief Operating Officer, Innovis Health, LLC); Usher, Christy; Muhumed, Fartun; Humphrey, Brittney; Varady, Loralee; Jalarue, Alfred; Ward, Laura; Pringnitz, Ashley; Schumacher, Audri; Black, Charlie; Jerger, Brooke; Bergquist, Elizabeth; Westra, Madelyn; Browne, Cecelia; Holien, Kathy; Wicker, Betty; Erickson, Margo; Vandeberg, Becky; Phillips, Brian (RN-Ambulatory Care, Innovis Health, LLC); Stenger, Rachel; Janes, Tanya; Christenson, Marti; Ackerson, Jennifer; Ingle, Hailey; Vickers, Jennifer; Hansen, Amber; Pinoniemi, Jennifer; Zimmerman, Cassandra; Gana, Madeleine; Hanson, Diana; Askegard, Courtney; Gana, Rafeliii; Carlson, Travis; Roth, Oliver; Johnsrud-Taffe, Shelby; Hursman, Allison; Alin, Sadia; Johnson, Roxane; Merkens, Holly; Hunter, Sara; Schumacher, Nicole; Cusey, Brittany; Crissinger, Michelle; Faleide, Rachel; Zetocha, Andrew; Lizakowski, Joshua; Thingelstad, Kaitlyn; Larue, Tyrell; Muller, Aaron (Pharmacist-Acute Care, Innovis Health, LLC); Christianson, Derek; Trenda, Taylor; Morton, Abigail; Dehoogh, Rachel; Swanson, Amanda C. (Midwife, Innovis Health, LLC); Soderquist, Sally; Dauner, Denelle; Meier, Jayme; Nordman, Chelsey; Schwartz, Galina; Velgersdyk, Jared; Weber, Hunter; Bozovsky, Kayla; Sneeden, Paul (Laboratory Supervisor, St. Mary's Regional Health Center); Hoenicke, Eric; Schoenefeld, Lexy; Khazrabakht, Seyedehniloofarniloo; Schmitt, Sharon; Zieba, Pawel (Former Physician, Innovis Health, LLC); Schultz, Kendra; Weber, Samuel; Sharma, Nita; Engbrecht, Ashley; Eaton, Sara; Pedersen, Mara; Scherfenberg, Cindy; Slaikeu, Amanda; Wood, Charles; Rodriguez, Natisha; Peltier, Stefanie; Johnson, Leslie; Torres, Melissa (Radiologic Technologist, St. Mary's Regional Health Center); Senyon, Massa; Heinzen, Maddison (Clinical Assistant-LPN, Innovis Health, LLC); Wicker, Martee; Erickson, Christian; Schettle, Maranda; Tuttle, Alyssa; Duffey, Karinna; Boutain, Alex; Axness, Barbara; Cisco, Edwina; Rudolf, Sheryl; Ugofsky, Alleysia; Mireles, Teylor; Kelleher, Jennifer; Berry, Samantha; Mach, Morgan; Ahmed, Mohamed; Cameron, Ashley; Uselman, Dana; Magill, Thomas; McCullough, Sarah; Martin, Cole; Kanten, Mollie; Vierheilig, Jacqueline; Farber, Melanie; Hillman, Kyra; Eggert, Darrel; Agarwal, Saloni (Physician, Innovis Health, LLC); Adam, Mariam; Chwialkowski, Trisha; Fithen, Jessica; Emo, Lindsey; Kolle, Lynn; Kroeplin, April; Werness, Lynell; Wagner, Dean (Supply Chain Logistics Manager, Essentia Health); Huschka, Rusty; Christmann,

Emily; Garness, Renea; Bader, Wyatt (Intern-Pharmacist, Innovis Health, LLC); Cooper, Richelle; Jimenez, Enrique; Holm, Terri; Markeson, Randall; Walker, Rainey; Guerrero, Victoria; Saba, Grace; Lynch, Brian; Reich, Chelsea; McCann, Cathleen; Anderson, Moriah; Dasilva, Jamie; Walker, Vanessa; Root, Jerian; Nord, Julie; Jonson, Katie; Noonan, Kristin; Anderson, Keven; Kobrinsky, Nathan; Ellefson, Chelsea; Trenda, Nicolle; Tweten, Sarah; Dehaven, Bria; Iverson, Sara; Gordon, Blake; Kram, Roger; Froslie, Nicole S.; Nyhus, Mark; Mecklenburg, Candace; Scheving, Grace; Martinson, Amanda; Khawand, Nabil; Klose, Sierra; Zikmund, Emily; Thimjon, Olivia; Randt, Stephanie; Binde, Carla; Engelmeyer, Elisha; Mohamud, Kaha; Lamitare, Srijana; Jama, Farhiyo; Cole, Kaytlenn; Hedlund, Melissa; Buhr, Molly; Frost, Matthew; Azaria, Maria; Ali, Sumaya; Russell, Christine; Eisenzimmer, Kasi; Bence, Kayla; Schnitzler, Carrie (RN-Ambulatory Care, Innovis