| ESSENTIA EXHIBIT A<br>**"Low-Hit Searches"**[1] | | | | | |
|---|---|---|---|---|---|
| Row # | Search # | Actual Search String | Total Hits | Unique Hits | Relevance, Proportionality, and Other Issues |
| 1 | 22b | temp! AND (31 OR 32 OR 33 OR 34 OR 35 OR "below 36")[2] | 8,344 | 887 | This search is tenuously relevant at best, as DCP was responsible for the storage and temperature issues.<br><br>This search seeks information about alleged temperature issues already targeted by more appropriately tailored searches.  *See, e.g.,* **Search 2** (temp and excursion); **Search 4** (refrigeration, temp, and logs); **Search 7** (vaccinations, storage, temp, and range); **Search 8** (former distribution partner, storage, and temp); **Search 11** (temp and sensitive); **Modified Search 12** (temp and general medications); **Search 13-18** (temp and specific medications); **Searches 26-34** (terms like "fridg!" and general and specific medications); **Searches 36-44**[3] ("Stor!" with terms like "low!, "data!", or general or specific medications); **Searches 57-58** (specific medication names with other terms or numbers 31-40 and 77); **Search 70** ("investig!" and terms like temp); **Search 82** (quality and terms like control and temp); **Searches 86-87** (degree with specific manufacturers and distributors); **Search 116-117** (temp and manufacturers and distributors).<br><br>Particularly, **Search 35** already captured such resources: (Stor! AND (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR emergen! OR wrong OR deviat! OR improper! OR uncertain! OR var! OR invalid! OR alarm! OR warn! OR freez! OR froz! OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77). |

[1] For full display of the search data, see Essentia Exhibit 2.

[2] Essentia did not use a numerical connector for this search (and many other searches) because, as repeatedly explained, it cannot apply a numerical connector to more than one term (for example, here, all the numbers).

[3] Searches 39-44 are examples of searches that, when appropriately tailored, returned no unique resources.  *See* Essentia Ex. 2.

| 2 | 23 | temp! AND (log! OR track! OR report! OR document! OR read! OR data! OR record! OR audit! OR maint! OR monitor! OR responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR report! OR parameter! OR indicat!) | 11,308 | 335 | This search is tenuously relevant at best, as DCP was responsible for the storage and temperature issues.<br><br>This search seeks information about temperature monitoring already targeted by more carefully tailored searches. *See, e.g.*, **Search 2** (*supra* Row 1); **Search 4** (*supra* Row 1); **Search 7** (*supra* Row 1); **Search 8** (*supra* Row 1); **Search 11** (*supra* Row 1); **Modified Search 12** (*supra* Row 1); **Search 13-18** (*supra* Row 1); **Modified Search 25** (fridge and terms like issues); **Searches 35-44** (*supra* Row 1); **Search 70** *supra* Row 1); **Search 82** (*supra* Row 1); **Search 116-17** (*supra* Row 1). |
| 3 | 24 | temp! AND (log! OR track! OR report! OR document! OR read! OR data! OR record! OR audit! OR maint! OR monitor! OR responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR report! OR parameter! OR indicat!) | 11,308 | 335 | The same response provided for **Search 23**, *see supra* Row 2, applies to **Search 24**. This search is arguably irrelevant and is disproportionate as documents already targeted by more tailored searches identified in Row 2. |
| 4 | 25 | (fridg! OR refridg! OR frig! OR refrig! OR therm! OR freez!) AND (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR emergen! OR out! OR wrong OR deviat! OR improper! OR uncertain! OR var! OR invalid! OR alarm! OR warn! OR freez! OR froz! OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 938 | 455 | This search is tenuously relevant at best, as DCP was responsible for the storage and temperature issues.<br><br>Essentia more appropriately modified this search, as follows, to return 17 unique resources that Essentia has reviewed: (fridg! OR refridg!) AND (excurs! OR prob! OR issue! OR fail!)<br><br>Plaintiffs' proposed search seeks information about refrigeration and temperature monitoring already targeted by Essentia's appropriately **modified Search 25**, as well as other more carefully tailored searches. *See, e.g.*, **Search 2** (*supra* Row 1); **Search 3** (injectable medication and storage issue); **Search 4** (*supra* Row 1); **Search 5** (refrigerated injectable and investigation); **Search 6** (medications/vaccinations and refrigeration issue); **Search 8** (*supra* Row 1); **Searches 26-34** (*supra* Row 1); |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Searches 35-44 (*supra* Row 1); Search 62 (terms like fridge and move); Search 70 (investigate with terms like fridge). |
| 5 | 45a | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul!) AND (excurs! OR prob! OR fail! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR efficacy OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | 19,010 | 694 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues.<br><br>This search seeks about pharmaceuticals and temperature/efficacy issues already targeted by more appropriately tailored searches.  *See, e.g.,* Search 6 (*supra* Row 4); Modified Search 12 (*supra* Row 1); Searches 26-34 (*supra* Row 1); Searches 49-51 (medications with terms like "deviat!"); Searches 57-58 (medications with terms like occurrence); Search 71-77 (investigation with general and specific medications). |
| 6 | 46 | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab) AND (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR warm! OR cold! OR ultra-cold! OR freez! OR froz! OR rang! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR potent OR potenc!) | 4,625 | 541 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues.<br><br>This search seeks information about pharmaceuticals and temperature/efficacy issues already targeted by more appropriately tailored searches.  *See, e.g.,* Search 2 (*supra* Row 1); Search 3 (*supra* Row 4); Search 5 (*supra* Row 4); Modified Search 12 (*supra* Row 1); Search 28 (*supra* Row 1).<br><br>In particular, Searches 13, 29, 39, 64, 72, 100, 107, 124, 132, and 141 target these *same* pharmaceuticals, with many of the same related terms, in a more appropriately tailored fashion. |
| 7 | 48 | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR | 6,695 | 622 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues. |

