| | |
|---|---|
| **From:** | Robert B. Stock |
| **To:** | Melissa Clark; Angela Elsperger Lord |
| **Cc:** | Elizabeth Fegan; Bart Goplerud; Brooke Achua; Brian Marty; Mac Schneider; Donna J. Hestbeck; Briana L. Rummel |
| **Subject:** | RE: Essentia: Status Conference |
| **Date:** | Thursday, June 24, 2021 3:12:44 PM |
| **Attachments:** | image003.png |
| | image004.jpg |

Thank you for the email Melissa.

We have ran Essentia's set of search terms and are in the process of that review. We hope to provide an approximate finish date for that review at the status conference next week.

With respect to Plaintiffs' first supplemental list of search terms, we believe the list is extremely overbroad and unduly burdensome and request that Plaintiffs consider reducing the number of proposed searches. In that regard, Defendants request that Plaintiffs' withdraw the searches that include [Medication Terms] and [Manufacturer Terms], which would be proposed search numbers 12, 22, 26, 27, 28, 33, 34, 43, 46, 47, 51, 52, 56, 62, 64, and 67.  The inclusion of these searches equates to the building of an additional 213 searches. The building and running of this number of searches alone is unduly burdensome and not proportional to the needs of the case.  If Plaintiffs agree to withdraw the above listed searches, Defendants will build and run the remaining 51 searches and will provide a search term hit list or hit report after deduplication within custodian if we feel the terms are recalling an excessive number of documents.

I don't believe we had any other issues to address with the Court next week.

Thank you and talk to you soon.

Robert B. Stock | Attorney



218 NP Avenue
P.O. Box 1389 | Fargo, ND  58107-1389
Tel: 701.237.6983 | Dir: 701.356.6316 | Cell: 701.261.7893 | TF: 800.677.5024
Fax: 701.237.0847
e-mail | vogellaw.com | bio

**This is a transmission from the Vogel Law Firm, Ltd. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and immediately notify the sender by return email.**

**EXHIBIT**

/

**From:** Melissa Clark <melissa@feganscott.com>

**Sent:** Thursday, June 24, 2021 12:10 PM
**To:** Angela Elsperger Lord <aelord@vogellaw.com>; Robert B. Stock <rstock@vogellaw.com>
**Cc:** Elizabeth Fegan <beth@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; Brooke Achua <brooke@feganscott.com>; Brian Marty <marty@sagwlaw.com>; Mac Schneider <mac@schneiderlawfirm.com>
**Subject:** Essentia: Status Conference

Hi Angie and Rob,

We have a status conference next week so I wanted to touch base with you.

Plaintiffs have a round of documents coming your way that are in the QC process right now.

Please let me know the status of Essentia's application of search terms and related review and production.

Are there any items we need to address with the Court next week?

Thanks,
Melissa

Melissa Ryan Clark | **Fegan Scott LLC** | 347.353.1150

