| | |
|---|---|
| **From:** | Robert B. Stock |
| **To:** | Brooke Achua; Angela Elsperger Lord; Dawne R. Mogck; Briana L. Rummel |
| **Cc:** | Melissa Clark; Elizabeth Fegan; marty@sagwlaw.com; goplerud@sagwlaw.com; Mac Schneider; Alissa Giler; Donna J. Hestbeck |
| **Subject:** | RE: Kraft, et al v. Essentia, et al |
| **Date:** | Wednesday, July 7, 2021 4:35:32 PM |
| **Attachments:** | VOGEL-#4467666-v1-Search_Terms_Results_7_7_21.XLSX |
| | image001.jpg |

Melissa:

Pursuant to the Court's order, we are providing Plaintiffs a hit list of search terms ran so far. Column B are the proposed search terms; Column D is what was actually built and ran given the limitations of the system; Column C contains the search results; and Column E contains notes regarding the searches. As you can see, we have approximately 50 searches yet to build and run.  Plaintiffs' proposed search terms continue to be extremely cumbersome and unduly burdensome.  Several of them have multiple fuzzy search terms within 30 words of multiple other fuzzy search terms.  Search options only allow one term within a certain number of one term, which means that we would have to tag those results and build searches off of those tags to see the true results.  For example, we could do "Stor w/30 vaccin", tag those, then run another search for "Stor w/30 Immun" and tag those, and so on. This is example is from request number 38, which would be 15 individual searches. A larger example of this type of search is number 58, where there are 26 search terms in which you want found within 30 words of 36 additional fuzzy search terms.  We would have to run each of the 26 terms individually against each of the 36 other terms individually.  If I've done the math correctly, for that one request No. 58 we would have over 900 searches to create and then tag, as those types of searches cannot be saved.  Such a process would take multiple days to complete at an extensive cost to our client.

What we have done instead is run the first set of terms AND the additional fuzzy terms within the same document.  This type of search, while still complex, is faster to put together and run, as well as being a regular advanced search so it can be saved.

Some of the searches are getting excessive responses. The remaining searches will be completed by end of this week and we will provide a final hit list and a list of what searches we feel are getting excessive results at that time.

I am available tomorrow afternoon or Friday morning for a call if you would like to discuss in any more detail.

Thank you and talk to you soon.

RBS

EXHIBIT

3

Robert B. Stock | Attorney



218 NP Avenue
P.O. Box 1389 | Fargo, ND  58107-1389
Tel: 701.237.6983 | Dir: 701.356.6316 | Cell: 701.261.7893 | TF: 800.677.5024
Fax: 701.237.0847
e-mail | vogellaw.com | bio

**This is a transmission from the Vogel Law Firm, Ltd. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. <u>If you have received this transmission in error, please destroy it and immediately notify the sender by return email.</u>**