| From: | Robert B. Stock |
|---|---|
| To: | Melissa Clark; Brooke Achua; Angela Elsperger Lord; Dawne R. Mogck; Briana L. Rummel |
| Cc: | Elizabeth Fegan; marty@sagwlaw.com; goplerud@sagwlaw.com; Mac Schneider; Alissa Giler; Donna J. Hestbeck |
| Subject: | RE: Kraft, et al v. Essentia, et al |
| Date: | Friday, July 9, 2021 11:45:38 AM |
| Attachments: | image003.png |
| | image004.png |
| | image005.jpg |

Good morning Melissa.

The limitation that I am referring to is that the platform only allows a search of one term within a certain number of one term. For example, we can only run "Rob w/30 Stock" in a single search; we cannot run "Rob /30 Stock" AND "Melissa w/30 Clark" in the same search. That is why it would require creating separate searches for each term w/# of another term. The use of "AND" "OR" does allow the use of multiple terms within a single search. Hopefully that makes sense.

The platform automatically performs fuzzy searches so the misspellings you mentioned should not be an issue.

I am tied up the remainder of today but am free on Monday afternoon if you want to discuss any further.

Have a good weekend.

Robert B. Stock | Attorney



218 NP Avenue
P.O. Box 1389 | Fargo, ND  58107-1389
Tel: 701.237.6983 | Dir: 701.356.6316 | Cell: 701.261.7893 | TF: 800.677.5024
Fax: 701.237.0847
e-mail | vogellaw.com | bio

**This is a transmission from the Vogel Law Firm, Ltd. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and immediately notify the sender by return email.**

**From:** Melissa Clark <melissa@feganscott.com>
**Sent:** Thursday, July 8, 2021 11:38 AM
**To:** Robert B. Stock <rstock@vogellaw.com>; Brooke Achua <brooke@feganscott.com>; Angela Elsperger Lord <aelord@vogellaw.com>; Dawne R. Mogck <dmogck@vogellaw.com>; Briana L. Rummel <brummel@vogellaw.com>

EXHIBIT

4

**Cc:** Elizabeth Fegan <beth@feganscott.com>; marty@sagwlaw.com; goplerud@sagwlaw.com; Mac Schneider <mac@schneiderlawfirm.com>; Alissa Giler <alissa@feganscott.com>; Donna J. Hestbeck <dhestbeck@vogellaw.com>
**Subject:** Re: Kraft, et al v. Essentia, et al

Thanks, Rob. We'll take a look and we look forward to receiving the updated hit list w/ the information specified in the ESI order.

You mention the limitations of Essentia's system. What are they?

Does the use of "AND" instead of proximity connectors like "w/30" or "w/s" still require you to build individual searches, or does it allow for multiple terms separated by OR (e.g.: Term AND (Term OR Term OR Term)? It's not clear to me what you mean by "building" the searches and what needs to be done to build the remaining searches (most of which don't use a w/n proximity connector).

Also - we discovered that certain of the pharmaceutical and manufacturer names may have typos from OCRing from PDF. Can you confirm that you're using fuzzy search for those terms and that it would catch minor typos (e.g. an "i" instead of an "l" or a "c" instead of a "g")?

I'm available tomorrow at 11 if you'd like to discuss by phone.

Thanks,
Melissa


Melissa Ryan Clark | **Fegan Scott LLC** | 347.353.1150



---

**From:** Robert B. Stock <rstock@vogellaw.com>
**Sent:** Wednesday, July 7, 2021 5:35 PM
**To:** Brooke Achua <brooke@feganscott.com>; Angela Elsperger Lord <aelord@vogellaw.com>; Dawne R. Mogck <dmogck@vogellaw.com>; Briana L. Rummel <brummel@vogellaw.com>
**Cc:** Melissa Clark <melissa@feganscott.com>; Elizabeth Fegan <beth@feganscott.com>; marty@sagwlaw.com <marty@sagwlaw.com>; goplerud@sagwlaw.com <goplerud@sagwlaw.com>; Mac Schneider <mac@schneiderlawfirm.com>; Alissa Giler <alissa@feganscott.com>; Donna J. Hestbeck <dhestbeck@vogellaw.com>
**Subject:** RE: Kraft, et al v. Essentia, et al

Melissa: