| | |
|---|---|
| **From:** | Robert B. Stock |
| **To:** | Melissa Clark; Angela Elsperger Lord |
| **Cc:** | Brooke Achua; Dawne R. Mogck; Donna J. Hestbeck; Briana L. Rummel; Brian Marty; Elizabeth Fegan; Mac Schneider; Bart Goplerud |
| **Subject:** | RE: Kraft v. Essentia - Search Terms Results and Objections |
| **Date:** | Tuesday, August 24, 2021 4:46:47 PM |
| **Attachments:** | VOGEL-#4511045-v1-Search_Term_Results_8_24_21_w_Defs__Objections.XLSX |
| | image003.jpg |

Melissa:

Attached are the final search terms results, including unique documents results.

The total number of files in the project are 2,917,752 files.
The total number of files that hit on all searches in the proposed list is 255,216 files.

Our objections are listed in Column H of the spreadsheet along with any proposed modifications.

Examples of non-responsive documents are located here:
https://vogellaw.sharefile.com/f/foefeda7-5c30-460f-9eb0-c47b7f3237cd

They are labeled by search number.

Please let me know if you have any questions.

RBS

**Robert B. Stock | Attorney**



218 NP Avenue
P.O. Box 1389 | Fargo, ND  58107-1389
Tel: 701.237.6983 | Dir: 701.356.6316 | Cell: 701.261.7893 | TF: 800.677.5024
Fax: 701.237.0847
e-mail | vogellaw.com | bio

**This is a transmission from the Vogel Law Firm, Ltd. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and immediately notify the sender by return email.**

**EXHIBIT**

*5*