| | |
|---|---|
| **From:** | Robert B. Stock |
| **To:** | Melissa Clark |
| **Cc:** | Donna J. Hestbeck; Angela Elsperger Lord; Brooke Achua; MacKenzie Hertz; Briana L. Rummel; Bart Goplerud; Mac Schneider |
| **Subject:** | FW: Kraft - Modified Search Terms 11_12_21 |
| **Date:** | Friday, November 12, 2021 1:43:41 PM |
| **Attachments:** | VOGEL-#4584727-v2-Search_Terms_w_10_20_results_and_Def_Comments.XLSX image002.jpg |

Melissa:

Attached is a continuation of the search term spreadsheet that we have been exchanging. Highlighted in yellow are searches that were ran on October 20th, with corresponding results for those searches contained in Columns I and J. Defendants' further objections and comments are contained in Column M. Column N contains Defendants' proposed further modifications if there were any. If we indicate "None" in Column N, we believe there does not appear to be a modification that would resolve the issues and Defendants stand on previous comments and objections made. You will see that we have agreed to review the resources retrieved from some of the modified searches. If that is the case, that agreement is also indicated in Column M. The further modified searches highlighted in orange are being ran and I will provide the results from those searches as soon as able.

Thank you and please let me know if you have any questions.

Have a good weekend.

RBS

**Robert B. Stock | Attorney**



218 NP Avenue
P.O. Box 1389 | Fargo, ND  58107-1389
Tel: 701.237.6983 | Dir: 701.356.6316 | Cell: 701.261.7893 | TF: 800.677.5024
Fax: 701.237.0847
e-mail | vogellaw.com | bio

This is a transmission from the Vogel Law Firm, Ltd. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and immediately notify the sender by return email.

**EXHIBIT**

6