| **From:** | Melissa Clark |
| --- | --- |
| **To:** | NDD J-Senechal |
| **Cc:** | Elizabeth Fegan; Brooke Achua; Mac Schneider; Bart Goplerud; Angela Elsperger Lord; Briana L. Rummel; RBSLitGroup; imclean@serklandlaw.com; Peter Zuger; Robert B. Stock; Wendy Brekke; Alissa Giler; MacKenzie Hertz |
| **Subject:** | 3:20-cv-00121-PDW-ARS - Kraft et al v. Essentia Health et al |
| **Date:** | Wednesday, December 8, 2021 2:53:25 PM |
| **Attachments:** | Outlook-0yjxe5dr.png |

Dear Judge Senechal,

I write on behalf of all parties in *Kraft et al v. Essentia Health et al*, 20-cv-00121, to request that the December 14, 2021 status conference be adjourned by four weeks.

The parties presently have no concerns to address with the Court and have received direction from the Court on our previously discussed disputes.

The parties are available on January 11, 2022 at or after 2:30 pm Central or at another day and time that is convenient for the Court.

Respectfully,
Melissa Clark
*Counsel for Plaintiffs*

Melissa Ryan Clark | **Fegan Scott LLC** | 347.353.1150

**feganscott**

**EXHIBIT**

7