| | |
|---|---|
| **From:** | Robert B. Stock |
| **To:** | Melissa Clark |
| **Cc:** | Angela Elsperger Lord; Andrea L. Ingersoll; Briana L. Rummel; MacKenzie Hertz; Brooke Achua; Bart Goplerud (Other); Mac Schneider (mac@schneiderlawfirm.com) |
| **Subject:** | FW: Kraft - Search Terms Results - Final |
| **Date:** | Tuesday, January 4, 2022 9:26:07 AM |
| **Attachments:** | VOGEL-#4638103-v1-Search_Terms_Results_final_objections_1_3_22.XLSX |
| | image001.jpg |

Melissa:

Attached are the final spreadsheets of the proposed search term strings and the results of those searches. There were four searches (highlighted in orange) still hanging out there that had not been responded to. The two sheets attached should encompass all searches, modifications, Defendants' objections, or agreement to review.

Please let me know if you have any questions.

RBS

## Robert B. Stock | Attorney

218 NP Avenue
P.O. Box 1389 | Fargo, ND 58107-1389
Tel: 701.237.6983 | Dir: 701.356.6316 | Cell: 701.261.7893 | TF: 800.677.5024
Fax: 701.237.0847
e-mail | vogellaw.com | bio

**This is a transmission from the Vogel Law Firm, Ltd. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and immediately notify the sender by return email.**

**EXHIBIT**

8