January 26, 2022

**VIA EMAIL**
Magistrate Judge Alice R. Senechal
United States Dist. Court for the District of North Dakota
NDD_J-Senechal@ndd.uscourts.gov

      Re:     *Kraft, et al. v. Essentia Health, et al.,* No. 20-cv-121;
              Joint Letter Regarding Schedule

Dear Judge Senechal,

In follow up to our discussion at the last discovery status conference, the parties write jointly regarding a proposed amendment to the Court's Scheduling Order, ECF No. 126.

As discussed below, defendants Essentia Health and Innovis Health LLC (collectively, "Essentia") and Plaintiffs have reached an agreement regarding all but one deadline.

With regard to Dakota Clinic Pharmacy (DCP), the parties recognize that the Court has stayed DCP's obligation to produce initial disclosures until after the Court's ruling on DCP's pending motion to dismiss. With that in mind, the parties acknowledge that these deadlines may need to be revisited depending upon the decision on DCP's pending dispositive motion. DCP otherwise takes no position as to this proposal.

## I.      PROPOSED SCHEDULE WITH DISPUTES

Below is the parties' proposed, amended schedule, with the dispute between Essentia and Plaintiffs identified in red and blue font:

| Deadline | Date |
|---|---|
| **Substantial Completion of Document Production** | **Plaintiffs' Proposal:** 5/3/2022<br><br>**Essentia's Proposal:** No Such Deadline |
| **Amended Pleadings & Join Additional Parties** | Thursday 6/2/2022 |
| **Add Punitive Damages Claim** | Friday 7/15/2022 |

| Deadline | Date |
|---|---|
| **Close Of Fact Discovery** | Monday 8/1/2022 |
| **Discovery Motions Due** | Tuesday 8/16/2022 |
| **Plaintiffs' (1) Motion For Class Cert. and (2) Class Cert. Expert Disclosures And Reports** | Thursday 9/15/2022 |
| **Defendants' (1) Response to Plaintiffs' Class Cert. Motion and (2) Expert Disclosures and Reports** | Monday 10/31/2022 |
| **Plaintiffs' (1) Reply ISO Class Cert. Motion and (2) Class Cert. Expert Rebuttal Reports** | Monday 12/5/2022 |

**II.    EXPLANATION OF DISPUTE REGARDING SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION**

**Plaintiffs' Position:** Plaintiffs propose the inclusion of a deadline for the Substantial Completion of Document Production, to occur 90 days before the Close of Fact Discovery. This interim deadline is designed to ensure that the bulk of document production does not occur at the last minute, depriving the parties from an opportunity for review, follow-up discovery, and an efficient and informed deposition process. Prompt, rolling production should occur regardless of whether this deadline is added, but Plaintiffs propose it to ensure the parties are on the same page in that regard.

This deadline is warranted given the progress of discovery to date. Plaintiffs' request for the production of documents (RFPs) were served one year ago. Essentia has produced approximately 130 documents. Extensive discovery is the subject of pending and forthcoming motions, including motions regarding Essentia's production of database data, its application of 31 disputed search terms, and its assertion of privilege over more than 8,000 documents. It has taken an inordinate amount of time to simply tee up these disputes, e.g., to receive foundational discovery items like the identification of search term disputes, a privilege log, and generic information about the prior database production. To the extent the Court orders further document production, Plaintiffs want to ensure it occurs promptly and fairly.

**Essentia's Position:**  Essentia opposes the inclusion of a deadline for "Substantial Completion of Document Production."  There is no such deadline in the Court's template for scheduling orders; nor is there any such deadline in the Court's current Order.  Document review and

production, including production of privilege logs have been done on a timely basis.  To date, no depositions have been taken.  With deposition discovery, for example, additional document production may be warranted.  There is no reason or basis to change the Court's scheduling order to add a deadline that does not currently exist.  It is typical practice to have one deadline for fact discovery.

## III.    CONCLUSION

The parties respectfully request that the Court resolve their dispute regarding a deadline for Substantial Completion of Document Production and otherwise grant their joint request for an amendment to the Court's Scheduling Order, ECF No. 126.

Respectfully submitted,

**VOGEL LAW FIRM**

Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
MacKenzie L. Hertz (#09392)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com

ATTORNEYS FOR DEFENDANTS
ESSENTIA HEALTH AND INNOVIS
HEALTH, LLC

**SERKLAND LAW FIRM**

Peter W. Zuger (#06282)
Ian R. McLean (#07320)
10 Roberts Street
PO Box 6017
Fargo, ND  58108-6017
701.232.8957
pzuger@serklandlaw.com
imclean@serklandlaw.com

**FEGAN SCOTT LLC**

Melissa Ryan Clark
Brooke A. Achua
140 Broadway, 46th Fl.
New York, NY 10005
Ph: 646.502.7910
Fax: 312.264.0100
melissa@feganscott.com
brooke@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Mac Schneider (#06476)
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265

ATTORNEYS FOR DEFENDANT
DAKOTA CLINIC PHARMACY, LLC

Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

4