# Exhibit A

**Chart Addressing Differences Between**
**the Disputed Searches**
**and Searches Essentia has Identified as Alternatives**

Essentia's alternatives for the Low-Hit terms are derived from Exhibit A to Essentia's Opposition Brief (ECF No. 162-1).

Essentia's alternatives for the Higher-Hit Searches are derived from Essentia's Opposition Brief ("Opp.," ECF No. 162), n. 12, 13, 15, 16, 18, 19, and 21.

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **22b**<br>(887 unique hits[2])<br><br>temp! **w/ 10** (31 OR 32 OR 33 OR 34 OR 35 OR "below 36") | This search (22b) seeks documents discussing some of the unsafe temperatures (below 36 degrees) at which Affected Medications were stored.<br><br>Essentia's alternative searches (**Searches 4, 7, 8, 11, Modified 12, 13-18, 26-34, 36-44, 57-58, 70, 82, 86-97, 116-117**) contain the word temperature, but target documents regarding, e.g., medication requirements, manufacturer recommendations, storage, and investigations. They include their own topic-specific terms and phrases to narrow those respective searches (e.g., log, recommended range, temperature sensitive, manufacturer names). And they might miss, e.g., discussions of problematic temperature readings for various medications or refrigerators, or warnings regarding these specific temperatures.<br><br>**Search 35**, which does contain numerical temperatures like this string, includes the term storage instead of temp!, and could miss documents about these specific temperatures that do not use the word storage, e.g., documents regarding injectables or chemo, specific pharmaceuticals, refrigerators, or logs. |

---

[1] Essentia's search term chart uses what it calls the "Actual Search String," which is the string Essentia ran after substituting "AND" for Plaintiffs' narrower proximity connectors, like "w/10" and "w/s." ECF No. 162-1. This chart uses Plaintiffs' actual proposals.

Essentia says it substituted "AND" because its "platform only allows the application of one numerical connector per search," and breaking out the searches to avoid multiple numerical connectors would be too burdensome. Opp., p. 4; Stock Decl., ¶ 20. Essentia's example of multiple numerical connectors was a search like: "(Rob w/30 Stock) AND (Melissa w/30 Clark)." Essentia Opp., Ex. 4 (ECF No. 163-4). But none of Plaintiffs' proposals uses two or more numerical connectors in a single string. Essentia has not explained why it substituted its broader connector anyway, including to strings with no numerical connector at all. Plaintiffs include their actual proposals here, but have no objection to Essentia's use of "AND" so long as Plaintiffs are not penalized for the resulting increase in hit count. *See also* Reply Brief, n. 5.

[2] This hit count is for the broader term using the "AND" connector. Below, other hit counts derived from such searches are marked with an asterisk.

1

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **23**[3]<br>(566 unique hits*)<br><br>temp! **w/ 30** (calib! OR stabiliz! OR stabaliz! OR adjust! OR shift! OR trend! OR high! OR low! OR max! OR min! OR below OR above OR exceed! OR warm! OR cold! OR ultra-cold! OR rang! OR set! OR control! OR specific! OR effectiv! OR ineffectiv! OR harmful! OR potent OR potenc!)<br><br>**-and-**<br><br>**24**<br>(335 unique hits*)<br><br>temp! **w/ 30** (log! OR track! OR report! OR document! OR read! OR data! OR record! OR audit! OR maint! OR monitor! OR responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR report! OR parameter! OR indicat!) | **Search 2** seeks only those documents containing the word temperature[4] and the technical word excursion; it <u>omits</u> all other temperature-related terms, e.g., those regarding thermometer calibration, fridge stabilization, medication efficacy, and documents using other terms for the excursion, like problem, or like issue, as Essentia has used.<br><br>**Search 4** seeks documents containing all of the following words: refrigerators, temperature, and log. It <u>is not</u> targeted to temperature-related documents in other contexts (e.g., medications, storage, rooms, basement, pharmacy, drug recommendations, refrigerator settings, potency impact, compliance, practices, SOPs, or fridge temperature issues generally, i.e., apart from logging).<br><br>**Search 7** is limited to documents containing all of the following: vaccines, storage, temperature, outside, and recommended range. It <u>does not</u> include terms for any other category of medication (e.g., chemo) or specific pharmaceuticals; <u>it does not</u> include the terms in this string regarding, e.g., temperature variance, temperature's impact on efficacy and potency, logging, compliance, guidelines, or policies.<br><br>**Search 8** looks for documents containing: former, distribution partner, storage, and temperature; it <u>omits</u> documents addressing temperature issues outside of the storage context and documents that do not reference former distribution partner.<br><br>**Search 11** looks for documents containing the phrase temperature sensitive (related to temperature-sensitive medications). It <u>omits</u> all of the other temperature issues targeted by this string, like those about temperature calibration, temperature deviations, monitoring policies, and excursion protocols.<br><br>**Modified Search 12** is limited to documents containing the word temperature with three categories of Affected Medications (vaccination, chemo, biologic). It <u>does not seek</u> documents regarding any other category of medications (e.g., injectable), any specific pharmaceutical, or discussions in other contexts, like fridges, |

