UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.,


v.                                                    Case No: 3:20-cv-121


Essentia Health, et al.

**CLERK'S MINUTES**
Proceeding: Status Conference
*(via Telephone)*


Presiding Judge: U.S. Magistrate Judge Alice R. Senechal      Date: Friday, February 11, 2022
Deputy Clerk: Jacqueline Stewart                              Time: 9:02 a.m.
Law Clerk: Kevin Thomson                                      Recess: 9:42 a.m.
Digital Recorder: 220211-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs: McLain Schneider, Bart Goplerud, and Melissa Clark
Counsel for Defendants Essentia Health and Innovis Health: Angie Lord, Rob Stock, Briana Rummel, and MacKenzie Hertz
Counsel for Defendant Dakota Clinic Pharmacy, LLC: Morgan Croaker

-------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.
Court has received and reviewed position statements received from Attorney Clark and Attorney Lord.

Attorney Lord advises that progress has been made at the parties' most recent meet and confer.

Discussion held regarding Essentia agreeing to disaggregate the rows of data and provide a more detailed outline of financial data.  Including a more detailed breakdown of account charges and CPT codes.
Discussion held regarding administration charges.
Discussion held regarding the mining of data using the Epic database that puts that data into Clarity database and then identifying information using SQL searches.

Discussion held regarding NDC codes and ICD codes.
Discussion held regarding plaintiffs wanting clarification on how data is being pulled and collected.  Plaintiffs would like data on how information is being queried and filtered.

The Court requests Attorney Lord to have some discussions with Essentia personnel regarding the NDC codes and ICD codes.

Attorney Lord advises the Court that plaintiffs have not retained a consultant on Epic and Clarity. Defendants would like this to be done so there was a better understanding of the issue.

The Court inquires whether there have been informal discussions with plaintiffs' attorneys and the individuals performing these searches rather than conducting depositions.
Attorney Lord advices the Court that Essentia is opposed to this. If there are conversations or discussion beyond this first step, Essentia is requesting a Special Master be appointed.

Discussion held regarding the timing of information being provided by defendants to plaintiffs.

The Court directs Essentia to provide a sample of a more detailed, disaggregated data by February 25, 2022 with further discussion after those samples have been provided. The Court further directs Essentia to provide the full spreadsheets by March 11, 2022.

The Court comments on possible appointment of a Special Master.

The Court will reschedule the February 23, 2022 Status Conference for March 11, 2022 at 2:00 p.m.

The Court grants the plaintiffs' request for page limit increase on their reply brief. Counsel is allotted ten pages on their reply brief.


Recess.