Jessica Kraft, et al.

    v.                                                      Case No.  3:20-cv-121

Essentia Health, et al.

## Clerk's Minutes
Proceedings:Status Conference (by telephone)

Honorable Alice R. Senechal                 Date: 3/18/22
Todd Dudgeon, Deputy Clerk           Time: 2:30 pm
Amy Strankowski & Kevin Thomson, Law Clerks   Recess: 2:44 pm
Digital Recorder: 220318-000 Kraft v. Essentia (JS Chambers Recorder)
*****************************************************************************
Appearances:
Attorney for plaintiff: Melissa Clark, Bart Goplerud, Brooke Achua
Attorney for defendant Essential Health - Angie Lord, Rob Stock, Briana Rummel., MacKenzie Hertz
For defendant Dakota Clinic Pharmacy, LLC: Morgan Croaker
*****************************************************************************
Court opens the record, counsel enter appearances.
Court indicates an order should be filed by the end of March addressing the pending motion regarding the assertion of privilege.

Court and counsel discuss the impact of the decision issued yesterday by the NDSC re: peer review records and privilege.  Court inquires whether additional briefing is necessary.
Parties discuss supplemental briefing.
Court sets a 15 page limit, Essentia's brief is due 4/1/22, Plaintiffs' brief is due 4/15/22

Production of Financial Documents and Data
Ms. Clark indicates all supplemental spreadsheets were received - however there a few follow up questions for Essentia.  At this time, Plaintiffs see no need for a Special Master, however they reserve the right to renew the request later if necessary.

Order re: Search Terms
Mr. Stock indicates Defendant is on course to comply with the deadline of March25.

Court indicates it will enter a text only order disposing of the sealed motion.

Next Status Conference (by telephone)  will be April 19, 2022 at 3:30 pm.

Adjourn.