UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA


Jessica Kraft, et al.

v.                                                             Case No:  3:20-CV-121

Essentia Health, et al.


**CLERK'S MINUTES**
Proceeding:  Status Conference
(via telephone)


Presiding Judge:  U.S. Magistrate Judge Alice Senechal        Date:  Tuesday, May 10, 2022
Deputy Clerk:  Lisa Clark                                      Time:  3:30pm
Law Clerks:  Amy Strankowski and Kevin Thom                    Recess:  3:45pm
Digital Recorder:  220510-000.mp3 (JS Chambers Recorder)

_____

Counsel for Plaintiffs:  McLain Schneider, Brooke Achua, Barton Goplerud, and Melissa Clark
Counsel for Defendants Essentia Health and Innovis Health:  Angie Lord, Briana Rummel, MacKenzie
        Hertz, and Rob Stock
Counsel for Defendant Dakota Clinic Pharmacy:  Morgan Croaker

--------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.

Court discusses corrections to deadline dates in the Order filed on May 9, 2022 (Doc #181).  The May 30th
date will be changed to May 31, 2022 and the June 13th date to June 14, 2022.

Attorney Clark inquires if the briefing to the Court needs to be copied to opposing counsel.  Court will not
require copying opposing counsel.

Discussion held regarding the way search terms have been run as identified in defendants' position statement
dated May 9, 2022.  Attorney Stock comments on the search results with the addition of a numerical
connector and the anomaly with the wildcard search term.  Defendants are rerunning the original 146 search
strings using the correct numerical connector and correct wildcard.  Vendor has advised there are still a
number of searches remaining.  Attorney Stock estimates results by early next week.

Attorney Stock suggests parties meet and confer after the results have been provided from the new searches.
Parties can discuss if any additional modifications should be ran and how to proceed.
Attorney Clark comments.

Discussion held regarding adjusting deadlines.  Attorney Stock states parties have discussed extending the
deadlines by 60 days.  No objections to extending all the deadlines.
Court will extend every deadline by 60 days.

Attorney Clark comments on the financial information issue as noted in their position statement.  Parties will discuss issue further at the next meet and confer which is set for tomorrow.

Attorney Lord notes a clarification in the plaintiffs' position statement as to document production in response to Court's February 25th order.  A timely production was made on March 28th and additional documents were produced in response to the Court's order.

Court sets another status conference for June 21, 2022 at 3:30pm.


Recess.