THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B.; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>   Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**ESSENTIA HEALTH AND INNOVIS HEALTH'S EMERGENCY MOTION TO STAY COURT'S ORDER (DOC. ID NO. 181)** |

Defendants, Essentia Health and Innovis Health, LLC d/b/a Essentia Health West (collectively, "Essentia"), move this Court for an Order staying its Order entered on May 9, 2022 (Doc. ID No. 181), pending Essentia's forthcoming Objection/Appeal and the District Court's review pursuant to Rule 72 of the Federal Rules of Civil Procedure and Rule 72.1 of the Local Rules of the United States District Court for the District of North Dakota. This Motion is based on the accompanying Memorandum of Law in Support of

Essentia's Emergency Motion to Stay Court's Order (Doc. ID No. 181) and all of the files and

matters of record in this case.  Essentia respectfully requests this Court grant its present

Motion.  Given the timing of the matters at issue, Essentia further requests either an accelerated

briefing schedule or a status conference with the Court should the Court require additional

analysis in considering Essentia's Motion.

Dated this 23rd day of May, 2022.

**VOGEL LAW FIRM**

*/s/ Angela E. Lord*
BY:   Angela E. Lord (#05351)
      Robert B. Stock (#05919)
      Briana L. Rummel (#08399)
      MacKenzie L. Hertz (#09392)
      218 NP Avenue
      PO Box 1389
      Fargo, ND  58107-1389
      701.237.6983
      Email:   alord@vogellaw.com
               rstock@vogellaw.com
               brummel@vogellaw.com
               mhertz@vogellaw.com
      ATTORNEYS FOR ESSENTIA HEALTH
      AND INNOVIS HEALTH, LLC

4761487.1