UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated, | Case No. 3:20-CV-00121 |
| Plaintiffs, | **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |
| vs. | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, | |
| Defendants. | |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court amend the May 13, 2022, (text only) Scheduling Order, as follows:

1.     Substantial completion of document production will be completed by October 5, 2022;

2.     The parties shall have until November 2, 2022, to amend pleadings or file motions to join additional parties;

3.      The parties shall have until December 15, 2022, to move to add claims for punitive damages;

4.      Fact discovery shall be completed by January 30, 2023;

5.      The parties shall have until February 14, 2023, to file discovery motions;

6.      Plaintiffs' class certification expert disclosures and reports and motion for class certification are due by March 15, 2023;

7.      Defendants' class certification expert disclosures and reports and response to plaintiffs' motion for class certification are due by May 1, 2023; and

8.      Plaintiffs' reply in support of their motion for class certification and rebuttal class certification expert reports are due by June 5, 2023.

This stipulated motion is brought in good faith and not for purposes of delay.

**FEGAN SCOTT LLC**

Dated: June 29, 2022                */s Melissa Ryan Clark*
                                        BY:  Melissa Ryan Clark
                                             Brooke A. Achua
                                             140 Broadway, 46th Floor
                                             New York, NY 10005
                                             646.502.7910
                                             Email:   melissa@feganscott.com
                                                      brooke@feganscott.com

                                        **FEGAN SCOTT LLC**

                                             Elizabeth A. Fegan
                                             150 South Wacker Drive, 24th Floor
                                             Chicago, IL 60606
                                             312.741.1019
                                             Email:   beth@feganscott.com

2

**SCHNEIDER LAW FIRM**

Mac Schneider
815 Third Avenue South
Fargo, ND  58103
701.235.4481
Email:    mac@schneiderlawfirm.com

**SHINDLER, ANDERSON, GOPLERUD & WEESE, PC**

J. Barton Goplerud
Brian Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
515.223.4567
Email:    goplerud@sagwlaw.com
             marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

**VOGEL LAW FIRM**

Dated: June 29, 2022              */s Angela E. Lord*
                          BY:    Angela E. Lord (#05351)
                          Robert B. Stock (#05919)
                          Briana L. Rummel (#08399)
                          218 NP Avenue
                          PO Box 1389
                          Fargo, ND  58107-1389
                          701.237.6983
                          Email:    alord@vogellaw.com
                                       rstock@vogellaw.com
                                       brummel@vogellaw.com

ATTORNEYS FOR DEFENDANTS
ESSENTIA HEALTH AND INNOVIS
HEALTH, LLC

4796083.1

3