Jessica Kraft et al.

     v.                                                           Case No. 3:20-cv-121

Essentia Health, et al

## Clerk's Minutes
Proceedings: Status Conference (via telephone)

| | |
|---|---|
| Honorable Alice R. Senechal | Date: 7/19/22 |
| Todd Dudgeon, Deputy Clerk | Time: 10:00 a.m. |
| Kevin Thomson, Amy Strankowski, Law Clerks | Recess: 10:40 a.m. |

Digital Recorder: 220719-001 (JS Chambers Recorder)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appearances:
Attorney for plaintiffs:       Melissa Clark, Barton Gopelrud, Brooke Achua
Attorney for defendants Essentia Health and Innovis Health: Angie Lord, MacKenzie Hertz, Rob Stock.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court opens the record, counsel identify themselves.
Court has the position statements of the parties.
Court inquires if there are any issues needing discussion given Judge Welte's decision on the appeal.  None from either party.

Court addresses the pending disputes as follows:

1.  Financial Spreadsheets.  Pending request of plaintiffs - defendants are actively working to respond.  Ms. Lord comments. Working to get the information within 2 weeks.  The primary business analyst at Essentia is no longer there, and the new analyst is working on the request contained in the June 23 e-mail from plaintiffs.  Meet and confer within the next 2 weeks.

Ms. Clark would like a written statement of the disputes so that they can be discussed before the meet and confer.  Court directs a written statement be provided by Essentia  to Pla's counsel by July 28, and a meet and confer happen no later than August 2.

2.  Records of Named Plaintiffs   Ms. Clark, requesting  the medical and financial records of all named plaintiffs for the relevant time frame.  (Jan 1, 2017 - present).  Most efficient way to complete the production of documents and avoid further delay. (8 families, 22 named plaintiffs).

Ms. Lord responds and provides the history of the medical records dispute.

Medical financial data.  Timely produced by the defendants. Inquires were made in late April about the named plaintiffs' spreadsheets.  A  meet and confer was held May 11, and the named plaintiffs' financial data and spreadsheets were supplemented in June.

Plaintiffs will issue a formal request for production of individual named plaintiffs' medical records by July 20, 2022. Ms. Lord will provide the named plaintiffs' medical records from January 1, 2017 to present within 30 days.  Court offers to help resolve any issues with this production.

3.  Search Terms.   Court has not had time this morning to review previous orders regarding this issue, having just received dfts position paper today.

Ms. Clark - thought the issue was mostly resolved, except for 12-15 terms, but that appears not to be the case given the information in defendants' position statement today.   Indicates if the terms had been run as proposed by plaintiffs in June 2021, there would have been no need for the motion practice related to the search term issues.

Ms. Clark further outlines the issues with search terms that remain. Dispute with terms that have between 500-1000 hits.  Pla believes Essentia will run the terms, and search for relevant docs. This is in line with the court's order for search terms that have hits below 1000.  Dfts intend to sample the terms that return hits between 500 and 1000.

Ms. Clark indicates she has no faith in the search process and cites the request in the position statement.

Mr. Stock responds for the defendant.  Essentia has complied with the court's order.  To the extent it was needed, Essentia has rerun searches because of a wildcard issue with the vendor. Over 10,000 documents have been reviewed. Mr. Stock outlines the number of resources that resulted from all of the searches.

Court inquires whether an order should issue on the position statements, or if formal briefing is necessary.

Plaintiffs would rest on the existing briefing in this matter.

Defendants requests a briefing schedule for this issue - and request a deadline to meet and confer prior to the briefing schedule.  Perhaps modified searches will resolve some of the issues.

Meet and confer by Friday July 22, 2022.
Plaintiffs' brief is due August 2, 2022
Defendant's response is due August 12.

Next Status Conference is set for Th. Aug 18, 2022 at 3:00 PM.

Adjourn.