|  | Tag Name | Search Terms | Total Hits | Total Hits Excluding Tagged | Total Unique Hits | Total Unique Hits Excluding Tagged |
|---|---|---|---|---|---|---|
| 9 | iio_new_9 | Excurs* | 95838 | 64500 | 218 | 210 |
| 10 | iio_new_10 | TTSPP | 197 | 52 | 0 | 0 |
| 11 | iio_new_11 | Temp* w/10 sensitiv* | 10419 | 9436 | 0 | 0 |
| 12 | iio_new_12 | Temp* AND (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 1087190 | 1003302 | 19005 | 18994 |
| 13 | iio_new_13 | Temp* AND (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) | 195270 | 153378 | 1 | 1 |
| 14 | iio_new_14 | Temp* AND (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) | 474213 | 401861 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | iio_new_15 | Temp* AND (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) | 2 232581 | 187031 | 9 | 9 |
| 16 | iio_new_16 | Temp* AND (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) | 715122 | 640096 | 149 | 149 |
| 17 | iio_new_17 | Temp* AND (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) | 529634 | 462359 | 63 | 63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | iio_new_18 | Temp* AND (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) | 103562 | 71627 | 0 | 0 |
| 19 | iio_new_19 | Revaccin* OR re-vaccin* | 59200 | 34552 | 135 | 133 |
| 20 | iio_new_20 | Reimmuniz* OR re-immuniz* | 317 | 306 | 1 | 1 |
| 21 | iio_new_21 | (Repeat* OR readminist* OR re-administ* OR redo* OR Re-do* OR duplicat*) w/30 (vaccin* OR immuniz*) | 68882 | 39692 | 0 | 0 |
| 22 | iio_new_22 | temp* w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR emergen* OR out* OR wrong OR deviat* OR improper* OR uncertain* OR var* OR invalid* OR alarm* OR warn* OR freez* OR froz* OR basement* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 622385 | 546670 | 234 | 231 |
| 23 | iio_new_23 | temp* w/ 30 (calib* OR stabiliz* OR stabaliz* OR adjust* OR shift* OR trend* OR high* OR low* OR max* OR min* OR below OR above OR exceed* OR warm* OR cold* OR ultra-cold* OR rang* OR set* OR control* OR specific* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 539035 | 465369 | 180 | 180 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | iio_new_24 | temp* w/ 30 (log* OR track* OR report* OR document* OR read* OR data* OR record* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR report* OR parameter* OR indicat*) | 679145 | 600902 | 2840 | 2831 |
| 25 | iio_new_25 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR emergen* OR out* OR wrong OR deviat* OR improper* OR uncertain* OR var* OR invalid* OR alarm* OR warn* OR freez* OR froz* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 297770 | 254000 | 373 | 369 |
| 26 | iio_new_26 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) w/ 30 (calib* OR stabiliz* OR stabaliz* OR adjust* OR shift* OR high* OR low* OR max* OR min* OR below OR above OR exceed* OR warm* OR cold* OR ultra-cold* OR rang* OR set* OR control* OR specific* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 257973 | 212353 | 132 | 119 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | iio_new_27 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) w/ 30 (log* OR track* OR report* OR document* OR read* OR data* OR record* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR report* OR parameter* OR indicat*) | 304284 | 257084 | 152 | 152 |
| 28 | iio_new_28 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) AND (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 350726 | 301682 | 34 | 34 |
| 29 | iio_new_29 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) AND (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) | 98683 | 67406 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 30 | iio_new_30 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) AND (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) | 213609 | 171076 | 0 | 0 |
| 31 | iio_new_31 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) AND (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) | 104242 | 72280 | 0 | 0 |
| 32 | iio_new_32 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) AND (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) | 249036 | 205033 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | iio_new_33 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) AND (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) | 180587 | 142870 | 1 | 1 |
| 34 | iio_new_34 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez*) AND (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) | 71086 | 41574 | 0 | 0 |
| 35 | iio_new_35 | Stor* w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR emergen* OR wrong OR deviat* OR improper* OR uncertain* OR var* OR invalid* OR alarm* OR warn* OR freez* OR froz* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 340938 | 292277 | 811 | 811 |

