**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; SHELLI SCHNEIDER, INDIVIDUALLY AND AS PARENT OF MINORS A.S and W.S.; ANNE BAILEY, AS PARENT OF MINOR D.B.; AMY LAVELLE, AS PARENT OF MINORS Em.L. and El.L; ELIZABETH BEATON, INDIVIDUALLY AND AS PARENT OF MINOR M.B.; AMANDA AND TYRELL FAUSKE, INDIVIDUALLY AND AS PARENTS OF MINORS C.R.F  and C.J.F.; JENNIFER REIN, INDIVIDUALLY; and JESSICA BERG, AS PARENT OF MINORS A.B. and S.B., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:20-CV-121<br><br>Hon. Peter D. Welte<br><br>Mag. Alice R. Senechal |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) | |

**PLAINTIFFS' SECOND MOTION TO COMPEL ESSENTIA TO APPLY**
**DISPUTED SEARCH TERMS**

Plaintiffs, by their undersigned counsel of record, and for the reasons set forth in the accompanying memorandum, respectfully move this Court pursuant to Rule 37(a)(3)(B)(iv) of the Federal Rules of Civil Procedure for an order compelling Defendants Essentia Health and Innovis Health, LLC to apply five disputed search terms and sample documents related to six others. These terms are designed to identify responsive, relevant documents and are proportionate to the needs

1

of this case. Plaintiffs also move this court for an order awarding Plaintiffs attorneys' fees they incurred in bringing this motion and their prior motion to compel regarding search terms.

As required by the Court's Order Governing Discovery of Electronically Stored Information, ECF No. 46, p. 7; Civil Local Rule 37.1; and Federal Rule of Civil Procedure 37(a)(1), attorneys for Plaintiffs have conferred in good faith with attorneys for the Defendants regarding the nature of this motion and its legal basis and attempted to resolve the dispute without involving this Court. Plaintiffs have also participated in telephonic conferences with Magistrate Judge Senechal and Defendants in an attempt to resolve the dispute. At the July 19, 2022 status conference, Magistrate Judge Senechal authorized Plaintiffs to brief the disputed search terms if not resolved through further meet-and-confer. Minute Entry, ECF No. 202.

WHEREFORE, for the reasons more fully set forth in the accompanying brief, Plaintiffs respectfully request that their Second Motion to Compel be granted.


Dated: August 2, 2022                         /s/ Melissa Ryan Clark

                                              Melissa Ryan Clark
                                              Brooke A. Achua
                                              FEGAN SCOTT LLC
                                              140 Broadway, 46th Fl.
                                              New York, NY 10005
                                              Ph: 646.502.7910
                                              Fax: 312.264.0100
                                              melissa@feganscott.com
                                              brooke@feganscott.com

                                              Elizabeth A. Fegan
                                              FEGAN SCOTT LLC
                                              150 S. Wacker Dr., 24th Floor
                                              Chicago, IL 60606
                                              Ph: 312.741.1019
                                              Fax: 312.264.0100
                                              beth@feganscott.com

2

Mac Schneider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Counsel for Plaintiffs