# Exhibit A

| Seed Set: "All" | | 2,917,784 Resources | | |
|---|---|---|---|---|
| | | 47,543,442 Pages | | |
| | | | | |
| Original Search Number | Requested Search | IO Search term actually ran | # of Documents returned | # of unique documents returned |
| 47 (as modified by Pls on 9/2) | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) w/ 30 (excurs! OR prob! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) w/ 30 (excurs! OR prob! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR effectiv! OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | 260,840 | 17,155 |
| 53a | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diphtheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab) w/ 30 (log! OR track! OR report! OR reading! OR data! OR record! OR document! OR audit! OR maint! OR monitor!) | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diphtheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab) w/ 30 (log! OR track! OR report! OR reading! OR data! OR record! OR document! OR audit! OR maint! OR monitor!) | 89,764 | 0 |
| 53b | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diphtheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab) w/ 30 (responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius OR °) | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diphtheria OR Doxorubicin OR Dt! OR Dtap! OR Durvalumab) w/ 30 (responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius) | 124,136 | 751 |
| 54a | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) w/ 30 (log! OR track! OR report! OR reading! OR data! OR record! OR document! OR audit! OR maint! OR monitor!) | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) w/ 30 (log! OR track! OR report! OR reading! OR data! OR record! OR document! OR audit! OR maint! OR monitor!) | 358,769 | 51,033 |

| Original Search Number | Requested Search | IO Search term actually ran | # of Documents returned | # of unique documents returned |
|---|---|---|---|---|
| 54b | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) w/ 30 (responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius OR °) | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM! OR Fulvestrant OR Golimumab OR Haemophilus OR Hep! OR HIB! OR HPV OR PAPILLOMA! OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Interferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening! OR Methylergonovine) w/ 30 (responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius) | 420,460 | 93,515 |
| 55a | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio! OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD! OR Tdap! OR Tetanus) w/ 30 (log! OR track! OR report! OR read! OR data! OR record! OR document! OR audit! OR maint! OR monitor!) | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio! OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD! OR Tdap! OR Tetanus) w/ 30 (log! OR track! OR report! OR read! OR data! OR record! OR document! OR audit! OR maint! OR monitor!) | 134,134 | 2,341 |
| 55b | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio! OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD! OR Tdap! OR Tetanus) w/ 30 (responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius OR °) | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio! OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD! OR Tdap! OR Tetanus) w/ 30 (responsib! OR compl! OR standard! OR requ! OR recommend! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius) | 155,308 | 4,561 |
| 138 (as modified by | cold /s chain! | cold w /30 chain! | 63,325 | 5,196 |
| 22a | temp! w/ 30 (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR emergen! OR out! OR wrong OR deviat! OR improper! OR uncertain! OR var! OR invalid! OR alarm! OR warn! OR freez! OR froz! OR basement!) | temp! w/ 30 (excurs! OR prob! OR issue! OR fail! OR incid! OR occurrence! OR situation! OR emergen! OR out! OR wrong OR deviat! OR improper! OR uncertain! OR var! OR invalid! OR alarm! OR warn! OR freez! OR froz! OR basement!) | 521,960 | 54,886 |
| 22b | temp! w/ 10 (31 OR 32 OR 33 OR 34 OR 35 OR "below 36") | temp! w/ 10 (31 OR 32 OR 33 OR 34 OR 35 OR "below 36") | 157,005 | 3,605 |

| Original Search Number | Requested Search | IO Search term actually ran | # of Documents returned | # of unique documents returned |
|---|---|---|---|---|
| 45a | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul!) w/ 30 (excurs! OR prob! OR fail! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR efficacy OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul!) w/ 30 (excurs! OR prob! OR fail! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR improper! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR efficacy OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | 469,531 | 13,800 |
| 45b | (Chemo! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) w/ 30 (excurs! OR prob! OR fail! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR efficacy OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | (Chemo! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug! OR Product!) w/ 30 (excurs! OR prob! OR fail! OR incid! OR occurrence! OR situation! OR cold! OR freez! OR froz! OR deviat! OR invalid! OR defect! OR compromise! OR unfit OR alarm! OR efficacy OR ineffectiv! OR harmful! OR "less potent" OR potenc!) | 563,009 | 29,534 |
| 52a | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug!) w/ 30 (log! OR track! OR reading! OR data! OR record! OR document! OR audit! OR maint! OR monitor!) | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug!) w/ 30 (log! OR track! OR reading! OR data! OR record! OR document! OR audit! OR maint! OR monitor!) | 852,811 | 104,174 |
| 52b | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug!) w/ 30 (compl! OR standard! OR requ! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius OR °) | (Med! OR Inject! OR Vaccin! OR Immun! OR Innocul! OR Chemo! OR Rheum! OR Vial! OR Pharm! OR Shot! OR Biologic! OR CAM! OR Toxoid! OR Drug!) w/ 30 (compl! OR standard! OR requ! OR conting! OR guid! OR protocol! OR polic! OR procedur! OR instruct! OR SOP! OR practice! OR occurrence! OR parameter! OR degrees or Fahrenheit OR Celsius) | 778,623 | 70,766 |