# Exhibit C

**Unique Hit Counts for Currently Disputed Searches**

| Open Terms | | | |
| --- | --- | --- | --- |
| **Search No.** | **Search Term** | **August 2021[1]** | **June 2022[2]** |
| 12 | Temp* AND (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) | 6,271 | 19,005 |
| 52 | (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) w/ 30 (log* OR track* OR report* OR read* OR data* OR record* OR document* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR occurrence* OR parameter* OR 31 OR 32 OR 33 OR 34 OR 35 OR 36 OR 37 OR 38 OR 39 OR 40 OR 77) | 110,123 | 3,043 |
| 84 | (DCP OR Dakota OR pharm* OR distrib* OR dispens*) w/30 (servic* OR agree* OR contract* OR dut* OR responsib* OR manag* OR maint* OR outsourc* OR control* OR oversee* OR compl* OR stor* OR fridg* OR refridg* OR therm* OR frig* OR refrig* OR freez* OR basement*) | 7,712 | 3,061 |
| 138 | (cold OR supply OR distribut*) w/30 chain* | 14,137 | 1,743 |

---

[1] In general, the August 2021 counts are for the original terms, run with "AND" instead of a numerical proximity connector.

[2] In general, the June 2022 counts are for the original terms, run with the numerical proximity connector. Although the June 2022 versions are narrower, some terms now have increased hit counts because Essentia provided incorrect counts in August 2021.

| | Previously Resolved Terms | | |
|---|---|---|---|
| Search No. | Search Term | August 2021 | June 2022 |
| 24 | temp* w/ 30 (log* OR track* OR report* OR document* OR read* OR data* OR record* OR audit* OR maint* OR monitor* OR responsib* OR compl* OR standard* OR requ* OR recommend* OR conting* OR guid* OR protocol* OR polic* OR procedur* OR instruct* OR SOP* OR practice* OR report* OR parameter* OR indicat*) | 335 | 2,840 |
| 63 | (Med* OR Inject* OR Vaccin* OR Immun* OR Innocul* OR Chemo* OR Rheum* OR Vial* OR Pharm* OR Shot* OR Biologic* OR CAM* OR Toxoid* OR Drug* OR Product*) AND (mov* OR relocat* OR transfer* OR transport*) | 547 | 77,715 |
| 64 | (ado-Tratuzumab OR Alprostadil OR Atezolizumab OR BEVACIZUMAB OR Bleomycin OR Candida OR Carflizomib OR Carmustine OR CERTOLIZUMAB OR CETUXIMAB OR DARBEPOETIN OR Denosumab OR diptheria OR Doxorubicin OR Dt* OR Dtap* OR Durvalumab) AND (mov* OR relocat* OR transfer* OR transport*) | 8 | 21,184 |
| 65 | (Eculizumab OR Eribulin OR Etoposide OR FILGRASTIM* OR Fulvestrant OR Golimumab OR Haemophilus OR Hep* OR HIB* OR HPV OR PAPILLOMA* OR Hyaluronidase OR INFLUENZA OR Flu OR Insulin OR Inteferon OR Ipilimumab OR IPV OR Latanoprost OR Leuprolide OR Lorazepam OR MANTOUX OR Mening* OR Methylergonovine) AND (mov* OR relocat* OR transfer* OR transport*) | 116 | 13,736 |
| 66 | (Natalizumab OR Nivolumab OR Obinutuzumab OR OMALIZUMAB OR PALIVIZUMAB OR Panitumumab OR PEGFILGRASTIM OR Pegloticase OR PENICILLIN OR PEOFILGRASTIM OR pertussis OR Pertuzumab OR Polatuzumab OR Polio* OR Proparacaine OR RABIBS OR Rabies OR Ramucirumab OR Rituximab OR Romiplostim OR TD* OR Tdap* OR Tetanus) AND (mov* OR relocat* OR transfer* OR transport*) | 6 | 59,323 |
| 67 | (Tocilizumab OR Tuberc* OR Typhoid OR VINBLASTINE OR Vinorelbine OR Actemra OR Adriamycin OR Aranesp OR Ativan OR Avastin OR Avonex OR | 2 | 43,911 |

2

| | | | |
|---|---|---|---|
| | BEXSERO OR Bicillin OR BiCNU OR Bleomycin OR BOOSTRIX OR Candin OR Caverject OR Cimzia OR Cyramza OR Doxil OR Eligard OR ENGERJX-B OR Erbitux OR Etoposide OR Faslodex OR FLUBLOK) AND (mov* OR relocat* OR transfer* OR transport*) | | |
| 68 | (FLUMIST OR FLUZONE OR GARDASIL OR Gazyva OR Halaven OR HAVRIX OR Humulin R OR Imfinzi OR Imogam OR IMOVAX OR INFANRIX OR IPOL OR Kadcyla OR KINRIX OR Krystexxa OR Kyprolis OR Latanoprost OR Lucentis OR MENACTRA OR MENVEO OR Methylergonovine OR Navelbine OR Neulast* OR Nplate OR Opdivo) AND (mov* OR relocat* OR transfer* OR transport*) | 1 | 57,179 |