Jessica Kraft, et al.

     Plaintiff

     v.

                                 Case No. 3:20-cv-121

Essentia Health, et al.
      Defendant,

## Clerk's Minutes
Proceedings: Status Conference

Honorable Alice R. Senechal         Date: 8/16/22
Todd Dudgeon, Deputy Clerk      Time: 10:00 am
Kevin Thomson, Law Clerk        Recess:10:20 am
Digital Recorder: 220816-000 Kraft.mp3 (JS Chambers Recorder)
*******************************************************************************
Appearances:
Attorneys for plaintiffs:  Melissa Clark, Bart Gopelrud, Brooke Achua, Mac Schneider
Attorneys for defendants Essentia Health and Innovis Health: Angie Lord, MacKenzie Hertz, Rob Stock
*******************************************************************************
Court opens the record, counsel identify themselves.
Court will discuss two issues (1) Motion re in camera review, (2) August 15 letter from Ms. Clark.

(1) Process for review of in camera materials will not work.  Court notes the parties have different interpretations of the Minnesota Statutes.  Court does not find it feasible to issue an order regarding the document review without the benefit of the parties responding to each other's interpretation of the Minnesota statute.  Court would like to find a way that the parties can review each other's interpretation of the Minnesota Statute.

One solution is for the parties to review each other's in camera brief
Another option is to modify the briefs so it could be reviewed by the other side

Ms. Clark - initial reaction is plaintiffs' brief is probably ok to share with the defendants, but Ms. Clark would like to review it before sending it to the defendants.

Ms. Lord - Essentia's brief contains substantive discussions that were intended for the court's consideration only.  However after an internal discussion, if plaintiffs' serve their brief, defendants can take a fresh look and respond to what is in the plaintiffs' submission.

Court directs by COB on August 17, plaintiff will advise whether the existing brief or some slightly modified brief will be filed and exchanged.  Defendants will respond by August 24, Plaintiffs' reply due August 31.  Any supplemental filing by defendants will be due on September 7.

(2)Search Term issue - has been briefed.

Ms. Clark - spreadsheet of the putative class; waiting for a response from Essentia.  Parties met and conferred on August 2, but there was confusion on what was being requested.  Additional information was put in written form and sent to Essentia on August 10.

Ms. Lord - working with the client, and getting closer but would like additional time to consult    with the

client and plaintiffs' counsel.   Court directs a response by the defendants no later than August 24, that date is ok with plaintiff.   Court asks parties to contact the court for another conference if the August 24 date (or shortly thereafter) looks like it will not be met.

Ms. Lord - Medical records - discovery request goes beyond the medical records, but the medical records will be produced by August 19.  Essentia did file a supervisory writ on the privilege issue and the 8th Circuit did seek a brief from plaintiff regarding the writ.  Plaintiffs' response is due today.  Writ was likely filed on July 27th.

Adjourn.