**feganscott**

**FeganScott LLC**
ATTORNEYS AT LAW

140 Broadway, 46th Floor
New York, NY 10005

PHONE  347.353.1150
FAX    312.264.0100

melissa@feganscott.com

August 15, 2022

**VIA EMAIL**
Magistrate Judge Alice R. Senechal
United States Dist. Court for the District of North Dakota
NDD_J-Senechal@ndd.uscourts.gov

Re: *Kraft, et al. v. Essentia Health, et al.,* No. 20-cv-121; Plaintiffs' Position Statement

Dear Judge Senechal:

Plaintiffs respectfully submit this letter in advance of the August 16, 2022 status conference.

The Court scheduled this conference to discuss its in-camera review process. Plaintiffs also provide the following status updates, though no new disputes that are ripe for Court resolution.

**Essentia's Putative Class Spreadsheets**

On July 28, 2022, Essentia responded to Plaintiffs' June 23 spreadsheet requests. The parties conferred by phone on August 2. In sum, Essentia claimed that the requests were too confusing to understand.

Plaintiffs followed up in a detailed letter on August 10, restating their data requests and providing additional guidance. Plaintiffs requested Essentia's positions on the requests by today, August 15. Essentia has not yet replied.

**Essentia's Search Terms**

At the Court's direction (*see, e.g.,* Dkt. No. 202), Plaintiffs submitted their Second Motion to Compel Essentia to Apply Disputed Search Terms on August 2, 2022. Essentia responded on August 12. That motion is now fully briefed.

**Essentia's Production of Named Plaintiff Financial Information and Related Records**

As discussed at the July 19, 2022 status conference, Plaintiffs served their Second Set of Requests for Production to Essentia on July 20 seeking, in part, all Named Plaintiffs' medical records, financial records, and communications from January 1, 2017 to the present.

Plaintiffs await Essentia's production of these documents on or before August 19, per Essentia's representation at the July 19 status conference.

Respectfully Submitted,

/s/ Melissa Clark