UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>        Defendants. | Case No. 3:20-CV-00121<br><br><br>**STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court amend the June 30, 2022, (text only) Scheduling Order, Dkt. 199, as follows:

1.    Substantial completion of document production will be completed by January 3, 2023;

2.      The parties shall have until January 31, 2023, to amend pleadings or file motions to join additional parties;

3.      The parties shall have until March 15, 2023, to move to add claims for punitive damages;

4.      Fact discovery shall be completed by May 1, 2023;

5.      The parties shall have until May 15, 2023, to file discovery motions;

6.      Plaintiffs' class certification expert disclosures and reports and motion for class certification are due by June 13, 2023;

7.      Defendants' class certification expert disclosures and reports and response to plaintiffs' motion for class certification are due by July 31, 2023; and

8.      Plaintiffs' reply in support of their motion for class certification and rebuttal class certification expert reports are due by September 5, 2023.

This stipulated motion is brought in good faith and not for purposes of delay.

Dated: October 6, 2022

*/s/ Brooke Achua*

BY:   Elizabeth A. Fegan
      Brooke Achua
      Melissa Ryan Clark
      FEGAN SCOTT LLC
      150 S. Wacker Dr., 24th Floor
      Chicago, IL 60606
      Ph: 312.741.1019
      Fax: 312.264.0100
      beth@feganscott.com
      brooke@feganscott.com
      melissa@feganscott.com

2

Mac Schneider (#06476)
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
mac@schneiderlawfirm.com


J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com
ATTORNEYS FOR PLAINTIFFS


Dated:  October 6, 2022

*/s/ Angela E. Lord*

BY:  Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
MacKenzie L. Hertz (#09392)
VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com
ATTORNEYS FOR DEFENDANTS
ESSENTIA HEALTH AND INNOVIS
HEALTH, LLC

3