## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

Jessica Kraft, et al.,

   Plaintiff

     v.

Essentia Health, et al.,

   Defendant

**DESCRIPTION OF DOCUMENT FILED CONVENTIONALLY**

Case No.:   3:20-cv-121

---

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

USB Drive containing documents selected be Essentia for in-camera review per Order at 214.

This filing was not e-filed for the following reason(s):

☐ Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

☑ Other:   Media Stored on USB drive.

*Clerk's Office Internal Form:  E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011