# Angie E. Lord

Direct Dial: 701.356.6321 | alord@vogellaw.com

October 31, 2022

**CONFIDENTIAL**

**VIA HAND DELIVERY**

Magistrate Judge Senechal
ndd_j-senechal@ndd.uscourts.gov
Federal Courthouse
Judge Senechal Chambers
655 1ˢᵗ Ave N, Ste. 440
Fargo, ND 58102-4952

**Re:**     **Kraft et al. v. Essentia Health | Case No. 3:20-CV-00121**
               **Our File No.: 036304.20127**

Dear Magistrate Judge Senechal:

On behalf of Essentia Health and Innovis Health, LLC (collectively, "Essentia"), the documents selected by Essentia for in-camera review pursuant to the Court's September 29, 2022, Order (Doc. ID No. 214) are on the enclosed USB drive.

As instructed, Essentia has submitted, for the Court's review, the following number of resources, which are not responsive to Plaintiffs' discovery requests:

- Three resources from New Search 24,

- Three resources from New Search 52,

- Seventy resources from New Search 63,

- Nineteen resources from New Search 64,

- Thirteen resources from New Search 65,

- Fifty-three resources from New Search 66,

- Three resources from New Search 84, and

- Two resources from New Search 138.



218 NP Avenue | PO Box 1389 | Fargo, ND 58107-1389
Phone: 701.237.6983 | Fax: 701.237.0847 | Toll Free: 800.677.5024



**Fargo • Bismarck • Moorhead • Minneapolis • Grand Forks**          www.vogellaw.com

October 31, 2022
Page 2

Given that these resources are being shared with the Court only for the purpose of in-camera review, Essentia has not created a privilege log or otherwise designated individual documents as privileged. However, importantly, numerous of the documents selected for this Court are privileged pursuant to the peer review/quality assurance privilege, attorney-client privilege, work-product doctrine, and medical-patient privilege. Additionally, many of the documents are confidential pursuant to the Court's Confidentiality Order. Again, Essentia will make those specific designations upon request.

If there is any difficulty with the USB drive, please advise. Thank you.

Respectfully,

Angie E. Lord

AEL
Enclosure