Confidential

Hand Delivered

Magistrate Judge Senechal
ndd_j-senechal@ndd.uscourts.gov
Federal Courthouse
Judge Senechal Chambers
655 1st Ave N, Ste. 440
Fargo, ND 58102-4952



VOGEL
Law Firm

218 NP Ave
P.O. Box 1389
Fargo, ND 58107-1389