**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, et al., | ) | |
| | ) | Case No. 3:20-cv-121 |
| Plaintiffs, | ) | |
| | ) | **ORDER DENYING IN PART** |
| vs. | ) | **PLAINTIFFS' SECOND MOTION** |
| | ) | **TO COMPEL ESSENTIA TO APPLY** |
| Essentia Health, et al., | ) | **DISPUTED SEARCH TERMS** |
| | ) | |
| Defendants. | ) | |

This order follows a September 29, 2022 order addressing Plaintiffs' Second Motion to Compel Essentia to Apply Disputed Search Terms. The September 29 order required defendants Essentia Health and Innovis Health, LLC (collectively, Essentia), to conduct limited review of electronically stored documents identified through application of eight searches and to submit for in camera review a sampling of documents it considered non-responsive to plaintiffs' discovery requests. (Doc. 214).

More specifically, Essentia was required to "randomly select and review a minimum of three percent (3%) of the documents identified through each [of the eight disputed searches] and submit for in camera review a randomly selected minimum of three percent (3%) of the reviewed documents from each search which it asserts are nonresponsive." Essentia complied with that order on October 31, 2022, and the court has reviewed each of the 166 documents Essentia submitted for in camera review.

Review of the 166 documents confirms that none are responsive to any of plaintiffs' discovery requests. Though the court reviewed only a small fraction of the documents identified through application of the disputed searches, that review supports Essentia's assertion that the burden of review of all documents identified through the

disputed searches would outweigh the likely benefit of that review. Essentia will therefore not be required to conduct that review at this time.

The September 29 order also required Essentia to run one modified search plaintiffs had proposed and to report the results of that search to plaintiffs. Essentia was not required to report those results to the court. If any dispute remains regarding that search, plaintiffs may bring the issue to the court's attention pursuant to Civil Local Rule 37.1.

Given this decision, plaintiffs' request for attorney fees is **DENIED**, and except to the extent granted in the September 29 order, plaintiffs' second motion to compel Essentia to apply disputed search terms is also **DENIED**.

**IT IS SO ORDERED**.

Dated this 14th day of November, 2022.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge

2