UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121<br><br><br>**STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court amend the October 7, 2022, Scheduling Order, Dkt. 216 (text only), as follows:

1.      Substantial completion of document production will be completed by April 3, 2023;

2.      The parties shall have until May 3, 2023, to amend pleadings or file motions to join additional parties;

3.      The parties shall have until June 5, 2023, to move to add claims for punitive damages;

4.      Fact discovery shall be completed by July 3, 2023

5.      The parties shall have until July 24, 2023, to file discovery motions;

6.      Plaintiffs' class certification expert disclosures and reports and motion for class certification are due by August 23, 2023;

7.      Defendants' class certification expert disclosures and reports and response to plaintiffs' motion for class certification are due by October 9, 2023; and

8.      Plaintiffs' reply in support of their motion for class certification and rebuttal class certification expert reports are due by November 13, 2023.

This stipulated motion is brought in good faith and not for purposes of delay.


Dated: 12/16/2022                BY:      s/ Melissa Ryan Clark
                                         Melissa Ryan Clark
                                         Brooke A. Achua
                                         FEGAN SCOTT LLC
                                         140 Broadway, 46th Fl.
                                         New York, NY 10005
                                         Ph: 646.502.7910
                                         Fax: 312.264.0100
                                         melissa@feganscott.com
                                         brooke@feganscott.com

                                         Elizabeth A. Fegan
                                         FEGAN SCOTT LLC
                                         150 S. Wacker Dr., 24th Floor
                                         Chicago, IL 60606
                                         Ph: 312.741.1019
                                         Fax: 312.264.0100
                                         beth@feganscott.com

                                         Scott Haider (#07533)
                                         SCHNEIDER LAW FIRM
                                         815 3rd Ave. S. Fargo, ND 58103

Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

Dated:  12/16/2022          BY:     /s/ Robert B. Stock
                                    Angela E. Lord (#05351)
                                    Robert B. Stock (#05919)
                                    Briana L. Rummel (#08399)
                                    MacKenzie L. Hertz (#09392)
                                    VOGEL LAW FIRM
                                    218 NP Avenue
                                    PO Box 1389
                                    Fargo, ND 58107-1389
                                    Ph: 701.237.6983
                                    Fax: 701.237.0847
                                    alord@vogellaw.com
                                    rstock@vogellaw.com
                                    brummel@vogellaw.com
                                    mhertz@vogellaw.com

                                    ATTORNEYS FOR DEFENDANTS ESSENTIA
                                    HEALTH AND INNOVIS HEALTH, LLC

3