# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, as parent of minor D.B.; AMY LAVELLE, as parent of minors EM.L. AND EL.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA and TYRELL FAUSKE, individually and as parents of minors C.R.F. AND C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, AND JOHN DOE DISTRIBUTOR,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 3:20-CV-121

Hon. Peter D. Welte

Mag. Alice R. Senechal

## MOTION TO WITHDRAW BROOKE A. ACHUA OF
## FEGAN SCOTT LLC AS COUNSEL OF RECORD

Pursuant to Local Rule 1.3(F)(3), Brooke A. Achua of Fegan Scott LLC seeks leave of Court to withdraw as counsel on behalf of Plaintiffs in the above-captioned matter. In support of this motion, Plaintiffs state as follows:

1. On January 22, 2021, this Court granted Ms. Achua's motion for leave to appear pro hoc vice on behalf of Plaintiffs (Dkt. 26);

2. Ms. Achua left the firm of Fegan Scott LLC on January 6, 2023; and

3. Elizabeth A. Fegan and Melissa Ryan Clark of Fegan Scott LLC will continue to represent Plaintiffs in this matter, and thus, Plaintiffs will not be prejudiced.

WHEREFORE, Plaintiffs respectfully request that the Court grant Brooke A. Achua leave to withdraw as one of the attorneys of record in this action.

Dated: January 9, 2023                    Respectfully submitted,

By: /s/ *Elizabeth Fegan*___
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax:    312.264.0100
beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Ph: 347.353.1150
Fax: 312.264.0100
melissa@feganscott.com

Counsel for Plaintiffs