UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B.; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>          Defendants. | Case No. 3:20-CV-00121<br><br><br>**DECLARATION OF FRANK M. MODICH REGARDING REVIEW ORGANIZATION STRUCTURE PURSUANT TO THE COURT'S ORDER (DOC. ID NO. 225)** |

I, FRANK M. MODICH, declare as follows:

1.  I am Associate General Counsel at Essentia Health. I have served in that legal department since January of 2012.

2.  I have personal knowledge of many of the facts stated herein. Those matters that are not within my personal knowledge have been assembled or relayed by authorized agents or employees of Essentia Health and Innovis Health, LLC d/b/a Essentia Health West (collectively, "Essentia").

3.      In my position, I am familiar with the peer review/quality assurance structures and functions at Essentia.

4.      Given my role within Essentia, I am bound by the attorney-client privilege, in addition to the peer review/quality assurance privilege.  However, the Court has expressed that neither the structures of Essentia's review organizations nor the positions within those review organizations of individuals who created and received the documents at issue are privileged.  Accordingly, I offer this testimony as a requirement of the Court without waiving any of the privileges asserted.

5.      Both Essentia Health and Innovis Health, LLC d/b/a Essentia Health West are non-profit entities.  The purpose of these entities is to establish, own, operate, and maintain healthcare facilities, such as hospitals and clinics.

6.      I am familiar with the present lawsuit as well as the underlying events relevant to this lawsuit, including when Essentia first identified the potential temperature excursion with respect to temperature-sensitive pharmaceutical products ("TTSPPs").

7.      When Essentia identified the potential temperature excursion, Essentia established numerous "committee[s]," as that word is used under Minn. Stat. § 145.61, subd. 5, to gather and review information relating to the care and treatment of patients for purposes of numerous peer review/quality assurance functions.

8.      In addition, numerous committees that Essentia established before the potential temperature excursion gathered and reviewed information, which is relevant here, for peer review/quality assurance purposes.

9.      Such committees performed various roles in connection with the potential temperature excursion, ranging from evaluating the quality of care, seeking to reduce adverse events, developing recommendations, reviewing the safety, quality, and cost of healthcare services, and participating in standardized incident reporting.

10.     Various committee members are set forth below.[1] I was personally a member of many of these committees. The supplemental privilege logs, previously

---

[1] The members of the committees discussed below are all employed by entities within the Essentia system, which includes entities doing business as Essentia Health – West (Innovis Health, LLC), Essentia Health – East (including entities such as St. Mary's Duluth Clinic Health System, The Duluth Clinic, Ltd., and SMDC Medical Center), and Essentia Health – Central (Brainerd Medical Center).  Those committee members who are now former employees were current employees when they were committee members.

produced to Plaintiffs and submitted to the Court as part of its in-camera review, identify when such committee members created or received the documents withheld as privileged. In particular, the supplemental privilege logs identify for each document (1) the creator(s) of the document and their title and (2) the recipient(s) of the document and their title.

11. In addition to committee members themselves, other individuals and teams performed committee work as delegated. The identities of the individuals delegated committee work are reflected in the supplemental privilege logs, which again expressly disclose creators and recipients of documents.

**West Market Storage Committee**[2]

12. Essentia leadership established the West Market Medication Storage Committee ("Storage Committee") to specifically review and oversee the response to the potential temperature excursion.

13. The members of the Storage Committee expanded as different areas of expertise were necessary to perform the committee's work. However, committee membership has always been limited to professional and administrative staff of Essentia.

14. For example, in early stages, the committee members included:

    A. Myself, Associate General Counsel, Essentia Health

    B. Michael Watters, Chief Legal Officer, Essentia Health

    C. Richard Vetter, MD, Chief Medical Officer, Innovis Health, LLC

    D. Al Hurley, Chief Operating Officer, Innovis Health, LLC

    E. Kyle Dorow, Vice President, Finance, Essentia Health

    F. Jodi Mansfield, Executive Vice President, Chief Operating Officer, Essentia Health

    G. Dianne Witten, Former Vice President, Pharmacy, Essentia Health

    H. Anthony Kaufenberg, Acute Care Pharmacy Senior Director, Essentia Health

---

[2] The committee titles used herein are for ease of reference. In communications, committee members may have referred to these committees by various names.

