**From:** Melissa Clark <melissa@feganscott.com>
**Sent:** Wednesday, February 1, 2023 2:57 PM
**To:** NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>
**Cc:** Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Elizabeth Fegan <beth@feganscott.com>; Angela Elsperger Lord <aelord@vogellaw.com>; Robert B. Stock <rstock@vogellaw.com>; MacKenzie Hertz <MHertz@vogellaw.com>; scott@schneiderlawfirm.com; Briana L. Rummel <brummel@vogellaw.com>
**Subject:** 20-cv-00121 - Kraft et al v. Essentia Health et al - Update

CAUTION - EXTERNAL:

Dear Judge Senechal,

The parties write jointly with an update regarding the directives set forth in the Court's January 13, 2023 order, ECF No. 225. The parties have thus far met the deadlines in that order.

On January 23, 2023, Essentia submitted its evidence and brief in support of its asserted peer review organization. ECF No. 226.

On January 31, 2023, Plaintiffs served Essentia with a notice of Fed. R. Civ. P. 30(b)(6) deposition, and the parties are working to determine a date for that deposition. Accordingly, Plaintiffs will not be submitting a responsive brief regarding peer review on February 2, 2023, and will do so after the deposition transcript is received in accordance with the Court's order.

On January 31, 2023, the parties conferred regarding a potential special master, and they reached out to a mutually agreeable candidate today, February 1, 2023, to determine whether she is willing and available to serve in this case. If she is not, and the parties cannot agree to an alternative individual, the parties will nominate special master candidates for the Court's consideration.

On January 31, 2023, the parties conferred regarding ways to narrow the scope of documents for the special master's review. They did not reach an agreement, but intend to discuss the issue further with the special master, once appointed.

On January 31, 2023, the parties conferred regarding extensions to the schedule, and will file their proposal with the Court by the deadline in the January 13, 2023 order.

Sincerely,
Melissa Clark
*Counsel for Plaintiffs*

1

Melissa Ryan Clark | **Fegan Scott LLC** | 347.353.1150



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.