UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, <br><br> Defendants. | Case No. 3:20-CV-00121 <br><br><br> **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

The above parties, by and through their undersigned counsel of record, and pursuant to the Court's January 13, 2023, Order Regarding In Camera Review (Doc. ID No. 225, p. 53), hereby stipulate and request that the Court amend the December 19, 2022, Scheduling Order (Doc. ID No. 222 (text only)), as follows:

1. Substantial completion of document production will be completed by September 1, 2023.

2. The parties shall have until October 2, 2023, to amend pleadings or file motions to join additional parties.

3.  The parties shall have until November 1, 2023, to move to add claims for punitive damages.

4.  Fact discovery shall be complete by December 18, 2023.

5.  The parties shall have until January 24, 2024, to file discovery motions.

6.  Plaintiffs' class certification expert disclosures and reports and motion for class certification are due by February 23, 2024.

7.  Defendants' class certification expert disclosures and reports and response to Plaintiffs' motion for class certification are due by April 8, 2024.

8.  Plaintiffs' reply in support of their motion for class certification and rebuttal class certification experts are due by May 23, 2024.

The parties recognize that the completion of discovery is dependent on further determinations by a special master and the Court, and they acknowledge that the parties may need to request additional extensions of time if those determinations remain pending as deadlines approach.

This stipulated motion is brought in good faith and not for purposes of delay.

Dated:                              BY:  */s/ Melissa Ryan Clark*

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Fl.
New York, NY 10005
Ph: 646.502.7910
Fax: 312.264.0100
melissa@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider (#07533)
SCHNEIDER LAW FIRM
815 3rd Ave. S. Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107

scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

Dated:                        BY:

*/s/ Angela E. Lord*

Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
MacKenzie L. Hertz (#09392)
VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com

ATTORNEYS FOR DEFENDANTS ESSENTIA
HEALTH AND INNOVIS HEALTH, LLC

5017401.1

3