THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B.; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>      Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**ESSENTIA HEALTH'S AND INNOVIS HEALTH, LLC'S RESPONSE TO PLAINTIFFS' MOTION TO FILE UNDER SEAL** |

Pursuant to the Court's Order on March 21, 2023, (Doc. ID No. 233), Defendants Essentia Health and Innovis Health, LLC d/b/a Essentia Health West (collectively, "Essentia"), submit this Response to Plaintiffs' Motion to File Under Seal its brief regarding the structure of Essentia's peer-review organizations and accompany exhibits (Doc. ID No. 232). While Plaintiffs made their Motion pursuant to the requirements of the Confidentiality Order, (Doc.

ID No. 45, *Confidentiality Order*), Plaintiffs assert that neither their brief nor the accompanying exhibits contain confidential information.

Given the Court's prior Orders regarding the scope of the Confidentiality Order, (*see, e.g.*, Doc. ID No. 118), and recent finding that the structure of Essentia's peer review/quality assurance organizations is not privileged, (*see* Doc. ID No. 225), Essentia does not oppose Plaintiffs' position that their brief and accompanying exhibits need not be filed under seal.

Dated this 27th day of March, 2023.

**VOGEL LAW FIRM**


*/s/ Angela E. Lord*

BY:   Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
MacKenzie L. Hertz (#09392)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
Email:   alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com
ATTORNEYS FOR ESSENTIA HEALTH
AND INNOVIS HEALTH, LLC