**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-121 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Essentia Health, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Following a series of disputes regarding discovery matters, the court ordered further submissions regarding defendant Essentia Health's peer review organization structure. Essentia filed a brief and affidavits in support of its position in response to that order. (Doc. 226). Thereafter, plaintiffs moved to file under seal their responsive brief and a deposition transcript in support of their response. (Doc. 232). But because the parties later agreed the documents could be filed publicly, the court denied plaintiffs' motion to file under seal. Plaintiffs, however, did not file their responsive brief and documents in support of their response. And Essentia has now filed its reply brief. (Doc. 236). Plaintiffs are directed to publicly file their responsive brief and any documents in support of that response by the close of business today.

**IT IS SO ORDERED**.

Dated this 11th day of April, 2023.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge