**PLAINTIFFS' RESPONSE BRIEF REGARDING ESSENTIA'S PEER REVIEW ORGANIZATION STRUCTURE**

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, INDIVIDUALLY AND
AS PARENT OF MINORS L.K., S.K., and
O.K.; SHELLI SCHNEIDER,
INDIVIDUALLY AND AS PARENT OF
MINORS A.S. and W.S.; ANNE BAILEY,
AS PARENT OF MINOR D.B.; AMY
LAVELLE, AS PARENT OF MINORS
Em.L. and El.L.; ELIZABETH BEATON,
INDIVIDUALLY AND AS PARENT OF
MINOR M.B.; AMANDA AND TYRELL
FAUSKE, INDIVIDUALLY AND AS
PARENTS OF MINORS C.R.F.  and C.J.F.;
JENNIFER REIN, INDIVIDUALLY; and
JESSICA BERG, AS PARENT OF MINORS
A.B. and S.B., individually and on behalf of
all others similarly situated,

　　　　　Plaintiffs,

　　v.

ESSENTIA HEALTH, INNOVIS
HEALTH, LLC d/b/a ESSENTIA
HEALTH, DAKOTA CLINIC
PHARMACY, LLC, JOHN DOE
MANUFACTURERS, and
JOHN DOE DISTRIBUTOR,

　　　　　Defendants.

）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）
）

No. 3:20-CV-121

Hon. Peter D. Welte

## PLAINTIFFS' AMENDED NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that pursuant to rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, and the Court's January 13, 2023 order, Plaintiffs, by and through their undersigned attorneys, will take the remote, oral, videotaped deposition of defendant Essentia Health regarding the topics set forth in Appendix A, below.

The deposition will take place at the following time and place and shall continue until completed:

**Deponent:** most knowledgeable corporate representative(s) of Essentia Health

**Date:** February 22, 2023

**Location:** Via remote means

**Time:** 9:00 a.m. Central Time

The deposition shall be recorded by stenographic and audiovisual means, as well as a webcast to a remote location, and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, unless otherwise agreed by the parties.

Plaintiffs will notice additional Federal Rule of Civil Procedure 30(b)(6) depositions on other topics to be identified with the service of additional deposition notices in the future.

Dated: February 15, 2023                    Respectfully,

By:   */s/ Melissa Ryan Clark*
Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Fl.
New York, NY 10005
Ph: 646.502.7910
Fax: 312.264.0100
melissa@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider (#07533)
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481

2

Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that a copy of the foregoing was served via electronic mail, on February 15, 2023, to the following, Counsel for Defendants:

Angela E. Lord
Robert B. Stock
Briana L. Rummel
MacKenzie L. Hertz
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, ND 58107-1389
alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com


*Attorneys for Defendants Essentia Health
and Innovis Health, LLC*


_/s/ Melissa Ryan Clark_____
Melissa Ryan Clark

4

## APPENDIX A
### DEPOSITION TOPICS

1.  Essentia's assertions of privilege in this action.

2.  Essentia's asserted peer review organization structure and membership requirements.

3.  All information stated in the affidavit of Frank M. Modich filed in this action on January 23, 2023, ECF No. 227.