**PLAINTIFFS' RESPONSE BRIEF REGARDING ESSENTIA'S PEER REVIEW ORGANIZATION STRUCTURE**

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>      Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**DEFENDANTS ESSENTIA HEALTH AND INNOVIS HEALTH, LLC'S OBJECTION TO NOTICE OF TAKING RULE 30(B)(6) DEPOSITION** |

Defendants Essentia Health and Innovis Health, LLC (collectively, "Essentia") object to the Rule 30(b)(6) deposition scheduled for February 22, 2023, at 9:30 a.m. Central Time, via remote means, for the following reasons:

1. Objection is made to Topic 1 as the discovery sought is beyond the scope authorized by the Court. In particular, the Court authorized Plaintiffs to request deposition testimony under Rule 30(b)(6) specifically "concerning [the] structure of Essentia's

asserted review organization." (Doc. ID No. 225, at 52-53). Thus, Essentia objects to Topic 1 as overly broad in that it generally pursues testimony about "Essentia's assertions of privilege in this action."

2. Objection is made to Topic 1 on the basis that it pursues testimony that is in and of itself privileged, including, but not limited to, under the peer review/quality assurance and attorney client privileges.

Dated this 15th day of February, 2023.

**VOGEL LAW FIRM**

*/s/ Robert B. Stock*

BY:  Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
MacKenzie L. Hertz (#09392)
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
Email:  alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com
ATTORNEYS FOR ESSENTIA HEALTH
AND INNOVIS HEALTH, LLC

2

*5026267.2*