**PLAINTIFFS' RESPONSE BRIEF REGARDING ESSENTIA'S PEER REVIEW ORGANIZATION STRUCTURE**

# EXHIBIT D

**Re: Kraft v. Essentia Health - Court's Order**

Melissa Clark <melissa@feganscott.com>

Mon 2/20/2023 11:42 AM

To: Robert B. Stock <rstock@vogellaw.com>

Cc: Mary Dugan <mary@feganscott.com>;Donna J. Hestbeck <dhestbeck@vogellaw.com>

Just confirming that this 30b6 deposition will not get into any privilege other than peer review (i.e., we don't expect the witness will be prepared to testify as a corporate rep as to attorney-client, physician-patient, or work product protections).

Melissa Ryan Clark | **Fegan Scott LLC** | 347.353.1150



---

**From:** Melissa Clark
**Sent:** Monday, February 20, 2023 10:44 AM
**To:** Robert B. Stock <rstock@vogellaw.com>
**Cc:** Mary Dugan <mary@feganscott.com>; Donna J. Hestbeck <dhestbeck@vogellaw.com>
**Subject:** Re: Kraft v. Essentia Health - Court's Order

Sure. I have a call at 11 E that should be done by then. I'll call you right after.

> On Feb 20, 2023, at 10:29 AM, Robert B. Stock <rstock@vogellaw.com> wrote:

I am working most of the day today so whatever works for you. Do you want to do 10:30amCT/11:30amEST?



**Robert B. Stock | Attorney**
218 NP Avenue | P.O. Box 1389 | Fargo, ND 58102
T: 701.237.6983 | D: 701.356.6316 | C: 701.261.7893
F: 701.237.0847 | TF: 866.771.9930
vogellaw.com | rstock@vogellaw.com

This is a transmission from the Vogel Law Firm, Ltd. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and immediately notify the sender by return email.

---

**From:** Melissa Clark <melissa@feganscott.com>
**Sent:** Friday, February 17, 2023 3:43 PM
**To:** Robert B. Stock <rstock@vogellaw.com>
**Cc:** Mary Dugan <mary@feganscott.com>; Donna J. Hestbeck <dhestbeck@vogellaw.com>
**Subject:** Re: Kraft v. Essentia Health - Court's Order

Happy to chat Monday - just let me know a good time.

Melissa Ryan Clark | **Fegan Scott LLC** | 347.353.1150



---

**From:** Robert B. Stock <rstock@vogellaw.com>
**Sent:** Friday, February 17, 2023 3:37 PM
**To:** Melissa Clark <melissa@feganscott.com>
**Cc:** Mary Dugan <mary@feganscott.com>; Donna J. Hestbeck <dhestbeck@vogellaw.com>
**Subject:** RE: Kraft v. Essentia Health - Court's Order

It will just be myself rstock@vogellaw.com and the witness Frank Modich frank.modich@essentiahealth.org

Are you working at all Monday? We should discuss the scope of the deposition quick re our objections to your topic No. 1.

I am about to step out the door for the remainder of the day today.



**Robert B. Stock | Attorney**
218 NP Avenue | P.O. Box 1389 | Fargo, ND 58102
T: 701.237.6983 | D: 701.356.6316 | C: 701.261.7893
F: 701.237.0847 | TF: 866.771.9930
vogellaw.com | rstock@vogellaw.com

This is a transmission from the Vogel Law Firm, Ltd. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and immediately notify the sender by return email.