UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>        Defendants. | Case No. 3:20-CV-00121<br><br><br><br><br><br>**AFFIDAVIT OF ELECTRONIC SERVICE** |

STATE OF NORTH DAKOTA    )
                                ) ss.
COUNTY OF CASS               )

     I hereby certify that on April 10, 2023, the following document(s) were filed and served electronically via Pacer:

**Essentia Health's and Innovis Health, LLC's Reply to Plaintiffs' Response Brief Regarding Essentia's Peer Review Organization Structure**

     A copy of the foregoing served upon:

Elizabeth A. Fegan
beth@feganscott.com

Brooke Achua
brooke@feganscott.com

Melissa Ryan Clark
melissa@feganscott.com

Mac Schneider
mac@schneiderlawfirm.com

J. Barton Goplerud
goplerud@sagwlaw.com

Brian O. Marty
marty@sagwlaw.com

Peter W. Zuger
pzuger@serklandlaw.com

Ian R. McLean
imclean@serklandlaw.com

Morgan L. Croaker
mcroaker@serklandlaw.com

Debra J. Krueger

Subscribed and sworn to before me this 10th day of April, 2023.

Notary Public

BARBARA NASH
Notary Public
State of North Dakota
My Commission Expires May 26, 2023
[SEAL]

5087889.1

2