UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, <br><br> Defendants. | Case No. 3:20-CV-00121 <br><br><br> **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court amend the February 7, 2023, Scheduling Order (Doc. ID No. 253 (text only), as follows:

1.  Substantial completion of document production will be completed by November 30, 2023.

2.  The parties shall have until January 30, 2024, to amend pleadings or file motions to join additional parties.

3.  The parties shall have until January 30, 2024, to move to add claims for punitive damages.

5182606.3

4.      Fact discovery shall be complete by March 18, 2024.

5.      The parties shall have until April 5, 2024, to file discovery motions.

6.      Plaintiffs' class certification expert disclosures and reports and motion for class certification are due by May 23, 2024.

7.      Defendants' class certification expert disclosures and reports and response to Plaintiffs' motion for class certification are due by July 8, 2024.

8.      Plaintiffs' reply in support of their motion for class certification and rebuttal class certification experts are due by August 22, 2024.

The parties recognize that the completion of discovery is dependent on further determinations by a special master and the Court, and they acknowledge that the parties may need to request additional extensions of time if those determinations remain pending as deadlines approach.

This stipulated motion is brought in good faith and not for purposes of delay.


Dated: August 1, 2023         BY:   */s/ Melissa Ryan Clark*
                                    Melissa Ryan Clark
                                    FEGAN SCOTT LLC
                                    140 Broadway, 46th Fl.
                                    New York, NY 10005
                                    Ph: 646.502.7910
                                    Fax: 312.264.0100
                                    melissa@feganscott.com

                                    Elizabeth A. Fegan
                                    FEGAN SCOTT LLC
                                    150 S. Wacker Dr., 24th Floor
                                    Chicago, IL 60606
                                    Ph: 312.741.1019
                                    Fax: 312.264.0100
                                    beth@feganscott.com

                                    Scott Haider (#07533)
                                    SCHNEIDER LAW FIRM
                                    815 3rd Ave. S. Fargo, ND 58103
                                    Ph: 701-235-4481
                                    Fax: 701-235-1107
                                    scott@schneiderlawfirm.com

5182606.3

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

Dated:  August 1, 2023

BY:  */s/ Robert B. Stock*

Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
MacKenzie L. Hertz (#09392)
VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com

ATTORNEYS FOR DEFENDANTS ESSENTIA
HEALTH AND INNOVIS HEALTH, LLC

3

5182606.3