UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated, | Case No. 3:20-CV-00121 |
| Plaintiffs, | **STIPULATED MOTION FOR ADDITIONAL TIME TO SUBMIT PROPOSED ORDER APPOINTING SPECIAL MASTER** |
| vs. | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, | |
| Defendants. | |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court allow additional time for the Parties to submit a proposed order appointing a special master, as ordered in the Court's Order Regarding Discovery Dispute and Appointing Special Master (Doc. ID No. 242).

The Parties were not able to meet with the proposed special master until the morning of Monday, October 16, 2023, and need additional time for the parties to confer regarding the contents of a proposed order appointing a special master. The parties respectfully request an

*5253174.1*

additional ten (10) business days to submit a proposed order appointing special master, new deadline being November 1, 2023.

This stipulated motion is brought in good faith and not for purposes of delay.

|  |  | /s/ Melissa Ryan Clark |
|---|---|---|
| Dated: October 16, 2023 | BY: | Melissa Ryan Clark |

FEGAN SCOTT LLC
140 Broadway, 46th Fl.
New York, NY 10005
Ph: 646.502.7910
Fax: 312.264.0100
melissa@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider (#07533)
SCHNEIDER LAW FIRM
815 3rd Ave. S. Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

2

*5253174.1*

*/s/ Robert B. Stock*
<u>                                         </u>

Dated:  October 16, 2023          BY:   Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
MacKenzie L. Hertz (#09392)
VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com

ATTORNEYS FOR DEFENDANTS ESSENTIA
HEALTH AND INNOVIS HEALTH, LLC

3

*5253174.1*