UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>      Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**MOTION TO WITHDRAW OF MACKENZIE L. HERTZ OF VOGEL LAW FIRM AS COUNSEL OF RECORD** |

Pursuant to Local Rule 1.3(F)(3), MacKenzie L. Hertz of Vogel Law Firm seeks leave of Court to withdraw as counsel on behalf of Defendants in the above-captioned matter. In support of this motion, the following is stated:

1.  On September 16, 2021, Ms. Hertz made a Notice of Appearance in this matter on behalf of Defendants (Doc. 117);

2.  Angela E. Lord, Robert B. Stock, and Briana L. Rummel will continue to represent Defendants in this matter, and thus, Defendants will not be prejudiced.

WHEREFORE, it is respectfully requested that the Court grant MacKenzie L. Hertz leave to withdraw as one of the attorneys of record in this action.

|                                   |                             |
|-----------------------------------|-----------------------------|
|                                   | */s/ MacKenzie L. Hertz*     |
| Dated: February 21, 2024          | BY: Angela E. Lord (#05351)  |
|                                   | Robert B. Stock (#05919)     |
|                                   | Briana L. Rummel (#08399)    |
|                                   | MacKenzie L. Hertz (#09392)  |

VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
rstock@vogellaw.com
brummel@vogellaw.com
mhertz@vogellaw.com

ATTORNEYS FOR DEFENDANTS ESSENTIA HEALTH AND INNOVIS HEALTH, LLC

5321980.1

2