UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, individually and as parent
of minors L.K., S.K., and O.K.; SHELLI
SCHNEIDER, individually and as parent of
minors A.S. and W.S.; ANNE BAILEY, as
parent of minor D.B.; AMY LAVELLE, as
parent of minors EM.L. AND EL.L.;
ELIZABETH BEATON, individually and as
parent of minor M.B.; AMANDA and
TYRELL FAUSKE, individually and as
parents of minors C.R.F. AND C.J.F.;
JENNIFER REIN, individually; and
JESSICA BERG, as parent of minors A.B.
and S.B., individually and on behalf of all
others similarly situated,

Plaintiffs,

v.

ESSENTIA HEALTH, INNOVIS
HEALTH, LLC d/b/a ESSENTIA
HEALTH, DAKOTA CLINIC
PHARMACY, LLC, JOHN DOE
MANUFACTURERS, AND
JOHN DOE DISTRIBUTOR,

Defendants.

NO. 3:20-CV-121

Hon. Peter D. Welte

Mag. Alice R. Senechal

**MOTION TO WITHDRAW MELISSA CLARK OF
FEGAN SCOTT LLC AS COUNSEL OF RECORD**

Pursuant to Local Rule 1.3(F)(3), Melissa Clark of Fegan Scott LLC seeks leave of Court

to withdraw as counsel on behalf of Plaintiffs in the above-captioned matter. In support of this

motion, Plaintiffs state as follows:

1. On February 17, 2021, this Court granted Ms. Clark's motion for leave to appear pro hac

vice on behalf of Plaintiffs (Dkt. 35);

2. Ms. Clark is leaving the firm of Fegan Scott LLC after March 29, 2024;

3. Elizabeth A. Fegan of Fegan Scott LLC will continue to represent Plaintiffs in this matter, and thus, Plaintiffs will not be prejudiced.

WHEREFORE, Plaintiffs respectfully request that the Court grant Melissa Clark leave to withdraw as one of the attorneys of record in this action.

Dated: March 27, 2024

Respectfully submitted,

By: /s/ *Melissa Clark*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax:    312.264.0100
beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Ph: 347.353.1150
Fax: 312.264.0100
melissa@feganscott.com

Counsel for Plaintiffs