UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>        Defendants. | Case No. 3:20-CV-00121<br><br>**STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court amend November 7, 2023 Scheduling Order (Doc. ID No. 247) as follows:

1. Substantial completion of document production will be completed by **November 27, 2024**.

2. The parties shall have until **January 28, 2025**, to amend pleadings or file motions to join additional parties.

3. The parties shall have until **January 28, 2025**, to move to add claims for punitive damages.

4. Fact discovery shall be completed by **March 18, 2025**.

5. The parties shall have until **April 4, 2025**, to file discovery motions.

6. Plaintiffs' class certification expert disclosures and reports and motion for class certification are due by **May 23, 2025**.

7. Defendants' class certification expert disclosures and reports and response to Plaintiffs' motion for class certification are due by **July 7, 2025**.

8. Plaintiffs' reply in support of their motion for class certification and rebuttal class certification experts are due by **August 20, 2025**.

This stipulated motion is brought in good faith and not for purposes of delay.

|  |  |  |
|---|---|---|
|  |  | */s/ ELIZABETH A. FEGAN* |
| Dated: May 23, 2024 | BY: | Elizabeth A. Fegan |
|  |  | FEGAN SCOTT LLC |
|  |  | 150 S. Wacker Dr., 24th Floor |
|  |  | Chicago, IL 60606 |
|  |  | Ph: 312.741.1019 |
|  |  | Fax: 312.264.0100 |
|  |  | beth@feganscott.com |

Scott Haider (#07533)
SCHNEIDER LAW FIRM
815 3rd Ave. S. Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

|  |  |  |
|---|---|---|
| Dated: Dated: May 23, 2024 | BY: | */S/ BRIANA L. RUMMEL* <br> Angela E. Lord (#05351) <br> Robert B. Stock (#05919) <br> Briana L. Rummel (#08399) <br> VOGEL LAW FIRM <br> 218 NP Avenue <br> PO Box 1389 <br> Fargo, ND 58107-1389 <br> Ph: 701.237.6983 <br> Fax: 701.237.0847 <br> alord@vogellaw.com <br> rstock@vogellaw.com <br> brummel@vogellaw.com <br><br> ATTORNEYS FOR DEFENDANTS ESSENTIA HEALTH AND INNOVIS HEALTH, LLC |