**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

---

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B.; AMY LAVELLE, individual and as parent of minors Em.L. and E1.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated, | Case No. 3:20-CV-00121 |
| | |
| Plaintiffs, | |
| | **NOTICE OF APPEARANCE** |
| vs. | |
| | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, | |
| | |
| Defendants. | |

---

PLEASE TAKE NOTICE that Christopher R. Morris and the law firm of Bassford Remele, P.A. hereby appears as co-counsel of record on behalf of Defendants Essentia Health and Innovis Health, LLC d/b/a Essentia Health in the above-captioned matter.

2

**BASSFORD REMELE**
*A Professional Association*

Date:  July 11, 2024

*/s/ Christopher R. Morris*
Christopher R. Morris (ND #6407)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
(612) 333-3000
cmorris@bassford.com

*Attorneys for Essentia Health and Innovis Health, LLC d/b/a Essentia Health*

2