UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>   Defendants. | Case No. 3:20-CV-00121<br><br><br><br>**MOTION TO WITHDRAW ROBERT B. STOCK AS COUNSEL OF RECORD FOR DEFENDANTS ESSENTIA HEALTH AND INNOVIS HEALTH, LLC** |

Pursuant to Local Rule 1.3(F)(3), leave of Court is sought to withdraw Robert B. Stock as counsel on behalf of Defendants Essentia Health and Innovis Health, LLC, in the above-captioned matter. In support of this motion, the following is stated:

1. Robert B. Stock is no longer an attorney at Vogel Law Firm.

2. Angela E. Lord and Briana L. Rummel of Vogel Law Firm will continue to represent Defendants Essentia Health and Innovis Health, LLC, in this matter as counsel of record, in addition to Christopher R. Morris of Bassford Remele.

WHEREFORE, it is respectfully requested that Robert B. Stock be withdrawn as an attorney of record in this action.

Dated:  July 18, 2024

**VOGEL LAW FIRM**

*/s/ Angela E. Lord*

BY:  Angela E. Lord (#05351)
Briana L. Rummel (#08399)
VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
brummel@vogellaw.com


**BASSFORD REMELE**
Christopher R. Morris (ND #6407)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
(612) 333-3000
cmorris@bassford.com

ATTORNEYS FOR DEFENDANTS ESSENTIA
HEALTH AND INNOVIS HEALTH, LLC