# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S and W.S.; ANNE BAILEY, as parent of minor D.B.; AMY LAVELLE, as parent of minors Em.L. and El.L; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:20-CV-121<br><br>Hon. Peter D. Welte<br><br>Mag. Alice R. Senechal |
| Plaintiffs, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael von Klemperer of the law firm of FEGAN SCOTT

LLC hereby appears as co-counsel of record on behalf of Plaintiffs in the above-captioned matter.

1

Dated: July 25, 2024                    Respectfully submitted,


                                        By: */s/Michael von Klemperer*
                                        Michael von Klemperer
                                        FEGAN SCOTT LLC
                                        1763 Columbia Rd. NW, Suite 100
                                        Washington, D.C. 20009
                                        Ph: 202.921.0002
                                        Fax: 312.264.0100
                                        mike@feganscott.com

                                        Counsel for Plaintiffs

2