UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Kraft, et. al,

Plaintiff,                                                          Case No:  3:20-cv-121

 v.

Essentia Health, et. al

**CLERK'S MINUTES**
Proceeding: Status Conference
(via telephone)

Presiding Special Master:  U.S. Magistrate Judge Karen K. Klein   Date:  Friday, August 23rd, 2024
Deputy Clerk: Sarah Lien                                          Time:  9:00am
Law Clerks:  (not present)                                       Recess:  9:11am
Digital Recorder:  240823-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs: Elizabeth Fegan
Counsel for Defendants:  Angela Lord and Bryce Riddle

----------------------------------------------------------------------------------------------------------------

 Court calls case and counsel enter appearances.

Court states reason for today's status conference is a potential conflict has arisen.

There are three options to resolve the conflict:
1.  Attorney Scott Haider could withdraw if he chooses.
2.  Magistrate Judge Karen K. Klein could recuse herself.
3.  If it is waviable, parties could consent to have Magistrate Judge Karen K. Klein remain as Special Master on the case.

Parties respond they would like to confer with their clients.

Court notes parties could request a conference or respond in writing after conferring with their clients.

Attorney Fegan states it would be beneficial for parties to confer again after speaking with clients.

Recess.