UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA


Jessica Kraft, et. al,

Plaintiffs,                                                        Case No:  3:20-cv-121

  v.

Essentia Health, et. al,

                                                    **CLERK'S MINUTES**
Defendants.                                  Proceeding: Status Conference
                                                       (via telephone)


Presiding Judge:  U.S. Magistrate Judge Alice R. Senechal        Date:  Friday, September 13, 2024
Deputy Clerk: Sarah Lien                                         Time:  9:00am
Law Clerks:  Amy Strankowski                                     Recess: 9:26am
Digital Recorder:  240913-000.mp3 (JS Chambers Recorder)

---

Counsel for Plaintiffs: Elizabeth Fegan, Mike Von Klemperer, and J. Barton Goplerud
Counsel for Defendants:  Angela Lord, Brianna Rummel, and Bryce Riddle

-------------------------------------------------------------------------------------------------------------

 Court calls case and counsel enter appearances.

 Court inquires as to parties positions on the special master's potential conflict that was discussed at
 the Status Conference on August 23, 2024.
 Attorney Fegan states Plaintiffs have no concerns.
 Attorney Lord states Defendants have no concerns.
 Any concerns regarding the potential conflict have been waived by all parties.

 Court inquires as to the production of documents as it relates to the Report and Recommendations
 filed at Doc. 255.
 Attorney Lord explains rolling production of documents will start in September and believes deadline
 of November 27, 2024 for Substantial Completion of Document Production is within reach.
 Attorney Fegan is hopeful deadline will work but is concerned about the volume to be received,
 redactions, and decoupling of parent and child documents.

 Discussion held regarding redactions.
 Discussion held regarding decoupling.  Parties to confer.

 Status Conference to be set for Friday, October 4 at 10:00 am.

 Order on Report and Recommendations to be filed.