UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION


Jessica Kraft, et. al

v.                                                    Case No:  3:20-cv-121

Essentia Health, et. al


**CLERK'S MINUTES**
Proceeding:  Status Conference


Presiding Judge:  U.S. Magistrate Judge Alice R. Senechal          Date:  October 4, 2024
Deputy Clerk:  Sarah Lien                                          Time:  10:00 am
Law Clerk: Claire Thompson                                        Recess: 10:17 am
Digital Recorder: 241004-0000.mp3 (JS Chambers Recorder)

Counsel for Plaintiff: Elizabeth Fegan, Mike Von Klemperer, and J. Barton Goplerud
Counsel for Defendants: Bryce Riddle

--------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.

Attorney Riddle comments on document production so far.  Parties have come to an agreement regarding parent and child decoupling.  Defendant will ensure they are not decoupled during production of documents.

Discussion held regarding redaction of the MRN and redaction of date and time on documents.

Attorney Fegan agrees decoupling issue has been resolved.  Plaintiff  states they will review documents received to decide whether MRN issue has been resolved.  Attorney Fegan provides reason as to why date and time are relevant.

Court requests Briefs to be submitted by counsel regarding the unresolved issues.
Plaintiff will have until Friday, October 11, 2024 to submit their brief.
Defense will have until Friday, October 18, 2024 to respond.

Recess.