**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Jessica Kraft, individually and as parent to minors L.K., S.K. and O.K.; et al. )<br><br>)<br><br>)<br><br>)<br>v. )<br><br>)<br>Essentia Health, et al. )<br><br>)<br><br>)<br><br>)<br><br>) | **MOTION TO APPEAR**<br>**PRO HAC VICE**<br><br><br>**Case No.** 3:20-cv-00121-PDW-ARS |

Ashali Chimata , an attorney for   Plaintiffs

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | - The District of Columbia Bar, Bar No. 90018944 |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated the 10th day of October, 2024.

/s/  *Ashali Chimata*

FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Phone: 771.244.6729
Fax: 312.264.0100
ashali@feganscott.com