UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, <br><br> Defendants. | Case No. 3:20-CV-00121 <br><br><br> **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request, consistent with the Court's Discovery Order (Doc. ID No. 277 at 9), that the November 27, 2024 deadline for the substantial completion of document production be extended as follows:

1. On December 5, 2024, the parties met and conferred pursuant to this Court's Order Regarding Discovery (Doc. No. 277). During the meet and confer, Defendants proposed updating previously-produced financial spreadsheets to include MRNs and date/month of service in addition to unredacting ten (10) percent of documents previously redacted on the basis of the physician-patient privilege and which concerned MRNs and/or date/month of

service. The parties agreed Defendants would produce this information on or before **January 15, 2025**.

To account for the foregoing extended document production schedule, the parties further stipulate and request that the Court amend the remaining deadlines in the Court's May 24, 2024 Scheduling Order (Doc. ID No. 254) by approximately the same amount of time, as follow:

2. The parties shall have until **March 28, 2025**, to amend pleadings or file motions to join additional parties.

3. The parties shall have until **March 28, 2025**, to move to add claims for punitive damages.

4. Fact discovery shall be completed by **May 16, 2025**.

5. The parties shall have until **June 3, 2025**, to file discovery motions.

6. Plaintiffs' class certification expert disclosures and reports and motion for class certification are due by **July 22, 2025**.

7. Defendants' class certification expert disclosures and reports and response to Plaintiffs' motion for class certification are due by **September 5, 2025**.

8. Plaintiffs' reply in support of their motion for class certification and rebuttal class certification experts are due by **October 17, 2025**.

This stipulated motion is brought in good faith and not for purposes of delay.

2

Dated: December 16, 2024

Respectfully submitted,

/s/ *Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Michael von Klemperer
Ashali Chimata
FEGAN SCOTT LLC
1763 Columbia Rd. NW, Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com
ashali@feganscott.com

Scott Haider (#07533)
SCHNEIDER LAW FIRM
815 3rd Ave. S. Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

/s/ *Bryce D. Riddle*
Christopher R. Morris (ND #6407)
Bryce D. Riddle
Bassford Remele, PA
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:  612.333.3000
cmorris@bassford.com
briddle@bassford.com

Angela E. Lord (#05351)
Briana L. Rummel (#08399)
VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
brummel@vogellaw.com

ATTORNEYS    FOR    DEFENDANTS
ESSENTIA    HEALTH    AND    INNOVIS
HEALTH, LLC

3