UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Jessica Kraft, et. al

v.                                                                      Case No:  3:20-cv-121

Essentia Health, et. al

**CLERK'S MINUTES**
Proceeding:  Status Conference
(via telephone)

Presiding Judge:  U.S. Magistrate Judge Alice R. Senechal          Date: January 15, 2025
Deputy Clerk:  Sarah Lien                                                         Time: 11:30 am
Law Clerk: Claire Thompson                                                    Recess: 11:38 am
Digital Recorder: 250115-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs: J. Barton Goplrud and Mike Von Klemperer
Counsel for Defendants: Angela Lord and Bryce Riddle,

Court calls case and counsel enter appearances.

Attorney Von Klemperer explains plaintiffs have received documents per the November 21, 2024 Order (Doc. 277).  Parties will be moving onto depositions and interrogatories.  Attorney Von Klemperer notes the only production of documents issue is regarding documents without meta data per the ESI Order.

Attorney Riddle states defendants have provided all documentation.  Attorney Riddle notes defendant is looking into the meta data issue and verifying  all information is subject to ESI protocol but will provide the required documents available in the next couple of weeks.

Court reviews pending deadlines.
Parties state no adjustments are currently needed.

Court reminds parties of the discovery dispute process.

Recess.