UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION


Jessica Kraft, et. al

v.                                                          Case No:  3:20-cv-121

Essentia Health, et. al


**CLERK'S MINUTES**
Proceeding:  Status Conference - Discovery Dispute
(via telephone)

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal        Date:  April 21. 2025
Deputy Clerk: Sarah Lien                                        Time: 1:35 pm
Law Clerk: Claire Thompson                                      Recess: 2:03 pm
Digital Recorder: 250421-001.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs:  Ashali Chimata, J. Barton Goplerud, and Michael Von Klemperer
Counsel for Defendants:  Angela Elsperger Lord and Briana Rummel

--------------------------------------------------------------------------------------------------------------

Court calls case and counsel note appearances.

Court has reviewed documents received and asks for clarification to defer topics 11 - 13.
Attorney Von Klemperer states topics 11 - 13 could be deferred until documents are received.
Attorney Lord explains production will not resolve the nature of objections to 11 - 12 but does have someone designated to address topic 13 in part.

Court asks parties to explain positions on topics 15 - 17.
Attorney Von Klemperer notes these topics are to confirm completeness of responses to interrogatories and to inquire as to how data was compiled.
Attorney Lord states there is not reasonable particularity to the requests and verifying that data is true and correct differs from requesting additional information about the responses.
Attorney Von Klemperer will provide Essentia a narrowed scope of responses about which plaintiffs are seeking additional information.

Court addresses topic 18 regarding information to identify witnesses listed in initial disclosures and notes there are 17 witnesses identified in the initial disclosures.
Attorney Von Klemperer explains plaintiffs want to know the role each individual played in regards to the alleged temperature excursion and Essentia's response to it.
Attorney Lord states the scope is too broad and notes plaintiffs plan to depose 9 of the 17 individuals.
Court advises Essentia to designate someone to testify regarding more detail about the roles of the

8 remaining witnesses and Essentia agrees to do so.

Court addresses topic 8.
Attorney Von Klemperer notes this topic and the remaining topics involve the relationship between Dakota Clinic Pharmacy and Essentia Health.

Parties are to confer to set up another discovery dispute status conference and contact chambers to get it on the Court's calendar.  Depositions should continue this Wednesday and Thursday to cover as much as possible.

In response to a question from Attorney Lord, Court confirms Essentia should not move for a protective order at this time.

Recess.