# EXHIBIT D

**Mike von Klemperer**

| | |
|---|---|
| **From:** | Mike von Klemperer |
| **Sent:** | Friday, April 11, 2025 5:57 PM |
| **To:** | Angela Elsperger Lord; Ashali Chimata |
| **Cc:** | Christopher R. Morris; Kristin F. Syverson; Bryce D. Riddle; Briana L. Rummel; Alicia A. Schaffer; Elizabeth Fegan; marty@sagwlaw.com; scott@schneiderlawfirm.com; Bart Goplerud; Annitta Bailey |
| **Subject:** | RE: Kraft – Essentia/Innovis Depositions/Scheduling |

Thanks Angie, we will hold the date. Is that for Witten or Hurley?

To follow-up on my letter from yesterday on the Rule 30(b)(6) notice, Plaintiffs agree to withdraw Topics 5-7 regarding federal and state regulations, recommendations, and guidance. To be clear, federal and state regulations and guidance may still come up to the extent they are encompassed within other topics, but they are withdrawn as standalone topics in light of Essentia's objections.

Have a nice weekend,

Mike von Klemperer | **Fegan Scott LLC** | 202.921.0002

**Ⅎⅎ feganscⱭ**

**From:** Angela Elsperger Lord <aelord@vogellaw.com>
**Sent:** Friday, April 11, 2025 5:39 PM
**To:** Ashali Chimata <ashali@feganscott.com>
**Cc:** Christopher R. Morris <cmorris@bassford.com>; Kristin F. Syverson <KSyverson@vogellaw.com>; Bryce D. Riddle <BRiddle@bassford.com>; Briana L. Rummel <brummel@vogellaw.com>; Alicia A. Schaffer <ASchaffer@vogellaw.com>; Elizabeth Fegan <beth@feganscott.com>; marty@sagwlaw.com; Mike von Klemperer <mike@feganscott.com>; scott@schneiderlawfirm.com; Bart Goplerud <goplerud@sagwlaw.com>; Annitta Bailey <annitta@feganscott.com>
**Subject:** Re: Kraft – Essentia/Innovis Depositions/Scheduling

Hello, we are still working on Diane Witten and Al Hurley.  Will you please hold May 22nd in the meantime until I have more details.  Thank you.

> On Apr 11, 2025, at 4:33 PM, Ashali Chimata <ashali@feganscott.com> wrote:

> Counsel,

> Please see the attached Plaintiffs' deposition notices.

> Thank you,

> Ashali Chimata| Associate | Fegan Scott LLC | 771.244.6729
> <image003.png>

1