# EXHIBIT E



Direct Dial: 701.356.6321
218 NP Avenue | Fargo, ND  58102
PO Box 1389 | Fargo, ND 58107-1389
Fax: 701.237.0847
alord@vogellaw.com

April 14, 2025

**VIA EMAIL ONLY**

Mike Von Klemperer                                    mike@feganscott.com
Elizabeth Fegan                                        beth@feganscott.com
Ashali Chimata                                       ashali@feganscott.com
Scott Haider                                  scott@schneiderlawfirm.com
J. Barton Goplerud                                 goplerud@sagwlaw.com
Brian O. Marty                                        marty@sagwlaw.com

Re:      **Notice of Rule 30(b)(6) Deposition**
         **Our File No.:  036304.20127**

Dear Counsel:

This letter is in follow up to address Plaintiffs' Notice of Deposition to Essentia Health Pursuant to Fed. R. Civ. P. 30(b)(6), the meet and confer on Wednesday, April 2, 2025, and the correspondence exchanged on the Rule 30(b)(6) topics to date, from April 8, 2025, April 10, 2025, and April 11, 2025, respectively.

As stated previously, Essentia continues to object to the definitions of "Affected Medications" and "Temperature Excursion" and "Excursion" in the notice.  By making designations, Essentia does not concede or accept the definitions and they remain in dispute.

## I.      DESIGNATIONS

With this preface, Essentia intends to designate the following representatives for the following topics:

1. **Anthony "Tony" Kaufenberg, Essentia Health's current Vice President of Pharmacy**, will be designated for topics 1(a); 1(b); 1(e); 1(f); 1(g); 1(h); 1(j) as to Essentia's response to potential excursion with respect to the response taken and documentation related to the same; 1(m); 1(n); 1(o); 3(a); 3(e); 4; and 19 as to pharmacy-related data.

April 14, 2025
Page 2

2. **Frank Modich, Essentia Health's Associate General Counsel**, will be designated for topics 1(f), 1(g), 1(h), and 3(e) as they pertain to DCP's contractual obligations under the Shared Services Agreement; 9; and 10.

3. **Ryan Ferrell, Senior Business Intelligence Analyst** will be designated for topics 3(b) as it pertains to the financial spreadsheets; and 19 as it pertains to the financial spreadsheets and the database from which they were extracted and the definitions of the column headings within them.

4. **Kim Deiss, Essentia Health's Vice President Marketing and Communications**, will be designated for topic 3(b) as it relates to notifications sent to patients; and 13, as it pertains to communications in response to the potential temperature excursion, with the exception of the language related to Dakota Clinic Pharmacy.

5. **Dr. Richard Vetter, former Chief Medical Officer for Innovis Health, LLC**, will be designated for topic 1(j) as it pertains to the response to the potential excursion, key decision makers regarding the response, and the decision(s) to offerings to patients.

## II.   TOPICS UNDERSTOOD TO BE WITHDRAWN

Based upon the correspondence referenced above, it is understood that the following topics have been withdrawn by Plaintiffs: 3(c); 3(d); 3(f); 5; 6; 7; 19 as it pertains to "any data fields available in that database that were omitted from production'; and 20.  If there is a misunderstanding, and these have not been withdrawn, please advise.

## III.   TOPICS THAT REMAIN IN DISPUTE

Based upon the communications to date, the following topics remain in dispute:  1(c); 1(d); 1(i); 1(k); 1(l) to the extent it goes beyond topic 1(a) above; 2; 8; 11; 12; 13 as it relates to Dakota Clinic Pharmacy or goes beyond communications in response to the potential temperature excursion; 14; 15; 16; 17; and 18.  We are willing to continue to address these areas that remain in dispute in advance of the Court's conference on Tuesday.

Thank you.

Very truly yours,

*/s/ Angie E. Lord*

Angie E. Lord

AEL:kfs