# EXHIBIT F

## Essentia Health

**SBAR – One Essentia Refrigerator Replacement and Temperature Monitoring**

**Author: Al Hurley**

**5/1/2020**

| | |
|---|---|
| **Situation** | · February 28, 2020, the West Market discovered a temperature excursion for the refrigeration of medications via a distributor partner<br><br>· March 17,2020, Dr. Herman and Jodi asked that Al Hurley lead a team to review the current state of refrigeration across the system and report any gaps and recommendations. |
| **Background** | · Across the Essentia footprint, there is a variety of refrigerators and freezers that are used to store medications, patient food, lab reagents, blood products and specimens, deceased patients and other items necessary for patient care. These units are required to refrigerate items at temperatures prescribed by suppliers and/or regulatory agencies to ensure patient safety and/or product effectiveness.<br><br>· These units must be monitored to ensure that the environments inside the units maintain the temperatures required for the items stored.  Monitoring is done manually or by automated devices.  The current monitoring methods include manual, purchased equipment and service (Smart Sense), building control system (Niagara, Johnson Controls).<br><br>· CDC provides written expectations and guidance for the safe storage and monitoring of patient injectables and remains and blood products. |
| **Assessment** | This is the first system-wide inclusive inventory of refrigeration assets and monitoring.  The data collected uncovered information that was known in locations, but not shared as a system in order to evaluate gaps or best practice within and outside of Essentia Health.  The areas reviewed within the 40-day window are refrigeration units, monitoring systems, process/ policies/education, and oversite. The inventory data is attached.<br><br>Refrigeration units<br><br>· Across the Essentia footprint, there is variation in refrigerators and freezers for the proper use to store medications, patient food, lab specimens and other items necessary for patient care. Not all these units are Medical grade for storing needed patient care materials mentioned above. In addition, there are units that are functioning inadequately.<br><br>· The accountable oversite for the refrigeration units is unclear.  The units are in operations at a location or department for use.  The units are to be reviewed for performance by Facilities. The items stored in the units are overseen by Pharmacy or Lab. |

Confidential Information-Subject to Protective Order

EHPRIV006480

EH025946

## Essentia Health

- Capital requests are made by facilities but are prioritized against other competing capital requests from operations. Therefore, the refrigeration requests maybe pushed out to future years, creating potential risks for excursions.

- Facilities team has categorized refrigeration equipment risks into High and Low. The High priority equipment is equipment that is either failing to keep consistent temperatures, end-of-life and not able to obtain parts, or not pharmaceutical/medical grade. The list below represents all assets that fall into these categories. A 20% contingency was added to the last purchase as a quote have not yet been obtained.

### Estimated Total Cost of Replacement Units

| West | High Priority: $ tbd week of 5/4/2020<br>Low Priority: $ tbd week of 5/4/2020 |
|---|---|
| East | High Priority: $ tbd week of 5/4/2020<br>Low Priority: $ tbd week of 5/4/2020 |
| Central | High Priority: $ tbd week of 5/4/2020<br>Low Priority: $ tbd week of 5/4/2020 |
| System | High Priority Total: $ tbd week of 5/4/2020<br>Low Priority Total: $ tbd week of 5/4/2020<br>Total: $ tbd week of 5/4/2020 |

*The refrigeration units noted as a H*igh Priority* for replacement are units that pose a risk to the organization due to malfunction or issues and need immediate replacement. *Low Priority* signifies these units need replacement, as they are not medical grade but are not an urgent need.

Confidential Information-Subject to Protective Order

EHPRIV006480

EH025947

**Essentia Health**

## Refrigerator Replacement Rationale



1     1 5
       6

**107**

- ■ Old - Difficulty finding parts for maintenance    Not recording temperature accurately

  Not maintaining temperature    Other malfunctions

  Not pharmaceutical/medical grade    Frequent Break-Downs

- ■ Fan Issues

<u>Monitoring Systems</u>

- · Excursion reports by location were not easily accessible
- · Multiple documents and policies exist for the management of monitoring refrigerators/freezers.
- · Monitoring of the temperatures is by:
    - o **Automated** - <u>Smart Sense</u> automatically contacts a calling tree when there is an error.  The current system requires updating as it is no longer supported.  There are monitoring and reporting functions available that are not utilized at this time.
    - o **Semi-automated** - <u>Niagara</u> building system software and <u>Johnson Controls</u> building system software.  The system signals an error by turning on a light for facility staff to see; however, if the light is not observed, the error is not resolved timely.
    - o **Manually** – requires the staff checking on temperatures hourly.
- · Pharmacy/lab leadership has not been involved in the past selection of the automated monitoring systems. Both pharmacy and lab have now reviewed vendors for a systemwide recommendation.
- · An assessment was made to have one system (Smart Sense) for the entire system.  The estimate includes an upgrade to the original Smart Sense system, which has outdated equipment and software (no longer supported by Smart Sense).  A less expensive proposal is an option (add only Smart Sense to those monitored manually).  However, there remains risk as the Niagara and Johnson Controls system has to be manually monitored for errors. Also, the remaining Smart Sense units are out-of-date.
- · Of Note - Smart Sense (on the new software), beginning July 1, 2020, will have the capability to record temperatures per requirements of the

Confidential Information-Subject to Protective Order

EHPRIV006480

EH025948

## Essentia Health

| | |
|---|---|
| | Vaccines For Children Program. Currently at Essentia, paper charting is done for this VFC requirement, which is not a best practice and scrutinized by The Joint Commission.<br><br>**SENSOR MONITORING PRICING**<br><br>Cost of adding monitoring system and move to one system for the entire organization is $400,000.  This would include monitoring all refrigerators and freezers.<br><br>Breakdown of $400,000 estimate:<br>   · $60,000 is to upgrade old Smart Temp software and probes.<br>   · $340,000 is to replace manual system and Niagara and Johnson Controls.<br><br>Annual fee for entire system is $60,000 ($51K for the new installs and $8,500 for the existing Smart Sense).<br><br>Education/Processes/Policies<br><br>   · There are 68 clinics and each clinic must have a designated Immunization Champion.  This position must be provided education and training on the CDC guidelines for monitoring and reporting the care and keeping of products required to be refrigerated or frozen. In general, the Immunization Champion is an MA with little training on the CDC expectations.<br>   · The training has been left up to the local market clinic leadership to provide the training.  There has been no centralized support through primary care nor through any quality reporting.  Although Joint Commission does review current policies, procedures and monitor reports, its review is only every 3 years. |
| **Recommendation** | 1. <u>Refrigeration Units</u>   Replace refrigerators/freezers which have known temperature control issues and are listed as High priority to reduce the risk of a temperature excursion.<br>2. <u>Monitoring System</u>   Replace the current monitoring systems and create a unified electronic method of temperature monitoring.  This should be established to ensure standard work and to allow an adequate procedure of monitoring temperature of these units.<br>3. <u>Education/Processes/policies</u>   Stand up, through the Immunization Committee, required education of all the Immunization Champions on CDC "Pink Book" expectations. Update policies as well as Standard work for monitoring and reporting through the Immunization Committee.<br>4. <u>Oversite</u>   The oversite of the Refrigeration, Monitoring systems and processes/policies be within the system Immunization Committee; to include 'monthly quality temperature reporting to targets'.  Reporting to the Immunization Committee by the Pharmacy and Lab leadership at the system level with monthly reporting to quality as a transparency to reduce risk. |
| | |

Confidential Information-Subject to Protective Order

EHPRIV006480

EH025949





Confidential Information-Subject to Protective Order          EHPRIV006480

EH025950