# EXHIBIT G

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NORTH DAKOTA**

JESSICA KRAFT, INDIVIDUALLY AND )
AS PARENT OF MINORS L.K., S.K., and )
O.K.; et al., individually and on behalf of all )
others similarly situated, )
                     )
                     )
          Plaintiffs, )
                     )
       v. )             No. 3:20-CV-121
                     )
ESSENTIA HEALTH, INNOVIS )       District Judge Peter D. Welte
HEALTH, LLC d/b/a ESSENTIA )       Magistrate Judge Alice R. Senechal
HEALTH, et al. )
                     )
          Defendants. )
                     )

**PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT ESSENTIA HEALTH**

Pursuant to Fed. R. Civ. P. 26 and 34, Plaintiffs request that Defendant Essentia Health

respond to these Requests and produce all responsive documents within 30 days.

**DEFINITIONS**

1.       "Communication" and "Communications" are used in a comprehensive sense, and

mean and include every conceivable manner or means of disclosure, transfer, transmittal, or

exchange of oral, written, electronic, or other information, in the form of facts, ideas, inquiries, or

otherwise, between or among one or more persons or entities, and include, without limitation, all

documents, writings, correspondence, memoranda, messages, meetings, conversations, discussions,

conferences, agreements, e-mails, or other transmittal of information, whether face- to-face, by

telephone, by mail, by facsimile, by computer, or otherwise, and further include, without limitation,

all forms of electronic communications and messages.

1

2.      "Document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a), including, without limitation, electronic or computerized data compilations.  A draft or non-identical copy is a separate document within the meaning of this term. The term "document" further includes, but is not limited to, any and all forms of recorded information, whether handwritten, printed, typed, or otherwise visually reproduced, electronically recorded or orally recorded, including all originals, revisions, and markups of drafts, and all files, documents, databases, e-mails, and other data maintained in computer-readable form.  The term "document" specifically includes, but is not limited to: working papers; communications, including intra-company communications; minutes and records of meetings; letters; facsimile transmissions; telegrams; telephone bills and records; cables; records; books; summaries or records of personal conversations or interviews; legal pleadings; affidavits; deposition transcripts; trial transcripts; forecasts; statistical statements; accountants' work papers; brochures; pamphlets; circulars; press releases; agreements; contracts; telephone messages, slips and logs; diary entries; electronic mail and messages of every kind; calendars; reports; evaluations; assessments; analyses; test results; correspondence; memoranda; notes; video recordings of every kind; audio recordings of every kind; electronic recordings of every kind; drawings; graphics; graphs; maps; diagrams; charts; photographs; tables; indices; recordings; tapes; microfilms; reports of investigations; opinions or reports of consultants; data processing and computer printouts, tapes, disks, and data and information stored in computers or data processing equipment, together with programs and program documentation necessary to utilize or retrieve such data or information; all other mechanical or electronic means of storing or recording data or information; and any other data compilation from which information can be obtained and translated through detection devices into reasonably usable form.

3.      "Essentia" means Defendant Essentia Health and all of its present and former officers, directors, committees, consultants, employees, experts, partners, corporate parents,

2

predecessors, successors, subsidiaries, affiliates, divisions, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing.

"You" or "Your" means Essentia.

## INSTRUCTIONS

1.      All documents that exist in electronic format are to be produced in their native format, or in another mutually agreeable format that provides Plaintiffs with all metadata associated with such electronic documents and allows Plaintiffs to search and organize such electronic documents in a manner that is as effective and efficient as that enjoyed by the producing party. Even if an alternative format is agreed to by the parties for some documents, (i) all excel spreadsheets, PowerPoint presentations, or any other document containing embedded data, instructions, or notes should be produced in native format; and (ii) any document which contains color should be produced in color regardless of production format.

2.      All documents produced must be produced in their entirety, including all attachments and enclosures, and in their original folder, binder, or other cover or container unless it is not possible to do so.  Whenever a document or group of documents is removed from a file folder, binder, file drawer, file box, notebook, or other cover or container, a copy of the label of such cover or other container must be attached to the document.

