# EXHIBIT H

Confidential Information – Subject to Protective Order

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121-PDW-ARS<br><br><br><br>**DEFENDANT ESSENTIA HEALTH'S SECOND SUPPLEMENTAL ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT ESSENTIA HEALTH** |

TO:    PLAINTIFFS AND THEIR ATTORNEYS, ELIZABETH A. FEGAN, BROOKE ACHUA, AND MELISSA RYAN CLARK, FEGAN SCOTT LLC, 150 S. WACKER DRIVE, 24TH FLOOR, CHICAGO, IL 60606; MAC SCHNEIDER, SCHNEIDER LAW FIRM, 815 3RD AVENUE SOUTH, FARGO, ND 58103; AND J. BARTON GOPLERUD AND BRIAN MARTY, SHINDLER, ANDERSON, GOPLERUD & WEESE, PC, 5015 GRAND RIDGE DRIVE, SUITE 100, WEST DES MOINES, IA 50265.

Defendant Essentia Health ("Essentia"), for its second supplemental answers to

Plaintiffs' First Set of Interrogatories to Defendant Essentia Health, states as follows:

1

Confidential Information – Subject to Protective Order

## INTERROGATORIES

3.    Identify the Affected Medications, including but not limited to reach Affected Mediation's name; NDC, J-Code or other unique FDA-designated identifier; and Manufacturer.

**ANSWER:**    *See* General Objections above, which are incorporated herein by reference.  Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information.  Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs.  Moreover, this Interrogatory is overly broad and unduly burdensome to the extent it seeks NDC, J-Code or other unique FDA-designated identifier and manufacturer for product with respect to potential putative class members.  Without waiving objections, generally, the following products were stored at DCP between September 2017 and February 2020.  Discovery is continuing.

**Vaccinations**

| Generic | Brand | Manufacturers |
|---|---|---|
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed Vaccine | INFANRIX | GlaxoSmithKline |
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed, Hepatitis B (Recombinant) and Inactivated Poliovirus Vaccine | PEDIARIX | GlaxoSmithKline |
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed and Inactivated Poliovirus Vaccine | KINRIX | GlaxoSmithKline |
| Haemophilus b Conjugate Vaccine | PEDVAXHIB | Merck |

2

Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| Hepatitis A & Hepatitis B (Recombinant) Vaccine | TWINRIX | GlaxoSmithKline |
| Hepatitis A Vaccine | HAVRIX | GlaxoSmithKline |
| Hepatitis A Vaccine | Vaqta | Merck |
| Hepatitis B vaccine | ENGERIX-B | GlaxoSmithKline |
| Hepatitis B vaccine | Recombivax-HB | Merck |
| Human Papillomavirus 9-valent Vaccine | GARDASIL | Merck |
| Influenza (Live Attenuated) Vaccine | FLUMIST | AstraZeneca |
| Influenza Vaccine | FLUZONE | Sanofi Pasteur |
| Influzena Vaccine | FLUBLOK | Sanofi Pasteur |
| Meningococcal (Groups A, C, Y and W-135) Conjugate Vaccine | MENACTRA | Sanofi Pasteur |
| Meningococcal (Groups A, C, Y, and W-135) Oligosaccharide Diphtheria CRM197 Conjugate Vaccine | MENVEO | GlaxoSmithKline |
| Meningococcal B vaccine | BEXSERO | GlaxoSmithKline |
| Poliovirus Vaccine | IPOL | Sanofi Pasteur |
| Rabies Vaccine | IMOVAX | Sanofi Pasteur |
| Rabies Vaccine | Rabavert | GlaxoSmithKine |
| Tetanus and Diphtheria Toxoids Adsorbed Vaccine | TENIVAC | Sanofi Pasteur |
| Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Adosrbed Vaccine | BOOSTRIX | GlaxoSmithKline |
| Typhoid VI | TYPHIM VI | Sanofi Pasteur |

**Medications**

| Generic | Brand | Manufacturers |
|---|---|---|
| ado-Tratuzumab emtansine | Kadcyla | Genentech |
| Alprostadil | Caverject | Pfizer, Endo |
| Atezolizumab | Tecentriq | Genentech |
| Bevacizumab | Avastin | Genentech |

