UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Jessica Kraft, et. al

v.                                                          Case No:  3:20-cv-121

Essentia Health, et. al

**CLERK'S MINUTES**
Proceeding:  Status Conference - Discovery Dispute
(via telephone)

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal        Date:  April 30, 2025
Deputy Clerk: Sarah Lien                                         Time: 9:00 am
Law Clerk: Claire Thompson                                      Recess: 9:49 am
Digital Recorder: 250430-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs:  Ashali Chimata, J. Barton Goplerud, and Michael Von Klemperer
Counsel for Defendants:  Angela Elsperger Lord

------------------------------------------------------------------------------------------------------------------------

Court calls case and counsel note appearances.

Attorney Von Klemperer asks for a 5 week extension of existing deadlines.

Order to be entered setting the following deadlines:
Discovery due June 20, 2025;
Discovery Motion due July 8, 2025;
Plaintiffs' Class Certification Expert Disclosures and Reports and Motion for Class Certification due August 26, 2025;
Defendants' Class Certification Expert Disclosures and Response to Motion for Class Certification due October 10, 2025; and
Plaintiffs' Rebuttal Class Certification Experts and Reply to Motion for Class Certification due November 21, 2025.

Attorney Von Klemperer notes responses and documents were recently received regarding Rule 30(b)(6) topics 11 – 13.
Court defers topics 11 – 13 pending plaintiffs' review of responses and documents received.

Discussion held regarding policies and procedures before, during, and after the alleged temperature excursion and designation of Al Hurley as 30(b)(6) witness.

Court asks for clarification of issues established as to application of policies and related matters.
Attorney Lord Responds.
Attorney Von Klemperer disagrees.

Court inquires as to origin of Exhibit K (email chain) and Exhibit M (notes/minutes from meetings after event).
Attorney Von Klemperer answers documents were provided by Essentia through discovery.

Discussion held regarding Rule 30(b)(6) designations and if there are any other possible entities or persons that could have had a role in the alleged temperature excursion.
Attorney Lord states Defendants are not aware of any other party involved.

Court comments on transcript excerpts that were filed.

Court inquires as to the Special Master assigned to the case.
Attorney Von Klemperer requests to leave Special Master assigned at this time.

The relationship between Essentia and Dakota Clinic Pharmacy is central to the remaining issues.  A briefing schedule on that question is set:
Plaintiffs' Brief due May 14, 2025;
Defendants' Response Brief due May 20, 2025; and
Plaintiffs' Reply Brief, if any, due May 23, 2025.

Order to be entered.

Recess.