# EXHIBIT K

| | |
|---|---|
| **From:** | "Hurley, Al" <Al.Hurley@EssentiaHealth.org> |
| **Sent:** | Mon, 8 Jun 2020 4:47:43 PM GMT |
| **To:** | "Heegaard, William" <William.Heegaard@EssentiaHealth.org>;"Pryor, Jon" |

<Jon.Pryor@EssentiaHealth.org>;"Henry, Peter J." <Peter.Henry@EssentiaHealth.org>;"Larson, Mike (Michael) J." <Michael.Larson@EssentiaHealth.org>;"Beard, Bradley" <Bradley.Beard@EssentiaHealth.org>

**Cc:**        "Dorow, Kyle" <Kyle.Dorow@EssentiaHealth.org>;"Boren, Kevin S." <Kevin.Boren@EssentiaHealth.org>;"Hart, Sheila L" <Sheila.Hart@EssentiaHealth.org>;"Witten, Dianne L." <Dianne.Witten@EssentiaHealth.org>;"Rauvola, Mary K." <Mary.Rauvola@EssentiaHealth.org>

**Subject:**    FW: Replacement Freezer/Refrigerator Units
**Attachments:**    Central Refrigerator - Quote.pdf, Lisbon.Valley City - Quote.pdf, Proposal - East Refrigerator.xlsx, Quote # 79034 Essentia Health System.pdf, SBAR One Essentia Fridge Project.docx

Drs., Mike and Brad,

As you are probably aware, the West market had an unfortunate refrigeration excursion issue. As a bi-product of that, Dr. Herman required that I lead the review, recommendation and - implementation of the refrigeration equipment and monitoring for Essentia-wide.  The findings and recommendations were prepared by teams from pharmacy, lab and all market facilities. Brad and Sheila Hart also reviewed and approved of the plan.  The plan was presented and approved by Dr. Herman and Jodi directly (SBAR attached).

To that end, there are refrigeration units that are required to be replaced immediately.  Also, it is necessary to complete the purchase of an Essentia-wide monitoring system (which is also in sync with the new facility in Duluth). Please see attached the refrigeration units and monitoring quotes to complete the initial steps to reducing risk for refrigeration.

I have been authorized to sign off of these purchases to expedite the process.  The capital and expensed costs will be allocated back to each market as appropriate.  Going forward the purchases will be reviewed and approved via the approved. SBAR.

Thank you for your understanding and the importance to complete this important first stage. Please contact me directly should you have any questions or concerns.

Al

**From:** Mathewson, Dave <Dave.Mathewson@EssentiaHealth.org>
**Sent:** Monday, June 8, 2020 11:17 AM
**To:** Beauchamp, Dan L <Dan.Beauchamp@essentiahealth.org>; Hurley, Al <Al.Hurley@EssentiaHealth.org>
**Cc:** Pfannenstein, Megan <Megan.Pfannenstein@EssentiaHealth.org>; Jackovich, Jason M. <Jason.Jackovich@EssentiaHealth.org>; Niksich, Jonathan M. <Jonathan.Niksich@EssentiaHealth.org>; COVID19 Capital <COVID19Capital@essentiahealth.org>
**Subject:** RE: Replacement Freezer/Refrigerator Units

Attached are the proposals for the four replacement refrigerator/freezers (2 west mkt units are combined on the same proposal), and also the most recent quote for the temp monitoring

Confidential Information-Subject to Protective Order

EHPRIV005584

EH031255

system. These are the current requests that I am aware of, sending to Al to sign off on and take from there.

Note: The quote for the temp monitoring system includes ~$50k in software maintenance (which is a non-capital expense).

Thanks,

**From:** Beauchamp, Dan L <Dan.Beauchamp@essentiahealth.org>
**Sent:** Friday, June 05, 2020 3:18 PM
**To:** Mathewson, Dave <Dave.Mathewson@EssentiaHealth.org>
**Cc:** Hurley, Al <Al.Hurley@EssentiaHealth.org>; Pfannenstein, Megan <Megan.Pfannenstein@EssentiaHealth.org>; Jackovich, Jason M. <Jason.Jackovich@EssentiaHealth.org>; Niksich, Jonathan M. <Jonathan.Niksich@EssentiaHealth.org>
**Subject:** Replacement Freezer/Refrigerator Units

Good Afternoon Dave

We just met on the excursion project and Al asked that we send the replacement proposals to him to sign off on and he'll take it from there. Would you mind sending him the four replacement unit proposals? Thanks much!
Get Outlook for iOS

Confidential Information-Subject to Protective Order

EHPRIV005584

EH031256