# EXHIBIT M

Confidential Information-Subject to Protective Order

Vaccines for Fargo at Dakota Clinic Pharmacy

Electro-watchman —> was set at 20 degrees - would not call until below 20 or above 54 degrees (EH policy is 36 to 46
degrees)

units are pharmaceutical grade refrigerators

approximately $400,000 inventory on hand as of 2.21.2020

pharmacy stored vaccines and chemotherapy - two largest categories of products that were stored

sites impacted: Ada, Fosston, Graceville and Fargo

could they do a titer for verification of potency or re-vaccination?

Sara Hanson is aware - she and Dan Beauchamp were there on Friday night and were aware of the issue

both of the owners are aware of the issue - when Maari reviewed logs with them - one of the owners reflected that she
didn't know what temperatures the refrigerators typically ran out - Laura was told 32 to 36 degrees

Maari talked with Laura and Rob - didn't realize how infrequently the logs were being monitored and didn't realize
how often the temp of 28 or 31 degrees was recorded - stated didn't have frozen product - but would be difficult to
assess this

Dr Henry, Nicole, Al, Rich Vetter, marketing (Shannon Dahnke), legal

re-vaccinate is often the next step for freeze sensitive products

call with Dr Henry as first step —>

call with other leaders in the west tomorrow

12 noon tomorrow to 1pm

2.25.2020

Call with Al Hurley, Nicole Christensen, Tony, Maari and Dianne

Phasing distribution process from Dakota Clinic Pharmacy to Essentia Health - work finished 2.14.2020

EHPRIV000071

EH049462

Confidential Information-Subject to Protective Order

final remaining step was to transfer final EH owned products and refrigerators to EH pharmacy

double and triple refrigerators - 2.20 - all product moved from double to triple refrigerator

set to temp of 36 - 46 degrees (EH standard)

Electro-watchman is technology in place to monitor refrigerators in Fargo - technology is antiquated - no log or
trend line is available

same monitoring system was moved with refrigerators - goal to transfer to smart temp system once contract in
place

Product moved into triple fridge on Friday morning - Friday am saw room temp was climbing due to lack of airflow - put
ac unit in place to monitor room temp to ensure those room temp meds were secure

Friday evening - call from Electrowatchman that fridge was out of range - Chad came in - temp in fridge was
at 37 degrees - felt refrigerators were too cold - Sara Hansen called - didn't know where to help identify refrigerators
in clinic to help move product - Dan Beauchamp came in - had keys

refrigerators in room were reading at 31 degrees - called Laura to understand range for ElectroWatchman - did not
know - SAturday shared that tech gave readings of 32 to 36 degree ranges - no further issues on weekend

Monday - Maari pulled refrigerator logs - only 10 days in January documented - low temps recorded

spoke with Dakota Clinic Pharmacy yesterday - only one log for both refrigerators - staff thought they were
tied together for monitoring - Laura surprised that they weren't monitoring consistent - reflected that they
did run cold -

ElectroWatchman - only one probe in the double refrigerator - nothing in triple refrigerator

range on one probe was set to 20 and 54 degrees range - so no calls were made to Dakota Clinic Pharmacy

box for compressor is set to 28 to 40 degrees - compressor runs to free air temp of 28 days - fairly cold setting

digital thermostat set up on 2.24 - monitoring temperature is in place

EHPRIV000071

EH049463

Confidential Information-Subject to Protective Order

greatest concern - logs in place are back to December 2017 - includes documentation of freezing temperatures
multiple times - Dec 2016, Jan 2017, Sept 2017

Laura and Rob stated product was never frozen - can they ensure that for products in a vial in a box?

no reports from nursing staff that product was frozen

manufacturer guidance - WHO has guidelines for temperature sensitivity of vaccines that lose potency if product
is frozen

could we test for immunity in employees to determine issue?

impact:
patients - health if not adequately immunized
EH - reputation


protein based products can be damaged with freezing

stance of CDC and WHO - unable to prove that one freeze did or did not minimize the potency

recommendation always been to revaccinate or have titer drawn

Dakota Clinic does provide shingrix - stock that product in their own separate refrigerator

next steps:

identify clinic sites that are served by Dakota Clinic
identify patients impacted

corrected for product on Thursday February 20th 2020

sequester product that we moved - order new replacement product

refrigerator had $370,000 of inventory

identify inventory in clinics

standing meeting with Jodi, Dr Herman and Dr Vetter and Al Hurley

Maari getting detail on age of refrigerators - per Al submit request to replace refrigerators - will finalize location in
32nd Avenue - Maari to work with Dan on location of refrigerators in hospital prior to ordering

EHPRIV000071

Confidential Information-Subject to Protective Order          EHPRIV000071

EH049464

Confidential Information-Subject to Protective Order

follow up - send out a summary to Dr Vetter and all - prepare SBAR for Jodi and Dr Herman

SBAR - assessment - identification of patients
space, replace equipment, plan to communicate and coordinate vaccinations

Product sequestration in the EH West Clinics - Sara, Maari, Tony and Dianne

quarantine product that is currently in place in stock

researching with the manufacturers as to which products are compromised
Maari has a team that will be checking on non-vaccine products and product stability

