

Phone: 701.258.7899
200 N 3rd St, Ste 201 | Bismarck, ND 58501
PO Box 2097 |Bismarck, ND 58502-2097
Fax: 701.258.9705
brummel@vogellaw.com

April 29, 2025

Magistrate Judge Alice R. Senechal
655 1st Avenue North, Suite 440
Fargo, North Dakota 58102-4952

**Re:** **Jessica Kraft et al. v. Essentia Health, et al.**
**Case No. 3:20-CV-121**

Dear Magistrate Judge Senechal:

Defendants Essentia Health and Innovis Health, LLC d/b/a Essentia Health West (collectively, "Essentia") provide this position statement in advance of the status conference on April 30, 2025.

Since the April 21, 2025 status conference in this matter, Plaintiffs withdrew Topics 3(b) and 19. The parties proceeded with the Rule 30(b)(6) depositions as scheduled for April 23 and 24, 2025, respectively. Designees Anthony Kaufenberg, Frank Modich, and Kim Deiss were deposed for such purpose.

Subsequent to the depositions, Plaintiffs agreed to withdraw Topics 16 and 17. Plaintiffs have also agreed to narrow Topic 15 to Essentia's responses to Interrogatory Nos. 3-5; Essentia has agreed to designate a witness for this purpose.

From Essentia's perspective the following topics remain in dispute: 1(c), 1(d), 1(i), 1(k), 1(l), 2, 8, 11, 12, 13, and 14. Plaintiffs previously indicated outstanding discovery may resolve Topics 11-13. Essentia timely served its responses to Plaintiffs' Fifth Set of Requests for Production of Documents, yesterday, April 28, 2025. Essentia maintains its previous position as it relates to these disputed topics.

With respect to Topic 18, in follow up to the status conference, Essentia intends to supplement its Initial Disclosures in response to the discussion.

Thank you for the Court's consideration.

Page 2

Very truly yours,

Briana L. Rummel