**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-121 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Essentia Health, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs move for leave to file under seal nine exhibits in support of a motion to compel, stating defendants Essentia Health and Innovis Health, LLC, doing business as Essentia Health (collectively, Essentia) designated the exhibits as confidential. (Doc. 291). Plaintiffs believe, however, only one exhibit—Exhibit F (a personnel file)—warrants sealing. Essentia responded to the motion to seal, agreeing with plaintiffs that Exhibit F should be sealed and requesting that four of the exhibits—Exhibits B, C, G, and I (deposition transcripts) be temporarily sealed until it can review the transcripts and make confidentiality designations. (Doc. 293). Essentia states two of the transcripts—Exhibits B and C—are not official transcripts but are rough drafts provided as a courtesy of the court reporter. Finally, Essentia confirmed by email that it does not oppose the public filing of the other four exhibits subject to plaintiffs' motion— Exhibits D, L, M, and N.

Plaintiffs' motion for leave to file under seal is **GRANTED** as to Exhibit F and **DENIED** as to Exhibits D, L, M, and N. As to Exhibits B (rough draft), C (rough draft), G, and I, they may temporarily be filed under seal. Plaintiffs are directed to file their motion and exhibits accordingly.

Counsel are directed to file, temporarily under seal, the official versions of Exhibits B and C within three business days of receipt of those transcripts. Within ten days of receipt of the final deposition transcripts, counsel are directed to confer regarding any parts of them that should be redacted and submit proposed redactions to the court. Proposed redactions must be highlighted so the court can easily review the proposed redactions. See Section XV, Administrative Policy Governing Electronic Filing and Service; Section I, Guide to Filing Sealed Documents & Motions. The proposed redacted versions of the deposition transcripts should be filed as sealed documents. If counsel have any questions about filing procedures, they should contact the Clerk's Office at 701-297-7000.

**IT IS SO ORDERED**.

Dated this 21st day of May, 2025.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge