**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; SHELLI SCHNEIDER, INDIVIDUALLY AND AS PARENT OF MINORS A.S. and W.S.; ANNE BAILEY, AS PARENT OF MINOR D.B.; AMY LAVELLE, AS PARENT OF MINORS Em.L. and El.L.; ELIZABETH BEATON, INDIVIDUALLY AND AS PARENT OF MINOR M.B.; AMANDA AND TYRELL FAUSKE, INDIVIDUALLY AND AS PARENTS OF MINORS C.R.F. and C.J.F.; JENNIFER REIN, INDIVIDUALLY; and JESSICA BERG, AS PARENT OF MINORS A.B. and S.B., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:20-CV-121<br><br>Hon. Peter D. Welte<br>Mag. Judge Alice R. Senechal |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO**
**DESIGNATE RULE 30(B)(6) WITNESSES FOR DEPOSITION**

Pursuant to Fed. R. Civ. P. 37(a) and (d), and D.N.D Civ. L.R. 37.1, Plaintiffs, by their undersigned counsel, respectfully move to compel Defendants, Essentia Health and Innovis Health, LLC d/b/a Essentia Health (collectively, "Essentia"), to prepare and designate a corporate witness to provide Essentia's full and complete testimony on Topics 1(c), 1(d), 1(k), 2, 8, and 14 of Plaintiffs' March 24, 2025 Notice of Rule 30(b)(6) Deposition. ECF 284-02.

Plaintiffs have conferred in good faith with Defendants in an effort to resolve this dispute without involving the Court per Rule 37(a)(1) and D.N.D Civ. L.R. 37.1. The parties have also

1

participated in two telephonic conferences with the Court pursuant to D.N.D. Civ. L.R. 37.1(B). At the second conference on April 30, 2025, the Court requested briefing on the matter and directed Plaintiffs to file their brief by May 14, 2025. Minute Entry, ECF 288.

For the reasons stated in the accompanying Memorandum in Support, Plaintiffs respectfully request that the Court grant this motion compel Essentia to prepare and produce a Rule 30(b)(6) witness to provide Essentia's full and complete testimony on Topics 1(c), 1(d), 1(k), 2, 8, and 14.

Dated: May 23, 2025

Respectfully submitted,

/s/*Michael von Klemperer*
Michael von Klemperer
Ashali P. Chimata
FEGAN SCOTT LLC
1763 Columbia Rd. NW, Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com
ashali@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

*Counsel for Plaintiffs*