# EXHIBIT E

**Essentia-owned Pharmacies**

**Essentia Health** 

**Essentia Health-Baxter Pharmacy**
13060 Isle Drive
Baxter, MN 56425
Phone: 218-454-5920 or 888-393-2290
Fax: 218-454-5921

**Essentia Health-Brainerd Pharmacy**
2024 S. Sixth St.
Brainerd, MN 56401
Phone: 218-829-7455 or 888-870-7455
Fax: 218-855-5205

**Essentia Health-Brainerd  St. Joseph's Pharmacy**
523 N 3rd St. Suite 1224
Brainerd, MN 56401
Phone: 218-828-7300
Fax: 218-828-7564

**Essentia Health-Deer River Pharmacy**
2 Division St. Suite A. PO Box 38
Deer River, MN 56636-8779
Phone: 218-246-8642 or 800-609-8642
Fax: 218-246-9326

**Essentia Health-Deerwood Pharmacy**
24087 Cuyuna St.
Deerwood, MN 56444
Phone: 218-833-5170 or 833-993-9833

**Essentia Health-Detroit Lakes Pharmacy**
211 Frazee Street East
Detroit Lakes, MN 56501
Phone: 218-847-3537 or 866-777-9315
Fax: 218-847-4405

**Essentia Health-Duluth 1st St. Pharmacy**
420 E. First St. Suite A
Duluth, MN 55805
Phone: 218-786-1685 or 855-223-1282
Fax: 218-786-1699

**Essentia Health-Duluth 2nd St. Pharmacy**
420 E. First St. Suite 6320
Duluth, MN 55805
Phone: 218-337-5200 or 833-908-0801
Fax: 218-337-5201

**Essentia Health-Duluth 3rd Street Pharmacy**
400 E. Third St.
Duluth, MN 55805
Phone: 218 786-3137 or 800-342-2658
Fax: 218-722-0103

**Dakota Clinic Pharmacy**
3000 32nd Avenue S
Fargo, ND 58103
Phone: 701-364-7800
Fax: 701-364-7808

**Dakota Pharmacy Dakota Clinic Pharmacy**
1702 South University Drive
Fargo, ND 58103
Phone: 701-364-3450
Fax: 701-364-3382

**Dakota Pharmacy Health Center Pharmacy**
1401 13th Ave. E.
West Fargo, ND 58078
Phone: 701-364-5800
Fax: 701-364-5802

**Dakota Pharmacy West Acres Pharmacy**
3902 13th Ave. S. Suite 3706
Fargo, ND 58103
Phone: 701-282-0285
Fax: 701-281-2728

1

**Essentia Health** 

**Essentia Health-Ely Pharmacy**
1500 E Sheridan St. Suite 100
Ely, MN 55731-1855
Phone: 218-365-7957 or 833-983-2882
Fax: 218-365-7958

**Essentia Health-Grand Rapids Pharmacy**
1542 Golf Course Road, Suite 205 Grand
Rapids, MN 55744
Phone: 218-322-6210
Fax: 318-322-6211

**Essentia Health-Hayward Pharmacy**
1134 N State Highway 77
Hayward, WI 54843
Phone: 715- 634-6774 or 855-223-5154
Fax: 715-634-5517

**Essentia Health-Hermantown Pharmacy**
4855 W. Arrowhead Road
Hermantown, MN 55811
Phone: 218 786-3549 or 855-223-5156
Fax: 218-786-3691

**Essentia Health-Hibbing Pharmacy**
730 E. 34th St. Hibbing, MN 55746
Phone: 218-262-5225 or 855-223-5157
Fax: 218-262-4322

**Essentia Health-Hinckley Pharmacy**
45 Lady Luck Drive, Suite 110
Hinckley, MN 55037
Phone: 320-279-8610 or 833-733-5325
Fax: 320-279-8611

**Essentia Health-International Falls Pharmacy**
2501 Keenan Drive
International Falls, MN 56649
Phone: 218- 285-6222 or 855-223-5158
Fax: 218-285-6223

**Essentia Health-Lakeside Pharmacy**
4621 E Superior St. ATE A
Duluth, MN 55804
Phone: 218- 786-3784 or 855-223-5159

**Essentia Health-Lakewalk Pharmacy**
1502 London Rd, STE 101
Duluth, MN 55812
Phone: 218- 733-1110 or 855-223-5160

**Essentia Health-Miller Hill Pharmacy**
1600 Miller Trunk Hwy, Bldg D Suite 12
Duluth, MN 55811
Phone: 218-576-0300
Fax: 218-576-0331

**Essentia Health-Pequot Lakes Pharmacy**
30581 Patriot Ave, Suite A
Pequot Lakes, MN 56472
Phone: 218-568-5884 or 877-705-9526
Fax: 218-568-8473

**Essentia Health-Pine River Pharmacy**
417 Barclay Ave
Pine River, MN 56474
Phone:218-587-3222 or 350-6337
Fax:218-587-3338

**Essentia Health-Silver Bay Pharmacy**
99 Edison Blvd. Suite L
Silver Bay, MN 55614
Phone: 218-226-3829 or 855-223-5161

**Essentia Health-Staples Pharmacy**
301 2nd Ave. NW Suite 1010
Staples, MN 56479
Phone: 218-894-7850
Fax: 218-894-7859

**Essentia Health-Superior East Pharmacy**
2202 E. 2nd Street Suite 477
Superior, WI 54880
Phone: 715-817-7999
Fax: 715-392-0512

**Essentia Health-Superior Belknap Pharmacy**
204 Belknap St. Suite 100
Superior, WI 54880
Phone: 715-817-7224

**Essentia Health-Superior Pharmacy**
3500 Tower Ave STE A
Superior, WI 54880
Phone: 715-817-7880 or 855-223-5162

**Essentia Health Prescription Service Center (Mail Out and Delivery Services)**
204 Belknap St. Suite 300
Superior, WI 54880
Phone: 844-380-5642

2

**Essentia Health Specialty Pharmacy**
204 Belknap St. Suite 200
Superior, WI 54880
Phone: 715-817-7145

**Essentia Health-Two Harbors Pharmacy**
802 11th Street Suite C
Two Harbors, Minnesota 55616
Phone: 218-834-7202 or 855-223-5163
Fax: 218-834-9531

**Essentia Health-Virginia Pharmacy**
1101 Ninth St. N.
Virginia, MN 55792
Phone: 218 749-7828 or 855-223-5164
Fax: 218-749-7962

**Essentia Health-West Duluth Pharmacy**
4212 Grand Ave, STE A
Duluth, MN 55807
Phone: 218-786-3700 or 855-285-8504

Essentia-owned Pharmacies
Updated 10/2024

3