# EXHIBIT J

| | |
|---|---|
| **From:** | Mike von Klemperer |
| **To:** | Briana L. Rummel |
| **Cc:** | Ashali Chimata; Elizabeth Fegan; Bart Goplerud; marty@sagwlaw.com; Scott Haider (Other); Annitta Bailey; Christopher R. Morris; Bryce D. Riddle; Shelly M. Schutte; Dawn R. Shippee; Angela Elsperger Lord; MeeNee Thao; Kristin F. Syverson |
| **Subject:** | RE: Kraft v. Essentia |
| **Date:** | Wednesday, May 14, 2025 10:41:28 AM |
| **Attachments:** | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

Briana,

As you know, we have a motion to compel due today. Please confirm Essentia is agreeing to put up a witness to address this topic or we will need to assume it remains in dispute.

Mike von Klemperer | **Fegan Scott LLC** | 202.921.0002

**feganscott**

**From:** Briana L. Rummel <brummel@vogellaw.com>
**Sent:** Wednesday, May 14, 2025 10:17 AM
**To:** Mike von Klemperer <mike@feganscott.com>
**Cc:** Ashali Chimata <ashali@feganscott.com>; Elizabeth Fegan <beth@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Scott Haider (Other) <scott@schneiderlawfirm.com>; Annitta Bailey <annitta@feganscott.com>; Christopher R. Morris <cmorris@bassford.com>; Bryce D. Riddle <briddle@bassford.com>; Shelly M. Schutte <sschutte@bassford.com>; Dawn R. Shippee <dshippee@bassford.com>; Angela Elsperger Lord <aelord@vogellaw.com>; MeeNee Thao <mthao@bassford.com>; Kristin F. Syverson <KSyverson@vogellaw.com>
**Subject:** Kraft v. Essentia

Mike,

In light of Laura Morris's deposition last week, we are working with Essentia to review Topic 1(k) outlined in the 30(b)(6) Deposition Notice.  We will provide you further update once next steps have been determined.

Thank you,

Briana

**Briana L. Rummel**
**Attorney**

**T** 701.258.7899 Ext. 3226

200 North 3rd Street, Ste 201 | Bismarck, ND 58501
P.O. Box 2097 | Bismarck, ND 58502
vogellaw.com | brummel@vogellaw.com
*Connect with me on LinkedIn.*





This communication is from Vogel Law Firm, Ltd. and may contain information that is privileged, confidential, and protected under attorney-client privilege or attorney work product privilege. If you are not the intended recipient, any disclosure, copying, distribution, or use of this message is strictly prohibited. If you received this email in error, please delete it immediately and notify the sender by replying to this email.