# EXHIBIT K

Redacted

---

**From:** Little, Judy N (HLB) <Judy.N.Little@state.mn.us>
**Sent:** Friday, July 22, 2016 12:24 PM
**To:** Morris, Laura J. <Laura.Morris@EssentiaHealth.org>

No, I think we will just close your file and keep a copy of your email chain below in it.  The executive director said you don't need to be licensed.

Judy N. Little
(651) 201-2863
Fax (612) 617-2262
Office & Administrative Services

MN Board of Pharmacy
2829 University Avenue SE #530
Minneapolis, MN 55414-3251

---

**From:** Morris, Laura J. [mailto:Laura.Morris@EssentiaHealth.org]
**Sent:** Friday, July 22, 2016 11:52 AM
**To:** Little, Judy N (HLB)

1

Hi Judy —

Checking in to see if anything has been determined on whether we will need to update our MN wholesale license or not? Please let me know if there is anything further that I am to follow up on.

Thanks,

*Laura Morris*
Pharmacist, Co-Owner
Dakota Clinic Pharmacy
Phone: 701-364-3450

**From:** Morris, Laura J.
**Sent:** Thursday, July 07, 2016 10:49 AM
**To:** 'Little, Judy N (HLB)'

Judy —

Thank you for the information — one less license to maintain would be wonderful.

Dakota Clinic Pharmacy LLC operates as a retail pharmacy in North Dakota. We are located within the Essentia Health clinic in Fargo, ND. The LLC is 51% pharmacist-owned and 49% owned by Essentia Health.

In our back storage area, unaffiliated with our retail operation, we also manage the medications that Essentia Health distributes to their satellite locations within North Dakota and Minnesota. Under that current structure:
- All medications are purchased by Essentia Health.
- The medications arrive to and are stored in our storage area, behind/separated from our retail area.
- As satellite clinics request medications for their site, we send the requested medications to their location.
- Essentia Health purchases all medications needed to replenish and upkeep their stock.

To simplify, Essentia Health controls all ownership of the medications from the point of ordering to the point of sending them to the satellite locations. They are first in the general Essentia Health account, and then billed separately to the specific locations once requested/dispersed.

Please let me know if you need any further clarification.

Laura Morris
Pharmacist, Co-Owner
Dakota Clinic Pharmacy
Phone: 701-364-3450

**From:** Little, Judy N (HLB) [mailto:Judy.N.Little@state.mn.us]
**Sent:** Friday, July 01, 2016 9:47 AM
**To:** Morris, Laura J.

2

*DCP 000137*

I talked to our executive director and he said that if the only wholesaling you do is within the Essentia Health structure you do not need a MN wholesaler license. Would you confirm what you told me about your ownership, name and how your business operates? Thanks!

Judy N. Little
(651) 201-2863
Fax (612) 617-2262
Office & Administrative Services

MN Board of Pharmacy
2829 University Avenue SE #530
Minneapolis, MN 55414-3251

CAUTION: This email is from an EXTERNAL source! Use caution with links and attachments.

3

DCP 000138