# EXHIBIT L

**From:**        "Loy, Maari" <Maari.Loy@EssentiaHealth.org>
**Sent:**        Thu, 10 Sep 2020 10:00:00 PM GMT
**To:**          "Beauchamp, Dan L" <Dan.Beauchamp@essentiahealth.org>;"Kaufenberg, Tony J. (Anthony)" <Anthony.Kaufenberg@EssentiaHealth.org>
**Subject:**     refrigerator follow-up

Hey Dan, Thanks for the drive-by in the pharmacy this afternoon!  Thanks also for the conversation regarding the historic DCP refrigerators. It sounded like you had already had some back and forth conversations with Frank  about purchase history, maintenance requests, etc. on these refrigerators.  Also any information on the Dakota Refrigeration contract.  Any information you provide to Kyle Dorrow, or Frank Modich is much appreciated. Thanks! Maari

**Maari Loy, PharmD, BCPS, MBA**
*Pharmacy Operations Senior Manager*
**Essentia Health**
Pharmacy Services
3000 32nd Ave S, Fargo, ND 58103
P: 701-364-8143 | F: 701-364-8157
maari.loy@essentiahealth.org

Confidential Information-Subject to Protective Order

EHPRIV008373

EH028304