# EXHIBIT M

**From:**          "Hurley, Al" <Al.Hurley@EssentiaHealth.org>
**Sent:**          Tue, 5 May 2020 1:49:30 PM GMT
**To:**            "Collins, Daniel M" <Daniel.Collins@EssentiaHealth.org>;"Rauvola, Mary K."
<Mary.Rauvola@EssentiaHealth.org>;"Witten, Dianne L." <Dianne.Witten@EssentiaHealth.org>
**Cc:**            "Pfannenstein, Megan" <Megan.Pfannenstein@EssentiaHealth.org>
**Subject:**       RE: SBAR One Essentia Fridge Project

The overall concern for me is that the facilities team could not provide for me an exact list of
units to be replaced.

That is why I intentionally left it rather open for now to get just this discussion.  If we can get an
exact list of units failing now, those need replacement now.  The question, is what if we cannot?

**From:** Collins, Daniel M <Daniel.Collins@EssentiaHealth.org>
**Sent:** Tuesday, May 5, 2020 8:46 AM
**To:** Rauvola, Mary K. <Mary.Rauvola@EssentiaHealth.org>; Hurley, Al
<Al.Hurley@EssentiaHealth.org>; Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>
**Cc:** Pfannenstein, Megan <Megan.Pfannenstein@EssentiaHealth.org>
**Subject:** RE: SBAR One Essentia Fridge Project

Mary,
Yes I agree that there are the temp variations and that at some point everything will fail, my
concern is that if we have things like specimens in a none medical grade refrigerator it puts us
at higher risk is my point. Again I understand that there needs to be a prioritization and there are
financial constraints to this.

Dan

**From:** Rauvola, Mary K. <Mary.Rauvola@EssentiaHealth.org>
**Sent:** Tuesday, May 5, 2020 8:27 AM
**To:** Collins, Daniel M <Daniel.Collins@EssentiaHealth.org>; Hurley, Al
<Al.Hurley@EssentiaHealth.org>; Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>
**Cc:** Pfannenstein, Megan <Megan.Pfannenstein@EssentiaHealth.org>
**Subject:** RE: SBAR One Essentia Fridge Project

Hi Dan, I had to reread my comments.  There are refrigerators out there for specimens that are
not medical grade but are holding temperatures.  These are on a list to replace at a lower level
than those that we are having issues with.  Refrigerators or freezers go out of temp from time to
time and we make an adjustment and document.  This is a failure of sorts or can be considered
maintenance.  All refrigerators and freezers will fail at some point medical grade or not.

Mary

**From:** Collins, Daniel M <Daniel.Collins@EssentiaHealth.org>
**Sent:** Tuesday, May 05, 2020 7:26 AM
**To:** Hurley, Al <Al.Hurley@EssentiaHealth.org>; Rauvola, Mary K.
<Mary.Rauvola@EssentiaHealth.org>; Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>

Confidential Information-Subject to Protective Order

EHPRIV003623

EH031553

**Cc:** Pfannenstein, Megan <Megan.Pfannenstein@EssentiaHealth.org>
**Subject:** Re: SBAR One Essentia Fridge Project

I have no additional edits. I do have one question and maybe it's just my misunderstanding and it is with Mary's comment that we would wait until there was a failure until it became a priority. I have difficulty with that, as we know that they will fail. I understand the need to prioritize, and I would suggest that any refrigerator with medications, biologics, reagents etc. would be prioritized.

Thank you,
Dan

Dan Collins, MBOE, BSN
Vice President Quality
Essentia Health System Quality
DTV 430
407 East Third Street, Duluth, MN 55805
T: 218.576.0826 Fax: 218-786-8621
Daniel.Collins@essentiahealth.org

**From:** Hurley, Al <Al.Hurley@EssentiaHealth.org>
**Sent:** Monday, May 4, 2020 8:01:27 PM
**To:** Rauvola, Mary K. <Mary.Rauvola@EssentiaHealth.org>; Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>
**Cc:** Pfannenstein, Megan <Megan.Pfannenstein@EssentiaHealth.org>; Collins, Daniel M <Daniel.Collins@EssentiaHealth.org>
**Subject:** Re: SBAR One Essentia Fridge Project

You 3 are the experts.


Al

**From:** Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>
**Sent:** Monday, May 4, 2020 7:53:06 PM
**To:** Rauvola, Mary K. <Mary.Rauvola@EssentiaHealth.org>; Hurley, Al <Al.Hurley@EssentiaHealth.org>
**Cc:** Pfannenstein, Megan <Megan.Pfannenstein@EssentiaHealth.org>; Collins, Daniel M <Daniel.Collins@EssentiaHealth.org>
**Subject:** Re: SBAR One Essentia Fridge Project

I'll send my edits to you tomorrow. I read through the document earlier this evening. I agree with Mary about only reporting up through immunization committee. I was wondering perhaps about reporting to quality? Obviously the VFC info could go to immunization committee yet there are other meds that are being monitored outside of vaccines.

I'd be happy to be part of the discussion to present this Al. Thanks for asking - this is such a big project and I'm so glad that this is going to be moving forward.

Dianne

Confidential Information-Subject to Protective Order

EHPRIV003623

EH031554

Get Outlook for iOS

**From:** Rauvola, Mary K. <Mary.Rauvola@EssentiaHealth.org>
**Sent:** Monday, May 4, 2020 6:42 PM
**To:** Hurley, Al
**Cc:** Pfannenstein, Megan; Witten, Dianne L.; Collins, Daniel M
**Subject:** RE: SBAR One Essentia Fridge Project

Hello Al, I have attached my edit in red and I have a few questions that I highlighted in yellow.  (I should have put on track changes)

My first question is with the definition of High Priority equipment.  It is listed as if it wasn't medical grade it was High Priority.  I thought we decided on Friday that if it was in temp and not medical grade we would wait until a failure.  So I did change some of those to Low Priority.

My next question is on the recommendations of having the Immunization Committee having oversight.  I am not sure this makes sense for Lab because we have our own Policy and Procedure regulations and documentation that are pretty specific.  I would be more comfortable if the oversight and P&P documentation was Department of Laboratory Medicine and Pathology for any unit that was located within the laboratory.  Let me know if I need to explain more.

Thanks for leading this project.

Mary

**From:** Hurley, Al <Al.Hurley@EssentiaHealth.org>
**Sent:** Monday, May 04, 2020 4:27 PM
**To:** Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>; Rauvola, Mary K. <Mary.Rauvola@EssentiaHealth.org>; Collins, Daniel M <Daniel.Collins@EssentiaHealth.org>
**Cc:** Pfannenstein, Megan <Megan.Pfannenstein@EssentiaHealth.org>; Hurley, Al <Al.Hurley@EssentiaHealth.org>
**Subject:** SBAR One Essentia Fridge Project

Dianne, Mary and Dan,

Please find attached the draft SBAR for the Refrigeration Project.  I would like you to review, make recommendations for changes so that we can finalize.
I have reviewed with Jodi as a draft and she is supportive.

After you have reviewed, I would like this presented to Brad, Sheila and me to sign off.  I would like the three of you to present with me next week (this week if possible.

Please provide changes so that Megan can capture.  She will include the refrigeration equip dollars as we get them back by tomorrow.

Thanks
Al

Confidential Information-Subject to Protective Order

EHPRIV003623

EH031555