# EXHIBIT N

**From:**    "Kofal, Kailee S." <Kailee.Kofal@EssentiaHealth.org>
**Sent:**    Thu, 9 Apr 2020 6:01:43 PM GMT
**To:**     "Christianson, Shawn (QI)"
<Shawn.Christianson@EssentiaHealth.org>;"Collins, Daniel M" <Daniel.Collins@EssentiaHealth.org>
**Subject:**   RE: Vaccine Temperature Excursion Action Plan 2017

Thank you Shawn.

I have reached out to Sara Hanson and have requested the following items:
  1. Competency that was created in 2017
  2. List of the primary and 2 backup site champions for the West Market for each location

In addition to the audits of the logs there are number of things I think that we need to make sure are in place in accordance to the VFC manuals that I have been reviewing for each state along with the annual training per state.  I will make a list!

Thank you!
Kailee

**From:** Christianson, Shawn (QI) <Shawn.Christianson@EssentiaHealth.org>
**Sent:** Thursday, April 9, 2020 10:28 AM
**To:** Kofal, Kailee S. <Kailee.Kofal@EssentiaHealth.org>; Collins, Daniel M <Daniel.Collins@EssentiaHealth.org>
**Subject:** FW: Vaccine Temperature Excursion Action Plan 2017

Here is the action plan from the 2017 west excursion.  Let me know if we want the QPs to audit logss

**From:** Hanson, Sara - Nurse Manager <Sara.Hanson@EssentiaHealth.org>
**Sent:** Thursday, April 9, 2020 10:26 AM
**To:** Christianson, Shawn (QI) <Shawn.Christianson@EssentiaHealth.org>
**Subject:** FW: Vaccine Temperature Excursion Action Plan 2017

**From:** Hanson, Sara - Nurse Manager
**Sent:** Friday, February 28, 2020 4:55 PM
**To:** Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>
**Subject:** Vaccine Temperature Excursion Action Plan 2017

I'm not sure if this is helpful to you….I was searching for the communication sent to patients and I came across the action plan we utilized for a prior temp excursion.

Sara

Confidential Information-Subject to Protective Order            EHPRIV006434

EH025894