**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jessica Kraft, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-121 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Essentia Health, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs move for leave to file under seal one exhibit in support of their reply brief in support of their motion to compel. (Doc. 298). Plaintiffs request to file that exhibit—Exhibit O (an unofficial deposition transcript)—under seal according to the terms of a May 21, 2025 order, which permitted plaintiffs to file certain exhibits under seal temporarily. (See Doc. 295). Plaintiffs' motion is **GRANTED**. Plaintiffs must file the official transcript of Exhibit O within three business days of receipt of the transcript. Within ten days of receipt of the final deposition transcript, counsel are directed to confer regarding any parts of the transcript that should be redacted and submit proposed redactions to the court. Proposed redactions must be highlighted so the court can easily review the proposed redactions. See Section XV, Administrative Policy Governing Electronic Filing and Service; Section I, Guide to Filing Sealed Documents & Motions. The proposed redacted version of the deposition transcript should be filed as a sealed document. If counsel have any questions about filing procedures, they should contact the Clerk's Office at 701-297-7000.

IT IS SO ORDERED.

Dated this 28th day of May, 2025.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge
