UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Jessica Kraft, et. al

v.                                                          Case No:  3:20-cv-121

Essentia Health, et. al

**CLERK'S MINUTES**
Proceeding:  Status Conference - Discovery Dispute
(via telephone)

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal          Date:  June 16, 2025
Deputy Clerk: Sarah Lien                                          Time: 1:40 pm
Law Clerk: Claire Thompson                                        Recess: 2:05 pm
Externs: Mlada Simper and Adriana Longwell
Digital Recorder: 250616-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs:  Ashali Chimata, Brian Marty, J. Barton Goplerud, and Michael Von Klemperer
Counsel for Defendants:  Briana Rummel and Bryce Riddle

Court calls case and counsel note appearances.

Court notes hearing was scheduled for the dispute over 30(b)(6) deposition topics and requests for production of documents.  The Court has reviewed position statements received regarding 30(b)(6) depositions and privilege logs.

Court inquires as to privilege log concerns.
Attorney Riddle states position and notes the extension of the Discovery deadline to August 1 would resolve the privilege log issue.
Attorney Von Klemperer responds and would agree to a shorter Discovery deadline extension to July 11 or 18.

Court asks parties if the recently served supplement cleared up any of the outstanding issues.
Attorney Rummel responds.
Attorney Von Klemperer notes more issues have arisen.

Parties are to meet and confer and submit position papers by noon on Friday, June 20.

Status Conference re: Discovery Dispute set for Monday, June 23 at 1:00 pm.

Recess.