# EXHIBIT A

| | |
|---|---|
| **From:** | Bryce D. Riddle |
| **To:** | Mike von Klemperer; NDD J-Senechal; Elizabeth Fegan; Bart Goplerud; scott@schneiderlawfirm.com; Ashali Chimata; alord@vogellaw.com; brummel@vogellaw.com; Christopher R. Morris; marty@sagwlaw.com; 1111388420@filings.docketbird.com; Dawn R. Shippee; aschaffer@vogellaw.com; ksyverson@vogellaw.com; balke@sagwlaw.com; deprairie@sagwlaw.com; Shelly M. Schutte |
| **Subject:** | RE: 3:20-cv-00121-PDW-ARS - Kraft et al v. Essentia Health et al |
| **Date:** | Monday, January 20, 2025 12:30:54 PM |
| **Attachments:** | image001.png |

Your Honor,

Essentia agrees to provide an updated privilege log that includes only those documents still being withheld, consistent with Mr. Von Klemperer's request below. Essentia also believes it would be beneficial to keep the Special Master available until the close of fact discovery to resolve any further privilege disputes.

Respectfully,

Bryce Riddle

---

**From:** Mike von Klemperer <mike@feganscott.com>
**Sent:** Friday, January 17, 2025 3:57 PM
**To:** NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>; Elizabeth Fegan <beth@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; scott@schneiderlawfirm.com; Ashali Chimata <ashali@feganscott.com>; alord@vogellaw.com; brummel@vogellaw.com; Christopher R. Morris <cmorris@bassford.com>; Bryce D. Riddle <BRiddle@bassford.com>; marty@sagwlaw.com; 1111388420@filings.docketbird.com; Dawn R. Shippee <dshippee@bassford.com>; aschaffer@vogellaw.com; ksyverson@vogellaw.com; balke@sagwlaw.com; deprairie@sagwlaw.com; Shelly M. Schutte <sschutte@bassford.com>
**Subject:** [EXTERNAL] RE: 3:20-cv-00121-PDW-ARS - Kraft et al v. Essentia Health et al

Your Honor,

Thank you for your email. Over the last few months, Defendants have made several substantial productions of documents previously withheld under various privilege claims. We received the last of these productions on Tuesday. Our review of those records is ongoing. As such, Plaintiffs would request that the Special Master remain available until the close of fact discovery to resolve any further privilege disputes.

Given the large number of privilege claims that have been overruled, we would also ask that Defendants provide an updated privilege log that includes only those documents still being withheld. This will help us determine whether any further privilege challenges are necessary.

Respectfully,

Mike von Klemperer | **Fegan Scott LLC** | 202.921.0002

**feganscott**

---

**From:** NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>
**Sent:** Thursday, January 16, 2025 6:06 PM
**To:** Elizabeth Fegan <beth@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; scott@schneiderlawfirm.com; Mike von Klemperer <mike@feganscott.com>; Ashali Chimata <ashali@feganscott.com>; alord@vogellaw.com; brummel@vogellaw.com; cmorris@bassford.com; briddle@bassford.com; marty@sagwlaw.com; 1111388420@filings.docketbird.com; Alissa Giler <alissa@feganscott.com>; dshippee@bassford.com; aschaffer@vogellaw.com; ksyverson@vogellaw.com; balke@sagwlaw.com; deprairie@sagwlaw.com; sschutte@bassford.com; dlow@kotchen.com; lgrunert@kotchen.com; aroller@kotchen.com; alee@kotchen.com
**Subject:** 3:20-cv-00121-PDW-ARS - Kraft et al v. Essentia Health et al

Counsel,

I neglected to ask one question during yesterday's status conference. Do you know whether you will be asking for further involvement of the Special Master?

Thank you.

Alice R. Senechal
United States Magistrate Judge
District of North Dakota
701-297-7070