# EXHIBIT C

| | |
|---|---|
| **From:** | Mike von Klemperer |
| **To:** | Ashali Chimata; Briana L. Rummel; Kristin F. Syverson; Angela Elsperger Lord; "Christopher R. Morris"; Bryce D. Riddle |
| **Cc:** | marty@sagwlaw.com; Bart Goplerud; scott@schneiderlawfirm.com; Shelly M. Schutte; Elizabeth Fegan; Dawn R. Shippee; MeeNee Thao |
| **Subject:** | RE: Kraft: Essentia Health"s Responses to Plaintiff"s Fifth Set of RFP 4.28.2025 |
| **Date:** | Friday, May 30, 2025 10:25:56 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Briana, we have not heard from you about the issues raised below, even by Defendants' lackadaisical response date. We have not even received the re-production that was promised earlier. Please provide Defendants' response and the reproduction by COB today. If we do not hear from you, we will request a discovery conference with the Court.

Best,

Mike von Klemperer | **Fegan Scott LLC** | 202.921.0002

**⌐ feganscott**

---

**From:** Ashali Chimata <ashali@feganscott.com>
**Sent:** Friday, May 16, 2025 4:38 PM
**To:** Briana L. Rummel <brummel@vogellaw.com>; Kristin F. Syverson <KSyverson@vogellaw.com>; Angela Elsperger Lord <aelord@vogellaw.com>; 'Christopher R. Morris' <cmorris@bassford.com>; Bryce D. Riddle <BRiddle@bassford.com>
**Cc:** marty@sagwlaw.com; Bart Goplerud <goplerud@sagwlaw.com>; scott@schneiderlawfirm.com; Shelly M. Schutte <sschutte@bassford.com>; Elizabeth Fegan <beth@feganscott.com>; Mike von Klemperer <mike@feganscott.com>; Dawn R. Shippee <dshippee@bassford.com>; MeeNee Thao <mthao@bassford.com>
**Subject:** RE: Kraft: Essentia Health's Responses to Plaintiff's Fifth Set of RFP 4.28.2025

Hi Briana,

Thank you for your response. May 28th is over 3 weeks past our May 6th meet and confer on these issues, and it is over 8 weeks past the date on which these RFPs were served. Additionally, many of these issues are tied to the search that Essentia already had to conduct in order to respond to these RFPs, and they bear on several outstanding Rule 30(b)(6) topics.

In light of this, we ask that you all please provide these supplemental responses as soon as possible. We also look forward to receiving the document production in its correct format soon.

Thank you,

-Ashali

Ashali Chimata| Associate | Fegan Scott LLC | 771.244.6729



**From:** Briana L. Rummel <brummel@vogellaw.com>
**Sent:** Friday, May 16, 2025 11:48 AM
**To:** Ashali Chimata <ashali@feganscott.com>; Kristin F. Syverson <KSyverson@vogellaw.com>; Angela Elsperger Lord <aelord@vogellaw.com>; 'Christopher R. Morris' <cmorris@bassford.com>; Bryce D. Riddle <BRiddle@bassford.com>
**Cc:** marty@sagwlaw.com; Bart Goplerud <goplerud@sagwlaw.com>; scott@schneiderlawfirm.com; Shelly M. Schutte <sschutte@bassford.com>; Elizabeth Fegan <beth@feganscott.com>; Mike von Klemperer <mike@feganscott.com>; Dawn R. Shippee <dshippee@bassford.com>; MeeNee Thao <mthao@bassford.com>
**Subject:** RE: Kraft: Essentia Health's Responses to Plaintiff's Fifth Set of RFP 4.28.2025

Ashali,

Thank you for your email.  We are following up with our client with the goal of responding by May 28th.  Please note, the production format of the documents previously produced in response to Plaintiffs' Fifth Seth of RFPs will be addressed sooner than that.

Briana

**Briana L. Rummel**
**Attorney**

**T**  701.258.7899 Ext. 3226
vogellaw.com | brummel@vogellaw.com

This communication is from Vogel Law Firm, Ltd. and may contain information that is privileged, confidential, and protected under attorney-client privilege or attorney work product privilege. If you are not the intended recipient, any disclosure, copying, distribution, or use of this message is strictly prohibited. If you received this email in error, please delete it immediately and notify the sender by replying to this email.

