# EXHIBIT D

| | |
|---|---|
| **From:** | NDD J-Senechal |
| **To:** | Mike von Klemperer; Briana L. Rummel |
| **Cc:** | Angela Elsperger Lord; Bryce D. Riddle; Christopher R. Morris; Ashali Chimata; Annitta Bailey; Bart Goplerud; marty@sagwlaw.com; Elizabeth Fegan; scott@schneiderlawfirm.com |
| **Subject:** | RE: Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health -- Request for Discovery Conference |
| **Date:** | Tuesday, June 3, 2025 10:36:10 AM |
| **Attachments:** | image001.png |
| | image002.png |

Counsel,

I will set a status conference for June 16, 2025, at 1:30 p.m.  You will receive electronic notice shortly.

Brief written position statements are due no later than noon on June 13, 2025 . Those statements should be in letter format and generally should not exceed three pages.

The position statements should be submitted to the court via email and should not be filed at this time. If the dispute is not resolved during the conference, the court may order that the position statements be filed in the docket.

Thank you,

Claire Thompson

**From:** Mike von Klemperer <mike@feganscott.com>
**Sent:** Tuesday, June 3, 2025 8:53 AM
**To:** NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>; Briana L. Rummel <brummel@vogellaw.com>
**Cc:** Angela Elsperger Lord <aelord@vogellaw.com>; Bryce D. Riddle <briddle@bassford.com>; Christopher R. Morris <cmorris@bassford.com>; Ashali Chimata <ashali@feganscott.com>; Annitta Bailey <annitta@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Elizabeth Fegan <beth@feganscott.com>; scott@schneiderlawfirm.com
**Subject:** RE: Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health -- Request for Discovery Conference

==**CAUTION - EXTERNAL:**==

Thank you, yes, the afternoon times on June 16 work for Plaintiffs.

I would ask that Defendants provide their response to the issues raised in Plaintiffs' May 15 email this week and schedule a time to meet and confer early next week. This will allow for a more productive conference with the Court on June 16 regarding any remaining disputes.

Respectfully,

Mike von Klemperer | **Fegan Scott LLC** | 202.921.0002

# feganscott

---

**From:** NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>
**Sent:** Tuesday, June 3, 2025 9:45 AM
**To:** Briana L. Rummel <brummel@vogellaw.com>; Mike von Klemperer <mike@feganscott.com>
**Cc:** Angela Elsperger Lord <aelord@vogellaw.com>; Bryce D. Riddle <briddle@bassford.com>; Christopher R. Morris <cmorris@bassford.com>; Ashali Chimata <ashali@feganscott.com>; Annitta Bailey <annitta@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Elizabeth Fegan <beth@feganscott.com>; scott@schneiderlawfirm.com
**Subject:** RE: Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health -- Request for Discovery Conference

Based on the times suggested by defense counsel, Judge Senechal is available on June 16 from 9:30-10:00 am and 1:30-3:00 pm. Do any of these times work for plaintiffs' counsel?

Thank you,

Claire Thompson
Law Clerk

---

**From:** Briana L. Rummel <brummel@vogellaw.com>
**Sent:** Monday, June 2, 2025 5:20 PM
**To:** Mike von Klemperer <mike@feganscott.com>; NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>
**Cc:** Angela Elsperger Lord <aelord@vogellaw.com>; Bryce D. Riddle <briddle@bassford.com>; Christopher R. Morris <cmorris@bassford.com>; Ashali Chimata <ashali@feganscott.com>; Annitta Bailey <annitta@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Elizabeth Fegan <beth@feganscott.com>; scott@schneiderlawfirm.com
**Subject:** RE: Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health -- Request for Discovery Conference

<mark>CAUTION - EXTERNAL:</mark>

On behalf of the Essentia Defendants, we are not available this Friday. We are available June 16th 9:30-10:00 and 1:30-4:00 if that date/time works for the Court and Plaintiffs' counsel.

Thank you,

Briana

**Briana L. Rummel**

**Attorney**

T  701.258.7899 Ext. 3226
vogellaw.com | brummel@vogellaw.com



This communication is from Vogel Law Firm, Ltd. and may contain information that is privileged, confidential, and protected under attorney-client privilege or attorney work product privilege. If you are not the intended recipient, any disclosure, copying, distribution, or use of this message is strictly prohibited. If you received this email in error, please delete it immediately and notify the sender by replying to this email.

