# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B.; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>            Defendants. | Case No. 3:20-CV-00121<br><br><br>**DEFENDANT ESSENTIA HEALTH'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Joint Proposed Scheduling/Discovery Plan, Essentia Health provides the following initial disclosures:

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

1.    Shawn Christianson, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Ms. Christianson is Quality Director and has information relating to the potential temperature excursion and involvement of the North Dakota Department of Health.

2.    Daniel M. Collins, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Mr. Collins is Vice President, Quality; he has information relating to the potential temperature excursion and involvement of the Minnesota State Health Department.

3.    Kim Deiss, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.   Ms. Deiss is Senior Director Marketing and Communications, and she has information regarding communications.

4.    Brandon Dockendorf, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Mr. Dockendorf is a Business Intelligence Analyst II, and he has information relating to financial data.

5.    Kyle Dorow, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Mr. Dorow is Vice President, Finance, and he has information relating to the financial data and Innovis Health, LLC's minority interest in DCP, the pharmaceutical services provided by DCP, and termination of the services.

6.    Ryan T. Ferrell, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389. Mr. Ferrell is Business Intelligence Analyst II, and he has information relating to the financial data.

7.    Melissa S. Gudowski, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Ms. Gudowski is Health Information Services

2

Support Supervisor, and she has information relating to documentation of administration of vaccines and potential temperature excursion in the medical records.

8. Anthony J. Kaufenberg, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389. Mr. Kaufenberg is Acute Care Pharmacy Senior Director, and he has information relating to the potential temperature excursion at DCP, identification of potentially involved vaccinations and medications supplied by DCP, identification of manufacturers of potentially involved vaccinations and medications supplied by DCP, and communications related to the potential temperature excursion at DCP.

9. Kailee S. Kofal, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389. Ms. Kofal is Quality Director, and she has information relating to the potential temperature excursion and involvement of the Minnesota Department of Health.

10. Jennifer Schlauderaff, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389. Ms. Schlauderaff is Senior Clinical Applications Analyst, and she has information relating to the potential temperature excursion and documentation in the medical record.

11. Dianne L. Witten, employee of Essentia Health, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389. Ms. Witten is Vice President, Pharmacy, and she has information relating to the potential temperature excursion.

12. Al Hurley, employee of Innovis Health, LLC, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389. Mr. Hurley is Chief Operating Officer, and he has information relating to the potential temperature excursion.

3

13.     Maari Loy, employee of Innovis Health, LLC, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Ms. Loy is Pharmacy Operations Senior Manager, and she has information relating to the potential temperature excursion and communications with DCP's pharmacist-owner Laura Morris after termination of the pharmaceutical services regarding temperature logs maintained at DCP.

14.     Kristin Luttio, employee of Innovis Health LLC, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Ms. Luttio is Operations Manager III, and she has information relating to the potential temperature excursion and involvement of the North Dakota Department of Health.

15.     Suzanne Zeltinger, employee of Innovis Health, LLC, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Ms. Zeltinger is Operations Administrator, and she has information relating to the potential temperature excursion, notification to patients, and communications for same.

16.     Trista Anderson, employee of Innovis Health, LLC, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Ms. Anderson is Revenue Integrity Senior Manager, and she has information relating to the financial data.

17.     Richard Vetter, MD, employee of Innovis Health, LLC, c/o Counsel at Vogel Law Firm, 218 NP Ave.; Fargo, ND 58107-1389.  Dr. Vetter is Chief Medical Officer and he has information relating to the potential temperature excursion and notification to patients.

18.     Named Plaintiffs.

19.     Pharmacist-owners of Dakota Clinic Pharmacy, including Laura Morris and Robert Haskell, 1702 University Dr. S., Fargo, ND 58103.

4

20.    Any witnesses identified in the Plaintiffs' Rule 26(a)(1) disclosures or through discovery.

Discovery is continuing. At this time, this Defendant has not compiled all records pertinent to claims and defenses. It is anticipated that additional persons may have knowledge and information. Essentia Health reserves the right to supplement or amend as discovery proceeds.

B. A copy - or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

Subject to and without waiving its right to object to the production or admissibility of any documents, including by objecting to the disclosure of documents protected by attorney-client privilege, the attorney work-product doctrine, physician/patient privilege, peer review/quality assurance privilege or discovery protection, Essentia Health identifies the following by category and location:

1.    Documents and electronically-stored information located at Essentia Health and Innovis Health, LLC relating to pharmaceutical management services provided by Dakota Clinic Pharmacy, LLC, termination of such services, and temperature logs maintained and provided by Dakota Clinic Pharmacy, LLC, ("DCP"), after termination of the services.

2.    Documents and electronically-stored information located at Essentia Health and Innovis Health, LLC, relating to DCP-stored vaccinations and medications that potentially may have been subject to potential temperature excursion at DCP between October 2017 and February 2020.

