# EXHIBIT G

EXHIBIT
17
4.23.25 -Kaut

**From:**       "Witten, Dianne L." <Dianne.Witten@EssentiaHealth.org>
**Sent:**       Mon, 1 Jun 2020 12:07:40 PM GMT
**To:**         "Morris, Laura J." <Laura.Morris@EssentiaHealth.org>
**Subject:**    RE: Med Storage follow up

Hope you and your family are all well Laura! Things have definitely gotten crazy in the world these past couple of months. Hope that your transition back to work goes well! Dianne

**From:** Morris, Laura J. <Laura.Morris@EssentiaHealth.org>
**Sent:** Sunday, May 31, 2020 11:47 PM
**To:** Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>
**Subject:** Re: Med Storage follow up

Thank you for the information, Dianne. I am happy to be back to work after such a bizarre time to be on maternity leave.
Hoping you have been staying well!
Laura

**From:** Witten, Dianne L. <Dianne.Witten@EssentiaHealth.org>
**Sent:** Friday, May 29, 2020 9:47 AM
**To:** Haskell, Robert <ROBERT.HASKELL@EssentiaHealth.org>; Morris, Laura J. <Laura.Morris@EssentiaHealth.org>
**Subject:** Med Storage follow up

Rob and Laura –

I wanted to provide to both of you a documentation of the steps that we had taken in response to the medication storage temperature excursion event.

Manufacturers were contacted to gather information available specific to storage information specific to temperature excursions that was known to them but did not exist in the product package insert.
This additional manufacturer information formed the decisions as to which products were identified that we would then identify patients who would need to be contacted regarding follow up with our staff.
During this process we were in communication with the Departments of Health for both North Dakota and Minnesota to get their recommendations on vaccinations.
Based on CDC guidelines, the Departments of Health in both MN and ND invalidated vaccinations in their databases.
Note that the invalidation process was not required for the influenza vaccine.
The invalidation of vaccines will require revaccination to ensure vaccination records are complete for school requirements, etc.

The above information is being shared with you to allow you to understand and be informed. I am unfamiliar with the vaccines that may be administered by your pharmacy team, however I felt it was important for you to have information on the process that Essentia Health followed.

Reach out if you have any questions on the information above.

Confidential Information-Subject to Protective Order

EHPRIV005581

EH031233

Thank you both!

Dianne

Dianne L. Witten
*Vice President*
Essentia Health
Pharmacy Services
421 North 6th Avenue East
Duluth MN 55805
Office 218-786-3563
Cell: 218-340-5539
Dianne.witten@essentiahealth.org

Confidential Information-Subject to Protective Order                EHPRIV005581

EH031234