

Phone: 701.258.7899
200 N 3rd St, Ste 201 | Bismarck, ND 58501
PO Box 2097 |Bismarck, ND  58502-2097
Fax: 701.258.9705
brummel@vogellaw.com

June 13, 2025


Magistrate Judge Alice R. Senechal
655 1st Avenue North, Suite 440
Fargo, North Dakota 58102-4952

**Re:     Jessica Kraft et al. v. Essentia Health, et al.**
**Case No. 3:20-CV-121**

Dear Magistrate Judge Senechal:

Defendants Essentia Health and Innovis Health, LLC d/b/a Essentia Health West (collectively, "Essentia") provide this position statement in advance of the status conference on June 16, 2025.

Plaintiffs requested the status conference to address Essentia's responses to certain of Plaintiffs' Requests for Production of Documents and related Rule 30(b)(6) deposition topics.  The Responses and corresponding production at issue were timely served in accordance with Rule 34 of the Federal Rules of Civil Procedure on April 28, 2025.  Following Plaintiffs' request for the same, the parties met and conferred regarding the responses on May 6, 2025.  The meet and confer was Essentia's first opportunity to learn of Plaintiffs' questions and/or concerns.  Accordingly, Essentia agreed to follow-up and provide a written response as soon practicable, providing updates to Plaintiffs during this process regarding a goal response timeline.  Yesterday, Essentia served its Supplemental Responses to Plaintiffs' Fifth Set of Requests for Production and a corresponding cover letter to address the discovery items in question.  Essentia believes that this supplement and written response largely address the outstanding items with very little follow-up necessary, if at all.

Essentia strongly resists the suggestion that there have been any delay tactics.  Since service of Plaintiffs' Fifth Set of Request for Production of Documents, there have been nine depositions of Essentia Health and Innovis Health, LLC representatives, including four Rule 30(b)(6) depositions.  Several of these depositions have consumed nearly a full seven hours and each of these depositions necessarily entailed related preparation.  Of these depositions, six were completed following the above-referenced meet and confer.  In addition, Laura Morris's deposition was taken as were the depositions of some of the named Plaintiffs.  Moreover, Plaintiffs also served a Sixth Set of Requests for Production, a Second Set of Interrogatories, and Requests for Admission on May 21, 2025.  There has been no purposeful delay on Essentia's part.  Rather, Essentia has diligently and in good faith worked to address the issues Plaintiffs raise with reasonable promptness and transparency in compliance with its discovery obligations.

Thank you for the Court's consideration.

Page 2

Very truly yours,

Briana L. Rummel