UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Jessica Kraft, et. al

v.                                                      Case No:  3:20-cv-121

Essentia Health, et. al

**CLERK'S MINUTES**
Proceeding:  Status Conference - Discovery Dispute
(via telephone)

Presiding Judge: U.S. Magistrate Judge Alice R. Senechal       Date:  June 23, 2025
Deputy Clerk: Sarah Lien                                        Time: 1:00 pm
Law Clerk: Claire Thompson                                      Recess: 2:08 pm
Externs: Mlada Simpler
Digital Recorder: 250623-000.mp3 (JS Chambers Recorder)

Counsel for Plaintiffs:  Ashali Chimata, J. Barton Goplerud, and Michael Von Klemperer
Counsel for Defendants:  Angela Elsperger Lord and Bryce Riddle

----------------------------------------------------------------------------------------------------------------

Court calls case and counsel note appearances.  Court has reviewed additional position papers submitted.

Defendant has agreed to respond to concerns regarding privilege log by July 18, 2025 as long as other deadlines are extended.
Court notes parties may reach out to Special Master Klein if needed regarding the privilege logs, but her schedule is not known at this time.

Parties note there are no further depositions expected besides depositions already planned..
No additional written discovery will be served or further depositions scheduled unless parties agree or have permission from the court.
Discovery deadline set for August 1, 2025.

Discussion held regarding 30(b)(6) deposition topics.
Parties have agreed to eliminate a certain phrase from Topics 11 and 12.

Discussion held regarding plaintiffs recent request for production of documents, extent of the search conducted to produce documents, ESI protocol, custodians, informed consent forms, and Dakota Clinic Pharmacy/Essentia emails.

Court inquires as to additional briefing regarding the motion to compel (Doc. 296).

Attorney Lord will confer with Attorney Rummel and Essentia.  If needed, Defendants will submit an additional brief by July 1, 2025.
If additional brief is filed, Plaintiff will submit a responsive brief by July 8, 2025.

Parties are finalizing a stipulation to amend other deadlines as needed to be submitted to the court shortly.

Order to be entered.

Recess.