

**FeganScott LLC**
ATTORNEYS AT LAW

1763 Columbia RD NW, Ste.100
Washington, DC 20009

PHONE    202.921.0002
FAX    312.264.0100

mike@feganscott.com

June 20, 2025

**VIA EMAIL**
The Honorable Alice R. Senechal
United States District Court for the District of North Dakota
NDD_J-Senechal@ndd.uscourts.gov

      Re: *Kraft, et al. v. Essentia Health,* No. 20-cv-121
      Plaintiffs' Position Statement re Case Schedule

Dear Judge Senechal:

Plaintiffs write to address Essentia's proposed schedule extension. Discovery has gone on for **4.5 years** and the schedule in this case has already been extended numerous times, primarily as a result of Essentia's discovery delays. Essentia now seeks another six-week extension of the fact discovery deadline.

Plaintiffs acknowledge that there are a handful of depositions that remain to be completed. Under Rule 29(a), the parties could have stipulated to take these depositions after the discovery cut-off. This is what Plaintiffs initially proposed the parties do. Instead, Essentia wanted a wholesale extension of the fact discovery deadline.

While Plaintiffs agree, in principle, to this final extension, Plaintiffs do not agree that the parties should be permitted to serve additional discovery during this time *absent leave of Court upon a showing of good cause and due diligence*.

During the parties' June 17 meet and confer, Essentia raised the hypothetical prospect of learning additional information during the handful of remaining depositions that would necessitate further discovery. Plaintiffs responded that, in that unlikely scenario, the parties should meet and confer and, absent agreement, submit any dispute to the Court under L.R. 37.1(B). Essentia rejected Plaintiffs' proposal, arguing they should be entitled to serve whatever discovery they wanted during this final extension.[1]

Discovery in this case must come to a close. The parties should use this final extension to wrap up the remaining depositions and other existing disputes—not serve new discovery. Plaintiffs respectfully submit that any order extending the schedule further should include Plaintiffs' proposed limitation. Plaintiffs look forward to discussing this matter with the Court on Monday.

---

[1] Essentia did confirm during the call that it had no current intention to serve additional discovery on Plaintiffs.



Respectfully,

Michael von Klemperer
Of Counsel