# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; SHELLI SCHNEIDER, INDIVIDUALLY AND AS PARENT OF MINORS A.S. and W.S.; ANNE BAILEY, AS PARENT OF MINOR D.B.; AMY LAVELLE, AS PARENT OF MINORS Em.L. and El.L.; ELIZABETH BEATON, INDIVIDUALLY AND AS PARENT OF MINOR M.B.; AMANDA AND TYRELL FAUSKE, INDIVIDUALLY AND AS PARENTS OF MINORS C.R.F. and C.J.F.; JENNIFER REIN, INDIVIDUALLY; and JESSICA BERG, AS PARENT OF MINORS A.B. and S.B., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:20-CV-121<br><br>Hon. Peter D. Welte<br>Mag. Judge Alice R. Senechal |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, | ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF MICHAEL VON KLEMPERER IN SUPPORT OF PLAINTIFFS' JULY 8, 2025 SUPPLEMENTAL DISCOVERY BRIEF

I, Michael von Klemperer, hereby declare as follows:

1. I am an attorney for Plaintiffs in the above captioned case. This declaration is based on my personal knowledge. If called to testify in court, I could and would testify truthfully to the following information.

2. During the parties' meet and confer on May 5, 2025, the parties discussed Essentia's objections to producing class member medical records, including, for instance, in response to RFP 28 (ECF 305-7 at 9). Plaintiffs proposed that should Essentia wish to continue

1

withholding class member medical records, it stipulate not to raise arguments that rely on, or that Plaintiffs could only rebut with, those records. Essentia's counsel did not take a position during that first meet and confer and said Essentia would get back to Plaintiffs.

3. Plaintiffs followed up and formally proposed the terms of the stipulation by email on May 15, 2025. *See* ECF 305-8 at 5. Essentia rejected the stipulation in its June 12, 2025 letter. *See* ECF 305-10 at 4.

4. The Court held an initial conference to address this and related disputes on June 16, 2025. *See* ECF 305. The Court instructed the parties to meet and confer further. *Id.* That meet and confer occurred on June 17. Plaintiffs again raised their proposed stipulation, but Essentia again refused it. Essentia made clear that it intended to raise arguments in opposition to class certification that relied on information contained within class member medical records, including purported differences in representations made to individual class members about their care.

5. On July 1, 2025, Defendant Essentia filed its Supplemental Discovery Brief, claiming that it "cannot ethically search DCP's email," given that DCP had asserted various privileges on its privilege log and because it was separately represented. ECF 309 at 8-9. Essentia also argued that Plaintiffs should have sought the emails directly from DCP.

6. On July 2, 2025, I spoke with DCP's counsel Peter Zuger. I directly asked him "if DCP, Morris, or Haskell would have an objection" to Essentia searching Morris and Haskell's Essentia-issued email accounts. He responded that there was no objection, and that searching these email accounts was "more of an Essentia problem," and not a DCP problem. I took contemporaneous notes during this conversation to ensure I could accurately recall the discussion.

7. Essentia's March 31, 2021 ESI Disclosures fail to identify either Laura Morris or Robert Haskell as document custodians with relevant information. Essentia never supplemented

these Disclosures. Essentia designated its March 31, 2021 ESI Disclosures "Confidential" under the protective order. Accordingly, to avoid burdening the Court with a motion to seal, Plaintiffs do not submit the Essentia's ESI Disclosures with this Supplemental Brief but would be happy to provide the Court with a copy upon request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my recollection.

Executed June 8, 2025 in Washington, D.C.          Respectfully submitted,

/s/*Michael von Klemperer*
Michael von Klemperer
FEGAN SCOTT LLC
1763 Columbia Rd. NW, Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com