Case 3:20-cv-00121-PDW-ARS   Document 310-2   Filed 07/08/25   Page 1 of 5

# EXHIBIT A

# SUPPLEMENTAL PRIVILEGE LOG
## Kraft et al v. Essentia Health et al

| BATES NO. | DATE | CREATOR'S NAME/TITLE | RECIPIENT | DOCUMENT TITLE / DESCRIPTION | REASON |
|---|---|---|---|---|---|
| DCP 000123 | May 11, 2020 | Laura Morris | Maintenance Engineering | Email regarding the refrigerators relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000124 | May 11, 2020 | Brent Aasland | Laura Morris | Email regarding the refrigerators relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000125 – DCP 000130 | April 27, 2020 | Mark Hardy, Executive Director of the North Dakota Pharmacy Board | Robert Haskell | Letter exchange regarding allegation of temperature excursions relative investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000131 | April 20, 2015 | Dakota Refrigeration, Inc. | Randy Skalsky | Communication regarding refrigerators relative to quality assurance | Peer Review and Continuous Quality Improvement Privilege |

1

| BATES NO. | DATE | CREATOR'S NAME/TITLE | RECIPIENT | DOCUMENT TITLE / DESCRIPTION | REASON |
|---|---|---|---|---|---|
| DCP 000132 – DCP 000135 | February 21, 2020 | Maari Loy | Laura Morris | Text messages regarding refrigerators relative to quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000146 – DCP 000150 | April 3, 2020 | Dianne Witten | Robert Haskell, Laura Morris, Al Hurley | Email exchange regarding draft communication plan relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000151 – DCP 000152 | April 6, 2020 | Unknown | EssentiaNewsAlerts@EssentiaHealth.org | Email attaching memorandum regarding update relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000153 – DCP 000154 | April 6, 2020 | Cassandra Kennell | LeadershipPhysicianAdministrativeDyadsWest@EssentiaHealth.org; LeadershipDirectorsWest@EssentiaHealth.org; LeadershipManagersWest@EssentiaHealth.org; LeadershipSupervisorsWest@EssentiaHealth.org; William Heegaard; Kim Deiss | Email attaching memorandum regarding update relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000155 | April 6, 2020 | Al Hurley, Dr. Richard Vetter | West Market Leaders | Memorandum regarding update on patient data relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |

| BATES NO. | DATE | CREATOR'S NAME/TITLE | RECIPIENT | DOCUMENT TITLE / DESCRIPTION | REASON |
|---|---|---|---|---|---|
| DCP 000156 – DCP 000163 | April 8, 2020 | Unknown | STAT@EssentiaHealth.org | Email update regarding investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000164 | April 10, 2020 | Dr. Richard Vetter | West Market Leaders and Clinicians | Memorandum regarding revaccination and update of investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000165 – DCP 000166 | June 1, 2020 | Jennifer Gjestvang | Laura Morris, Robert Haskell, Kyle Dorow, Al Hurley, Cody Schoonover | Email forwarding email from Dianne Witten to Kyle Dorow dated May 22, 2020 regarding update on refrigerator information relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000167 | July 14, 2020 | Dr. William Heegaard and Al Hurley | Essentia Health Managers, Directors, Administrators, Vice Presidents and Senior Vice Presidents | Memorandum regarding medication storage relative to investigation and quality | Peer Review and Continuous Quality Improvement Privilege |

| BATES NO. | DATE | CREATOR'S NAME/TITLE | RECIPIENT | DOCUMENT TITLE / DESCRIPTION | REASON |
|---|---|---|---|---|---|
| | | | | assurance, as well as class litigation | |
| DCP 000168 | March 10, 2021 | Suzanne Zeltinger, Kristin Luttio | West Market | Memorandum regarding update on patient data relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |
| DCP 000169 | May 4, 2021 | Dr. Richard Vetter, Suzanne Zeltinger, Kristin Luttio | West Market Colleagues | Memorandum regarding revaccination and update relative to investigation and quality assurance | Peer Review and Continuous Quality Improvement Privilege |

4