UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated, | Case No. 3:20-CV-00121 |
| Plaintiffs, | **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |
| vs. | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR, | |
| Defendants. | |

The above parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court amend the Court's April 30, 2025 Scheduling Order (Dkt. No. 286) as follows:

1.     On June 17, 2025 the parties met and conferred pursuant to this Court's direction during the June 16, 2025 Status Conference. During the meet and confer, the parties discussed current case deadlines and have agreed to the following.

2.     Fact Discovery shall be completed by **August 1, 2025**. For the reminder of the fact discovery period, the scope of discovery is limited as set forth in ECF No. 307.

3.     Discovery motions are due by **September 2, 2025**.

4.      Plaintiffs' class certification expert disclosures and reports and motion for class certification are due by **September 19, 2025**.

5.      Defendants' class certification expert disclosures and reports and response to Plaintiffs' motion for class certification are due by **November 3, 2025**.

6.      Plaintiffs' reply in support of their motion for class certification and rebuttal class certification experts are due by **December 22, 2025**.

This stipulated motion is brought in good faith and not for purposes of delay.


                                                    */s/ Michael Von Klemperer*

Dated: July 11, 2025            BY:   Mike Von Klemperer
                                      FEGAN SCOTT LLC
                                      1763 Columbia RD NW, Ste 100
                                      Washington, DC 20009
                                      Ph: 202.921.0002
                                      Fax: 312.264.0100
                                      mike@feganscott.com

                                      Scott Haider (#07533)
                                      SCHNEIDER LAW FIRM
                                      815 3rd Ave. S. Fargo, ND 58103
                                      Ph: 701-235-4481
                                      Fax: 701-235-1107
                                      scott@schneiderlawfirm.com

                                      J. Barton Goplerud
                                      Brian Marty
                                      SHINDLER, ANDERSON,
                                      GOPLERUD & WEESE, PC
                                      5015 Grand Ridge Drive, Suite 100
                                      West Des Moines, Iowa 50265
                                      Ph: (515) 223-4567
                                      Fax: (515) 223-8887
                                      goplerud@sagwlaw.com
                                      marty@sagwlaw.com

                                      ATTORNEYS FOR PLAINTIFFS

*/S/ Bryce D. Riddle*

Dated:  July 11, 2025          BY:   Christopher R. Morris (#230613)
                                          Bryce D. Riddle (#398019)
                                          Bassford Remele, PA
                                          100 South 5th Street, Suite 1500
                                          Minneapolis, MN 55402-1254
                                          Telephone:  612.333.3000
                                          cmorris@bassford.com
                                          briddle@bassford.com

                                          Angela E. Lord (#05351)
                                          Briana L. Rummel (#08399)
                                          VOGEL LAW FIRM
                                          218 NP Avenue
                                          PO Box 1389
                                          Fargo, ND 58107-1389
                                          Ph: 701.237.6983
                                          Fax: 701.237.0847
                                          alord@vogellaw.com
                                          brummel@vogellaw.com

                                          ATTORNEYS FOR DEFENDANTS ESSENTIA
                                          HEALTH AND INNOVIS HEALTH, LLC

3