**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K., et al., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-121 |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, | ) ) ) ) ) | Hon. Peter D. Welte Mag. Judge Alice R. Senechal |
| Defendants. | ) ) ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFFS JENNIFER REIN, ANNE BAILEY, AND D.B.**

Pursuant to D.N.D. Gen. Local Rule 1.3(F) and N.D.R. Prof. Conduct Rule 1.16, (1) Elizabeth Fegan, Michael von Klemperer, and Ashali Chimata of Fegan Scott LLC; (2) J. Barton Goplerud and Brian Marty of Shindler, Anderson, Goplerud & Weese P.C.; and (3) Scott Haider of the Schneider Law Firm (collectively "Counsel") respectfully move the Court for an Order permitting their withdrawal as counsel of record for Plaintiff Jennifer Rein, Plaintiff Anne Bailey, and Plaintiff D.B., the child of Plaintiff Bailey. As explained more fully in the accompanying Memorandum, Plaintiffs Rein, Bailey and D.B. have become entirely incommunicative, making it impossible for Counsel to continue representing them.

1

Dated: July 24, 2025

Respectfully submitted,

*/s/ Michael von Klemperer*
Michael von Klemperer
Ashali P. Chimata
FEGAN SCOTT LLC
1763 Columbia Rd. NW, Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com
ashali@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@saglaw.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of July 2025, I electronically filed the foregoing motion with the Clerk for the United States District Court for the District of North Dakota using the CM/ECF system. Participants in this case who are registered through CM/ECF will be served via the system. Additionally, I certify that, pursuant to Local Rule 1.3(F), a copy of the foregoing was also served on Plaintiffs Jennifer Rein, Anne Bailey, and D.B. by U.S. Mail and by email.

*/s/ Michael von Klemperer*
Michael von Klemperer