**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K., et al., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:20-CV-121<br><br>Hon. Peter D. Welte<br>Mag. Judge Alice R. Senechal |

**DECLARATION OF J. BARTON GOPLERUD IN SUPPORT OF
MOVANTS' MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFFS JENNIFER REIN, ANNE BAILEY, AND D.B.**

I, J. Barton Goplerud, declare as follows:

1.　　I am an attorney at Shindler, Anderson, Goplerud & Weese P.C. and counsel of record for Plaintiffs in the above-captioned matter. I am admitted to practice before this Court. I submit this declaration in support of the accompanying Motion to Withdraw as counsel of record for Plaintiffs Jennifer Rein, Anne Bailey, and D.B., and I make this declaration based on my personal knowledge, as well as upon information and belief, as set forth herein. If called as a witness, I could and would testify competently to the matters herein.

2.　　On April 8, 2025, Essentia emailed Plaintiffs' counsel requesting deposition dates for particular Named Plaintiffs.

3.　　Accordingly, staff members at my firm and I began contacting the identified

Named Plaintiffs to schedule their depositions. Every requested deposition, with the exception of Anne Bailey and Jennifer Rein, was scheduled and has concluded.

4.     When my office staff and I contacted Ms. Bailey and Ms. Rein by telephone, both unequivocally stated that they no longer wish to participate as Named Plaintiffs in this case.

5.     Subsequently, Ms. Rein and Ms. Bailey became entirely unresponsive. Repeated efforts by myself and staff members at my firm to reach them by telephone, email, and U.S. Mail have failed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2025 in West Des Moines, Iowa.

*/s/ J. Barton Goplerud*
J. Barton Goplerud