**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; et al., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-121 |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH | ) ) ) ) | Hon. Peter D. Welte Mag. Judge Alice R. Senechal |
| Defendants. | ) ) ) ) | |

**NOTICE OF WITHDRAWAL OF**
**MOTION TO WITHDRAW AS COUNSEL FOR**
**PLAINTIFFS JENNIFER REIN, ANNE BAILEY, AND D.B.**
**AS TO JENNIFER REIN ONLY**

On July 24, 2025, Counsel Elizabeth Fegan, Michael von Klemperer, and Ashali Chimata of Fegan Scott LLC; J. Barton Goplerud and Brian Marty of Shindler Anderson Goplerud & Weese PC; and Scott Haider of the Schneider Law Firm, moved to withdraw their representation of Plaintiff Jennifer Rein, Plaintiff Anne Bailey, and Plaintiff D.B., the child of Plaintiff Bailey. ECF No. 313. Counsel's motion was premised on their inability to communicate with these Plaintiffs. After the motion was filed, Counsel reestablished contact with Plaintiff Jennifer Rein, who has agreed to sit for her deposition. Counsel has contacted Essentia to schedule that deposition. Accordingly, Counsel respectfully withdraw their Motion as to Plaintiff Jennifer Rein only. Counsel do not withdraw their Motion as to Plaintiff Anne Bailey and Plaintiff D.B.

1

Dated: July 29, 2025

Respectfully submitted,

*/s/ Michael von Klemperer*
Michael von Klemperer
Ashali P. Chimata
FEGAN SCOTT LLC
1763 Columbia Rd. NW, Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com
ashali@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON, GOPLERUD &
WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@saglaw.com

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 29, 2025, I electronically filed the foregoing motion with the Clerk for the United States District Court of North Dakota using the CM/ECF system. Participants in this case who are registered through CM/ECF will be served via the system. Additionally, I certify that, pursuant to Local Rule 1.3(F), a copy of the foregoing was also served on Plaintiffs Jennifer Rein, Anne Bailey, and D.B. by U.S. Mail and by email.

*/s/ Michael von Klemperer*
Michael von Klemperer

3