**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K., et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:20-CV-121 |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, | ) ) ) ) | Hon. Peter D. Welte Mag. Judge Alice R. Senechal |
| Defendants. | ) ) ) ) | |

**MEMORANDUM IN SUPPORT OF**
**AMENDED MOTION TO WITHDRAW AS COUNSEL FOR**
**PLAINTIFFS ANNE BAILEY AND D.B.**

The undersigned counsel, (1) Elizabeth Fegan, Michael von Klemperer, and Ashali Chimata of Fegan Scott LLC; (2) J. Barton Goplerud and Brian Marty of Shindler, Anderson, Goplerud & Weese P.C.; and (3) Scott Haider of the Schneider Law Firm (collectively, "Counsel"), submit this Memorandum in Support of their Motion to Withdraw as Counsel for Plaintiffs Anne Bailey and D.B.

This case was filed on July 10, 2020—over five years ago. Essentia waited until April 8, 2025 to request depositions of the Named Plaintiffs. Despite Essentia's delay, Plaintiffs' counsel promptly contacted the Named Plaintiffs and began scheduling depositions. Every requested deposition of a Named Plaintiff has been scheduled with the exception of Plaintiff Anne Bailey. When Counsel contacted Ms. Bailey to schedule her depositions, she stated that she no longer wished to serve as a Named Plaintiff, and then she became completely uncommunicative.

1

Goplerud Decl. ¶¶ 4-5. Repeated efforts to reach Ms. Bailey by telephone, email, and mail have failed. Goplerud Decl. ¶ 5.

Both D.N.D. Gen. Local Rule 1.3(F) and North Dakota Rule of Professional Conduct 1.16(b) permit counsel to withdraw representation for "good cause." Courts have found good cause to permit withdrawal where a client becomes completely incommunicative. *See, e.g.*, *Bird-Chase v. United States*, No. 1:22-cv-156, 2023 U.S. Dist. LEXIS 90127, at *6-7 (D.N.D. May 23, 2023) (finding lack of communication and counsel's ethical obligations to Court constitute good cause for withdrawal). D.N.D. Gen. Local Rule 1.3(F)(3) further requires service of the motion to withdraw on the client in question.

Good cause exists here for Counsel to withdraw their representation of Bailey and D.B. Counsel cannot ethically or effectively advance their case without their participation and an open line of communication. Moreover, withdrawal will have no significant impact on the course of this litigation or otherwise prejudice Defendants. Plaintiffs are not seeking an extension of any deadline, and Defendants have had the opportunity to depose every other Named Plaintiff they have sought to depose. Counsel will concurrently serve a copy of this Motion on Bailey and D.B. by both email and U.S. Mail.

Accordingly, Counsel respectfully request the Court's leave to withdraw as counsel for Plaintiffs Bailey and D.B.

.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Michael von Klemperer*
Michael von Klemperer
Ashali P. Chimata
FEGAN SCOTT LLC
1763 Columbia Rd. NW, Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com
ashali@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider
SCHNEIDER LAW FIRM
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@saglaw.com

*Counsel for Plaintiffs*

3