**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:20-CV-121 |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH. | ) ) ) ) ) | Hon. Peter D. Welte Mag. Judge Alice R. Senechal |
| Defendants. | ) ) ) ) | |

**DECLARATION OF J. BARTON GOPLERUD IN SUPPORT OF MOVANTS' AMENDED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ANNE BAILEY AND D.B.**

I, J. Barton Goplerud, declare as follows:

1.    I am an attorney at Shindler Anderson Goplerud & Weese PC and counsel of record for Plaintiffs in the above-captioned matter. I am admitted to practice before this Court. I submit this declaration in support of the accompanying Motion to Withdraw as counsel of record for Plaintiffs Anne Bailey and D.B., and I make this declaration based on my personal knowledge, as well as upon information and belief, as set forth herein. If called as a witness, I could and would testify competently to the matters herein.

2.    On April 8, 2025, Essentia emailed Plaintiffs' counsel requesting deposition dates for particular Named Plaintiffs.

3.    Accordingly, staff members at my firm and I began contacting the identified

Named Plaintiffs to schedule their depositions. Every requested deposition, with the exception of Anne Bailey's, has been scheduled.

4.      When myself and my office staff contacted Ms. Bailey by telephone, she unequivocally stated that she no longer wished to participate as a Named Plaintiff in this case.

5.      Subsequently, Ms. Bailey became entirely unresponsive. Repeated efforts by myself and staff members at my firm to reach her by telephone, email, and U.S. Mail failed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2025 in West Des Moines, Iowa

*/s/ J. Barton Goplerud*
J. Barton Goplerud