**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

|  |  |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S and W.S.; ANNE BAILEY, as parent of minor D.B.; AMY LAVELLE, as parent of minors Em.L. and El.L; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F and C.J.F.; JENNIFER REIN, individually; and JESSICA BERG, as parent of minors A.B. and S.B., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>      Defendants. | Civil File No.:  3:20-cv-00121-PDW-ARS<br>Hon. Peter D. Welte<br>Mag. J. Alice R. Senechal<br><br><br>**JOINT STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS** |

WHEREAS, certain documents have been or will be produced[1] in discovery by the Parties[2] from their respective files; and

WHEREAS, certain documents have been or will be produced in discovery by third parties to this action from their respective files; and

WHEREAS, Plaintiffs and Defendants, through their undersigned counsel ("Party" or "Parties"), desire to stipulate that certain documents are authentic under Federal Rule of Evidence 901 ("FRE 901"); and

WHEREAS, all Parties wish to align on a framework for authentication of documents to govern evidentiary issues;

NOW, THEREFORE, it is hereby stipulated and agreed among the Parties as follows:

1)      Except as otherwise provided in Paragraphs 2 through 4 below, the Parties agree that, solely for the purposes of FRE 901, documents produced to a Party by another Party or third party in response to a compulsory process in this action (*e.g.*, a document request served upon a party pursuant to Federal Rule of Civil Procedure 34 or a subpoena) shall be presumed authentic, and satisfy the requirement of FRE 901. All

---

[1] The Parties and third parties have been producing documents pursuant to the requirements of the Order Governing Discovery of Electronically Stored Information, ECF No. 46. These documents bear a Bates number that identifies via prefix the Party or third party that produced the document and a sequential number for each page of the document, and in the case of native files they bear a Bates number that identifies via prefix the Party or third party that produced the document. This Stipulation encompasses only those documents produced by a Party or third party with such a Bates designation.

[2] This Joint Stipulation Regarding Authenticity of Documents is intended to apply to and shall govern any Party in the above-captioned cases.

Parties retain the right to object to the admission of any produced document considered authentic under this Stipulation on any ground other than authenticity.

2)      If a Party has grounds to believe that a produced document listed on another Party's exhibit list is not authentic (*e.g.*, it is not what it purports to be, has been altered substantially by, for example, adding or deleting pages from the document, or is not a final or operative version of a document), the Party shall advise the other Party of that challenge after receipt of the other Party's proposed exhibit list for trial in accordance with any pre-trial exchange schedule that may be agreed upon by the Parties.[3] The Parties will negotiate in good faith to resolve such an objection. In the event that a good-faith dispute arises regarding the authenticity of a document, the Parties agree to meet and confer promptly about the authenticity of such document(s), and, if necessary, to expedite any related motions for resolution by the Court. In the event that a good-faith dispute arises, the Parties agree that they will not object to reasonable, good-faith efforts to establish authenticity of contested documents on the basis of timeliness.

3)      Except as provided in this Stipulation regarding the issue of authenticity, nothing in this Stipulation establishes the admissibility of any produced document, nor modifies any requirement for introducing a document into evidence. The Parties hereby expressly reserve the right to object to the admissibility of any produced document under any grounds permitted by law and not expressly addressed herein.

---

[3] The Parties shall follow a similar procedure if any Party has grounds to believe that a produced document used by another Party in any Court filing or in any hearing is not authentic.

4)      Nothing in this Stipulation shall deprive a trial court of authority to rule on admissibility issues at trial.

5)      Except as otherwise provided in Paragraphs 2 through 4, above, if a Defendant resolves all claims against it by the Plaintiffs in a particular trial, or if a Plaintiff dismisses or otherwise resolves its claims against one or more Defendants, this Stipulation will still apply to that Defendant's or that Plaintiff's documents, and the remaining Parties shall not object to the authenticity of that Defendant's or that Plaintiff's documents simply because it is no longer a Party.

Consistent with the above, the Parties respectfully request that the Court enter the concurrently submitted proposed order.

Dated: August 13, 2025          BY:

*/s/ Michael von Klemperer*

Michael von Klemperer
FEGAN SCOTT LLC
1763 Columbia RD NW, Ste 100
Washington, DC 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com

Scott Haider (#07533)
SCHNEIDER LAW FIRM
815 3rd Ave. S. Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC

4

5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

*/s/ Bryce D. Riddle*

Dated:  August 13, 2025          BY:  Christopher R. Morris (#230613)
Bryce D. Riddle (#398019)
Bassford Remele, PA
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:  612.333.3000
cmorris@bassford.com
briddle@bassford.com

Angela E. Lord (#05351)
Briana L. Rummel (#08399)
VOGEL LAW FIRM
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
brummel@vogellaw.com

ATTORNEYS FOR DEFENDANTS
ESSENTIA HEALTH AND INNOVIS
HEALTH, LLC