**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K., et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:20-CV-121 |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH. | ) ) ) | |
| | ) | Hon. Peter D. Welte |
| | ) | Mag. Judge Alice R. Senechal |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF MICHAEL VON KLEMPERER REGARDING**
**SERVICE OF COURT'S ORDER TO SHOW CAUSE**

I, Michael von Klemperer, declare as follows:

1.      On August 19, 2025, the Court entered an Order, requiring Plaintiff Anne Bailey to show cause why her claims should not be dismissed by September 2. The Court also required Plaintiffs' counsel to serve the Order to Show Cause on Ms. Bailey. *See* ECF 324.

2.      Under Fed. R. Civ. P. 5(b)(2)(C), service may be completed by mail at the recipient's last known address, "in which event service is complete upon mailing."

3.      On August 20, 2025, my office sent a copy of the Court's Order to Show Cause via certified U.S. Mail to Anne Bailey at the following address: 1492 Spear Branch Rd., Mountain City, TN 37683. A true and correct copy of the mailing is attached as Exhibit A. Ms. Bailey had confirmed to Plaintiffs' counsel only several days prior that this was her current

address.

4.      Using the tracking number provided, I reviewed the delivery status on the USPS website. It confirms that Plaintiffs' counsel sent the Order on August 20, and indicates that delivery was attempted between August 27 and September 2. The mailing remains "available for redelivery or pickup" in Mountain City, TN. A true and correct PDF copy of the USPS tracking page is attached as Exhibit B.

5.      On September 4, 2025 Plaintiffs' counsel sent the Order to Ms. Bailey at the above provided address again via UPS overnight delivery and by email to her current email address: rebelsbabygirl27@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2025 in Washington, D.C.

 */s/ Michael von Klemperer*
Michael von Klemperer