# EXHIBIT A

Fegan Scott, LLC
ATTORNEYS AT LAW

1456 Sycamore Road
Yorkville, IL 60560



9589 0710 5270 3001 5505 02

ANNE BAILEY
1492 SPEAR BRANCH RD
MOUNTAIN CITY TN 37683-7014

$10.44⁰
US POSTAGE
FIRST-CLASS
FROM 60543
08/20/2025
Stamps.com

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANNE BAILEY
1492 SPEAR BRANCH RD.
MOUNTAIN CITY, TN 37683

9590 9402 9054 4122 2419 92

2. Article Number *(Transfer from service label)*

9589 0710 5270 3001 5505 02

PS Form **3811**, July 2020 PSN 7530-02-000-9053

---

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Mail Restricted Delivery
    (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
    Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
    Restricted Delivery

Domestic Return Receipt

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jessica Kraft, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-121 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Essentia Health, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs' counsel moves to withdraw as counsel for plaintiffs Anne Bailey and her minor child, D.B., asserting good cause within the meaning of North Dakota Rule of Professional Conduct 1.16(b). (Doc. 313). In an affidavit in support of the motion, an attorney representing plaintiffs states Bailey "unequivocally stated that she no longer wished to participate as a Named Plaintiff in this case" and "became entirely unresponsive." (Doc. 318-1, p. 2). Plaintiffs' counsel filed proof of service of the motion on Bailey and D.B., as required by General Local Rule 1.3(F)(3). (Doc. 313, p. 3).

Defendants responded to the motion to withdraw, stating they "object to [Bailey's] counsel's request to withdraw under the circumstances of this putative class action case <u>unless</u> Ms. Bailey's claims are <u>dismissed</u> at the same time." (Doc. 319, p. 3). Defendants assert, "Permitting withdrawal, without dismissal of the claims, would place the Court and Defendants' counsel in the difficult position of serving notice of all further discovery and motion pleadings on two persons who are unrepresented and may be unresponsive." (Doc. 319, pp. 3-4). Defendants note Bailey failed to appear for her deposition and argue dismissal of Bailey and D.B.'s claims is warranted for lack of prosecution. <u>Id.</u> at 4.

Bailey has not responded to the motion to withdraw, and the deadline to respond has now passed. See D.N.D. Civ. L.R. 7.1(B). The court has considered the motion to withdraw and finds good cause under Rule 1.16(b) to allow counsel to withdraw. The motion to withdraw is **GRANTED**. Plaintiffs' counsel must promptly serve this order on Bailey and D.B., file proof of having done so, and provide Bailey and D.B.'s contact information to the court.

As to defendants' request that Bailey and D.B.'s claims be dismissed, Bailey is ordered to show cause why those claims should not be dismissed for failure to prosecute. Bailey shall have until **September 2, 2025**, to respond to the order to show cause on behalf of herself and her minor child. If Bailey fails to respond to the order to show cause by **September 2, 2025**, Bailey and D.B.'s claims may be dismissed.

**IT IS SO ORDERED**.

Dated this 19th day of August, 2025.

/s/ *Alice R. Senechal*

Alice R. Senechal
United States Magistrate Judge

2