# EXHIBIT B

# USPS Tracking®

FAQs

Remove ✕

**Tracking Number:**

# 9589071052703001550502

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

As of 9:10 am on September 2, 2025, your item is available for redelivery or pickup. You may Schedule a Redelivery or your item can be picked up at MOUNTAIN CITY, 216 COLLEGE ST, MOUNTAIN CITY, TN 376839998 M-F 0830-1700; SAT 0830-1200.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt: Action Needed**
**Available for Redelivery or Pickup**

MOUNTAIN CITY
216 COLLEGE ST
MOUNTAIN CITY TN 37683-9998
M-F 0830-1700; SAT 0830-1200
September 2, 2025, 9:10 am

**In Transit to Next Facility**

August 27, 2025

**Arrived at USPS Facility**

JOHNSON CITY, TN 37602
August 23, 2025, 12:39 am

**Arrived at USPS Regional Facility**

KNOXVILLE TN DISTRIBUTION CENTER
August 22, 2025, 11:18 am

**Arrived at USPS Regional Origin Facility**

BEDFORD PARK IL DISTRIBUTION CENTER

August 20, 2025, 10:27 pm

**Departed Post Office**
YORKVILLE, IL 60560
August 20, 2025, 3:30 pm

**USPS picked up item**
YORKVILLE, IL 60560
August 20, 2025, 11:14 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**