**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K., et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:20-CV-121 |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, | ) ) ) | |
| | ) | Hon. Peter D. Welte |
| | ) | Mag. Judge Alice R. Senechal |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**STIPULATED MOTION FOR LEAVE TO EXCEED PAGE LIMIT
PURSUANT TO D.N.D CIV. L.R. 7.1(C)**

Plaintiffs and Defendants jointly move under D.N.D. Civ. L.R. 7.1(C) for leave to file opening and responsive class certification briefs of up to 40 pages.

In support of this Joint Motion, the Parties state as follows:

1.      Plaintiffs' Motion for Class Certification is due September 19, 2025. ECF No. 312.

2.      D.N.D. Civ. L.R. 7.1(B) sets a 20-page limit for memorandum in support of non-dispositive motions and responses.

3.      Good cause exists to extend this limit for class certification briefing. Class certification motions involve complex legal standards requiring extensive factual development and legal analysis comparable to dispositive motions. The Court permits 40-page briefs for dispositive motions under D.N.D. Civ. L.R. 7.1(A)(1), and class certification merits similar treatment given its comparable complexity and its implications for the course of the litigation.

4.    The parties, therefore, respectfully request that the Court allow opening and responsive briefs of up to 40 pages.

Dated: September 10, 2025

*/s/Bryce D. Riddle*＿＿＿＿＿＿＿＿＿
Christopher R. Morris (#230613)
Bryce D. Riddle
(#398019)
**Bassford Remele, PA**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:
612.333.3000
cmorris@bassford.com
briddle@bassford.com

Angela E. Lord (#05351)
Briana L. Rummel (#08399)
**VOGEL LAW FIRM**
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Ph: 701.237.6983
Fax: 701.237.0847
alord@vogellaw.com
brummel@vogellaw.com

*Counsel for Defendants Essentia Health and Innovis Health, LLC*

Respectfully submitted,

*/s/Michael von Klemperer*
Michael von Klemperer
Ashali P. Chimata
**FEGAN SCOTT LLC**
1763 Columbia Rd. NW, Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com
ashali@feganscott.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Scott Haider
**SCHNEIDER LAW FIRM**
815 3rd Ave. S.
Fargo, ND 58103
Ph: 701-235-4481
Fax: 701-235-1107
scott@schneiderlawfirm.com

J. Barton Goplerud
Brian Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100 West
Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com marty@saglaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Michael von Klemperer, affirm that the foregoing was filed on September 10, 2025 through ECF which automatically served all counsel of record.


Dated: September 10, 2025                  /s/ *Michael von Klemperer*
                                           Michael von Klemperer