# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

JESSICA KRAFT, INDIVIDUALLY AND )
AS PARENT OF MINORS L.K., S.K., and )
O.K.; SHELLI SCHNEIDER, )
INDIVIDUALLY AND AS PARENT OF )
MINORS A.S. and W.S.; ANNE BAILEY, )
AS PARENT OF MINOR D.B.; AMY )
LAVELLE, AS PARENT OF MINORS )
Em.L. and El.L.; ELIZABETH BEATON, )
INDIVIDUALLY AND AS PARENT OF )        No. 3:20-CV-121
MINOR M.B.; AMANDA AND TYRELL )
FAUSKE, INDIVIDUALLY AND AS )
PARENTS OF MINORS C.R.F. and C.J.F.; )      Hon. Peter D. Welte
JENNIFER REIN, INDIVIDUALLY; and )      Hon. Alice R. Senechal
JESSICA BERG, AS PARENT OF MINORS )
A.B. and S.B., individually and on behalf of )
all others similarly situated, )
                                         )
            Plaintiffs, )
                                         )
      v. )
                                         )
ESSENTIA HEALTH, INNOVIS )
HEALTH, LLC d/b/a ESSENTIA )
HEALTH, )
                                         )
                                         )
            Defendants. )
                                         )

## DECLARATION OF MICHAEL VON KLEMPERER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Michael von Klemperer, hereby declare as follows:

1. I am Of Counsel at Fegan Scott LLC ("FeganScott") and counsel of record for

Plaintiffs in the above captioned matter. I am a member in good standing of the bar of Washington,

D.C. and am admitted to practice before this Court.

2.      I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently testy thereto. I make this declaration in support of Plaintiffs' Motion for Class Certification.

3.      Each Plaintiff has gone to great lengths to participate in this litigation, remain informed, and advocate for both their own interests and those of the class. These efforts include producing documents, answering burdensome interrogatories, sitting for invasive depositions, which involved questions about their physical and mental health, their relationships (and divorces), their children, and many other sensitive topics. They have stayed in contact with counsel and up-to-date on the progress of the case despite the years-long delays Essentia's discovery conduct has caused. They all testified extensively about their appreciation and fulfilment of their obligations as class representatives.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Center for Disease Control and Prevention's Vaccine Storage and Handling Toolkit (Mar. 2021), bearing bates numbers NDDOH00000063 - NDDOH00000127.

5.      Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Sandor Boyson, dated September 19, 2025.

6.      Attached hereto as Exhibit 3 is a true and correct copy of an email between Dianne Witten and Rajesh Prabhu regarding Flu Vaccine Questions, dated April 14, 2020, bearing bates numbers EH031184 – EH031186.

7.      Attached hereto as Exhibit 4 is a true and correct copy of an email to the Pharmacy Group regarding Question, dated May 1, 2020, bearing bates numbers EH029058 -  EH029059.

8.      Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the Rule 30(b)(6) videotaped Zoom deposition of Dr. Richard Vetter, taken on May 23, 2025.

9.      Attached hereto as Exhibit 6 is a true and correct copy of Essentia Health Temperature Monitoring for Refrigerators Approved by Essentia West Safety Committee on January 19, 2017, bearing the bates numbers EH002734 – EH00002739.

10.      Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the videotaped Zoom deposition of Robert Haskell, taken on September 8, 2025.

11.      Attached hereto as Exhibit 8 is a true and correct copy of Innovis Health, LLC Sixth Amended and Restated Operating Agreement, dated December 19, 2017, bearing the bates numbers EH000002 – EH000033.

12.      Attached hereto as Exhibit 9 is a true and correct copy of the transcript of the videotaped Zoom deposition of Frank Modich, taken on April 24, 2025.

13.      Attached hereto as Exhibit 10 is a true and correct copy of Essentia Health corporate organizational chart, dated August 2020, bearing bates number EH000001.

14.      Attached hereto as Exhibit 11 is a true and correct copy of the Annual Board Meeting of Dakota Clinic Pharmacy, LLC, dated January 4, 2016, bearing bates numbers DCP 000177 – DCP 000179.

15.      Attached hereto as Exhibit 12 is a true and correct copy of an email between Al Hurley, Sarah Carlson and Dianne Witten regarding Direct Org Reporting, dated August 17, 2020, bearing bates numbers EH046351 – EH046352.

16.      Attached hereto as Exhibit 13 is a true and correct copy of Essentia Health, Construction of Pharmacy Purchasing Area with Clinic Medication Distribution Additional Work, updated April 3, 2020, bearing bates number EH031839.

17.      Attached hereto as Exhibit 14 is a true and correct copy of the transcript of the videotaped Zoom deposition of Dianne L. Witten, taken on June 5, 2025.

