# EXHIBIT 11

**DAKOTA CLINIC PHARMACY, LLC**
ANNUAL MEETING
JANUARY 4, 2016
5:00PM Administrative Conference Room-SU

Members Present: Dr. Greg Glasner, Kyle Dorow, Tim Sayler, Paul Graalum, Rob Haskell, Laura Morris, Sue Herman

Members Absent: Dianne Witten

New Business:

1.    Election of Officers: With the departure from our board of Randy Skalsky, President, and Dr. Keith Rau, Vice President, a motion was made by Paul to nominate Rob Haskell as President and Dr. Glasner as Vice President. Motion seconded and approved. Current officers are:

      Rob Haskell, President
      Dr. Glasner, Vice President
      Kyle Dorow, Treasurer
      Sue Herman, Secretary

2.    Tim Sayler was welcomed to the Board and Paul gave a brief overview of the history of the pharmacy, the current division of managerial duties by the pharmacy staff and also a summary of this past year's prescription volume and progress. It was noted that this has been a transitional year for the pharmacy with the departure of Randy Skalsky and Randy Johnson who have terminated their ownership as of December 31, 2016.

3.    Lease Terms for 1702 S University Drive and 3000 32nd Avenue South locations:

    A.    South University: New terms were reviewed and discussed. It was noted that the insurance for both locations will be purchased by the pharmacy instead of the clinic. The annual management fee to the pharmacy for Essentia Health Clinic's drugs will be paid in equal monthly installments.

    B.    32nd Ave South: Lease terms for the new facility were reviewed. Essentia will provide a working capital loan of ▮▮▮▮ at 5% for the new pharmacy and Kyle will have loan documents prepared for that and also fit up costs -estimated at ▮▮▮▮ (10 yr. at 5%)

4.    Lease/Operating Agreement terms in the event of a buyout of both locations.

    In the event that the ND Pharmacist Ownership law is overturned, Kyle and Dr. Glasner presented the changes Essentia is proposing for the buyout of the 51% pharmacist owners by the 49% Essentia partners. These changes will be included in an updated operating agreement.

**Exhibit
110**
09/08/2025
Haskell

5.  The pharmacist owners will review the lease and buyout terms and hopefully come to an agreement soon with the rest of the Board as a lease needs to be finalized in order for the new pharmacy to proceed with licensing.

7.  Salary Review: Laura noted that Essentia Human Resources in Duluth had prepared an extensive pharmacist salary review. Rob has been working with Human Resources to adjust pharmacist salaries based on the new review guidelines. Recommendations for salary adjustments will be reviewed by Dr. Glasner for final approval.

8.  Meeting Adjourned

*Sue Herman*

Sue Herman, Secretary

DCP 000178

DAKOTA CLINIC PHARMACY,LLC
2017 notes

Annual Meeting postponed until early 2018.

Lease, Operating Agreement, and Shared Services Agreement were negotiated and finalized in 2017.   The Lease and Operating Agreements were effective as of May 1, 2016 and the Operating Agreement was effective August 1, 2017.

Susan Herman
Secretary

*DCP 000179*