# EXHIBIT 16

7:30



Rob

Mar 11, 2020 at 10:33 AM

Hi. Congratulations! Also giving you a heads up, a meeting is scheduled for 8:00 Friday morning about the refrigeration. They know you are on maternity leave and likely won't be there. Btw, your mailbox is full.

Mar 11, 2020 at 11:52 AM

Thanks! and I appreciate the heads up. Maari wouldn't return any of my calls on my last few days before leave, but I told her the fridge was brought in and installed by maintenance (not us) and that they likely set up those security parameters. Also told her that we've put in many calls to maintenance over the years about poor temp regulation throughout the entire pharmacy and get no resolve from them. Any idea if the meeting Friday is with just Maari or others? I can come, but would have to bring the baby, which is a bit of a wild card

Text Message • SMS

DCP 000200