# EXHIBIT 21

# DAKOTA CLINIC PHARMACY

----------------------------------------

# POLICY AND PROCEDURES MANUAL

**Exhibit 47**
05/01/2025
Morris

*DCP 000170*

FACILITY

Formal Name of Pharmacy: Dakota Clinic Pharmacy on SU Drive

Address of the Building: 1702 S University Drive – Fargo, ND 58103

Owner of the Building: Essentia Health

Maintenance of Building and Parking Lot: Essentia Health Engineering

       Hours of Availability: Monday-Friday 6am-6pm

       Phone: 701-364-3337


PERSONNEL

Pharmacy Owners: Robert Haskell, Laura Morris

Pharmacist-In-Charge: Robert Haskell

Staff Pharmacists: Robert Haskell, Laura Morris, Tyler Rogers, Carly Smithers

Pharmacy Technician Manager: Kristi Shae

Pharmacy Technicians: Kristi Shae, Shaina Stall, James Vetter, Kelsey Lamon

Intern Pharmacists: Callie Grosz, Adam Dufner


SECURITY

Name of System: Elctrowatchman Inc.

       1610 25th Street S in Moorhead, MN 56560

Location: Inside North glass door of pharmacy, on wall

To Activate: Wait for blinking green light, then enter deactivation code

To Deactivate: Enter the pharmacy, then enter activation code

Personnel with Access to Security Codes: Pharmacists, Engineering Department

*DCP 000171*

COMPUTER SYSTEM

Software Company: Transaction Data Systems – RX30 (1-800-289-7930)

　　　155 Boren Drive – Ocoee, FL 34761

　　　Contact: Al Peterson

Hardware Company: Dell, Essentia IT (701-364-8775)

　　　1702 S University Drive – Fargo, ND 58103

　　　Contact: Lorri Christl

Computer Manual: located with manuals and references by fax machine

Back Up Flash Drives: located next to computer hard drive in mail area

Procedure for Operating Pharmacy on Computer Down Time: revert to manual operation, documenting both refills and new Rx to enter back into system once recovered


ADDITIONAL SUPPLIES

Excess Bottles, Vials, Auxiliary Labels: located in back storage area

Compounding Instruments and Ingredients: located on shelving in compounding area


REFERENCES / RECORDKEEPING

Library and Reference Materials: located with manuals and references by fax machine

ND Board of Pharmacy Laws, Rules, Regulations: located with manuals and references by fax machine

Compounding Log: located in shelving below compounding area


POSTINGS

Current DEA Registration: posted in prescription area

Current ND Pharmacy License: posted in prescription area

Current Pharmacist Licenses: posted in prescription area

Annual Inspection by Board of Pharmacy: located in file cabinet in pharmacy office

DCP 000172

OPENING PROCEDURES

Personnel Authorized: Pharmacists, Technicians, Interns, Clerks

Procedures to Follow:

- Unlock main entry, enter pharmacy, and deactivate alarm (alarm instructions above)
- Open East doors and turn on lights (light switches at North door and outside storage area)
- Unlock keyed security safe (safe in storage area, key located at prior authorization pile)
- Collect cash register drawer from keyed security safe and place into cash register
- Listen to voicemail, turn voicemail off to activate phone lines (located in storage area)
- Remove flash drive from main hard drive station (located at mail computer)
- Open RX30 software on all computers (complete directions in Nucleus)
- Print RX30 log reports from previous day (complete directions in Nucleus)
- Check refrigerator temperatures (located by drive up, ordering computer, and storage area)
- Turn on drive up window technology (complete directions in Nucleus)
- Pick up mail from clinic mailroom (located in basement)


CLOSING PROCEDURES

Personnel Authorized: Pharmacists, Technicians, Interns, Clerks

Procedures to Follow:

- Transfer entered charge slips located in A-Z file to bookkeeper's desk
- Close current cash register and return cash register drawer to keyed security safe, lock safe (complete directions in Nucleus, key located at prior authorization pile)
- Turn on voicemail to deactivate phone lines (located in storage area)
- Insert flash drive into main hard drive station (located at mail computer)
- Close RX30 software on all computers, leaving one screen open by mail computer
- Turn off drive up window technology (complete directions in Nucleus)
- Check refrigerator temperatures (located by drive up, ordering computer, and storage area)
- Close East doors and turn off lights (light switches at North door and outside storage area)
- Activate alarm, exit pharmacy, lock main entry doors (alarm instructions above)


ACCOUNTING PROCEDURES

Personnel Authorized to Prepare Cash Register Drawers: Kristi Shae

Bank Used for Exchange/Deposit: Alerus Bank in Fargo (701-280-5114)

    Contact: Brianne Stoffel


*DCP 000173*

PAYMENT PROCEDURES

Cash Payment: Tender Cash button, type amount of cash received, OK button, give change if needed

Check Payment: Tender Check button, type check #, OK button, Process Now button, Continue button

Credit Card Payment: Tender Card button, swipe credit card in reader, Process button, Enter button

Charge Account Payment: On Account button, type amount being charged, OK button, Enter

> No new accounts opened, only accounts from previous (credit application required) are current

Cashiers Check, Money Order, Travelers Check: not accepted

Identification Required on all Rx Transactions: personal recognition or photo identification

