# EXHIBIT 25

 **Essentia Health**


EXHIBIT
tabbies
6- Kauf
4.23.25

03/31/20

To the Parent/Guardian of

Dear Parent or Guardian of

We greatly value the trust you have placed in Essentia Health to carry out our mission of making a healthy difference in patients' lives. **Please note, this notification is NOT in any way related to the COVID-19 pandemic.**

We want to make you aware of an issue at a former distribution partner's medication storage location in Fargo, North Dakota, that may have resulted in certain flu vaccines being stored at temperatures outside of the range recommended by manufacturers. Storage temperatures outside the recommended range do not cause the flu vaccines to be harmful, but they may reduce their effectiveness.

Those flu vaccines were later sent to Essentia Health for use with patients. Our records indicate that your child is among the patients who received one or more flu vaccinations that may have been affected. At this time, we are offering revaccination for your child at no additional cost to you, if that is your choice.

We care deeply about our patients and regret the inconvenience to you, your child and others who have trusted us with their care. If you would like to consult with a healthcare professional, schedule an appointment or want further information, please call our patient support line at 1-833-594-0376 Monday through Friday from 8.30 a.m. to 4:30 p.m. or review our website at EssentiaHealth.org/medicationstorage.

We appreciate your patience and understanding in this matter.

Thank you.

Richard Vetter, MD
Chief Medical Officer
Essentia Health- West Market

Al Hurley
Chief Operating Officer
Essentia Health- West Market

Medical Record Number:

EH003021



**Essentia Health**

03/31/20

Dear

We greatly value the trust you have placed in Essentia Health to carry out our mission of making a healthy difference in patients' lives. **Please note, this notification is NOT in any way related to the COVID-19 pandemic.**

We want to make you aware of an issue at a former distribution partner's medication storage location in Fargo, North Dakota, that may have resulted in certain flu vaccines being stored at temperatures outside of the range recommended by manufacturers. Storage temperatures outside the recommended range do not cause the flu vaccines to be harmful, but they may reduce their effectiveness.

Those flu vaccines were later sent to Essentia Health for use with patients. Our records indicate that you are among the patients who received one or more flu vaccinations that may have been affected. At this time, we are offering revaccination at no additional cost to you, if that is your choice.

We care deeply about our patients and regret the inconvenience to you and others who have trusted us with their care. If you would like to consult with a healthcare professional, schedule an appointment or want further information, please call our patient support line at 1-833-594-0376 Monday through Friday from 8:30 a.m. to 4:30 p.m. or review our website at EssentiaHealth.org/medicationstorage.

We appreciate your patience and understanding in this matter.

Thank you.

Richard Vetter, MD                          Al Hurley
Chief Medical Officer                        Chief Operating Officer
Essentia Health- West Market         Essentia Health- West Market

Medical Record Number:

EH003022

 **Essentia Health**

03/31/20

To the Parent/Guardian of

Dear Parent or Guardian of

We greatly value the trust you have placed in Essentia Health to carry out our mission of making a healthy difference in patients' lives. **Please note, this notification is NOT in any way related to the COVID-19 pandemic.**

We want to make you aware of an issue at a former distribution partner's medication storage location in Fargo, North Dakota, that may have resulted in certain vaccines and medications being stored at temperatures outside of the range recommended by manufacturers. Storage temperatures outside the recommended range do not cause the vaccines and medications to be harmful, but they may reduce their effectiveness.

Those vaccines and medications were later sent to Essentia Health for use with patients. Our records indicate that your child is among the patients who received one or more vaccinations that may have been affected. At this time, we are offering revaccination at no additional cost to you.

We apologize for the concern this may cause for you and your child. We are committed to providing high-quality, compassionate care to you, your child and others we are privileged to serve, and we want to ensure that you receive the full benefit of the vaccine.

If you would like to consult with a healthcare professional, schedule an appointment or want further information, please call our patient support line at 1-833-594-0376 Monday through Friday from 8:30 a.m. to 4:30 p.m. or review our website at EssentiaHealth.org/medicationstorage.

We appreciate your patience and understanding in this matter.

Thank you.

Richard Vetter, MD
Chief Medical Officer
Essentia Health- West Market

Al Hurley
Chief Operating Officer
Essentia Health- West Market

Medical Record Number:

EH003023



**Essentia Health**

03/31/20

Dear

We greatly value the trust you have placed in Essentia Health to carry out our mission of making a healthy difference in patients' lives. **Please note, this notification is NOT in any way related to the COVID-19 pandemic.**

We want to make you aware of an issue at a former distribution partner's medication storage location in Fargo, North Dakota, that may have resulted in certain vaccines and medications being stored at temperatures outside of the range recommended by manufacturers. Storage temperatures outside the recommended range do not cause the vaccines and medications to be harmful, but they may reduce their effectiveness.

Those vaccines and medications were later sent to Essentia Health for use with patients. Our records indicate that you are among the patients who received one or more vaccinations or medications that may have been affected. At this time, we are offering revaccination at no additional cost to you.

We apologize for the concern this may cause for you. We are committed to providing high-quality, compassionate care to you and others we are privileged to serve, and we want to ensure that you receive the full benefit of the vaccine or medication.

If you would like to consult with a healthcare professional, schedule an appointment or want further information, please call our patient support line at 1-833-594-0376 Monday through Friday from 8.30 a.m. to 4:30 p.m. or review our website at EssentiaHealth.org/medicationstorage.

We appreciate your patience and understanding in this matter.

Thank you.

