# EXHIBIT 31

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JESSICA KRAFT, individually and as parent of minors L.K., S.K., and O.K.; SHELLI SCHNEIDER, individually and as parent of minors A.S. and W.S.; ANNE BAILEY, individually and as parent of minor D.B; AMY LAVELLE, individual and as parent of minors Em.L.and El.L.; ELIZABETH BEATON, individually and as parent of minor M.B.; AMANDA AND TYRELL FAUSKE, individually and as parents of minors C.R.F. and C.J.F; JENNIFER REIN, individually; and JESSICA BERG, individually and as parent of minors A.B. and S.B, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, DAKOTA CLINIC PHARMACY, LLC, JOHN DOE MANUFACTURERS, and JOHN DOE DISTRIBUTOR,<br><br>Defendants. | Case No. 3:20-CV-00121<br><br><br>**DEFENDANT ESSENTIA HEALTH'S ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT ESSENTIA HEALTH** |

TO:    PLAINTIFFS AND THEIR ATTORNEYS, ELIZABETH A. FEGAN AND BROOKE ACHUA, FEGAN SCOTT LLC, 150 S. WACKER DRIVE, 24TH FLOOR, CHICAGO, IL 60606; MAC SCHNEIDER, SCHNEIDER LAW FIRM, 815 3RD AVENUE SOUTH, FARGO, ND 58103; AND J. BARTON GOPLERUD AND BRIAN MARTY, SHINDLER, ANDERSON, GOPLERUD & WEESE, PC, 5015 GRAND RIDGE DRIVE, SUITE 100, WEST DES MOINES, IA 50265.

Defendant Essentia Health ("Essentia"), for its answers to Plaintiffs' First Set of

Interrogatories to Defendant Essentia Health, states as follows:

1

Confidential Information – Subject to Protective Order

## GENERAL OBJECTIONS

Essentia asserts the following General Objections, which are hereby incorporated in and made a part of each specific response to the Interrogatories, set forth below:

1.     Essentia is responding to these Interrogatories as specifically provided in Rules 26 and 33 of the Federal Rules of Civil Procedure.  To the extent these Interrogatories seek to impose upon Essentia a requirement to respond in any other manner through "Definitions," or on behalf of other persons, Essentia objects.

2.     Essentia objects to these Interrogatories to the extent they attempt to impose obligations beyond those imposed by the Federal Rules of Civil Procedure.  Essentia also objects to the Interrogatories to the extent they call for unreasonable investigation by Essentia and would impose undue burden and expense upon Essentia.  Under Federal Rule of Civil Procedure Rule 26(b)(2)(C), the rule of proportionality requires discovery to be restricted where the burden or expense outweighs the proposed benefit.  Essentia reserves the right to seek cost-shifting measures for the costs of responding to Plaintiffs' overbroad and unduly burdensome discovery requests.

3.     Essentia objects to Plaintiffs' definition of "Affected Medications" to the extent it assumes TTSPPS were subjected to a temperature excursion. A response to an Interrogatory which includes this definition would similarly assume TTSPPs were subjected to a temperature excursion, which is disputed.

4.     Essentia objects to Plaintiffs' definition of "Disclosed Temperature Excursion" to the extent it assumes a temperature excursion occurred.  A response to an Interrogatory which includes this definition would similarly assume a temperature excursion occurred, which is disputed.

2

Confidential Information – Subject to Protective Order

5.     Essentia objects to these Interrogatories to the extent they call for the discovery of information protected by the attorney/client privilege and work product doctrine/privilege. Essentia will construe all Interrogatories as extending only to information and documentation that are not protected by the attorney-client privilege and/or work product doctrine/privilege.

6.     Essentia objects to these Interrogatories to the extent they call for the discovery of information protected by the peer review/quality assurance privileges.  Essentia will construe all Interrogatories as extending only to information and documentation that are not protected by peer review/quality assurance privileges.

7.     Essentia objects to these Interrogatories to the extent they call for the discovery of physician/provider/medical-patient privileged information and information subject to privacy protections afforded under state and federal law for patients of healthcare providers and systems in the absence of patient authorization for the disclosure of patient information.

8.     Essentia's responses are made without waiving the right to supplement, correct, add to, or clarify these responses as permitted by the Federal Rules of Civil Procedure.

