**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; SHELLI SCHNEIDER, INDIVIDUALLY AND AS PARENT OF MINORS A.S. and W.S.; ANNE BAILEY, AS PARENT OF MINOR D.B.; AMY LAVELLE, AS PARENT OF MINORS Em.L. and El.L.; ELIZABETH BEATON, INDIVIDUALLY AND AS PARENT OF MINOR M.B.; AMANDA AND TYRELL FAUSKE, INDIVIDUALLY AND AS PARENTS OF MINORS C.R.F. and C.J.F.; JENNIFER REIN, INDIVIDUALLY; and JESSICA BERG, AS PARENT OF MINORS A.B. and S.B., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:20-CV-121<br><br>Hon. Peter D. Welte<br>Mag. Judge Alice R. Senechal |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH, | ) ) ) ) ) ) | |
| Defendants. | ) ) **)** | |

**DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

I, Elizabeth A. Fegan, hereby declare as follows:

1.     I am a Managing Member of Fegan Scott LLC ("FeganScott") and counsel of record for Plaintiffs in the above captioned matter. I am a member in good standing of the bars of the State of Illinois and California, and am admitted to practice before this Court.

2.	I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion for Class Certification.

### QUALIFICATIONS OF CLASS COUNSEL

3.	Fegan Scott is a nationwide class action law firm dedicated to representing plaintiffs in class and complex actions and addressing community-driven legal needs. I founded the firm in 2019, after 15 years at a nationwide class action firm as Managing Partner of their Chicago office, and the firm is growing at a quick, but concerted pace, and now has offices in Chicago, New York, Pittsburgh, and Washington, D.C.

4.	Built on core values of justice, integrity, and excellence, Fegan Scott's practice areas focus on complex and class action litigation involving sexual abuse, employment, civil rights, consumer, digital privacy, antitrust, mass tort, and product liability matters. In 2023, Fegan Scott was named the Consumer Protection Law Firm of the Year at The National Law Journal's 2023 Elite Trial Lawyers Awards ceremony. Attached hereto as Exhibit A is the firm resume of Fegan Scott.

5.	In addition to my experience as a class action attorney, the other attorneys at Fegan Scott working on this matter also have experience in class action litigation.

6.	**Elizabeth A. Fegan.** I have been on the vanguard in the legal battles surrounding sexual assault, abuse, and harassment. As an example, in 2022, I represented the First Partner of California in connection with her testimony against Harvey Weinstein in the criminal trial in the Superior Court of California (County of Los Angeles). In addition to working on the front lines of the #MeToo movement, I have been involved in consumer fraud, antitrust violations, toxic torts, and defective products, and have recovered over $14 billion for my clients.

7.      Since being a founding member of FeganScott, I have been appointed to lead or co-lead positions in a number of MDLs and other complex class action cases, twice *sua sponte* by the court: *Hyundai-Kia ABS Module Litigation,* No. 8:20-cv-1584 (C.D. Cal) (final approval of $326 million settlement); *In re Kia-Hyundai Vehicle Theft Litigation*, MDL No. 3052 (C.D. Cal) (appointed *sua sponte*; preliminary approval of settlement valued at more than $200 million; final approval pending); *In re Aqueous Film-Forming Foams Products Liability Litigation,* MDL No. 2873 (D.S.C.) (final approval of $10.5 billion common fund settlement with 3M; final approval of $1.8 billion common fund settlement with DuPont); *In re TikTok, Inc., Consumer Privacy Litigation*, MDL No. 2948 (N.D. Ill.) (appointed *sua sponte*; $92 million common fund settlement); *In re Allergan Breast Implant Litigation,* No. 2:19-md-2921 (D.N.J.) (litigation ongoing).

8.      I have also represented clients in litigation against the National Collegiate Athletic Association, including *NCAA Student-Athlete Concussions,* No. 11-cv-6356; No. 1:13-cv-09116 (N.D. Ill.) and a series of cases involving multi-year grants-in-aid (athletic scholarships). I have also served on leadership teams in cases involving sexual misconduct in university settings, including the case of *USC Student Health Center Sexual Abuse,* No. 2:18-cv-04258 (C.D. Cal.).

9.      In my nearly 30-years in practice, I have received numerous awards, including being named one of America's Top 200 Lawyers by Forbes in its inaugural list (2024); an Illinois Super Lawyer annually since 2016; Top 50 Women in Law, *Chicago Law Bulletin and Chicago Lawyers Magazine* (2021, 2022); Best Lawyers in America (2023, 2024); Best Sexual Abuse Victims' Attorney – Illinois, *US Business News* (2020); *National Trial Lawyer* Top 100 Civil Plaintiff's Lawyer (2020); *Lawdragon* 500 Leading Lawyers in America (2019, 2020, 2021); Woman of Influence 2017, Best Lawyers, Business Edition (Spring 2017); The National Trial

Lawyers Top 100 Trial Lawyers (2015); Top 50 Women in Law, *Chicago Law Bulletin* and *Chicago Lawyers Magazine* (2021); and Best Lawyers in America (2023, 2024).

10.    **Michael von Klemperer**, Of Counsel at FeganScott, has over a decade of experience prosecuting high-profile and complex cases in a wide range of areas, including healthcare fraud, consumer protection, employment discrimination, class actions, whistleblower qui tam cases, antitrust, and patent infringement suits. Mr. von Klemperer joined Fegan Scott in 2024 year to serve the firm's consumer fraud practice from its newly opened Washington, D.C. office. Before starting at Fegan Scott, Mr. von Klemperer was a shareholder at Baron & Budd P.C. There, he played a leading role in cases seeking to hold the pharmaceutical industry accountable for its role in the opioid crisis and represented states and other government entities in litigation against manufacturers, distributors, and retail pharmacies, ultimately helping to recover over $1 billion for his clients. Mr. von Klemperer earned his Juris Doctor from Vanderbilt University Law School and then clerked for Hon. Barbara Rothstein at the United States District Court for the District of Columbia.

11.    **Ashali Chimata,** Associate, joined Fegan Scott in 2024, where she supports the Firm's class action practice from the Washington, D.C. office. Before joining Fegan Scott, Ms. Chimata served as a law clerk to the Honorable Robert E. Grossman of the United States Bankruptcy Court for the Eastern District of New York. She earned her J.D. from William & Mary Law School, where she was the Senior Notes Editor of the William & Mary Law Review and wrote her Note on the treatment of mass tort victims under the Bankruptcy Code. During law school, Ms. Chimata interned for the Department of Justice U.S. Trustees Program and served clients in the immigration and special education advocacy clinics. Ms. Chimata earned her Bachelor of Arts in International Affairs from Texas A&M University. While at Texas A&M, she was involved in

advocating for sexual assault victims and student government, for which she received the Aggie Women's Progress Award.

## THIS LITIGATION

12.    Since the inception of this matter, Fegan Scott, together with the law firm of Shindler, Anderson, Goplerud & Weese, PC (collectively, "class counsel"), have litigated this case effectively and efficiently without duplication of work and effort.

13.    Class counsel has demonstrated its commitment to representing the absent class members in this litigation. Counsel began investigating Plaintiffs' case in the summer of 2020 and have since devoted substantial time and resources necessary to prosecute this action. Class counsel will continue to commit substantial resources to vigorously pursue this litigation on behalf of the class.

I declare that the foregoing is true under the penalty of perjury.

Dated: September 19, 2025

Elizabeth A. Fegan

5