**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| JESSICA KRAFT, INDIVIDUALLY AND AS PARENT OF MINORS L.K., S.K., and O.K.; et al., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:20-CV-121 |
| ESSENTIA HEALTH, INNOVIS HEALTH, LLC d/b/a ESSENTIA HEALTH | ) ) ) ) | Hon. Peter D. Welte Mag. Judge Alice R. Senechal |
| Defendants. | ) ) ) ) | |

**NOTICE INFORMING COURT OF CONSENT TO UNSEAL EXHIBITS 19, 20 AND 23**

On October 7, 2025, this Court entered a Text Order regarding Plaintiffs' Motion for Leave to File Under Seal. Dkt. No. 332. In that Order, this Court set a deadline by which Dakota Clinic Pharmacy, LLC ("Dakota Clinic") could oppose to the public filing of Exhibits 19, 20 and 23.

Plaintiffs respectfully notify this Court that, following an email exchange with counsel for Dakota Clinic, Dakota Clinic does not object to the unsealing of referenced Exhibits.

For the Court's convenience, attached hereto as Exhibit A is a true and correct copy of the October 7, 2025 email confirming Dakota Clinic's consent.

Dated: October 8, 2025

Respectfully submitted,

*/s/ Michael von Klemperer*
Michael von Klemperer
Ashali P. Chimata
FEGAN SCOTT LLC
1763 Columbia Rd. NW, Suite 100
Washington, D.C. 20009
Ph: 202.921.0002
Fax: 312.264.0100
mike@feganscott.com
ashali@feganscott.com

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on July 29, 2025, I electronically filed the foregoing motion with the Clerk for the United States District Court of North Dakota using the CM/ECF system. Participants in this case who are registered through CM/ECF will be served via the system. Additionally, I certify that, pursuant to Local Rule 1.3(F), a copy of the foregoing was also served on Plaintiffs Jennifer Rein, Anne Bailey, and D.B. by U.S. Mail and by email.

*/s/ Michael von Klemperer*
Michael von Klemperer