# EXHIBIT A

**Katarina McClellan**

---

| | |
|---|---|
| **From:** | Mike von Klemperer |
| **Sent:** | Tuesday, October 7, 2025 4:47 PM |
| **To:** | Peter Zuger |
| **Cc:** | Karen Davis; Ashali Chimata; Katarina McClellan |
| **Subject:** | RE: Activity in Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health et al Order |

Thank you. We will let the Court know.

Mike von Klemperer | **Fegan Scott LLC** | 202.921.0002

**feganscott**

---

**From:** Peter Zuger <pzuger@serklandlaw.com>
**Sent:** Tuesday, October 7, 2025 4:43 PM
**To:** Mike von Klemperer <mike@feganscott.com>
**Cc:** Karen Davis <kdavis@serklandlaw.com>; Ashali Chimata <ashali@feganscott.com>; Katarina McClellan <katarina@feganscott.com>
**Subject:** RE: Activity in Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health et al Order

Thanks, Mike. I don't intend to file anything objecting to this.
Thanks,
Peter

---

**From:** Mike von Klemperer <mike@feganscott.com>
**Sent:** Tuesday, October 7, 2025 3:30 PM
**To:** Peter Zuger <pzuger@serklandlaw.com>
**Cc:** Karen Davis <kdavis@serklandlaw.com>; Ashali Chimata <ashali@feganscott.com>; Katarina McClellan <katarina@feganscott.com>
**Subject:** RE: Activity in Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health et al Order

No problem. See exhibits attached.

Best,

Mike von Klemperer | **Fegan Scott LLC** | 202.921.0002

**feganscott**

---

**From:** Peter Zuger <pzuger@serklandlaw.com>
**Sent:** Tuesday, October 7, 2025 3:41 PM
**To:** Mike von Klemperer <mike@feganscott.com>
**Cc:** Karen Davis <kdavis@serklandlaw.com>
**Subject:** FW: Activity in Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health et al Order

Hey Mike,

I received the below order.  We can't access the referenced exhibits because they are filed under seal.  Can you send us the applicable exhibits so I can evaluate whether I need to do anything else with this?

Thanks,
Peter

**From:** ndd_nef@ndd.uscourts.gov <ndd_nef@ndd.uscourts.gov>
**Sent:** Tuesday, October 7, 2025 2:15 PM
**To:** CourtMail@ndd.uscourts.gov
**Subject:** Activity in Case 3:20-cv-00121-PDW-ARS Kraft et al v. Essentia Health et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of North Dakota

## Notice of Electronic Filing

The following transaction was entered on 10/7/2025 at 2:14 PM CDT and filed on 10/7/2025
**Case Name:**      Kraft et al v. Essentia Health et al
**Case Number:**      3:20-cv-00121-PDW-ARS
**Filer:**
**Document Number:** 335(No document attached)

**Docket Text:**
**(Text Only) ORDER by Magistrate Judge Alice R. Senechal re the [332] MOTION for Leave to File Under Seal. Dakota Clinic Pharmacy, LLC, shall have until October 14, 2025, to file any objection to publicly filing Exhibits 19, 20, and 23, which Dakota Clinic Pharmacy designated as confidential. (AS)**

**3:20-cv-00121-PDW-ARS Notice has been electronically mailed to:**

Angela Elsperger Lord     alord@vogellaw.com, ksyverson@vogellaw.com

Christopher R. Morris     cmorris@bassford.com, sschutte@bassford.com

Peter W. Zuger    pzuger@serklandlaw.com, kdavis@serklandlaw.com, lwoyen@serklandlaw.com, wbrekke@serklandlaw.com

Ian Ronald McLean    imclean@serklandlaw.com, jpeterson@serklandlaw.com, lwoyen@serklandlaw.com, wbrekke@serklandlaw.com

Scott A. Haider    scott@schneiderlawfirm.com

J. Barton Goplerud    goplerud@sagwlaw.com, deprairie@sagwlaw.com

Briana L. Rummel    brummel@vogellaw.com, aschaffer@vogellaw.com

Michael Von Klemperer (Terminated)    mike@feganscott.com, annitta@feganscott.com, info@feganscott.com

Elizabeth Fegan    beth@feganscott.com, 1111388420@filings.docketbird.com, alissa@feganscott.com

Morgan Lyn Croaker    mcroaker@serklandlaw.com, rtande@serklandlaw.com

Brian Marty    marty@sagwlaw.com

Bryce Daniel Riddle    briddle@bassford.com, dshippee@bassford.com

Ashali Chimata    ashali@feganscott.com

**3:20-cv-00121-PDW-ARS Notice will not be electronically mailed to:**

CAUTION: This email is from an EXTERNAL source! Use caution with links and attachments.

IRS CIRCULAR 230 NOTICE: Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended. PRIVILEGED AND CONFIDENTIAL: This message contains confidential information and may be subject to protection by the laws or terms of applicable confidentiality agreements, and is intended only for the message recipient(s). If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this email is strictly prohibited and may be subject to legal restriction or sanction. If you are not the intended recipient indicated in this message (or responsible for delivery of the message to such person), notify sender at Serkland Law Firm immediately and delete this e-mail from your system.

CAUTION: This email is from an EXTERNAL source! Use caution with links and attachments.

IRS CIRCULAR 230 NOTICE: Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended. PRIVILEGED AND CONFIDENTIAL: This message contains confidential information and may be subject to protection by the laws or terms of applicable confidentiality agreements, and is intended only for the message recipient(s). If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this email is strictly prohibited and may be subject to legal restriction or sanction. If you are not the intended recipient indicated in this message (or responsible for delivery of the message to such person), notify sender at Serkland Law Firm immediately and delete this e-mail from your system.