**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| Jessica Kraft, et al., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 3:20-cv-121 |
| | ) | |
| Essentia Health, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Plaintiffs' counsel moved to withdraw as counsel for plaintiffs Anne Bailey and her minor child, D.B. Doc. 313. Defendants objected to the motion unless Bailey and D.B.'s claims were also dismissed. Doc. 319. Finding good cause, United States Magistrate Judge Alice R. Senechal granted the motion to withdraw. Doc. 324. Then on September 16, 2025, Judge Senechal issued a Report and Recommendation, recommending Bailey and D.B.'s claims be dismissed for failure to prosecute. Doc. 331. Objections to the Report and Recommendation were due October 3, 2025. Id. No objections were filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation persuasive. So, the Court **ADOPTS** the Report and Recommendation (Doc. 331) in its entirety. Bailey and D.B.'s claims (Doc. 119) are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2025.

_/s/ Peter D. Welte_
Peter D. Welte, Chief Judge
United States District Court