Health, LLC); Daugherty, Kelsey; Aakre, Candace; Horvath-Dori, Sandra; Retz, Jacob; Moen, Tara; Litts, Madeline; Mbata, Eric; Jenson, Syris; Tucker, Cynthia; Cervantes, Mikayla (RN-Ambulatory Care, Essentia Health-Fosston); Tarvestad, Sarah; Berry, Kailey; Hommerding, Adrienne; Kovarik, Erin; Taylor, Noah; Nelson, Shelby; Lofgren, Benjamin; Mehta, Gaurav; Swenson, Chelsey; Kortee, Kebbeh; Ackerland, Dawn; Thoennes-Rost, Ginger; Williss, Jennifer; Williams, Nathaniel; Starleaf, Robyn; Hutchins, Stephanie; Hudson, William; Smith, Trevor; Snyder, Kaddie; Larson, Pamela; Hagel, Lisa; Zafra, Thelma; Ludwig, Rande; Jasken, Jade; Finneman, Michelle; Hines, Margaret; Melvin, Makayla; Moug, Becky; Russ, Kayla; Ovitt, Tammy; Letvin, Rachel; Honl, Ciara; Cossette, Morgan; Christensen, Kori; Wynn, Dustin; Caulfield, Brittany; Asindua, Makkah; Rushlow, William; Genz, Jeremy; Rortvedt, Carley; Baas, Victoria; Tolkachev, Nikolai; Nowacki, Carrolee; Ostoj, Connie; Bladow, Amy (Clinical Assistant-LPN, Innovis Health, LLC); Ashraf, Sohi; Cossette, Leighann; Patterson, Patrick; Nguyen, Dat; Lund, Adam; Jurva, Cynthia; Abongningong, Louis (Intern-Pharmacy, Innovis Health, LLC); Kreft, Sierra (Pharmacist-Acute Care, Innovis Health, LLC); Hoernemann, Jordann (Pharmacist-Acute Care, Innovis Health, LLC); Mois, Dyson; Robinson, Katelyn; Schmidt, Hannah; Rohrbeck, Raeann; Kirnus, Mikhail; Mehlhaf, Troy; Hotchkiss, Jessica; Ferreira, Shelby; Rudolph, Tailor; Fischer, Scott; Ahmed, Yusuf; Connole, Patricia; Miller, Mathew; Mullin, Danielle; Rasmussen, Charlene; Holand, Kelly; Klein, Mackenzie; Loy, Maari (Pharmacy Operations Senior Manager, Innovis Health, LLC); Rasmussen, Brittany; Brethorst, Jill; Hansen, Shanna; Aho, Kayse; Rauser-Foltz, Kristina; Nguyen, Brooklyn; Custer, Keisha; Fenske, Shelby; Olson, Darby; Cobb, Mariaha; Murphy, Juliette; Meyer, Hope; Held, Jaclyn (Physician, Innovis Health, LLC); Hall, Clifford; Rogers, Tyler; Otto, Zachary; Francis, Kristen; Windler, JoAnn; Langner, Amanda; Borchardt, Karla; Ghafour, Zhalya; Dorn, Amber; Anwar Ul Haq, Malik Muhammad (Physician, Innovis Health, LLC); Wade, Deidre; Skiple, Kara; Heide, Gabrielle; Bauer, Susan; Bungert, Spring; Buchholz, Sarah; Amundson, Cassandra; Frank, Stacy; Anderson, Pamela; Heltunen, Beth; Mertz, Taylor E. (Midwife, Innovis Health, LLC); Brown, Regan; Heiden, Philip; Frey, Morgan; Kisirani, Shukuru; Davidson, Kayla; Eskola, Rhonda; Chica, Chelsea; Stern, Jessica; Priddy, Zachary; Roen, Marci; Vareberg, Crystal; Walters, Austin; Anderson, Laurie; Gruebele, Brandi; Rall, Joshua; Kolling, Lindsay; Hillukka, Jennifer; Helm, Laura; Boehm, Katelyn; Larson, Krystal; Caillier, Deena; Glinski, Renee; Brooks, Craig; Buettner, Amanda (Laboratory Manager, Innovis Health, LLC); Nadkarni, Nivedita; Monpleh, Augostino; Dauer, Darcie; Camrud, Connor; Wolbeck, Sarah; Audette, Kaylee; Klemetson, Chelsea; Kurtz, Cassie; Muth, Samantha; Meduna, Lillie; Martinson, Michael; Walker, Carlton; Bjorklund, Tricia; St. George, Louie; Coulter, Vanessa; Anderson, Michelle; Dunham, Sharon; Borslien, Sadie; Dixson, Austin; Rask, Alicia (Nursing Director-Long Term Care II, St. Mary's Regional Health Center); Garvlen, Lucy; McMahon, Brandi; Skaggs, Angela; Johnson, Jenny; Feltman, Brooke; Thompson, Gwen;