3

| | | | | | |
|---|---|---|---|---|---|
| | | PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio! OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD! OR Tdap! OR Tetanus) AND (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR warm! OR cold! OR ultra-cold! OR freez! OR froz! OR rang! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR potent OR potenc!) | | | This search seeks information about pharmaceuticals and temperature/efficacy issues already targeted by more carefully tailored searches. *See, e.g.*, **Search 2** (*supra* Row 1); **Search 3** (*supra* Row 4); **Search 5** (*supra* Row 4); **Modified Search 12** (*supra* Row 1); **Search 28** (*supra* Row 1).<br><br>In particular, **Searches 15, 31, 41, 66, 74, 102, 109, 126, 134, and 143** target these *same* pharmaceuticals, with many of the same related terms, in a more appropriately tailored fashion. |
| 8 | 56 | (Tocilizumab OR Tuberc! OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) AND (log! OR track! OR report! OR read! OR data! OR record! OR document! OR audit! OR maint! OR monitor! OR responsib! OR compl! OR standard! | 9,465 | 387 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues.<br><br>This search targets about pharmaceuticals and temperature/efficacy issues already targeted by more carefully tailored searches. *See, e.g.*, **Search 2** (*supra* Row 1); **Search 3** (*supra* Row 4); **Search 5** (*supra* Row 4); **Modified Search 12** (*supra* Row 1); **Search 28** (*supra* Row 1).<br><br>In particular, **Searches 16, 32, 42, 49, 67, 75, 103, 110, 127, 135, and 144** target these *same* pharmaceuticals, with many of the same related terms, in a more appropriately tailored fashion. |