---

[3] Essentia's chart (ECF No. 162-1) cites the wrong string for Search 23 (duplicating Search 24). Search 23 is correct here. Essentia's chart lists the same alternative searches for both terms, so they are addressed together.

[4] The search terms use wildcards to look for variations of terms, e.g., "log!" to seek log, logs, logging, or logged. They also use connectors to search for inexact phrases, like "cold /s chain" to seek documents with the phrase "cold chain." For brevity, wildcards and connectors are omitted in this column and the general word or phrase is used.

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| (Searches 23 and 24 – Continued from above.) | thermometers or data readers, or logs.<br><br>**Searches 13-18** are limited to documents containing the word temperature and specific pharmaceutical names (e.g., Eculizumab), <u>omitting</u> documents about temperature in other contexts (medications generally, refrigerators, storage, pharmacy, basement, logging).<br><br>**Modified Search 25** is limited to documents containing the word fridge or the word refrigerator, <u>omitting</u> documents about temperatures in other contexts (medications, basement, guidelines). It also requires terms like excursion, problem, issue, or failure, but <u>omits</u> all other terms in this string, like those about temperature variations and potency.<br><br>**Searches 35-44** are limited to documents containing the word storage. They <u>do not seek</u> documents in any other context (refrigerators, medications, policies).<br><br>**Search 70** is limited to documents containing the word investigation and <u>omits</u> the temperature variance, setting, and policy terms in this search.<br><br>**Search 82** seeks quality-related documents (control, review, failures) also containing the words temperature, excursion, or storage. It requires the term quality and <u>omits</u> other temperature-related documents.<br><br>**Searches 116-17** seek documents containing temperature with certain manufacturer terms; they <u>omit</u> all documents in other contexts (medications, fridges, logs) and those which do not mention manufacturers. |
| **25**<br>(455 unique hits\*)<br><br>(fridg! OR refridg! OR frig! OR refrig! OR therm! OR freez!) **w/ 30** (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR emergen! OR out! OR wrong OR deviat! OR improper! OR uncertain! OR var! OR invalid! OR alarm! OR warn! OR freez! OR froz! OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | **Modified Search 25** contains the words fridge or refrigerator but <u>omits</u> terms about freezers, freezing, and thermometers. It also requires terms like excursion, problem, issue, or failure, but <u>omits</u> all other terms in this string, like incident, alarm, deviation, and the specific temperatures.<br><br>**Search 2** is limited to documents containing the words temperature and excursion. It <u>omits</u> refrigerator-related terms and all other modifiers in this search, like invalid, alarm, incident, and the specific temperatures.<br><br>**Search 3** is limited to documents discussing injectable medication and storage issues. It <u>omits</u> refrigerator-related terms (or any medication-related terms) and phrases unrelated to storage issues, like terms regarding temperature deviations, |