7

|  | | | | | | |
|---|---|---|---|---|---|---|
| 36 | iio_new_36 | Stor* w/ 30 (calib* OR stabiliz* OR stabaliz* OR adjust* OR high* OR low* OR max* OR min* OR below OR above OR exceed* OR warm* OR cold* OR ultra-cold* OR rang* OR set* OR control* OR specific* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 341115 | 293065 | 268 | 268 |
| 37 | iio_new_37 | Stor* w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR report* OR parameter* OR indicat*) | 502769 | 449873 | 1078 | 1078 |
| 38 | iio_new_38 | Stor* w/ 30 (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 364351 | 315392 | 12 | 12 |
| 39 | iio_new_39 | Stor* w/ 30 (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) | 62958 | 29655 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | iio_new_40 | Stor* w/ 30 (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) | 96613 | 60207 | 0 | 0 |
| 41 | iio_new_41 | Stor* w/ 30 (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) | 37359 | 14532 | 0 | 0 |
| 42 | iio_new_42 | Stor* w/ 30 (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) | 31990 | 9013 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | iio_new_43 | Stor* w/ 30 (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) | 36412 | 17146 | 0 | 0 |
| 44 | iio_new_44 | Stor* w/ 30 (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) | 40369 | 19522 | 0 | 0 |
| 45 | iio_new_45 | (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR warm* OR cold* OR ultra-cold* OR freez* OR froz* OR rang* OR deviat* OR improper* OR invalid* OR defect* OR compromise* OR unfit OR alarm* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 935498 | 852831 | 304 | 304 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | iio_new_46 | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR warm* OR cold* OR ultra-cold* OR freez* OR froz* OR rang* OR deviat* OR improper* OR invalid* OR defect* OR compromise* OR unfit OR alarm* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 89134 | 52131 | 0 | 0 |
| 47 | iio_new_47 | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR warm* OR cold* OR ultra-cold* OR freez* OR froz* OR rang* OR deviat* OR improper* OR invalid* OR defect* OR compromise* OR unfit OR alarm* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 365986 | 295777 | 16 | 16 |

| 48 | iio_new_48 | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR warm* OR cold* OR ultra-cold* OR freez* OR froz* OR rang* OR deviat* OR improper* OR invalid* OR defect* OR compromise* OR unfit OR alarm* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 12 110089 | 74370 | 0 | 0 |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | iio_new_49 | (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR warm* OR cold* OR ultra-cold* OR freez* OR froz* OR rang* OR deviat* OR improper* OR invalid* OR defect* OR compromise* OR unfit OR alarm* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 13 113053 | 78812 | 8 | 8 |
| 50 | iio_new_50 | (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR warm* OR cold* OR ultra-cold* OR freez* OR froz* OR rang* OR deviat* OR improper* OR invalid* OR defect* OR compromise* OR unfit OR alarm* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 78117 | 46433 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | iio_new_51 | (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) w/ 30 (excurs* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR warm* OR cold* OR ultra-cold* OR freez* OR froz* OR rang* OR deviat* OR improper* OR invalid* OR defect* OR compromise* OR unfit OR alarm* OR effectiv* OR ineffectiv* OR harmful* OR potent OR potenc*) | 61217 | 34434 | 0 | 0 |
| 52 | iio_new_52 | (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR occurrence* OR parameter* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 1454018 | 1364686 | 3043 | 3022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | iio_new_53 | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR occurrence* OR parameter* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 | 15 | | | |
| 53 | | OR 39 OR 40 OR 77) | 162611 | 121244 | 32 | 32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | iio_new_54 | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR occurrence* OR parameter* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 16 545775 | 472291 | 203 | 203 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | iio_new_55 | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR occurrence* OR parameter* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 17