I.   Maari Loy, Pharmacy Operations, Senior Manager, Innovis Health, LLC

J.   Nicole Christensen, Former Chief Nursing Officer, Innovis Health, LLC

K.   Sara Hanson, Director of Nursing for Ambulatory Clinics, Innovis Health, LLC

L.   Kim Deiss, Senior Director Marketing and Communications, Essentia Health

M.   Shannon Dahnke, Communications Director, Essentia Health

N.   Candice Moore, RN, Former Patient Relations & Risk Management Director, Essentia Health

O.   Shawn Christianson, Quality Director, Essentia Health

P.   Daniel Collins, Vice President, Quality, Essentia Health

Q.   Kailee Kofal, Quality Director, Essentia Health

R.   Sandra Buckley, Senior Project Manager - Process Excellence, Essentia Health

S.   Jeffrey Lyon, Former Physician, SMDC Medical Center

T.   Peter Henry, MD, Former Chief Medical Officer, Essentia Health

U.   Sheila Hart, Senior Vice President, Integrated Care Delivery, Essentia Health

V.   Megan Pfannenstein (Carlstad), Program Manager – Process Excellence, Essentia Health

15.   As additional members and skillsets were needed, additional committee members included:

A.   Suzanne Zeltinger, Operations Administrator, Innovis Health, LLC

B.   Traci Morris, Chief Financial Officer, Essentia Health

C.   Renee Schweitzer, Operations Manager III, Innovis Health, LLC

D.   Kristin Luttio, Operations Manager III, Innovis Health, LLC

E.   Krister Mattson, Former Enterprise Analytics Director, Essentia Health

F.   Pam Marlatt, Clinical Applications Director, Essentia Health

4

G. Rick Brown, Former Administrator-Interim, St. Mary's Regional Health Center

H. Andrea Altman, Vice President-Telecare Services, Essentia Health

I. Beth Satrom, Telecare Services Director, Essentia Health

J. Walter Johnson, Physician, Innovis Health, LLC

K. Sarah Manney, Chief Medical Information Officer, Essentia Health

L. Jennifer Schlauderaff, Senior Clinical Applications Analyst, Essentia Health

M. Andrea Altman, Vice President-Telecare Services, Essentia Health

N. Ryan Hill, Senior Finance Advisor, St Mary's Regional Health Center

O. William Heegaard, MD, President, Innovis Health, LLC

P. Jessica Fetzer, Risk Manager, Interim Director Risk Management, Essentia Health

16. The Storage Committee gathered and reviewed information relating to the care and treatment of patients to, among other things, evaluate and improve the quality of health care and obtain information relative to care as it specifically relates to the potential temperature excursion. Without revealing the privileged nature of the committee's work, it generally gathered and reviewed information and data regarding:

A. Potentially impacted TTSPPs,

B. Potentially impacted patient populations, and care and communication options for the same,

C. Pertinent providers and agencies.

17. The Storage Committee members performed much of the work on their own. However, given the volume and scope of the project, other individuals also worked at the express direction of this committee to fulfill its goals. The identities of the individuals delegated committee work are reflected in the supplemental privilege logs.

**Olive Committee**

18. Essentia leadership established the Olive Committee to specifically review and oversee the management and collection of data for the potentially impacted

patient population, using both artificial intelligence (primarily, a program called Olive) and manual chart updates by nurses.

19. The members of the Olive Committee expanded as different skillsets were needed to perform its work. However, membership has always been limited to professionals and administrative staff of Essentia.