3.      For any communication produced, any document referenced therein shall be produced.

4.      If any document was, but is no longer, in Your possession or subject to Your control, state whether it (a) is missing or lost, (b) has been destroyed, (c) has been transferred, voluntarily or involuntarily, to others, or (d) has been otherwise disposed of, and in each instance explain the circumstances of such disposition, and state the approximate date thereof.

5.      As used herein, reference to any entity, company, corporation, organization, and/or

3

agency includes its former and present directors, members, partners, predecessors, subsidiaries, divisions, affiliates, committees, employees, staff, consultants, independent contractors, and/or actual and apparent agencies.

6.    The use of the singular form of any word includes the plural and vice versa.

## DOCUMENT REQUESTS

22.    Documents sufficient to show the form of all of Your marketing, advertising, promotional materials, website pages, pamphlets, brochures, and other communications to the public and/or patients concerning (a) the Affected Medications, (b) services in which the Affected Medications may be administered (e.g., chemotherapy, vaccinations), (c) the efficacy and safety of the services and medications You provide, (d) the quality of care You provide, or (e) Your provision of vaccinations.

23.    All documents reflecting the identity and/or number of individuals who received or viewed the marketing, advertising, promotional materials, website pages, pamphlets, brochures, and other communications responsive to Request 22.

24.    All documents regarding the objective, strategy, plan, intent behind, and efficacy of the marketing, advertising, promotional materials, website pages, pamphlets, brochures, and other communications responsive to Request 22.

25.    Documents sufficient to show your policies concerning, and standard of care for, the administration of the Affected Medications.

26.    Documents sufficient to show any warnings or instructions regarding the Affected Medications You provided to any Plaintiff, or the health care providers who administered the Affected Medications.

27.    Documents sufficient to show any warnings or instructions regarding the Affected Medications You provided to any Class Member, or the health care providers who administered the

4

Affected Medications.

28.    All informed consent forms associated with the administration of the Affected Medication provided to any Plaintiff or Class Member.

29.    Documents sufficient to show all forms of the Affected Medications' packaging and labeling from January 1, 2017 through the present.

30.    Documents sufficient to show all of the Affected Medications' storage and handling instructions and requirements from January 1, 2017 through the present.

31.    To the extent not already encompassed in the foregoing Requests, documents sufficient to show all warranties, promises, statements, or representations, whether express or implied, made to Your patients about the safety, efficacy, standard, or quality of the care they will receive generally, and to Your patients who received the Affected Medications concerning the safety, efficacy, standard, or quality of the medications and associated services specifically.

32.    To the extent not already produced, all documents referenced in Your Initial Disclosures, including any Supplemental Disclosures.

33.    To the extent not already produced, all documents from each individual You identify in your Initial Disclosures, including any Supplemental Disclosures, concerning the subject matter of their discoverable information You provided for that individual. If a particular individual's documents are not within your possession, custody, or control, please identify each such individual.

Dated: March 27, 2025

Respectfully served,

By: /s/*Michael von Klemperer*
Michael von Klemperer
Ashali P. Chimata
FEGAN SCOTT LLC
1763 Columbia Road NW
Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com
ashali@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider (#07533)
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

*Attorneys for Plaintiffs*

6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via email, on March 27, 2025, to the following, Counsel for Defendants:

Angela E. Lord
Briana L. Rummel
VOGEL LAW FIRM
218 NP Ave.
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
alord@vogellaw.com
brummel@vogellaw.com

Christopher R. Morris
Bryce D. Riddle
Bassford Remele, P.A.
100 South 5th St., Suite 1500
Minneapolis, MN 55402
Ph: 612.333.3000
cmorris@bassford.com
briddle@bassford.com

*Attorneys for Defendants Essentia Health and Innovis Health, LLC*

/s/ Michael von Klemperer
Michael von Klemperer

7