3

Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| Bleomycin | Bleomycin | Pfizer, Fresenius, Teva, Meitheal, Hikma, Amneal |
| Carflizomib | Kyprolis | Amgen |
| Carmustine | BiCNU | Zydus, Heritage, Amneal, Stat-Trade, Arbor |
| Certolizumab pegol | Cimzia | UCB Pharm |
| Cetuximab | Erbitux | Lilly |
| Darbepoetin | Aranesp | Amgen |
| Denosumab | Prolia/Xgeva | Amgen |
| Denosumab | Xgeva | Amgen |
| Doxorubicin | Adriamycin | Pfizer, Hikma, Sun, Baxter, Dr. Reddy, Fresenius, Teva, Mylan, J.O.M |
| Doxorubicin Liposome | Doxil | Baxter, Dr.Reddy, J-O-M Pharm, Zydus, Sun |
| Durvalumab | Imfinzi | Astra Zeneca |
| Eculizumab | Soliris | Alexion |
| Eribulin Mesylate | Halaven | Eisai |
| Etoposide Capsules | Etoposide | Mylan |
| Filgrastim-sndz | Zarxio | Sandoz |
| Fulvestrant | Faslodex | Astra Zeneca, Bluepoint Labs, Sagent, Fresenius, Amneal, Auromedics, Athenex, Dr. Reddy's, Perrigo, Meitheal, Accord, Sandoz, Glenmark |
| Golimumab | Simponi Aria | J-O-M Pharm |
| Hyaluronidase | Vitrase | Valeant |
| Ipilimumab | Yervoy | Bristol Myers Squibb |
| Insulin Human | Humulin R | Lilly |
| Inteferon beta-1a | Avonex | Biogen |
| Latanoprost | Latanoprost | Sandoz, Greenstone, Valeant, Somerset, Rising Pharm, |
| Leuprolide | Eligard | Tolmar |
| Lorazepam Injectable | Ativan | Pfizer, Akorn, Hikma |
| Methylergonovine | Methylergonovine | Breckenridge |

Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| Natalizumab | Tysabri | Biogen |
| Nivolumab | Opdivo | Bristol Myers Squibb |
| Obinutuzumab | Gazyva | Genentech |
| Omalizumab | Xolair | Genentech |
| Palivizumab | Synagis | Sobi |
| Panitumumab | Vectibix | Amgen |
| Pegfilgrastim | Neulasta/Neulast Onpro | Amgen |
| Pegloticase | Krystexxa | Horizon |
| Penicillin G Benzathine | Bicillin LA | Pfizer |
| Penicillin G Benzathine/Procaine | Bicillin CR | Pfizer |
| Pertuzumab | Perjeta | Genentech |
| Polatuzumab vedotin | Polivy | Genentech |
| Proparacaine | Proparacaine | Sandoz, Valeant, Alcorn |
| Rabies Immune Globulin | Imogam | Sanofi Pasteur |
| Ramucirumab | Cyramza | Eli Lilly |
| Ranibizumab | Lucentis | Regeneron |
| Rituximab | Rituxan | Genentech |
| Romiplostim | Nplate | Amgen |
| Tocilizumab | Actemra | Genentech |
| Vinblastine Sulfate | Vinblastine | Fresenius |
| Vinorelbine | Navelbine | Sagent, Pfizer, Teva, Pierre Fabre |

**Diagnostic Pharmaceuticals**

| Generic | Brand | Manufacturers |
|---|---|---|
| Candida Albicans Skin Test | Candin | Hollister, Nielsen Biosciences |
| Tuberculin Purified Protein Derivative | Tubersol | Sanofi Pasteur |

**SUPPLEMENTAL ANSWER:  Without waiving objections previously stated, subject to the Court's September 21, 2021 Order (Doc. ID No. 122),** *see* **Essentia's supplemental**

5

Confidential Information – Subject to Protective Order

**response to Request for Production of Documents No. 11, specific to the named Plaintiffs. Discovery is continuing.**

4.    Identify the number of Affected Medications administered to patients at Essentia or Innovis.

**ANSWER:**    *See* General Objections above, which are incorporated herein by reference.  Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information.  Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs.  Discovery is continuing.  Without waiving objections, see answer to Interrogatory No. 3 identifying vaccination and medication product stored at DCP between September 2017 and February 2020.