1. Sequester product in the clinics and not administer to patients as of date and time

2. Talking points created -
may have been frozen in the storage process
need to clarify that it is viable for use
Identify inventory of your injectable products and indicate do not use the refrigerator and do not
administer to patients at this time - suggest separating product into a ziplock back and indicate that
medications should not be used until further direction is provided by pharmacy
You can create a supply order for product that you anticipate needing through Friday Feb 28th - submit that
through your normal ordering process for medications
Note that you can use state vaccine supplies to borrow supply

Sara to speak with each manager at the sites that are impacted:

Fargo
Moorhead
Valley City
Wahpeton
Jamestown
Lisbon
Casselton
Hankinson

Fosston, Ada and Graceville, Park Rapids, Detroit Lakes, Bailey, Oakley, Walker, Menahga, Lake Park, Frazee,
Pelican Rapids, Mahnomen, should hold flu vaccine

2.26.2020

We need messaging to give to patients today due to lack of supply - had a couple of complaints today - some
patients needing to be rescheduled

EHPRIV000071

Confidential Information-Subject to Protective Order        EHPRIV000071

EH049465

Confidential Information-Subject to Protective Order

Orders received this morning were delivered as of 8am today

no oncology patients needed to be rescheduled

2.26.2020 team meeting:

Frank Modich/Candice Moore/Kim Deiss/Maari Loy/Shannon Dahnke/Dianne Witten

Question as to whether we need to evaluate patients to ensure no treatment failures occurred?

Frank: need provider input for decision - Candice ensure consistency between providers

Is there a requirement to report of any agency by Dakota Clinic Pharmacy? Not accountable to anyone other than
the state board of pharmacy  - ND Board of Pharmacy is lax in documentation

Board meeting is being scheduled with Dakota Clinic Pharmacy and their Board

Is there any distribution to sites other than EH? Not that we are aware of

Pharmacy has contacted manufacturers for 69 products for information on storage temperatures

additional products from infusion center were put onto the list today

Date of September 22, 2017 is the first date with a temperature recorded below freezing —> we would pull data on
specific vaccines back to this date —> Dianne has a call out to Enterprise Analytics

Board of Pharmacy - license checks by ND Board of Pharmacy -

Dr. Vetter supports language that product is safe - although potency lost is acknowledged for some vaccines

Sequestered product - once evaluate that are safe we would put them back into active stock

Biological products - what is the safety risk for these?

Example: inflectra treatment failures

Next steps:

Data from Epic - date, which vaccines - Maari to provide me the list of meds

Maari and Tony to review data from Manufacturers

EHPRIV000071

Confidential Information-Subject to Protective Order        EHPRIV000071

EH049466

Confidential Information-Subject to Protective Order

Kim and Shannon working on communication plan - media statement, facts - meds impacted, # of people involved,
timeline (Sept 22, 2017), what should a patient personally do?
reference previous documents
as a co-owner - how do we message this communication?
Questions and answers in development - identified spokesperson
How and when will you communicate to me? What steps should I take? Hotline?
Email?
How do we provide communication points to providers and staff?
what are we changing to make positive changes moving forward?

2018- was media communication as well as patient documentation

Communcation call tomorrow - Shannon, Kim, Maari, Tony, Candice (optional)

Shawn Christensen reached out to Maari -

Dakota Clinic Pharmacy reached out to Maari - she gave them details about the refrigerators

Laura and Rob - were both spoken to
Laura was unaware that temp logs were not being monitored...or that
Electrowatchman temps were not set
appropriately
Rlob - made aware that safety event was submitted

Candice - do we have an obligation to notify them of this issue?

2.27.2020 - Communication team meeting

inventory of medications in the refrigerator when inventory was assumed was created

medications evaluated based on manufacturer data - identified those medications that should be readministered

also identified those medications as medications that need to evaluated in case of treatment failure

do we need more resources to support the work?

to identify items that may be stocked in the clinics that were not in fact stored at the Dakota Clinic - Maari and team
will do site visits

spokesperson identification - best recommendation is for this a physician based on previous experience in other
organizations

vaccine list and identified clinics will be requested to Ryan Ferrell on 2.28.2020 - those results will then drive

EHPRIV000071

Confidential Information-Subject to Protective Order          EHPRIV000071

EH049467

Confidential Information-Subject to Protective Order

the # of patients identified

site visits to departments will start on 2.28.2020

review segregated stock - back into stock meds that are deemed okay to use and return to pharmacy those
medications that are not stable

revaccination - who bears the cost? EH did not pass the cost onto patients and payers

communication plan -
develop Q&A
talking points
landing page for information
hotline resources - keep burden off of the clinics
past communication was to those patients needing revaccination

All team call - Kailee Kofal and Shawn Christianson have joined the team

state vaccine is not impacted in this inquiry

Candice - OA's and physician leadership - educated the physicians and clinicians - shared the letter, letter reviewed
and approved the letter prior to sending the letter
talking points
some providers wanted their nurse to call the patients
Sara Hansen has copies of letters for the West breach

Responsibility to report - is it appropriate to ask JC?
no responsibility to report to Board of Pharmacy (MN and/or ND)

We will need physician guidance for next steps as far as clinical input

at what point do we disclose to physicians that this may have impacted their patient care?

EHPRIV000071

Confidential Information-Subject to Protective Order          EHPRIV000071

EH049468