**From:** Ashali Chimata <ashali@feganscott.com>
**Sent:** Thursday, May 15, 2025 2:04 PM
**To:** Briana L. Rummel <brummel@vogellaw.com>; Kristin F. Syverson <KSyverson@vogellaw.com>;

Angela Elsperger Lord <aelord@vogellaw.com>; 'Christopher R. Morris' <cmorris@bassford.com>; Bryce D. Riddle <BRiddle@bassford.com>
**Cc:** marty@sagwlaw.com; Bart Goplerud <goplerud@sagwlaw.com>; scott@schneiderlawfirm.com; Shelly M. Schutte <sschutte@bassford.com>; Elizabeth Fegan <beth@feganscott.com>; Mike von Klemperer <mike@feganscott.com>; Dawn R. Shippee <dshippee@bassford.com>; MeeNee Thao <mthao@bassford.com>
**Subject:** RE: Kraft: Essentia Health's Responses to Plaintiff's Fifth Set of RFP 4.28.2025

Hi Briana,

Thank you for the meet and conferring on Tues., May 6th regarding Essentia's responses to Plaintiffs' 5th Set of RFPs. During our meeting, you agreed to get back to us on a number of topics. Given the fast approaching close of discovery, and the fact that several outstanding Rule 30(b)(6) deposition topics are tied to these RFPs, we were hoping to hear from you on these issues by the end of last week. Please provide the following information by no later than **Monday, May 19th.**

RFP 22 Please describe the scope of Essentia's search for responsive documents, including identifying custodians or other sources searched, and what method Essentia used to locate responsive documents.

We also asked that you determine whether Essentia has sent out mass emails, mass mailings, and similar communications to its patients regarding the topics identified in RFP 22 and, if so, please confirm all such documents have been collected and produced.

RFP 23 Again, we ask that you describe the scope of Essentia's search for responsive documents.

We also asked whether Essentia (or any advertising firm it uses) possesses any data on the "reach" of its advertising, marketing, or promotional materials, i.e. documents reflecting the number of people who viewed the documents responsive to RFP No. 22

RFP 24 Please describe the scope of Essentia's search for responsive documents. Essentia only produced marketing plans for the flu vaccine from 2017-2019 even though there are other affected medications and a broader time period at issue. Its production appears facially incomplete.

RFP 25  Please describe the scope of Essentia's search for responsive documents. Essentia has only produced a single policy related to immunizations even though there are other affected medications at issue in this case. This appears facially incomplete.

RFPs 26-28 Please describe the scope of Essentia's search for responsive documents. With regard to the informed consent forms, as discussed we searched

but could not find any for the named plaintiffs of the type produced in response to the 5th set of RFPs.

We also ask that you let us know (i) whether patients were directed to visit chemocare.com or were given materials obtained from chemocare.com and (ii) supplementing with responsive documents relating to non-vaccine and non-chemotherapy medications as the response only concerned vaccines and chemotherapy medications.

Further, as we discussed, Essentia has refused to produce class member medical records despite referencing and relying on information within the Named Plaintiffs' medical records. Please confirm that Essentia will not (a) use, cite to, or otherwise rely on any class member medical records, or (b) advance any arguments based on informed derived from, or that can only be challenged by relying on, class member medical records in opposing class certification or for any other purpose in this litigation. If so, we will prepare a stipulation to that effect.

RFP 29-30 Please describe the search for documents responsive to these requests. It seems entirely implausible that Essentia lacks documents sufficient to show the affected medications' labeling, packaging, and storage and handling instructions.

RFP 32 Thank you for confirming that Essentia will produce in discovery all documents it may rely on to support its defense.

RFP 33 Essentia has identified both Laura Morris and Robert Haskell in its disclosures. Both Morris and Haskell were issued Essentia-domain email accounts. Their emails (and possibly other files) are therefore in Essentia's possession, custody, or control, and should be collected and searched for responsive documents. If Essentia does agree that their files are within its possession, custody, or control, please explain and provide all evidence supporting that position. If it refused to collect and produce their files for any other reason, please fully explain that position as well.

Lastly, the incorrect production format remains an outstanding issue. You indicated that you all would be supplementing with the production in a format that comports with the ESI protocol. We look forward to receiving this on Monday as well.