**From:** Mike von Klemperer <mike@feganscott.com>
**Sent:** Monday, June 2, 2025 11:28 AM
**To:** NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>
**Cc:** Angela Elsperger Lord <aelord@vogellaw.com>; Bryce D. Riddle <briddle@bassford.com>; Briana L. Rummel <brummel@vogellaw.com>; Christopher R. Morris <cmorris@bassford.com>; Ashali Chimata <ashali@feganscott.com>; Annitta Bailey <annitta@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Elizabeth Fegan <beth@feganscott.com>; scott@schneiderlawfirm.com
**Subject:** RE: Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health -- Request for Discovery Conference

Thank you. Plaintiffs are available at any of those times this Friday. If Judge Senechal would like a letter in advance of the conference, please let us know.

Respectfully,

Mike von Klemperer | **Fegan Scott LLC** | 202.921.0002

**⸹ fegan**scott

**From:** NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>
**Sent:** Monday, June 2, 2025 12:21 PM
**To:** Mike von Klemperer <mike@feganscott.com>
**Cc:** Angela Elsperger Lord <aelord@vogellaw.com>; Bryce D. Riddle <briddle@bassford.com>; Briana L. Rummel <brummel@vogellaw.com>; Christopher R. Morris <cmorris@bassford.com>; Ashali Chimata <ashali@feganscott.com>; Annitta Bailey <annitta@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Elizabeth Fegan <beth@feganscott.com>; scott@schneiderlawfirm.com
**Subject:** RE: Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health -- Request for Discovery Conference

Counsel –

Judge Senechal has availability this Friday, June 2, 2025 between 10:00 am and 12:00 pm and between 1:00 pm and 5:00 pm.

If that date does not work, please suggest some dates and times that would work for counsel during the week of June 16. The Judge is unavailable the week of June 9.

Thank you,

Claire Thompson
Law Clerk

**From:** Mike von Klemperer <mike@feganscott.com>
**Sent:** Monday, June 2, 2025 10:54 AM
**To:** NDD J-Senechal <NDD_J-Senechal@ndd.uscourts.gov>
**Cc:** Angela Elsperger Lord <aelord@vogellaw.com>; Bryce D. Riddle <briddle@bassford.com>; Briana L. Rummel <brummel@vogellaw.com>; Christopher R. Morris <cmorris@bassford.com>; Ashali Chimata <ashali@feganscott.com>; Annitta Bailey <annitta@feganscott.com>; Bart Goplerud <goplerud@sagwlaw.com>; marty@sagwlaw.com; Elizabeth Fegan <beth@feganscott.com>; scott@schneiderlawfirm.com
**Subject:** Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health -- Request for Discovery Conference

**CAUTION - EXTERNAL:**

Your Honor,

Plaintiffs write to request a telephonic discovery conference under D.N.D Civ. L.R. 37.1(B) to address: (1) Rule 30(b)(6) deposition topics 11-13 (ECF 284-2 at 8-9); and (2) Essentia's Responses to Plaintiffs' RFPs 22-30 and 33 (attached), including its failure to conduct a reasonable search for responsive documents.

As the Court may recall, the parties deferred consideration of topics 11-13 while Plaintiffs awaited receipt of Essentia's responses to related RFPs. *See* ECF 284. Plaintiffs received those responses on April 28th with a corresponding production of documents. The production, which amounted to a mere 336 pages of documents, appeared woefully incomplete. The parties met and conferred on May 6 and Plaintiffs raised a number of concerns, including the scope of Essentia's search for responsive documents. Essentia's counsel was largely unable to address Plaintiffs' concerns during the meeting and promised a written follow-up after speaking with their client. Plaintiffs have now followed up in writing several times, but Essentia has yet to provide a substantive response to issues first raised on May 6, including information as basic as what search Essentia conducted to locate responsive documents. Essentia initially stated it planned to respond substantively by May 28th. But as that date came

and went, Essentia can now no longer even provide an estimate for a substantive response. (See Attached Emails from May 15-May 30). With discovery closing in under three weeks, Plaintiffs can no longer countenance Essentia's delay tactics.

Accordingly, Plaintiffs request that the Court schedule a conference to address Essentia's deficient responses, incomplete production, and failure to designate a witness to address Rule 30(b)(6) topics 11-13.

Respectfully,

Mike von Klemperer | Of Counsel
**Fegan Scott LLC**
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Direct: 202.921.0002 | Fax: 312.264.0100
www.feganscott.com

**feganscott**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.