5

3. Documents and electronically-stored information located at Essentia Health and Innovis Health, LLC, relating to financial information on charges, payments, and payors for DCP-stored product.

4. Documents and electronically-stored information located at Essentia Health and Innovis Health, LLC, relating to notification and communication to patients regarding potential temperature excursion.

5. Medical records of the named Plaintiffs.

At this time, this Defendant has not compiled all records pertinent to claims and defenses. It is anticipated that additional documents and other information may be identified.

C. A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable to Defendants.

D. For inspection and copying as under Rule 34, certificates of insurance and exclusions for any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Attached as Exhibit A are Certificates of Insurance and exclusions.

6

Dated this _10th_ day of February, 2021.

                 **VOGEL LAW FIRM**

BY:   Angela E. Lord (#05351)
        Robert B. Stock (#05919)
        Briana L. Rummel (#08399)
        218 NP Avenue
        PO Box 1389
        Fargo, ND  58107-1389
        701.237.6983
        Email:   alord@vogellaw.com
                    rstock@vogellaw.com
                    brummel@vogellaw.com
        ATTORNEYS FOR ESSENTIA HEALTH

4300211.1

7

# EXHIBIT A

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

7/1/2020

| DATE (MM/DD/YYYY) |
|---|
| 2/4/2021 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER LOCKTON COMPANIES<br>5500 Wayzata Blvd., Suite 510<br>Minneapolis MN 55416<br>763-512-8600 | CONTACT NAME: | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| | INSURER A : National Fire and Marine Insurance Co | | 20079 |

| INSURED 1488599 ESSENTIA HEALTH<br>ATTN: MARLYS OLSON<br>400 EAST THIRD STREET<br>DULUTH, MN 55805 | INSURER B : |
|---|---|
| | INSURER C : |
| | INSURER D : |
| | INSURER E : |
| | INSURER F : |

**COVERAGES**    ESSHE19        **CERTIFICATE NUMBER:**    17352518        **REVISION NUMBER:**    XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>CLAIMS-MADE ☐  OCCUR ☐ | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ XXXXXXX |
| | | | | | | | MED EXP (Any one person) | $ XXXXXXX |
| | | | | | | | PERSONAL & ADV INJURY | $ XXXXXXX |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ XXXXXXX |
| | POLICY ☐  PRO-JECT ☐  LOC ☐ | | | | | | PRODUCTS - COMP/OP AGG | $ XXXXXXX |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>ANY AUTO ☐ | | | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident) | $ XXXXXXX |
| | | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | OWNED AUTOS ONLY ☐  SCHEDULED AUTOS ☐ | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | HIRED AUTOS ONLY ☐  NON-OWNED AUTOS ONLY ☐ | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ XXXXXXX |
| A | **UMBRELLA LIAB** ☐  OCCUR ☐<br>X **EXCESS LIAB**  X CLAIMS-MADE | N | N | EN010584 | 7/1/2019 | 7/1/2020 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | DED ☐  RETENTION $ | | | | | | | $ XXXXXXX |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | NOT APPLICABLE | | | PER STATUTE ☐  OTH-ER ☐ | |
| | | | | | | | E.L. EACH ACCIDENT | $ XXXXXXX |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ XXXXXXX |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ XXXXXXX |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
COVERAGE IDENTIFIED ABOVE IS IN EXCESS OF THE GENERAL LIABILITY SELF-INSURED RETENTION OF $3M PER CLAIM / $6M AGGREGATE AND THE MEDICAL PROFESSIONAL LIABILITY SELF-INSURED RETENTION OF $5M PER CLAIM / $12M AGGREGATE.  EVIDENCE OF COVERAGE. INNOVIS HEALTH, LLC., IS INCLUDED AS NAMED INSURED.

| **CERTIFICATE HOLDER** | **CANCELLATION**    See Attachment |
|---|---|
| 17352518<br>ESSENTIA HEALTH<br>400 EAST 3RD STREET<br>DULUTH MN 55805 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)        The ACORD name and logo are registered marks of ACORD

Attachment Code: D587139 Certificate ID: 17352518

MedPro Professional Liability Policy Exclusions:

- ADA Exclusion
- Antitrust Exclusion
- Business Practices Exclusion
- Claim or Potential Claim Reported or Discovered Prior to the Policy Period Exclusion
- Criminal Acts Exclusion
- Default Judgment and Failure to Cooperate Exclusion
- Discrimination Exclusion
- Economic Sanctions Exclusion
- Employee Benefits Liability Exclusion
- Employer's Liability Exclusion
- Employment Practices Liability Exclusion
- ERISA Exclusion
- Fraudulent Claims Exclusion
- Governmental Immunity and Other Protections Exclusion
- Injunctive Relief, Taxes, Fines and Penalties Exclusion
- Insured Versus Insured Exclusion
- Managed Care Services Exclusion
- Medicare or Medicaid Exclusion
- Multi-Policy and Anti-Stacking Exclusion
- Nuclear Energy Liability Exclusion
- Ownership or Management of Non-Insured Entities Exclusion
- RICO Exclusion
- War Exclusion
- Workers' Compensation and Other Similar Laws Exclusion
- Contractual Liability Exclusion
- Electronic Data Exclusion
- Intentional Acts Exclusion
- Privacy Exclusion
- Treatment by an Administrator or Committee Member Exclusion
- TRIA Exclusion