3

18.     Attached hereto as Exhibit 15 is a true and correct copy of Defense Counsel response letter regarding March 7, 2025 meet and confer, dated March 27, 2025.

19.     Attached hereto as Exhibit 16 is a true and correct copy of a text message between Robert Haskell and Laura Morris, dated March 11, 2020, bearing bates number DCP 000200.

20.     Attached hereto as Exhibit 17 is a true and correct copy of Notes titled Vaccines for Fargo at Dakota Clinic Pharmacy, undated, bearing bates numbers EH049462 – EH049468.

21.     Attached hereto as Exhibit 18 is a true and correct copy of Dakota Refrigeration, Inc. Work Order #F251264, date completed January 11, 2019, bearing no bates number.

22.     Attached hereto as Exhibit 19 is a true and correct copy of Dakota Refrigeration, Inc. Work Order #F222730, date completed April 20, 2015, bearing bates number DCP 000131.

23.     Attached hereto as Exhibit 20 is a true and correct copy of Refrigeration Logs, dated December 2016 – February 2020, bearing bates numbers DCP 000096 – DCP 000122.

24.     Attached hereto as Exhibit 21 is a true and correct copy of Dakota Clinic Pharmacy Policy and Procedures Manual, undated, bearing bates numbers DCP 000170 – DCP 000176.

25.     Attached hereto as Exhibit 22 is a true and correct copy of an email between Dianne Witten and Kyle Dorow regarding Dakota Clinic Pharmacy Services, dated October 30, 2019, bearing bates number EH0226611.

26.     Attached hereto as Exhibit 23 is a true and correct copy of a text message between Dr. Maari Loy and Laura Morris regarding the refrigerators, dated February 21, 2020, bearing bates number DCP 000132.

27.     Attached hereto as Exhibit 24 is a true and correct copy of the transcript of the hybrid videotaped Zoom deposition of Kim Deiss, taken on April 24, 2025.

4

28.     Attached hereto as Exhibit 25 are true and correct copies of Essentia Health correspondence to Parents or Guardians, dated March 31, 2020 and April 30, 2020, bearing bates numbers EH003021 – EH003028.

29.     Attached hereto as Exhibit 26 is a true and correct copy of an email between Shawn Christianson, Pam Marklatt, Krister Mattson, Dianne Witten and Maari Loy forwarding Titers Following Nonviable Vaccine Administration, dated March 23, 2020, bearing bates numbers EH039585 – EH039589.

30.     Attached hereto as Exhibit 27 is a true and correct copy of an email between Maari Loy and Shiva Raoof-Rasti regarding Bicillin Patients, dated March 24, 2020, bearing bates numbers EH031784 – EH031785.

31.     Attached hereto as Exhibit 28 is a true and correct copy of an email between Richard Vetter, Kristin Luttio and Walter Johnson regarding Secure.it, dated May 26, 2020, bearing bates numbers EH039206 – EH039208.

32.     Attached hereto as Exhibit 29 is a true and correct copy of Plaintiffs' Counsel letter to Special Master Karen M. Klein regarding *in camera* review, dated August 11, 2025.

33.     Attached hereto as Exhibit 30 is a true and correct copy of Expert Report of Wes Pennington, dated September 19, 2025.

34.     Attached hereto as Exhibit 31 is a true and correct copy of Defendant Essentia Health Response to Interrogatory No. 5, dated March 11, 2021.

35.     Attached hereto as Exhibit 32 is a true and correct copy of the transcript of the videotaped Zoom deposition of Jennifer Rein, taken on August 21, 2025.

36.     Attached hereto as Exhibit 33 is a true and correct copy of the transcript of the videotaped Zoom deposition of Elizabeth Beaton, taken on May 30, 2025.

37.     Attached hereto as Exhibit 34 is a true and correct copy of the transcript of the videotaped Zoom deposition of Tyrell Fauske, taken on June 26, 2025.

38.     Attached hereto as Exhibit 35 is a true and correct copy of the transcript of the videotaped Zoom deposition of Jessica Kraft, taken on June 23, 2025.

39.     Attached hereto as Exhibit 36 is a true and correct copy of the transcript of the videotaped Zoom deposition of Amy Lavelle, taken on June 27, 2025.

40.     Attached hereto as Exhibit 37 is a true and correct copy of the transcript of the videotaped Zoom deposition of Shelli Schneider, taken on June 13, 2025.

41.     Attached hereto as Exhibit 38 is a true and correct copy of Essentia's Responses to Plaintiffs' First Set of RFAs, dated June 27, 2025.

I declare that the foregoing is true under the penalty of perjury.


Dated: September 19, 2025                    /s/*Michael von Klemperer*
                                             Michael von Klemperer

6