Voiding Transactions: More Options button, Transaction List button, select date range, select specific transaction, Void Transaction button, Place in basket with credit card receipts

Accounts Receivable Payment: type 9 into code field, Enter, type A/C as description, OK button, type amount being paid, OK button


INVENTORY

Legend Drugs: Stored alphabetically by name and category in floor stock

CII Narcotic Drugs: Stored alphabetically by name in keyed security safe

Primary Wholesaler: Dakota Drug Inc. (701-298-9026)                Account Number: 054239

> 4121 12 Avenue NW – Fargo, ND 58102

Secondary Wholesaler: Amerisource Bergen (844-222-2273)                Account Number: 100060316

> 6810 Shady Oak Road – Eden Prairie, MN 55344

Ordering Procedure:

> Legend Drugs: Daily order sent Monday-Friday, EFT payment made weekly
>
> CII Narcotic Drugs: Order sent twice each week, EFT payment made weekly
>
> DEA Order Form Blanks: located in keyed security safe in back storage area
>
> Invoices for Received Orders: stored in office file cabinet

Borrowing from Pharmacy Procedure: Receive receipt from borrowing pharmacy with thorough product description and quantity borrowed, replaced next day by pharmacist responsible for replacement

DCP 000174

Inventory Records:

Legend Drug Annual Inventory: file cabinet in pharmacy office

Controlled Substance Biennial Inventory: file cabinet in pharmacy office

PRESCRIPTION FILLING PROCESS

Pharmacist Responsibilities:

- When a prescription is presented to the pharmacy, it will be checked for completeness, errors, and legibility. The prescribing physician will be contacted for clarification, if necessary, before the prescription is dispensed.
- After the prescription label is generated, it will be checked to determine that all information is correct and that it matches the information on the prescription.
- After the correct drug is selected to fill the prescription, the correct quantity will be placed in a prescription vial and the drug selected will be checked a second time against what is written on the prescription before it is returned to stock.
- The prescription label and auxiliary labels will be placed on the prescription vial and the directions on the label will be checked a second time against what is written on the prescription.
- Consultation with the patient will now occur. This involves explaining the drug, directions, side-effects, and other pertinent information to the patient.
- Assistance in the prescription filling process by any supportive personnel (interns, technicians, or clerks) will <u>always</u> be checked by a pharmacist prior to dispensing.

Personnel Policies:

- Only pharmacists may make product recommendations and answer patient questions regarding medication therapy.
- Only pharmacists are to take new prescription information from physicians.
- Handling of any prescription item is to be supervised by the pharmacist on duty at all times.
- No prescription may be dispensed without having been checked by the pharmacist on duty.
- Verbal medication orders are to be transferred onto an Rx pad, including the date received and the name and title of the person calling in the Rx

Maintaining Prescription Records:

- Current Legend Drug Hard Copies: numerically, in spindle at front counter
- Previous Legend Drug Hard Copies: numerically, in vertical files in back storage area
- Current Schedule II Drug Hard Copies: numerically, in spindle at front counter
- Previous Schedule II Drug Hard Copies: numerically, in vertical files by coupon savings cards

DCP 000175

Return to Stock Policy:

All prescriptions that are filled and waiting to be picked up by the patient will be monitored and checked weekly, at a minimum. If it is determined the patient no longer wants or needs the medication at this time, the prescription will be reversed and the medication will be returned to pharmacy stock.

Handling Medication Errors:

Should a medication error occur, both the prescriber and patient will be notified as soon as possible. In addition to correcting the medication dispensed, other corrective action will be taken as directed by the prescriber. The prescription filling process will then be reviewed with those involved to determine how the dispensing mistake occurred. Appropriate corrective action involving the prescription filling process will then be taken to avoid this same error in the future. All errors are recorded in ISMP for team review.

Management of Controlled Substances:

All prescriptions for controlled substances will be filled under the criteria of both federal law and ND state law. This criterion can be found in the ND Board of Pharmacy binder of laws, rules, and regulations.

Prior to dispensing a controlled substance for the treatment of pain or anxiety, the pharmacist involved in filling the prescription will, at a minimum, request and review a Prescription Drug Monitoring Report covering at least a one year time period if the dispenser becomes aware of a person currently:

- Receiving reported drugs from multiple prescribers;
- Receiving reported drugs for more than twelve consecutive weeks;
- Abusing or misusing reported drugs (over-utilization, early refills, appears overly sedated or intoxicated upon presenting a prescription for a reported drug, or an unfamiliar patient requesting a reported drug by a specific name, street name, color, or identifying marks);
- Requesting the dispensing of a reported drug from a prescription issued by a prescriber with whom the dispenser is unfamiliar (the prescriber is located out-of-state or the prescriber is outside the usual pharmacy geographic prescriber care area); or,
- Presenting a prescription for reported drugs when the patient resides outside the usual pharmacy geographic patient population.

After obtaining an initial Prescription Drug Monitoring Report, the pharmacist shall use professional judgment based on the prevailing standards of practice in deciding the frequency of requesting and reviewing further Prescription Drug Monitoring Reports and/or other state reports for the given patient. In the rare event a report is not immediately available; the dispenser shall use professional judgment in determining whether it is appropriate and in the best interest of the patient to dispense the prescription prior to receiving and reviewing the report.

*DCP 000176*