Richard Vetter, MD
Chief Medical Officer
Essentia Health- West Market

Al Hurley
Chief Operating Officer
Essentia Health- West Market

Medical Record Number:

EH003024



**Essentia Health**

03/31/20

Dear

We greatly value the trust you have placed in Essentia Health to carry out our mission of making a healthy difference in patients' lives. **Please note, this notification is NOT in any way related to the COVID-19 pandemic.**

We want to make you aware of an issue at a former distribution partner's medication storage location in Fargo, North Dakota, that may have resulted in certain vaccines and medications being stored at temperatures outside of the range recommended by manufacturers. It is important to note that storage temperatures outside the recommended range do not cause the vaccines and medications to be harmful, but they may reduce their effectiveness.

You are receiving this letter because our records indicate that you are among the patients who received one or more vaccines and/or medications that may have been affected. It is important for you to know that we've performed a full chart/medication review, and found there is no concern and no further action is needed by you.

If you have any questions, we have established a patient support line at 1-833-594-0376 Monday through Friday from 8:30 a.m. to 4:30 p.m. We have also established a website with more information at EssentiaHealth.org/medicationstorage.

We ask that you continue to work with your provider at Essentia Health to continue any treatment you may be currently receiving or will seek in the future. This notification should not change any treatment plans.

We care deeply about our patients and appreciate the trust you put in us to provide quality and compassionate care.

Thank you.

Richard Vetter, MD
Chief Medical Officer
Essentia Health- West Market

Al Hurley
Chief Operating Officer
Essentia Health- West Market

Medical Record Number:

EH003025

 **Essentia Health**

03/31/20

To the Parent/Guardian of

Dear Parent or Guardian of

We greatly value the trust you have placed in Essentia Health to carry out our mission of making a healthy difference in patients' lives. **Please note, this notification is NOT in any way related to the COVID-19 pandemic.**

We want to make you aware of an issue at a former distribution partner's medication storage location in Fargo, North Dakota, that may have resulted in certain vaccines and medications being stored at temperatures outside of the range recommended by manufacturers. It is important to note that storage temperatures outside the recommended range do not cause the vaccines and medications to be harmful, but they may reduce their effectiveness.

You are receiving this letter because our records indicate that your child is among the patients who received one or more vaccines and/or medications that may have been affected. It is important for you to know that we've performed a full chart/medication review, and found there is no concern and no further action is needed by you.

If you have any questions, we have established a patient support line at 1-833-594-0376 Monday through Friday from 8:30 a.m. to 4:30 p.m. We have also established a website with more information at EssentiaHealth.org/medicationstorage.

We ask that you continue to work with your provider at Essentia Health to continue any treatment your child may be currently receiving or that you will seek in the future. This notification should not change any treatment plans.

We care deeply about our patients and appreciate the trust you put in us to provide quality and compassionate care.

Thank you.

Richard Vetter, MD
Chief Medical Officer
Essentia Health- West Market

Al Hurley
Chief Operating Officer
Essentia Health- West Market

Medical Record Number:

EH003026

 **Essentia Health**

4/30/2020

To the Parent/Guardian of

Dear Parent or Guardian of

We greatly value the trust you have placed in Essentia Health to carry out our mission of making a healthy difference in patients' lives. **Please note, this notification is NOT in any way related to the COVID-19 pandemic.**

We want to make you aware of an issue at a former distribution partner's medication storage location in Fargo, North Dakota, that may have resulted in certain vaccines and medications being stored at temperatures outside of the range recommended by manufacturers. Storage temperatures outside the recommended range do not cause the vaccines and medications to be harmful, but they may reduce their effectiveness.

Those vaccines and medications were later sent to Essentia Health for use with patients. Our records indicate that your child received a tuberculin skin test, commonly known as a Mantoux test, that may have been affected. To confirm the test results, we are offering you a blood test at no additional charge.

We apologize for the concern this may cause for you and your child. We are committed to providing high-quality, compassionate care to you and others we are privileged to serve, and we want to ensure that you receive the full benefit of the vaccine or medication.

If you would like to consult with a healthcare professional, schedule an appointment or want further information, please call our patient support line at 1-833-594-0376 Monday through Friday from 8:30 a.m. to 4:30 p.m. or review our website at EssentiaHealth.org/medicationstorage.

We appreciate your patience and understanding in this matter.

Thank you.

Richard Vetter, MD
Chief Medical Officer
Essentia Health- West Market

Al Hurley
Chief Operating Officer
Essentia Health- West Market

Medical Record Number:

EH003027

 **Essentia Health**

4/30/2020

Dear

We greatly value the trust you have placed in Essentia Health to carry out our mission of making a healthy difference in patients' lives. **Please note, this notification is NOT in any way related to the COVID-19 pandemic.**

We want to make you aware of an issue at a former distribution partner's medication storage location in Fargo, North Dakota, that may have resulted in certain vaccines and medications being stored at temperatures outside of the range recommended by manufacturers. Storage temperatures outside the recommended range do not cause the vaccines and medications to be harmful, but they may reduce their effectiveness.

Those vaccines and medications were later sent to Essentia Health for use with patients. Our records indicate that you received a tuberculin skin test, commonly known as a Mantoux test, that may have been affected. To confirm the test results, we are offering you a blood test at no additional charge.

We apologize for the concern this may cause for you. We are committed to providing high-quality, compassionate care to you and others we are privileged to serve, and we want to ensure that you receive the full benefit of the vaccine or medication.

If you would like to consult with a healthcare professional, schedule an appointment or want further information, please call our patient support line at 1-833-594-0376 Monday through Friday from 8:30 a.m. to 4:30 p.m. or review our website at EssentiaHealth.org/medicationstorage.

We appreciate your patience and understanding in this matter.

Thank you.

Richard Vetter, MD
Chief Medical Officer
Essentia Health- West Market

Al Hurley
Chief Operating Officer
Essentia Health- West Market

Medical Record Number:

EH003028