These General Objections apply to the following responses and are incorporated by reference therein.

### INTERROGATORIES

1.     Identify how, when, and from whom you learned of the Disclosed Temperature Excursion.

**ANSWER:** *See* General Objections above, which are incorporated herein by reference. Without waiving objections, Essentia is the sole member of Innovis Health, LLC ("Innovis Health"), which contracted with Dakota Clinic Pharmacy, LLC ("DCP"), under a Shared Services Agreement in August 2017, for DCP to provide pharmaceutical management

3

Confidential Information – Subject to Protective Order

services pursuant to Exhibit A of the Shared Services Agreement. A Letter of Termination of Dakota Clinic Pharmacy Services was provided to DCP, giving written notice to terminate the DCP Pharmaceutical Services described in Exhibit A, effective February 28, 2020.

In anticipation of the termination of the pharmaceutical management services, a double-door refrigerator and a triple-door refrigerator were moved from DCP's location at 1702 South University Drive, Fargo, North Dakota, to the basement at Innovis Health's South University location. On February 20, 2020, the double-door refrigerator was moved, and on February 21, 2020, the triple-door refrigerator was moved. The double-door refrigerator maintained a temperature range of 36-46 degrees Fahrenheit for more than 24 hours following the move, and DCP-stored product was moved from the triple-door refrigerator to the double-door refrigerator to facilitate move of the triple-door refrigerator from DCP's location. On February 21, 2020, the temperature in the basement was reaching 77 degrees Fahrenheit. Innovis Health was notified that the double-door refrigerator had gone below 36 degrees Fahrenheit and the empty triple-door refrigerator had a reading of 33 degrees Fahrenheit. The product was removed and redistributed to Innovis Health's clinic departments at the South University location. Innovis Health's Pharmacy Operations Senior Manager, Maari Loy, contacted Laura Morris, a pharmacist-owner of DCP, regarding the temperatures for the two refrigerators that were moved from the DCP location. On February 24, 2020, Ms. Loy met with DCP's pharmacist-owners at DCP and reviewed a temperature log maintained at DCP. DCP's pharmacist-owners denied that there had been any problems with the refrigerators or that any product had frozen.

There is no concession that any of the vaccinations and/or pharmaceuticals/medications/biologics stored by DCP pursuant to the Shared Services

4

Confidential Information – Subject to Protective Order

Agreement between September 2017 and February 2020, were indeed exposed to a temperature excursion. In an abundance of caution, patients were given notification of a potential temperature excursion and offered revaccination at no cost.

Copies of the Shared Services Agreement, the Letter of Termination of Dakota Clinic Pharmacy Services, effective February 28, 2020, and a copy of the temperature log obtained from DCP are identified as **"Confidential"** pursuant to the Court's Confidentiality Order and produced in response to Essentia Health's Response to Plaintiffs' First Set of Requests For Production To Defendant Essentia Health.

2.      Identify the dates during which the Disclosed Temperature Excursion occurred.

**ANSWER:**   *See* General Objections above, which are incorporated herein by reference. Without waiving objections, *see* response to Interrogatory No. 1.

3.      Identify the Affected Medications, including but not limited to reach Affected Mediation's name; NDC, J-Code or other unique FDA-designated identifier; and Manufacturer.

**ANSWER:**   *See* General Objections above, which are incorporated herein by reference. Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs. Moreover, this Interrogatory is overly broad and unduly burdensome to the extent it seeks NDC, J-Code or other unique FDA-designated identifier and manufacturer for product with respect to potential putative class members. Without waiving objections, generally, the following products were stored at DCP between September 2017 and February 2020. Discovery is continuing.