Kveton, Magaen; Raphael, Roseanne; Wolf, Tammy; Mueller, Ariel; Lund, Brenna; Jones, Laura; Worthing, Brandi; Reimann, Rachelle; Semenko, Shannon (Intern-Pharmacist, Innovis Health, LLC); Warren, Eloise; Rathcke, Alan; Cote, Melissa; Mclean, Kylee M.; Cannon, Theresa; Krueger, Sheila; Skajewski, Kristin; Price, Kylee; Ehlert, Kerri; Dullea, Adam; Hanson, Shaylee; Sanneh, Wandifa (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Raoof-Rasti, Shiva (Former Pharmacist-Acute Care, Innovis Health, LLC); Nustad, Sarah; Huebner, Ashley; Cross, Kaylen (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Brown, Alexa (Intern-Pharmacist, Innovis Health, LLC); English, Samantha (Clinical Assistant-LPN, Innovis Health, LLC); Sorenson, Jodi; Novak, James (Pharmacy Operations Senior Manager, Essentia Health); Brasel, Audrey; Borgen, Tina; Smith, Kaylee; Smith, Hailey; Eischens, Sophia; Wendt, Jimmie; Craughron, Terri; Anderson, Margrette (Former Nutrition Services Supervisor II, Essentia Health-Fosston); Lake, Rachel; Cole-Johnson, Lacey; Watchorn, Skylar; Ketelhut, April; Yantes, Benjamin; Hocker, James R. (Physician, Innovis Health, LLC); Scherrer, Patricia (Physician, Innovis Health, LLC); Schroeder, Lydia; Roberts, Tamara; Gamache, Jolee; Buseth, Theresa; Linn, Sarah; Hiltner, Isabella; rmknutsosn@essentiahealth.onmicrosoft.com; Amundson, Kelsy; Oelfke, Sarah; Banish, Melisa; Duffy, Douglas; mehintz@essentiahealth.onmicrosoft.com; Schaefer, Andrea; Wood, Donna; Levesque, Caroline; Greer, Danica; Knoke, Cooper; Hodge, John; Davis, Rachael; Hahn, Megan; Massmann, Haley; Malinowski, Jess; Owens, Sydney; Halgrimson, John; Boe, Alex; Sheriff, Mabana; Eissa, Hussein; Krenz, Tamara; Eberle, Sheri (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Mosher, Jennifer; Resler, Julie (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Hermanson, Stefani; Mckagan, Hannah; Jansen, Randy; Lynnes, Jayme; Limer, Bobbi; Todd, Sarah; Stinton, Aaron; Hanson, Kassandra; Pederson, Jamie; Heffron, Ken (Former Operations Administrator, Innovis Health, LLC); Houle, Kassandra; Uphoff, Jeremy; Voge, Erin; Wenschlag, Rhea; Kpelapauee, Adline; Zetocha, Rylee; Sheriff, Felecia; Catlin, Jennifer (Pharmacist-Acute Care, Innovis Health, LLC); Gaye, Patience; Nord, Tiffany; Trostad, Leah; Baumler, Autumn; England, Ronda; Wanner-Perry, Dena; Horning, Torie; Flach, Joran; Faasavalu, Taili; Decoteau, Alissa; Anderson, Hannah; Yu, Ricky; Heller, Michaela; Sander, Jared; Amatuegwu, Jordan; Hamidi, Saeed; Neumann, James; Kovatch, Jennifer; Failing, Christopher; Johnson, Colin; Phillipps, Aaron; Rivera-Bernuy, Mario Carlos; Dobis, Jennifer; Brein, Tricia; Wentz, Kayla; Sterneman, Annelise (Former Nurse Practitioner, Innovis Health, LLC); Suhr, Alexis; Kollman, Natalie; Wright, Sebastian; McCormack, Catherine; Bueling, Zachary; Hildebrandt, Shannyn; Kuznia, Chelsey; Greer, Makaila; Duff, Ashlee; Bueno, Destiny; Wiedrich, Leah; Khandheria, Manoj; Prashek, Bethany; Kirsch, Alyssa; Traynor, Jamie; Wells, Kaila; Schick, David; Dunbar, Carolynn; Kummer, Madison; Brown, Shannon; Paniagua, Perla; Yelegoiyee, Saye; Roseler, Staisha; Jones, Samara; Brandenburger, Melissa (Pharmacy Technician-Acute Care II, Innovis Health, LLC); Lambert, Amanda; Bakken, Rhoda; Kasowski, Brandon; Spellerberg, Cindy; Striegel, Sheyenne; Enget, Alexis; Dunham, Allison; Vogt, Michelle Shelley; Prazak, Paige; Dittmann, Payton; Drake, Clarisse; Ferrian, Daniel; Hollands, Mary; Zempel, Angelinalina; Clark, Tina; Askew, Katherine; Wrona, Leonard; Griffin, Abigail; Duoa, Mathaline; Swails, Haley; Johnson, April; Lockrem, Brigette; Tanner, Kaye; Brown, Christina; Wallevand, Berit R. (Physician Assistant, Innovis Health, LLC); Tiedemann, Cherish; Kowalski, Kelsey; Steiner, Colton; Fosse, Kimberly; Al-Kaabi, Maryam; Ott, Robert; Keena, Taylor; Gedrose, Kelsey; Gottwalt, Amy; Schuh, Jordan; Seaberg, Ruth; Schauff, Monica; Kopec, Ariana; Johnson, Kelly; Wright, Leah; Fourberg, John; Sukut, Brenda; Baer, Jodi; Trefethren, Lisa; Jacobson, Eric; Mitchell, Karen; La-Kaborlo, Bariziga; Mitchell, Lesley; Bynum, Suzanne; Schroeder, Shannon; Smith, Princess; Tate, John; Jukka, Marissa (Former Physician Assistant, Innovis Health, LLC);