| | | | | | |
|---|---|---|---|---|---|
| | | OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | | | |
| 9 | 63 | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) AND (mov! OR relocat! OR transfer! OR transport!) | 22,790 | 547 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues. Moreover, the relevant issues here occurred before the medications were transferred to Essentia.<br><br>This search seeks information already targeted by more carefully tailored searches. *See, e.g.*, **Search 3** (*supra* Row 4); **Searches 36-44** (*supra* Row 1); **Search 131-137** (transfer with general and specific pharmaceuticals).<br><br>In particular, **Search 62** specifically addresses moving, relocating, transferring, or transported general pharmaceuticals while appropriately tailoring the inquiry to include DCP. Additionally, **Searches 64-69** target documents regarding the transfer of specifically pharmaceuticals. |
| 10 | 101[4] | (safe! OR effect! OR efficac! OR recommend! OR requ! OR prevent! OR potent! OR treat!) AND (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR | 22,030 | 516 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues. Moreover, the safety and effectiveness of drugs is such a broad inquiry that it is almost certain to pull on non-responsive documents in the hospital setting.<br><br>This search seeks information already targeted by more carefully tailored searches. *See, e.g.*, **Search 3** (*supra* Row 4); **Search 6** (*supra* Row 4); **Search 7** (*supra* Row 1). |

---

[4] Like Plaintiffs, Essentia does not address **Search 78** at this time, which recalled no unique resources.

| | | Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) | | | |
|---|---|---|---|---|---|
| 11 | 115 | (keep OR kept OR maintain!) AND (degree! OR temp!) | 8,918 | 923 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues. Moreover, this is the kind of search with standalone generic language untethered to the specific issues of the case that Courts routinely find unduly burdensome.<br><br>This search seeks information about temperature maintenance already targeted by more appropriately tailored searches. *See, e.g.*, **Search 2** (*supra* Row 1); **Search 4** (*supra* Row 1); **Search 7** (*supra* Row 1); **Modified Search 12** (*supra* Row 1); **Search 13-18** (*supra* Row 1); **Searches 26-34** (*supra* Row 1); **Searches 36-44** (*supra* Row 1); **Searches 57-58** (*supra* Row 1); **Search 70** (*supra* Row 1); **Search 82** (*supra* Row 1); **Searches 86-87** (*supra* Row 1); **Searches 116-117** (*supra* Row 1). |
| 12 | 118 | CGMP OR GMP | 1,292 | 599 | This search is tenuously relevant at best, as DCP was responsible for the storage and temperature issues. The fact that Plaintiffs reference certain standards in their Complaint (that, by the way, provide no private right of action) does not make relevant search terms with the abbreviation of that standard.<br><br>Moreover, this is the kind of search with standalone generic language untethered to the specific issues of the case that Courts routinely find unduly burdensome.<br><br>Other searches ran by Essentia already targeted resources regarding pharmaceutical safety and storage, in a more appropriately tailored fashion. *See, e.g.*, **Search 1** (DCP pharmaceutical management); **Search 3** (*supra* Row 4); **Search 4** (*supra* Row 1); **Search 7** (*supra* Row 1); **Search 8** (*supra* Row 1); **Searches 26-34** (*supra* Row 1); **Searches 36-44** (*supra* Row 1); **Search 62** (*supra* Row 4); **Searches 64-69** (*supra* Row 9); **Search 82** (*supra* Row 1); **Searches 86-87** (*supra* Row 1); **Search 116-117** (*supra* Row 1). |

| 13 | 123 | (Illegitim! OR return! OR nonsaleable! OR saleable! OR suspect! OR misbrand! OR merchantable OR unmerchantable) AND (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) | 29,706 | 715 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues. Moreover, the merchantability of drugs is such a broad inquiry that it is almost certain to pull on non-responsive documents in the hospital setting.<br><br>This search seeks information about drug merchantability already targeted by more carefully tailored searches, such as those searches using the same or similar language but with specific pharmaceutical names. *See, e.g.,* **Searches 124-29.** |
| 14 | 140 | (Insert! OR packag! OR label! OR publication!) AND (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) | 26,934 | 733 | This search is tenuously relevant, as DCP was responsible for the storage and temperature issues. Moreover, the labeling of drugs is such a broad inquiry that it is almost certain to pull on non-responsive documents in the hospital setting.<br><br>This search seeks information about drug packaging already targeted by more carefully tailored searches, such as those searches using the same or similar language but with specific pharmaceutical names. *See, e.g.,* **Searches 141-46.** |