3

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| (Search 25 – Continued from above.) | warnings, and the specific temperatures in this search.<br><br>**Search 4** is limited to documents discussing refrigeration together with temperature and logs and <u>omits</u> broader documents about temperature problems.<br><br>**Search 5** seeks documents containing the phrase refrigerated injectable along with the term investigation. It <u>omits</u> all other medication categories, contains no other refrigerator-related terms, and omits documents containing problem- and excursion-related terms other than investigation.<br><br>**Search 6** seeks documents discussing the terms medications or vaccines along with the phrase refrigeration issue. It <u>omits</u> terms relating to freezing or thermometer issues, and <u>omits</u> documents regarding other categories of medications (chemo, CAM, injectable).<br><br>**Search 8** looks for documents containing the terms former, distribution partner, storage, and temperature; it <u>omits</u> documents addressing temperature issues outside of the storage context (e.g., refrigerators, freezers, thermometers) and those that do not use the phrase former distribution partner.<br><br>**Searches 26-34** seek documents about fridges, freezers, thermometers, or storage, <u>but</u> they are targeted to documents on other topics (e.g., calibration and settings, medication efficacy, logging, policies, specific pharmaceuticals), and they <u>omit</u> documents with language about problems and temperature deviations.<br><br>**Searches 35-44** are limited to documents regarding storage. They <u>do not seek</u> documents regarding excursions, problems, failures, defects, or reduced potency, those which may not use the word storage, or those containing refrigerator-related terms like those here.<br><br>**Search 62** seeks documents about the refrigerator relocation which resulted in the discovery of the excursion after three years, <u>and not</u> problems, temperature deviations, the excursion more broadly, documents from before the excursion was purportedly discovered, or specific temperatures.<br><br>**Search 70** requires the term investigation and <u>omits</u> all of the other terms in this string. |

4

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **45a**<br>(694 unique hits*)<br><br><br>(Med! OR Inject! OR Vaccin! OR Immun! OR Inocul!) **w/ 30** (excurs! OR prob! OR fail! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR efficacy OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | **Search 6** looks for documents addressing medications or vaccines, <u>but not</u> immunizations, inoculations, or injections/injectables. It is further limited to documents discussing refrigeration issues, and <u>excludes</u> documents related to the excursion more broadly, e.g., other problems, storage issues, defective or compromised medications, efficacy or potency issues.<br><br>**Modified Search 12** is limited to documents containing the word temperature with three categories of Affected Medication (vaccination, chemo, biologic). It <u>omits</u> other medication categories, like immunizations and injectables/injections. It also <u>omits</u> all of the modifying terms on this string, like defective, efficacy, and potency.<br><br>**Searches 26-34** seek documents about fridges, freezers, thermometers, or storage, and they <u>omit</u> documents about the excursion and related problems, except for fridge-specific and storage-specific searches (e.g., 26, 35, and 36), which share a few words (like excurs! and ineffectiv!) but <u>omit</u> medication terms.<br><br>**Searches 49-51** seek documents containing specific pharmaceutical names and <u>omit</u> more categorical terms like the medication categories Essentia has used.<br><br>**Searches 57-58** seek documents containing specific pharmaceutical names and <u>omit</u> more categorical terms like the medication categories Essentia has used; they also focus primarily on logging, policies, procedures, and specific temperatures, sharing only one incident-related word (occurrence).<br><br>**Searches 71-77** are limited to documents containing the word investigation and <u>omit</u> all of the modifying terms in this search. |