206511 | | 162049 | 13 | 11 |

| 56 | iio_new_56 | (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR occurrence* OR parameter* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 192364 | 149888 | 3 | 3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | iio_new_57 | (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR occurrence* OR parameter* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 19 116281 | 80561 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | iio_new_58 | (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR occurrence* OR parameter* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 110031 | 71853 | 0 | 0 |
| 59 | iio_new_59 | TMD | 8597 | 8239 | 9 | 9 |
| 60 | iio_new_60 | DDL | 5170 | 1927 | 19 | 14 |
| 61 | iio_new_61 | Dig* w/30 data w/30 log* | 3235 | 2137 | 6 | 6 |
| 62 | iio_new_62 | (fridg* OR refridg* OR frig* OR refrig* OR therm* OR freez* OR DCP OR ÒDakota ClinicÓ OR pharm*) ww/30 (mov* OR relocat* OR transfer* OR transport*) | 359188 | 292626 | 45 | 45 |
| 63 | iio_new_63 | (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) AND (mov* OR relocat* OR transfer* OR transport*) | 1871696 | 1779633 | 77715 | 77574 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | iio_new_64 | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) AND (mov* OR relocat* OR transfer* OR transport*) | 526473 | 476014 | 21184 | 21161 |
| 65 | iio_new_65 | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) AND (mov* OR relocat* OR transfer* OR transport*) | 962174 | 886515 | 13736 | 13722 |
| 66 | iio_new_66 | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) AND (mov* OR relocat* OR transfer* OR transport*) | 721274 | 672991 | 59323 | 59278 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | iio_new_67 | (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) AND (mov* OR relocat* OR transfer* OR transport*) | 1447530 | 1366266 | 43911 | 43862 |
| 68 | iio_new_68 | (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) AND (mov* OR relocat* OR transfer* OR transport*) | 1222808 | 1144847 | 57179 | 57125 |
| 69 | iio_new_69 | (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) AND (mov* OR relocat* OR transfer* OR transport*) | 102930 | 66321 | 28 | 26 |

| | | | | | |
|---|---|---|---|---|---|
| 70 | iio_new_70 | investig* w/30 (excurs* OR temp* OR refridg* OR fridg* OR frig* OR refrig* OR freez* OR therm* OR storage OR DCP OR pharm* OR dispens* OR Dakota OR stor* OR distrib*) | 203484 | 162328 | 1 | 1 |
| 71 | iio_new_71 | investig* w/30 (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 224103 | 182349 | 2 | 2 |
| 72 | iio_new_72 | investig* w/30 (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) | 13780 | 9018 | 0 | 0 |
| 73 | iio_new_73 | investig* w/30 (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) | 69391 | 43504 | 0 | 0 |

23

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | iio_new_74 | investig* w/30 (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) | 28927 | 10844 | 0 | 0 |
| 75 | iio_new_75 | investig* w/30 (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) | 16776 | 13111 | 0 | 0 |
| 76 | iio_new_76 | investig* w/30 (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) | 22192 | 7624 | 0 | 0 |