20. For example, in early stages, the members of the committee included:

    A. Myself, Associate General Counsel, Essentia Health

    B. Megan Pfannenstein (Carlstad), Program Manager – Process Excellence, Essentia Health

    C. Al Hurley, Chief Operating Officer, Innovis Health, LLC

    D. Jennifer Gjestvang, Executive Assistant, Innovis Health, LLC

    E. Daniel Collins, Vice President, Quality, Essentia Health

    F. Suzanne Zeltinger, Operations Administrator, Innovis Health, LLC

    G. Pam Marlatt, Clinical Applications Director, Essentia Health

    H. Jennifer Schlauderaff, Senior Clinical Applications Analyst, Essentia Health

    I. Shannon Cunningham, Clinical Applications Manager, Essentia Health

    J. Melanie Wilson, Vice President-Revenue Services, Essentia Health

    K. Danielle Buchberger, Chief Audit Officer, Essentia Health

    L. Torri Schramm, Chief Compliance Officer, Essentia Health

    M. Alison Haecherl, Operations Manager II, Innovis Health, LLC

    N. Jessica Block, Lean & Process Excellence Director, Essentia Health

    O. Shawn Christianson, Quality Director, Essentia Health

    P. Jeanne Amato, Health Information Services Manager, Essentia Health

    Q. Anthony Kaufenberg, Acute Care Pharmacy Senior Director, Essentia Health

    R. Ryan Ferrell, Business Intelligence Analyst II, Essentia Health

S.  Tonya Van Dyke, RN-Ambulatory Care, Innovis Health, LLC

T.  Shelby Simon, Registered Nurse – Ambulatory Care Supervisor, Innovis Health, LLC

U.  Kailee Kofal, Quality Director, Essentia Health

V.  Claudia Olafson, Business Intelligence Analyst II, Essentia Health

21.  As additional members and skillsets were needed, the additional committee members included:

A.  Paul Persons, Senior Clinical Applications Analyst, Essentia Health

B.  Sandra Buckley, Senior Project Manager - Process Excellence, Essentia Health

C.  Kristin Luttio, Operations Manager III, Innovis Health, LLC

D.  Tracy Hansmeier, Senior Revenue Integrity Analyst, Essentia Health

E.  Trista Anderson, Revenue Integrity Senior Manager, Innovis Health, LLC

F.  Amy Pocrnich, Business Services Director, Essentia Health

22.  The Olive Committee gathered and reviewed information relating to the care and treatment of patients to, among other things, evaluate and improve the quality of health care and obtain information relative to care.  Without revealing the privileged nature of the committee's work, it generally gathered and reviewed information and data to perform chart updates regarding:

A.  Potentially impacted TTSPPs, and

B.  Potentially impacted patient populations.

23.  The committee members performed much of this work on their own.  However, given the volume and scope of the project, the committee delegated work to other individuals and teams to perform committee work at the committee's direction.  For example, teams of nurses worked at the direction of the Olive Committee to review patient data.  The identities of those individuals and teams delegated work are identified in the supplemental privilege logs.

**Patient Relations and Risk Management Committee**

24.  Essentia leadership established the Patient Relations and Risk Management Committee ("Risk Management Committee") to provide an ongoing, comprehensive, and systematic approach to reduce the risk of harm to patients

by collecting, identifying, reviewing, investigating, analyzing, and evaluating regular event reports with feedback about care from both patients and providers.

25. The Risk Management Committee supports and includes all Essentia facilities, departments, services, and health care professionals.

26. While membership and roles change over time, the committee members have always been limited to professionals and administrative staff of Essentia. During the timeframe relevant here, members have included:

 A. Myself, Associate General Counsel, Essentia Health

 B. Gregory Glasner, MD, President, Innovis Health, LLC

 C. Timothy Sayler, Former Chief Operating Officer, Innovis Health, LLC

 D. Richard Vetter, MD, Chief Medical Officer, Innovis Health, LLC

 E. Stephanie Gefroh, MD, Physician-Division Chair, Innovis Health, LLC

 F. Jessica Fetzer, Risk Manager, Interim Director Risk Management, Essentia Health

 G. Janice Schlaht, Patient Relations Associate, Essentia Health

 H. Sherry Jensen, Patient Relations Associate, Essentia Health

 I. Linda Bjornson, RN, Senior Patient Relations Specialist, Essentia Health

 J. Ann Bertoch, RN, Senior Patient Relations Specialist, Essentia Health

 K. Mary Langner, RN, Senior Patient Relations Specialist, Essentia Health

 L. Peter Henry, MD, Chief Medical Officer, Essentia Health

 M. Michael Larson, Vice President of Operations, Essentia Health-East

 N. Candice Moore, RN, Director of Patient Relations and Risk Management, Essentia Health

 O. Rajesh Prabhu, MD, Physician-Section Chair, SMDC Medical Center

 P. Jeffrey Lyon, Former Physician, SMDC Medical Center

 Q. Michael Mollerus, MD, Physician Leader, Duluth Clinic

 R. Laurie Tahtinen, RN, Program Manager – Risk Data, Essentia Health

8

    S. Andrew Verant, RN, Senior Patient Relations Specialist, Essentia Health

    T. Megan Solem-Ritter, RN, Senior Patient Relations Specialist, Essentia Health

    U. Betsy Verant, RN, Senior Patient Relations Specialist, Essentia Health

    V. Ashanti Halli, RN, Senior Patient Relations Specialist, Essentia Health

    W. Julie Rollin, RN, Senior Patient Relations Specialist, Essentia Health

    X. Marlys Olson, Insurance and Claims Manager, Essentia Health

    Y. Elizabeth Munson, Paralegal, Essentia Health

    Z. Andrea Koop, Risk Management Assistant, Essentia Health

    AA. La Sheenlaruba Tyacke, Patient Relations Associate, Essentia Health

    BB. Kimberly Nelson, Patient Relations Associate, Essentia Health

    CC. Ann Sovil, Patient Relations Associate, Essentia Health

    DD. Debbie Nelson, Patient Relations Associate, Essentia Health

27. The Risk Management Committee gathers and reviews information relating to the care and treatment of patients to, among other things, evaluate and improve the quality of health care, obtain information relative to care, review disputes or questions from patients regarding their care, and maintain a standardized incident reporting system. Without revealing privileged information about this committee's work, it generally gathers and reviews information and data regarding alleged adverse events and other feedback reported by patients and providers.

28. The committee members perform this work. However, they also delegate committee work to individuals and teams, whose identities are reflected in the supplemental privilege logs.

29. In addition, the Risk Management Committee sometimes forms subcommittees to focus on specific issues. The Risk Management Committee established one such subgroup to gather and review information relative to the potential temperature excursion.

30. Members of that subgroup were limited to professionals and administrative staff of Essentia, including:

    A. Myself, Associate General Counsel, Essentia Health

B. Al Hurley, Chief Operating Officer, Innovis Health, LLC

C. Kristin Luttio, Operations Manager III, Innovis Health, LLC

D. Candice Moore, RN, Patient Relations & Risk Management Director, Essentia Health

E. Suzanne Zeltinger, Operations Administrator, Innovis Health, LLC

F. Richard Vetter, MD, Chief Medical Officer, Innovis Health, LLC

G. Jessica Fetzer, Risk Manager, Interim Director Risk Management, Essentia Health

H. Janice Schlaht, Patient Relations Associate, Essentia Health

I. Sherry Jensen, Patient Relations Associate, Essentia Health

J. Lindi Bjornson, RN, Senior Patient Relations Specialist, Essentia Health

31. Without revealing the privileged nature of the subgroup's work, it identified data and information about the potential temperature excursion from the data and information collected by the larger Risk Management Committee. The subgroup performed these functions to evaluate and improve quality of care, review disputes from providers and patients, develop recommendations, and maintain a standardized reporting system.

32. Like the larger committee, the subgroup, in addition to performing its own work, delegated committee work to individuals and teams, whose identities are reflected in the supplemental privilege logs.

**Essentia System Quality Committee**

33. Essentia leadership established the Essentia System Quality Committee to oversee quality and safety initiatives to improve the quality and reliability of patient care while minimizing preventable harms.

34. While members and roles change over time, the members of this committee have always been limited to Essentia professionals and administrative staff. During the relevant timeframe, the members included:

A. Daniel Collins, Vice President, Quality, Essentia Health

B. Julie Newman, Senior Advisor-Primary Care, Essentia Health

C. Kailee Kofal, Quality Director, Essentia Health

D.  Shawn Christianson, Quality Director, Essentia Health

E.  Kari Russell, Infection Prevention Director, Essentia Health

F.  Candice Moore, RN, Patient Relations & Risk Management Director, Essentia Health

G.  Jodi Mansfield, Executive Vice President, Chief Operating Officer, Essentia Health

H.  Peter Henry, MD, Chief Medical Officer, Essentia Health

I.  Gratia L. Pitcher, Physician Leader, Essentia Health

J.  Anne Stephen, Chief Medical Officer, Essentia Health-East

K.  Nicole Christensen, Chief Nursing Officer, Innovis Health, LLC

L.  Joshua Gebur, Physician-Division Chair, Innovis Health, LLC

M.  Patricia Delong, Former Chief Nursing Officer, St. Joseph's Medical Center

N.  Kathryn Miller, Former Quality Director, Essentia Health

O.  Jared Reese, Physician - Section Chair, Brainerd Medical Center Inc.

P.  Debbie L. Welle-Powell, Chief Population Health Officer, Essentia Health

Q.  Dawn Drotar, Physician - Division Chair, Duluth Clinic

R.  Richard Vetter, MD, Chief Medical Officer, Innovis Health, LLC

S.  Cindy Kent, RN, Former Chief Nursing Officer, The Duluth Clinic, Ltd.

T.  David Herman, MD, Chief Executive Officer, Essentia Health

U.  Bradley Beard, Chief Operating Officer, Essentia Health-East

V.  Tory Robinett, Special Assistant to EVP, SMDC Medical Center

W.  Michael Larson, Vice President of Operations, Essentia Health-East

X.  Kyle McGrath, Operations Manager II, SMDC Medical Center

35.  The Essentia System Quality Committee gathers and reviews information relating to the care and treatment of patients to, among other things, evaluate and improve the quality of health care, obtain information relative to care, and