**SUPPLEMENTAL ANSWER:  Without waiving objections previously stated, subject to the Court's September 21, 2021 Order (Doc. ID No. 122),** *see* **Essentia's supplemental response to Request for Production of Document Nos. 11 and 15, specific to the named Plaintiffs.  Discovery is continuing.**

5.    Identify the number of persons who were administered an Affected Medication.

**ANSWER:**    *See* General Objections above, which are incorporated herein by reference.  Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information.  Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs.  In addition, this request is overly broad and unduly burdensome.  Discovery is continuing.  Without waiving objection, the following information is provided:

**Vaccinations**

6

Confidential Information – Subject to Protective Order

| Vaccine | Patient Numbers by Vaccine |
|---|---:|
| DT <7 YEARS (PEDIATRIC) | 1 |
| DTAP <7 YEARS | 2024 |
| DTAP ANTIGENS (DAPTACEL) | 4 |
| DTAP-HEPB-IPV (PEDIARIX) | 2372 |
| DTAP-IPV | 1971 |
| FLUMIST INFLUENZA VACCINE (FLU CLINIC) | 7 |
| HEPATITIS A & B | 128 |
| HEPATITIS A, ADULT | 641 |
| HEPATITIS A, PED/ADOLESCENT 2 DOSE | 2972 |
| HEPATITIS B DIALYSIS FORMULATION | 2 |
| HEPATITIS B, ADULT | 407 |
| HEPATITIS B, PEDIATRIC/ADOLESCENT | 165 |
| HIB PRP OMP (PEDVAXHIB) | 3150 |
| HIB PRP T (ACTHIB) | 8 |
| HUMAN PAPILLOMA VIRUS 9 | 3593 |
| HUMAN PAPILLOMA VIRUS QUADRIVALENT | 13 |
| INFLUENZA (3+ YRS) NPF-MULTI DOSE VIAL (FLU CLINIC) | 37 |
| INFLUENZA (6+ MONTHS) QUAD NPF VIAL | 2941 |
| INFLUENZA (6-35 MO) PF-SINGLE DOSE SYRINGE/VIAL (FLU CLINIC) | 5 |
| INFLUENZA (6-35 MO) QUAD NPF VIAL | 66 |
| INFLUENZA FLUBLOK (18+ YRS) QUAD PF (FLU CLINIC) | 19 |
| INFLUENZA FLUBLOK (18+ YRS) TRI PF (FLU CLINIC) | 4 |
| INFLUENZA FLUZONE (6 MONTHS - 64 YEARS) QUAD NPF VIAL (FLU CLINIC) | 1017 |
| INFLUENZA FLUZONE (6 MONTHS - 64 YEARS) QUAD PF (FLU CLINIC) | 12847 |
| INFLUENZA FLUZONE (6-35 MO) QUAD NPF VIAL (FLU CLINIC) | 31 |
| INFLUENZA FLUZONE (6-35 MO) QUAD PF (FLU CLINIC) | 1603 |
| INFLUENZA FLUZONE HIGH DOSE (65+ YRS) TRI PF (FLU CLINIC) | 2547 |
| INFLUENZA INTRADERMAL (18-64 YRS) FLU CLINIC | 1 |

7

Confidential Information – Subject to Protective Order

| | |
|---|---:|
| INFLUENZA LIVE INTRANASAL QUAD | 24 |
| INFLUENZA MDCK QUADRIVALENT PRESERVATIVE FREE | 5 |
| INFLUENZA QUAD PRESERVATIVE FREE | 23762 |
| INFLUENZA QUAD PRESERVATIVE FREE 6-35MO | 2435 |
| INFLUENZA QUAD RECOMBINANT PRESERVATIVE FREE (FLUBLOK) | 24 |
| INFLUENZA SEASONAL A,B INJ 6-35MO | 2 |
| INFLUENZA SEASONAL A,B INJ 6-35MO PRESERVATIVE FREE | 4 |
| INFLUENZA SEASONAL INJ A,B | 30 |
| INFLUENZA SEASONAL INJ A,B HIGH DOSE | 6663 |
| INFLUENZA TRIVALENT RECOMBINANT PRESERVATIVE FREE (FLUBLOK) | 3 |
| IPV | 160 |
| MANTOUX | 1648 |
| MANTOUX 0MM INDURATION | 2 |
| MENINGOCOCCAL B VACCINE, RECOMBINANT OMV, ADJUVANTED | 636 |
| MENINGOCOCCAL MCV4 (MENVEO) 2 VIALS | 3642 |
| MENINGOCOCCAL MCV4P (MENACTRA) | 44 |
| MENINGOCOCCAL MPSV4 (MENOMUNE) | 2 |
| RABIES | 2 |
| RABIES IM DIPLOID CELL CULTURE | 33 |
| RABIES IM FIBROBLAST CULTURE | 7 |
| TD >7YRS PRESERVATIVE FREE | 668 |
| TD >7YRS WITH PRESERVATIVE | 1 |
| TDAP >7 YEARS | 12012 |
| TYPHOID VICPS | 494 |
| **Grand Total** | **54004** |