Thank you,

-Ashali

Ashali Chimata| Associate | Fegan Scott LLC | 771.244.6729



**From:** Briana L. Rummel <brummel@vogellaw.com>
**Sent:** Monday, May 5, 2025 9:46 AM
**To:** Ashali Chimata <ashali@feganscott.com>; Kristin F. Syverson <KSyverson@vogellaw.com>; Angela Elsperger Lord <aelord@vogellaw.com>; 'Christopher R. Morris' <cmorris@bassford.com>; Bryce D. Riddle <BRiddle@bassford.com>
**Cc:** marty@sagwlaw.com; Bart Goplerud <goplerud@sagwlaw.com>; scott@schneiderlawfirm.com; Shelly M. Schutte <sschutte@bassford.com>; Elizabeth Fegan <beth@feganscott.com>; Mike von Klemperer <mike@feganscott.com>; Dawn R. Shippee <dshippee@bassford.com>; MeeNee Thao <mthao@bassford.com>
**Subject:** RE: Kraft: Essentia Health's Responses to Plaintiff's Fifth Set of RFP 4.28.2025

Ashali,

I am available tomorrow from 1:15-4:00 CST.  I may also be available after the depositions set for this week in this case, depending upon when they conclude.  I will work on supplementing the format of production in the meantime.

Briana

**Briana L. Rummel**
**Attorney**

**T**  701.258.7899 Ext. 3226
vogellaw.com | brummel@vogellaw.com



This communication is from Vogel Law Firm, Ltd. and may contain information that is privileged, confidential, and protected under attorney-client privilege or attorney work product privilege. If you are not the intended recipient, any disclosure, copying, distribution, or use of this message is strictly prohibited. If you received this email in error, please delete it immediately and notify the sender by replying to this email.

**From:** Ashali Chimata <ashali@feganscott.com>
**Sent:** Tuesday, April 29, 2025 6:57 PM
**To:** Kristin F. Syverson <KSyverson@vogellaw.com>; Angela Elsperger Lord <aelord@vogellaw.com>; 'Christopher R. Morris' <cmorris@bassford.com>; Briana L. Rummel <brummel@vogellaw.com>; Bryce D. Riddle <BRiddle@bassford.com>
**Cc:** marty@sagwlaw.com; Bart Goplerud <goplerud@sagwlaw.com>; scott@schneiderlawfirm.com; Shelly M. Schutte <sschutte@bassford.com>; Elizabeth Fegan <beth@feganscott.com>; Mike von Klemperer <mike@feganscott.com>; Dawn R. Shippee <dshippee@bassford.com>; MeeNee Thao <mthao@bassford.com>
**Subject:** RE: Kraft: Essentia Health's Responses to Plaintiff's Fifth Set of RFP 4.28.2025

Counsel,

Please let us know your availability over the next week to discuss the objections Essentia asserted in this response to Plaintiffs' 5th set of RFPs.

Additionally, this production contains only a single PDF of all the documents, which does not comport with the required production format set forth in the ESI protocol for this case. Please promptly supplement with the documents in the correct format.

Thank you,

Ashali Chimata| Associate | Fegan Scott LLC | 771.244.6729

**feganscott**

---

**From:** Kristin F. Syverson <KSyverson@vogellaw.com>
**Sent:** Monday, April 28, 2025 4:55 PM
**To:** Elizabeth Fegan <beth@feganscott.com>; scott@schneiderlawfirm.com; Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Mike von Klemperer <mike@feganscott.com>; Ashali Chimata <ashali@feganscott.com>
**Cc:** Angela Elsperger Lord <aelord@vogellaw.com>; Briana L. Rummel <brummel@vogellaw.com>; Bryce D. Riddle <BRiddle@bassford.com>; 'Christopher R. Morris' <cmorris@bassford.com>; Shelly M. Schutte <sschutte@bassford.com>; Dawn R. Shippee <dshippee@bassford.com>; MeeNee Thao <mthao@bassford.com>
**Subject:** Kraft: Essentia Health's Responses to Plaintiff's Fifth Set of RFP 4.28.2025

Good afternoon,

Please find the attached being served upon you.

Thank you.

**Kris Syverson**
**Senior Legal Administrative Assistant**

**T** 701.237.6983 Ext. 6392 | **TF** 800.677.5024
**D** 701.356.6392 **F** 701.476.7676
218 NP Avenue | Fargo, ND 58102
P.O. Box 1389 | Fargo, ND 58107
vogellaw.com | ksyverson@vogellaw.com



This communication is from Vogel Law Firm, Ltd. and may contain information that is privileged, confidential, and protected under attorney-client privilege or attorney work product privilege. If you are not the intended recipient, any disclosure, copying, distribution, or use of this message is strictly prohibited. If you received this email in error, please delete it immediately and notify the sender by replying to this email.