| ACORD® | CERTIFICATE OF LIABILITY INSURANCE | 12/31/2020 | DATE (MM/DD/YYYY) 2/4/2021 |
|---|---|---|---|

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | LOCKTON COMPANIES<br>5500 Wayzata Blvd., Suite 510<br>Minneapolis MN 55416<br>763-512-8600 | CONTACT NAME: | | |
|---|---|---|---|---|
| | | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : Federal Insurance Company | 20281 |
| 1488597 ESSENTIA HEALTH | INSURER B : Beazley Insurance Company, Inc. | 37540 |
| ATTN: MARLYS OLSON | INSURER C : | |
| 502 EAST SECOND STREET | INSURER D : | |
| DULUTH MN 55805 | INSURER E : | |
| | INSURER F : | |

**COVERAGES** ESSHE19 **CERTIFICATE NUMBER:** 17352495 **REVISION NUMBER:** XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ XXXXXXX |
| | | | | | | | MED EXP (Any one person) | $ XXXXXXX |
| | | | | | | | PERSONAL & ADV INJURY | $ XXXXXXX |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ XXXXXXX |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ XXXXXXX |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident) | $ XXXXXXX |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ XXXXXXX |
| | ☐ **UMBRELLA LIAB** ☐ OCCUR | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | ☐ **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ XXXXXXX |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ XXXXXXX |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | N/A | | NOT APPLICABLE | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $ XXXXXXX |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ XXXXXXX |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ XXXXXXX |
| A A | EXECUTIVE RISK EXCESS EXECUTIVE RISK | N | N | 8207-2615 V25941190201 | 12/31/2019 12/31/2019 | 12/31/2020 12/31/2020 | $10,000,000 AGGREGATE LIMIT $10,000,000; EXCESS OF $10,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
EVIDENCE OF COVERAGE. INNOVIS HEALTH, LLC., IS INCLUDED AS A NAMED INSURED.

| CERTIFICATE HOLDER | CANCELLATION    See Attachment |
|---|---|
| **17352495**<br>ESSENTIA HEALTH<br>502 EAST SECOND STREET<br>DULUTH MN 55805 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Joseph M Agnello* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

Attachment Code: D587137 Certificate ID: 17352495

Chubb Directors & Officers Liability Policy Exclusions:

- Prior Notice Exclusion
- Prior and Pending Litigation Exclusion
- Pollution Exclusion
- Bodily Injury / Property Damage Exclusion
- ERISA Exclusion
- Violation of Wage, Hour and Payroll Exclusion including FLSA
- Exclusion for Wrongful Acts of Insured Persons outside capacity
- Exclusion for Wrongful Acts by Subsidiary while not a Subsidiary
- SEC Exclusion
- Exclusion for Breach of Third Party Services Agreement
- Claims brought by Non-Profit Entity Exclusion
- Federal False Claims Act / Regulatory Exclusion with carveback
- Insured vs Insured Exclusion
- Criminal / Fraudulent Act Exclusion
- Illegal Profit Exclusion
- Contractual Exclusion
- Nuclear Exclusion
- Privacy/Data Breach and HIPAA Exclusion
- Limited E&O Exclusion

Additional Beazley Excess D&O Liability Exclusions:

- Sanction Limitation and Exclusion Clause
- Nuclear Exclusion
- War and Civil War Exclusion

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>        Defendants. | Case No. 3:20-CV-00121<br><br><br><br><br><br><br><br>**AFFIDAVIT OF ELECTRONIC SERVICE** |

STATE OF NORTH DAKOTA    )
                                ) ss.
COUNTY OF CASS           )

I hereby certify that on February 10, 2021, the following document(s) were served via e-mail:

**Defendant Essentia Health's Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure**

A copy of the foregoing were e-mailed to the addresses as follows:

Elizabeth A. Fegan
beth@feganscott.com

Peter W. Zuger
pzuger@serklandlaw.com

Brooke Achua
brooke@feganscott.com

Ian R. McLean
imclean@serklandlaw.com

Mac Schneider
mac@schneiderlawfirm.com

Morgan L. Croaker
mcroaker@serklandlaw.com

J. Barton Goplerud
goplerud@sagwlaw.com

Dated this 10th day of February, 2021.

_____
Dawne Mogck

Subscribed and sworn to before me this 10th day of February, 2021.

_____
Notary Public

[SEAL]

DEBRA J. KRUEGER
Notary Public
State of North Dakota
My Commission Expires Nov. 3, 2021
4318820

2