**Vaccinations**

5

Confidential Information – Subject to Protective Order

| Generic | Brand | Manufacturers |
|---|---|---|
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed Vaccine | INFANRIX | GlaxoSmithKline |
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed, Hepatitis B (Recombinant) and Inactivated Poliovirus Vaccine | PEDIARIX | GlaxoSmithKline |
| Diphtheria and Tetanus Toxoids and Acellular Pertussis Adsorbed and Inactivated Poliovirus Vaccine | KINRIX | GlaxoSmithKline |
| Haemophilus b Conjugate Vaccine | PEDVAXHIB | Merck |
| Hepatitis A & Hepatitis B (Recombinant) Vaccine | TWINRIX | GlaxoSmithKline |
| Hepatitis A Vaccine | HAVRIX | GlaxoSmithKline |
| Hepatitis A Vaccine | Vaqta | Merck |
| Hepatitis B vaccine | ENGERIX-B | GlaxoSmithKline |
| Hepatitis B vaccine | Recombivax-HB | Merck |
| Human Papillomavirus 9-valent Vaccine | GARDASIL | Merck |
| Influenza (Live Attenuated) Vaccine | FLUMIST | AstraZeneca |
| Influenza Vaccine | FLUZONE | Sanofi Pasteur |
| Influzena Vaccine | FLUBLOK | Sanofi Pasteur |
| Meningococcal (Groups A, C, Y and W-135) Conjugate Vaccine | MENACTRA | Sanofi Pasteur |
| Meningococcal (Groups A, C, Y, and W-135) Oligosaccharide Diphtheria CRM197 Conjugate Vaccine | MENVEO | GlaxoSmithKline |
| Meningococcal B vaccine | BEXSERO | GlaxoSmithKline |
| Poliovirus Vaccine | IPOL | Sanofi Pasteur |
| Rabies Vaccine | IMOVAX | Sanofi Pasteur |
| Rabies Vaccine | Rabavert | GlaxoSmithKine |

6

Confidential Information – Subject to Protective Order

| | | |
|---|---|---|
| Tetanus and Diphtheria Toxoids Adsorbed Vaccine | TENIVAC | Sanofi Pasteur |
| Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Adosrbed Vaccine | BOOSTRIX | GlaxoSmithKline |
| Typhoid VI | TYPHIM VI | Sanofi Pasteur |

## Medications

| Generic | Brand | Manufacturers |
|---|---|---|
| ado-Tratuzumab emtansine | Kadcyla | Genentech |
| Alprostadil | Caverject | Pfizer, Endo |
| Atezolizumab | Tecentriq | Genentech |
| Bevacizumab | Avastin | Genentech |
| Bleomycin | Bleomycin | Pfizer, Fresenius, Teva, Meitheal, Hikma, Amneal |
| Carflizomib | Kyprolis | Amgen |
| Carmustine | BiCNU | Zydus, Heritage, Amneal, Stat-Trade, Arbor |
| Certolizumab pegol | Cimzia | UCB Pharm |
| Cetuximab | Erbitux | Lilly |
| Darbepoetin | Aranesp | Amgen |
| Denosumab | Prolia/Xgeva | Amgen |
| Denosumab | Xgeva | Amgen |
| Doxorubicin | Adriamycin | Pfizer, Hikma, Sun, Baxter, Dr. Reddy, Fresenius, Teva, Mylan, J.O.M |
| Doxorubicin Liposome | Doxil | Baxter, Dr.Reddy, J-O-M Pharm, Zydus, Sun |
| Durvalumab | Imfinzi | Astra Zeneca |
| Eculizumab | Soliris | Alexion |
| Eribulin Mesylate | Halaven | Eisai |
| Etoposide Capsules | Etoposide | Mylan |
| Filgrastim-sndz | Zarxio | Sandoz |