Exhibit D Recipient Supplement

Walser, Brandi; Gulseth, Amy; Kahler, Sierra; Nagahama, Yasunori; Toay, Corey; Simpson, William; Klein, Brynn; Young, Roger; Shams, Seyed; Hollingsworth, Brooklyn (Former Telecare Services Supervisor, Innovis Health, LLC); Eiter, Kristina; Lambert, Mya; Koller, Amy (Quality Partner II, Essentia Health); Bertram, Elizabeth; Astrup, Anna; Miller, Jordana; Jungels, Dominique; Mettermiller, Ashley; Walvatne, Justine; Spiel Vogel, Alison; Hughes, Tracy; Feir, Lynda F.; Swenson, Valerie; Schmidt, JoDell; Janssen, Tammy; Weckerly, Christia; Holmberg, Taiya; Sweet, April; Locnikar, Rachel; Hastings, Alexandra; McAndrew, Susan; Kroke, Jacob;  Alpha, Hannah; Marjama, Emily; Spenst, Tayler; Branden, Jason; Christensen, Tracie; Duffy, Krista; Johnson, Nyah; Miller, Paige; Gilson, Alexis; Caron, Juli; Muhumed, Amran; Gajjar, Ashish; Loerzel, Brian; Ariye, Zenab; Rindy, Roxanne; Brend, Taylor; Sortland, Katie; Monticello, Eric; Meek, Charles; Prestegaard, Spencer; Felix, Leeann; Piirainen, Stephanie; Riskey, Megan; Engst, Vanessa; Soliman, Mahmoud; Dahl, Nicholas; Gornall, Kristen; Iverson, Tanner; Benedict, Briana; Suleiman, Parry; Yeager, Karlee; Bachmann-Campbell, Heather; Schuler, Marc; Stingley, Caitlin; Nitschke, Nancy; Cedillo, Amelia; Christianson, Laura; Ali, Syedharis; Balintona, Maria; Halland, Jill; Kruize, Kayla; dboyle@medcampus.org; Erbob, Mohamoud; Siverson, Lindsey; Andrews, Amburg; Carlson, Kevin; Barwig, Sheri; Degreeff, Lisa; Gerdes, Morgan; Stinson, Sarah; Tell, Miriam; Hagen, Georgia; Lofstrom, Macyn (RN-Ambulatory Care, Innovis Health, LLC); Mizzell, Samantha; Krause, Julia; Ranisate; Samantha; McDonald, Ashley; Nelson, Ramsey; Larson, Rachel; Ouradnik; Pam; Maatz, Patty; Hilde, Patricia; Lindahl, Rachel; Eaton, Chandra (Operations Manager II, Innovis Health, LLC); Schroeder, Valerie; Rajender, Archana; Mohn, Rhonda; Hassan, Sadiyo; Johnson, Joshua; Smith, Caden; Essig, Kaylee; Thole-Judovsky, Precious; Fischer, Alexander; Heegaard, William Dr. (President, Innovis Health, LLC); Lien, Julie; Romans, Erin (Patient Access Supervisor, Essentia Health); Rios, Imelda; Benson, Maggie; Kressin-Lagerquist, Sara; Willie, Marya; Tangedal, Ashley (Operations Manager II, Innovis Health, LLC); Gray, Rachel; Kjar, Sonja; Downs, Jodee; Brummund, Clare; Mohs, Alica; Briones, Winckle; Weiss, Phillip; Docter, Collin; Saye, Princess; Olander, Chelsey; Griess, Michael; Hastings, Lexy; Mkpozi, Celestine; Abdulhusein, Mustafa; Forsgren, Tyler; Simpson, Justin; Teiken, Sheila; Wheeler, Ryan; Smith, Shelby; Bjerken, Christopher; Snyder, Jezebel; Brown, Kirk; Harris, Toni; Mathurin, Joanna; Lahr, Carrie; Williams, Dean; Schiltz, Payton; Brenden, Rachel; Besette, Nicky; Hernandez, Gregorio; Castellon, Anthony; Frenning, Sarah; Carlblom, Jackson; Hoff, Alison; Hill, McKenzie; Sorensen, Christian; Santoyovolk, Sonia; Knutson, Rachel; McDonald, Kala; Jesser, Virginia; Hare, Rachel; Olerud, Chelsea; Ganser, Taylor; Smeby, Linda; Mehta, Sonya; Hintz, Meghan; Schefbauer, Nathan; Foss, Andrea; Reiten, Morgan; Skuza, Kassidy; Ward, Hunter; Winans, Marie; Bellware, Emily; Groth, Jenna; Quittschreiber, Jessica; Kunz, Christopher; Nustad, Martha; Munro, Jessica; Scherreiks, Karl; Jones, Lejuane; Schons, Alyssa; Knutson, Samuel; Sprung, Rachel; Haug, Jackson; Georgeson, Megan; Vaagene, Emily; Henderson, Cadee; Ervin-Tupper, Ashlee; Myhre, Madison; Kristjanson, Jaycee; Bring, Makenzie; Houser, Brianna