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **46** <br> (541 unique hits*) <br><br> (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diphtheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab) **w/ 30** (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR warm! OR cold! OR ultra-cold! OR freez! OR froz! OR rang! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR potent OR potenc!) | **Search 2** seeks documents containing the technical term excursion (along with temperature) and <u>does not look for</u> documents containing any of the other words in this search. <br><br> **Search 3** seeks documents discussing injectable medications and storage issues, and <u>omits</u> the pharmaceuticals in this search (as well as other categorical medication terms, like vaccine and chemo); it <u>also omits</u> all terms related to problems, temperature issues, and medication compromise. <br><br> **Search 5** seeks documents regarding investigations of refrigerated injectables. It <u>omits</u> any other category of pharmaceuticals or specific pharmaceutical and <u>omits</u> documents that do not use the word investigation. <br><br> **Modified Search 12** is limited to documents containing the word temperature with three categories of Affected Medication (vaccination, chemo, biologic). It <u>omits</u> the specific pharmaceutical names in this term, other categorical medication terms (like injectable), and all of the terms seeking documents addressing problems, freezing, deviations, compromised medications, and potency or efficacy changes, unless those documents specially contain the word temperature and one of the limited pharmaceutical categories. <br><br> **Search 28** seeks documents regarding fridges, freezers, and thermometers in connection with categorical terms of medications; it <u>omits</u> specific pharmaceutical names and terms seeking documents that discuss temperature issues or potency changes (without discussing fridges). <br><br> **Searches 13, 29, 39, 64, 72, 100, 107, 124, 132, and 141** seek documents regarding temperature, refrigerators, storage, relocation, investigation, safety, efficacy, purpose, handouts, merchantability, transaction data, and labeling. They <u>exclude</u> documents about, e.g., the excursion and related problems and consequences. There are some minor overlaps in terms (e.g., Search 29 also contains the word freez!, aimed at freezer issues as opposed to freezing, here), as Plaintiffs previously noted might facilitate analysis of the terms; but such exact overlap does not increase the document count. |

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **48**<br>(622 unique hits*)<br><br><br>(Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio! OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD! OR Tdap! OR Tetanus) **w/ 30** (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR warm! OR cold! OR ultra-cold! OR freez! OR froz! OR rang! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR potent OR potenc!) | *See supra* regarding disputed Search 46. Searches 46 and 48 contain the same excursion-related terms with two different sets of specific pharmaceuticals. |

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **56**<br>(387 unique hits*)<br><br>(Tocilizumab OR Tuberc! OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) **w/ 30** (log! OR track! OR report! OR read! OR data! OR record! OR document! OR audit! OR maint! OR monitor! OR responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | **Search 2** seeks documents containing the technical term excursion (along with temp) and <u>does not contain any</u> of the words in this search.<br><br>**Search 3** seeks documents containing the phrases injectable medications and storage issues, and <u>omits</u> the pharmaceuticals in this search (as well as other categorical medication terms, like vaccine and chemo); it <u>also omits</u> all terms related to monitoring, compliance, policies, protocols, and specific temperatures.<br><br>**Search 5** seeks documents regarding investigations of refrigerated injectables. It <u>omits</u> any other type, category, or specific medication and <u>omits</u> documents that do not use the word investigation.<br><br>**Modified Search 12** is limited to documents containing the word temperature with three categories of Affected Medication (vaccination, chemo, biologic). It <u>omits</u> the specific pharmaceutical names in this term, other categorical medication terms, and all of the terms regarding monitoring, compliance, policies and protocols, and specific temperatures. It also <u>omits</u> documents that do not use the word temperature (e.g., regarding storage, relocation, administration, audit, responsibility, labeling, administration).<br><br>**Search 28** seeks documents regarding fridges, freezers, and thermometers, <u>and not</u> medications.<br><br>**Searches 16, 32, 42, 49, 67, 75, 103, 110, 127, 135, and 144** seek documents regarding temperature, refrigerator, thermometer, freezer, storage, excursion, relocation, investigation, safety, handouts, merchantability, transfer data, and labeling. They <u>exclude</u> documents about, e.g., tracking, auditing, reporting, standards, guidelines, SOPs, and specific temperatures. There are some minor overlaps in terms (e.g., Search 103 contains these pharmaceutical names and also contains recommend!), but such exact overlap does not increase the document count. |