24

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | iio_new_77 | investig* w/30 (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) | 197 | 158 | 0 | 0 |
| 78 | iio_new_78 | out* w/30 norm* | 210221 | 159650 | 554 | 536 |
| 79 | iio_new_79 | out* w/30 range* | 155784 | 117927 | 193 | 188 |
| 80 | iio_new_80 | Improper* w/30 condition* | 21631 | 17759 | 0 | 0 |
| 81 | iio_new_81 | Invalid* w/5 dose* | 24867 | 17744 | 7 | 4 |
| 82 | iio_new_82 | Qualit* w/5 (control* OR assur* OR review* OR prob* OR issue* OR fail* OR incid* OR occurrence* OR situation* OR investig* OR assess*) AND (temp* OR excurs* OR stor*) | 435522 | 387028 | 120 | 120 |
| 83 | iio_new_83 | (Risk* OR potential* OR likely* OR likelihood*) w/30 (non OR not OR wonÕt OR reduc* OR affect* OR effective* OR efficacy* OR less*) w/30 (immune OR immunity) | 77145 | 49478 | 0 | 0 |
| 84 | iio_new_84 | (DCP OR Dakota OR pharm* OR distrib* OR dispens*) w/30 (servic* OR agree* OR contract* OR dut* OR responsib* OR manag* OR maint* OR outsourc* OR control* OR oversee* OR compl* OR stor* OR fridg* OR refridg* OR therm* OR frig* OR refrig* OR freez* OR basement*) | 1085384 | 1005801 | 3061 | 3056 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 85 | iio_new_85 | (DCP OR Dakota OR pharm* OR distrib* OR dispens*) w/30 (log* OR track* OR monitor* OR report* OR record* OR secur* OR audit* OR invent* OR inspect* OR excurs* OR fail* OR breach* OR temp* OR termin* OR guid* OR protocol* OR polic* OR investig*) | 864065 | 786379 | 926 | 925 |
| 86 | iio_new_86 | (degree*) w/30 (Manufacture* OR Distribut* OR Wholesal* OR Dispens* OR Accord OR Akom OR Alcorn OR Alexion OR Amgen OR Amneal OR Arbor OR Astra* OR Athenex OR Auromedic* Baxter OR Biogen OR Bluepoint OR Breckenridge OR Bristol OR BMS OR Reddy* OR Eisai OR Eli Lilly OR Endo OR Fresenius OR Genentech OR GlaxoSmithKline OR Glenmark) | 17734 | 8176 | 6 | 4 |
| 87 | iio_new_87 | (degree*) w/30 (Greenstone GSK OR Heritage OR Hikma OR Hollister OR Horizon OR J.O.M. OR J-O-M OR JOM OR Lilly OR Meitheal OR Merck OR Mylan OR Nielsen OR Pfizer OR Pierre Fabre OR Regeneron OR Rising Pharm OR Sagent OR Sandoz OR Sanofi OR Sobi OR Somerset OR Stat-Trade OR Sun OR Teva OR Tolmar OR UCB OR Valeant OR Zydus) | 1534 | 1402 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | iio_new_88 | (inform* OR notif* OR state* OR contact* OR reach* OR call* OR offer* OR hotlin* OR "find out" OR "finds out" OR "found out") AND (vaccin* OR revaccin* OR re-vaccin* OR immun* OR re-immun* OR reimmun* OR chemo* OR cam* OR biolog* OR temp* OR excurs*) AND (public OR patient* OR carrier* OR insur* OR Innovis OR DCP OR Dakota OR board OR BOD OR legal OR lawyer* OR attorney* OR counsel OR GC OR press OR media OR news*) | 1228820 | 1143523 | 983 | 975 |
| 89 | iio_new_89 | (disclos* OR represent* OR conceal* OR quiet* OR Òunder wrapsÓ OR (keep w/5 oursel*) OR announc* OR reveal* OR tell OR told OR PR OR relations OR represent*) AND (vaccin* OR revaccin* OR re-vaccin* OR immun* OR re-immun* OR reimmun* OR chemo* OR cam* OR biolog* OR temp* OR excurs*) AND (public OR patient* OR carrier* OR insur* OR Innovis OR DCP OR Dakota OR board OR BOD OR legal OR lawyer* OR attorney* OR counsel OR GC OR press OR media OR news*) | 639269 | 590332 | 28 | 28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 90 | iio_new_90 | (inform* OR notif* OR state* OR contact* OR reach* OR call* OR offer* OR hotlin* OR "find out" OR "finds out" OR "found out") AND (vaccin* OR revaccin* OR re-vaccin* OR immun* OR re-immun* OR reimmun* OR chemo* OR cam* OR biolog* OR temp* OR excurs*) AND (Manufacture* OR Distribut* OR Wholesal* OR Dispens* OR Accord OR Akom OR Alcorn OR Alexion OR Amgen OR Amneal OR Arbor OR Astra* OR Athenex OR Auromedic* Baxter OR Biogen OR Bluepoint OR Breckenridge OR Bristol OR BMS OR Reddy* OR Eisai OR Eli Lilly OR Endo OR Fresenius) | 28 767269 | 690862 | 4 | 4 |
| 91 | iio_new_91 | (inform* OR notif* OR state* OR contact* OR reach* OR call* OR offer* OR hotlin* OR "find out" OR "finds out" OR "found out") AND (vaccin* OR revaccin* OR re-vaccin* OR immun* OR re-immun* OR reimmun* OR chemo* OR cam* OR biolog* OR temp* OR excurs*) AND (Genentech OR GlaxoSmithKline OR Glenmark OR Greenstone GSK OR Heritage OR Hikma OR Hollister OR Horizon OR J.O.M. OR J-O-M OR JOM OR Lilly OR Meitheal OR Merck) | 1098520 | 1016187 | 66 | 66 |