reduce mortality.   Without revealing privileged information about this committee's work, it generally gathers and reviews information and data regarding current issues of concern for quality assurance purposes and improvement of patient care.

36.   The committee members both perform the committee work themselves and delegate such work to other individuals and teams to perform the work at their direction, when needed.  The identities of those individuals and teams delegated work are reflected in the supplemental privilege logs.

**Essentia Clinical Practice Committee**

37.   Essentia leadership established the Essentia Clinical Practice Committee to assess the quality of clinical care to improve the quality, affordability, and reliability of care in that setting.

38.   Although members and roles change over time, membership of this committee has always been limited to Essentia professionals and administrative staff. During the relevant timeframe, the members have included:

   A.  Myself, Associate General Counsel, Essentia Health

   B.  Peter Henry, MD, Chief Medical Officer, Essentia Health

   C.  Sheila Hart, Senior Vice President, Integrated Care Delivery, Essentia Health

   D.  Michael Van Scoy, Physician, Essentia Health

   E.  Andrea Altman, Vice President-Telecare Services, Essentia Health

   F.  Joseph Bianco, Physician, Duluth Clinic

   G.  Tim Cernohous, Former Ambulatory Care Pharmacy Senior Director, Essentia Health

   H.  Daniel Collins, Vice President, Quality, Essentia Health

   I.  Shannon Dahnke, Communications Director, Essentia Health

   J.  Christie Erickson, NP, Advanced Practice - Associate Division Chair, SMDC Medical Center

   K.  Samantha Kapphahn, Physician, Innovis Health LLC

   L.  Cindy Kent, RN, Former Chief Nursing Officer, The Duluth Clinic, Ltd.

12

M.  Michael Mollerus, MD, Physician Leader, Duluth Clinic

N.  Traci Morris, Chief Financial Officer, Essentia Health

O.  Kassandra Nelson, Nurse Practitioner, St. Joseph's Medical Center

P.  William Palmer, Vice President of Operations, Essentia Health - Central

Q.  Anne Stephen, Chief Medical Officer, Essentia Health-East

R.  Steven Sutherland, MD, Division Chair, Duluth Clinic

S.  Richard Vetter, MD, Chief Medical Officer, Innovis Health, LLC

T.  Al Hurley, Chief Operating Officer, Innovis Health, LLC

U.  Elena Rodgers-Rieger, Former Physician-Section Chair, Innovis Health, LLC

V.  Andrew Moen, Physician-Division Chair, St. Mary's Regional Health Center

W.  Melissa Simonson, MD, Physician Leader, Duluth Clinic

X.  Christina Thell, NP, Brainerd Medical Center, Inc.

Y.  Gratia L. Pitcher, Physician Leader, Essentia Health

Z.  Maria Beaver, Physician Leader, Essentia Health

AA.    Sarah Manney, Chief Medical Information Officer, Essentia Health

BB.    Jana Hollingsworth, Former Editor, Essentia Health

CC.    Rhonda Kazik, Chief Nursing Officer, SMDC Medical Center

DD.    Ryan Groeschl, Physician, Duluth Clinic

39.  This committee gathers and reviews information relating to the care and treatment of patients in the clinical setting in order to, among other things, evaluate and improve the quality of health care, obtain information relative to care, and reduce mortality.  Without revealing privileged information about this committee's work, it generally gathers and reviews information and data regarding current issues of concern for quality assurance and improvement of patient care in the clinical setting.

40.  The committee members both perform the committee work themselves and delegate the work to other individuals and teams, when needed, to perform the

13

work at their direction.  The identities of those individuals and teams delegated work are reflected in the supplemental privilege logs.

**Clinical Alerts Subgroup**

41.     Essentia leadership established the Clinical Alerts Subgroup as part of Essentia's Executive Steering Committee to oversee and assess the monitoring of patient care in the clinical setting.