## Medications

| Medication | Number of Unique Patients by Medication |
|---|---:|
| ADO-TRASTUZUMAB INFUSION | 3 |
| ATEZOLIZUMAB INFUSION | 11 |
| BEVACIZUMAB INTRAVENOUS INFUSION | 26 |

8

Confidential Information – Subject to Protective Order

| | |
|---|---:|
| BLEOMYCIN INFUSION | 4 |
| CARFILZOMIB INJECTION OR INFUSION | 3 |
| CERTOLIZUMAB PEGOL 2 X 200 MG SC KIT | 3 |
| CERTOLIZUMAB PEGOL 2 X 200 MG/ML SC KIT | 1 |
| CETUXIMAB 100 MG/50ML IV SOLN | 5 |
| CETUXIMAB 200 MG/100ML IV SOLN | 1 |
| DOXORUBICIN INJECTION OR INFUSION | 59 |
| DOXORUBICIN LIPOSOMAL INFUSION | 8 |
| DURVALUMAB INFUSION | 9 |
| ECULIZUMAB INFUSION | 1 |
| ERIBULIN INJECTION OR INFUSION | 2 |
| FILGRASTIM-SNDZ 300 MCG/0.5ML IJ SOSY | 1 |
| FILGRASTIM-SNDZ 480 MCG/0.8ML IJ SOSY | 1 |
| FULVESTRANT 250 MG/5ML IM SOLN | 9 |
| GOLIMUMAB INFUSION | 3 |
| INSULIN REGULAR HUMAN 100 UNIT/ML IJ SOLN | 1 |
| IPILIMUMAB 1 MG/ML INFUSION | 8 |
| LORAZEPAM 2 MG/ML IJ SOLN | 6 |
| NATALIZUMAB INFUSION | 5 |
| NIVOLUMAB INFUSION | 29 |
| OBINUTUZUMAB INFUSION | 7 |
| PANITUMUMAB INFUSION | 2 |
| PEGFILGRASTIM 6 MG/0.6ML SC PSKT | 16 |
| PERTUZUMAB INFUSION | 15 |
| POLATUZUMAB INFUSION | 1 |
| RAMUCIRUMAB INFUSION | 4 |
| RITUXIMAB 2 MG/ML INFUSION | 81 |
| TOCILIZUMAB (ACTEMRA) INFUSION | 14 |
| VINBLASTINE INFUSION | 1 |
| VINBLASTINE INJECTION OR INFUSION | 5 |
| VINORELBINE INFUSION | 1 |
| **Grand Total** | **271** |