7

Confidential Information -- Subject to Protective Order

| | | |
|---|---|---|
| Fulvestrant | Faslodex | Astra Zeneca, Bluepoint Labs, Sagent, Fresenius, Amneal, Auromedics, Athenex, Dr. Reddy's, Perrigo, Meitheal, Accord, Sandoz, Glenmark |
| Golimumab | Simponi Aria | J-O-M Pharm |
| Hyaluronidase | Vitrase | Valeant |
| Ipilimumab | Yervoy | Bristol Myers Squibb |
| Insulin Human | Humulin R | Lilly |
| Inteferon beta-1a | Avonex | Biogen |
| Latanoprost | Latanoprost | Sandoz, Greenstone, Valeant, Somerset, Rising Pharm, |
| Leuprolide | Eligard | Tolmar |
| Lorazepam Injectable | Ativan | Pfizer, Akorn, Hikma |
| Methylergonovine | Methylergonovine | Breckenridge |
| Natalizumab | Tysabri | Biogen |
| Nivolumab | Opdivo | Bristol Myers Squibb |
| Obinutuzumab | Gazyva | Genentech |
| Omalizumab | Xolair | Genentech |
| Palivizumab | Synagis | Sobi |
| Panitumumab | Vectibix | Amgen |
| Pegfilgrastim | Neulasta/Neulast Onpro | Amgen |
| Pegloticase | Krystexxa | Horizon |
| Penicillin G Benzathine | Bicillin LA | Pfizer |
| Penicillin G Benzathine/Procaine | Bicillin CR | Pfizer |
| Pertuzumab | Perjeta | Genentech |
| Polatuzumab vedotin | Polivy | Genentech |
| Proparacaine | Proparacaine | Sandoz, Valeant, Alcorn |
| Rabies Immune Globulin | Imogam | Sanofi Pasteur |
| Ramucirumab | Cyramza | Eli Lilly |
| Ranibizumab | Lucentis | Regeneron |
| Rituximab | Rituxan | Genentech |
| Romiplostim | Nplate | Amgen |
| Tocilizumab | Actemra | Genentech |

Confidential Information – Subject to Protective Order

| Vinblastine Sulfate | Vinblastine | Fresenius |
| Vinorelbine | Navelbine | Sagent, Pfizer, Teva, Pierre Fabre |

### Diagnostic Pharmaceuticals

| Generic | Brand | Manufacturers |
|---|---|---|
| Candida Albicans Skin Test | Candin | Hollister, Nielsen Biosciences |
| Tuberculin Purified Protein Derivative | Tubersol | Sanofi Pasteur |

4.    Identify the number of Affected Medications administered to patients at Essentia or Innovis.

**ANSWER:** *See* General Objections above, which are incorporated herein by reference. Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs. Discovery is continuing. Without waiving objections, see answer to Interrogatory No. 3 identifying vaccination and medication product stored at DCP between September 2017 and February 2020.

5.    Identify the number of persons who were administered an Affected Medication.

**ANSWER:** *See* General Objections above, which are incorporated herein by reference. Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs. In addition, this request is overly broad and unduly burdensome. Discovery is continuing. Without waiving objection, the following information is provided:

9

Confidential Information – Subject to Protective Order

## Vaccinations

| Vaccine | Patient Numbers by Vaccine |
|---|---|
| DT <7 YEARS (PEDIATRIC) | 1 |
| DTAP <7 YEARS | 2024 |
| DTAP ANTIGENS (DAPTACEL) | 4 |
| DTAP-HEPB-IPV (PEDIARIX) | 2372 |
| DTAP-IPV | 1971 |
| FLUMIST INFLUENZA VACCINE (FLU CLINIC) | 7 |
| HEPATITIS A & B | 128 |
| HEPATITIS A, ADULT | 641 |
| HEPATITIS A, PED/ADOLESCENT 2 DOSE | 2972 |
| HEPATITIS B DIALYSIS FORMULATION | 2 |
| HEPATITIS B, ADULT | 407 |
| HEPATITIS B, PEDIATRIC/ADOLESCENT | 165 |
| HIB PRP OMP (PEDVAXHIB) | 3150 |
| HIB PRP T (ACTHIB) | 8 |
| HUMAN PAPILLOMA VIRUS 9 | 3593 |
| HUMAN PAPILLOMA VIRUS QUADRIVALENT | 13 |
| INFLUENZA (3+ YRS) NPF-MULTI DOSE VIAL (FLU CLINIC) | 37 |
| INFLUENZA (6+ MONTHS) QUAD NPF VIAL | 2941 |
| INFLUENZA (6-35 MO) PF-SINGLE DOSE SYRINGE/VIAL (FLU CLINIC) | 5 |
| INFLUENZA (6-35 MO) QUAD NPF VIAL | 66 |
| INFLUENZA FLUBLOK (18+ YRS) QUAD PF (FLU CLINIC) | 19 |
| INFLUENZA FLUBLOK (18+ YRS) TRI PF (FLU CLINIC) | 4 |
| INFLUENZA FLUZONE (6 MONTHS - 64 YEARS) QUAD NPF VIAL (FLU CLINIC) | 1017 |
| INFLUENZA FLUZONE (6 MONTHS - 64 YEARS) QUAD PF (FLU CLINIC) | 12847 |
| INFLUENZA FLUZONE (6-35 MO) QUAD NPF VIAL (FLU CLINIC) | 31 |
| INFLUENZA FLUZONE (6-35 MO) QUAD PF (FLU CLINIC) | 1603 |