Dawn; Schultz, Christi; Blankenship, Sara; Lee, Jessica; Winters, Megan; Otto, Natalie; Gibson, Payton; Pfannenstein (Carlstad), Megan (Program Manager – Process Excellence, Essentia Health); Westphal, Jennifer; Schueller, Kristin; Huhnerkoch, Kayla; Breyer, Siena (Clinical Assistant-LPN, Innovis Health, LLC); Martin, Thomas; Miranda, Emily; Mohamed, Ayub; Fletcher, Ashley; Edvall, Isabella; Hanson, Carin; VandeVoort, Tyler; Ellefson, Mira; Yellow Wolf, Zaasha; Dallmann, Cheyenne; Stearns, Brittany; Leen, Shelly; Nelson, Parker; Brucker, Coleton; Otto, Angela; Peshev, Tracey; Kumpula, Caitlin; Carlson, Theresa; VanCleve, Erik; Ellingson, Vickie; Nowak, Alysa; Bullocks, Lamart; Topp, Samantha; Peterson, Melanie; Skinner, Nicol; Brown, Jean; Wasness, Jenna; Bode, Hannah; Hillklabunde, Sarah; Erdmann, Rachel; Kloos, Kaitlyn; Lafave, Christine; Gleason,

Jessyca; Newton, D'Christopher; Lommen, Delany; Saint Gilles, Micheline; nadams1@essentiahealth.org; Jerue, Pleasure; Dresow, Kendra; Olson, Abigail; Burcham, Bailee; Rasmus, Marie; Anderson, Kristopher; Smith, Dustin; Makela, Cassy; Thiele, McKenna; Shepersky, Crystal; Houser, Brian; Tessier, Shannon; Faiman, Aaron; Tiffany, Hallie; Otto, Brenda;  Koska, Emily; Rentfrow, Michael; Formo, Teresa; Menard, Marissa; Frank, Tristin; Donner, Kayla; Bryson, Tysen; Lee, Seonmyeong; Erbe, Madelyn; Elijah, Alea; Neameyer, Jann; Ulmer, Erin; Petersen, Alyssa; Buckingham, Danielle; Schornack, Sarah; Casavan, Becky; Kostelecky, Tamie; Wangler, Camee; Huelsbeck, Barbara; Reed, Shaodi; Rivera, Naomi; Brackett, Barbara; Ballard, Angelica; Triplett, Alyssa; Gjerde, Jade; Verworn, Mark; Austad, Kali; Lamm, Jared; Amegbletor; Cornelius; Davison, Skye; Kaczander, Kurt; Tupper, Allison; Beckerleg, Jessica; altodd@essentiahealth.org; Beyl, Gary; Baker, Roxanne; Dettler, Whitney; Oliphant, Jill; Piechowski, Rhonda; Adkins, Victoria; Fawbush, Sean; Soko, Burline; Martin, Casey; Wagner, Lisa; Hunt, Randy; Papadopoulos, Xenofon; Hjelden, Jane; Pelto, Beate; Snyder, Alyssa; Stuttgen, Katie; Perala, Evan; Anderson, Annikka; Sawyer, Thomas; Schumacher, Kirsten; Hida, Masami; Wilson, Mercy; Tian, Qiyu; Ayi, Bertha; Miller, Nekie; Jensen, Haley; Lindbery; Hayleeh; Gress, Laurie; Ofili, Nikiyah; Sanjel, Kalpana; Sharif-Hobib; Hashim; Rath, Alexis; Larson, Hannah; Kastl, Jennifer (RN-Acute Care Supervisor, St. Mary's Regional Health Center); Peterson, Nannie; Alderman, Taryn; Gullickson, Melanie; Kromah, Musu; Meyer, Judy; Ajayi, Olayinka; Howard, Morgan; Schlenvogt, Sarah; Unruh, Danielle; Flemmer, Jennifer (Pharmacy Technician-Acute Care I, Innovis Health, LLC); Hollaar, Deandra; Mcelroy, Cindy; Odenbach, Olivia; Lavin, Kenneth; Waters, Nancy Elizabeth; Luebke, Jessica; Dusterhoft, Lyndsey; Tufte, Kayla; Olsen, Danielle