8

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **63**<br>(547 unique hits*)<br><br>(Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) **AND** (mov! OR relocat! OR transfer! OR transport!) | **Search 3** seeks documents regarding injectable medications but not medications alone, injectables/injections alone, vaccinations, immunizations, inoculations, chemo, rheumatoid, vials, pharmaceuticals, shots, biologics, CAM, toxoids, drugs, or products; it is limited to documents regarding storage issues and not transport or relocation.<br>**Searches 36-44** seek documents containing store/storage and not transport, move, or relocation.<br>**Searches 131-137** seek documents containing transaction or transfer and not move, relocation, or transport; it is further limited to documents also containing data-related terms like log, history, and statement. It does not target documents about the medication relocation through which the excursion was discovered.<br>**Search 62** seeks documents related to relocation of refrigerators or freezers and not the relocation of medications; it also seeks relocation documents naming DCP, but does not include terms for the relocation of medications, terms for other entities or individuals, or terms for policies and procedures.<br>**Searches 64-69** are limited to documents with specific pharmaceutical names and could omit documents using more categorical terms like vaccine or chemo, terms Essentia itself has used to describe the Affected Medications. |
| **78**<br>(0 unique hits)<br><br>out* **w/5** norm* **AND** (temp* OR read* OR fridg* OR refridg* OR frig* OR refrig* OR log* OR therm* OR med* Or pharm* OR vacc* OR immun* OR chemo* OR inject* OR vial*) | N/a. This term is not technically in dispute because it returned 0 unique hits. Essentia did not identify any alternative searches. |

9

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **101**<br>(516 unique hits*)<hr>(safe! OR effect! OR efficac! OR recommend! OR requ! OR prevent! OR potent! OR treat!) **w/p** (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) | **Searches 3, 6, and 7** use categorical medication terms (e.g., injectable medications, vaccines), potentially excluding documents with actual pharmaceutical names, like those in disputed search 101.<br><br>Each of the alternative searches is further limited to documents containing a narrow phrase (storage issue, refrigeration issue, and recommended range, respectively) which are not targeted to documents regarding the safety, efficacy, or intended purpose (e.g., the diseases treated or prevented) of the pharmaceuticals in this search. |

10

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **115**<br>(923 unique hits*)<br><br>(keep OR kept OR maintain!) **/s** (degree! OR temp!) | This search seeks documents containing a short phrase about keeping or maintaining certain degrees (i.e., temperatures). The alternative searches are narrower, e.g., they are limited to searches for documents containing pharmaceutical names or technical words like excursion, temperature log, or investigation, and would omit more general, but important discussions regarding the need, ability, or failure to maintain a specific temperature:<br><br>**Search 2** is limited to documents with the technical word excursion.<br>**Search 4** is limited to documents with the term refrigerator and the phrase temperature log.<br>**Search 7** is limited to documents that contain *all* of the following terms: vaccine, storage, temperature, outside, recommended range.<br>**Modified Search 12** is limited to documents containing the word temperature with three categories of Affected Medication (vaccination, chemo, biologic).<br>**Searches 13-18** are limited to documents with specific pharmaceutical names.<br>**Searches 26-34** are limited to documents discussing fridges, freezers, or thermometers along with further limiting terms about problems guidelines, and medications.<br>**Searches 36-44** are limited to documents that use the word storage along with limiting terms related to problems, guidelines, and medications.<br>**Searches 57-58** are limited to documents with specific pharmaceutical names along with limiting terms about logging, responsibilities, guidelines, and specific temperatures.<br>**Search 70** is limited to documents containing the word investigation along with limiting, case-related terms like excursion, fridge, and DCP.<br>**Search 82** is limited to quality control documents along with the following further limiting terms: temperature, excursion, or storage.<br>**Searches 86-87 and 116-17** are limited to documents containing the terms degrees, temperature, and storage along with manufacturer terms and names. |