28

| | | | | | | |
|---|---|---|---|---|---|---|
| 92 | iio_new_92 | (inform* OR notif* OR state* OR contact* OR reach* OR call* OR offer* OR hotlin* OR "find out" OR "finds out" OR "found out") AND (vaccin* OR revaccin* OR re-vaccin* OR immun* OR re-immun* OR reimmun* OR chemo* OR cam* OR biolog* OR temp* OR excurs*) AND (Mylan OR Nielsen OR Pfizer OR Pierre Fabre OR Regeneron OR Rising Pharm OR Sagent OR Sandoz OR Sanofi OR Sobi OR Somerset OR Stat-Trade OR Sun OR Teva OR Tolmar OR UCB OR Valeant OR Zydus) | 29 555083 | 486805 | 68 | 68 |
| 93 | iio_new_93 | (disclos* OR represent* OR conceal* OR quiet* OR Òunder wrapsÓ OR (keep w/5 oursel*) OR announc* OR reveal* OR tell OR told OR PR OR relations OR represent*) AND (vaccin* OR revaccin* OR re-vaccin* OR immun* OR re-immun* OR reimmun* OR chemo* OR cam* OR biolog* OR temp* OR excurs*) AND (Manufacture* OR Distribut* OR Wholesal* OR Dispens* OR Accord OR Akom OR Alcorn OR Alexion OR Amgen OR Amneal OR Arbor OR Astra* OR Athenex OR Auromedic* Baxter OR Biogen OR Bluepoint OR Breckenridge OR Bristol OR BMS OR Reddy* OR Eisai OR Eli Lilly OR Endo) | 430062 | 386644 | 3 | 3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 94 | iio_new_94 | (disclos* OR represent* OR conceal* OR quiet* OR Òunder wrapsÓ OR (keep w/5 oursel*) OR announc* OR reveal* OR tell OR told OR PR OR relations OR represent*) AND (vaccin* OR revaccin* OR re-vaccin* OR immun* OR re-immun* OR reimmun* OR chemo* OR cam* OR biolog* OR temp* OR excurs*) AND (Fresenius OR Genentech OR GlaxoSmithKline OR Glenmark OR Greenstone GSK OR Heritage OR Hikma OR Hollister OR Horizon OR J.O.M. OR J-O-M OR JOM OR Lilly OR Meitheal OR Merck OR Mylan OR Nielsen OR Pfizer) | 141706 | 109481 | 0 | 0 |
| 95 | iio_new_95 | (disclos* OR represent* OR conceal* OR quiet* OR Òunder wrapsÓ OR (keep w/5 oursel*) OR announc* OR reveal* OR tell OR told OR PR OR relations OR represent*) AND (vaccin* OR revaccin* OR re-vaccin* OR immun* OR re-immun* OR reimmun* OR chemo* OR cam* OR biolog* OR temp* OR excurs*) AND (Pierre Fabre OR Regeneron OR Rising Pharm OR Sagent OR Sandoz OR Sanofi OR Sobi OR Somerset OR Stat-Trade OR Sun OR Teva OR Tolmar OR UCB OR Valeant OR Zydus) | 115103 | 87974 | 0 | 0 |
| 96 | iio_new_96 | Titer* AND (excurs* OR Revaccin* OR re-vaccin* OR Reimmuniz* OR re-immuniz* OR vaccin* OR immun*) | 68120 | 43524 | 0 | 0 |
| 97 | iio_new_97 | Titer* AND (vaccin* OR immun*) | 67959 | 43389 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 98 | iio_new_98 | (Refund* OR reimburs* OR re-imburs* OR free* OR cost* OR charg* OR pay* OR insur*) AND (excurs* OR Revaccin* OR re-vaccin* OR reimmuniz* OR re-immuniz* OR vaccin* OR immun*) | 612397 | 560084 | 26 | 26 |
| 99 | iio_new_99 | (safe* OR effect* OR efficac* OR recommend* OR requ* OR prevent* OR potent* OR treat*) w/30 (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 1101899 | 1018421 | 269 | 269 |
| 100 | iio_new_100 | (safe* OR effect* OR efficac* OR recommend* OR requ* OR prevent* OR potent* OR treat*) w/30 (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) | 120311 | 80131 | 3 | 3 |