42.     Although members and roles change over time, members of this committee have always been limited to Essentia professionals and administrative staff.  During the relevant time frame, members have included:

A.  Jennifer Schlauderaff, Senior Clinical Applications Analyst, Essentia Health

B.  Joel Haugen, MD, Former Physician, Essentia Health – West Board of Directors

C.  Sheila Klemmetsen, Physician, Brainerd Medical Center Inc

D.  Tanya Diegel, Physician-Division Chair, Innovis Health, LLC

E.  Benjamin Turner, MD, Physician, Duluth Clinic

F.  Adam Riutta, Physician - Division Chair, Duluth Clinic

G.  Michael Whitcomb, Physician, Duluth Clinic

H.  Taylor Mertz, Midwife, Innovis Health, LLC

I.  Daniel Wolbrink, Physician Leader, Duluth Clinic

J.  Sarah Manney, Chief Medical Information Officer, Essentia Health

K.  Julie Newman, Senior Advisor-Primary Care, Essentia Health

L.  Sara Hanson, Director of Nursing for Ambulatory Clinics

M. Wendy Davidson, Former Operations Manager-OB/GYN, Pediatrics, Brainerd Medical Center, Inc.

N.  Kari Straub, BSN, RN-BC, Nurse Informaticist, Essentia Health

O.  Stacy Sundstrom, Registered Nurse – Acute Care – Specialty, St. Joseph's Medical Center

P.  Lindsay Romine, Registered Nurse - Acute Care III - Medical / Surgical, St Mary's Regional Health Center

Q.  Angela Olson, Operations Director, St. Mary's Regional Health Center

R.  Jason Hoeksema, Pharmacy Systems Analyst, Essentia Health

S.  Jack Stanley, Nursing Director, St. Joseph's Medical Center

T.  Joyce Mueller, Operations Manager III, Brainerd Medical Center

U.  Lisa Wilkinson, MS, RN-BC, RN Nurse Informaticist, Essentia Health

V.  Elizabeth Ronkainen, Clinical Applications Analyst III, Essentia Health

W.  Carrie Baumgartner, Clinical Applications Analyst III, Essentia Health

X.  Melissa Timmerman, RN, BSN, EHR Applications Analyst III, Essentia Health

Y.  Melanie Rudnick, Clinical Applications Supervisor, Essentia Health

43.   This committee gathers and reviews information relating to the care and treatment of patients as it specifically relates to the clinical alerts in order to, among other things, evaluate and improve the quality of health care, obtain information relative to care, and reduce mortality.  Without revealing privileged information about this committee's work, it generally gathers and reviews information and data concerning clinical patient care and alerts.

44.   The committee members both perform the committee work themselves and delegate the work to other individuals and teams, when needed, to perform the work at their direction.  The identities of those individuals and teams delegated work are reflected in the supplemental privilege logs.

**Other Committees**

45.   Essentia leadership established the One Essentia Fridge Project committee to oversee comprehensive review and analysis of Essentia's current temperature-monitoring systems and to make recommendations regarding the same.

46.   The members of this committee were limited to Essentia professionals and administrative staff, including:

A.  Dianne Witten, Former Vice President, Pharmacy, Essentia Health

B.  Mary Rauvola, VP, Laboratory-Essentia Health

15

C.  Al Hurley, Chief Operating Officer, Innovis Health, LLC

D.  Megan Pfannenstein (Carlstad), Program Manager – Process Excellence, Essentia Health

E.  Cassandra Kennell, Executive Assistant, Innovis Health, LLC

F.  Brian Zuck, Vice President, Supply Chain, Essentia Health

G.  Danny Beauchamp, Facilities Senior Director-West, Innovis Health, LLC

H.  Maari Loy, Pharmacy Operations, Senior Manager, Innovis Health, LLC

I.  Julie Bubach, Pharmacy Manager-Clinical, Innovis Health, LLC

J.  Kristin Luttio, Operations Manager III, Innovis Health, LLC

K.  Anthony Kaufenberg, Acute Care Pharmacy Senior Director, Essentia Health

L.  Charles Robbins, Business Systems Director, Essentia Health

47.  This committee gathered and reviewed information regarding temperature monitoring across the Essentia system in order to evaluate and improve the quality of care, reduce adverse events, evaluate and maintain automated reporting, and develop recommendations.

48.  The committee members performed much of this work themselves, but they also delegated committee work to other individuals and teams, whose identities are reflected in the supplemental privilege logs.