## Medications

| Medications | Number of Administrations by Medication |
|---|---|

9

Confidential Information – Subject to Protective Order

| | |
|---|---:|
| ADO-TRASTUZUMAB INFUSION | 11 |
| ATEZOLIZUMAB INFUSION | 61 |
| BEVACIZUMAB INTRAVENOUS INFUSION | 227 |
| BLEOMYCIN INFUSION | 37 |
| CARFILZOMIB INJECTION OR INFUSION | 57 |
| CERTOLIZUMAB PEGOL 2 X 200 MG SC KIT | 18 |
| CERTOLIZUMAB PEGOL 2 X 200 MG/ML SC KIT | 1 |
| CETUXIMAB 100 MG/50ML IV SOLN | 51 |
| CETUXIMAB 200 MG/100ML IV SOLN | 1 |
| DOXORUBICIN INJECTION OR INFUSION | 237 |
| DOXORUBICIN LIPOSOMAL INFUSION | 23 |
| DURVALUMAB INFUSION | 109 |
| ECULIZUMAB INFUSION | 61 |
| ERIBULIN INJECTION OR INFUSION | 10 |
| FILGRASTIM-SNDZ 300 MCG/0.5ML IJ SOSY | 1 |
| FILGRASTIM-SNDZ 480 MCG/0.8ML IJ SOSY | 1 |
| FULVESTRANT 250 MG/5ML IM SOLN | 102 |
| GOLIMUMAB INFUSION | 11 |
| INSULIN REGULAR HUMAN 100 UNIT/ML IJ SOLN | 2 |
| IPILIMUMAB 1 MG/ML INFUSION | 21 |
| LORAZEPAM 2 MG/ML IJ SOLN | 16 |
| NATALIZUMAB INFUSION | 23 |
| NIVOLUMAB INFUSION | 317 |
| OBINUTUZUMAB INFUSION | 61 |
| PANITUMUMAB INFUSION | 17 |
| PEGFILGRASTIM 6 MG/0.6ML SC PSKT | 37 |
| PERTUZUMAB INFUSION | 73 |
| POLATUZUMAB INFUSION | 2 |
| RAMUCIRUMAB INFUSION | 17 |
| RITUXIMAB 2 MG/ML INFUSION | 366 |
| TOCILIZUMAB (ACTEMRA) INFUSION | 139 |
| VINBLASTINE INFUSION | 4 |
| VINBLASTINE INJECTION OR INFUSION | 31 |
| VINORELBINE INFUSION | 11 |
| **Grand Total** | **2156** |

**Clinic Administered Medications (CAM)**

10

Confidential Information – Subject to Protective Order

| Clinic Administered Medications (CAM) | Number of Unique Patients by Clinic Administered Medication (CAM) |
|---|---|
| ALPROSTADIL (VASODILATOR) 10 MCG IC KIT | 16 |
| BEVACIZUMAB 100 MG/4ML IV SOLN | 1 |
| CANDIDA ALBICANS SKN TST ANTGN ID SOLN | 10 |
| DARBEPOETIN ALFA 100 MCG/0.5ML IJ SOSY | 1 |
| DARBEPOETIN ALFA 40 MCG/0.4ML IJ SOSY | 5 |
| DARBEPOETIN ALFA 60 MCG/0.3ML IJ SOSY | 9 |
| DENOSUMAB 120 MG/1.7ML SC SOLN | 13 |
| DENOSUMAB 60 MG/ML SC SOSY | 150 |
| FILGRASTIM-SNDZ 480 MCG/0.8ML IJ SOSY | 8 |
| LEUPROLIDE ACETATE (6 MONTH) 45 MG SC KIT | 1 |
| OMALIZUMAB 150 MG SC SOLR | 16 |
| OMALIZUMAB 150 MG/ML SC SOSY | 11 |
| PALIVIZUMAB 100 MG/ML IM SOLN | 23 |
| PALIVIZUMAB 50 MG/0.5ML IM SOLN | 15 |
| PEGFILGRASTIM 6 MG/0.6ML SC SOSY | 14 |
| PENICILLIN G BENZATHINE & PROC 1200000 UNIT/2ML IM SUSP | 61 |
| PENICILLIN G BENZATHINE & PROC 900000-300000 UNIT/2ML IM SUSP | 56 |
| PENICILLIN G BENZATHINE 1200000 UNIT/2ML IM SUSP | 135 |
| PENICILLIN G BENZATHINE 2400000 UNIT/4ML IM SUSP | 14 |
| PENICILLIN G BENZATHINE 600000 UNIT/ML IM SUSP | 19 |
| TUBERCULIN PPD 5 UNIT/0.1ML ID SOLN | 7 |
| **Grand Total** | **552** |

## Clinic Administered Medications (CAM)

| Clinic Administered Medications (CAM) | Number of Administrations by Medication |
|---|---|
| ALPROSTADIL (VASODILATOR) 10 MCG IC KIT | 38 |
| BEVACIZUMAB 100 MG/4ML IV SOLN | 1 |
| CANDIDA ALBICANS SKN TST ANTGN ID SOLN | 13 |