10

Confidential Information – Subject to Protective Order

| | |
|---|---:|
| INFLUENZA FLUZONE HIGH DOSE (65+ YRS) TRI PF (FLU CLINIC) | 2547 |
| INFLUENZA INTRADERMAL (18-64 YRS) FLU CLINIC | 1 |
| INFLUENZA LIVE INTRANASAL QUAD | 24 |
| INFLUENZA MDCK QUADRIVALENT PRESERVATIVE FREE | 5 |
| INFLUENZA QUAD PRESERVATIVE FREE | 23762 |
| INFLUENZA QUAD PRESERVATIVE FREE 6-35MO | 2435 |
| INFLUENZA QUAD RECOMBINANT PRESERVATIVE FREE (FLUBLOK) | 24 |
| INFLUENZA SEASONAL A,B INJ 6-35MO | 2 |
| INFLUENZA SEASONAL A,B INJ 6-35MO PRESERVATIVE FREE | 4 |
| INFLUENZA SEASONAL INJ A,B | 30 |
| INFLUENZA SEASONAL INJ A,B HIGH DOSE | 6663 |
| INFLUENZA TRIVALENT RECOMBINANT PRESERVATIVE FREE (FLUBLOK) | 3 |
| IPV | 160 |
| MANTOUX | 1648 |
| MANTOUX 0MM INDURATION | 2 |
| MENINGOCOCCAL B VACCINE, RECOMBINANT OMV, ADJUVANTED | 636 |
| MENINGOCOCCAL MCV4 (MENVEO) 2 VIALS | 3642 |
| MENINGOCOCCAL MCV4P (MENACTRA) | 44 |
| MENINGOCOCCAL MPSV4 (MENOMUNE) | 2 |
| RABIES | 2 |
| RABIES IM DIPLOID CELL CULTURE | 33 |
| RABIES IM FIBROBLAST CULTURE | 7 |
| TD >7YRS PRESERVATIVE FREE | 668 |
| TD >7YRS WITH PRESERVATIVE | 1 |
| TDAP >7 YEARS | 12012 |
| TYPHOID VICPS | 494 |
| **Grand Total** | **54004** |

**Medications**

11

Confidential Information – Subject to Protective Order

| Medication | Number of Unique Patients by Medication |
|---|---|
| ADO-TRASTUZUMAB INFUSION | 3 |
| ATEZOLIZUMAB INFUSION | 11 |
| BEVACIZUMAB INTRAVENOUS INFUSION | 26 |
| BLEOMYCIN INFUSION | 4 |
| CARFILZOMIB INJECTION OR INFUSION | 3 |
| CERTOLIZUMAB PEGOL 2 X 200 MG SC KIT | 3 |
| CERTOLIZUMAB PEGOL 2 X 200 MG/ML SC KIT | 1 |
| CETUXIMAB 100 MG/50ML IV SOLN | 5 |
| CETUXIMAB 200 MG/100ML IV SOLN | 1 |
| DOXORUBICIN INJECTION OR INFUSION | 59 |
| DOXORUBICIN LIPOSOMAL INFUSION | 8 |
| DURVALUMAB INFUSION | 9 |
| ECULIZUMAB INFUSION | 1 |
| ERIBULIN INJECTION OR INFUSION | 2 |
| FILGRASTIM-SNDZ 300 MCG/0.5ML IJ SOSY | 1 |
| FILGRASTIM-SNDZ 480 MCG/0.8ML IJ SOSY | 1 |
| FULVESTRANT 250 MG/5ML IM SOLN | 9 |
| GOLIMUMAB INFUSION | 3 |
| INSULIN REGULAR HUMAN 100 UNIT/ML IJ SOLN | 1 |
| IPILIMUMAB 1 MG/ML INFUSION | 8 |
| LORAZEPAM 2 MG/ML IJ SOLN | 6 |
| NATALIZUMAB INFUSION | 5 |
| NIVOLUMAB INFUSION | 29 |
| OBINUTUZUMAB INFUSION | 7 |
| PANITUMUMAB INFUSION | 2 |
| PEGFILGRASTIM 6 MG/0.6ML SC PSKT | 16 |
| PERTUZUMAB INFUSION | 15 |
| POLATUZUMAB INFUSION | 1 |
| RAMUCIRUMAB INFUSION | 4 |
| RITUXIMAB 2 MG/ML INFUSION | 81 |
| TOCILIZUMAB (ACTEMRA) INFUSION | 14 |
| VINBLASTINE INFUSION | 1 |
| VINBLASTINE INJECTION OR INFUSION | 5 |
| VINORELBINE INFUSION | 1 |
| **Grand Total** | **271** |