E. (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Reinholz, Anna; McCray, Erica; Potter, Arijana; McCullum, Kerwin; Haugen, Dana; Achman, Carina; Ostrowski, Marybeth; McCreary, Andrew; Swanson, Abigail; Francis, Jennifer; Dulmus, Cody; Thompson, Renee; Clemens, Alexa; Oriental, Jobson; Farnan, Rory; Wallace, Alan; Jossund, Kayla; Lemke, Jill; Sander, Suzanne; Johnson, Kelyn; Klaypenh, Christian; Massaquoi, Haja; Timmerman, Kiara; Abdala, Sabrina; Eberhard, Brett; Martin, Ginny; Sauer, Kelly; Steffel, Alexis; Mohr, Amanda; Kiland, Rhaegan; Hanson, Sharon; Cardoso, Mario; Herbaugh, Zana; Bialorucki, Erica; Derosier, Alexa; Schmitz, Cari; Corbid, Olivia; Starr, Tiana; ladean@essentiahealth.org; Reed, Laurance; Faul, Madeline; Lundstrom, Felicia; Mathison, Michelle; Shaske, Skyler; Moore, Megan; Kim, Dongjoo; Ford, Emily; grmyatt@essentiahealth.org; tlblasier@essentiahealth.org; Fetsch (Pierce), Katelyn (RN-Ambulatory Care Supervisor II, Innovis Health, LLC); Polecheck; Tamara; Kinslow, Tera; Wilson, Mark; Smith, Abby; Pyle, Madilyn; Kinzler, Sheila; Agyeiwaa, Josephine; Schimke, Danielle; Anderson, Rachel; Trautman, Casey; staylor2@essentiahealth.org; krist6712@essentiahealth.org; ben6537@essentiahealth.org; sara4453@essentiahealth.org; sandy2812@essentiahealth.org; Reda, Meghan; Kasuboski, Tekah; Daigle, Erin; Jones, Moses; Amb, Hayley; Friedrich, Jennifer; Walker, Charteena; Preisler, Marisa; De Los Reyes, Laura; Buskness, Savanna; Wicklund, Emily; Mulbah, Veronica; Francis, Mary; Cotiere, Miloude; Chasna, Jonathan; Zagirre, Rosemarie; Lardy, Krista; Workman, Ashley; Zaguirre, Rosemarie; Moawad, Amen; Seifert, Tamera; Nordin, Christine; Elhilali, Osama; Hoffheimer, Marcia; Sarles, Stephanie; Mayfield, Kyler; Nimley, Dorcas; Walking Elk, Serenity; Steffl, Isabella; Yaratha, Gokul; Mayes, Amy; Bedell, Stephen; Vargas, Alexia; Del Valle, Emily; Purrier, Emma; Thom, Stephanie; Hanson, Courtney; Chrissis, Sierra; Vaughn, Amber; Freeman, Blaize; Lauer, Theresa; Palmer, Susan; Edinger, Ryan; Kutuacquoi, Kebeh; Lewis, LeAnn; Monson, Michael; Morrissey, Susan; Longtin, Breanna; Swanson, Shannon; Groves, Tameeka; Schneider, Hayley; Okonkwo, Gloria; Jensen, Saylor; Payne, Cody; Miller, Carolyn; Olson, Anna; Sepe, Kenneth;

19
Exhibit D Recipient Supplement

Hendrickson, Jessica; McMahon, Jade; Yaeger, Jaime; Adebayo, Olaide; Konneh, Satta; Segrest, Donna; Brown, Barbara; Paulson, Kaitlyn; Muzychka, Daria; Kraft, Talice (Clinical Assistant-LPN, Innovis Health, LLC); Bird, Stephanie; Munyer, Allison; Beto, Mark; Stanley, Guerline; Worwee. Patience; Letexier, Noelle; Noel, Megan; Williams, Lori; Murphy, Patrick; Dhaliwal, Ramnik; Mund, Mikaela; Bennett-Bendewald, Lynn; Leritz, Jasmine; Dougherty, Rhian; Banda, Gilbert; Stephens, Vicki; Claude, Tesha; Brand, Tamera; McKenney, Sherry; Johnstun, McKenzie; Barrieau, Teresa; Cutamora III, Juanito; Waite, Charles; Reynolds, Lisa; Fields, Casie; Garcia Zurita, Karen; Sandberg, Kristin; Schlafmann, April; David, Ifechukwu; Kildea, Katherine; Beer, Amanda; Perdue, Skylyn; Pinke, Megan; Hargraves, Candice; Deloache, Gregory; Hardy, April; Gravel, Brenda; German, Grant; Reat, Nyaruach; Augustin, Julien; Shade, Jessica; Murch, Mariah; Adams, Zachary; Didier, Stephanie; Samuels, Damian; Wise, Gene; Fralick, Jennifer; Lawhorn, Robert; Robinson, Jenna; Rall, Andrea; Ruggles, Lexus; Stevens, Sena; Derisma, Guilene; Neath, Patrice; Zlatkin, Erik; Marks, Sarah; Bedenfield, Isha; Perini, Daniel; Ward, Sarah; Behel, Kathy; Davis, Luke; Benoit, Kendella; Boyle, Betsy; Eggers, Chelsie; Andres, Trina; Pratt, Annette; Bah, April; Larue, Ann; Abigide, Barbara; Parrill