11

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **118**<br>(599 unique hits)<br><br>CGMP **OR** GMP | None of Essentia's alternative searches (**Searches 1, 3, 4, 7, 8, 26-34, 62, 64-69, 82, 86-87, 116-117**) targets documents containing the acronym CGMP or GMP (Current Good Manufacturing Practices). For example, **Search 1** seeks documents regarding DCP pharmaceutical management services; **Search 62** seeks documents regarding the fridge relocation; **Searches 116-117** seek documents related to manufacturers of the Affected Medications and temperature issues.<br><br>If the searches regarding DCP, policies, or procedures happen to recall documents containing CGMP, then this term will not increase the document count. But otherwise, documents regarding Essentia's CGMP-related knowledge, discussions, compliance, and policies will be omitted. |
| **123**<br>(715 unique hits*)<br><br>(Illegitim! OR return! OR nonsaleable! OR saleable! OR suspect! OR misbrand! OR merchantable OR unmerchantable) **/s** (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) | **Searches 124-29** use the same merchantability terms as in the first half of this disputed search (illegitim! OR return OR nonsaleable!…), but the second half includes specific pharmaceutical names, which are hyper technical and <u>omit</u> documents referring to the Affected Medications more categorically, with terms Essentia itself has used, like chemo, pharmaceutical, CAM, or product. |
| **140**<br>(733 unique hits*)<br><br>(Insert! OR packag! OR label! OR publication!) **w/10** (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) | **Searches 141-46** use the same packaging and labeling terms as in the first half of this disputed search (insert! Or package! Or label!...), but the second half of the alternative searches includes specific pharmaceutical names. They <u>exclude</u> categorical terms used (including by Essentia) to refer to the Affected Medications (e.g., chemo, product, CAM). |

12

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **12**<br><br>(Hit counts not provided by Essentia.)<br><br>Temp! **AND** (med! OR inject! OR Vaccin! OR Chemo! OR Biologic!) | **Search 2** is limited to documents with the word excursion, a narrow and technical term that <u>omits</u> how people (and Essentia's public statements) discuss temperature issues.<br><br>**Search 7** is limited to documents that contain *all* of the following terms: vaccine, storage, temperature, outside, recommended range. This search is narrow and <u>excludes</u> non-vaccine medications (e.g., chemo), the terms Essentia itself uses to discuss the excursion (e.g., medications), and documents that do not refer to a recommended range.<br><br>**Searches 13-18** use specific pharmaceutical names (e.g., Vectibix) with temp. They <u>exclude</u> categorical terms used (including by Essentia) to refer to the Affected Medications (e.g., medications, vaccinations, injectables). |
| **22a**<br><br>(3,268 unique hits*)<br><br>temp! **w/ 30** (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR emergen! OR out! OR wrong OR deviat! OR improper! OR uncertain! OR var! OR invalid! OR alarm! OR warn! OR freez! OR froz! OR basement!) | **Search 2** is limited to documents with the word excursion, a narrow and technical term that <u>excludes</u> how people (and Essentia's public statements) discuss temperature issues; this string also contains the term excursion (which does not increase the document count) but <u>omits</u> all other terms in this search.<br><br>**Modified Search 12** looks for documents containing the word temperature together with the words vaccine, chemo, or biologic. It <u>omits</u> terms regarding, e.g., temperature problems, deviations, or alarms, or documents about the temperature during the basement move, unless those three limited medication categories were also referenced (e.g., omitting documents regarding the basement, fridge, storage area, excursion generally, or policies and procedures, or documents referring to relevant medications in other ways, like injections, vials or meds).<br><br>**Searches 13-18** use specific pharmaceutical names (e.g., Vectibix) with the word temperature, and **Searches 116-117** use the words temperature or storage along with manufacturer terms and names (e.g., GlaxoSmithKline). They <u>exclude</u> the terms Essentia uses to discuss the excursion (e.g., medications, vaccinations) and <u>omit</u> terms seeking documents reflecting how people would discuss temperature issues and requirements in plain language, which may not include medication manufacturer names. |

13

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **45b**<br>(28,954 unique hits*)<br><br>(Chemo! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) **w/30** (excurs! OR prob! OR fail! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR efficacy OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | **Searches 26-27** seek documents regarding fridge, freezer, and thermometer management and monitoring, and not medication problems or the consequences of temperature-compromised medications (e.g., reduced efficacy or potency).<br><br>**Searches 29-34** use specific pharmaceutical names, and not plain language medication terms, like Essentia has used to describe the Affected Medications. They are also limited to documents with fridge, freezer, or thermometer terms, and do not included terms about medication problems or the consequences of temperature-compromised medications (e.g., reduced efficacy or potency).<br><br>**Searches 35-44** are limited to documents regarding storage. They do not seek documents regarding excursions, problems, failures, defects, or reduced potency, which may not use the word storage.<br><br>**Searches 49-51** are limited to documents with specific pharmaceutical names (e.g., Tecentriq) and omit how people would discuss temperature issues and requirements in plain language, including using terms Essentia has used (like CAM and product).<br><br>**Searches 57-58** are also limited to documents with specific pharmaceutical names and have different modifying terms regarding logging, policies, and temperatures. They are not targeted to documents about, e.g., problems, failures, incidences, and medication efficacy. |