| 101 | iio_new_101 | (safe* OR effect* OR efficac* OR recommend* OR requ* OR prevent* OR potent* OR treat*) w/30 (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) | 32<br><br>209409 | 158393 | 2 | 2 |
| --- | --- | --- | --- | --- | --- | --- |
| 102 | iio_new_102 | (safe* OR effect* OR efficac* OR recommend* OR requ* OR prevent* OR potent* OR treat*) w/30 (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) | 165679 | 122779 | 2 | 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 103 | iio_new_103 | (safe* OR effect* OR efficac* OR recommend* OR requ* OR prevent* OR potent* OR treat*) w/30 (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) | 149557 | 108810 | 2 | 0 |
| 104 | iio_new_104 | (safe* OR effect* OR efficac* OR recommend* OR requ* OR prevent* OR potent* OR treat*) w/30 (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) | 94213 | 60345 | 0 | 0 |
| 105 | iio_new_105 | (safe* OR effect* OR efficac* OR recommend* OR requ* OR prevent* OR potent* OR treat*) w/30 (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) | 80461 | 47745 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 106 | iio_new_106 | (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) w/30 info* w/30 (statement* OR pamphlet* OR handout OR (hand* w/2 out*)) | 57439 | 44631 | 0 | 0 |
| 107 | iio_new_107 | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) w/30 info* w/30 (statement* OR pamphlet* OR handout OR (hand* w/2 out*)) | 638 | 592 | 0 | 0 |
| 108 | iio_new_108 | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) w/30 info* w/30 (statement* OR pamphlet* OR handout OR (hand* w/2 out*)) | 4015 | 2652 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | iio_new_109 | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) w/30 info* w/30 (statement* OR pamphlet* OR handout OR (hand* w/2 out*)) | 35 503 | 478 | 0 | 0 |
| 110 | iio_new_110 | (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) w/30 info* w/30 (statement* OR pamphlet* OR handout OR (hand* w/2 out*)) | 42 | 26 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 111 | iio_new_111 | (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) w/30 info* w/30 (statement* OR pamphlet* OR handout OR (hand* w/2 out*)) | 126 | 43 | 0 | 0 |
| 112 | iio_new_112 | (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) w/30 info* w/30 (statement* OR pamphlet* OR handout OR (hand* w/2 out*)) | 32 | 1 | 0 | 0 |
| 113 | iio_new_113 | "833-594-0376" OR "833.594.0376" OR "594-0376" | 6744 | 5124 | 12 | 1 |
| 114 | iio_new_114 | (Temp* OR storage OR storing OR store) AND (FDA OR CDC OR Center OR WHO OR "world health" OR C.F.R. OR CFR OR fed* OR USC OR U.S.C. OR USP OR U.S.P. OR pharmacopeia) | 880343 | 800973 | 682 | 680 |
| 115 | iio_new_115 | (keep OR kept OR maintain*) w/30 (degree* OR temp*) | 172444 | 137264 | 36 | 30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 116 | iio_new_116 | (Temp* OR storage) AND (Manufacture* OR Distribut* OR Wholesal* OR Dispens* OR Accord OR Akom OR Alcorn OR Alexion OR Amgen OR Amneal OR Arbor OR Astra* OR Athenex OR Auromedic* Baxter OR Biogen OR Bluepoint OR Breckenridge OR Bristol OR BMS OR Reddy* OR Eisai OR Eli Lilly OR Endo OR Fresenius OR Genentech OR GlaxoSmithKline OR Glenmark) | 644841 | 570851 | 3 | 3 |
| 117 | iio_new_117 | (Temp* OR storage) AND (Greenstone GSK OR Heritage OR Hikma OR Hollister OR Horizon OR J.O.M. OR J-O-M OR JOM OR Lilly OR Meitheal OR Merck OR Mylan OR Nielsen OR Pfizer OR Pierre Fabre OR Regeneron OR Rising Pharm OR Sagent OR Sandoz OR Sanofi OR Sobi OR Somerset OR Stat-Trade OR Sun OR Teva OR Tolmar OR UCB OR Valeant OR Zydus) | 943119 | 861419 | 754 | 751 |
| 118 | iio_new_118 | CGMP OR GMP | 12088 | 10693 | 174 | 25 |
| 119 | iio_new_119 | Good w/30 manufactur* w/30 practic* | 4165 | 3917 | 0 | 0 |
| 120 | iio_new_120 | (Good w/30 stor* ww/30 practic*) OR GSP | 9126 | 4990 | 0 | 0 |
| 121 | iio_new_121 | (Good w/30 distrib* w/30 practic*) OR GDP | 2852 | 2563 | 0 | 0 |
| 122 | iio_new_122 | (Good w/30 ship* w/30 practic*) OR GSP | 1598 | 1345 | 0 | 0 |
| 123 | iio_new_123 | (Illegitim* OR return* OR nonsaleable* OR saleable* OR suspect* OR misbrand* OR merchantable OR unmerchantable) w/30 (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 387744 | 319342 | 32 | 29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 124 | iio_new_124 | (Illegitim* OR return* OR nonsaleable* OR saleable* OR suspect* OR misbrand* OR merchantable OR unmerchantable) w/30 (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) | 21841 | 7020 | 0 | 0 |
| 125 | iio_new_125 | (Illegitim* OR return* OR nonsaleable* OR saleable* OR suspect* OR misbrand* OR merchantable OR unmerchantable) w/30 (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) | 152158 | 95910 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 126 | iio_new_126 | (Illegitim* OR return* OR nonsaleable* OR saleable* OR suspect* OR misbrand* OR merchantable OR unmerchantable) w/30 (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) | 33348 | 11800 | 2 | 2 |
| 127 | iio_new_127 | (Illegitim* OR return* OR nonsaleable* OR saleable* OR suspect* OR misbrand* OR merchantable OR unmerchantable) w/30 (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) | 59651 | 35544 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 128 | iio_new_128 | (Illegitim* OR return* OR nonsaleable* OR saleable* OR suspect* OR misbrand* OR merchantable OR unmerchantable) w/30 (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) | 34015 | 12181 | 0 | 0 |
| 129 | iio_new_129 | (Illegitim* OR return* OR nonsaleable* OR saleable* OR suspect* OR misbrand* OR merchantable OR unmerchantable) w/30 (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) | 5931 | 5280 | 2 | 2 |
| 130 | iio_new_130 | Inform* w/30 maint* w/30 agree* | 52397 | 30492 | 12 | 12 |
| 131 | iio_new_131 | (Transaction* OR transfer*) w/10 (data* OR histor* OR statement* OR information* OR log*) w/10 (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 40476 | 19695 | 0 | 0 |