49.  Essentia leadership established the Immunization Clinic Transition team to provide ongoing and comprehensive oversight of immunization in the clinical setting, including for revaccination following the potential temperature excursion.

50.  Although members and roles change over time, the members of this group have always been limited to Essentia professionals and administrative staff.  During the relevant timeframe, members have included:

A.  Kristin Luttio, Operations Manager III, Innovis Health, LLC

B.  Ken Heffron, Former Operations Administrator, Innovis Health, LLC

C.  Suzanne Zeltinger, Operations Administrator, Innovis Health, LLC Shelby Simon

16

D. Alison Haecherl, Operations Manager II, Innovis Health, LLC

E. Sara Hanson, Director of Nursing for Ambulatory Clinics

F. Chandra Eaton, Operations Manager II, Innovis Health, LLC

G. Shelby Simon, Registered Nurse – Ambulatory Care Supervisor, Innovis Health, LLC

H. Megan Pfannenstein (Carlstad), Program Manager – Process Excellence, Essentia Health

I. Katelyn Fetsch (Pierce), RN-Ambulatory Care Supervisor II, Innovis Health, LLC

J. Kirsten Dahlen, RN-Ambulatory Care Supervisor II, Innovis Health, LLC

K. Beth Satrom, Telecare Services Director, Essentia Health

L. Dawn Storbeck, Patient Access Supervisor, Essentia Health

M. Anne Johnston, Patient Access Manager, Essentia Health

N. Chuck Ulrich, Operations Manager I, Innovis Health, LLC

O. Elizabeth Reuss, Telecare Services Manager, Essentia Health

P. Kelsie Conway, Marketing Planner, Essentia Health

51. This team gathers and reviews information to evaluate and improve the quality of and access to care and to review the cost of healthcare services. Without revealing the privilege nature of the team's work, it performed these functions as it specifically relates to immunization.

52. The members of this team both perform its own committee work and delegate committee work to other individuals and teams as necessary. The identities of the individuals delegated this committee work is reflected in the supplemental privilege logs.

53. Essentia leadership established the IM Pharmacy Prioritization & Project Partnering committee to provide ongoing and comprehensive oversight of pharmacy projects, including those involving the potential temperature excursion. In particular, the committee evaluates pharmaceutical patterns and prioritizes resources.

17

54. Although members and roles change over time, the members of this group have always been limited to Essentia professionals and administrative staff. During the timeframe relevant here, the members have included:

   A. Jill Coleman, Analytics Manager, Essentia Health

   B. Dianne Witten, Former Vice President, Pharmacy, Essentia Health

   C. Anthony Kaufenberg, Acute Care Pharmacy Senior Director, Essentia Health

   D. Krister Mattson, Enterprise Analytics Director, Essentia Health

   E. Tim Cernohous, Former Ambulatory Care Pharmacy Senior Director, Essentia Health

   F. Bryan Lundberg, Former 340B Senior Program Coordinator, Essentia Health

   G. Roseann Hines, Sr. Operations Manager-Medications Use Management, Essentia Health

   H. Kevin Tellinghuisen, Senior Business Analyst, SMDC Medical Center

   I. Andrew Kreeger, Labor Productivity Manager, Essentia Health

   J. Dan Kohlhaas, Project Manager / Business Analyst, Essentia Health

   K. Ryan Ferrell, Business Intelligence Analyst II, Essentia Health

   L. Kimberly Frye, Business Intelligence Analyst II, Essentia Health

   M. Aaron Bernhardt, Business Intelligence Analyst, Essentia Health

   N. James Tuttle, Business Intelligence Analyst II, Essentia Health

   O. Susan Jedlicka-Burns, Senior Application Analyst, Essentia Health

   P. Allison Rasmusson, Business Intelligent Analyst, Essentia Health

55. The committee gathers and reviews information relating to the care and treatment of patients to evaluate and improve the quality of and access to care, review concerns or questions from providers and patients, and evaluate the cost of care. Without disclosing the privileged nature of the group's work, it generally performs these tasks as it relates to pharmaceutical care and the quality, cost, and prioritization of resources for that care.

56.    The committee members both perform the committee work themselves and delegate work to other individuals and teams, as needed.  The identities of those delegated committee work are reflected the supplemental privilege logs.

57.    I declare the foregoing is true under the penalty of perjury.

Dated this 23rd day of January, 2023.


_Frank M. Modich_

_____
Frank M. Modich