11

Confidential Information – Subject to Protective Order

| | |
|---|---:|
| DARBEPOETIN ALFA 100 MCG/0.5ML IJ SOSY | 7 |
| DARBEPOETIN ALFA 40 MCG/0.4ML IJ SOSY | 5 |
| DARBEPOETIN ALFA 60 MCG/0.3ML IJ SOSY | 23 |
| DENOSUMAB 120 MG/1.7ML SC SOLN | 59 |
| DENOSUMAB 60 MG/ML SC SOSY | 201 |
| FILGRASTIM-SNDZ 480 MCG/0.8ML IJ SOSY | 37 |
| LEUPROLIDE ACETATE (6 MONTH) 45 MG SC KIT | 1 |
| OMALIZUMAB 150 MG SC SOLR | 242 |
| OMALIZUMAB 150 MG/ML SC SOSY | 116 |
| PALIVIZUMAB 100 MG/ML IM SOLN | 71 |
| PALIVIZUMAB 50 MG/0.5ML IM SOLN | 21 |
| PEGFILGRASTIM 6 MG/0.6ML SC SOSY | 31 |
| PENICILLIN G BENZATHINE & PROC 1200000 UNIT/2ML IM SUSP | 65 |
| PENICILLIN G BENZATHINE & PROC 900000-300000 UNIT/2ML IM SUSP | 63 |
| PENICILLIN G BENZATHINE 1200000 UNIT/2ML IM SUSP | 162 |
| PENICILLIN G BENZATHINE 2400000 UNIT/4ML IM SUSP | 23 |
| PENICILLIN G BENZATHINE 600000 UNIT/ML IM SUSP | 19 |
| TUBERCULIN PPD 5 UNIT/0.1ML ID SOLN | 8 |
| **Grand Total** | **1206** |

**SUPPLEMENTAL ANSWER:  Without waiving objections previously stated, subject to the Court's September 21, 2021 Order (Doc. ID No. 122),** *see* **Essentia's supplemental response to Request for Production of Documents No. 15, specific to the named Plaintiffs. Discovery is continuing.**

6.	Identify the amount paid to Essentia or Innovis for the Affected Medications, whether by a patient or third party payor.

**ANSWER:**	*See* General Objections above, which are incorporated herein by reference.  Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information.  Upon receipt of legally-sufficient

Confidential Information – Subject to Protective Order

medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs. In addition, this request is overly broad and unduly burdensome. Discovery is continuing. To the extent not objectionable, non-privileged de-identified information will be supplemented.

**SUPPLEMENTAL ANSWER:** Without waiving the above General Objections and objections previously stated in Essentia Health's Answer to Interrogatory No. 6, the following supplementation is provided. De-identified data reflecting Hospital Billings and Professional Billings for Flu and Vaccine Putative Class With CPT Code and Without CPT Code, for Hospital Billings and Professional Billings for CAM With CPT Code and Without CPT Code, and for Hospital Billings and Professional Billings for Medications With CPT Code and Without CPT Code in response to Request for Production No. 15. *See* Objection and Supplemental Response to Request for Production No. 15.

**SECOND SUPPLEMENTAL ANSWER: Without waiving objections previously stated, subject to the Court's September 21, 2021 Order (Doc. ID No. 122),** *see* **Essentia's supplemental response to Request for Production of Documents No. 15, specific to the named Plaintiffs. Discovery is continuing.**

7.      Identify the amount paid to Essentia or Innovis for office visits in connection with the Affected Medications, whether by a patient or third party payor.

**ANSWER:** *See* General Objections above, which are incorporated herein by reference. Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs. In addition, this request is overly broad and unduly burdensome. Discovery is

13

Confidential Information – Subject to Protective Order

continuing.  To the extent not objectionable, non-privileged de-identified information will be supplemented.

**SUPPLEMENTAL ANSWER:**  Without waiving the above General Objections and objections previously stated in Essentia Health's Answer to Interrogatory No. 7, the following supplementation is provided.  De-identified data reflecting Hospital Billings and Professional Billings for Flu and Vaccine Putative Class With CPT Code and Without CPT Code, for Hospital Billings and Professional Billings for CAM With CPT Code and Without CPT Code, and for Hospital Billings and Professional Billings for Medications With CPT Code and Without CPT Code is provided in response to Request for Production No. 15.  *See* Objection and Supplemental Response to Request for Production No. 15.