Confidential Information – Subject to Protective Order

## Medications

| Medications | Number of Administrations by Medication |
|---|---:|
| ADO-TRASTUZUMAB INFUSION | 11 |
| ATEZOLIZUMAB INFUSION | 61 |
| BEVACIZUMAB INTRAVENOUS INFUSION | 227 |
| BLEOMYCIN INFUSION | 37 |
| CARFILZOMIB INJECTION OR INFUSION | 57 |
| CERTOLIZUMAB PEGOL 2 X 200 MG SC KIT | 18 |
| CERTOLIZUMAB PEGOL 2 X 200 MG/ML SC KIT | 1 |
| CETUXIMAB 100 MG/50ML IV SOLN | 51 |
| CETUXIMAB 200 MG/100ML IV SOLN | 1 |
| DOXORUBICIN INJECTION OR INFUSION | 237 |
| DOXORUBICIN LIPOSOMAL INFUSION | 23 |
| DURVALUMAB INFUSION | 109 |
| ECULIZUMAB INFUSION | 61 |
| ERIBULIN INJECTION OR INFUSION | 10 |
| FILGRASTIM-SNDZ 300 MCG/0.5ML IJ SOSY | 1 |
| FILGRASTIM-SNDZ 480 MCG/0.8ML IJ SOSY | 1 |
| FULVESTRANT 250 MG/5ML IM SOLN | 102 |
| GOLIMUMAB INFUSION | 11 |
| INSULIN REGULAR HUMAN 100 UNIT/ML IJ SOLN | 2 |
| IPILIMUMAB 1 MG/ML INFUSION | 21 |
| LORAZEPAM 2 MG/ML IJ SOLN | 16 |
| NATALIZUMAB INFUSION | 23 |
| NIVOLUMAB INFUSION | 317 |
| OBINUTUZUMAB INFUSION | 61 |
| PANITUMUMAB INFUSION | 17 |
| PEGFILGRASTIM 6 MG/0.6ML SC PSKT | 37 |
| PERTUZUMAB INFUSION | 73 |
| POLATUZUMAB INFUSION | 2 |
| RAMUCIRUMAB INFUSION | 17 |
| RITUXIMAB 2 MG/ML INFUSION | 366 |
| TOCILIZUMAB (ACTEMRA) INFUSION | 139 |
| VINBLASTINE INFUSION | 4 |
| VINBLASTINE INJECTION OR INFUSION | 31 |