, Colleen; Fadahunsi, Medinat; Jones, Delilah; Dahl, Lisa; Jamieson, Jacqueline; Payne, Jody; Fuentes, Melissa; Morris, Dawn; Harty, Ashely; Lomax, Michelle; Bynoe, Yvette; Bacon, Monica; Lewis, Susan; Christopher, Victoria; Eichie, Bolanle; Hamid, Dwanetta; Hart, Ruth; Tajelleh, Patience; Mejia, Wendy; Anthony, Jesseca; Colvin, Nancy; Behel, Mildred; Flegle, Katherine; Ndansi, Rodrigue; Faatz, Shelby; Johnk, Kellee; Jensrud, Jessica; Bugge, Lindsay; Nunez, Maria; Sanders, Brad; Bigby, Britta; Herdegen, Tara; Knapik, Celeste; Ali, Kari; Jensen, Ruth; Kicker, Rachael; Childs, Tynia; Pruneda, Crystal; Thompson, Taylor; Fischer, Cassandra; Schaefer, Josie; Landon, Linda; Radcliff, Jaime; Duke, Nathaniel; Hassan, Syedfahim; Fick, Bailee; Porter, Deanna; Hurajt, Tamra; Freeh, Christianna; Kummer, Randi; Holmes, Caitlin; Bamba, Massani; Cossette, Shirley; Huhner, Mayson; Guerrero, Leslie; Hazemann-Dang, Jenna; Priyampolskiy, Garri; Elsheikh, Eltayeb; Kramer, Casey; Jules, Tamara; Enns, Amanda; Willson, Conner; Evans, Amy; Herrin, Laurie; Skarison, Brianne; Morin, Rachel; Loewe, Andrew; Herbaugh, Brady; Sannes-Venhuizen, Jason; Joseph, Faskalina; Despiegler, Molly; Aukes, Ashley; Nolan, Brittany; kamish@essentiahealth.org; Brown, Paul; Black, Brittney; Ekstrom, Mandie; Benson, Kristy; Sager, Madison; Kelly, Gabrielle; Amiot, Syrie; Ejidike, Maryanne; Neree, Roudy; Wuo, Burnice; Lang, Alexandra; Selisker, Elizabeth; Biewer, Laura; Flaten, Lindsey; Kokett, Danielle (Pharmacist, Acute Care, Innovis Health, LLC); Kaylor, Tiffany; Wagner, Kae; Baldwin, Colton; Gichana, Dennis; Jorgenson, Jayde; Nelson, Kourtney; Scott, Tammy; Benson, Jean; Kouloumberis, Pelagia; Slager, Marnie; Baker, Timothy; Goff, Austen; Huang, Christine; Milbeck, Lisa; Lacky, Praise; Watson, Hannah; Bailey, Skylar; Martell, Anna; Haven, Richard; Sondrol, Elizabeth; Hagerty, Denise; Bassett, John; Otto, Tanner; Kaprosy, Karryn; Christian, Anna; Kosovac, Mirza; Peterson, Hollie; Dicks, Jessica; Benedict, Isaac; Graalum, Justine; Mjoness, Dane; travis1854@essentiahealth.org; Bashford, Jurnee; Jeppesen, Amy; Mankie, Wendy; Larghe, Kiana; khaining@essentiahealth.org; Mooney, Ashley; Rayamajhi, Manoj; ssophus@essentiahealth.org; Thompson, Denise; Schippel, Andrew; Aho, Tamar; Lease, Julie; Hantho, Inga-Liese; Anderson, Jennifer; Luthi, Allyson; Fallah, Patience; Krieger, Jenna; Miller, Olivia; Ruppert, Kayla; Keeney, Sara; Dassenko, Lois; Santur, Amina; Wendler, Dominick; Dupont, Sydney; Glatt, Melissa; Pizzuti, Summer; Hardt, Gary; Currie, Michael; Hermes, Connie; Hoye, Tiffany; Von Bank, Maria; Kaczor, Lucas; Holm, Ashley; Van Camp, Seth; Hustad, Chandra; Estenson, Kayla; Dworak, PJ; Holman, Amy; Zempel, Diane; Haugen, Karissa; mtcain@essentiahealth.org; Snetter, Musu; Lee, Carrie; Peterson, Jenna; Burlage, Lisa; Vargas, Luis; Hamilton, Terry; Wheeler, Timothy; Schmidt, Amy; Lehman, Heather; Rosteck, Michael; Harris,

Exhibit D Recipient Supplement