14

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **47**<br><br>(Hit counts not provided by Essentia.) | *See supra*, regarding disputed Searches 22a and 45b. (Essentia cites the same lists of alternative searches for this disputed search, Opp., p. 17.) |
| (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) **w/30** (excurs! OR prob! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | None of the alternative searches include these specific pharmaceuticals with terms targeted to medication temperature problems, or the consequences of temperature-compromised medications (e.g., reduced efficacy or potency). *Supra*. The alternative searches containing this subset of pharmaceuticals are restricted by other terms, e.g., to documents containing the words fridge, storage, or temperature. |

15

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **52a, 53a, 54a, and 55a**<br>(52a: 43,432 unique hits*)<br>(Essentia did not provide hit counts for the other three.[5])<br><br>**52a:** (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug!) **w/30** (log! OR track! OR reading! OR data! OR record! OR document! OR audit! OR maint! OR monitor!)<br><br>**53a:** (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diphtheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab) **w/30** (log! OR track! OR report! OR reading! OR data! OR record! OR document! OR audit! OR maint! OR monitor!)<br><br>**54a and 55a:** [additional pharmaceutical names] **w/30** [same modifiers as in 53a] | **Search 3** is limited to documents containing the phrases injectable medication and storage issue. It <u>does not</u> include terms for other categories of medications or pharmaceutical names, or terms related to tracking, auditing, or monitoring.<br><br>**Search 4** seeks documents regarding refrigerator logs, with <u>no terms</u> for any category or name of medication, or any other monitoring, temperature reading, or auditing terms.<br><br>**Search 6**, like Search 3, is narrow and limited to medication or vaccine refrigeration issues. It <u>omits</u> other medication types and <u>omits</u> tracking, auditing, reading, or monitoring terms.<br><br>**Searches 13-18** seek documents with medication terms along with words like temperature – <u>and not</u> logging, maintaining, monitoring, or auditing (which documents may relate to things beyond temperature, like the cold chain, inventory, change of hands, responsibilities between the various defendants, labeling, patient representations and records, or administering).<br><br>**Searches 26-44** are fridge, freezer, thermometer, and storage strings. They <u>do not search</u> for documents regarding logging, monitoring, or auditing of medications themselves.<br><br>**Searches 49-51** seek documents with medication names or types along with terms related to temperature problems and consequences (excursion, problem, potency) – <u>but not</u> logging, tracking, or auditing.<br><br>**Searches 131-37** are limited to documents containing the terms transaction or transfer – seeking, e.g., documents regarding the transfer or change in ownership of a particular medication, <u>but they do not</u> contain terms about inventory, audit, monitoring, tracking, or other types of logging. |

---

[5] Essentia did not provide hit counts for 53a, 54a, 55a, 53b, 54b, or 55b, but its opposition brief states that these six terms, together with 52a and 52b, collectively return "over 57,000" documents. Opp., pp. 17-18.

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **52b, 53b, 54b, and 55b**<br>(52b: 13,789 unique hits*)<br>(Essentia did not provide hit counts for the other three.)<br><br>**52b**: (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug!) **w/30** (compl! OR standard! OR requ! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius OR °)<br><br>**53b**: (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diphtheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab) **w/30** (responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius OR °)<br><br>**54b and 55b**: [additional pharmaceutical names] **w/30** [same modifiers as in 53b] | **Searches 27 and 37** look for documents regarding, e.g., storage and fridge logging, responsibilities, standards, and procedures. They <u>are not targeted to</u> medication-specific standards, which might talk about maintaining, keeping, and reaching temperatures (or failing to do so) without the terms storage or fridge. They <u>also omit</u> terms seeking documents regarding medication temperatures, recordings, occurrences, and contingency plans.<br><br>**Searches 57-58** seek documents with the same policy, procedure, and parameter terms as in searches 52b-55b (and disputed strings 52a-55a, *infra*) – but for <u>entirely different</u> sets of pharmaceuticals.<br><br>**Searches 86-87** use the word degree along with manufacturer terms and names (e.g., GlaxoSmithKline). They <u>omit</u>, *inter alia*, terms with medication names, as well as 16 of the 17 modifying terms in searches 52b-55b. They also <u>do not seek</u> documents beyond those containing the word degrees, including documents discussing, e.g., compliance, responsibilities, procedures, or contingency plans. |