| 132 | iio_new_132 | (Transaction* OR transfer*) w/10 (data* OR histor* OR statement* OR information* OR log*) w/10 (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) | 2 | 2 | 0 | 0 |
|---|---|---|---|---|---|---|
| 133 | iio_new_133 | (Transaction* OR transfer*) w/10 (data* OR histor* OR statement* OR information* OR log*) w/10 (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) | 975 | 950 | 0 | 0 |

| 134 | iio_new_134 | (Transaction* OR transfer*) w/10 (data* OR histor* OR statement* OR information* OR log*) w/10 (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) | 42 3 | 3 | 0 | 0 |
| 135 | iio_new_135 | (Transaction* OR transfer*) w/10 (data* OR histor* OR statement* OR information* OR log*) w/10 (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) | 6 | 5 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 136 | iio_new_136 | (Transaction* OR transfer*) w/10 (data* OR histor* OR statement* OR information* OR log*) w/10 (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) | 3 | 0 | 0 | 0 |
| 137 | iio_new_137 | (Transaction* OR transfer*) w/10 (data* OR histor* OR statement* OR information* OR log*) w/10 (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) | 839 | 0 | 0 | 0 |
| 138 | iio_new_138 | (cold OR supply OR distribut*) w/30 chain* | 379374 | 339669 | 1743 | 1734 |
| 139 | iio_new_139 | Vaccin* w/30 handl* | 50794 | 43076 | 0 | 0 |
| 140 | iio_new_140 | (Insert* OR packag* OR label* OR publication*) w/10 (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 316554 | 255888 | 10 | 10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 141 | iio_new_141 | (Insert* OR packag* OR label* OR publication*) w/10 (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) | 43352 | 22013 | 3 | 3 |
| 142 | iio_new_142 | (Insert* OR packag* OR label* OR publication*) w/10 (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) | 169552 | 109646 | 0 | 0 |
| 143 | iio_new_143 | (Insert* OR packag* OR label* OR publication*) w/10 (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) | 32058 | 9881 | 4 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 144 | iio_new_144 | (Insert* OR packag* OR label* OR publication*) w/10 (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) | 14369 | 6169 | 0 | 0 |
| 145 | iio_new_145 | (Insert* OR packag* OR label* OR publication*) w/10 (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) | 41631 | 15415 | 0 | 0 |
| 146 | iio_new_146 | (Insert* OR packag* OR label* OR publication*) w/10 (PEDIARIX OR PEDVAXHIB OR Perjeta OR Polivy OR Prolia OR Xgeva OR Proparacaine OR Rabavert OR Recombivax* OR Rituxan OR Simponi OR Soliris OR Synagis OR Tecentriq OR TENIVAC OR TWINRIX OR TYPHIM OR Tysabri OR Vaqta OR Vectibix OR Vinblastine OR Vitrase OR Xgeva OR Xolair OR Yervoy OR Zarxio) | 38016 | 17666 | 0 | 0 |