**SECOND SUPPLEMENTAL ANSWER:  Without waiving objections previously stated, subject to the Court's September 21, 2021 Order (Doc. ID No. 122),** *see* **Essentia's supplemental response to Request for Production of Documents No. 15, specific to the named Plaintiffs.  Discovery is continuing.**

8.      Identify all steps you have taken to notify patients who were administered an Affected Medication of the Temperature Excursion.

**ANSWER:**  *See* General Objections above, which are incorporated herein by reference.  Moreover, objection is made that this Interrogatory mischaracterizes that patients were administered medications subject to a temperature excursion, which is disputed.  Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory with respect to notifications to the named Plaintiffs.  In addition, this request is overly broad and unduly burdensome.  In general, patients who had received DCP-stored vaccinations were notified by letter in April 2020, of potential temperature excursion.  A call

14

Confidential Information – Subject to Protective Order

center was established to take calls from patients regarding inquiries. In general, patients who had received non-vaccination DCP-stored medications or biologics may have been contacted by a provider regarding potential temperature excursion. Discovery is continuing.

**SUPPLEMENTAL ANSWER: Without waiving objections previously stated, subject to the Court's September 21, 2021 Order (Doc. ID No. 122),** *see* **Essentia's supplemental response to Request for Production of Document Nos. 14, specific to the named Plaintiffs and previously produced Form Correspondence, EH003021-003028.**

9.     Identify all persons employed by You or on Your behalf with responsibility for or relating to:

      a.     Dakota;

      b.     the Disclosed Temperature Excursion;

      c.     any information, guidance, or recommendation given by you or on your behalf to any Medical Provider relating to the treatment of or follow-up for patients who received an Affected Medication;

      d.     communications with and any submissions, filings, or reports to any Government Agency relating to any Temperature Excursions or Affected Medications;

      e.     communications with any Medical Provider relating to the Disclosed Temperature Excursion or Affected Medications;

      f.     communications with any patient, or parent or guardian thereof, relating to the Disclosed Temperature Excursion or Affected Medications h; (sic)

**ANSWER:**     *See* General Objections above, which are incorporated herein by reference. Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs.

Essentia further objects to this Interrogatory as it is vague, overly broad, unduly burdensome, ambiguous, and confusing so as to prevent a meaningful response. Essentia also objects to this Interrogatory on the basis it seeks information subject to attorney/client

15

Confidential Information – Subject to Protective Order

privilege, work product privilege, peer review/quality assurance privilege, and physician/provider/medical-patient privilege and privacy protections afforded by federal and state law. Moreover, this interrogatory seeks information that is not relevant or material to the issues in this lawsuit and is not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving objection, Essentia Health is the sole member of Innovis Health, LLC, which has a minority 49% ownership interest in DCP. Kyle Dorrow, Vice President, Finance for Essentia Health, and Al Hurley, Chief Operating Officer for Innovis Health, LLC, are board members of DCP. *See* Response to Request No. 3 to Defendant Essentia Health's Response to Plaintiffs' First Set of Requests for Production of Defendant Essentia Health.

**SUPPLEMENTAL ANSWER: Without waiving objections previously stated, subject to the Court's September 21, 2021 Order (Doc. ID No. 122),** *see* **Essentia's supplemental response to Request for Production of Documents No. 15, specific to the named Plaintiffs.**

[Remainder of Page Intentionally Left Blank]

16

Confidential Information – Subject to Protective Order

Dated this 30 day of September, 2021.

**ESSENTIA HEALTH**

By: _Marup Olson_
Its: _Insurance & Claims Mgr_

Subscribed and sworn to before me this 30 day of September, 2021,

_Andrea Koop_
Notary Public
My commission expires: 1/31/2026

[SEAL]

ANDREA KOOP
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026

17

Confidential Information – Subject to Protective Order

**AS TO OBJECTIONS:**

Dated this 30th day of September, 2021.

**VOGEL LAW FIRM**

*/s/ Angela E. Lord*

BY:  Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
Email:  alord@vogellaw.com
            rstock@vogellaw.com
            brummel@vogellaw.com
ATTORNEYS FOR ESSENTIA HEALTH
AND INNOVIS HEALTH, LLC

4540234.4

18