13

Confidential Information – Subject to Protective Order

| | |
|---|---:|
| VINORELBINE INFUSION | 11 |
| **Grand Total** | **2156** |

## Clinic Administered Medications (CAM)

| Clinic Administered Medications (CAM) | Number of Unique Patients by Clinic Administered Medication (CAM) |
|---|---:|
| ALPROSTADIL (VASODILATOR) 10 MCG IC KIT | 16 |
| BEVACIZUMAB 100 MG/4ML IV SOLN | 1 |
| CANDIDA ALBICANS SKN TST ANTGN ID SOLN | 10 |
| DARBEPOETIN ALFA 100 MCG/0.5ML IJ SOSY | 1 |
| DARBEPOETIN ALFA 40 MCG/0.4ML IJ SOSY | 5 |
| DARBEPOETIN ALFA 60 MCG/0.3ML IJ SOSY | 9 |
| DENOSUMAB 120 MG/1.7ML SC SOLN | 13 |
| DENOSUMAB 60 MG/ML SC SOSY | 150 |
| FILGRASTIM-SNDZ 480 MCG/0.8ML IJ SOSY | 8 |
| LEUPROLIDE ACETATE (6 MONTH) 45 MG SC KIT | 1 |
| OMALIZUMAB 150 MG SC SOLR | 16 |
| OMALIZUMAB 150 MG/ML SC SOSY | 11 |
| PALIVIZUMAB 100 MG/ML IM SOLN | 23 |
| PALIVIZUMAB 50 MG/0.5ML IM SOLN | 15 |
| PEGFILGRASTIM 6 MG/0.6ML SC SOSY | 14 |
| PENICILLIN G BENZATHINE & PROC 1200000 UNIT/2ML IM SUSP | 61 |
| PENICILLIN G BENZATHINE & PROC 900000-300000 UNIT/2ML IM SUSP | 56 |
| PENICILLIN G BENZATHINE 1200000 UNIT/2ML IM SUSP | 135 |
| PENICILLIN G BENZATHINE 2400000 UNIT/4ML IM SUSP | 14 |
| PENICILLIN G BENZATHINE 600000 UNIT/ML IM SUSP | 19 |
| TUBERCULIN PPD 5 UNIT/0.1ML ID SOLN | 7 |
| **Grand Total** | **552** |

## Clinic Administered Medications (CAM)

14

Confidential Information – Subject to Protective Order

| Clinic Administered Medications (CAM) | Number of Administrations by Medication |
|---|---|
| ALPROSTADIL (VASODILATOR) 10 MCG IC KIT | 38 |
| BEVACIZUMAB 100 MG/4ML IV SOLN | 1 |
| CANDIDA ALBICANS SKN TST ANTGN ID SOLN | 13 |
| DARBEPOETIN ALFA 100 MCG/0.5ML IJ SOSY | 7 |
| DARBEPOETIN ALFA 40 MCG/0.4ML IJ SOSY | 5 |
| DARBEPOETIN ALFA 60 MCG/0.3ML IJ SOSY | 23 |
| DENOSUMAB 120 MG/1.7ML SC SOLN | 59 |
| DENOSUMAB 60 MG/ML SC SOSY | 201 |
| FILGRASTIM-SNDZ 480 MCG/0.8ML IJ SOSY | 37 |
| LEUPROLIDE ACETATE (6 MONTH) 45 MG SC KIT | 1 |
| OMALIZUMAB 150 MG SC SOLR | 242 |
| OMALIZUMAB 150 MG/ML SC SOSY | 116 |
| PALIVIZUMAB 100 MG/ML IM SOLN | 71 |
| PALIVIZUMAB 50 MG/0.5ML IM SOLN | 21 |
| PEGFILGRASTIM 6 MG/0.6ML SC SOSY | 31 |
| PENICILLIN G BENZATHINE & PROC 1200000 UNIT/2ML IM SUSP | 65 |
| PENICILLIN G BENZATHINE & PROC 900000-300000 UNIT/2ML IM SUSP | 63 |
| PENICILLIN G BENZATHINE 1200000 UNIT/2ML IM SUSP | 162 |
| PENICILLIN G BENZATHINE 2400000 UNIT/4ML IM SUSP | 23 |
| PENICILLIN G BENZATHINE 600000 UNIT/ML IM SUSP | 19 |
| TUBERCULIN PPD 5 UNIT/0.1ML ID SOLN | 8 |
| **Grand Total** | **1206** |

6.  Identify the amount paid to Essentia or Innovis for the Affected Medications, whether by a patient or third party payor.

**ANSWER:** *See* General Objections above, which are incorporated herein by reference. Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named

15

Plaintiffs. In addition, this request is overly broad and unduly burdensome. Discovery is continuing. To the extent not objectionable, non-privileged de-identified information will be supplemented.

7.    Identify the amount paid to Essentia or Innovis for office visits in connection with the Affected Medications, whether by a patient or third party payor.

**ANSWER:** *See* General Objections above, which are incorporated herein by reference. Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs. In addition, this request is overly broad and unduly burdensome. Discovery is continuing. To the extent not objectionable, non-privileged de-identified information will be supplemented.

8.    Identify all steps you have taken to notify patients who were administered an Affected Medication of the Temperature Excursion.