Shay; Johnson, Jennifer; Gunderson, Stephanie; Foley, Wanda; Lawrence, Tiffany; Karbedeh, Natasha; Vareberg, Samantha; Schmeets, Dennis; Holzer-Voss, Tonya; Harris, Brittany; Holm, Karly (RN-Acute Care-PACU, St. Mary's Regional Health Center); Giese, Taylor; Rooney, Holly; Noreen, Crystal; dmontecuol@essentiahealth.org; Harris, Sydney; Schaefer, Ronda; Erickson, Briana; Moe, Nolan; Smith, Makenzie; Kako, Treasa; Breslin, Stacy; Arends, Mitchell; Pederson, Kiley; Mosher, Carter; Johnson, Melanie; Vogel, Ashleigh; Azure, Breanna; Heupel, Mikayla; Stock, Christopher; Costelloball, Brandi; Nelmark, Tate; Iverson, Annalise; Lewis, Jenelle; Kerr, Abigail; Sauvageau, Tayler; Hutchison, Mari; Buchholz, Maxwell; Champagne, Valentina; Moody, Haley; Hrdlicka, Maggie; Travers, Stefany; Leckner, Shelby; Elliott, Alexus; Zeck, Paula; Peterson, Meghan; Lajeunesse, Tyler; Perez, Ramon; Lovgren, Kali; Hankel, Marysol Q.; Jinkins, Christine; Johnson, Quantia; Grosz, Cody; Zeiszler, Lacey; Kibler, Kathy; Monson, Emma; Jerger, Jacob; Odman, Kayse; Breiland, Madeline; Richter, Shelby; Morley, Destiny; McDonnell, Natasha; Austin, Dylan; Sprinkle, Ben; Mendoza, Esmeralda; Peterson, Martha; Miranowski, Colleen; Tuttle, Kristina; White, Cassandra; Steele, Nathan; Bell, Cassandra; Abrahamson, Nicole; Schwehr, Shana; Leidholm, Theta; Brown, Raina; Frame, Kayla; Colby, Clint; Sundvall, Cassandra; Bruns, Laura; Love, Sophia; thaop@essentiahealth.onmicrosoft.com; Sirleaf, Maabendu; tiffa8335@essentiahealth.org; tiffa7288@essentiahealth.org; Matt, Anthony; Anderson, Kristin; Vestergaard, Nerissa; Perales, Savanna; Selix, Tracey; Kern, Michelle; Schmidt, Eric; Vonada, Janelle; Windley, Ashley; Skogen, Brooke; Anderson, Sarah; Vigen, Chelsea; Fayiah, Jodelh; Vincent, Jamison; Kehson, Marie; Zak, Joel; Kreidelcamp, Rachel; Kankelfritz, Ashley; Barningham, Anna; Ramirez, Jessica; Christensen, Pamela; Maliske, Kayla; Goodrich, Tanner; Bludau, Gina; Diederich, Arianna; Bettels, Emily; Hogstad, Allison; Mullis, Nicole; Mantilla, Richard; Romundstad, Carrie; Makor, Gormah; Backman, Madison; Moore, Koneisha; Kryszak, Aaron; Berg, Madison; Cota, Ashley; Rueda, Joaquin; Boehler, Bailey; Warnsholz, Samuel; Solum, Nathan; Marty, Sydney; Cruz, Victor; Body, Kayla; Sperrazza, John; Balow, Kelsey; Hughs, Christopher; Wills, Sarah; Sailer, Emma; Weinmann, Erica; Fasnacht, Abigail; Stay, Kelsey; Wallgen, Kristi; Parker, Robert; Sukut, Maya; Salus, Rae; Anderson, Veronica; Bergstrom, Jacob; Martin, Janice; Fuglseth, Sarah; Statema, Jazzlyn; Black, Johanna; Esala, Mindi; Strom, Cortney; Lucier, Richard; Lyon, Sarah; Jones, Katherine; Silvernail, Kimberly; Swailes, Molly; Olsen, Constance; Gordon, Cassandra; ntacobemera, Josephine; Bauer, Jocelyn; Schultz, Morgan; Woodbury, Megan; Myhra, Bobbi; Schumacher, Denise; Nelson, Nancy; Gearey, Laurie; Hughes, Dallas; Giudici, Michael; Gobah, Marie; Kees, Elizabeth; Kollie, Recemeia; Markatia, Mohammed; Wenzel, Elisa; Green, Karen; Stine, Dee; Osei-Kumi, Emmanuel; McCullough, Nicole; Ratke, Vanessa; Rust, Janelle; Domines-Gooselaw, Ashley; Reno, Sofia; Bell, Brianna; Liimatta, Sarah; Waldren, Alexis; Finch, Bailee; Sparks, Robert; Haas, Kylie; Kohlmeier, Gabrielle; Krieger, Jordan; Treichler, Emma; Maves, Hannah; Schaar, Cristhian; Parmer, Meredith; Sip, Leah; Odegard, Alexis; Stowers, Elizabeth; Penske, Kendra; Lemley, Roxanne; Sayler, Evan; Orwick, Carly; Stultz, Kaylee; Sysoev, Dimitrii; Grubb, Brittan; Holdvogt, Lisa; Mosher, Brandi; Lupacchino, Gabriela; Maanum, Grace; Williams, Jodi; Kowalski, Mariah; Forsgren, Grace; Deters, Brooke; Johnson, Makayla; Serfass, Sheila; Cosby, Keosha; Nelson-Harthun, Autumn; Madson, Kayla; Brooks, Chantal; Bartron, Jacalyn; khummel@essentiahealth.org; Prim, Haley; Bullock, Kimber; Watson, Samantha; Allmaras, Rebecca; Aarness, Bjorn; Slama, Darian; Frank, Joel; Dauback, Hannah; Hobbs, Evan; Preston, Marie; Mojia, Veronica; Olson, Joshua; Wojihowski, Madison

Exhibit D Recipient Supplement