17

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **84 and 85**<br>(84: 3,168 unique hits\*)<br>(85: 4,859 unique hits[6])<br><br>**84:** (DCP OR Dakota) **/s** (servic! OR agree! OR contract! OR dut! OR responsib! OR manag! OR maint! OR outsourc! OR control! OR oversee! OR compl! OR stor! OR fridg! OR refridg! OR therm! OR frig! OR refrig! OR freez! OR basement!)<br><br>**85:** (DCP OR Dakota OR pharm!) **/s** (log! OR track! OR monitor! OR report! OR record! OR secur! OR audit! OR invent! OR inspect! OR excurs! OR fail! OR breach! OR temp! OR termin! OR guid! OR protocol! OR polic! OR investig!) | **Modified Searches 84 and 85** are limited to documents containing the word DCP along with words like service, agreement, contract, log, or monitor. Outside of seeking logs and contractual documents, those searches <u>are not targeted to</u> documents regarding day-to-day responsibilities, reporting, protocols, or conduct leading to or in response to the excursion, nor documents regarding any investigation.<br><br>**Search 1** is limited to documents addressing DCP or "Dakota Clinic Pharmacy" (<u>but not</u> "Dakota Clinic" or pharmacy) along with the phrase pharmaceutical management services. It is a technical and narrow term that <u>would not reach</u> documents (beyond the service agreement itself) regarding DCP's role, day-to-day responsibilities, or conduct leading to or in response to the excursion.<br><br>**Search 8** requires *all* of the following: former, distribution partner, storage, and temperature. It <u>omits</u> other ways to refer to DCP or pharmacy, as well as documents that talk about storage and temperatures separately, or, e.g., medications, fridges, or freezers without those limiting terms.<br><br>**Search 62** seeks documents about the fridge relocation (which ultimately revealed the excursion that had been ongoing for three years), <u>but not</u> information about policies, procedures, responsibilities, logging, or compliance, let alone information about the years prior to the relocation.<br><br>**Search 70** is limited to documents containing the term investigation. It <u>omits</u> terms regarding, e.g., policies, procedures, responsibilities, logging, compliance, inquiries, evaluations, audits, and termination.<br><br>**Searches 88 and 89** seek public disclosure documents and discussions, <u>and not</u> documents regarding policies, procedures, responsibilities, logging, or compliance. |

---

[6] It is unclear why Essentia substituted "AND" for "/s" in 84 and not 85.

| Disputed Search String[1] | Differences Between the Disputed Strings and Essentia's Alternative Strings |
|---|---|
| **99**<br>(7,542 unique hits*)<br><br>(safe! OR effect! OR efficac! OR recommend! OR requ! OR prevent! OR potent! OR treat!) **w/p** (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) | *See supra*, regarding disputed Searches 22a and 45b. (Essentia cites the same lists of alternative searches for this disputed search, Opp., p. 17).<br><br>The alternative searches – which seek documents about temperatures, excursions, fridges and freezers, or storage – <u>are not targeted</u> at documents with these terms related to safety, efficacy, and the intended purposes of the affected medications. |
| **138**<br>(Hits counts not provided by Essentia.)<br><br>cold **/s** chain! | The phrase cold chain is a specific, relevant industry term associated with temperature-controlled supply chains.<br><br>To the extent it is used in documents with existing terms that contain the word cold, this term will not result in any unique hits. To the extent unique hits occur, that is because this specific phrase is used, and those relevant documents would be missed without this term. |

19