**ANSWER:** *See* General Objections above, which are incorporated herein by reference. Moreover, objection is made that this Interrogatory mischaracterizes that patients were administered medications subject to a temperature excursion, which is disputed. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory with respect to notifications to the named Plaintiffs. In addition, this request is overly broad and unduly burdensome. In general, patients who had received DCP-stored vaccinations were notified by letter in April 2020, of potential temperature excursion. A call center was established to take calls from patients regarding inquiries. In general, patients who had received non-vaccination DCP-stored medications or biologics may have been contacted by a provider regarding potential temperature excursion. Discovery is continuing.

16

Confidential Information – Subject to Protective Order

9.    Identify all persons employed by You or on Your behalf with responsibility for or relating to:

a.    Dakota;

b.    the Disclosed Temperature Excursion;

c.    any information, guidance, or recommendation given by you or on your behalf to any Medical Provider relating to the treatment of or follow-up for patients who received an Affected Medication;

d.    communications with and any submissions, filings, or reports to any Government Agency relating to any Temperature Excursions or Affected Medications;

e.    communications with any Medical Provider relating to the Disclosed Temperature Excursion or Affected Medications;

f.    communications with any patient, or parent or guardian thereof, relating to the Disclosed Temperature Excursion or Affected Medications h; (sic)

**ANSWER:**    *See* General Objections above, which are incorporated herein by reference. Essentia has not received medical authorizations executed by the named Plaintiffs allowing for the disclosure of patient-specific information. Upon receipt of legally-sufficient medical authorizations, Essentia will seasonably supplement this interrogatory as to the named Plaintiffs.

Essentia further objects to this Interrogatory as it is vague, overly broad, unduly burdensome, ambiguous, and confusing so as to prevent a meaningful response. Essentia also objects to this Interrogatory on the basis it seeks information subject to attorney/client privilege, work product privilege, peer review/quality assurance privilege, and physician/provider/medical-patient privilege and privacy protections afforded by federal and state law. Moreover, this interrogatory seeks information that is not relevant or material to the issues in this lawsuit and is not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving objection, Essentia Health is the sole member of Innovis Health, LLC, which has a minority 49% ownership interest in DCP. Kyle Dorrow, Vice President, Finance

17

Confidential Information – Subject to Protective Order

for Essentia Health, and Al Hurley, Chief Operating Officer for Innovis Health, LLC, are board members of DCP. *See* Response to Request No. 3 to Defendant Essentia Health's Response to Plaintiffs' First Set of Requests for Production of Defendant Essentia Health.

10.     Identify all third parties retained by you in connection with or to perform services relating to the Disclosed Temperature Excursion or Affected Medications, including identification of their employees and roles, and describe the scope and purpose of the retention.

**ANSWER:**  *See* General Objections above, which are incorporated herein by reference.  Essentia further objects to this Interrogatory on the basis it seeks information subject to attorney/client privilege, work product privilege, and/or peer review/quality assurance privilege, information which is not relevant or material to the issues in this lawsuit and it is not reasonably calculated to the lead to the discovery of admissible evidence. Moreover, this Interrogatory is overly broad, unduly burdensome, ambiguous and confusing so as to prevent a meaningful response.

[Remainder of Page Intentionally Left Blank]

Confidential Information - Subject to Protective Order

Dated this _10th_ day of March, 2021.

ESSENTIA HEALTH

By: _Marilyn (Olson)_
Its: _Insurance & Claims Mgr_

Subscribed and sworn to before me this **10th** day of March, 2021.

_Tammy Lamirande_
Notary Public
My commission expires: _____**1/31/2025**_____

[SEAL]

TAMMY L LAMIRANDE
Notary Public
Minnesota
My Commission Expires
Jan 31, 2025

19

Confidential Information — Subject to Protective Order

**AS TO OBJECTIONS:**

Dated this _____ day of March, 2021.

**VOGEL LAW FIRM**

BY:  Angela E. Lord (#05351)
Robert B. Stock (#05919)
Briana L. Rummel (#08399)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
Email:    alord@vogellaw.com
            rstock@vogellaw.com
            brummel@vogellaw.com
ATTORNEYS FOR ESSENTIA HEALTH
AND INNOVIS HEALTH, LLC

4302848.1

20